UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ZAAPPAAZ LLC, also d/b/a Wrist-Band.com, WBpromotion.com, CustomLanyard.net, and WB Promotions; and <br><br> AZIM MAKANOJIYA, individually and as an officer of ZAAPPAAZ LLC, <br><br> Defendants. | Civil Action No. 4:20-cv-2717 |

## ORDER GRANTING DEFENDANTS' SECOND AGREED MOTION TO MODIFY SCHEDULING ORDER

Today the Court considered Defendants' Second Agreed Motion to Modify Scheduling Order. The Court finds that good cause for the extension exists and GRANTS the Motion. The Court ORDERS that deadlines contained in the Court's Order Granting Defendants' Agreed Motion for Extension of Time to File Designation of Experts (ECF No. 43) are modified as follows:

| Event | New Deadline |
|---|---|
| EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: March 29, 2021 | April 5, 2021 |
| REBUTTAL EXPERT WITNESSES for the PLAINTIFF will be identified by a report | |

1

| | |
|---|---|
| listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: May 13, 2021 | May 20, 2021 |

Defendants shall be granted no further extensions to their expert designation deadline.

. SIGNED on __March 29_____, 2021.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE