UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Federal Trade Commission

v.  Case Number: 4:20−cv−02717

ZAAPPAAZ, LLC, et al.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 3/22/2022

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Settlement Conference

Date:   January 28, 2022

Nathan Ochsner, Clerk