UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | NO. 4:20-cv-2717 |
| | § | |
| ZAAPPAAZ, LLC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# AMENDED SCHEDULING ORDER

Before the Court is Defendants ZAAPPAAZ, LLC and Azim Makanojiya's opposed motion to extend the summary judgment briefing schedule. ECF No. 95. The motion is **GRANTED** and the deadlines are amended as follows:

| | |
|---|---|
| Motions for Summary Judgment | October 26, 2022 |
| Responses | December 2, 2022 |
| Replies | January 13, 2023 |

Signed on October 19, 2022, at Houston, Texas.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**