# In the Matter of:

# FTC v. Zaappaaz, LLC, et al.

*August 11, 2021*
*Azim Makanojiya*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/11/2021

1

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF TEXAS
 3                 HOUSTON DIVISION
 4
 5   FEDERAL TRADE COMMISSION,    )
 6       Plaintiff,               )
 7        -vs-                     ) Civil No.
 8   ZAAPPAAZ, LLC, also d/b/a    ) 4:20-cv-2717
 9   Wrist-Band.com,              )
10   WBpromotion.com,             )
11   CustomLanyard.net, and WB    )
12   Promotions; and             )
13   AZIM MAKANOJIYA, individually )
14   and as an officer of         )
15   ZAAPPAAZ, LLC,               )
16       Defendants.              )
17   -----------------------------)
18
19            The Individual and 30(b)(6) deposition
20   of AZIM MAKANOJIYA was taken on Wednesday, August
21   11, 2021, commencing at 10:42 a.m., remotely,
22   before Tammy S. Newton, Notary Public.
23
24
25
```

2

```
 1            A P P E A R A N C E S
 2       ON BEHALF OF PLAINTIFF:
 3            ANNE COLLESANO, ESQUIRE
 4            MICHELLE SCHAEFER, ESQUIRE
 5            Federal Trade Commission
 6            600 Pennsylvania Avenue, N.W.
 7            Washington, D.C. 20580
 8            (202) 326-3515
 9            mschaefer@ftc.gov
10
11       ON BEHALF OF DEFENDANTS:
12            MICHAEL BLANCHARD, ESQUIRE
13            Butch Boyd Law Firm
14            2905 Sackett Street
15            Houston, Texas 77098
16            (713) 238-7724
17            mikeblanchard@butchboydlawfirm.com
18
19
20
21
22
23
24
25
```

3

```
 1            C O N T E N T S
 2   EXAMINATION OF AKIM MAKANOJIYA:        PAGE:
 3       By Ms. Schaefer                      5
 4
 5   DEPOSITION EXHIBITS:                   PAGE:
 6   Number 1 - Notice of Deposition         8
 7   Number 2 - Unsworn Declaration of Azim
 8            Makanojiya                     65
 9   Number 3 - Defendant Zaappaaz, LLC's First
10            Amended and Supplemental
11            Objections and Responses to
12            Plaintiff's First Set of
13            Interrogatories                90
14   Number 4 - MITOR                        99
15   Number 5 - Expert Report of Rosemary
16            Coates                        130
17   Number 6 - Zaappaaz Notice            139
18   Number 7 - May 6, 2020 Website Capture 141
19   Number 8 - Wrist-band.com Notice      142
20   Number 9 - Wrist-band.com Notice      143
21   Number 10 - Wrist-band.com Notice     144
22   Number 11 - Delivery Update on Reusable
23            Cloth Face Masks Notice      145
24   Number 12 - Delivery Update on Reusable
25            Cloth Face Masks Notice      145
```

4

```
 1   DEPOSITION EXHIBITS:                   PAGE:
 2   Number 13 - E-mail                     150
 3   Number 14 - E-mail                     200
 4   Number 15 - E-mail                     204
 5   Number 16 - Braintree Spreadsheet      205
 6   Number 17 - E-mail                     213
 7   Number 18 - E-mail                     216
 8   Number 19 - E-mail                     217
 9   Number 20 - E-mail                     219
10   Number 21 - E-mail                     221
11   Number 22 - E-mail                     222
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 1 to 4)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

---

5

1          P R O C E E D I N G S
2                AZIM MAKANOJIYA,
3    after having been duly sworn remotely by the
4    stenographer, was examined and testified as
5    follows:
6        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
7    BY MS. SCHAEFER:
8        Q    Good morning, Mr. Makanojiya.  Is that
9    right?  Am I pronouncing it correctly?
10       A    Pretty close, yes.  Good morning.
11       Q    Okay.  My name is Michelle Schaefer,
12   and I am an attorney with the Federal Trade
13   Commission.  I represent the FTC in this
14   litigation, and I'm currently taking this
15   deposition from my home in Maryland.  I'm with my
16   co-counsel, Anne Collesano.  She also represents
17   the FTC.  She is participating in this deposition
18   remotely as well in her home in Virginia.
19            Quickly just let me go through the
20   details of how we're conducting this virtual
21   deposition.  We're conducting it virtual because
22   of the pandemic.  We're using AgileLaw, a remote
23   deposition application, to share documents, and
24   we're using Zoom to see each other by video.
25   We're also using Zoom for audio.

---

6

1            Prior to going on the record, we
2    confirmed we could hear each other.  If at any
3    point there's -- you have trouble hearing,
4    seeing, accessing documents, let me know.  We'll
5    try to resolve the situation.
6            Let's just quickly go around and have
7    everyone say who they are.  I said I'm Michelle
8    Schaefer.  I'm here for the FTC.
9            Anne, did you want to introduce
10   yourself?
11           MS. COLLESANO:  Hi, I'm Anne
12   Collesano.  I also represent the FTC.
13           MR. BLANCHARD:  This is Michael
14   Blanchard.  I am here in the conference room in
15   Houston with my client, Mr. Makanojiya.
16           THE WITNESS:  Azim Makanojiya.
17   BY MS. SCHAEFER:
18       Q    Okay.  And we're here today to receive
19   sworn testimony from you.  Let me go through some
20   ground rules.  I'll be asking you a series of
21   questions.  You're under oath.  So you're
22   expected to provide a full and truthful answer.
23   If you don't understand the question, let me
24   know.  I'll clarify the best I can.
25           The court recorder gave you an oath.

---

7

1    You took it.  Do you understand the nature of the
2    oath?
3        A    If I understand what?
4        Q    The nature of the oath, your
5    obligation to tell the truth.
6        A    I do.
7        Q    Okay.  The court reporter is taking
8    down everything you say.  So it's important that
9    you be clear and you complete your sentences and
10   your words and don't use head gestures like
11   nodding or shaking your head or uh-uh, no.  Just
12   say no or yes in complete sentences.
13           She can only record one thing at a
14   time.  So make sure to try to let me finish my
15   questions and I also will try and let you finish
16   your answers before moving on.  We don't want to
17   interrupt each other so she can transcribe
18   properly.  And let me know if you need a break.
19           Are you currently under the influence
20   of any medication that could affect your ability
21   to testify today?
22       A    No.
23       Q    Okay.  So I'm going to go ahead.  And
24   do you see the notice of deposition of Zaappaaz
25   LLC here?

---

8

1        A    I do.
2            MS. SCHAEFER:  Okay.  I have marked
3    this as Zaappaaz Exhibit 1.
4            (Deposition Exhibit Number 1 was
5    marked for identification and attached to the
6    transcript.)
7    BY MS. SCHAEFER:
8        Q    Have you seen this document before?
9        A    I have.
10       Q    Okay.  And this notice lists a number
11   of topics on which Zaappaaz LLC was required to
12   designate someone to provide testimony on the
13   company's behalf.  And Mr. Blanchard informed me
14   that you're being offered as the company's
15   designated representative to testify on all of
16   the topics set forth in the notice; is that
17   correct?
18       A    That is correct.
19       Q    You are also an individual defendant
20   in this case, and your individual deposition has
21   been noticed for tomorrow.  However, for
22   efficiency sake, Mr. Blanchard and I agreed to
23   take both the 30(b)(6) and the individual
24   deposition at the same time, again in the
25   interest of time and efficiency.

---

2 (Pages 5 to 8)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

9

1          Do you understand that?
2      A   I do.
3      Q   So what I'm going to do is to the
4  extent I'm asking about the company, I'll make
5  clear that I'm asking about Zaappaaz.  To the
6  extent I'm asking about something in your
7  individual capacity, I'll make sure to clarify
8  that.
9          Do you understand those instructions?
10     A   I do.
11     Q   Okay.  So have you ever been deposed
12 before?
13     A   No.  Never.
14     Q   Okay.  I want to -- just so we're all
15 on the same page, we're going to be talking about
16 covered products in this litigation, and I'm just
17 going to read the definitions into the record.
18 This definition comes from Zaappaaz 1, which is
19 the 30(b)(6) notice.
20         So for purposes of this deposition,
21 covered products means "any product intended to
22 detect, treat, prevent, mitigate, or cure any
23 disease, including but not limited to, sanitizer,
24 sanitizer dispensers, thermometers, medicine,
25 medication, and any personal protective equipment

10

1  such as face masks, face shields, gloves,
2  goggles, gowns, clothing, or other garments,
3  equipment, or devices."
4          So how did you prepare for today's
5  30(b)(6) deposition?
6      A   I reviewed the documents that I was
7  provided.  I spoke with my team in regards to the
8  questions that were portrayed to me.  We had a
9  conversation with the team.  I reviewed the
10 documents, and I just -- that's the preparation
11 I've done so far.
12     Q   Okay.  So how many -- what kinds of
13 documents did you review?
14     A   FedEx tracking, e-mail marketing,
15 customer complaints, and --
16     Q   Did you look at banking documents?
17     A   Banking?
18     Q   Banking like financial banking?
19     A   Yes.  Yes, I have.
20     Q   Did you look at payment processor
21 documents?
22     A   I have, yes.
23     Q   Advertising?
24     A   I have.
25     Q   And the documents that you reviewed,

11

1  have they all been produced to the FTC as far as
2  you know?
3      A   As far as I know, correct.
4      Q   You said that you also talked to your
5  team.  Can you tell me who those people are?
6      A   I spoke with Khalil.  I spoke with
7  Fatima.  I spoke with Eroze.
8          (Reporter Clarification.)
9          THE WITNESS:  Fatima, F-A-T-I-M-A;
10 Eroze, E-R-O-Z-E; Khalil, K-H-A-L-I-L.  And
11 various other CSR reps.
12 BY MS. SCHAEFER:
13     Q   Various other what kind of reps?
14     A   Customer service reps.
15         MR. BLANCHARD:  One second, Michelle.
16 You probably need to slow down while we're
17 talking because it will help the court reporter
18 get everything down.  I have to consciously do
19 it.  I'll ask you to do it too.
20         MS. SCHAEFER:  I'm sorry, Mike.  I
21 didn't hear that.
22         MR. BLANCHARD:  I just asked him to
23 slow down on his speech.
24         MS. SCHAEFER:  Oh, okay.  Thank you.
25 BY MS. SCHAEFER:

12

1      Q   So customer -- various customer
2  service reps.  Who are -- what are customer
3  service reps?  What do they do for Zaappaaz?
4      A   Put it in the simplest form, they
5  handle customer complaints, calls, back-end
6  related stuff such as inputting tracking numbers,
7  following up on any customer issues, anything
8  related to customer transactions.  Let's put it
9  that way.
10     Q   And how many customer service
11 representatives does Zaappaaz employ?
12     A   Zaappaaz employed -- depending on what
13 period of time we're talking about, but Zaappaaz
14 employed only one to two and not customer sales
15 reps.  They don't employ customer sales reps.  We
16 are contracted with a company in India who has
17 customer sales reps.
18     Q   Okay.  And who did you -- how many
19 customer reps did you speak to?
20     A   I mean, if you -- I don't know how to
21 define it.  Over phone, over text.  If it's
22 text --
23     Q   I'm sorry.  In preparation for this.
24 We're still talking about in preparation for this
25 deposition.  You said you spoke to various

3 (Pages 9 to 12)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

13

1  customer service representatives.  In preparation
2  for this 30(b)(6) deposition, I want to know how
3  many customer service representatives you spoke
4  to and who they were.
5      A   I wouldn't say specifically for
6  preparation I spoke to customer sales reps, but
7  it's in the process almost going on for six
8  months.  So it's in the back of my head to kind
9  of learn and understand the problems we're
10 having.  Specifically getting on a call for
11 deposition, no.  But obviously understanding and
12 figuring out what was going on, yes.
13     Q   And you testified that, you know,
14 usually you have one to two customer
15 representative agents working for you at a time,
16 but it depends what time we're talking about.
17 Let's say in December 2019, how many customer
18 service agents did Zaappaaz have?
19     A   Let me clarify.  We don't have
20 customer sales reps in the U.S.
21     Q   Okay.
22     A   We -- in December 2019, to your
23 question, we had zero employees, I believe.  I
24 was the only --
25     Q   Okay.

14

1      A   I was the only employee at the time.
2      Q   Okay.  And you -- in terms of
3  contracting customer service representatives, did
4  you have any contracted customer service
5  representatives at that time?
6      A   Absolutely.  Yeah.
7      Q   How many?
8      A   Maybe 20, 30, something like that.
9      Q   And what did they do?
10     A   They were customer service reps.  We
11 also had designers on the team as well who
12 created proofs and we --
13     Q   What does it mean to create a proof?
14     A   Create a proof is like you order --
15 let's say you order a mug and you want your logo
16 printed on it.  The designers would create that
17 digital image so you know how it looks.
18     Q   Okay.  And so these 20 contractors
19 includes designers and customer service
20 representatives?
21     A   And two managers, correct.
22     Q   Who are the managers?
23     A   Eroze and Fatima.  The names I
24 mentioned earlier.
25     Q   Okay.  And so you spoke to -- in

15

1  preparation for this 30(b)(6) deposition, you
2  spoke to Khalil, Fatima, Eroze, and then various
3  customer service representatives?
4      A   To clarify again, I would like to
5  clarify again, not specifically for the
6  deposition.  I have -- I have kept in mind this
7  deposition and got clarity on whatever the
8  concerns were that I needed to get clarity on.  I
9  just want to clarify that.
10     Q   Okay.  So let me talk about -- how did
11 you -- other than what you just explained in
12 terms of preparing for this deposition, did you
13 prepare any other way in terms of preparing
14 personally for your deposition or did preparing
15 personally entail the same prep as preparing for
16 the 30(b)(6) deposition?
17         MR. BLANCHARD:  Objection.  Vague.
18 You can answer.
19         THE WITNESS:  The same way I would
20 have, yeah.
21 BY MS. SCHAEFER:
22     Q   All right.  So let me keep going on
23 about these customer service agents.
24         So in 2019, December, you're the only
25 employee; however, you contract with Eroze and

16

1  Fatima's company and their company provides
2  customer service agents; is that right?
3      A   That is correct.
4      Q   Did their companies also provide the
5  designers you spoke of?
6      A   All of them except for, I believe, one
7  at that time.
8      Q   And who was the one at that time?
9      A   I believe his -- his nickname -- I
10 think his real name is Riyad, R-I-Y-A-D.  He was
11 based out of -- based out of Bangladesh.
12     Q   So now let's get to, let's say,
13 January/February 2020.  Are you still the only
14 employee?
15     A   I believe Khalil is onboarded
16 February-ish or January, one of those months.
17     Q   Okay.  And why was he onboarded at
18 that time?
19     A   He is -- honestly, I don't think PPE
20 hit around that period.  He was just onboarded
21 because we were having -- I was starting another
22 business on the side, and obviously I was having
23 kids.  So I wanted to transition over to someone
24 that could handle more of day-to-day operations
25 on the company side.

4 (Pages 13 to 16)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

17

1    Q    Okay.  What was the new business you
2  were starting?
3    A    Various businesses.  At that time I
4  think we were looking into -- I don't know.  I
5  think car covers, I believe.  Car covers or some
6  e-commerce business we were starting at that
7  time.
8    Q    And was that business also
9  contemplating importing goods from China to your
10 customers?
11   A    All my businesses mostly require
12 importing from China, yeah.
13   Q    Okay.  So he was onboarded around
14 then.  Okay.  So that's February -- that's
15 January/February 2020.  Okay.  Now let's get to
16 March 2020.  Are you two the only employees, you
17 and Khalil at this time?
18   A    I believe so, yes.  Correct.
19   Q    And then what about customer service
20 agents provided by the Khans?
21   A    Not directly changed but something
22 around that 20 to 30 figure.  I mean, the return
23 rate is pretty good.  It's not that bad.  Nothing
24 drastically changed.
25   Q    What do you mean -- oh, okay.

---

18

1       MR. BLANCHARD:  Michelle, one second.
2  So because we're doing this over Zoom, it would
3  be real helpful if everybody could take a beat
4  before -- because we're talking over each other
5  right now.  And I just want to see if we can take
6  a minute, you know, before we start, you know,
7  talking over each other.
8       MS. SCHAEFER:  Okay.  Fair enough.
9       MR. BLANCHARD:  I'm actually adjusting
10 the microphone volume.  Is this any better?
11      MS. SCHAEFER:  I can hear you well.
12      MR. BLANCHARD:  Let me know if this
13 gets too loud or anything.  I'm trying to make it
14 as good as possible.
15      MS. SCHAEFER:  Maybe bring it down two
16 notches.
17      MR. BLANCHARD:  Yes.
18      MS. SCHAEFER:  Or three.  I don't
19 know.
20 BY MS. SCHAEFER:
21   Q    So did there -- so right now we're
22 March 2020.  You and Khalil are employees.  What
23 responsibilities does Khalil have at this point
24 when he's onboarded?
25      MR. BLANCHARD:  Hold on.

---

19

1  Responsibilities in January when he is onboarded
2  or in March?
3       MS. SCHAEFER:  When he was onboarded,
4  what were his responsibilities with respect to
5  Zaappaaz?
6       THE WITNESS:  His responsibilities at
7  that time was to take over any -- any outside of
8  work that I did.
9       (Reporter clarification.)
10      (Discussion off the record.)
11      THE WITNESS:  Khalil's
12 responsibilities were to handle the day-to-day
13 operations for Zaappaaz, handle wire transfers,
14 handle CSR reps in India, adding and removing
15 products, giving authorizations to add and remove
16 products, update prices, give guidance on the
17 delivery of products and core basic requirements
18 on day-to-day operations.  My role at that point
19 was to take a step back and give him guidance
20 wherever they were needed.
21 BY MS. SCHAEFER:
22   Q    And okay.  So that's in -- when he was
23 onboarded?
24   A    Correct.
25   Q    I think you said January or February

---

20

1  2020.  So then March comes along and do his
2  responsibilities change at all?
3    A    I mean, the companies changed, but I
4  mean, the responsibility, he's still handling the
5  day-to-day operations of the company, yeah.
6    Q    And how about from March 2020 through,
7  let's say, August 4th, 2020, which is when we
8  filed the complaint, did his duties change?
9    A    His duties changed.  My duties
10 changed, yeah.  I believe they did change.
11   Q    And why did they change?
12   A    We're a company that never ships goods
13 from the U.S., period, or let's not say never.
14 Ninety-nine percent of the time we do not ship
15 goods from the U.S.  And times were changed, and
16 we had to transition over to a warehouse in the
17 U.S., which if you consider that a duty change,
18 yes, he had to handle a warehouse in the U.S.
19 where he had to manage inventory and ship out
20 inventory from our U.S. office.  And my duties
21 changed where I was supposed to be hands off and
22 became hands on where I was required to be in the
23 warehouse to process orders.
24   Q    And so were you in the warehouse
25 processing orders through when?  Are you still

---

5 (Pages 17 to 20)

FTC v. Zaappaaz, LLC, et al.                                         8/11/2021

---

21

1    doing that today?  Has that stopped?
2        A    I do not do it today, no.
3        Q    You're no longer shipping from your
4    U.S. warehouse?
5        A    I am not.  We are currently in the
6    U.S. I am not.
7        Q    Zaappaaz is currently shipping both
8    from the warehouse in China; is that right?
9        A    That is correct.
10       Q    Did there ever could a time where
11   Zaappaaz completely stopped shipping from China?
12       A    No.
13       Q    Is -- are you still involved in
14   running Zaappaaz?
15       A    Absolutely.  It's my company.
16       Q    And so you're still running and while
17   you wanted to hand over the reigns to Khalil,
18   have you not done so presently?
19       A    I never handed over the reigns.  I was
20   always the CEO.  Khalil was just a day-to-day
21   operations guy.
22       Q    Okay.  Let's talk about your role
23   then.  What is your role and position currently
24   at Zaappaaz?
25       A    Currently I am the same role when we

---

22

1    had Khalil on board and when we didn't have him
2    on board.  So I still manage any upper level
3    decisions that need to be made for the company.
4    If -- if a new vendor needs to be onboarded, he
5    will reach out to me and relay the message.  If a
6    salary increase needs to be done, they will reach
7    out to me.
8            So I'm just trying to give you just
9    kind of like scenarios where they would reach out
10   to me.  Any -- any development work is probably
11   nothing that would go through me.  It would be
12   mostly done, but if it's a major change on the
13   site, it would be something that would be -- that
14   would go through me.
15       Q    Okay.  And so has it always been your
16   role at Zaappaaz in the past and the present?
17       A    I'm sorry.  I didn't understand the
18   question.
19       Q    So has that -- okay.  Before -- you
20   were the only employee before Khalil was
21   onboarded; is that correct?
22       A    We had employees five years before
23   that.  But if you want clarity, I've been mostly
24   the only -- I've been the sole person that runs
25   the company here in the States.

---

23

1        Q    And so before Khalil worked for the
2    company, who was running the day-to-day
3    operations?  Was that you?
4        A    Yes.
5        Q    You were doing everything that then
6    you onboarded Khalil to do because you wanted to
7    spend time with your family and devote time to
8    other businesses?
9        A    Correct.
10       Q    And he always -- when he -- does he
11   still work for you?
12       A    He does not.
13       Q    He no longer works for you.  How many
14   employees do you currently have?
15       A    Two, three including me.
16       Q    Who are the other two?
17       A    Kaif.
18       Q    What's that?
19       A    K, as in kilo, A-I-F, as in frank.
20   I'm not sure of his last name.  And then we have
21   Salman, S, as in Sam, A-L, as in Larry, M-A-N, as
22   in Nancy.
23       Q    And where are they located?
24       A    They're in the office, the warehouse.
25       Q    And what are their responsibilities?

---

24

1        A    Same responsibilities that Khalil had.
2        Q    And now they run the day-to-day
3    operations?
4        A    That is correct.
5        Q    Are you still at the warehouse?
6        A    Well, every Monday to Friday, yes.
7        Q    And they report to you?
8        A    They report to me, correct.
9        Q    And when did they start working for
10   Zaappaaz, Kaif and Salman?
11       A    Estimated time, I think this is their
12   third month.
13       Q    When did Khalil stop working for
14   Zaappaaz?
15       A    Four months ago, five months ago.
16       Q    So you are in charge of the -- are you
17   the CEO?  Do you have a title?  Are you the chief
18   executive officer?  Are you the president?  Are
19   you both?
20       A    I don't think I have given a formal
21   title, but you could say that I'm the CEO, I
22   guess.
23       Q    And when you file your corporate
24   papers, you must indicate whether you're a
25   president.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

25

1    A    I believe all the partners are a
2    member.
3    Q    Okay.  When did you -- did you found
4    Zaappaaz?
5    A    Well, Zaappaaz is founded by -- by the
6    acronym of Zishan for Z, A for Azim, A for Amir,
7    and P for Parvez.  Parvez, P-A-R-V-E-Z.  And
8    Amir, just for the reporter, is A-M-I-R.
9         The current -- Parvez and Asif were
10   two founders that left before the company's I
11   guess kind of started.  So they were gone, but
12   Zishan, Amir, and myself are still the company
13   partners.
14   Q    Who was -- I'm sorry.  You said who
15   and yourself?
16   A    Me, Zishan, and Amir.  Zishan,
17   Z-I-S-H-A-N.
18   Q    Who did you -- who do you report to,
19   if anybody?
20   A    I do not report to anyone.  In terms
21   of financials, at the end of year, distribution,
22   honestly I have no reporting.
23   Q    And you don't -- and you manage the
24   company, so everyone reports to you because
25   you're in control; is that right?

26

1    A    That's correct.
2    Q    Let's go through your education
3    quickly.  After college -- after high school, did
4    you go to college?
5    A    I did.
6    Q    And where did you go to college?
7    A    University of Houston.
8    Q    And did you go to graduate school
9    after that?
10   A    I did not.  I dropped out.
11   Q    Oh, you dropped out of college.  When
12   did you drop out?
13   A    My senior year.  I don't know what
14   year that is.
15   Q    Okay.  And do you have any
16   certifications or other sort of --
17   A    No.
18   Q    Have you retained any certifications
19   or taken any advanced classes?
20   A    No.
21   Q    When was Zaappaaz founded?
22   A    I believe August of 2008.  Don't hold
23   me to that.  Something like that.
24   Q    Okay.  Did you own a business before
25   that?

27

1    A    I did.
2    Q    How many?
3    A    Call it a true business, maybe one.
4    It was computer -- computer repair company.
5    Q    And what did the company do?
6    A    Computer repairs.
7    Q    And how many employees did it have?
8    A    I was -- I was the only employee.
9    Q    And was it -- was it like software
10   repair?  Was it hardware repair?
11   A    It was both, yeah.
12   Q    And how do you have -- so it sounds
13   like you have an expertise in computers.  Is that
14   what you studied in college?
15   A    I did.
16   Q    Did you -- what was your major going
17   to be?
18   A    Computer engineering.
19   Q    And before college, in high school,
20   were you also interested in computer engineering?
21   A    Perhaps, yeah.  Maybe.  I don't know
22   what I was doing after high school, but yes,
23   something like that.
24   Q    Okay.  Did you have an expertise in
25   computer in terms of hardware or software or

28

1    coding in high school?
2    A    I was -- I was curious.  I wouldn't
3    say I was an expert, but I was curious.
4    Q    So then you went to college and you
5    were going to major in it and you developed even
6    more expertise.  Did you develop more expertise
7    in college?
8    A    No, I did not.
9    Q    Oh, you did not?
10   A    No.  I think I --
11   Q    Did you -- I'm sorry.
12   A    I think it was all self-taught.
13   Q    And how long did this computer
14   business last?
15   A    I believe three years, maybe four,
16   something like that.
17   Q    Did it overlap with when you started
18   Zaappaaz?
19   A    It did.
20   Q    And what led you to create Zaappaaz?
21   A    I went to a conference.  There was
22   another young kid who was also an entrepreneur,
23   and I guess I got inspired by that.  And we found
24   a niche product, and we got together as friends
25   and thought of just opening a wristband company.

7 (Pages 25 to 28)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

---

29

1    Q    How many businesses do you own?
2    A    I do not know the numbers, but I am --
3    Q    Is it more than --
4         Yeah, I am part owners or owners at
5    some point of --
6         COURT REPORTER:  What was that?
7         THE WITNESS:  Of 10-plus businesses.
8    BY MS. SCHAEFER:
9    Q    I didn't hear that either.  What was
10   that?
11   A    About 10.  10 or more.
12   Q    Currently?
13   A    Active businesses, maybe five, six.
14   Q    And how many of those other than
15   Zaappaaz sell covered products?
16   A    PPE products?
17   Q    Yes.  And we're using covered
18   products.
19   A    Oh, okay.
20   Q    So if you can say covered products,
21   I'd appreciate that.
22        Yes, covered products.  How many other
23   businesses you own sell covered products?
24        MR. BLANCHARD:  Objection.  Form.
25        THE WITNESS:  I can answer?

---

30

1         MR. BLANCHARD:  Yes.
2         THE WITNESS:  I think five products
3    maybe -- five companies.
4    BY MS. SCHAEFER:
5    Q    Okay.  Can you name them?
6    A    Yes.  Zaappaaz was one.  Ionized was
7    the other.  Burpy was the other one.  Mak Brand
8    was the other one.  Ionized Consulting is the
9    other one.
10   Q    So is Ionized Consulting different
11   than Ionized LLC?
12   A    It is.
13   Q    But they both sell covered products?
14        MR. BLANCHARD:  Objection.  Form.
15   I'm going to have a running objection
16   to "covered products."  Can I just have that so I
17   don't have to object every time?
18        MS. SCHAEFER:  What's your objection
19   to "covered products"?
20        MR. BLANCHARD:  Well, one of the
21   definitions is that it's healed, and they never
22   sell anything that they represented would heal or
23   treat COVID.  So PPE I think is the more
24   appropriate term.
25        THE WITNESS:  Medical is also in there

---

31

1    too.
2         MS. SCHAEFER:  You don't have to
3    object every time.  That's fine.  I'm going to
4    use covered products, and your objection stands
5    throughout the deposition.
6         MR. BLANCHARD:  And he doesn't have to
7    use that term, just to be clear.
8         MS. SCHAEFER:  What's that?
9         MR. BLANCHARD:  You asked him to use
10   that term.  I just want to be clear that he
11   doesn't have to use that term.
12        MS. SCHAEFER:  Okay.
13        (Reporter clarification.)
14        MR. BLANCHARD:  Just for the record, I
15   have a running objection to the term "covered
16   products."
17   BY MS. SCHAEFER:
18   Q    Okay.  We're talking about other
19   businesses you own that sell covered products,
20   and you mentioned Burpy, Mak Brand, Ionized
21   Consulting, Ionized LLC.
22        Any others?
23   A    I think I mentioned another one as
24   well.  Zaappaaz you missed.
25   Q    What was that?  I'm sorry.  Zaappaaz?

---

32

1    A    You didn't mention Zaappaaz.  I was
2    saying Zaappaaz definitely did sell PPE products.
3    Q    What about Stealth Mode?  What's
4    Stealth Mode?  Is that your company?
5    A    Yes.  Stealth Mode, I don't think it's
6    a corporation.
7    Q    Is it -- Stealth Mode LLC?
8    A    Stealth Mode LLC.  We have Stealth
9    Mode LLC, and then we have Stealth Mode 1,
10   Stealth Mode 2, I believe.
11   Q    Yes.
12   A    If I can recall, I don't think they
13   sold any PPE products, and if they did, maybe
14   Stealth Mode 1 did sell products, and those
15   were -- and Stealth Mode 1 I believe does -- the
16   DBA is Sports Gear Swag and also additional
17   information, it's ran by Khalil, and I think
18   they -- well, not think.  They do sell sports
19   apparel.  And at that time, I think they were
20   selling fabric masks, just my recollection of
21   that.
22   Q    Okay.  What about Next Step
23   Investments, do you own that company?
24   A    So that's just an investment group of
25   about 60 people in it.  They did not have any

---

8 (Pages 29 to 32)

Makanojiya

FTC v. Zaappaaz, LLC, et al.             8/11/2021

---

33

1 relationships to PPE, but I am -- I own six
2 shares out of 60, I believe, something like that.
3 It's just an investment vehicle.
4      **Q Okay. Let's go through the managers**
5 **of Zaappaaz LLC. Who are they?**
6      A In terms of the corporate documents or
7 in terms of --
8      **Q Yes, the limited partners or members.**
9      A I don't know how they're defined on
10 the corporate documents. The corporate documents
11 obviously were created in 2008. But I don't know
12 how they're defined in the corporate documents
13 honestly.
14      **Q Well, let me ask you, I mean Zaappaaz**
15 **has changed forms many times. It's been a**
16 **corporation and now it's a LLC. Do you know why**
17 **it's changed forms over time?**
18      A I think it's changed maybe two times.
19 So not many times. But I believe it's now an
20 Inc. I believe -- maybe not. I'm not sure. But
21 it's just changed because of financial --
22 financial advisors telling us to change it for
23 corporate structures. Before we had individual
24 partners in the company. Now we have
25 corporations as partners in the company.

---

34

1      **Q All right. Well, I'll tell you, I**
2 **looked up the corporate papers, and these were**
3 **the corporate members on your organizational**
4 **documents.**
5      **There's Mak Solutions, Inc. Does that**
6 **sound right?**
7      A That is me, correct.
8      **Q That's you. And are you a**
9 **vice-president and director?**
10      A I am the president, sure. I am the
11 president of the company, I guess.
12      **Q And is your wife also --**
13      A She is.
14      **Q -- an officer and director. Is her**
15 **name Shabana Momin?**
16      A That's correct.
17      **Q And then Modi Solutions LLC?**
18      A That is my other partner, Amir Ali.
19      **Q And ZT Brands, is that another member?**
20      A That is Zishan Momin.
21      **Q Is he related to you at all or your**
22 **wife?**
23      A No. Best friend.
24      **Q What was he? Sorry. I'm sorry. Who**
25 **is Zishan Momin?**

---

35

1      A Zishan Momin is my best friend.
2      **Q Who's Amir Nizar Ali?**
3      A He is my cousin.
4      **Q Is there a board of directors for**
5 **Zaappaaz LLC?**
6      A No.
7      **Q Was there ever a time between March**
8 **2020 and, let's say, December 2020 where you**
9 **employed more than 20 customer service**
10 **representatives?**
11      MR. BLANCHARD: Objection. Form.
12      THE WITNESS: We never employed in
13 terms of --
14 BY MS. SCHAEFER:
15      **Q I -- I don't mean to interrupt. I'm**
16 **sorry. I interrupted.**
17      **You never employed -- you**
18 **independently contracted with the Khans for those**
19 **people?**
20      A To a company, yes.
21      **Q Did there ever come a time where you**
22 **were using more than 20 of the Khan's customer**
23 **service representatives?**
24      **(Reporter clarification.)**
25 BY MS. SCHAEFER:

---

36

1      **Q The question is, between March 2020**
2 **and December 2020, were you using more than 20 --**
3 **at any point more than 20 customer service**
4 **representatives?**
5      MR. BLANCHARD: Objection. Calls for
6 speculation.
7      You can answer.
8      THE WITNESS: I do not know. We could
9 have been 20. We could have been 15. It varied.
10 COVID was going around. So I think some took
11 leaves. So I cannot -- I cannot give you an
12 exact number.
13 BY MS. SCHAEFER:
14      **Q But you -- during this period,**
15 **however, you were overseeing Zaappaaz LLC and its**
16 **operation?**
17      A I want to clarify. I was -- I was --
18 I was taking an executive role. We had Khalil on
19 during this period who was handling day-to-day
20 operations. So I just want to clarify. I don't
21 know what you mean by "overseeing." Just want to
22 clarify.
23      **Q Throughout March 2020 and December**
24 **2020, Khalil was handling the day-to-day**
25 **operations?**

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

37

1    A    That is correct.
2    Q    But he was still reporting to you?
3    A    That is correct.
4    Q    Was he autonomous in terms of making
5    business decisions?
6    A    That's a very wide term, but I don't
7    know -- I don't know what you mean in making
8    business decisions.
9    Q    During this time, who was responsible
10   for dealing with customer complaints?
11   A    The CSRs.
12   Q    Who did they report to?
13   A    Eroze and Fatima.
14   Q    Who did the Khans report to?
15   A    To Khalil.
16   Q    And they didn't report to you?
17   A    Absolutely they reported to me.  Not
18   them.  Khalil reported to me.  But I obviously
19   had direct communication with Eroze and Fatima as
20   well.
21   Q    So, throughout this period again, I'm
22   going to say March 2020 to December 2020, you
23   were aware of customer service issues, even
24   though you weren't handling the day-to-day?
25   A    Absolutely, yes.

---

38

1    Q    I have seen many addresses tied to
2    Zaappaaz LLC, so I'm going to read the address
3    and you tell me what it represents.
4         So on the certificate of conversion of
5    a corporation for Zaappaaz, an address of 35
6    Cadence Court, Richmond, Texas is listed.  What
7    address -- what is that address?
8    A    That's my home.
9    Q    Is that a business address?  Do you
10   use that as a business address?
11   A    Not really.  But it is my home.
12   Q    Okay.  1305 El Camino Village Drive?
13   A    That is also my home or my dad's home,
14   I guess.  But we all live in a joint family.  So
15   for simple sake, you could say it's my home or
16   was my home.
17   Q    So 35 Cadence is where you currently
18   live?
19   A    That is correct.
20   Q    And 1305 El Camino is a family home,
21   and your father is in the home?
22   A    No.  We used to live there.  We moved
23   together to Cadence Court.  The 1303 was our
24   first address, and then we bought 1305.  1303 is
25   where we started the company from, I believe, and

---

39

1    1305 we no longer own.  1303 is under contract,
2    and possibly we'll no longer own either.
3    Q    What about 16107 Kensington Drive
4    Suite?
5    A    It's an UPS store.  I don't own the
6    UPS store.  I own a mailbox in the UPS store or I
7    rent a mailbox in the UPS store.
8    Q    Okay.  1002 Gemini Street?
9    A    That was from 1303 when we went from a
10   home business to our first office, and we no
11   longer --
12   Q    Do you still use --
13   A    We're no longer there.
14   Q    And then 12505 Reed Road, Suite 110,
15   Sugarland?
16   A    That is our main headquarters for many
17   of our businesses, yes.
18   Q    Is that where your office is?
19   A    There's no real office.  But that's
20   where -- I am there daily, yes.  There is --
21   sure.  Yes.  There's no office.  Put it that way.
22   Q    Is that also the address of this U.S.
23   warehouse --
24   A    That is correct.
25   Q    -- that you mentioned?  Okay.  And I

---

40

1    mean, what kind of -- is it a suite?  Is it a
2    warehouse?  Is it a building?  How much of it do
3    you own?
4    A    I believe it's about 200,00 square
5    feet, and we own 20,000 square feet of it.
6    Q    Is "we" all your businesses?  Is it
7    just Zaappaaz?
8    A    All.  Everything.
9    Q    And it -- okay.  And everything, does
10   it include the list of other businesses you own
11   that sell covered products?
12   A    Well, we also -- we also short-term
13   lease other warehouses down the street as well
14   for space purposes.
15   Q    And what address is that?
16   A    Something Executive Drive.  I don't
17   recall the address.
18   Q    Do you share the 12505 Reed Road
19   address with other of your companies that don't
20   sell covered products?
21   A    Yes.  12505 Reed Road, Suite 110, yes.
22   Q    How -- do all the companies split
23   rent?
24   A    In some form or fashion, yes.
25   Q    And so when you say, "in some form or

---

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

41

1  fashion," can you elaborate on that?
2      A   Yeah.  Many companies don't use
3  certain amount of space, don't use an office
4  space.  So we come to a consensus as to what the
5  rent should be.
6      Q   Okay.  So I want to talk now a little
7  bit more about employees or independent
8  contractors, vendors, some of the vendors you
9  work with.  So we started talking about
10  employees, and tell me if this is correct based
11  on what you testified to so far.  From -- in
12  January/February of 2020, you decided to -- you
13  decided to give Khalil responsibilities over the
14  day-to-day management of the Zaappaaz LLC and he
15  became an employee; is that correct?
16      A   The dates I don't know, but yes, it's
17  around that period.  But yeah, that is the
18  intention.
19      Q   And from that period until he left,
20  which I think you said was it three or four
21  months ago?
22      A   Who left?  Khalil?
23      Q   Yes.
24      A   About four or five months ago, yes.
25      Q   Up until the time he left, you and

---

42

1  Khalil were the only employees of Zaappaaz LLC;
2  is that correct?
3      A   That is correct.
4      Q   Okay.
5      A   No.  Let me correct that.  There was
6  an overlap of Kaif and Salman doing the
7  transition.  So yes, take that into account as
8  well.
9      Q   When was that transition again?
10      A   Four to five months ago.  I don't know
11  the exact date.
12      Q   So you mentioned Fatima Khan.  Where
13  does she live?
14      A   In India.
15      Q   And what's the name of the company --
16  her company that you use?
17      A   Stealth Mode Private Limited.
18      Q   And do you have an interest in that
19  company?
20      A   I have no interest in the company.
21      Q   And do you have any relation to Fatima
22  Khan --
23      A   I have no relationship --
24      Q   -- other than as a vendor?  And what
25  services did she provide you?

---

43

1      A   You can just say customer service rep.
2      Q   Okay.  And did they also provide -- is
3  this in a call center?  Are these customer
4  service agents in a call center?
5          MR. BLANCHARD:  Objection.  Calls for
6  speculation.
7          THE WITNESS:  It's -- it's -- it's an
8  isolated building.  It's an isolated office.  A
9  call center gives a perception that there are a
10  lot of other companies in there.  This is an
11  isolated office building.
12  BY MS. SCHAEFER:
13      Q   Okay.  So they own an office building?
14      A   They rent an office building, yes.
15      Q   And do the customer representatives
16  come to that office building to provide their
17  customer services?
18      A   They used to come --
19      Q   I'm trying to figure out --
20      A   I mean, we got to clear the timelines.
21  I don't want to really get it wrong here.  They
22  did come to the office building.  That was the
23  purpose of them for the office building, but if
24  you're talking about during COVID, everything is
25  shut down.  So I just want to make sure we're

---

44

1  kind of right on the timeline.
2      Q   Okay.  So let's talk about that
3  timeline.  So let's start with January.  Are
4  they -- as far as you know, are the customer
5  service representatives working?
6      A   They are working, yes, at the office,
7  yes.
8      Q   Okay.  February 2020, are they working
9  for you at the office?
10      A   That is correct, yes.  I'm not sure
11  honestly.  Let's put it that way.  February/March
12  is a mixture of dates I do not know.  I know
13  things started going down around mid-March.
14  That's what I can tell you.  I don't know when
15  the office closed down.
16      Q   And when you say "going down," we're
17  talking about the global COVID pandemic, just to
18  be clear?
19      A   That is correct.
20      Q   So March, at some point in
21  March, the operation shut down?
22      A   Maybe April.  I apologize.  I don't
23  know the numbers.  I think -- if I had to make an
24  educated guess, I think it was around maybe
25  mid-April is when we -- when the government shut

---

11 (Pages 41 to 44)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

45

1    down -- shut down everything in India.
2         Q    Okay.  And so at that point, no one
3    was working?  No customer service representatives
4    were working for Zaappaaz at that point around
5    March?
6         A    Not working in the sense not being
7    employed, no.  They were employed still.  They
8    were still getting paid.  But limited resources,
9    yes.  Limited resources.  Maybe they didn't have
10   a computer at the house.  Maybe they did have a
11   computer and they were just using chat services.
12   They were making use of their time with the
13   resources that they had.
14        Q    Okay.  So people -- these customer
15   service agents were providing services, but they
16   were limited.  Is that what you're saying?  I
17   just want to know whether the services shut down
18   completely or whether you're saying that they
19   were limited because people maybe didn't have
20   computers.  But were some people able to continue
21   providing customer service?
22        A    Yeah.  I think maybe it's a cultural
23   misunderstanding here.  So many of these people
24   are not -- in India, many of the people don't
25   have computers at the house, the luxury that we

46

1    have here.  So you have to kind of understand
2    that.  They don't have the technology
3    advancements that we have here, nor do they have
4    Internet services at the house.  So those are the
5    little cultural differences that we probably need
6    to put into perspective.
7         So yes, there might have been some
8    that were fortunate to have Internet, some that
9    were fortunate to have the computer.  So I hope
10   you can put that into perspective to kind of
11   understand the question.  Yes, some were limited
12   into what they could do and some were completely
13   shut off.  They could not do anything because of
14   the resources, they did not have anything.
15        Q    Okay.  So are you saying that -- I
16   understand people had limited resources.  It's
17   not like it is here in terms of computers.
18        But did there come a time -- and now
19   we're around March -- where there was just no
20   customer service being provided by the Khans'
21   employees?
22        A    It's possible.  Maybe -- maybe a day.
23        Q    Maybe a day.  Now let's go to April.
24   Is it the same situation in April?
25        A    I'm sorry.  I wasn't referring to

47

1    March in that case.  I was just referring to in
2    general throughout the company.  So that was not
3    a timeline specific question.  Maybe we were down
4    a day with zero responses.
5         Q    Okay.  So when you're talking about
6    maybe you were down a day, you're talking about
7    the entire company; you're not just talking about
8    what's going on in India?
9         MR. BLANCHARD:  Objection.  Form.
10        THE WITNESS:  I mean, India was --
11   India was my communication to my customers.
12   There was nothing else.  So if there was a
13   complete shutoff, it was probably a day, which I
14   really doubt.  If there was, it was probably a
15   max of a day during that transition with the
16   government shut down.
17   BY MS. SCHAEFER:
18        Q    And what about -- okay.  So I
19   understand that.
20        How about the limited resources
21   created by the pandemic, how long did that last?
22        MR. BLANCHARD:  Objection.  Form.
23        THE WITNESS:  How long what lasted?
24   Which resources?
25   BY MS. SCHAEFER:

48

1         Q    So we just spoke about, you know,
2    India shut businesses down.  The Khans' building
3    was closed.  People -- customer service
4    representatives were working from home, but
5    obviously they didn't have the same resources
6    that they had had when they were in the Khans'
7    building, because of what you said, not everyone
8    has computers or you can only use one chat
9    function but maybe not another function that's
10   used to communicate.
11        So how long did those limitations last
12   with respect to limited resources for the
13   customer service representatives?  Did it last --
14        MR. BLANCHARD:  Objection.  Form.
15        THE WITNESS:  I would say no more than
16   probably -- limitations were always there because
17   it was constant things that were happening that
18   we did not anticipate.  But I don't know how to
19   give you an answer to that.  I mean, we -- we
20   worked on day-to-day basis to improve -- for
21   example, we sent FedEx shipments to people's
22   houses that could accommodate computers.  We sent
23   them computers.  People that could accommodate
24   cell phones, we sent them cell phones.  So we
25   worked with technology as circumstances were

12 (Pages 45 to 48)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

---

49

1    brought to us.
2    BY MS. SCHAEFER:
3        Q    Okay.  And so I understand it's hard
4    to say how long these limitations were in place
5    because COVID continues to affect our lives.
6            In April 2020, were you still dealing
7    with these limited resources because of COVID?
8        A    100 percent.
9        Q    What about May 2020?
10       A    Much less.
11       Q    But still dealing with limited
12   resources?
13       A    Well, resources --
14       Q    I'm talking about the customer
15   service --
16       A    Yeah, but --
17       Q    I'm talking about the customer service
18   representatives right now.
19       A    Yeah.  I will also consider resources
20   as customer service reps getting sick.  That's
21   also a resource for me.  So if they are down,
22   then that's also a resource.
23           So again, it's very vague to kind of
24   just put it in terms of just technology.  There's
25   also human resources that we were also facing as

---

50

1    COVID was hitting those parts of town.  So it's
2    really hard to tell you.  But the progression
3    line was moving upwards.  Let's put it that way.
4    A day over day.
5        Q    All right.  But you were still
6    experiencing limitations created by COVID, be it
7    technologically or be it health wise.  How about
8    now we're June 2020.
9        A    My answer is the same.  If you still
10   ask me to make it simple, we are still facing
11   limitations as of right now.  I guess the best
12   way to explain it is the progression was moving
13   onwards.  But even as today, we are still facing
14   limitations.
15       Q    Okay.
16           MR. BLANCHARD:  Michelle, can we take
17   a break when you get to a good point?
18           MS. SCHAEFER:  Yeah, I have a
19   section -- I want to go through some other
20   employees.  Can I just finish those and then we
21   can take a break?
22           MR. BLANCHARD:  Sure.
23   BY MS. SCHAEFER:
24       Q    So we talked Fatima Khan and Eroze
25   Khan you testified is her husband who also owns

---

51

1    the company.
2        Q    Did you -- I've seen e-mails between
3    you and Fatima Khan, but I have not seen any
4    documents with Eroze Khan's name on it.  How did
5    you communicate with the Khans?
6        A    They're the same people to me.
7        Q    Do they share an e-mail address?
8        A    No.  They do not share an e-mail
9    address, no.
10       Q    How do you communicate with them?
11       A    By e-mail, by chat, by call.
12       Q    With both of them?
13       A    I mean, I could talk to them
14   separately, but if I tell something to Fatima,
15   it's the same thing as me telling Eroze.  I hope
16   that answers your question.  I'm not
17   understanding what you're asking me.
18       Q    Well, I guess my question is, I don't
19   understand I guess why we don't have any e-mails
20   with his name on them.
21       A    You should.  You should.
22   Eroze.Khan786 is the e-mail.
23       Q    Okay.  Well, I will double-check, but
24   I don't think I have seen e-mails with his name
25   on them.  But we'll check, and we can follow-up

---

52

1    with Mr. Blanchard about that.
2            So we talked about Khalil.  Did
3    Khalil -- I don't have a question there.  Sorry.
4            Who is Kyle?
5        A    Kyle is Khalil.
6        Q    And why is he representing that he's
7    Kyle?
8            MR. BLANCHARD:  Objection.  Form.
9    Calls for speculation.
10           THE WITNESS:  All my employees have
11   names that are easy to be pronounced.  It's -- it
12   just saves time over the phone, let's put it that
13   way, rather than "Hey, how do you spell Khalil?"
14   I think it's easy to spell Kyle than Khalil.
15   BY MS. SCHAEFER:
16       Q    So whenever we see -- you're producing
17   a lot of documents with Kyle's name.  Whenever we
18   see Kyle, we can assume that's Khalil; is that
19   right?
20       A    That is correct.
21       Q    And I have seen documents where he
22   refers to himself as the supervisor of the
23   warehouse.  Was he the supervisor?
24       A    That is correct.
25       Q    Who is Priyank Vaish?

---

13 (Pages 49 to 52)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

53

1    A   He's our developer.
2    Q   What's a developer?
3    A   He is the guy that can change anything
4    on the website, who does coding for the site.
5    Q   When did he start working for you?
6    A   He was there from the start of the
7    company, I believe, in 2008.
8    Q   And he is not an employee?
9    A   He is, again, contracted through the
10   Stealth Mode Limited.
11   Q   Okay.  To the extent changes were made
12   to the website between March 2020 and August 4th,
13   2020, would he have made those changes?
14   A   Absolutely.
15   Q   And who would have given him the
16   instruction on the -- who would have told him
17   what changes to make?
18   A   During March, Khalil was probably
19   giving the frontline of giving all the
20   instructions, but I would have also spoken to him
21   as well.
22   Q   What about April 2020?
23   A   Same.
24   Q   May?
25   A   Same.

54

1    Q   2020, June 2020?
2    A   Same.
3    Q   August 2020?
4    A   I still have communications with
5    Priyank as well.  I think it's the same
6    throughout -- whatever month you picked.
7    Q   Okay.  Who is Mike@Wrist-Band.Com?
8    A   There is no Mike.  Mike -- so just to
9    give you a perspective of how these e-mails are
10   structured, Azim is the main e-mail, and they
11   have other aliases under the same e-mail.  It's
12   the same e-mail box, but it's different aliases
13   under that same e-mail box.  So there's not
14   different e-mail log-ins.  Azim is there.  Kyle
15   is there.  Zishan is there.  Amir is there.  It
16   just depends on who you want to choose to send a
17   reply to.  But Mike is just an alias in case if a
18   customer wanted to message a supervisor, this
19   would come straight into that mailbox which is
20   handled -- it's our inbox.  It's mine and
21   Khalil's inbox.  Let's put it that way.
22   Q   Okay.  So just -- so I understand, so
23   we have a Mike e-mail, and to the extent e-mails
24   get sent to Mike, you are receiving them; is that
25   right?

55

1    A   That is correct.
2    Q   Khalil is receiving them?
3    A   That is correct.
4    Q   What about -- you said there were two
5    other?
6    A   Nobody else.
7    Q   And I didn't get --
8    A   I don't think anyone else -- those are
9    aliases in there, but they're not receiving the
10   e-mails.  Me and Khalil.  If Khalil sends an
11   e-mail out, I can see it.  If Khalil receives an
12   e-mail, I can see it.  If I receive an e-mail,
13   Khalil can see it.  If I send an e-mail, Khalil
14   can see it, if that kind of makes sense.
15   Q   So -- yeah.  You use it
16   interchangeably.  Do you use it interchangeably?
17   A   Absolutely.
18   Q   Between you and Khalil?
19   A   Even as of today, yes.
20   Q   Okay.  And I guess I don't understand
21   when you say there's different -- did you say
22   aliases?
23   A   Correct.
24   Q   And you said -- I heard you mention
25   two other names and then --

56

1    A   There's actually a lot more.  There's
2    a lot more names in there.  There's Zishan.
3    There's Amir when they used to have e-mail
4    access, which is back eight, nine years ago,
5    which we never removed.  But there's a lot of
6    other aliases.
7        But we do own a lot more domains.  So
8    if you send it to Azim@Wrist-Bank.com or
9    Azim@CustomLanyard.com, those are also considered
10   aliases.  So it all comes into that one e-mail
11   box.
12   Q   Okay.  What about -- who's Sharez
13   Prasla?
14   A   Sharez is my partner in one of the
15   other companies.
16   Q   What company is it, Ionized?
17   A   He is a partner in Ionized, but there
18   is another company that I was a partner in, but I
19   am no longer a partner in that company.  But I
20   don't recall the name.  It's -- is it A brand or
21   something like that, I believe.
22       MR. BLANCHARD:  I can help with that,
23   if I can.  ASA Brands LLC.
24   BY MS. SCHAEFER:
25   Q   Does he have any role in Zaappaaz?

14 (Pages 53 to 56)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                    8/11/2021



57

1    A    At some point he did, yes.
2    Q    Okay.  What was that role?
3    A    That was a -- we had -- we had a
4  partnership between Ionized Consulting -- we had
5  a partnership initially with Ionized Consulting
6  and Zaappaaz, which started maybe around May,
7  June, or something around that period.  We had a
8  working partnership in terms of sales.
9    Q    Sales of covered products?
10   A    Sales of only covered products,
11 correct.
12   Q    What kind of arrangement?
13   A    Ionized Consulting, I believe, took 40
14 percent of our profits, I believe, and Zaappaaz
15 kept 60.
16   Q    And how -- were you both jointly -- I
17 mean fulfilling covered products, selling?  What
18 was the collaboration exactly?
19   A    The collaboration was to bring on more
20 resources to manage customers that we were
21 getting.
22   Q    And so you were both providing -- both
23 companies were sharing resources to provide
24 customer service to consumers purchasing covered
25 products?

58

1         MR. BLANCHARD:  Objection.  Misstates
2  prior testimony.
3         THE WITNESS:  Customer -- customer
4  service was already being handled in India.  I
5  think the reason we brought on Ionized Consulting
6  was because of our whole business model was
7  changing from overseas shipping to customers to
8  warehouse shipping to customers, and obviously it
9  was just me and Khalil who were the only
10 operators here.  So managing that was becoming a
11 little difficult, so we brought on Ionized
12 Consulting to help us with the domestics -- to
13 help us with the warehouse aspect of processing
14 orders, yes.
15 BY MS. SCHAEFER:
16   Q    Oh, okay.  I see.  So they were
17 providing services to Zaappaaz.  It wasn't that
18 Zaappaaz was providing services to Ionized
19 customers?
20        MR. BLANCHARD:  Objection to form.
21 BY MS. SCHAEFER:
22   Q    Okay.  I'll try to clarify.  So based
23 on your testimony, what it sounds like to me is
24 that you brought Ionized in to help Zaappaaz
25 with, you know, orders, with covered products

59

1  orders, with shipping covered products ordered,
2  and fulfilling the covered products ordered; is
3  that right?
4    A    Customer management.  I mean, it was
5  to help wherever help was needed.  That's what
6  the agenda was.
7    Q    Right.  But what about the flip side,
8  because Ionized, as I understand, is also
9  selling -- is a separate company according to you
10 and it's also selling covered products.  Did it
11 need Zaappaaz help?  In other words, was Ionized
12 going through the same COVID-related problems
13 with its customers and their orders?
14   A    Did it need help?  I don't think they
15 needed help, but it was a beneficial partnership
16 for both of us.
17   Q    And how did it benefit them outside
18 of, you know, they got paid?
19   A    That was the benefit.  They got paid.
20   Q    That was the benefit?
21   A    That was the benefit.
22   Q    That was the benefit.  Okay.
23   A    It was a financial benefit for them.
24 It was always -- the thing they were giving up
25 was time.

60

1    Q    Were you -- was Zaappaaz buying
2  inventory for covered products and then selling
3  that inventory to Ionized customers?
4    A    We weren't selling it.  We were just
5  distributing back to them, yes.  So it made it --
6  I am the common denominator in most companies, in
7  all of them actually.  I am -- I have some
8  ownership stake in it.  So if -- rather than
9  purchasing separate inventory for Ionized,
10 separate inventory for Spectra or anybody else,
11 it made since that if we're all selling the same
12 product.  At some point Ionized was just
13 purchasing all of it and then we were splitting
14 according to what we were using or Zaappaaz was
15 purchasing all of it and we were -- we were
16 distributing it accordingly.  But it was on a
17 cost-to-cost basis, yes.
18   Q    And were you -- in terms of finances,
19 would the companies pay each other back for --
20   A    Yes.
21   Q    -- the inventory or for the help they
22 were providing?
23   A    Absolutely.
24   Q    Who is -- one more question.
25        There's Ionized LLC and Ionized

15 (Pages 57 to 60)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                          8/11/2021

---

61

1  Consulting LLC.  Who runs Ionized LLC?  Who's in
2  control and runs -- manages the company?
3      A    There's three people that manage it
4  and those specific roles.  It's me.  It's Sharez,
5  and it's Alishah Momin.  Alishah Momin is my
6  brother-in-law.
7      Q    That's Ionized LLC?
8      A    That's Ionized LLC, correct.
9      Q    And then who owns -- I'm sorry.  Who
10  manages Ionized Consulting LLC?
11     A    I am a partner in it.  Zishan Momin is
12  a partner in it.  Asif Momin is partner in it.
13  Sharez Prasla is a partner in it, and Alishah
14  Momin is a partner in it.
15     Q    All right.  Let's move on to
16  Chandler@Wrist-Band.com?
17     A    Which one.  I'm sorry?
18     Q    Chandler@Wrist-Band.com.
19     A    Okay.  Sure.
20     Q    It might be Chandler Liu?
21     A    Yes.
22     Q    Who is he?
23     A    He is -- he is our vendor from day one
24  when we started wristbands.  The reason we
25  started, we created an e-mail for him, and I

---

62

1  don't think there's many activities happening in
2  that e-mail.  But the reason we created that
3  e-mail for him was he -- we were getting -- since
4  we were supplying a lot of wristband products,
5  promotional products on our website, a lot of
6  these vendors from China would reach out to us,
7  which we had no interest in changing vendors.
8  But Chandler, who is a sourcer, reaches out to a
9  lot of these different companies in China.  So it
10  made beneficial sense for him.  And he's like if
11  you can create me an e-mail to have all those
12  people that are contacting you to go to my
13  e-mail.  So that's why the e-mail was created.
14     Q    I'm sorry.  Say that.  I didn't
15  understand why was the e-mail created.
16     A    First, Chandler is our guy who
17  produces promotional products in China.  He's
18  been there from day one.  Now, we are -- we are
19  providing wristbands.  Now, if an ex-company
20  wants to message me and be like "Hey, we can also
21  provide you wristbands at a lower cost," or
22  "We're also providing wristbands in China and we
23  can send it to your customers," whatever, we had
24  no interest in changing our vendors in China.
25          But for Chandler, it made economical

---

63

1  sense because that's what he does in China.  He
2  actually subcontracts out these little factories
3  in China to process our orders.  So he deals with
4  them on a micro level, where we just deal with
5  Chandler directly, and he handles all it.
6          So if a company does reach out to us,
7  we had no interest in reaching back out to them,
8  but for Chandler, it made sense because he could
9  build a better network of these companies.  So we
10  created an e-mail for him so we would forward
11  those e-mails to him or those e-mails would go
12  straight to him.
13     Q    And so when did you start working with
14  Chandler?
15     A    When we first started our company.
16     Q    And he's -- would you call him a
17  trading agent?
18     A    Yeah.  They're a trading company.
19     Q    And so they connect you with vendors
20  in China?
21     A    They don't connect me with their
22  vendors, no.  They process our orders.  I have no
23  relationship with the suppliers that they use.
24     Q    Say that -- okay.  I'm sorry.  Say
25  that again.  You have no relationship --

---

64

1      A    Let's consider him a broker.  He's a
2  broker.
3      Q    So tell me what a broker does.
4      A    Well, my relationship is I can reach
5  as far as to Chandler.  I don't reach to his
6  network underneath him, if that clarifies it.
7      Q    You don't deal with them?
8      A    Yeah.  If there is an issue with an
9  order, I do not reach the manufacturers.  I reach
10  out to -- I reach out to Chandler.  He reaches
11  out to his networks or wherever he gave the order
12  to.
13     Q    And whether it was before the pandemic
14  or during the pandemic, has that always been the
15  relationship with you and Chandler in terms of
16  the vendors?
17     A    Mostly, yes.
18     Q    Sales@Wrist-Band.com, who gets those
19  e-mails?
20     A    That is a catch-all -- that is a
21  catch-all e-mail.  Basically if you don't put an
22  e-mail that does not match our company -- like
23  for example, if you put in Azim M, it will come
24  to my mailbox.  But if you put Azim M1, it will
25  go -- anything else that is not a defined e-mail,

---

16 (Pages 61 to 64)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

65

1    it will all go to Sales@Wrist-Band.com.  It's a
2    catch-all e-mail.  But that is the e-mail that is
3    handled by the India office, the CSRs.
4        Q    I see.  And are those e-mails going to
5    the CSRs, or are those e-mails going to Fatima
6    and Eroze?
7        A    It's the same.
8        Q    Okay.  How about
9    Accounting@Wrist-Band.com?
10       A    I believe that goes to sales as well.
11       Q    And when you say "sales," is that the
12   CSRs?
13       A    Yes.
14       Q    And the Khans?
15       A    Yes.
16       Q    I just want -- we'll take a break
17   after this.  I just want to show you one exhibit
18   before a break.
19           (Deposition Exhibit Number 2 was
20       marked for identification and attached to the
21       transcript.)
22   BY MS. SCHAEFER:
23       Q    Can you see this unsworn declaration
24   of Azim Makanojiya?
25       A    Okay.

66

1        Q    Do you see it?
2        A    Yes, I do.
3        Q    Okay.  So this was -- when we filed
4    our case and we entered into a preliminary
5    injunction, part of the requirements were you had
6    to send the preliminary injunction to employees
7    or agents who participated in the alleged
8    conduct.
9           So Mike provided this list to us, and
10   we went over these.  But these are people that
11   you sent the order to, and I'm wondering if these
12   are people that are all employed by the Khans.
13       A    That covers more than employees.  That
14   covers our contract workers as well.
15       Q    Okay.  So this -- I'm sorry.  Tell me
16   what this list of people includes in terms of
17   services to Zaappaaz?
18       A    A, it includes all our CSRs; B, it
19   includes our managers of our CSRs; C, includes me
20   and Kyle; D is our contractor who handles our
21   marketing side of Google Adwords specifically.
22       Q    Who is that?
23       A    D.
24       Q    I'm sorry.  Who manages the Google?
25       A    Diran, the letter D, Diran.

67

1        Q    Where do you see -- I'm sorry.  Where
2    do you see letters?
3        A    I'm on point number 5, Page 2.
4        Q    I'm sorry.  I'm looking at a
5    three-column spreadsheet.
6        A    Okay.
7        Q    Do you see that?
8        A    Yes.
9        Q    I guess are you -- I always forget.
10   Are you able to navigate by yourself?
11           MR. BLANCHARD:  I'm navigating for
12   him, Michelle.
13           MS. SCHAEFER:  Okay.  Do you -- are
14   you able to navigate, and I don't see what you
15   do, Mike?
16           MR. BLANCHARD:  I don't know.  So I
17   was looking at Page 2.  I don't know what you're
18   seeing.
19           MS. SCHAEFER:  So my screen -- I'm
20   looking at the list of 39 people.
21           MR. BLANCHARD:  Okay.  That's up now.
22           MS. SCHAEFER:  Okay.  Can you see me
23   scrolling or no?
24           MR. BLANCHARD:  No.  Well, I'm now
25   looking at that spreadsheet, and I'm wondering

68

1    who these people are.
2           THE WITNESS:  These look like there
3    are -- they are a mixture of both U.S. and --
4    U.S. and India, both.
5    BY MS. SCHAEFER:
6        Q    Who are U.S.?
7        A    Aqil Momin, Aroofa, Areesha, Faizan,
8    Shaaz.  Basically the bottom ones look most like
9    the U.S. ones.
10       Q    But are they employees?
11       A    They're contracted because we hired
12   them to pick up the CSR calls when India was
13   down.  So I think they were there for a while.
14       Q    When did you hire them?
15       A    A progression of April to May, June.
16       Q    And when did you stop using them?
17       A    Various times.  They trickled off as
18   we started to steady on this.  I can get you the
19   data if that's what you need.
20       Q    And you hired U.S. CSRs because of
21   COVID's impact on your India CSRs?
22       A    That's correct.
23           MS. SCHAEFER:  Okay.  If we want to
24   take a break, we can take a break now.
25           (A brief recess was taken.)

17 (Pages 65 to 68)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                  8/11/2021

---

69

BY MS. SCHAEFER:
Q    I want to talk about pre-pandemic
relations with China.  So when did you start
working with people in China with respect to
Zaappaaz?
A    2008 when we started Zaappaaz.
Q    And what trading agent did you use
when you started?
A    Rating agent?
Q    Working with -- trading or broker.
A    Chandler.
Q    So when you first started sourcing
products from China, you dealt with Chandler Liu,
and we will call him -- is it correct to call him
a broker?
A    I'll define it if it's more -- if you
need more clarity.  But yes, he is the guy that
we work with to process our orders, and he
figures it out within his own business processes.
I don't know how he does it.  But I assume he
contracts out different factories within his
jurisdiction to process our orders, but we
directly deal with Chandler.
Q    How did you meet him?
A    Virtually online.

---

70

Q    Who made the introduction?
A    Alibaba.
Q    And how did Alibaba know him?
A    No.  Alibaba is a website where --
Q    Sorry.
A    That's okay.
Q    Alibaba.  So were you just searching
on Alibaba and his product came up or his name?
Is that how you found him?
A    Correct.
Q    Is his company called Guangzhou
International Trading Company Limited?
A    I think he has a couple.  Something My
Speed as well.  But yeah, that is one of them.
Q    Okay.  And the one I mentioned is the
one identified in Rosemary Coates' report, which
is why I listed it.  But you're saying he owns a
couple of companies?
A    I believe so.
Q    And -- okay.  Did you interview other
brokers before you started working with Chandler
Liu?
A    We did.
Q    And how did you pick him?
A    Gut feeling.

---

71

Q    And you testified about this, but
describe again the services that his company or
companies provide to Zaappaaz.
A    I mean, he can provide any services
that you tell him to do.  He -- I mean, his main
core is to provide promotional products and
deliver them to our customers.  That is his main
-- pre-COVID, that's what his main job was.
Q    Okay.  And he -- did he source the
product for you?
A    Which products?
Q    In other words, okay, so prior to
selling covered products and prior to the
pandemic, what was Zaappaaz selling?
A    Promotional products.
Q    And you obtained the promotional
products from Chandler's suppliers; is that
right?
A    Ninety percent of it, yes, but there
were other vendors as well.
Q    Oh, okay.  So 90 percent pre-pandemic
of suppliers are through Chandler.  And does he
have the relationship with the vendors?
A    I do not know that.
Q    That are -- what's that?

---

72

A    I don't know.
Q    You don't know who has -- well, who
has the relationship with the vendors that you're
sourcing from?
A    You asked me if Chandler has a
relationship with the vendors.  I don't know if
they're brothers or sisters.
Q    I'm sorry.  Let me -- I didn't mean --
let me clarify.  When I say a relationship, I
mean a business relationship, not a familial
relationship.
A    To the extent -- my relationship goes
as far as to Chandler.  That's the furthest
extent that -- from Zaappaaz side we only reach
as far as to Chandler.  Anything under him, we
don't know who he deals with.
Q    So you -- you don't have a contract --
direct dealings with the suppliers or the
manufacturers of the promotional products?
A    I consider Chandler as my
manufacturer.
Q    Okay.  Does he also -- in addition to
sourcing products from vendors, does he also have
a manufacturing plant?
A    From the looks of it, it seems as he

---

18 (Pages 69 to 72)

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021



73

1    does.  I am not sure what his financial structure
2    or his structure is.  I honestly do not know.
3        Q    So you -- okay.  So you rely on him to
4    deal with suppliers?
5             MR. BLANCHARD:  Objection.  Form.
6        You can answer.
7             THE WITNESS:  I rely on him to process
8    my orders, yes.
9    BY MS. SCHAEFER:
10       Q    To talk with whom?
11       A    My orders.
12       Q    Did you say talk or take your orders?
13       A    Process my orders.
14       Q    So in other words -- well, we'll get
15   to that -- I'll ask you that question in a
16   minute.
17            So in terms of finding manufacturers
18   or vendors to sell his promotional products, you
19   relied on Chandler to find those manufacturers?
20            MR. BLANCHARD:  Objection to form.
21            THE WITNESS:  Ninety percent --
22   BY MS. SCHAEFER:
23       Q    Do you have any --
24       A    Ninety percent of --
25       Q    Did you have any role in contacting or

74

1    negotiating with the suppliers that were
2    providing promotional products to you?
3             MR. BLANCHARD:  Objection.  Form.
4        Misstates prior testimony.
5             THE WITNESS:  My furthest reach is to
6    Chandler.  Anything below him, I do not have any
7    contact with.  So maybe that answers your
8    question.
9    BY MS. SCHAEFER:
10       Q    Yes.  Do you have --
11            MR. BLANCHARD:  May I say something,
12   Michelle?  May I say something to try -- may I
13   say something to try and clear up?
14            MS. SCHAEFER:  Sure.
15            MR. BLANCHARD:  So I think what he's
16   saying, Chandler was the -- for all intents and
17   purposes the supplier and manufacturer.  If there
18   were people below him, you know, I don't know
19   that there were or not -- does that make sense?
20   I don't want to say too much.
21            MS. SCHAEFER:  Yes.  It does make
22   sense.
23   BY MS. SCHAEFER:
24       Q    So once customers ordered covered
25   products -- I'm sorry -- non-covered products,

75

1    this is pre-pandemic, who would package the goods
2    for the consumer?
3        A    Ninety-nine percent would be packaged
4    by Chandler's team in China.
5        Q    And who would ship it?
6        A    Chandler.
7        Q    And who provided, I guess, the
8    production oversight of these products as far as
9    you know?
10       A    Production oversight, I don't know.
11   Chandler.
12       Q    Okay.  So why don't you -- what -- do
13   you know what software they used -- Chandler used
14   pre-pandemic to manage the fulfillment process?
15       A    Yeah.  I think Chandler is -- I have
16   no dealings with his company and his operations.
17   I can give you assumptions, but I have no daily
18   communications with him on his business
19   transactions or how he conducts business on his
20   trading level company.
21            But in terms of communication, where
22   is this order, what's going on with this order,
23   can you ship this order faster, it's those types
24   of communications.  In terms of his business
25   day-to-day operations, I do not know how they

76

1    function.
2        Q    Okay.  And that's the case
3    pre-pandemic?  Is that the case pre-pandemic?
4        A    Pre and post.  I have -- he -- there
5    is no reason for me to ask how his company
6    operates.  I don't know.  He has a role to play
7    for us, and his role is to process our orders.
8        Q    Do you know what sort of I.T. systems
9    he uses?
10       A    I wouldn't know, no.
11       Q    So you've said that he provided 90
12   percent of sourcing services to you.  Who
13   provided the other 10 percent?
14       A    There is other various vendors that we
15   use.  I wouldn't be able to name it all for you.
16   I could give you abbreviations I use.  I think
17   there's Skyee, S-K-Y-E-E.  I think you can
18   probably decipher from the company name, I think
19   they have the word Sky in it.  There's another
20   one Bruce, and his company name might be Lijun or
21   something like that.  There's Yaoli.  There is
22   USKY, USB, very small other vendors.
23       Q    When you use these other vendors, do
24   they take care of the packaging and the shipping
25   as well?

19 (Pages 73 to 76)

FTC v. Zaappaaz, LLC, et al.                                8/11/2021

---

77

1    A   In most cases, yes.  Ninety percent of
2  the time, yes.
3    Q   You mean 10 percent of the time?
4    A   Ninety percent of the time these
5  vendors that I mentioned just now take care of
6  their own shipping.  That's what I meant.
7    Q   What about the other 10 percent?
8    A   There might be some various situations
9  like the goods are too big for them to ship, so
10  they will ship it to Chandler, and they will work
11  it out where he would charge me for the shipping
12  rate.  Just -- just anomalies like that.  Maybe
13  the weight is too much or they need special type
14  of permission.  Maybe it's a medium ion battery
15  that needs special certifications that they're
16  not capable of doing.  So things like that.
17    Q   Okay.
18    A   I won't even say 10 percent.  Let's
19  just say maybe less than 10 percent.
20    Q   When these -- you're saying when these
21  brokers package and ship the orders to consumers,
22  do you know whether they use -- what carrier do
23  they use?
24    A   UPS, FedEx, DHL.  Mostly UPS and
25  FedEx.

---

78

1    Q   And then do you know whether does it
2  go via air, aircraft, ocean -- do you have a
3  sense of how it's --
4    A   Ninety percent is air.  Ninety-five
5  percent is air for our goods.
6    Q   Do you know whether these brokers use
7  FedEx more than they use UPS?  Is it about even?
8    A   It -- it's a little tricky.  They have
9  a formula based on whatever is cheaper based on
10  whatever the weight is, whatever the commodity
11  is.  They have a formula that they use, but they
12  interchange.
13    Q   Okay.  So I want you to -- this is
14  pre-pandemic, let's say November 2019, and I want
15  you to walk me through an order process.
16      So let's say Michelle goes to
17  wrist-band.com and I want to buy 30 wristbands.
18  So I go in and I -- I know how the website works.
19  At that point I know you changed it.  But in
20  November 2019, I believe that someone could go on
21  and pick the shipping time and the delivery time;
22  is that right?
23    A   Production time and shipping time,
24  yeah.  It's not shipping and delivery.
25  Production and shipping.

---

79

1    Q   Shipping -- so production, shipping,
2  and then would you guarantee delivery date in
3  November 2019?
4    A   Yeah.  So you would pick a production
5  time, which is a plus, and then a shipping time,
6  which is a plus, and then the addition to that
7  would give you a delivery time.
8    Q   So I order something -- I order
9  whatever I said, 10 wristbands, and I want my
10  name on them -- you know what?  Let me revise
11  that hypothetical.  I don't want my name on them.
12  I just want 10 wristbands.
13      Tell me what happens next in terms of
14  your systems and the ordering process.  So I
15  enter -- I pay for the product.  What happens
16  next on the backend?
17    A   For us, our back end -- for us, our
18  backend sends an API signal to Chandler's system.
19  He receives the order.  If you selected a proof,
20  we'll send you a proof.  You approve the proof.
21  That is when your order starts.
22      Based on that approval or denial,
23  there's a delay process in there if you take
24  longer to approve, but if you did not select a
25  proof, it automatically goes into his machine.

---

80

1  Completely automated.
2    Q   You mean -- so the order goes in.  It
3  goes into Chandler's -- what's an API?  Did you
4  say AP --
5    A   Automatic protocol interface I want to
6  say if that's the correct -- an API, just to kind
7  of break it down for you, I don't know if the
8  acronym is correct, but the API is a piece of
9  code that Chandler gives us that can be read by
10  his system, and we code it based on what he tells
11  us what he needs from us.
12      So he would say that I need the order
13  number.  I need the product, all the details, and
14  I need you to format it in this way.  And once
15  it's formatted, send it to me here.  That's what
16  my system does.  And then his system can read
17  that exact formula.  So basically they're
18  speaking two of the same languages.
19    Q   Okay.  So then you send him this
20  electronic message providing information he
21  needs.  And then once he receives it in his
22  system, what happens?
23      MR. BLANCHARD: Objection.  Misstates
24  prior testimony.
25      Objection.  Compound.

---

20 (Pages 77 to 80)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

---

81

1       THE WITNESS: He processes the order.
2   I mean, I assume that's what he does. He
3   processes the order, and he ships the order out.
4   I don't know if you're asking for more detail
5   than that. I don't know.
6   BY MS. SCHAEFER:
7       Q   And so when he processes the order,
8   who checks whether you have, you know, I guess
9   inventory?
10      A   Who checks --
11      Q   Do you know whether --
12      A   Well -- yeah, he would -- in silicone
13  wristbands, there's never been an inventory
14  concern. I think everything is readily available
15  in silicone. Never had any inventory issues. So
16  there's no inventory matter. Silicone wristbands
17  per se is -- it's silicone, but it has a lot of
18  variations to it, so it's color-coded.
19      For example, if you order yellow, we
20  don't have to have an inventory of yellow
21  silicone. And it's just silicone, and then we
22  inject yellow into it. So never been a concern
23  of inventory. Let's put it that way. I don't
24  know how he manages it. We don't have an
25  inventory tracking in that sense. But never been

---

82

1   an issue.
2       Q   So pre-pandemic and then during the
3   pandemic and currently, you -- do you have any
4   insight into his inventory processes?
5       MR. BLANCHARD: Objection. Compound.
6   Objection. Vague.
7       THE WITNESS: No. In terms of -- in
8   terms of silicone wristbands, lanyards, koozies,
9   those are all products, but no, nothing in terms
10  of -- nothing in terms of promotional products I
11  would say that we've had a concern so far.
12  BY MS. SCHAEFER:
13      Q   Were there any promotional products
14  that created inventory problems for you
15  pre-pandemic?
16      A   No, nothing of major concern.
17      Q   So then --
18      A   Let me clarify. Lanyards have a lot
19  of attachments, metal attachments, but nothing of
20  a concern. Let's put it that way.
21      Q   Okay. And so -- okay, so an order
22  comes in. The information gets sent to Chandler.
23  He fulfills the order. He then ships the product
24  to the consumer in the U.S. This is pre-pandemic
25  just to be clear; is that right?

---

83

1       A   That's correct.
2       Q   Now, how does Zaappaaz maintain the
3   order information?
4       A   So it reverses back again. Chandler
5   will provide -- we provide an API to Chandler,
6   and then the information rolls right back to us.
7   The thing that he will send back to us is the
8   tracking number, what has been handed off to
9   FedEx, a tracking number will automatically
10  feedback to our system and get imported into our
11  system. And then that will get automated
12  generated through an e-mail sent to the customer.
13      Q   What does the e-mail contain when it
14  gets sent to the customer?
15      A   It definitely contains a tracking
16  number. I don't know what it contains in terms
17  of content.
18      Q   When people order online or order
19  online from Zaappaaz, what happens is that you
20  order and then you get an e-mail confirmation
21  shortly thereafter confirming the order, you
22  ordered this, this is your shipping date, this is
23  your delivery date. Are you familiar with those
24  e-mails?
25      A   That's correct.

---

84

1       Q   Are those being generated from
2   Chandler's data, or does that get generated from
3   yours?
4       A   No. E-mail confirmation is generated
5   from us. That's just basically confirming what
6   you ordered.
7       Q   Okay. And when you -- when Chandler
8   sends back the information about fulfilling the
9   orders, do you get any information about the
10  suppliers coming from --
11      A   No.
12      Q   -- or the vendor? So you get tracking
13  information from them, shipment information?
14      A   From Chandler.
15      Q   Right. So pre-pandemic, tell me about
16  what system did you use to maintain order
17  information.
18      A   We have our custom-built system in our
19  backend.
20      Q   You have a custom-built system where?
21      A   It's a Java built website, I believe.
22  I'm not a developer, so I don't have the
23  expertise in that. But if I had to give you an
24  explanation, it's not -- it's not something you
25  can buy off online. It's not an out-of-the-box

---

21 (Pages 81 to 84)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/11/2021

---

85

1   system.  It's a custom-built system completely
2   from scratch.
3       **Q   Who built it?**
4       A   Priyank Vaish, the developer.
5       **Q   When was this database built?**
6       A   It's a progress from 2008 onwards.
7       **Q   If I were to want to know more**
8   **technical information about it, would Priyank be**
9   **the person to ask?**
10      A   He would be the guy, yes.
11      **Q   Let me ask you, this system, does it**
12  **contain order information from customers?**
13      A   That is correct.
14      **Q   Does it contain inventory data at all?**
15      A   No.
16      **Q   Shipping data?**
17      A   Yes.
18      **Q   What kind of shipping data?**
19      A   Tracking numbers.
20      **Q   What about delivery data?**
21      A   Yes.  Well, delivery of when it got
22  delivered or when it's supposed to get delivered?
23      **Q   Both.**
24      A   When it's supposed to get delivered,
25  that's there because you're getting that in your

---

86

1   confirmation receipt.  When it got delivered, no,
2   we use that as our -- we use the shipping -- the
3   tracking number as our metric.
4       **Q   But you do have when it was supposed**
5   **to be delivered?**
6       A   That is correct.
7       **Q   What about refund information?**
8       A   That is correct.  It does.
9       **Q   And what about complaint information?**
10      A   Complaint?
11      **Q   Like complaints from consumers, does**
12  **that get inserted into --**
13      A   Somewhat, yes.
14      **Q   What do you mean somewhat?**
15      A   Well, it depends on how they initiate
16  the complaint.  There's a process where they can
17  initiate a complaint from their account or
18  sometimes they can initiate a complaint via
19  e-mail.  If it's via e-mail, which is the most
20  unproductive way to submit a complaint, it's
21  within the e-mails.  But if it's within our
22  backend and they submit a complaint from our
23  backend, then yes, we would have that record in
24  our backend.
25      **Q   And was that the case pre-pandemic?**

---

87

1       A   That's correct.  It still is the case
2   at some points as of right now.  I mean, we just
3   can't control if they're going to e-mail us or
4   file a complaint online.  But yes.
5       **Q   So when someone -- why -- why is it**
6   **not as productive for a consumer to complain via**
7   **e-mail?  You know what?  I withdraw that**
8   **question.  I withdraw the question.**
9           **Why do complaints via e-mail not get**
10  **into the system as opposed to when people use the**
11  **backend?**
12      A   To put it in the easiest way, I guess,
13  is an e-mail is a -- the e-mail software is owned
14  by someone else.  The backend is owned by us.  So
15  there's real no way of communication unless we
16  have a partnership, if that makes sense.  If I
17  don't have a way to link it, there's no way to do
18  it.
19      **Q   Meaning put it in this database we're**
20  **talking about?**
21      A   That is correct, yeah.  So we would
22  have to kind of process everything via e-mail.
23      **Q   What's the process on the backend?  Is**
24  **that a complaint initiated via your website?**
25      A   Pre-pandemic, yes.  Every e-mail

---

88

1   confirmation receipt has a login to their account
2   where they can submit a complaint.  And they just
3   log in, and they just say complaint on order and
4   it goes into our ticketing system.
5       **Q   And then it appears in the system?**
6       A   That's correct.
7       **Q   What about -- what about during the**
8   **pandemic?  Did that change at all?**
9       A   Same during the pandemic.  Yes, now
10  the ticketing system has changed where if a
11  customer does e-mail, we do not respond via
12  e-mail.  We create a ticket directly from our
13  backend and then give them the link to the ticket
14  so then it's logged correctly.
15      **Q   And so now you're trying to capture**
16  **all the complaints in the -- in your database?**
17      A   That is correct.
18      **Q   And when did that feature get**
19  **instituted?**
20      A   Very recently.  About three months
21  maybe, four months, something like that.
22      **Q   Okay.  And so what about web chats?  I**
23  **know you can chat with people, customer service**
24  **representatives via your website.  So let's start**
25  **pre-pandemic.  Is that stuff that would get**

---

22 (Pages 85 to 88)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021



89

1    entered into the database?
2        A    No.
3        Q    And what about during the pandemic?
4        A    No.
5        Q    And now?
6        A    Let me clarify what you're asking.
7    Are you asking does the chat logs get transferred
8    over to our database, or are you asking if a
9    complaint is relayed on a chat, do we transfer it
10   over?
11       Q    Okay.  I guess I don't understand.
12   Can you tell me the difference between those two?
13       A    Yeah.  It's -- a chat log is if you
14   and me are chatting for one hour, are you saying
15   that log is logged somewhere?  We don't log in
16   our database that communication.  And the
17   second --
18       Q    What's the other example?
19       A    The other example is now the past
20   three, four months, if you say you have an issue
21   with an order, we would create a ticket in our
22   backend, and we would give you the link to the
23   ticket so then you have an easier way to follow
24   up and kind of see what the updates are.  But
25   pre-pandemic, no, we didn't have that process.

90

1    We would tell them to either open a ticket for
2    their complaints.  We didn't have a process to
3    create a ticket for themselves.
4        Q    Okay.  How do you -- how would you
5    open a ticket?
6        A    CSR.
7        Q    What does that mean?
8        A    How -- in what reference are you
9    referring to?  As a customer or as a --
10       Q    Yes.  As a customer.
11       A    Yeah.  You would login to your system.
12   You would log -- you would have a login.  Your
13   login is your e-mail you used when you created --
14   when you made the order.  We ask you for your
15   e-mail.  And we auto generate you a login.  You
16   log in, and then once the order is into the
17   system, right, when you place the order, you can
18   just file a complaint.  You say I ordered 100,
19   but now I need 200.  So that's a complaint.
20       (Deposition Exhibit Number 3 was
21   marked for identification and attached to the
22   transcript.)
23   BY MS. SCHAEFER:
24       Q    I just marked Zaappaaz Exhibit 3, and
25   the first page you should see it's Zaappaaz LLC's

91

1    First Amended and Supplemental Objections and
2    Responses to Plaintiff's First Set of
3    Interrogatories.
4        Do you see that on the first page?
5    Are you looking at it?
6        A    Mm-hmm.
7        Q    Okay.  So these were Interrogatory
8    requests that we served, and I'd like you to go
9    to Page 6, and then I'd like you to read on Page
10   6.  Just go ahead and read Interrogatory Number 2
11   and the response, and let me know when you're
12   done.
13       MR. BLANCHARD:  One second, Michelle.
14   Interrogatory number 2 you said?
15       MS. SCHAEFER:  Yeah.  Read the
16   question and response, and let me know when
17   you're done.
18       THE WITNESS:  Okay.
19   BY MS. SCHAEFER:
20       Q    So this SQL database, is that how you
21   say that?
22       A    That's correct.
23       Q    Is that the database we've been
24   talking about?
25       A    That is the database, but that

92

1    doesn't -- that's not the framework of the
2    website.  But that is the database that the
3    website --
4        Q    What do you mean it's not the
5    framework?
6        A    SQL is a database.  I don't know.
7    Apparently it holds data.  That's all.  But
8    there's a code that it holds -- has a structure
9    in the mainframe work of the website of how it
10   functions for you -- for me to put a banner on
11   the website that's a code that requires that.
12   For me to change the code from red to blue, that
13   requires a code.  That has nothing to do with the
14   database.
15       Q    Do you know how to do that coding --
16       A    No.
17       Q    -- that you just described?  So this
18   is the database you had -- well, this is the
19   database, and then you have the structured
20   website with code, and this existed pre-pandemic?
21       A    Same, both ways.
22       Q    What's that?
23       A    It's the same.
24       Q    Okay.  And the only changes that had
25   been made -- had the only changes been made the

23 (Pages 89 to 92)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                     8/11/2021

---

93

1    ones that you told me about recently where you're
2    able to convert certain complaints into a form
3    that can go into the database?
4          MR. BLANCHARD: Objection. Form.
5          THE WITNESS: I mean, there is some
6    small -- it's a very vague question. But yes,
7    web services is where we used to host the
8    website. We used to host it on Go Daddy before.
9    I think we switched over in 2018. I don't know
10   when we switched over to Amazon Web Services.
11         So there's been a lot of transitions
12   that's happened, and it happens actually on a
13   weekly basis. We are always making updates on
14   the website. So I can't really pinpoint if
15   that's the only change. There has been a lot of
16   changes from whatever period of time we pick.
17   BY MS. SCHAEFER:
18         Q    What -- can you tell me what Shipping
19   Easy is?
20         A    Shipping Easy is a software that
21   manages orders and prints labels.
22         Q    When did it start using this?
23         A    When we started shipping from the U.S.
24         Q    And why did you start using the
25   service when you started shipping from the U.S.?

---

94

1          A    We needed to print labels, so that was
2    one of the services that provided that.
3          Q    And before you started shipping from
4    the warehouse, did your trading agents or brokers
5    create the labels for the most part?
6          A    We never shipped from the warehouse
7    before.
8          Q    Okay. And so the shipments were
9    coming directly from China; is that right?
10         A    That is correct.
11         Q    And were your Chinese brokers creating
12   the labels?
13         A    That's correct.
14         Q    Did you ever -- have you ever gone to
15   China to meet Mr. Chandler Liu?
16         A    I have. I think when we started the
17   business with Chandler Liu in 2008, I first saw
18   him maybe five or six years after -- after we
19   started our company. And then I have gone three
20   or four times after that.
21         Q    When is the last time you went?
22         A    Well, last time I went to China was
23   2019 of October. But it was no -- it had no
24   relationship to the business. I went on a hiking
25   trip. So putting that aside, maybe 2017.

---

95

1          Q    Okay. How many trips had to do with
2    Zaappaaz?
3          A    What? I'm sorry.
4          Q    How many trips to China had to do with
5    your business and fulfillment from Asia?
6          A    I didn't specifically go for Zaappaaz.
7    Zaappaaz runs pretty smoothly. I go -- if I go
8    to China, I go for general purpose of exploring.
9          Q    I see. So is it the case that you
10   never have gone for business purposes, for
11   Zaappaaz's business purpose?
12         MR. BLANCHARD: Objection. Misstates
13   prior testimony.
14         THE WITNESS: I would say -- you could
15   say not specifically for Zaappaaz, but yes, I
16   mean, we definitely talk about business stuff
17   when I'm there. So if you want to consider it
18   business or not, I don't know how you would
19   classify. But yes, I --
20   BY MS. SCHAEFER:
21         Q    Have you met Mr. Chandler in person?
22         A    Absolutely.
23         Q    What's that?
24         A    Yes. Correct. I have.
25         Q    How many times have you met him?

---

96

1          A    Maybe four times, maybe more. I don't
2    know.
3          Q    Did you ever visit his offices?
4          A    Yes, I have.
5          Q    And is his office -- does he have an
6    office in a building? Does he own an office
7    building? What kind of office does he have?
8          A    He has an office. I don't know if he
9    owns it or not. It's an office where he works
10   out of. I don't know to what extent of what his
11   ownership is. I don't know.
12         Q    Is it a manufacturing plant?
13         A    So, I didn't go to manufacturing. I
14   did go to his shipping, but if you're asking me
15   if he owns it, I don't know. I went to -- yeah,
16   I went to both.
17         Q    Okay. So you said you went to
18   manufacturing. What does that mean?
19         A    Where they make the wristbands.
20         Q    And how many manufacturers? Is there
21   one manufacturer making wristbands?
22         MR. BLANCHARD: Objection. Form.
23         THE WITNESS: I don't think so. But I
24   went to two. I visited two.
25   BY MS. SCHAEFER:

---

24 (Pages 93 to 96)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

97

1    Q    Does that mean there's only two?
2    A    I don't think so.  I don't think they
3    have the capacity with just two factories, but I
4    do not know how many he deals with.  But I did
5    visit two.
6    Q    Manufacturing plants and then you said
7    you visited something else.  Shipping?
8    A    I believe that his company's shipping
9    department.  So consolidates all shipments there
10   and ships it out from there.
11   Q    Do shipments go out -- is the place of
12   shipment different than the manufacturing place?
13   A    It obviously -- it definitely looked
14   like that yes, 100 percent.  They were in two
15   different areas of towns.  I don't know if he
16   ships out from the manufacturing place or not.
17   But from the looks of it, it looked definitely
18   different, yes.
19   Q    So it sounds like, tell me is this the
20   case.  So you have a relationship with Mr. Liu --
21   Mr. Chandler Liu and a couple -- and maybe some
22   other brokers.  You rely on them to source the
23   products; is that right?
24   A    That is correct.
25   Q    You don't have knowledge of the

98

1    specific manufacturers that they actually use to
2    source your products?  You rely on them to find
3    them?
4         MR. BLANCHARD:  Objection.  Misstates
5    prior testimony.
6         THE WITNESS:  That's correct.
7    BY MS. SCHAEFER:
8    Q    Do you ever look at the contract
9    between Chandler Liu or the other brokers and
10   their suppliers?
11   A    We don't have a contract even between
12   me and Chandler.
13   Q    So -- and so your testimony is you
14   don't review contracts between Chandler Liu and
15   his providers?
16        MR. BLANCHARD:  Objection.  Lacks
17   foundation.
18        THE WITNESS:  That's correct.
19   BY MS. SCHAEFER:
20   Q    How do you communicate with Chandler
21   Liu and your other brokers?
22   A    Mostly WeChat.
23   Q    Mostly what chat?
24   A    WeChat, W-E-C-H-A-T.
25   Q    Do you maintain WeChat in the normal

99

1    course of business?
2    A    I'm sorry.  What do you mean
3    "maintain"?
4    Q    You produced a lot of documents in
5    this case, but I have -- I think I just found a
6    handful with Chandler Liu's name on it, and I
7    haven't seen any of these WeChats.  So I'm
8    wondering --
9    A    WeChat is a third-party software.
10   That's not our software.  It's a multibillion
11   dollar company that handles chat protocols.  We
12   do not maintain it, no.
13   Q    So you don't save them in your systems
14   or anything?
15   A    No.  We don't save those in the
16   database.  We don't have a way to link our
17   WeChats to our database?
18        (Deposition Exhibit Number 4 was
19   marked for identification and attached to the
20   transcript.)
21   BY MS. SCHAEFER:
22   Q    So I have marked as Exhibit 4 the
23   Mail, Internet, or Telephone Order Merchandise
24   rule that I'm going to refer to as MITOR.
25        MR. BLANCHARD:  What date do you want

100

1    him to go to, Michelle?
2         MS. SCHAEFER:  I'm going to ask a few
3    questions before I direct him to a page.
4    BY MS. SCHAEFER:
5    Q    So before we filed this lawsuit, had
6    you ever heard of this rule?
7    A    I have not.
8    Q    And when did you become aware of it,
9    the lawsuit?
10   A    Maybe -- maybe after I consulted my
11   lawyer.  I don't even think I researched what
12   MITOR rule was.
13   Q    Are you saying you weren't aware of it
14   until this lawsuit?
15   A    That is correct.  Yes.
16   Q    Okay.  So let's go to -- let's go to
17   Section 435.281, which is on Page 4.  So I want
18   you to read -- go ahead and read Section
19   435.2(a)(1).
20   A    Okay.
21   Q    Pre-pandemic, did you have a
22   reasonable basis to expect that your product
23   could be shipped within the advertised shipping
24   time?  This is pre-pandemic.
25   A    Yes.  Correct.

25 (Pages 97 to 100)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

---

101

1    Q    And you did have a reasonable basis.
2    What was that reasonable basis?  Why did you have
3    such a reasonable basis?
4    A    The commitment from the manufacturer,
5    the commitment from the shipping, the logistics
6    companies.
7    Q    And because of their representation
8    that they could deliver -- ship within a certain
9    amount of time, you relied on their
10   representations?
11   A    Sure.  Correct.
12   Q    Let's look at 435.2(a)(4), which is on
13   Page -- that's on Page 4.
14          MR. BLANCHARD:  Is that the one that
15   begins "In any action brought by the Federal
16   Trade --"
17          MS. SCHAEFER:  Yes.
18   BY MS. SCHAEFER:
19   Q    Have you read it?
20   A    I have.
21   Q    Okay.  So this is pre-pandemic.
22          What records or documents did you have
23   that established a use of system and procedures
24   assuring that shipments could be shipped within
25   the advertised time?

---

102

1    A    The tracking numbers.
2    Q    The tracking numbers?  Anything else?
3          MR. BLANCHARD:  Objection.  Form.
4          THE WITNESS:  I'm going to assume
5    that's -- that's the only piece of information
6    that would really be necessary.  I don't know if
7    there's anything else that you're referring to.
8    BY MS. SCHAEFER:
9    Q    I mean, I just wanted to know, you
10   know --
11   A    Nothing else.
12   Q    -- what records that you relied on to
13   ensure you can ship within the promised time.
14          Okay.  Let's look at (b)(1), which is
15   right below that.  So go ahead and read it, that
16   (b)(1) paragraph.
17   A    Okay.
18   Q    And so pre-pandemic, to the extent you
19   couldn't ship things on time, would you contact
20   consumers to offer them refunds or cancellations?
21   A    We would not contact them, no.
22   Q    And if they contacted you and asked
23   for refunds because products weren't shipped on
24   time or asked to cancel, what was your policy?
25   A    The policy was to refund or prorate.

---

103

1    The policy was to refund or to prorate or to ship
2    the product back.
3    Q    And so let's say someone is promised
4    your product will ship in 10 days and the product
5    doesn't ship in 10 days and they call and they
6    say it hasn't shipped, I want to cancel, do you
7    let them cancel?
8    A    I think our company went on the basis
9    the product getting delivered, not shipped.  So I
10   think we want to -- maybe want to clarify that.
11          We guarantee the delivery date.  So
12   the right way would be the product -- if the
13   product got delivered on that date rather than
14   shipped on that date.  Does that make sense?
15   Q    I'm not sure it does.
16   A    Promotional products -- promotional
17   products, when you choose a delivery date, you
18   choose a delivery date, not a ship date.  Just
19   want to clarify those are two different things.
20   Q    Correct.  But when you order products,
21   you're also -- prior to filing the lawsuit, you
22   were guaranteed shipping time as well?
23   A    We're guaranteeing a delivery date.
24   Your order is guaranteed to be delivered on.
25   That's what I stated.  So technically what you're

---

104

1    trying to say is if it's a one-day ship, it
2    should ship in one day.
3          What I'm trying to tell you, what we
4    offered is a guaranteed delivery date, especially
5    the same thing.  You're essentially taking the
6    addition of production time and shipping time.
7    What I'm trying to tell you, the guaranteed
8    delivery date.  If a customer ordered wristbands
9    and they were supposed to get it Friday and they
10   got it Saturday, yes, that is delayed.  But we
11   guaranteed a delivery date.
12   Q    This is pre-pandemic?
13   A    Even now.  Even now.
14   Q    Well, I guess I don't understand.  So
15   someone -- what I have seen is someone goes
16   online, we can say during the pandemic, and they
17   would pick a product, and then they were allowed
18   to pick the shipping time and then the delivery
19   date.  And then when they get a receipt, it says
20   shipping days and guaranteed delivery date.  So
21   aren't the shipping days how many days it's going
22   to take to --
23   A    I think you might -- I think you might
24   have it wrong.  We don't have a way for you to
25   choose a shipping time and a delivery time.  It

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                         8/11/2021

---

105

1   doesn't work like that.  When you choose a
2   shipping time, we give you a delivery date.
3         So if you choose -- like in
4   wristbands, in wristbands, there is a production
5   time and shipping time because you have to
6   produce the wristbands, and that takes X amount
7   of time.  We offer different production times,
8   and that is because, for wristbands, if you want
9   to produce 100 wristbands in one day, we need
10  five molds.  If you want to produce it in five
11  days, then we only need one mold.  So that's the
12  production behind it.
13        Now delivery dates, how do we make it
14  and it's ready to go, do you want it in one day,
15  do you want it three days, do you want it five
16  days or seven days?  So those are the options.
17  With the addition of those two gives you a
18  delivery date.
19        Does that make sense?
20  **Q    Walk me through a transaction of a**
21  **covered product and what you --**
22  A    Yes.  A PPE product doesn't
23  necessarily require a production except for certain
24  items, which is the cloth mask.  The cloth mask
25  is a custom item because it's not only something

---

106

1   I can pick up and just ship it.  It requires me
2   to pick it up, print your logo on it, and then
3   ship it.  So that now requires a production.  But
4   like, for example, masks, like surgical masks, do
5   not require any production.  Pick up the box and
6   then ship it.  So you would only choose a
7   shipping time in that frame -- in that aspect.
8   **Q    Right.  Let's say it's one of those**
9   **products you don't need any production time, what**
10  **does -- what does Zaappaaz represent in terms of**
11  **shipping?  Don't they tell you how many days it**
12  **will take to ship?**
13  A    No, we don't do days.  We give you
14  dates.
15  **Q    Okay.  We'll look at some of these a**
16  **little bit later.**
17  A    Okay.
18  **Q    So --**
19        MR. BLANCHARD:  Michelle, just I think
20  from here on whenever is a good stopping point
21  because our lunch is going to be here pretty
22  soon.
23        MS. SCHAEFER:  You know what, this
24  actually is a good stopping point, but I have one
25  question that I didn't ask earlier that I will

---

107

1   ask, and then we can take a lunch break.
2   BY MS. SCHAEFER:
3   **Q    So I want to know what names does**
4   **Zaappaaz do business under?**
5   A    DBA?
6   **Q    Yes.**
7   A    I think you had it in Document 2, Page
8   Number 2 -- sorry.  Where's all the company names
9   in the document, all the domain names.
10  **Q    Yes.  That was --**
11  A    Page Number 6.
12  **Q    The websites?**
13  A    Essentially it's that.  I think it's
14  missing WB Promotion.  Those are all the --
15  **Q    The DBAs?**
16  A    There's actually --
17  **Q    What about --**
18  A    There's actually just two DBAs that I
19  officially follow, which is WB Promotion and
20  wristband.com.
21  **Q    What about -- what's fastkoozie.com?**
22  **Oh, that's there, okay.  What about**
23  **24wristband.com?**
24  A    That's not our company.
25  **Q    Okay.  Did all of these websites or**

---

108

1   **DBAs sell covered products?**
2   A    So let me just explain the structure
3   of these websites.  These websites --
4   **Q    Okay.**
5   A    They're all the same.  So if you go to
6   these websites, they're the same exact website,
7   same database, same everything.  It's just the
8   domain is different.  So, for example, if you go
9   to wrist-band.com, your home page is going to
10  show wristbands, but if you go to
11  CustomLanyard.com or CustomLanyard.net, you're
12  going to see CustomLanyard on the home page, but
13  the products integration is the same exact on all
14  the domains.
15  **Q    All of these?**
16  A    There's no difference.  There's no
17  difference.  It's just how we're marketing these.
18  That is it.
19  **Q    Let me ask you this because I know**
20  **that you have an interest in Ionized.  Was any of**
21  **the Ionized websites ever part of, you know, the**
22  **system you just explained, which is, you know,**
23  **you go to any of these websites and you're**
24  **basically looking at --**
25  A    No.

---

27 (Pages 105 to 108)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

109

1           MS. SCHAEFER: I think then this is a
2   good time. How much time do you guys want for
3   lunch?
4           MR. BLANCHARD: Let's do 30 minutes.
5           MS. SCHAEFER: We can go off the
6   record.
7           (A lunch recess was taken.)
8   BY MS. SCHAEFER:
9       Q    So now I want to talk about when
10  Zaappaaz started selling the covered products.
11  When did Zaappaaz start looking into selling
12  covered products?
13      A    March -- middle of March.
14      Q    Middle of March is when you started
15  looking into it?
16      A    I think so.
17      Q    What led you to -- what led you to
18  want to sell covered products?
19      A    So the city had reached out to me
20  because they knew I did sourcing overseas. So
21  the city reached out to me. I provided them some
22  masks, and then once the city knew that I got the
23  masks, they -- another couple of institutions
24  reached out to me. Then I was like okay, I'll
25  start bringing in masks. So I started bringing

---

110

1   in masks. Then I started getting customers that
2   started calling can you provide this, can you
3   provide that. So it kind of led to that process.
4       Q    When did you -- you said you started
5   by providing masks?
6       A    Yes. Correct. Masks.
7       Q    And so you started selling masks to
8   Zaappaaz's consumers?
9       A    That's correct.
10      Q    In March?
11      A    That's correct.
12      Q    And were you able to fulfill them
13  timely when you first started?
14      A    Yeah, we were. At the initial phases,
15  yeah, because they were shipping directly to
16  consumers.
17      Q    Okay. And -- well, we'll get into
18  that in a minute. So you looked into sourcing
19  covered products because cities are getting in
20  touch with you as a potential source.
21          Did you go -- did you turn directly to
22  Chandler Liu, or did you look for other brokers?
23      A    Directly to Chandler Liu.
24      Q    And he was able to fulfill covered
25  products orders at that time?

---

111

1       A    Immediately, correct.
2       Q    Did you -- okay.
3           Did you deal with any other brokers at
4   that time or was it solely Chandler Liu?
5       A    At that time if you're referring to
6   the time of March and six months after, yeah, we
7   had multiple vendors.
8       Q    Multiple vendors from Mr. Liu?
9       A    Other vendors that we dealt with to
10  bring in PPE stuff.
11      Q    So from March 2020 through, let's say,
12  December 2020, approximately how many vendors --
13  brokers did you deal with?
14      A    I want to say maybe three.
15      Q    And so one was Chandler Liu?
16      A    Mm-hmm.
17      Q    Who were the other two?
18      A    Yaoli is an individual who is a
19  sourcing agent of ours we pay. And she is -- for
20  example, if I need -- if I need a specific type
21  of a pen, I will send her that, and she will go
22  source it out for me. So she's a sourcing agent,
23  but she works under us. So she also found --
24      Q    Go ahead. I'm sorry. I interrupted.
25      A    She also -- she also finds products

---

112

1   for us that we -- that customers require, like
2   specific type of products.
3       Q    How is the relationship with her
4   different than with Chandler Liu?
5       A    Chandler Liu has a whole structure
6   underneath him. Yaoli is an individual who
7   basically we can tell her that hey go to the
8   market and see if you can find this product. So
9   she is -- I don't know. She is just someone that
10  we can tell her what to do, I guess. Chandler
11  Liu already has his structure set up where he has
12  the shipping. He has the factories and
13  everything under him already. Yaoli is going out
14  and finding these vendors.
15      Q    And so when she finds these vendors,
16  who packages the products?
17      A    Yaoli does.
18      Q    At her facilities?
19      A    At her house.
20      Q    Does she source -- I'm talking about
21  PPE now, covered products. So she sources a
22  product, brings them to her house, packages them;
23  is that right?
24      A    Yeah. Most of the time she'll bring
25  it to her house. If the packages are huge, like

---

28 (Pages 109 to 112)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

113

1   if it's 50 boxes, she'll just basically leave it
2   at the factory.  She'll take the labels to the
3   factory and have FedEx pick it up there.  It's
4   just a logistical process, I guess.  Whatever
5   logistically makes sense.
6       Q    But she takes care of shipping -- she
7   creates the labels?
8       A    She creates the labels, correct.
9       Q    And takes care of the shipping, okay.
10  And then there was a third?
11      A    The third, I don't know the name of
12  the company, but -- it was gowns that were being
13  shipped, but I don't know the company's name.
14  It's -- it was maybe a single or two transactions
15  that we did where we did shipments of gowns.
16      Q    Okay.
17      A    And I want to say -- I think that was
18  done via Chandler I want to say.  I'm not sure
19  though.
20      Q    Okay.  And are these vendors -- well,
21  let me back up.  Before lunch, you testified that
22  you rely on, for example, Chandler Liu to find
23  the suppliers, find the vendors.  He enters into
24  whatever contractual obligations he has to enter
25  into and that you're not involved in that

---

114

1   contracting aspect and sourcing aspect because
2   you rely on him.  Was that the same case for
3   covered products?
4       A    Yeah, I would -- yes, fair to say.
5       Q    And so again, when you started selling
6   covered products, you were selling covered
7   products, you were dealing with Mr. Liu, Mr. --
8   and Yaoli who is a woman and relied on them to
9   source everything and deal with the vendors; is
10  that right?
11      A    Well, with Yaoli, it was a little
12  different.  Yaoli would connect us with the
13  vendor, and she would be the intermediary
14  which -- so -- yeah, sometimes they don't know
15  English, so she would be like the middle person
16  kind of explaining and mediating all this stuff.
17  Yeah, we would be connected directly to the
18  manufacturer per se in this case because Yaoli is
19  not -- she's not owning her own company.  She's
20  just paid on a salary.
21      Q    And who pays her salary?
22      A    We pay her salary.
23      Q    Is she an employee?
24      A    She's not -- she's not an employee.
25  She's a contract -- legally she's not an employee

---

115

1   of Zaappaaz.  She was -- she's contracted.
2       Q    So then in those instances where she's
3   the middle woman, are you -- do you enter into
4   contracts --
5       A    No.
6       Q    -- with these vendors in those cases?
7       A    No.
8       Q    What kind of paperwork do you enter
9   into, if any?
10      A    Trust basis.
11      Q    Not even purchase orders?
12      A    No.  We -- there's 100 percent
13  purchase orders.  There's a PI purchase invoice.
14  That's it.
15      Q    So -- is that also the case with Mr.
16  Chandler Liu?  I don't know why I keep calling
17  him Mr. Chandler Liu.  Is that the same case
18  with --
19      A    Yes.  Mr. Chandler Liu -- we have a
20  net 30 with him.  He'll bill us every 30 days or
21  15 days.
22      Q    What -- when he bills you, what is he
23  billing you for exactly in terms of itemized --
24      A    The goods that he ships.  We'll put an
25  order number and then he'll put whatever he's

---

116

1   shipping.
2       Q    Who pays for the FedEx?
3       A    Before pandemic, he paid -- he had his
4   own FedEx account that he paid.  Now we
5   negotiated better rates with our FedEx account,
6   so he uses our FedEx account, but he pays for it.
7   We pay for it, but he credits us, let's put it
8   that way.
9       Q    And when did that arrangement start?
10      A    I think that started maybe November of
11  2020 -- I mean 2019, something around there.
12      Q    It started pre-pandemic?
13      A    Correct.
14      Q    Okay.  So throughout the pandemic,
15  you've been using your FedEx accounts to ship and
16  he has --
17      A    No.  A mixture of both.  They have
18  their own formula that they use.  Either their
19  FedEx account is cheaper at times.  Our FedEx is
20  cheaper.  Their UPS is cheaper.
21      Q    So you start selling masks.  It's
22  around mid-March.  At this point, the pandemic
23  has hit, but you testified that at first when you
24  were selling masks, you weren't having issues
25  fulfilling them in a timely manner.  When did the

---

29 (Pages 113 to 116)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

117

1   **problem begin with shipments and delivery?**
2       A    When did the problem began was maybe
3   start of April, first week of April.
4       Q    **Okay.  And what happened the first**
5   **week of April that affected your business?**
6       A    Well, mid-March is when we had the
7   lockdown back in Houston, which we had to get
8   special permission to work at the warehouse.  So
9   we got that issue, Number 1.  So we had to issue
10  that to all our employees for them to come to the
11  warehouse as essential workers.
12      Q    **Can I stop you right there?  And when**
13  **was that where you got permission?**
14      A    Sometime in March -- March -- I don't
15  know.  I wouldn't know the exact date.
16      Q    **At this point though you're still**
17  **shipping from China.  You haven't started**
18  **shipping from your warehouse in March; is that**
19  **right?**
20      A    That is correct.  Well, yes.  March
21  22nd, I believe, is the first order we received
22  for our PPE stuff.  So yes, we were shipping up
23  until end of March, I think, directly to
24  customers.
25      Q    **Up through March?**

118

1       A    End of -- until the end of the month.
2       Q    **And when did you start shipping out of**
3   **the warehouse in Texas?**
4       A    Maybe let's just say -- again, around
5   end of March to start of April.
6       Q    **Okay.  So the beginning of April the**
7   **pandemic starts to affect your business.  Tell me**
8   **how it affected your business exactly.  In terms**
9   **of --**
10      MR. BLANCHARD:  Objection to form.
11      THE WITNESS:  How it affected my
12  business, my promotional business?  Is that what
13  you're asking?
14  BY MS. SCHAEFER:
15      Q    **How it affected the shipment and**
16  **delivery of goods is what I'm asking.**
17      A    Okay.  So I think the start of March
18  everybody was trying to -- I guess the middle of
19  March people were starting to kind of fathom what
20  was happening.  End of March, everybody went in
21  panic mode, I guess.
22          Shipping transactions spiked all
23  around the world, and people started to realize
24  that PPE was in shortage.  So companies like
25  mine, as well as others, buckled up and started

119

1   ordering and I guess congested FedEx's hub.  I'm
2   assuming that from the articles that I have read.
3   That is one scenario.
4       The other scenario is overnight
5   multiple Chinese regulations were changing.  U.S.
6   government was saying that bad PPE products are
7   being sent from China to the U.S., so in
8   retaliation China halted all shipments that were
9   at the hub and had them sent back to the shippers
10  and had them certified, which caused another
11  delay.  That's one update.
12      Second update, China now says you
13  cannot ship directly to consumers.  You have to
14  ship directly -- you cannot ship directly to
15  consumers.  You have to ship directly to a
16  business or -- you can ship directly to an
17  address, but it has to be more than X amount of
18  kilos.  Basically if a customer wanted 10 masks,
19  he was not able to get 10 masks directly
20  delivered to him.  It had a certain weight limit
21  put on each shipment that left China.  I guess
22  they wanted more volume to go out rather than
23  quantity go out.  So that was another update.
24      And then the third update was all was
25  shipped back to the shipper and reclassified any

120

1   PPE items that needed to be shipped, needed to be
2   stamped and certified by a local authority that
3   certifies medical devices or whatever their
4   category was before it can be shipped out.  And
5   this is a span of 30 days that these changes are
6   happening on a daily basis.  Now -- and this
7   starts around April-ish.
8       On FedEx's side, limitations are put
9   on overnight based on how many kilos you can
10  ship.  FedEx -- so we used to ship about thousand
11  plus kilos maybe.  They limited us to 20 kilos.
12  So what we had, we had multiple accounts with
13  FedEx.  So the loop hole in that was we were able
14  to ship multiple -- we had multiple limitations
15  on each account, so that kind of helped us kind
16  of push the products out.
17      And then the other restriction was
18  that you could only ship one package per day to
19  an address.  So what we did is friends and family
20  gave their addresses, and we shipped to those
21  individual friends and family's addresses and
22  then consolidated all into our warehouse and
23  shipped it directly to customers.  So those just
24  are some scenarios.
25      Q    **Okay.  What time period did all those**

30 (Pages 117 to 120)

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

121

1   things cover?  It starts end of March and it goes
2   through what time period?
3        A   I would say probably -- the blunt of
4   it, probably April and May.
5        Q   Okay.  Were there still changes
6   occurring in June that were affecting shipment
7   and delivery?
8        A   Well, we were having -- obviously
9   there was a transition happening in India.  The
10  shutdown is happening in India.  That took a
11  whole aspect to it.  The other aspect was
12  employees not wanting to come to work or getting
13  sick or taking precautions because of family at
14  home, whatever that situation was.  That was also
15  taken into effect.  And then we also had domestic
16  shipping issues where FedEx were not able to do
17  routes certain days due to their staffing issues.
18  So I guess it was a group of issues that were
19  just kind of colliding together to complete the
20  whole process.
21       Q   Okay.  So all of these factors
22  obviously affected your ability to deliver
23  products; is that correct?
24       A   Yes.
25       Q   And it affected your ability to ship

---

122

1   products; is that correct?
2        A   It didn't affect our ability to ship
3   products.  I think we were -- we were working
4   24-hour shifts at some times.  So we didn't
5   have -- we didn't have the disability to ship
6   products.  The disability was probably receiving
7   products and getting the products out the door.
8   Maybe that's where the constraint was.  But don't
9   think time --
10       Q   Sorry.  I don't mean to interrupt.
11  So, for example, during the pandemic in March or
12  April, you advertised that some covered products
13  could be shipped the same day or can be shipped
14  rush.  Are you saying that these factors you just
15  discussed didn't affect those shipping times and
16  representations?
17       A   No, absolutely not.  That's not what
18  I'm saying.  I'm saying that those are overnight
19  changes which we didn't anticipate.  If we would
20  have anticipated, if FedEx notified us that hey
21  in seven days, you're going to start expecting
22  delays in shipments, we can anticipate that.
23       But overnight if FedEx says you need
24  to send all your shipments back to the shipper,
25  they need to restamp and send it back, that is

---

123

1   something we had to work on the moment.  So
2   that's what I'm saying.  It's an overnight
3   decision that were being made on different levels
4   of the logistical system.  Either it's on custom
5   side, either it's on shipping side.  It's not
6   something we anticipated.  If we would have
7   anticipated it, we could have probably adjusted
8   to our metrics.
9        Q   I understand that.  But what I'm
10  trying to understand is -- what I think you just
11  said was it didn't affect your ability to ship
12  within promised time or advertised times.
13       A   Yeah, I didn't say that.  I said it
14  didn't affect our inability to pack the goods in
15  our warehouse.  We were running 24-hour shift in
16  our warehouse.  But there's other factors that
17  take into play to kind of meet the last mile of
18  the delivery, which is getting it from our
19  facility to the customer.  There is something
20  that's unknown there, which is not our company,
21  which is FedEx, or getting the goods from China
22  to our facility.  There's a custom blockage there
23  which is not something that we control.  So those
24  are things that we don't know.
25       But in terms of -- if you consider the

---

124

1   warehouse itself, goods were still being
2   packaged.  The goods were still being put into a
3   trailer.  What was happening after that was
4   something that was not something we anticipated.
5        Q   So are you saying you were able to put
6   it in the hands of the shipper within the right
7   time, but then actually getting it out of the
8   country is what was impacted?
9        A   100 percent.  That is correct.
10       Q   And all these delays and restrictions
11  by FedEx and China in no way affected your
12  ability to be able to ship?
13       A   In the China warehouse, no.  In the
14  U.S. warehouse, no.  We didn't have -- we didn't
15  have labor shortages that caused us -- prevented
16  us from shipping, let's put it that way, even
17  though we did have people that were getting sick
18  and not able to show up to work.  We had ample
19  amount of people to pack and get the orders into
20  FedEx's hands.
21       So just to put it in perspective, we
22  have a trailer outside our warehouse.  We take
23  the packages, pack it and put it inside a
24  trailer.  That trailer has to move from there,
25  and that's not something that we move.  It's

---

31 (Pages 121 to 124)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

125

1    FedEx that hitches to that trailer and takes it
2    away on a daily basis.
3         Q    Okay.  What about inventory, did all
4    these factors in the pandemic create supply issue
5    for Zaappaaz in terms of sourcing covered
6    products?
7         A    I mean -- I guess it comes back to the
8    same story.  There was a constraint in getting
9    the products delivered or released from customs
10   or these blockages that were happening overnight
11   caused the delay for us to receive the inventory.
12   Yes, there was -- these are overnight changes
13   that we didn't anticipate.  Yes, because of that,
14   you definitely have shortages of products that
15   you could fulfill.  That's correct.
16        Q    Okay.  That's not quite my question.
17   My question is, did you ever -- did Zaappaaz
18   during the pandemic, March through let's say
19   December 2020, ever advertise that it had, let's
20   say, masks in stock, but then when it came time
21   to actually fulfill it, they weren't in stock
22   because of supply and demand issues?
23        A    No.  We always had masks.  We always
24   had masks.
25        Q    Okay.  What about other covered -- you

126

1    always had masks.  Are there any other covered
2    products which you didn't have enough of to
3    fulfill the demand or to fulfill orders?  You
4    sell all sorts of products.
5         A    I'm trying to answer it the best of my
6    ability.  If we -- if we advertise that we are
7    shipping -- we're shipping sanitizer dispensers,
8    we had sanitary dispensers.  We shipped sanitizer
9    dispensers.  But there was -- there was an issue
10   in processing those orders, meaning like from our
11   facility onwards, if that makes sense.
12        In terms of inventory, we never -- I
13   don't think there was a scenario where we were
14   short on inventory because the goods were
15   available in China.  The goods were -- wherever
16   goods were available here, we were able to
17   process.  But we did not have -- I don't think we
18   had an inventory constraint.
19        Q    For any of your covered products?
20        A    That's right.
21        Q    You don't think you had a constraint
22   for any of the covered products that you sell and
23   sold?
24        So I'll just name a few.  So, for
25   example, we talked about masks.  There are face

127

1    shields.  Any inventory problems there?
2         A    No inventory problems.  We had the
3    goods.
4         Q    Okay.
5         A    The logistical problems sure, yes.  We
6    had the goods, but I think logistically it was a
7    nightmare.
8         Q    Logistically it was a nightmare.
9    Elaborate on that.  What do you mean by
10   "logistically"?
11        A    For example, if you have something at
12   your house right now and you want to get it to --
13   you want to ship it to Houston, whatever that
14   parameter is between your house and Houston,
15   whatever is doing that, that is the logistical
16   aspect I'm talking about.  Wherever -- whatever
17   entities play in between those two Point A and
18   Point B, whoever is playing in between that,
19   that's what I'm talking about logistically.
20   Either it's custom.  It's either transportation.
21   Either it's U.S. custom.
22        So rules and regulations were changing
23   because not an influx of these types of products
24   were coming in as medical products, and they
25   were -- rules were changing because people like

128

1    us who sell promotional products were starting to
2    import medical masks.
3         So I think the U.S. government started
4    making a little more enforcement on how to bring
5    those in and how to validate them, make sure the
6    public was safe and all that stuff.  Things were
7    changing on a daily basis and that -- those are
8    the parameters in between that I'm referring to
9    that caused the delay in these issues.
10        Q    Okay.  According to you, inventory
11   wasn't an issue, nor was shipping.  It was just
12   the logistical aspect?
13        A    Shipping was an issue.  Packing was
14   not an issue.  Let's put it that way.
15        Q    Okay.  I guess then what is the
16   difference between packing and shipping?
17        A    So packing -- in my warehouse when I
18   pack something, I put it inside a FedEx trailer,
19   and now once the FedEx trailer leaves my
20   facility, that's considered shipping.  Make
21   sense?
22        Q    So was there -- did it affect the
23   trailer leaving your facility?
24        A    Yeah.  That's what I mentioned.
25   That's what I mentioned, correct.

32 (Pages 125 to 128)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

---

129

1    Q    So the pandemic affected -- it didn't
2  affect the packaging; it affected FedEx coming to
3  pick it up and take the trailer away?
4    A    Yeah, I told you, right.  We didn't
5  have any employee issues to pack the goods.  We
6  had employees.  Now, what I'm saying is shipping
7  was the main aspect.  Whatever it was in between
8  those two -- that two pieces is where the delays
9  were being caused and not -- there were not
10  delays that were anticipated.  They were delays
11  that were just happening on day-to-day basis
12  based on the circumstances the world was facing.
13   Q    Okay.  So that -- we just talked about
14  the warehouse.  Let's talk about China and the
15  impact on the packaging.  Is it the same thing that
16  packaging wasn't a problem but again it's FedEx
17  coming to get the products?
18   A    That's correct.
19   Q    Okay.
20        MR. BLANCHARD:  Misstates prior
21  testimony.  I'm so sorry.
22        Objection.  Misstates prior testimony.
23  BY MS. SCHAEFER:
24   Q    I'm going to -- I just marked your
25  expert report -- Ms. Coates' report of Zaappaaz

---

130

1  5.
2        (Deposition Exhibit Number 5 was
3  marked for identification and attached to the
4  transcript.)
5  BY MS. SCHAEFER:
6    Q    Can you go to Paragraph 24.  Tell me
7  when you're done reading it.
8    A    I'm done.
9    Q    Okay.  And so this is what we've been
10  talking about, correct?  This is --
11   A    Correct.
12   Q    -- what you were dealing with in the
13  spring of 2020; is that right?
14   A    I will change up a little bit of the
15  statement.  But sure.  Correct.
16   Q    How would you change it?  How would
17  you change it?
18   A    I don't think the world was short of
19  supply of PPE.  I think nations that did not
20  manufacture were short of those supplies.
21   Q    Now, read 25 and tell me when you're
22  done.
23   A    I'm done.
24   Q    Okay.  And is that true that
25  sanitizers were out of stock and unavailable?

---

131

1    A    I don't think they're short of supply
2  as of today or whenever she wrote this.  I think
3  the world has pretty much caught up.
4    Q    What about -- I'm sorry.  I
5  interrupted again.  So I didn't understand your
6  testimony.
7    A    My testimony is I don't believe it's a
8  shortage of product today.
9    Q    But I'm talking about back in the
10  spring of 2020, hand sanitizers, wipes.
11   A    I don't think it's mentioning that.
12  Yeah, they were in high demand in the spring of
13  2020.  That's a true fact, if that's what you're
14  asking.  The hand sanitizers, bacterial wipes,
15  and other disinfectant products.
16   Q    Let's go to Paragraph 36.  So did you
17  begin sourcing hand sanitizers from U.S.
18  suppliers?
19   A    That is the only suppliers we use for
20  hand sanitizers.  That was the only options.
21   Q    So you never imported hand sanitizer
22  from Asia?
23   A    No.
24   Q    Did you have problems obtaining hand
25  sanitizer in the U.S.?

---

132

1    A    We did not have any issues with hand
2  sanitizer in the U.S.
3    Q    Who were your vendors?
4    A    I don't know if you can help me.  I
5  don't know off the top of my head.
6    Q    It's okay.  It's okay.  Don't worry
7  about it.
8    A    There were a couple of them.
9  Whitmeyer's is one of them.  W-H-I-T-M-E-Y-E-R-S.
10   Q    Let's go to Paragraph 39.  And I just
11  want to go sort of date by date.  So
12  January/February, "International cities shut down
13  including Wuhan, Hong Kong and Italy."
14        At this point you weren't selling
15  covered products; is that right?
16   A    That's correct.
17   Q    Was your promotional business
18  affected?
19   A    No.  Our promotional business -- yeah.
20  No, it was not affected.
21   Q    Was it ever affected by the pandemic?
22   A    It was.
23   Q    Starting in what month?
24   A    Exactly, I think, March 22.
25   Q    Okay.  So then March 2020, "Widespread

---

33 (Pages 129 to 132)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                  8/11/2021

---

133

1  employment shutdown/quarantine internationally,
2  including several cities in the U.S."  And March
3  is when you start selling PPE, the end of March;
4  is that right?
5      A    That is correct.
6      Q    March 3rd, "FedEx suspends its on-time
7  money-back guarantee."
8           Are you familiar with the money back
9  guarantee?
10     A    I am.
11     Q    What is it?  Can you describe that
12 policy?
13     A    The policy is that if FedEx guarantees
14 that they're going to deliver on the 3rd, they
15 will issue your FedEx fees back if they deliver
16 on the 4th.
17     Q    It's based on delivery?
18     A    Right.
19     Q    And did you find out about this policy
20 change --
21     A    This was never sent to us.
22     Q    -- in March?  When did you find out
23 about it?
24     A    This was never known to us until
25 maybe -- I don't know, way later on.  We actually

---

134

1  never took advantage of the money-back guarantee.
2  The process of the money-back guarantee is a
3  little different, but we never took advantage of
4  it.
5      Q    So then May 3rd, 2020, "Zaappaaz adds
6  delivery update on disposable gown orders."
7           Is that correct?
8      A    I don't know what updates were.  There
9  were multiple updates.  I don't know which one
10 this is referring to.
11     Q    Okay.  But there were multiple
12 updates?
13     A    Sure.  Yes, correct.
14     Q    Okay.  Then the March 31st, "China
15 imposes and enforces customs restrictions," and I
16 think you testified about this.  This is also
17 your selling PPE at this point?
18     A    Correct.
19     Q    Is that right?
20     A    Correct.  I want to say this is around
21 April, not March.  She might be right if she did
22 her research.  I want to say it was pretty close
23 to more than April than March.
24     Q    Okay.  And then April 2020 there's
25 increasing lockdowns and restrictions announced

---

135

1  in the U.S.
2           Do you agree with that?
3      A    Yes.  That's a fair assessment, yeah.
4      Q    And then April 1st, FedEx announces
5  the restrictions.  Did you find -- you found out
6  about those?
7      A    We found out -- we found out pretty
8  instantly on this one because we were shipping
9  daily.
10     Q    And then April 1st, "UPS sends
11 shipment delay notice."
12          Did you get that notice as well?
13     A    This notice I do not recall getting
14 from UPS, but unless it was just a general wide
15 notice on their website, I do not recall this
16 notice coming to Zaappaaz specifically.
17     Q    Then April 19th, 2020, "Zaappaaz
18 announces shipment delays in its newsletter to
19 customers."
20          Do you recall that happening?
21     A    I do recall that, yes.  I don't know
22 the date is correct or not, but I do recall this.
23     Q    And then May 3rd you add the delivery
24 update on reusable cloth face masks?
25     A    Correct.

---

136

1      Q    And then August 11th the model of
2  products may differ?
3      A    Correct.
4      Q    And then you changed your guaranteed
5  delivery date to estimated delivery date?
6      A    Correct.
7      Q    And removed the money-back guarantee
8  on August 13th through 14th.
9           In terms of the posts that went on the
10 website on May 3rd, April 19th, May 3rd again,
11 whose decision was it to post these updates?
12     A    This was a joint decision.  I guess
13 Khalil wrote up the decision, and we all approved
14 it because we knew what was going on.
15     Q    And why -- Khalil made the decision
16 that makes these posts?
17     A    It's not -- I don't know who made the
18 decision, but it was obvious that shipments were
19 being delayed.  So I guess it was an obvious
20 decision, so I don't know who made the decision,
21 but it was a general consensus that it needed to
22 be done.
23     Q    And who wrote these notices?
24     A    I think Khalil wrote these notices.
25     Q    And did you review them before they

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                8/11/2021



137

1      were posted?
2          A    I did review some of them, yes.  I
3      think the first one, which is the one that we
4      sent -- I don't know which one that was, but it
5      might be that one that she's referring to on
6      April 19th I reviewed.
7          Q    Okay.  Other than these updates, were
8      there any other significant changes to the
9      website in terms of notices to consumers about
10     deliveries?
11         A    Yeah.  We had a default message on any
12     page you went to the website on the top, it was a
13     static bar that said because of -- the standard
14     message that every company was putting that
15     because of COVID, there's causal delays and stuff
16     like that.  There was a standard message on the
17     bar on the website, and there was constant
18     updates being done with images of products as
19     vendors were changing product labels due to
20     shortages of packaging et cetera.  But --
21         Q    Let me stop you there.  What do you
22     mean "shortages of packaging"?
23         A    I'm trying to give you an example that
24     you might kind of -- I guess could understand.
25     For example -- yeah, so if you -- if you look at

138

1      one of the companies, one of the biggest
2      companies is Purell.  Purell had bottle
3      shortages.  They changed the shape of their
4      bottles because they started packaging in bottles
5      that were available at that time domestically or
6      what they could get their hands on because the
7      world hadn't ever seen these many bottles being
8      utilized because now bottles were being utilized
9      for hand sanitizers at a massive volume.  Bottles
10     were being utilized for hand soap at a massive
11     volume.  So things like that.  Maybe the original
12     bottle looked like a square, now it looks like a
13     circle.  So things like that were definitely
14     changing.
15           People were ordering labels from China
16     for their packaging.  Now they couldn't go to
17     China as an option.  They had to go domestically.
18     Domestically, the labels, maybe it was glossy.
19     Now it's not glossy.  It's matte.  So because of
20     the volume of problems that was happening and
21     demand that was happening with these products,
22     vendors started using what was comparable to
23     their product.
24           MS. SCHAEFER:  I'm going to grab one
25     thing.

139

1          (Deposition Exhibit Number 6 was
2      marked for identification and attached to the
3      transcript.)
4      BY MS. SCHAEFER:
5          Q    Is this the notice that was posted on
6      April 19th -- I'm sorry, the type is hard to
7      read.
8          A    I believe so.
9          Q    You said this appeared on every web
10     page of the website?
11         A    No, I didn't say that.
12         Q    Okay.  Sorry.
13         A    Yeah.  I said there is a little --
14     there's a little bar that goes -- just like how
15     you see the screen that that is -- there's a bar
16     that goes on every -- we might even have that bar
17     still.  It might just say something else.  That
18     bar reflected delivery delays caused by COVID-19,
19     and then we had a link to it, which actually I
20     believe linked this document right here.
21         Q    Okay.  So I guess I'm not
22     understanding.  Was there a link you're saying on
23     these pages to this notice?
24         A    This was sent out -- Number 1, this
25     was sent out to all customers.  That's Number 1.

140

1      Number 2, if you went to wrist-bands.com and you
2      placed an order, every page on the top it had
3      notice of delays being caused because of whatever
4      is written in this article.
5            I believe after -- it had a little two
6      sentence written on top, and it said click here
7      for more, and then it gave a little more
8      general -- more in-depth idea of what the delay
9      was being caused.
10         Q    Okay.  Well, I don't think I have seen
11     any of those documents produced with that bar or
12     that message.
13         A    You might have it in your screenshots
14     I believe.  But okay.
15         Q    Do you have archived copies of the
16     website that would show that?
17         A    Yeah, I think we would have it
18     somewhere.
19         Q    And we asked for it in discovery, so
20     it should have been produced.  If it hasn't, we
21     want it.
22         A    I mean, it's not a document.  It's
23     just a web page.  I don't know how to produce
24     that.  We might have a screenshot of it
25     somewhere.  Someone might have taken it.  I don't

35 (Pages 137 to 140)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/11/2021

---

141

1    know -- I don't know how to produce it.
2         Q    Do you maintain archives of your
3    websites over time?
4         A    No.
5         Q    Sorry.  I'm trying to find --
6         (Deposition Exhibit Number 7 was
7    marked for identification and attached to the
8    transcript.)
9    BY MS. SCHAEFER:
10        Q    Here is -- this is a May 6, 2020,
11   capture from your website.  Do you see that above
12   there's a "pay later option" and above it looks
13   like a red bell and it says, "We're here for you.
14   Click here to view a message from our entire
15   team at wrist-band.com."
16             Is that where the message was?
17        A    No.  It was where the "Get 10 percent
18   off your order today.  Use code SAVE10." That's
19   where the message was.
20        Q    Oh, I'm sorry.  Where is that?  Oh, up
21   there?
22        A    All the way at the top.
23        Q    That's where you had the -- that's
24   where you clicked for the message?
25        A    Correct.

---

142

1         Q    Did it say something else at the time
2    before this?
3         A    At the time, yeah, during the time
4    when we were facing delays, that was replaced.
5         Q    So what did it say when you were
6    experiencing delays?
7         A    I don't know the exact word it said,
8    but it talked about the delays that we were
9    facing because of COVID-19.  That's a general.
10        Q    So this is -- this is May 6.  How long
11   was the link you just talked about on there with
12   those words?
13        A    I have no idea.  I don't know.
14        (Deposition Exhibit Number 8 was
15   marked for identification and attached to the
16   transcript.)
17   BY MS. SCHAEFER:
18        Q    I just marked this Zaappaaz 8.  It
19   looks like the same document, but it was produced
20   as a different one.  Do you know the difference
21   between this and Zaappaaz 7?
22        A    I don't think there's any difference.
23        Q    Do you see one is maybe from the
24   website and one -- I mean from a desk site and
25   one is from a mobile site?

---

143

1         A    It's possible.  I don't know.  I
2    believe the content is the same.
3         (Deposition Exhibit Number 9 was
4    marked for identification and attached to the
5    transcript.)
6    BY MS. SCHAEFER:
7         Q    Okay.  I just marked this as Zaappaaz
8    Exhibit 9, and this appears to have been posted
9    on May 3rd on the website.  Do you know where
10   this was posted on the website?
11        A    I don't think this was on the website.
12   I think this was an e-mail that was sent out.
13        Q    Okay.  Let me go back to -- wait a
14   minute.  So here May 3rd, I'm looking at the
15   export report now on Page 11, and it says May
16   3rd, 2020, Zaappaaz ads delivery update to its
17   website.  So is that wrong?
18        A    I'm not saying it's wrong.  I'm saying
19   from my recollection I think that looks like an
20   e-mail letter.  If they hyperlinked it somewhere,
21   maybe it was a decision that was made by Khalil.
22   I have no idea behind it.  But from the looks of
23   it, it looks like an e-mail.
24        Q    I thought that your expert Rosemary
25   Coates just spoke to you and Mr. Blanchard.  I'm

---

144

1    not sure where we she would get this information.
2         THE WITNESS:  Maybe she reviewed some
3    documents that she figured it out.  I don't know.
4    I don't know.
5         MR. BLANCHARD:  She never talked to
6    Khalil Michelle.
7         MS. SCHAEFER:  She did or did not?
8         MR. BLANCHARD:  Did not.
9         MS. SCHAEFER:  Okay.
10   BY MS. SCHAEFER:
11        Q    If this was an e-mail, who would it
12   have gone out to?
13        A    All the customers in our database.
14        Q    Is that everyone that had bought
15   covered products from you?
16        A    I believe everyone.  It was a blanket
17   e-mail.
18        Q    What's the next exhibit number?
19        COURT REPORTER:  It should be 10.
20        (Deposition Exhibit Number 10 was
21   marked for identification and attached to the
22   transcript.)
23   BY MS. SCHAEFER:
24        Q    Again, this looks like that same
25   document, but you tell me.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

145

1        **Is there a difference between this and**
2   **the previous one?**
3        A    I don't think there's a previous one
4   to this one unless you just uploaded another one.
5   It looks like the same.  So one maybe came from
6   the website, and one maybe as an e-mail, if you
7   received two of them.
8        Q    Okay.
9             (Deposition Exhibit Number 11 was
10  marked for identification and attached to the
11  transcript.)
12  BY MS. SCHAEFER:
13       Q    So Zaappaaz 11, here is the delivery
14  update on reusable cloth face masks which appears
15  to have been according to the expert report
16  posted on May 3rd.  But again, was this posted or
17  an e-mail?
18       A    My recollection it looks like an
19  e-mail.  But again, it could be on website as
20  well.
21       Q    And Khalil would know that probably?
22       A    Maybe, yeah.
23            (Deposition Exhibit Number 12 was
24  marked for identification and attached to the
25  transcript.)

146

1   BY MS. SCHAEFER:
2        Q    And again, this was a different
3   document produced.  Does it look different to you
4   than the previous one?
5             COURT REPORTER:  I can't hear you.
6             THE WITNESS:  I'm sorry.  I wanted to
7   see if there was another document.  I couldn't
8   see it on the screen.  No, it looks the same to
9   me.
10  BY MS. SCHAEFER:
11       Q    Okay.  We just went through the
12  customer notices that your expert included in her
13  report.  Other than these, were there any other
14  customer notices you're aware of posted on the
15  website or e-mailed?
16       A    If they were posted on the website.
17  E-mails directly to customers individually, maybe
18  we -- maybe notified them.  As a bulk e-mail, it
19  probably went to our e-mail software.  So I
20  believe that might be it.  If not, maybe one or
21  two more.  I don't have -- I don't have knowledge
22  of those.
23       Q    But to the extent there were more,
24  presumably they would have been produced?
25       A    I don't know how to answer that.  They

147

1   should have been produced, yes, unless they were
2   missed.
3        Q    Let's go back to the expert report.
4             MR. BLANCHARD:  Michelle, may I take a
5   five-minute break when you are at a good point?
6             MS. SCHAEFER:  Sure.  Let me just
7   finish this section.  I want to ask some
8   questions about Chinese regulations, and then we
9   can take a break.
10  BY MS. SCHAEFER:
11       Q    I feel I asked you.  I forgot what you
12  said.  Before the impact of COVID on Zaappaaz's
13  business in late March, was the uncovered
14  promotional business affected by all these China
15  shutdowns, let's say prior to March 2020?  I
16  can't recall what you said.
17       A    What was the question again?
18       Q    Okay.  So January and February we had
19  spoken about earlier all these regulations or
20  rules were changing in China, and cities were
21  being shut down.  I'm wondering how that affected
22  your promotional business.
23       A    Yeah, these regulations --
24            (Simultaneous crosstalk.)
25            THE WITNESS:  These regulations mostly

148

1   took place in March -- I'm sorry, end of March,
2   early April.  And they were mostly restricted on
3   PPE products, and they were defined as PPE
4   products.
5   BY MS. SCHAEFER:
6        Q    Okay.  Because when I look at -- go
7   ahead.
8        A    Shipping promotional products directly
9   to customer was not an issue.  Those were
10  unrestricted.
11       Q    I see.  And in January when -- and
12  February when, you know, international cities in
13  China were shutting down, this was before you
14  were selling covered products, but how did that
15  not affect the sale of your promotional products?
16       A    I mean, it wouldn't affect the sale of
17  my promotional product.  It probably would affect
18  the delivery of my promotional products.
19       Q    Well, okay.  So did it affect the
20  delivery of your promotional products in January
21  and February?
22       A    It did not, no.
23       Q    Okay.  The shipment of your products?
24       A    No, it did not.
25       Q    Let's go to Paragraph 31 of the expert

37 (Pages 145 to 148)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

149

1   report.  Just let me know when you have read it.
2       A    Got it.  I've read it.
3       Q    So is this one of the factors you were
4   talking about before in terms of changes in
5   Chinese rules or regulations?
6       A    These are one of the political
7   factors, yes.  Sorry.  These are one of the
8   political factors.  I don't know if it's true or
9   not.  These are one of the political factors that
10  that was mentioned in multiple articles.  Yes,
11  sure.
12      Q    But you're not sure if this happened?
13  Didn't you experience it firsthand?
14      A    There's no way for me to speak on
15  behalf of the Chinese government.  But I mean --
16  but the second half of the statement is true.
17  This resulted in shipments bound for America to
18  be held in port until the Chinese government
19  reviewed, confiscated, and released them.
20          Like I said, our goods were just being
21  held up at the port.  Now, before whatever was in
22  that statement, I can't speak on behalf of the
23  Chinese government.  If that was a reason, then
24  that was the reason.  I can tell you that our
25  goods were sitting at the port.

---

150

1       Q    Read Number 32 and then tell me when
2   you're finished.
3       A    Yes.
4       Q    Is this something you experienced?
5           MR. BLANCHARD:  Objection.  Compound.
6           THE WITNESS:  Fortunately, we did not
7   experience any counterfeit products, but
8   experienced a logistical issue because what I
9   mentioned is the U.S. started complaining that
10  Chinese were sending counterfeit products, which
11  caused the Chinese to retaliate by, I guess,
12  delaying the products and making it much harder
13  for goods to be exported out.
14          So yeah, it's a mumble jumble of
15  things that kind of made these issues.  We didn't
16  per se experience counterfeit products, but I am
17  fully aware of this -- my vendor mentioning this
18  issue was happening because of the Chinese
19  wanting to send out certified products.
20      Q    Let me show you one more document, and
21  then we can take a break.
22          (Deposition Exhibit Number 13 was
23  marked for identification and attached to the
24  transcript.)
25  BY MS. SCHAEFER:

---

151

1       Q    Okay.  This is an e-mail from Dan
2   Lubic April 10th, and he's sending you China
3   imposed new export restrictions for COVID-19
4   products.
5           Who is Dan Lubic?
6       A    I don't know.
7       Q    And this admin@ionizedllc.com, do you
8   know who received that e-mail address?
9       A    Alishah received that e-mail.
10      Q    So you received this at some point?
11      A    I personally did not read it.  I'm
12  sure one of them received it.
13      Q    Were you aware -- you've been talking
14  about it.  Were you aware of this -- these
15  restrictions at the time?
16      A    I think I was aware of it much earlier
17  than this, but yes.
18      Q    How much earlier?
19      A    I don't know the exact date, but I
20  would say probably first week of April to around
21  that -- I mean, like I mentioned, I think it was
22  the first week of April when things were
23  happening on a daily basis.
24      Q    Okay.
25      A    This is probably when we received the

---

152

1   notice from FedEx.
2           MS. SCHAEFER:  All right.  We can take
3   a break now.
4           (A brief recess was taken.)
5           MR. BLANCHARD:  And Michelle, I just
6   want to note an objection to the earlier
7   questions about the actual test of MITOR.  I want
8   to object to those questions as calling for a
9   legal conclusion.  I just want to make sure I did
10  say it while you have a chance to hear, but I
11  should have made it sooner, but I'd like to lodge
12  it now.
13  BY MS. SCHAEFER:
14      Q    Starting in the end of March,
15  beginning of April and going forward, you
16  started -- Zaappaaz started receiving lots of
17  complaints from consumers about delays in
18  shipments and not receiving their products.
19          Are you aware of these complaints?
20      A    I am aware of some complaints, yes.
21      Q    Okay.  And so did Zaappaaz receive
22  complaints from the BBB?
23      A    Sorry?
24      Q    Did Zaappaaz receive complaints from
25  the Better Business Bureau?

---

38 (Pages 149 to 152)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

153

1    A    I'm not aware of it, no.
2    Q    You're not aware --
3    A    During March and April?
4    Q    During any time between March and
5    December 2020, let's say.
6    A    Possibly.
7    Q    But you don't remember one way or the
8    other Zaappaaz did?
9    A    I'm sure they did.  I don't -- I don't
10   handle the complaints on that level, if that's
11   what you're asking.  I'm sure that they did
12   receive BBB complaints.
13   Q    Okay.  And did you personally receive
14   BBB complaints?
15   A    What does that mean "personally"?
16   Like --
17   Q    I mean, were Better Business Bureau
18   complaints forwarded to your attention via
19   e-mail?
20   A    Possibly, yes.  Possibly.
21   Q    Who handles those -- responding to
22   those complaints?
23   A    On BBB or responding to the
24   complaints?
25   Q    Responding to the BBB.

154

1    A    We don't respond to BBB.
2    Q    Okay.  Who responds to the consumer?
3    A    The CSRs.
4    Q    Who provides directions to the CSRs as
5    to what to tell consumers?
6    A    Fatima and Eroze.
7    Q    And who provides the information to
8    Fatima and Eroze as to what to tell their CSRs to
9    tell consumers?
10   A    During March, it goes through Khalil,
11   and then it goes through me.
12   Q    During March, it went through Khalil?
13   A    I mean, it depends on -- yeah.  It
14   totally depends on what reference point you're
15   referencing.  So yes, if it was -- if you're
16   referencing from March to December, that was the
17   chain of command.
18   Q    Okay.  So the chain of command --
19   describe the chain of command again.
20   A    CSRs, Fatima, Eroze, Khalil, and then
21   to me.
22   Q    In terms of what information the CSRs
23   are providing to consumers?
24        MR. BLANCHARD:  Objection.  Misstates
25   prior testimony.

155

1        THE WITNESS:  Well, I mean, I don't
2    specifically tell -- tell them that hey you need
3    to pick up the phone and be nice to the
4    customers.  I would assume that is -- that is a
5    general knowledge that is -- that is what I hired
6    Fatima and Eroze to do, to handle CSRs.
7    BY MS. SCHAEFER:
8    Q    Okay.
9    A    I don't -- I don't give them -- I
10   don't -- I don't teach them their job, if that
11   makes sense.  If there's a problem that needs to
12   be corrected in the process, I correct that.
13   Q    Okay.  All right.  So starting in
14   March -- end of March, early April, you start
15   selling PPE, you start -- Zaappaaz starts
16   receiving complaints.  Zaappaaz received
17   complaints from the BBB.  You say you may have
18   been on e-mails directly from the BBB.
19        Did you receive consumer complaints
20   via consumer e-mails?  Did Zaappaaz?
21   A    Yes.
22   Q    Did you personally?
23        MR. BLANCHARD:  Objection.  Form.
24        THE WITNESS:  Possibly, yes.
25   BY MS. SCHAEFER:

156

1    Q    So were you on e-mails where consumers
2    were complaining about delivery issues and
3    shipment issues?
4    A    I just want to clarify.  I was not
5    responding to e-mails per se.  That was a
6    responsibility of Khalil.
7    Q    Were you on e-mails?
8    A    If I was on an e-mail?
9    Q    Were you included on any consumer
10   e-mails complaining about shipment and delivery
11   issues?
12   A    Absolutely.  Absolutely.  Yes.
13   Q    Did you -- did Zaappaaz receive
14   chargeback disputes because of shipment and
15   delivery issues?
16   A    Yes.
17   Q    Were you on any communication
18   involving these chargeback disputes?
19   A    I don't know.
20   Q    Were you aware of the chargeback
21   disputes?
22   A    Yes.  Correct.  I was.
23   Q    Were you aware -- did Zaappaaz have
24   chargeback disputes related to Stripe?
25   A    Correct.  Yes.

39 (Pages 153 to 156)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

157

1     Q    Did it have payment process disputes
2  related to Braintree?
3     A    Yes.
4     Q    Did it have chargeback disputes
5  related to Pay Pal?
6     A    Yes.
7     Q    Did you have chargeback disputes
8  related to Amazon?
9     A    Yes.
10    Q    Did you have -- did you have
11 chargeback disputes related to Fiserv?
12    A    I don't know what that is.
13         COURT REPORTER:  What was that?  I'm
14 sorry.
15         MS. SCHAEFER:  Fiserv, F-I-S-E-R-V.
16         THE WITNESS:  Fiserv is the processor
17 that processes through Braintree.  So very
18 similar.
19 BY MS. SCHAEFER:
20    Q    Okay.  What about --
21         (Simultaneous Crosstalk.)
22 BY MS. SCHAEFER:
23    Q    And so -- okay.  So let me break this
24 down.  So when I was saying "you", I was talking
25 about Zaappaaz.  So Zaappaaz -- let's break it

158

1  down.  Zaappaaz was aware of Stripe chargeback
2  disputes; is that right?
3     A    Yes.
4     Q    Was Zaappaaz aware of Braintree
5  disputes?
6     A    Yes.
7     Q    Was Zaappaaz aware of Pay Pal
8  disputes?
9     A    Yes.
10    Q    Was Zaappaaz aware of Amazon disputes?
11    A    Yes.
12    Q    Were -- was Zaappaaz aware of Square
13 disputes?
14    A    We never used Square.
15    Q    Are there any payment processors I
16 have left off in terms of chargeback disputes
17 related to covered products?
18    A    I don't think so.
19    Q    Same question, but I'm going to say
20 you personally, Azim Makanojiya, were you aware
21 of disputes with Stripe?
22    A    With all of them, correct.
23    Q    Okay.  With all of them.  Did any --
24 did there come a time when any of these payment
25 processors kicked you off their payment

159

1  processing platform?
2     A    Yes.
3     Q    And which payment processors were
4  those?
5     A    I want to say the Fiserv, the one
6  you're referencing.
7     Q    Say that again.
8     A    The Braintree one.
9     Q    The Braintree kicked you off their
10 platform.  What about Amazon?
11    A    Amazon kicked us off the platform
12 because of this -- this suit, I believe, not
13 because of chargebacks.
14    Q    So Zaappaaz and you received BBB
15 complaints, chargeback disputes, consumer e-mail.
16 What about there's complaints encompassed in chat
17 between your CSRs and consumers, did you receive
18 those --
19    A    In chats?
20    Q    -- personally?  What's that?
21    A    I don't know what you said.
22    Q    Okay.  So complaints -- there are
23 complaints that you produced that they're in the
24 form of chats between a consumer and one of your
25 CSRs.  And I -- have you seen any of these?  I

160

1  think chats -- can't you create a chat on your
2  website?
3     A    If I can create -- I cannot create it
4  as an owner.  You can create it.
5     Q    So if a consumer has a complaint and
6  wants to complain through the website, what do
7  they have to do?
8     A    I think we clarified that.  I mean,
9  you can chat with them, and then you can submit
10 an e-mail or you can submit a ticket.
11    Q    And if you submit a ticket, does that
12 prompt some sort of chat?
13    A    No.
14    Q    What does that prompt?
15    A    A ticket that requires a follow-up by
16 our CSRs.
17    Q    And -- so do they follow-up via
18 e-mail?
19    A    They follow-up with a ticket link,
20 which eventually goes into an e-mail, yes.
21    Q    Okay.  Did you ever personally speak
22 with complaining consumers about the sale of
23 covered products?
24    A    Yes.
25    Q    You did?

40 (Pages 157 to 160)

Makanojiya
FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

161

1    A    I did.
2    Q    And why is it that you ended up
3    speaking to them if it is the CSR's
4    responsibility?
5    A    The CSRs are in India.  I do
6    understand there's a cultural gap here.  Many
7    consumers, when they speak to someone
8    internationally, right away think it's fraud,
9    especially when we're selling promotional
10   products and we're starting to sell PPE products.
11   So I started realizing that.
12         I started realizing that the
13   explanation of what was happening here was not
14   being conveyed properly by the CSRs.  So any
15   disgruntled customers, they were given my
16   personal cell phone number, as well as Khalil's
17   personal cell phone number.
18   Q    Was there anyone else that was dealing
19   with complaining customers outside of you and
20   Khalil and the CSRs?
21   A    No, I don't think so.
22   Q    And I'm going to go through a list of
23   complaints, and I want you to let me know if
24   Zaappaaz and you were aware of them.
25         Were you and Zaappaaz aware of

---

162

1    complaints that goods weren't shipping within
2    promised time?
3         MR. BLANCHARD:  Objection.
4    Foundation.
5         THE WITNESS:  Repeat that, please.
6    BY MS. SCHAEFER:
7    Q    Are you or Zaappaaz aware of
8    complaints from consumers that Zaappaaz had
9    failed to ship goods within promised times?
10   A    That the goods were not being
11   delivered on the promised time, yes.  I was aware
12   of that.
13   Q    Were you aware of complaints that
14   products weren't being shipped on time?
15        MR. BLANCHARD:  Objection.  Asked and
16   answered.
17        You can answer.
18        THE WITNESS:  Shipped -- goods were
19   being packaged, shipped from the area, yes, I was
20   aware of that.  Not being picked up by the
21   carrier, yes.
22   BY MS. SCHAEFER:
23   Q    No.  But my question is, were you
24   aware -- I'm not asking you to tell me if it's
25   true or not.  I'm asking you whether or not you

---

163

1    and Zaappaaz were aware of complaints from
2    consumers that you weren't shipping products
3    within promised times.
4         MR. BLANCHARD:  Objection.  Asked and
5    answered.
6         THE WITNESS:  Yeah, I'm trying to
7    clarify the term here so you understand what the
8    term is so there's no miscommunication here.
9         I was aware that the goods were not
10   being shipped on time, yes, and I clarified that
11   FedEx was not picking up the goods.  Were they
12   being packed on time?  Yes, they were being
13   packed on time.
14   BY MS. SCHAEFER:
15   Q    That's not what I'm asking.  I'm
16   talking about complaints from consumers, not what
17   you're telling me was happening.  What consumers
18   were complaining about.
19   A    Consumers were --
20   Q    Consumers were complaining -- I didn't
21   say complaints about packaging.  I saw complaints
22   mostly about shipping delays and delivery delays.
23   A    Okay.  So now we're talking the same
24   thing.  I do recall those complaints, yes.
25   Q    Okay.  And this is all just complaints

---

164

1    I'm talking about.
2    A    Yes.
3    Q    Are you and Zaappaaz aware of
4    complaints from consumers that you sold products
5    to them that were not in stock?  Are you aware of
6    complaints that consumers were not receiving
7    products because you didn't have them in stock
8    when you sold them?
9    A    Yes.  I do recall complaints, yes.
10   Q    Okay.  And that's you and Zaappaaz.
11   A    That's correct.
12   Q    Is that right?  Okay.
13        Did you and Zaappaaz receive
14   complaints that Zaappaaz was not providing
15   refunds as promised?
16   A    Me?  No.  Zaappaaz?  I don't think so
17   either.  I'm sure we received complaints on
18   refunds not being processed, yes.
19   Q    So you did receive complaints about
20   refunds not being processed?
21   A    That's correct.  Yes.
22   Q    Did you and Zaappaaz receive
23   complaints about covered products being delivered
24   defective, broken?
25   A    We did.

---

41 (Pages 161 to 164)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

---

165

1    **Q    Did you receive complaints about**
2    **people receiving covered products that were**
3    **either inferior to what they ordered, a different**
4    **brand, wrong product?**
5            MR. BLANCHARD: Objection. Compound.
6        You can answer.
7            THE WITNESS: Inferior, I don't think
8    so.
9    BY MS. SCHAEFER:
10   **Q    Say that again.**
11   A    Inferior? I don't think so.  Maybe --
12   **Q    Okay.**
13   A    Yeah.
14   **Q    What about that they received the**
15   **incorrect product, so if they ordered --**
16   A    Absolutely.
17   **Q    -- a medium but got a large?**
18   A    Absolutely.
19   **Q    Did they complain about they wanted**
20   **one kind of sanitizer but they got another kind**
21   **of sanitizer?**
22   A    It's possible, yes.  That is correct.
23   **Q    Did you and Zaappaaz receive**
24   **complaints that you -- Zaappaaz refused to honor**
25   **100 percent money-back guarantee?**

---

166

1    A    No.
2    **Q    Did you receive or Zaappaaz receive**
3    **complaints that tracking labels had been created**
4    **but the product had not been shipped yet?**
5    A    Yes.
6    **Q    Did you receive these complaints?  Did**
7    **you receive complaints that consumers orders were**
8    **not tracking in FedEx?**
9    A    I don't know how that makes sense.  I
10   don't remember the complaints, no.
11   **Q    Okay.  Did you receive complaints that**
12   **no FedEx tracking sheets had been -- labels had**
13   **been created for consumers?**
14   A    No.  I don't know.  I don't know what
15   that means.  There was no tracking created?
16   **Q    Correct.**
17           MR. BLANCHARD: Objection. Lacks
18   foundation.
19   BY MS. SCHAEFER:
20   **Q    Let me try to clarify that.  So did**
21   **you receive complaints from consumers that they**
22   **were supposed to have been shipped or delivered a**
23   **product, yet a tracking label hadn't even been**
24   **created yet?**
25           MR. BLANCHARD: Objection. Compound.

---

167

1            Objection.  Lacks foundation.
2            THE WITNESS:  I believe so.
3    BY MS. SCHAEFER:
4    **Q    Were you aware or Zaappaaz aware of**
5    **complaints from consumers that CSRs were lying to**
6    **them that shipments were on their way?**
7    A    Yes.
8    **Q    Did you receive complaints or Zaappaaz**
9    **that consumers wanted to cancel their order but**
10   **were told they could not?**
11   A    No.
12   **Q    Did you or Zaappaaz receive complaints**
13   **that consumers asked for a refund but were told**
14   **no?**
15   A    No.
16   **Q    Did consumers complain to you or**
17   **Zaappaaz that your website or advertising said**
18   **same-day shipping but that was not true?**
19   A    Yes.
20   **Q    So during these times when consumers**
21   **are calling because they haven't gotten their**
22   **product by the delivery date and wanted -- and**
23   **they asked for a refund, what was Zaappaaz's**
24   **policy?**
25   A    To issue a refund.

---

168

1    **Q    At any point if they hadn't received**
2    **the product?**
3    A    That is correct.  Or if they received
4    the product, we would provide a return label to
5    send the product back.
6    **Q    Okay.  And that's the instruction**
7    **given to the CSRs?**
8    A    That is correct.
9    **Q    Is that right?**
10   A    That is correct.
11   **Q    And is this policy about providing**
12   **refunds written anywhere?**
13   A    Everywhere.
14   **Q    Is it written anywhere?**
15   A    It's in our terms and conditions.
16           (Simultaneous crosstalk.)
17           THE WITNESS:  It's in our terms and
18   conditions.
19   BY MS. SCHAEFER:
20   **Q    It's in your terms and conditions.**
21   **And are you saying that your policy with respect**
22   **to providing refunds when a customer has not**
23   **received the product on time, you're saying**
24   **that's in the terms and conditions?**
25   A    I don't think it's well-defined.  But

---

42 (Pages 165 to 168)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

169

1    no, it's -- it was a policy that we drafted or at
2    least was conveyed by me for all our customers.
3        Q    And when was this policy instituted?
4        A    I don't know when it was instituted.
5    But I could pretty much assure that I think all
6    my customers were refunded.
7        Q    Okay.  Well, that's not what I'm
8    asking.  I want to know what your policy was
9    starting March 2020 through the present, I guess,
10   as to when you would provide refunds.
11           So why don't you tell me the policies
12   starting in March 2020 as to when consumers are
13   entitled to refunds.
14       A    We didn't have a written policy, but I
15   think our -- our consensus to the CSRs were to
16   issue a refund for any customer that wanted a
17   refund, any customer that received a product that
18   did not want the product to send a return label
19   and get the product back and issue a refund.
20   That was the message that was conveyed to them.
21       Q    What about your policy with respect to
22   cancellations?
23       A    Refund.  If the product hasn't
24   shipped, it was refunded.
25       Q    What -- okay.  So this is if the

170

1    product hasn't shipped and a consumer wants it
2    canceled and a refund.  That's your policy to
3    give it to them?
4        A    Absolutely.
5        Q    What about when a product has shipped
6    and a consumer calls, hasn't received it yet by
7    the delivery date and wants a refund?
8        A    We would give them a return label to
9    send the product back, and we would issue a
10   refund.
11       Q    So if the product had left your hands,
12   you will not cancel or issue a refund until they
13   receive the product and then return it?
14       A    That's correct.
15       Q    Since March 2020, have you changed
16   your terms and conditions on your website to
17   reflect any of these refund policies or to make
18   any changes?
19       A    I think the policy's very simple now.
20   It's -- it's a straightforward just -- I think
21   the policy was there from the start.  If the
22   customer does not want the goods and if we
23   haven't shipped it out, it's just a matter of
24   just issuing a refund.
25       Q    Well then --

171

1        A    I'm sorry.  Go ahead.
2        Q    So then why is it that certain during
3    March, April, May and other months, when
4    consumers would complain to CSRs that they wanted
5    a refund, they were told they could not obtain
6    one because --
7             COURT REPORTER:  Because of what?
8             MR. BLANCHARD:  Objection.  Calls for
9    speculation.
10            COURT REPORTER:  I'm sorry.  They
11   could not obtain one because of what?
12            MS. SCHAEFER:  I lost my train of
13   thought.  What was the last -- what was the last
14   part of the sentence you got.
15            COURT REPORTER:  It says, "when
16   consumers would complain to CSRs that they wanted
17   a refund, they were told they could not obtain
18   one because --"
19            MS. SCHAEFER:  Because covered
20   products were non-refundable.
21   BY MS. SCHAEFER:
22       Q    Did you have a policy that covered
23   products were non-refundable?
24       A    We -- I believe we were not able to
25   take products back because of the PPE protocol --

172

1    the COVID-19 protocols we had in place.  We
2    didn't want contaminated goods coming back to us
3    because we were not a facility to recertify them.
4    The policy was not as -- if the order did not
5    ship, we would not issue a refund.  That was not
6    the policy.
7    BY MS. SCHAEFER:
8        Q    Did some customer service agents
9    misrepresent the policy to consumers?
10       A    Absolutely did, and I think it was
11   because we started in March 20-something, we did
12   not expect any infusion of this many customers,
13   so the transference of information was not there.
14   And because of all this that was happening, I
15   believe they were not well-trained.
16       Q    What was the confusion of all these
17   customers you're referring to?
18       A    CSRs.  The confusion with the CSRs.
19   That's what I'm referring to.
20       Q    They're confused about what the refund
21   and cancellation policy was?
22       A    Well, no.  They weren't confused --
23   first of all, the CSRs were not authorized to
24   issue any refunds or cancellations.  They were
25   only authorized to accept the refund and

43 (Pages 169 to 172)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

173

1   cancellations, and Fatima and Eroze were the ones
2   responsible to issue those cancellations and
3   refunds.  So let's clarify that protocol first.
4   Sorry.
5       Q    Okay.  Tell me that distinction again.
6   The CSRs have the power to --
7       A    To approve a refund or cancellation,
8   okay.  But the transaction gets done on a
9   management level of Fatima and Eroze.  They have
10  the administrative rights on their logins to
11  issue those refunds.
12      Q    And do they have autonomy, the Khans,
13  to decide who does and who doesn't get the
14  refund?
15      A    100 percent.
16      Q    During this time, were you involved at
17  all starting in March 2020 with decisions
18  regarding the refunds or was it all up to the
19  Khans?
20      A    It was up -- it was up to them.
21      Q    And you had no control over --
22      A    I wouldn't say I didn't have control.
23  In April, we changed the policies.  We clarified
24  it with the CSRs.  We acknowledged the
25  complaints, and we addressed the complaints.

---

174

1   But, I mean, it's my company.  I'm not going to
2   say I didn't have control.  I obviously had
3   control.
4       Q    I mean, you -- who instituted the
5   refund cancellation policy?  I assume that's your
6   policy.
7       A    The refund cancellation policy has
8   been set for eight years before that.  This was
9   nothing new.  It was -- this is standard policy.
10  If the products are not shipped, then you can
11  issue a refund.  If the products are shipped,
12  send a return label and get it back and issue a
13  refund.  That's just the standard policy.  It's
14  not something that we created in March of 2020.
15      Q    Okay.  Let's go back to -- let's go
16  back to MITOR.  And let's go to Paragraph 435.2.
17  Starting -- when you started selling covered
18  products at the end of March and advertised
19  shipping times, for example, didn't you advertise
20  at times same-day shipping?
21      A    For some products, yes.
22      Q    And what was your reasonable basis to
23  expect that they would ship within, you know, the
24  promised times, the covered products?
25          MR. BLANCHARD:  Objection.  Calls for

---

175

1   a legal conclusion.
2           THE WITNESS:  We had -- we had the
3   goods either in our U.S. warehouse or we had the
4   goods in China.  That was our reason for
5   believing that we could ship the same day, and we
6   had eight years of previous history of FedEx
7   shipping on time and delivering on the guidelines
8   that we were told.  So that was our basis.
9   BY MS. SCHAEFER:  &&
10      Q    Let's go to the next page, 435.2(a)(4)
11  and previously you testified I believe that your
12  FedEx numbers assured the shipment of merchandise
13  in the ordinary course of the advertised shipping
14  times.  Is that still when you were selling
15  covered products, were you still relying on FedEx
16  numbers?
17      A    Correct.
18          MR. BLANCHARD:  Objection and vague.
19  BY MS. SCHAEFER:
20      Q    Let's go to (b)(1).  When you were
21  unable -- when Zaappaaz was unable to ship within
22  the advertised time, would it contact the
23  consumer to offer a refund and cancellation?
24          MR. BLANCHARD:  Objection.  Form.
25          THE WITNESS:  I think we did

---

176

1   everything we could to give the customer the
2   option to cancel, take back -- take back the
3   products.  I think it was pretty clear that we
4   were there for the customers in our e-mails that
5   we sent out to the customer.
6           (Zoom disruption.)
7   BY MS. SCHAEFER:
8       Q    What I was asking was whether Zaappaaz
9   contacted consumers when Zaappaaz wasn't able to
10  ship within the promised time to offer refunds
11  and cancellations.
12          MR. BLANCHARD:  Objection.  Lacks
13  foundation.
14          Objection.  Misstates prior testimony.
15          THE WITNESS:  I answered that.  I
16  believe we did everything we could to reach out
17  to the customers.  Obviously we cannot reach out
18  to each individual customer.  We sent out a
19  mailer.  It was clearly stated we're there to
20  help them with anything they wanted to do.
21          We were willing to give them -- issue
22  a refund if they were not willing to wait for the
23  order.  I think the e-mail was our way of letting
24  them know we're there, and we're letting them
25  know there is a delay in the orders and we're

---

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                      8/11/2021

---

177

1   willing to offer our help wherever we can.
2   BY MS. SCHAEFER:
3       Q   So I have Zaappaaz 6 back up. Here's
4   the e-mail that you sent to consumers. Where did
5   it offer refunds or cancellations?
6       A   Never said the e-mail offered refund
7   or cancellations. I said that was our intention.
8   We said, "We're trying our best to speak to every
9   customer. If you have any questions regarding
10  your order or our company, please give us a call.
11  You may also message us on our live chat. We
12  will make sure your voice is heard, your
13  questions and concerns are addressed, and deliver
14  your order as soon as possible."
15      Q   Okay. And that -- are you saying that
16  that is suggesting that you will refund and
17  cancel orders that aren't shipped on time?
18      A   That is suggesting a lot more than
19  that, but that is suggesting those matters as
20  well.
21      Q   So if things weren't shipped within
22  the promised time, they have -- consumers had to
23  contact you, you didn't contact them?
24      A   It was not possible for us to contact
25  them, correct.

---

178

1       Q   Why not?
2       A   We were processing 2,000 orders, 3,000
3   orders a day. It was logistically impossible to
4   call 3,000 customers every day.
5       Q   When were the complaints at the
6   highest in terms of month?
7       A   Maybe around April, first half of
8   April.
9       Q   What happened the second half?
10      A   The world started adjusting slowly as
11  the progression line started going up.
12      Q   And the complaints, did you start
13  receiving less complaints?
14      A   Okay. Well, when a customer orders in
15  March, the complaint usually would come end of
16  March. Is that clear? I just want to make sure
17  I'm phrasing my answer correctly.
18      When a customer orders March 21st,
19  you're not going to get the complaint that day or
20  the next day. You're going to get it probably
21  five or six days after. So yes, maybe the orders
22  that were placed in the early part of April, the
23  first half of April, is when we started getting
24  those complaints in the second half of April to
25  the first half of May.

---

179

1       Q   Okay. And then what about in May?
2       A   We started getting reduction of
3   complaints, started going down significantly.
4       Q   And then what about June?
5       A   I don't have the metrics or the data,
6   but from my knowledge, I think the improvement
7   started happening month over month unless there
8   was another drastic issue that happened that I'm
9   not aware of at the current time. Yes, I believe
10  it was an improvement as we went on.
11      Q   Tell me, again, when did you start
12  shipping directly from the warehouse?
13      A   I don't know exact date. Maybe early
14  April.
15      Q   And did you continue to ship from
16  China directly as well?
17      A   Not from April onwards. Around April
18  when the limitations happened, the restrictions
19  happened, we weren't allowed to.
20      Q   So in April, you start shipping from
21  your warehouse because you're no longer allowed
22  to ship from China directly to the consumer?
23      A   Yeah. You remember we went over the
24  Rosemary's testimony, how China set restrictions
25  on imports, also the FedEx e-mail that you

---

180

1   mentioned.
2       Q   I understand. I thought those were
3   restrictions on shipping. I didn't know it
4   prevented --
5       A   They were --
6       Q   I'm sorry. My earphones came off. I
7   didn't hear what you said.
8       A   Those were also restrictions.
9   Remember I mentioned we were only allowed to ship
10  a certain amount, like commercial goods. I think
11  it was -- I don't know what the limitations on
12  kilos was. It was a certain amount of kilos we
13  had to ship every shipment and one per address
14  because they wanted to limit the small packages
15  going out of China. They wanted large bulk
16  packages to go out so the demand could be met.
17      Q   But you were -- I see. So then you
18  started shipping directly to your warehouse?
19      A   Correct. What I mean by directly to
20  the warehouse, I did not ship it directly to my
21  warehouse. I could only ship one package per day
22  to my warehouse. So I shipped it to friends' and
23  family's addresses. We picked it up, and then we
24  brought it to our warehouse.
25      Q   Okay. And how long did that system

---

45 (Pages 177 to 180)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

181

1  last?
2      A   I want to say it lasted three weeks,
3  four weeks.
4      Q   And after those three weeks and four
5  weeks, did you start shipping from China directly
6  to consumers again?
7      A   No.  You couldn't.  You still can't.
8      Q   You still can't.  So that system
9  lasted about a month.  So then what was the next
10 system?
11     A   The next system was opening up
12 multiple addresses -- we didn't need to use
13 multiple addresses.  We could ship everything
14 directly to our warehouse.
15     Q   I see.  And how long did that policy
16 last?
17     A   It's still intact.
18     Q   Okay.  And so currently, tell me how
19 you ship covered products to consumers.  In
20 other -- just to clarify, in other words, you
21 know you have China, you have your warehouse, you
22 have consumers --
23     A   Yeah, 90 -- 99 percent is being
24 shipped from our warehouse.  Sorry.  99 percent
25 is being shipped from our warehouse.

---

182

1      Q   Okay.  When you started shipping from
2  your warehouse, did that address the logistical
3  problems you had been having?
4      A   Not immediately because we were having
5  issues of our FedEx being picked up, but that did
6  not last as long as how it lasted in China.  It
7  was pretty quickly resolved here domestically.
8      Q   So did there come a time when things
9  got back to, I'll call it, the normal course
10 where you were able to ship within advertised
11 times and within the delivery times?
12         MR. BLANCHARD:  Objection.  Form.
13     Objection.  Misstates prior testimony.
14     Objection.  Lacks foundation.
15         THE WITNESS:  Domestically, yes,
16 things started getting back to normal pretty
17 quickly.  I think that was something
18 controllable.  There was no restrictions.  No
19 customs, no government involvement.  I have think
20 FedEx just needed to get their HR in place.
21         Domestically, even now, I'm telling
22 you there is still restrictions on PPE being
23 shipped from overseas.  I hope I answered the
24 question.  I don't know if I completed the
25 question.

---

183

1  BY MS. SCHAEFER:
2      Q   Do you continue to experience, you
3  know, issues with deliveries and shipments to the
4  extent you did in March and April and May?
5      A   To the extent in March, April, and
6  May, no.  But delivery from China to the U.S. has
7  not come par level to what it was pre-pandemic.
8      Q   So you still experience some delay?
9  Do you still experience some logistical problems?
10     A   Through FedEx, yes.  I don't know if
11 they call it logistical problem.  Now FedEx is
12 just stating it's going to take two or three days
13 more.  I don't call it a logistical problem.
14 It's just something we just have to adjust to
15 their recommendations.
16         MS. SCHAEFER:  Okay.  I think what I'd
17 like to do now is, there are several charts that
18 we'd like to go over with you to understand them.
19 I don't know if we want to take a quick break
20 right now.
21         MR. BLANCHARD:  Yeah, let's take a
22 five-minute break, if that's okay.
23         MS. SCHAEFER:  Okay.  Sure.  Mike, we
24 can go off the record.
25         (A brief recess was taken.)

---

184

1          MS. SCHAEFER:  Now I hope this works.
2  Can you see the spreadsheet?
3          MR. BLANCHARD:  No.
4          MS. SCHAEFER:  Do you see it now?
5          MR. BLANCHARD:  No.
6          MS. SCHAEFER:  Now?
7          MR. BLANCHARD:  No.  Are you sharing
8  your screen, or is it going on Agile?
9          MS. SCHAEFER:  No.  I wanted to share
10 my screen.  I thought I did it.  Do you see it
11 now?
12         MR. BLANCHARD:  We see a blank --
13 there you go.  There it is.  Now we see your
14 folder.
15         MS. SCHAEFER:  Do you see that?
16         MR. BLANCHARD:  We see your folder.
17         MS. SCHAEFER:  My folder?
18         MR. BLANCHARD:  There's the
19 spreadsheet.
20         MS. SCHAEFER:  Do you see it?
21         MR. BLANCHARD:  Yes.
22 BY MS. SCHAEFER:
23     Q   So I want to go through various
24 spreadsheets that were produced so that we can
25 understand the information in them.  So this is

---

46 (Pages 181 to 184)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

185

1  Zaappaaz 40, which will become Zaappaaz 14. So
2  what information does this spreadsheet contain?
3        MR. BLANCHARD: Objection. Form.
4  Can we just go up and down?
5        MS. SCHAEFER: What's that?
6        MR. BLANCHARD: Could we just go
7  column by column?
8        MS. SCHAEFER: Sure.
9  BY MS. SCHAEFER:
10     Q    What is this?
11     A    Column A is the order I.D., date of
12 the order, product name, SKU, product price,
13 quantity, shipping days.
14     Q    What are shipping days?
15     A    Whatever the number of shipping -- if
16 they want it overnight, if they want it in two
17 days, if they want it in three days, or they want
18 it five days. Whatever shipping days are being
19 offered.
20     Q    Okay. So this -- these are the
21 shipping days?
22     A    Correct.
23     Q    That this -- that the consumer pays
24 for this many days to get the product, okay.
25 Shipping price. That's just -- that's consumer

---

186

1  information, first name, last name, e-mail. I'm
2  just going through this because I think this
3  speaks for itself.
4        A    Yes.
5        Q    What's that?
6        A    The total. I think that's the total
7  amount -- total cost of the order.
8        Q    What's this tracking?
9        A    That's the FedEx tracking.
10     Q    Now, I think you said that you used --
11 Zaappaaz used FedEx and UPS. Did it use FedEx
12 more?
13     A    It wasn't my call, but domestically we
14 used FedEx the most, yes.
15     Q    And what about internationally?
16     A    That wasn't my call. It was based on
17 their algorithm. I believe it was mostly FedEx.
18     Q    I just want to -- so some are USPS?
19     A    Some are domestic.
20     Q    What about the UPS?
21     A    UPS could be domestic or
22 international, but I think they're mostly
23 international.
24     Q    And so this spreadsheet, let's look at
25 the dates, contain domestic shipments and

---

187

1  international shipments. It looks like it's
2  through --
3        A    It's PPE products, I believe.
4        Q    Through October, okay. So why would
5  there be two tracking numbers in here?
6        A    Are these -- are these just refunded,
7  because I see on the right it says cancel,
8  refund. Or are you filtering by that? I'm not
9  understanding what sheet you have opened.
10     Q    Okay. So do you see on Column U --
11 look at Column T. I'm looking at Column T.
12     A    The question to your answer, sometimes
13 when you send two packages, it's one of two
14 packages so they have different trackings.
15     Q    I see. What about to the extent
16 something that's sent from China to your
17 warehouse in Texas and gets shipped directly to
18 the consumer, how is that, you know, tracking
19 tracked?
20     A    That's --
21         (Simultaneous crosstalk.).
22         THE WITNESS: That won't show up on
23 this. It will show -- we just had those
24 trackings internally. But then it goes into
25 Shipping Easy, and then Shipping Easy feeds that

---

188

1  tracking into our system.
2  BY MS. SCHAEFER:
3        Q    Okay. Can you walk me through that
4  again. I got confused.
5        A    I don't know where these orders are
6  coming from. So let's say it's shipped from
7  China to the consumer. The trackings will
8  automatically go into our system if the orders
9  got ship -- if the goods got shipped from China
10 to our warehouse, and we would basically create
11 the label from our warehouse using the Shipping
12 Easy software. And once it printed that label,
13 that software would automatically send a code
14 back to our backend and update that tracking.
15     Q    And like replace it with the old one?
16     A    There would not be an old one.
17     Q    So would it be the one that came
18 from --
19     A    Shipping Easy.
20     Q    Okay. All right. And then here,
21 what's tracking date, Column U? I'm sorry.
22 What's tracking date represent?
23     A    I do not know what tracking date is.
24 It could --
25     Q    Who would know?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

---

189

1      A    Could be -- I mean, I could probably
2   decipher it pretty quickly.  It might be just
3   FedEx -- when FedEx was given the products, if
4   you maybe open up one of the trackings and check
5   it.  I think that's what it is.  Priyank would
6   definitely know what tracking -- tracking date
7   is.  I believe -- I'm pretty confident that's
8   what it means.
9      Q    Who will definitely know?
10     A    Priyank, the developer.
11     Q    He is the one that pulls this data for
12  you?
13     A    That is correct.
14     Q    Does all this data come from his
15  database we were speaking of earlier?
16     A    That is correct.
17     Q    You think tracking date might be the
18  day it's put into FedEx's hands?
19     A    It could be that, or it could be when
20  it was submitted -- when it was -- when we
21  received the code for the tracking in our system,
22  which should be very similar time frames.  It's
23  one of those.
24     Q    Okay.  But that's something -- I mean,
25  you could follow-up with Priyank and get us

190

1   information?
2      A    Sure.  We can figure that out.
3      Q    Okay.  So and, you know, we're going
4   to go through a bunch of spreadsheets.  We might
5   need his help to the extent you don't know.  So
6   that's something.  I think a lot of this
7   information is going to come up in the chart.
8   Again, we might need to talk to him.
9          So payment method, that's how they
10  paid?
11     A    Correct.
12     Q    And this is refund amount?
13     A    Right.
14     Q    And then you have the reason --
15     A    Yes.  That is the refund amount,
16  correct.
17     Q    And then the reason for the refund?
18     A    It's a very generic reason, yes.
19     Q    Do those reasons come from your
20  payment processors codes or do they come from
21  your codes?
22     A    No.  These were just internal
23  dropdowns that they select.
24     Q    So the reasons are internal categories
25  that Zaappaaz made?

191

1      A    Correct.
2      Q    Okay.  Then refund date?
3      A    Yes.  It's refund date.
4      Q    And then order status?
5      A    Yes.
6      Q    When these refunds are issued, who is
7   issuing them?  Is it --
8      A    Eroze and Fatima.
9      Q    I'm sorry.  What was that?
10     A    Go ahead.  I'm sorry.  Finish your
11  question.
12     Q    So when you issue refunds to
13  consumers, these refunds in this spreadsheet, do
14  the funds come out of your bank account for
15  Zaappaaz?  Do they come from your payment
16  processor's reserves?  Does it depend?  I'm just
17  trying to figure out who was actually issuing the
18  money.
19     A    Yeah.  It totally depends.  Obviously
20  during this time period, it probably didn't come
21  out from our bank account.  It probably came out
22  from reserves.  There were instances it did come
23  out from the bank account.
24     Q    Tell me about reserves.  Explain to me
25  how that works.

192

1      A    So if you place an order on our
2   website today, the processor if you -- if you
3   place the order at 8 a.m., the processor will
4   batch -- every order that came up 8 a.m. I think
5   it's to like 4 p.m. and they would batch it, and
6   they would send it.  And then I would get it the
7   next day.  But anything that came after 4 p.m.
8   all the way until -- anything that came after 4
9   p.m. until the following 4 p.m., I would get it,
10  and that would batch all in, once again, and I
11  would get it the following day.
12         Does that make sense?
13     Q    No.  I'm not sure that makes sense to
14  me.  It's not you.  It's me.  Can you try to
15  explain that again?
16     A    So any orders -- so our batch happens
17  at 4 p.m., something like that 4 p.m.  So
18  anything -- any charges that happen before 4 p.m.
19  get batched and then they get submitted to our
20  bank, and we receive it the following day.
21         So now -- like today right now, if you
22  place an order, it's 3:53.  Let's assume it's
23  4:53 right now.  If you place the order today, I
24  won't receive the funds that you -- that I
25  received right now, I won't get it tomorrow.

48 (Pages 189 to 192)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

---

193

1    I'll get it the day after.
2        Q    Okay.  We can go over that later.  I
3    have more questions about payment processing.
4    The documents might clear it up.
5            Are these refunds indicated in this
6    chart only related to payment processing disputes
7    or these are all refunds?
8        A    These are just refunds.
9        Q    These are just refunds via was it a
10   chargeback dispute or you guys gave a refund
11   outside of the credit card process; is that
12   right?
13       A    Correct.  I believe this is just
14   refunds that we've done.
15       Q    Okay.  So there's 5,152 entries.  Does
16   that seem right?
17       A    6,152?
18       Q    Oh, is that 6?  Is that 6?
19       A    I think it looks like a 6.  Yeah.
20       Q    Okay.
21       A    Yes.  I mean, I think it's less than
22   that since there's a lot of duplicates in there.
23   Like, for example -- it's pretty close to that
24   number, I guess.
25       Q    What does it mean in order status that

---

194

1    something is canceled?
2        A    Customer returned it.  Customer does
3    not want it.  Customer does not like it.  In this
4    case, it looks like a duplicate order.  The
5    customer placed it twice.
6        Q    So when an order -- I'm looking at
7    under AC, the second entry it says canceled and
8    refund.  So that would mean this order was
9    canceled and a refund was provided?
10       A    Correct.
11       Q    Correct?
12       A    Correct.
13       Q    And what's the difference between
14   something that's canceled and something that's
15   refunded?
16       A    Refunded is probably a portion that's
17   refunded.  Maybe they didn't want a certain item
18   or maybe -- I don't know.  I don't know.  I don't
19   think -- not there's any reason for canceled or
20   refunded.  I don't think it holds any bearings
21   from my knowledge.  I think it's the same
22   concept.
23       Q    And why is the refund sometimes zero
24   and zero?
25       A    I don't think -- --

---

195

1        MR. BLANCHARD:  Hold on.  Those are
2    discount -- Michelle, Column W, I don't know
3    what -- Column W says refund amount.
4        MS. SCHAEFER:  Right.  So then -- like
5    I'm on -- can you guys see where my cursor is
6    when I do this?
7        MR. BLANCHARD:  Yes.
8    BY MS. SCHAEFER:
9        Q    So here I'm on AC, and it says
10   refunded.  But then you have a zero refund.  So
11   what do those mean?
12       A    One thing I'm seeing right now if you
13   look at -- what is that?  15, 16, and 17, are
14   they all the same orders?  If you go to the left,
15   can you just check the customer name?
16       Q    15 is -- no, 15, 16, they're all
17   different.
18       A    Okay.  If you can scroll to the right.
19       Q    This one is canceled zero.  It looks
20   like they didn't -- would that be because they
21   didn't pay anything before it got canceled?
22       A    No.  If it's a credit card, it gets
23   charged.  It gets charged.  Now what I can think
24   that this is, if you do a credit card
25   transaction, it goes on hold, and it does not

---

196

1    batch.  So let's say you place an order now and
2    call in within two hours and want to cancel, the
3    funds hasn't batched, so it just zeroes out.
4        Q    Okay.
5        A    I think that's what it means.  But the
6    other one is probably like the one that shows an
7    amount, it's probably got batched.  It got
8    credited to our bank, and then basically, we had
9    to issue a refund.  So it basically reversed it
10   back.
11       Q    Okay.  Walk me through that again.
12       A    So if you place an order today,
13   Michelle, you place an order right now, and in an
14   hour you call me and you say you want to cancel
15   it, you -- I don't have the funds nor -- nor has
16   the funds come out of your bank either.  They
17   just basically null it because it hasn't batched.
18           Now, if you call me tomorrow, I
19   potentially received the funds already in my
20   bank.  Now the bank has to pull the funds out of
21   my account and put it back into your account.
22   That's where a refund would technically be
23   considered a refund.  I think that's what it
24   means.
25       Q    So does this not include -- that's why

---

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                            8/11/2021

197

1  I asked before.  Does this not include
2  chargebacks or it does?
3      A   I don't think so.  I don't think so.
4  It might overlap some chargebacks, but I don't
5  think so.  Not all of them.  I think it probably
6  includes a portion of them.  I think we have --
7  we have a category of chargebacks as well.
8  That's a whole different category of order
9  status.  If there's a chargeback that occurs, I
10  think we categorize that as chargebacks, if I
11  remember right.
12      Q   You mean on one of the other charts?
13      A   I believe so, yes.
14      Q   I mean, there are a Stripe chart and a
15  Braintree chart that you produced.  So are you
16  saying -- we'll go through those later.
17          Are you saying you think those contain
18  the chargeback?
19      A   I think these are -- these are refunds
20  that are done internally in our system.  These
21  are -- I don't think these have any relationship
22  to chargebacks.
23      Q   Okay.  So these are -- these are
24  coming from your Zaappaaz bank account?
25      A   Correct.

198

1      Q   Okay.
2      A   Not particularly the bank account but,
3  you know, just --
4      Q   How else would you refund?  Because I
5  see you have your Zaappaaz Texas First Bank.
6      A   It doesn't necessarily need to come
7  out from our bank.  It could come out from our
8  reserves and our processor.
9      Q   I see.  Okay.  I see.  Okay.
10          Why is it sometimes zero-zero?
11      A   Well, the tax is going to be zero.
12  The refund amount I mentioned is because maybe
13  they canceled at the same time or -- I don't have
14  a clear clarity on that one.
15      Q   Okay.  That would be helpful clarity
16  on why some of these are zeroes.  And then some
17  are just blank, right?
18      A   Like?
19      Q   Let me see an example here.
20      MR. BLANCHARD:  Michelle, I have an
21  idea.  Given what I heard so far, why don't we
22  defer the spreadsheets to tomorrow, and we'll try
23  and have some more clarity about them.  Will that
24  be okay?
25      MS. SCHAEFER:  Sure.  Okay.  So you

199

1  want to do all the spreadsheets tomorrow?
2      MR. BLANCHARD:  Yes.
3      MS. SCHAEFER:  Okay.  That's fine.
4  And just so you know, I am planning on going
5  through -- I can give you the numbers.  There's
6  quite a bit of them.
7      MR. BLANCHARD:  Yeah.  If you can give
8  me that, that way I can -- do you want to give me
9  the Bates numbers?  Okay.  Give me one second.
10      MS. SCHAEFER:  Okay.  So --
11      MR. BLANCHARD:  All right.  I'm ready.
12      MS. SCHAEFER:  There's Zaappaaz 40,
13  Zaappaaz 41, Zaappaaz 38, Zaappaaz 39, Zaappaaz
14  51, 46, 49, 62, 41, and 50.
15      MR. BLANCHARD:  Okay.
16      MS. SCHAEFER:  And it will be helpful,
17  there's a lot of them, but they all seem to
18  overlap in terms of some of these issues.
19      MR. BLANCHARD:  I think they do.  And
20  that way we'll also be able to tell you if
21  there's any -- we'll be ready on those tomorrow,
22  okay.
23      MS. SCHAEFER:  Okay.  That's fine.
24  BY MS. SCHAEFER:
25      Q   So, you testified that -- let me talk

200

1  about payment processors now.  You testified that
2  Pay Pal was one of your payment processors.  Are
3  you still using Pay Pal?
4      A   I am.
5      Q   Okay.  Why don't you take a look at
6  this e-mail and then let me know when you're
7  ready.
8      MR. BLANCHARD:  We don't have a new
9  document up on Agile.
10      MS. SCHAEFER:  Oh, my God.  You're
11  right.
12      MR. BLANCHARD:  Your next one should
13  be 15.
14      MS. SCHAEFER:  I messed up.  So this
15  should be 15.  I wonder if there's a way to
16  remark it.
17      MR. BLANCHARD:  Why don't we mark all
18  the charts tomorrow and just use 14 for this
19  e-mail.
20      MS. SCHAEFER:  Sounds good.
21      (Deposition Exhibit Number 14 was
22  marked for identification and attached to the
23  transcript.)
24  BY MS. SCHAEFER:
25      Q   Do you see it now?

50 (Pages 197 to 200)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

201

1      A    Yes.
2      Q    Tell me what's going on.  What's the
3  context of this e-mail between you, Khalil, and
4  Pay Pal?
5      A    Keep going.  There's a total of six
6  pages.
7          MR. BLANCHARD:  Oh, geez, yeah.  Do
8  you want to start at the very bottom?
9          THE WITNESS:  I think Pay Pal is
10 holding our funds because of the number of
11 chargebacks based on -- usually you would get
12 four or five chargebacks maybe, and we were
13 getting a X number of chargebacks.  But I don't
14 think I responded to any of these.  I think
15 Khalil was responding on behalf of me.
16         What's going on here is Pay Pal is
17 just making sure that whatever we're doing is
18 legit, which we provided all documents, and the
19 funds were released.
20 BY MS. SCHAEFER:
21     Q    What -- why were they holding the
22 funds?  Are these reserves they're holding?
23     A    Yeah.  They're reserves.
24     Q    Do payment processors always hold
25 reserves?

202

1      A    Not always, no.
2      Q    When do they hold reserves?
3      A    Well, if you go from a million dollars
4  a year to $10 million a year overnight, that's
5  when they'll start raising alarms because they
6  are the underwriters to your business.  At the
7  end of the day, the buck stops at them to cover
8  the funds.  So that's one reason.
9          A significant amount of chargeback
10 based off the original threshold of what we're
11 currently doing, if that increases, that also
12 causes them to hold reserves.  In this case, they
13 just wanted to make sure we were getting the
14 goods out, and they wanted the tracking numbers
15 of our products.  So I think that's what made us
16 get our funds released.
17     Q    Okay.  And Khalil is dealing, for the
18 most part, with Pay Pal?
19     A    Yeah.  This looks like all of Khalil's
20 messages.  This is not something I would write on
21 e-mails.
22     Q    You were aware of these, and you were
23 included though?
24     A    Yes, but -- yeah, I was aware -- I was
25 aware of the hold on Pay Pal.

203

1      Q    Why do they need the tracking numbers?
2  What's that going to show them?
3      A    That the goods had shipped.  I don't
4  think this risk was involving chargebacks.  I
5  think it was involving because of the volume of
6  commerce we were doing, the increase in commerce.
7      Q    I'm sorry.  It takes me a while to
8  pull up these exhibits.
9      A    No worries.
10     Q    Sorry.  Something very strange is
11 happening here.  I can't find this exhibit.  Do
12 you remember whether Fatima Khan had access to
13 Zaappaaz's Pay Pal account?
14     A    Yes, she did.
15     Q    And why did she have access to it?
16     A    So she could issue refunds.
17     Q    Who else had access to it?
18     A    I did.  Khalil did.
19     Q    Okay.
20     A    And the sales team did.
21     Q    So you could issue refunds directly
22 from your Pay Pal merchant account?
23     A    Yeah.  We weren't able to do it from
24 our backend.  We had to do it straight from our
25 Pay Pal merchant account.

204

1      Q    Okay.  So this is Zaappaaz 15 is a
2  message from Braintree.
3          (Deposition Exhibit Number 15 was
4  marked for identification and attached to the
5  transcript.)
6  BY MS. SCHAEFER:
7      Q    So this is May 10th.  Why was your
8  account suspended?
9      A    This was because of chargebacks, the
10 increase in chargeback volumes.
11     Q    Was it ever unsuspended?
12     A    This was -- yes, it was unsuspended at
13 a period of time.  But we had transitioned over
14 to Stripe.
15     Q    When did you stop using Braintree?
16     A    Pretty much immediately.  We started
17 Stripe literally within 24 to 48 hours, something
18 like that.
19     Q    And then you stopped using -- wait.
20 Within 24 to 48 hours of what?
21     A    Of our account being suspended.
22     Q    So it gets suspended in May; is that
23 right?
24     A    I believe we started Strike maybe even
25 in March -- sorry.

51 (Pages 201 to 204)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

---

205

1     Q    Okay.
2     A    April-ish maybe.
3     Q    Okay.
4     A    I think -- we overlap at some point.
5          MS. SCHAEFER:  So there is a Braintree
6     chart that I wanted to look at, and I don't know
7     if you -- Mike, if you want me to wait until
8     tomorrow or if we should go ahead and look at the
9     Braintree chart now.
10         MR. BLANCHARD:  Let's look at it.
11         MS. SCHAEFER:  And again, this is a
12    spreadsheet.  So I'm going -- the spreadsheet
13    will be 16.
14         (Deposition Exhibit Number 16 was
15    marked for identification and attached to the
16    transcript.)
17         BY MS. SCHAEFER:  Let's try this
18    again.  Do you guys see it?
19         MR. BLANCHARD:  Yes.  It's kind of
20    small.
21         MS. SCHAEFER:  I'll make it bigger.
22    Is this good?
23         MR. BLANCHARD:  Yes, that's good.
24         MS. SCHAEFER:  Okay.
25    BY MS. SCHAEFER:

---

206

1     Q    Let's do what we did.  This is message
2     date, what does that mean?
3     A    That might be the transaction date.
4     Q    Is it the date that the consumer made
5     the order or the dispute was logged?
6     A    The dispute -- the transaction date is
7     on I.
8     Q    Oh, okay.  I see.  So then this is the
9     chargeback case number?
10    A    Correct.
11    Q    Cardholder, this is the acquiring
12    bank; is that right?
13    A    Correct.
14    Q    This is the disputed amount, currency.
15    So reason code.  Do these come from Stripe?
16    A    Those come from Braintree, if you're
17    saying this Braintree.
18    Q    I'm sorry.  So here what does that
19    mean?
20    A    It means it's under review.
21    Q    Who reviews these transactions?
22    A    The processor.
23    Q    And who determines whether they're
24    going to give the chargeback or not?
25    A    Ultimately, it's the consumer's

---

207

1     discretion.  If they consider it a fraud, it's
2     100 percent the consumer's --
3     Q    It's the consumer's bank that makes
4     the decision ultimately?
5     A    That's correct.
6     Q    And it's the payment processor that
7     adjudicates it or receives information from --
8     A    Yeah.
9          (Simultaneous Crosstalk).
10    BY MS. SCHAEFER:
11    Q    But they don't make a decision.  They
12    just get all the evidence to share between the
13    parties; is that right?
14    A    They're the mediators.
15    Q    They're the mediators.  All right.
16         So then the transaction date is the
17    date of the order?
18    A    Correct.
19    Q    What is this?
20    A    What is that?  The Column I?
21    Q    J.
22    A    Maybe that's not a data point they use
23    for us.
24    Q    They're all blank.  Okay.  Let's go --
25    so this is -- you see these choices, the dropdown

---

208

1     list?
2     A    Yes.
3     Q    So close case, no issue, or response,
4     does that mean the consumer bank never made a
5     decision?
6     A    Maybe they received the products and
7     they didn't want to dispute it any further.  So
8     it just got closed.
9     Q    Oh, the consumer closed it?
10    A    Correct.  I think that's what it
11    means.
12    Q    Okay.  And filing under review?
13    A    It's still under review.  We submitted
14    our response.  They submitted their response, now
15    it's whatever the action needs to be taken.
16    Q    And then submission approved?
17    A    Submission approved, I believe this
18    might mean that it's approved for us in our
19    favor.  And you might be able to verify that with
20    Column P based on what it says.
21    Q    Okay.  And then submission sent to
22    issuer?
23    A    Yes.  So I believe that basically
24    submits our documents to the issuer.  So we give
25    any supporting documents, they send it to the

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

---

209

1    issuer.
2        Q    And then submission under review, it's
3    being considered?
4        A    Yes.
5        Q    And what's your acceptance received?
6        A    Okay.  So that's something that we
7    would accept that we accept the dispute.
8        Q    And you will give a refund or
9    chargeback?
10       A    The processor will do it automatically
11   since it's already -- the funds are being held.
12   All these funds are being held.
13       Q    All these funds are what's that?
14       A    They are being held already.
15       Q    Okay.  As reserves?
16       A    In some sort of fashion, I guess.  I
17   would assume it's just reserves, yeah.
18       Q    And this is the mer- -- your merchant
19   number --
20       A    Mm-hmm.
21       Q    -- with Braintree?  You're the
22   merchant.  It's all Wrist-band.  I guess I'm
23   wondering -- what's that?
24           MR. BLANCHARD:  I need to clear up the
25   screen here.  Hold on one second.

---

210

1            MS. SCHAEFER:  Just let me know if I
2    can ask --
3            MR. BLANCHARD:  We're good.
4    BY MS. SCHAEFER:
5        Q    I have this dropdown menu, and I want
6    to know -- okay.  Reversal request has been
7    approved, what does that mean?
8        A    That means the customer received their
9    funds back.
10       Q    Okay.  Your account will be adjusted
11   means your account?
12       A    My account.
13       Q    So your account will be adjusted and
14   it's coming from the reserves?
15       A    Correct.
16       Q    Reversal request has been denied, is
17   that the consumer lost?
18       A    Yes.
19       Q    Do you know the reversal request has
20   been denied?
21       A    What is that?
22       Q    I don't know what everybody saw.  It
23   says here right here --
24           MR. BLANCHARD:  I think that should
25   say reversal.

---

211

1    BY MS. SCHAEFER:
2        Q    And that means the company won?
3        A    Resolved meaning either we issued a
4    refund or the customer agreed.  It means that
5    there is no dispute any more.  It's been
6    resolved.
7        Q    Reversal request had been denied?
8        A    No, no.  It said reversal something
9    has been resolved.  Is that what it was?
10       Q    No, I meant -- first of all, I didn't
11   know this was reversal.  So --
12       A    Okay.
13       Q    It says reversal request has been
14   denied.
15       A    That means we won.  The company won.
16       Q    Right.  Okay.  I think these all kind
17   of speak for themselves.  Okay.  And so actually
18   let me see.  So you won some here and you lost
19   some here.  And this indicates, as we just went
20   through the choices, the terms meaning that you
21   lost some disputes and terms meaning the consumer
22   won the dispute.  Are all these -- these are all
23   Braintree chargebacks?
24       A    Yes.  It seems like Braintree.
25       Q    So one thing that I'm wondering is for

---

212

1    the codes, the reason codes, is that something
2    that is provided to you by Braintree?
3        A    That is correct.
4        Q    Okay.  And do you have documents
5    showing what these codes mean?
6        A    I do not, no.  Maybe it's public data
7    though.
8        Q    Well, I know -- so I have in the
9    production codes that are Fiserv which is also
10   known as First Data, and I'm wondering if those
11   are the appropriate ones.  Do you know if
12   Braintree is an independent sales organization or
13   merchant service provider for Fiserv?
14       A    So Braintree is a gateway, and First
15   Data or Fiserv is the processor.  So I can use
16   Fiserv on Braintree.  It's just a little gateway
17   that does the charges.  Those are probably coming
18   straight from First Data.
19       Q    Okay.  Yeah.
20       A    And then Braintree is a processor via
21   Pay Pal.
22       Q    Say that -- what's a processor for Pay
23   Pal?
24       A    Braintree also can be a processor via
25   Pay Pal.  It's owned by Pay Pal.  You don't

---

53 (Pages 209 to 212)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/11/2021

---

213

1  necessarily have to use Pay Pal as your
2  processor.
3      Q     Do these transactions, the merchant
4  name is Wrist-band, but are they associated with
5  Wrist-band.com and CustomLanyard.net?
6      A     Yes.
7      Q     Some of the other websites that
8  Zaappaaz, you know, maintains?
9      A     Correct.  They're all linked to that.
10     Q     We can close out of that.  We're next
11 on 17; is that right?
12     MR. BLANCHARD:  Yes.
13         (Deposition Exhibit Number 17 was
14 marked for identification and attached to the
15 transcript.)
16 BY MS. SCHAEFER:
17     Q     So here is an e-mail string related to
18 Empire Paytech and Fiserv.  Why don't you go
19 ahead and read it and tell me when you're done.
20     A     All good.
21     Q     First of all, who is Karishma Sharif?
22     A     She is an employee at Empire Paytech.
23     Q     What services did she provide for you
24 for Zaappaaz?
25     MR. BLANCHARD:  Objection.  Form,

---

214

1  foundation.
2         THE WITNESS:  She -- the way this
3  works, she is -- she's a subagent for, I guess,
4  Fiserv.  So we went through her to get connected
5  to Fiserv so everything is linked in the same
6  way.  She is just -- she's just a subagent.
7  BY MS. SCHAEFER:
8      Q     She's a subagent.  Who pays her?
9      A     Who paid her?
10     Q     I mean, I guess what do you mean.
11 She's -- I don't understand the relationship
12 between her, Fiserv, and you.  I'm sorry.  Can
13 you explain that to me again?
14     A     I guess the way this industry works,
15 you can't go straight to Fiserv and be "Hey, I
16 want to process credit card transactions."  So we
17 go to processors -- they're called sub -- I
18 forget what they're called.  For the sake of it,
19 let's just call them subagents of Fiserv.
20         And basically we go to them.  They
21 take all our documents.  They go through the
22 underwriting.  They make sure the company is good
23 and everything is good, and then they basically
24 submit it to Fiserv for approval.  That's
25 basically how it works.  I don't think we ever

---

215

1  had a communication direct with Fiserv in terms
2  of processing transactions.  We might have had it
3  in terms of releasing funds.  She's the one that
4  set us up with that processor.
5      Q     Here it seems like Karishma is talking
6  to Daniel at Fiserv, and they're talking about
7  amounts being held in relief.  What is that
8  referring to?  Are they holding onto your money
9  because of chargebacks?
10     A     I think they were holding onto a large
11 sum of money, correct.
12     Q     What's -- at the top here it says, "We
13 have routed the recommendation for the partial
14 ROR."  What's ROR?
15     A     I have no idea.
16     Q     But the point is they were holding
17 some money to apply to chargebacks?
18     MR. BLANCHARD:  Objection.  Calls for
19 speculation.
20     Objection.  Form.
21     THE WITNESS:  They were holding money
22 because of the chargebacks, and I think we were
23 only doing business for at the time I think four
24 months maybe.  We were a pretty new company to
25 them.  I think they just had a little bit of

---

216

1  doubts about us.  So yes, they were holding the
2  funds -- they were letting us process
3  transactions, but they were holding a X reserve.
4         (Deposition Exhibit Number 18 was
5  marked for identification and attached to the
6  transcript.)
7         MS. SCHAEFER:  So this is 18.
8  BY MS. SCHAEFER:
9      Q     Why don't you go ahead and just tell
10 me when you're done.
11     A     Yes.
12     Q     Were you put in a Visa Standard
13 Dispute Monitoring Program?
14     MR. BLANCHARD:  I didn't hear you,
15 Michelle.
16 BY MS. SCHAEFER:
17     Q     Were you, Zaappaaz, placed in a Visa
18 Dispute Monitoring Program?
19     A     I don't know what that is, but -- I
20 don't know what that is.
21     Q     Do you have any knowledge of this
22 Standard Visa Monitoring Program?
23     A     No.  I have no knowledge of their
24 internal metrics.  But I am aware of the e-mail,
25 yes.

---

54 (Pages 213 to 216)

FTC v. Zaappaaz, LLC, et al.                                         8/11/2021

---

217

1    Q    Were you aware that you were put into
2 a monitoring program?
3    A    No.  I know I was held -- my funds
4 were being held.  I wasn't aware of any
5 monitoring program, no.
6    Q    Was this something Khalil was
7 handling?
8    A    I was pretty closely handling it with
9 Khalil.  I think Khalil was making responses on
10 these as well.
11   Q    Okay.  But you're aware you had high
12 chargebacks.  You just don't have a recollection
13 of being in this monitoring program?
14   A    I mean, I knew I was in a reserve
15 program.  I guess maybe it's ticky-tack.  I don't
16 know the term.  It's called a Visa Monitoring
17 Program.  Maybe I knew we were -- our funds were
18 being held in a reserve.  If that's what the Visa
19 Monitor Program is, then that's what it is.  I
20 don't -- I don't recall the term Visa Monitoring
21 Program.  I don't know what that is.
22   Q    So go ahead and read this e-mail.
23       (Deposition Exhibit Number 19 was
24 marked for identification and attached to the
25 transcript.)

---

218

1       MR. BLANCHARD:  It's the same e-mail.
2 Document 19.
3       MS. SCHAEFER:  Is this the same?
4       MR. BLANCHARD:  No.  Sorry.
5       MS. SCHAEFER:  That's okay.
6       THE WITNESS:  Okay.
7 BY MS. SCHAEFER:
8    Q    The first string of the e-mail where
9 you're talking to Dr. Pappas and Michael Aufiero,
10 you say, "I need to get in touch with someone
11 regarding my processor that's being terminated."
12 What processor is that?
13   A    Fiserv, I believe.
14   Q    That's who you're speaking to,
15 correct?
16   A    That's correct.
17   Q    You're -- they're terminating you?
18   A    Yes.  That's correct.
19   Q    Did they ultimately terminate you?
20   A    I believe so.  We weren't transacting
21 while the reserves were being held.  It didn't
22 make economical sense, and we weren't transacting
23 at all with this company.  We were using Stripe.
24 So I guess.
25   Q    They were holding onto your reserves?

---

219

1    A    They held onto our reserves for about
2 eight months after they terminated us, I believe.
3    Q    Were they using them to do
4 chargebacks?
5    A    They were using them to -- they were
6 using them to secure themselves to make sure that
7 they're not going to receive debt in chargebacks,
8 but ultimately we received it back.
9       (Deposition Exhibit Number 20 was
10 marked for identification and attached to the
11 transcript.)
12 BY MS. SCHAEFER:
13   Q    Go ahead and read this.
14   A    Okay.
15   Q    And so do you recognize this reduction
16 plan that was prepared?
17       MR. BLANCHARD:  Do you want to start
18 here?
19       THE WITNESS:  I'm good.  Go to Page 3.
20 Where are you seeing a reduction program?  I'm
21 not seeing where you're referencing.
22 BY MS. SCHAEFER:
23   Q    So if you go to the -- so the first
24 page you see, "Please use this attachment," and
25 then there's a write-up right below Mr. Khalil.

---

220

1    A    Uh-huh.
2    Q    And then below that it says,
3 "Wednesday, June 10th, 2020, Karishma wrote:  Did
4 you get a chance to check the chargeback
5 reduction template?  Let me know if all is good
6 so it can be submitted."
7    A    I don't think we needed to really
8 worry about this because we -- we had explained
9 it above -- I believe the reduction template -- I
10 don't know.  I don't recall that reduction
11 template.  I believe it was a template to show
12 how we will reduce chargebacks, but I am not 100
13 percent on that.
14   Q    And then -- so I'm looking at the
15 message now, and we can look at the last page,
16 which is what's purported to be the reduction
17 program, and then there's that third paragraph
18 that talks about starting to ship from the U.S.
19 I'm just wondering if that was -- if you know how
20 Zaappaaz was proposing to address some of these
21 shipment and delivery problems.
22   A    That was one of the ways.
23   Q    What were other ways?
24   A    Other ways was extending our delivery
25 dates, putting information on the website,

---

55 (Pages 217 to 220)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

221

1    notifying our customers to reduce the
2    chargebacks.
3            (Deposition Exhibit Number 21 was
4    marked for identification and attached to the
5    transcript.)
6    BY MS. SCHAEFER:
7    Q    You can go ahead and read this.
8            MR. BLANCHARD:  Do you want me to --
9    BY MS. SCHAEFER:
10   Q    Have you read it?
11   A    Yeah, I think so.
12   Q    Why did you need the letter of credit?
13   A    Well, they were holding about $2.3
14   million.  So they were asking -- they were
15   holding $2.3 million, and they were asking us for
16   them to deleverage themselves.  They needed to
17   get a letter of credit from my bank to be like
18   hey Azim or the company has the capacity for X
19   amount of dollars, which I think they were
20   requesting 4 million to have a letter of credit
21   for to release the funds.
22   Q    Did you -- did the letter of credit
23   get executed?
24   A    We didn't need to.
25   Q    You didn't need to, okay.

222

1    A    No.
2            (Deposition Exhibit Number 22 was
3    marked for identification and attached to the
4    transcript.)
5    BY MS. SCHAEFER:
6    Q    Here's another e-mail.  You want to
7    read it?
8    A    Okay.
9    Q    And so the bolded language is from --
10   is that from Risk Serve -- Fiserv?
11   A    The one that's highlighted, I believe
12   so.
13   Q    Now she's talking about a chargeback
14   reduction plan?
15   A    If we'd like to still process with
16   them, correct.
17   Q    And did you?
18   A    No.  We went with Stripe.
19   Q    I'm looking at this chart, and what --
20   what is the difference between returns and then
21   total chargeback?
22   A    That's refunds, I believe.
23   Q    Returns are refunds, and total
24   chargebacks are the chargebacks from credit card
25   companies?

223

1    A    That is correct.
2    Q    Okay.
3            MR. BLANCHARD:  Michelle, can we go
4    off the record for a second and talk?
5            (A brief recess was taken.)
6            MS. SCHAEFER:  We are going to suspend
7    today's deposition and adjourn for today, and
8    then we are going to reconvene tomorrow morning.
9    What time do people -- well it's noticed already
10   for 9:30.  The court reporter is coming.  So we
11   will continue tomorrow.
12           MR. BLANCHARD:  All right.  Thanks and
13   I'll stay on.
14   (Whereupon, the signature not having been waived,
15   the deposition adjourned at 5:58 p.m.)
16
17
18
19
20
21
22
23
24
25

224

1                    *  *  *
2            ACKNOWLEDGMENT OF DEPONENT
3
4    I, Azim Makanojiya, do hereby acknowledge I have
5    read and examined the foregoing pages of
6    testimony, and the same is a true, correct and
7    complete transcription of the testimony given by
8    me, and any changes and/or corrections, if any,
9    appear in the attached errata sheet signed by me.
10
11
12   _____   _____
13   Date       Azim Makanojiya
14
15
16
17
18
19
20
21
22
23
24
25

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.

8/11/2021

225

1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, Tammy S. Newton, the officer before
3    whom the foregoing proceedings was taken, do
4    hereby certify that the foregoing transcript is a
5    true and correct record of the proceedings; that
6    said proceedings were taken by me
7    stenographically and thereafter reduced to
8    typewriting under my supervision; and that I am
9    neither counsel for, related to, nor employed by
10   any of the parties to this case and have no
11   interest, financial or otherwise, in its outcome.
12        IN WITNESS WHEREOF, I have hereunto set
13   my hand and affixed my notarial seal this 23rd
14   day of August, 2021.
15   My commission expires:
16   3/05/2022
17
18              s/Tammy S. Newton
19              Notary Public in and for the
20              State of Maryland
21
22
23
24
25

226

1              DEPOSITION ERRATA SHEET
2    Page No. _____ Line No. _____ Change to:
3    _____
4    Reason for Change: _____
5    Page No. _____ Line No. _____ Change to:
6    _____
7    Reason for Change: _____
8    Page No. _____ Line No. _____ Change to:
9    _____
10   Reason for Change: _____
11   Page No. _____ Line No. _____ Change to:
12   _____
13   Reason for Change: _____
14   Page No. _____ Line No. _____ Change to:
15   _____
16   Reason for Change: _____
17   Page No. _____ Line No. _____ Change to:
18   _____
19   Reason for Change: _____
20   Page No. _____ Line No. _____ Change to:
21   _____
22   Reason for Change: _____
23
24   SIGNATURE: _____
25        Azim Makanojiya

227

1              DEPOSITION ERRATA SHEET
2    Page No. _____ Line No. _____ Change to:
3    _____
4    Reason for Change: _____
5    Page No. _____ Line No. _____ Change to:
6    _____
7    Reason for Change: _____
8    Page No. _____ Line No. _____ Change to:
9    _____
10   Reason for Change: _____
11   Page No. _____ Line No. _____ Change to:
12   _____
13   Reason for Change: _____
14   Page No. _____ Line No. _____ Change to:
15   _____
16   Reason for Change: _____
17   Page No. _____ Line No. _____ Change to:
18   _____
19   Reason for Change: _____
20
21   SIGNATURE: _____
22        Azim Makanojiya
23
24
25

57 (Pages 225 to 227)

FTC v. Zaappaaz, LLC, et al. 8/11/2021

[228]

**A**

**A-I-F** 23:19
**A-L** 23:21
**A-M-I-R** 25:8
**a.m** 1:21 192:3,4
**abbreviations** 76:16
**ability** 7:20 121:22
121:25 122:2
123:11 124:12
126:6
**able** 45:20 67:10,14
76:15 93:2 110:12
110:24 119:19
120:13 121:16
124:5,12,18
126:16 171:24
176:9 182:10
199:20 203:23
208:19
**absolutely** 14:6
21:15 37:17,25
53:14 55:17 60:23
95:22 122:17
156:12,12 165:16
165:18 170:4
172:10
**AC** 194:7 195:9
**accept** 172:25 209:7
209:7
**acceptance** 209:5
**access** 56:4 203:12
203:15,17
**accessing** 6:4
**accommodate** 48:22
48:23
**account** 42:7 86:17
88:1 116:4,5,6,19
120:15 191:14,21
191:23 196:21,21
197:24 198:2
203:13,22,25
204:8,21 210:10
210:11,12,13
**Accounting@Wri...**
65:9
**accounts** 116:15

120:12
**acknowledge** 224:4
**acknowledged**
173:24
**ACKNOWLEDG...**
224:2
**acquiring** 206:11
**acronym** 25:6 80:8
**action** 101:15
208:15
**Active** 29:13
**activities** 62:1
**actual** 152:7
**add** 19:15 135:23
**adding** 19:14
**addition** 72:22 79:6
104:6 105:17
**additional** 32:16
**address** 38:2,5,7,7,9
38:10,24 39:22
40:15,17,19 51:7,9
119:17 120:19
151:8 180:13
182:2 220:20
**addressed** 173:25
177:13
**addresses** 38:1
120:20,21 180:23
181:12,13
**adds** 134:5
**adjourn** 223:7
**adjourned** 223:15
**adjudicates** 207:7
**adjust** 183:14
**adjusted** 123:7
210:10,13
**adjusting** 18:9
178:10
**admin@ionizedllc...**
151:7
**administrative**
173:10
**ads** 143:16
**advanced** 26:19
**advancements** 46:3
**advantage** 134:1,3
**advertise** 125:19

126:6 174:19
**advertised** 100:23
101:25 122:12
123:12 174:18
175:13,22 182:10
**advertising** 10:23
167:17
**advisors** 33:22
**Adwords** 66:21
**affect** 7:20 49:5
118:7 122:2,15
123:11,14 128:22
129:2 148:15,16
148:17,19
**affixed** 225:13
**agenda** 59:6
**agent** 63:17 69:7,9
111:19,22
**agents** 13:15,18
15:23 16:2 17:20
43:4 45:15 66:7
94:4 172:8
**Agile** 184:8 200:9
**AgileLaw** 5:22
**ago** 24:15,15 41:21
41:24 42:10 56:4
**agree** 135:2
**agreed** 8:22 211:4
**ahead** 7:23 91:10
100:18 102:15
111:24 148:7
171:1 191:10
205:8 213:19
216:9 217:22
219:13 221:7
**air** 78:2,4,5
**aircraft** 78:2
**AKIM** 3:2
**alarms** 202:5
**algorithm** 186:17
**Ali** 34:18 35:2
**alias** 54:17
**aliases** 54:11,12
55:9,22 56:6,10
**Alibaba** 70:2,3,4,7,8
**Alishah** 61:5,5,13
151:9

**alleged** 66:7
**allowed** 104:17
179:19,21 180:9
**Amazon** 93:10
157:8 158:10
159:10,11
**Amended** 3:10 91:1
**America** 149:17
**Amir** 25:6,8,12,16
34:18 35:2 54:15
56:3
**amount** 41:3 101:9
105:6 119:17
124:19 180:10,12
186:7 190:12,15
195:3 196:7
198:12 202:9
206:14 221:19
**amounts** 215:7
**ample** 124:18
**and/or** 224:8
**Anne** 2:3 5:16 6:9
6:11
**announced** 134:25
**announces** 135:4,18
**anomalies** 77:12
**answer** 6:22 15:18
29:25 36:7 48:19
50:9 73:6 126:5
146:25 162:17
165:6 178:17
187:12
**answered** 162:16
163:5 176:15
182:23
**answers** 7:16 51:16
74:7
**anticipate** 48:18
122:19,22 125:13
**anticipated** 122:20
123:6,7 124:4
129:10
**anybody** 25:19
60:10
**AP** 80:4
**API** 79:18 80:3,6,8
83:5

**apologize** 44:22
**apparel** 32:19
**Apparently** 92:7
**appear** 224:9
**appeared** 139:9
**appears** 88:5 143:8
145:14
**application** 5:23
**apply** 215:17
**appreciate** 29:21
**appropriate** 30:24
212:11
**approval** 79:22
214:24
**approve** 79:20,24
173:7
**approved** 136:13
208:16,17,18
210:7
**approximately**
111:12
**April** 44:22 46:23
46:24 49:6 53:22
68:15 117:3,3,5
118:5,6 121:4
122:12 134:21,23
134:24 135:4,10
135:17 136:10
137:6 139:6 148:2
151:2,20,22
152:15 153:3
155:14 171:3
173:23 178:7,8,22
178:23,24 179:14
179:17,17,20
183:4,5
**April-ish** 120:7
205:2
**Aqil** 68:7
**archived** 140:15
**archives** 141:2
**area** 162:19
**areas** 97:15
**Areesha** 68:7
**Aroofa** 68:7
**arrangement** 57:12
116:9

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

[229]

**article** 140:4
**articles** 119:2
    149:10
**ASA** 56:23
**Asia** 95:5 131:22
**aside** 94:25
**Asif** 25:9 61:12
**asked** 11:22 31:9
    72:5 102:22,24
    140:19 147:11
    162:15 163:4
    167:13,23 197:1
**asking** 6:20 9:4,5,6
    51:17 81:4 89:6,7
    89:8 96:14 118:13
    118:16 131:14
    153:11 162:24,25
    163:15 169:8
    176:8 221:14,15
**aspect** 58:13 106:7
    114:1,1 121:11,11
    127:16 128:12
    129:7
**assessment** 135:3
**associated** 213:4
**assume** 52:18 69:20
    81:2 102:4 155:4
    174:5 192:22
    209:17
**assuming** 119:2
**assumptions** 75:17
**assure** 169:5
**assured** 175:12
**assuring** 101:24
**attached** 8:5 65:20
    90:21 99:19 130:3
    139:2 141:7
    142:15 143:4
    144:21 145:10,24
    150:23 200:22
    204:4 205:15
    213:14 216:5
    217:24 219:10
    221:4 222:3 224:9
**attachment** 219:24
**attachments** 82:19
    82:19

**attention** 153:18
**attorney** 5:12
**audio** 5:25
**Aufiero** 218:9
**August** 1:20 20:7
    26:22 53:12 54:3
    136:1,8 225:14
**authority** 120:2
**authorizations**
    19:15
**authorized** 172:23
    172:25
**auto** 90:15
**automated** 80:1
    83:11
**Automatic** 80:5
**automatically** 79:25
    83:9 188:8,13
    209:10
**autonomous** 37:4
**autonomy** 173:12
**available** 81:14
    126:15,16 138:5
**Avenue** 2:6
**aware** 37:23 100:8
    100:13 146:14
    150:17 151:13,14
    151:16 152:19,20
    153:1,2 156:20,23
    158:1,4,7,10,12,20
    161:24,25 162:7
    162:11,13,20,24
    163:1,9 164:3,5
    167:4,4 179:9
    202:22,24,25
    216:24 217:1,4,11
**Azim** 1:13,20 3:7
    5:2 6:16 25:6
    54:10,14 64:23,24
    65:24 158:20
    221:18 224:4,13
    226:25 227:22
**Azim@CustomLa...**
    56:9
**Azim@Wrist-Ban...**
    56:8

**B**

**b** 66:18 102:14,16
    127:18 175:20
**back** 13:8 19:19
    56:4 60:5,19 63:7
    79:17 83:4,6,7
    84:8 103:2 113:21
    117:7 119:9,25
    122:24,25 125:7
    131:9 133:8,15
    143:13 147:3
    168:5 169:19
    170:9 171:25
    172:2 174:12,15
    174:16 176:2,2
    177:3 182:9,16
    188:14 196:10,21
    210:9 219:8
**back-end** 12:5
**backend** 79:16,18
    84:19 86:22,23,24
    87:11,14,23 88:13
    89:22 188:14
    203:24
**bacterial** 131:14
**bad** 17:23 119:6
**Bangladesh** 16:11
**bank** 191:14,21,23
    192:20 196:8,16
    196:20,20 197:24
    198:2,5,7 206:12
    207:3 208:4
    221:17
**banking** 10:16,17,18
    10:18
**banner** 92:10
**bar** 137:13,17
    139:14,15,16,18
    140:11
**based** 16:11,11
    41:10 58:22 78:9,9
    79:22 80:10 120:9
    129:12 133:17
    186:16 201:11
    202:10 208:20
**basic** 19:17

**basically** 64:21 68:8
    80:17 84:5 108:24
    112:7 113:1
    119:18 188:10
    196:8,9,17 208:23
    214:20,23,25
**basis** 48:20 60:17
    93:13 100:22
    101:1,2,3 103:8
    115:10 120:6
    125:2 128:7
    129:11 151:23
    174:22 175:8
**batch** 192:4,5,10,16
    196:1
**batched** 192:19
    196:3,7,17
**Bates** 199:9
**battery** 77:14
**BBB** 152:22 153:12
    153:14,23,25
    154:1 155:17,18
    159:14
**bearings** 194:20
**beat** 18:3
**becoming** 58:10
**began** 117:2
**beginning** 118:6
    152:15
**begins** 101:15
**behalf** 2:2,11 8:13
    149:15,22 201:15
**believe** 13:23 16:6,9
    16:15 17:5,18
    20:10 25:1 26:22
    28:15 32:10,15
    33:2,19,20 38:25
    40:4 53:7 56:21
    57:13,14 65:10
    70:19 78:20 84:21
    97:8 117:21 131:7
    139:8,20 140:5,14
    143:2 144:16
    146:20 159:12
    167:2 171:24
    172:15 175:11
    176:16 179:9

    186:17 187:3
    189:7 193:13
    197:13 204:24
    208:17,23 218:13
    218:20 219:2
    220:9,11 222:11
    222:22
**believing** 175:5
**bell** 141:13
**beneficial** 59:15
    62:10
**benefit** 59:17,19,20
    59:21,22,23
**best** 6:24 34:23 35:1
    50:11 126:5 177:8
**better** 18:10 63:9
    116:5 152:25
    153:17
**big** 77:9
**bigger** 205:21
**biggest** 138:1
**bill** 115:20
**billing** 115:23
**bills** 115:22
**bit** 41:7 106:16
    130:14 199:6
    215:25
**Blanchard** 2:12
    6:13,14 8:13,22
    11:15,22 15:17
    18:1,9,12,17,25
    29:24 30:1,14,20
    31:6,9,14 35:11
    36:5 43:5 47:9,22
    48:14 50:16,22
    52:1,8 56:22 58:1
    58:20 67:11,16,21
    67:24 73:5,20 74:3
    74:11,15 80:23
    82:5 91:13 93:4
    95:12 96:22 98:4
    98:16 99:25
    101:14 102:3
    106:19 109:4
    118:10 129:20
    143:25 144:5,8
    147:4 150:5 152:5

FTC v. Zaappaaz, LLC, et al.                                                8/11/2021

154:24 155:23
162:3,15 163:4
165:5 166:17,25
171:8 174:25
175:18,24 176:12
182:12 183:21
184:3,5,7,12,16,18
184:21 185:3,6
195:1,7 198:20
199:2,7,11,15,19
200:8,12,17 201:7
205:10,19,23
209:24 210:3,24
213:12,25 215:18
216:14 218:1,4
219:17 221:8
223:3,12
**blank** 184:12 198:17
207:24
**blanket** 144:16
**blockage** 123:22
**blockages** 125:10
**blue** 92:12
**blunt** 121:3
**board** 22:1,2 35:4
**bolded** 222:9
**bottle** 138:2,12
**bottles** 138:4,4,7,8,9
**bottom** 68:8 201:8
**bought** 38:24
144:14
**bound** 149:17
**box** 54:12,13 56:11
106:5
**boxes** 113:1
**Boyd** 2:13
**Braintree** 4:5 157:2
157:17 158:4
159:8,9 197:15
204:2,15 205:5,9
206:16,17 209:21
211:23,24 212:2
212:12,14,16,20
212:24
**brand** 30:7 31:20
56:20 165:4
**Brands** 34:19 56:23

**break** 7:18 50:17,21
65:16,18 68:24,24
80:7 107:1 147:5,9
150:21 152:3
157:23,25 183:19
183:22
**brief** 68:25 152:4
183:25 223:5
**bring** 15:18 57:19
111:10 112:24
128:4
**bringing** 109:25,25
**brings** 112:22
**broken** 164:24
**broker** 64:1,2,3
69:10,15
**brokers** 70:21 77:21
78:6 94:4,11 97:22
98:9,21 110:22
111:3,13
**brother-in-law** 61:6
**brothers** 72:7
**brought** 49:1 58:5
58:11,24 101:15
180:24
**Bruce** 76:20
**buck** 202:7
**buckled** 118:25
**build** 63:9
**building** 40:2 43:8
43:11,13,14,16,22
43:23 48:2,7 96:6
96:7
**built** 84:21 85:3,5
**bulk** 146:18 180:15
**bunch** 190:4
**Bureau** 152:25
153:17
**Burpy** 30:7 31:20
**business** 16:22 17:1
17:6,8 26:24 27:3
28:14 37:5,8 38:9
38:10 39:10 58:6
69:19 72:10 75:18
75:19,24 94:17,24
95:5,10,11,16,18
99:1 107:4 117:5

118:7,8,12,12
119:16 132:17,19
147:13,14,22
152:25 153:17
202:6 215:23
**businesses** 17:3,11
23:8 29:1,7,13,23
31:19 39:17 40:6
40:10 48:2
**Butch** 2:13
**buy** 78:17 84:25
**buying** 60:1

**C**

**C** 2:1 3:1 5:1 66:19
**Cadence** 38:6,17,23
**call** 13:10 27:3 43:3
43:4,9 51:11 63:16
69:14,14 103:5
177:10 178:4
182:9 183:11,13
186:13,16 196:2
196:14,18 214:19
**called** 70:11 214:17
214:18 217:16
**calling** 110:2 115:16
152:8 167:21
**calls** 12:5 36:5 43:5
52:9 68:12 170:6
171:8 174:25
215:18
**Camino** 38:12,20
**cancel** 102:24 103:6
103:7 167:9
170:12 176:2
177:17 187:7
196:2,14
**canceled** 170:2
194:1,7,9,14,19
195:19,21 198:13
**cancellation** 172:21
173:7 174:5,7
175:23
**cancellations** 102:20
169:22 172:24
173:1,2 176:11
177:5,7

**capable** 77:16
**capacity** 9:7 97:3
221:18
**capture** 3:18 88:15
141:11
**car** 17:5,5
**card** 193:11 195:22
195:24 214:16
222:24
**Cardholder** 206:11
**care** 76:24 77:5
113:6,9
**carrier** 77:22
162:21
**case** 8:20 47:1 54:17
66:4 76:2,3 86:25
87:1 95:9 97:20
99:5 114:2,18
115:15,17 194:4
202:12 206:9
208:3 225:10
**cases** 77:1 115:6
**categories** 190:24
**categorize** 197:10
**category** 120:4
197:7,8
**caught** 131:3
**causal** 137:15
**caused** 119:10
124:15 125:11
128:9 129:9
139:18 140:3,9
150:11
**causes** 202:12
**cell** 48:24,24 161:16
161:17
**center** 43:3,4,9
**CEO** 21:20 24:17,21
**certain** 41:3 93:2
101:8 105:23
119:20 121:17
171:2 180:10,12
194:17
**certificate** 38:4
225:1

**certifications** 26:16
26:18 77:15
**certified** 119:10
120:2 150:19
**certifies** 120:3
**certify** 225:4
**cetera** 137:20
**chain** 154:17,18,19
**chance** 152:10 220:4
**Chandler** 61:20
62:8,16,25 63:5,8
63:14 64:5,10,15
69:11,13,23 70:21
71:22 72:5,13,15
72:20 73:19 74:6
74:16 75:6,11,13
75:15 77:10 80:9
82:22 83:4,5 84:7
84:14 94:15,17
95:21 97:21 98:9
98:12,14,20 99:6
110:22,23 111:4
111:15 112:4,5,10
113:18,22 115:16
115:17,19
**Chandler's** 71:17
75:4 79:18 80:3
84:2
**Chandler@Wrist...**
61:16,18
**change** 20:2,8,10,11
20:17 22:12 33:22
53:3 88:8 92:12
93:15 130:14,16
130:17 133:20
226:2,4,5,7,8,10
226:11,13,14,16
226:17,19,20,22
227:2,4,5,7,8,10
227:11,13,14,16
227:17,19
**changed** 17:21,24
20:3,9,10,15,21
33:15,17,18,21
78:19 88:10 136:4
138:3 170:15
173:23

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/11/2021

[231]

**changes** 53:11,13,17
92:24,25 93:16
120:5 121:5
122:19 125:12
137:8 149:4
170:18 224:8
**changing** 58:7 62:7
62:24 119:5
127:22,25 128:7
137:19 138:14
147:20
**charge** 24:16 77:11
**chargeback** 156:14
156:18,20,24
157:4,7,11 158:1
158:16 159:15
193:10 197:9,18
202:9 204:10
206:9,24 209:9
220:4 222:13,21
**chargebacks** 159:13
197:2,4,7,10,22
201:11,12,13
203:4 204:9
211:23 215:9,17
215:22 217:12
219:4,7 220:12
221:2 222:24,24
**charged** 195:23,23
**charges** 192:18
212:17
**chart** 190:7 193:6
197:14,15 205:6,9
222:19
**charts** 183:17
197:12 200:18
**chat** 45:11 48:8
51:11 88:23 89:7,9
89:13 98:23 99:11
159:16 160:1,9,12
177:11
**chats** 88:22 159:19
159:24 160:1
**chatting** 89:14
**cheaper** 78:9 116:19
116:20,20
**check** 51:25 189:4

195:15 220:4
**checks** 81:8,10
**chief** 24:17
**China** 17:9,12 21:8
21:11 62:6,9,17,22
62:24 63:1,3,20
69:3,4,13 75:4
94:9,15,22 95:4,8
117:17 119:7,8,12
119:21 123:21
124:11,13 126:15
129:14 134:14
138:15,17 147:14
147:20 148:13
151:2 175:4
179:16,22,24
180:15 181:5,21
182:6 183:6
187:16 188:7,9
**Chinese** 94:11 119:5
147:8 149:5,15,18
149:23 150:10,11
150:18
**choices** 207:25
211:20
**choose** 54:16 103:17
103:18 104:25
105:1,3 106:6
**circle** 138:13
**circumstances**
48:25 129:12
**cities** 110:19 132:12
133:2 147:20
148:12
**city** 109:19,21,22
**Civil** 1:7
**clarification** 11:8
19:9 31:13 35:24
**clarified** 160:8
163:10 173:23
**clarifies** 64:6
**clarify** 6:24 9:7
13:19 15:4,5,9
36:17,20,22 58:22
72:9 82:18 89:6
103:10,19 156:4
163:7 166:20

173:3 181:20
**clarity** 15:7,8 22:23
69:17 198:14,15
198:23
**classes** 26:19
**classify** 95:19
**clear** 7:9 9:5 31:7,10
43:20 44:18 74:13
82:25 176:3
178:16 193:4
198:14 209:24
**clearly** 176:19
**click** 140:6 141:14
**clicked** 141:24
**client** 6:15
**close** 5:10 134:22
193:23 208:3
213:10
**closed** 44:15 48:3
208:8,9
**closely** 217:8
**cloth** 3:23,25 105:24
105:24 135:24
145:14
**clothing** 10:2
**co-counsel** 5:16
**Coates** 3:16 143:25
**Coates'** 70:16
129:25
**code** 80:9,10 92:8,11
92:12,13,20
141:18 188:13
189:21 206:15
**codes** 190:20,21
212:1,1,5,9
**coding** 28:1 53:4
92:15
**collaboration** 57:18
57:19
**college** 26:3,4,6,11
27:14,19 28:4,7
**Collesano** 2:3 5:16
6:11,12
**colliding** 121:19
**color-coded** 81:18
**column** 185:7,7,11
187:10,11,11

188:21 195:2,3
207:20 208:20
**come** 35:21 41:4
43:16,18,22 46:18
54:19 64:23
117:10 121:12
158:24 178:15
182:8 183:7
189:14 190:7,19
190:20 191:14,15
191:20,22 196:16
198:6,7 206:15,16
**comes** 9:18 20:1
56:10 82:22 125:7
**coming** 84:10 94:9
127:24 129:2,17
135:16 172:2
188:6 197:24
210:14 212:17
223:10
**command** 154:17,18
154:19
**commencing** 1:21
**commerce** 203:6,6
**commercial** 180:10
**commission** 1:5 2:5
5:13 225:15
**commitment** 101:4
101:5
**commodity** 78:10
**common** 60:6
**communicate** 48:10
51:5,10 98:20
**communication**
37:19 47:11 75:21
87:15 89:16
156:17 215:1
**communications**
54:4 75:18,24
**companies** 16:4
20:3 30:3 40:19,22
41:2 43:10 56:15
57:23 60:6,19 62:9
63:9 70:18 71:3
101:6 118:24
138:1,2 222:25
**company** 9:4 12:16

16:1,1,25 20:5,12
21:15 22:3,25 23:2
25:12,24 27:4,5
28:25 32:4,23
33:24,25 34:11
35:20 38:25 42:15
42:16,19,20 47:2,7
51:1 53:7 56:16,18
56:19 59:9 61:2
63:6,15,18 64:22
70:11,12 71:2
75:16,20 76:5,18
76:20 94:19 99:11
103:8 107:8,24
113:12 114:19
123:20 137:14
174:1 177:10
211:2,15 214:22
215:24 218:23
221:18
**company's** 8:13,14
25:10 97:8 113:13
**comparable** 138:22
**complain** 87:6 160:6
165:19 167:16
171:4,16
**complaining** 150:9
156:2,10 160:22
161:19 163:18,20
**complaint** 20:8 86:9
86:10,16,17,18,20
86:22 87:4,24 88:2
88:3 89:9 90:18,19
160:5 178:15,19
**complaints** 10:15
12:5 37:10 86:11
87:9 88:16 90:2
93:2 152:17,19,20
152:22,24 153:10
153:12,14,18,22
153:24 155:16,17
155:19 159:15,16
159:22,23 161:23
162:1,8,13 163:1
163:16,21,21,24
163:25 164:4,6,9
164:14,17,19,23

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                              8/11/2021

[232]

165:1,24 166:3,6,7
166:10,11,21
167:5,8,12 173:25
173:25 178:5,12
178:13,24 179:3
**complete** 7:9,12
47:13 121:19
224:7
**completed** 182:24
**completely** 21:11
45:18 46:12 80:1
85:1
**Compound** 80:25
82:5 150:5 165:5
166:25
**computer** 27:4,4,6
27:18,20,25 28:13
45:10,11 46:9
**computers** 27:13
45:20,25 46:17
48:8,22,23
**concept** 194:22
**concern** 81:14,22
82:11,16,20
**concerns** 15:8
177:13
**conclusion** 152:9
175:1
**conditions** 168:15
168:18,20,24
170:16
**conduct** 66:8
**conducting** 5:20,21
**conducts** 75:19
**conference** 6:14
28:21
**confident** 189:7
**confirmation** 83:20
84:4 86:1 88:1
**confirmed** 6:2
**confirming** 83:21
84:5
**confiscated** 149:19
**confused** 172:20,22
188:4
**confusion** 172:16,18
**congested** 119:1

**connect** 63:19,21
114:12
**connected** 114:17
214:4
**consciously** 11:18
**consensus** 41:4
136:21 169:15
**consider** 20:17
49:19 64:1 72:20
95:17 123:25
207:1
**considered** 56:9
128:20 196:23
209:3
**consolidated** 120:22
**consolidates** 97:9
**constant** 48:17
137:17
**constraint** 122:8
125:8 126:18,21
**consulted** 100:10
**Consulting** 30:8,10
31:21 57:4,5,13
58:5,12 61:1,10
**consumer** 75:2
82:24 87:6 154:2
155:19,20 156:9
159:15,24 160:5
170:1,6 175:23
179:22 185:23,25
187:18 188:7
206:4 208:4,9
210:17 211:21
**consumer's** 206:25
207:2,3
**consumers** 57:24
77:21 86:11
102:20 110:8,16
119:13,15 137:9
152:17 154:5,9,23
156:1 159:17
160:22 161:7
162:8 163:2,16,17
163:19,20 164:4,6
166:7,13,21 167:5
167:9,13,16,20
169:12 171:4,16

172:9 176:9 177:4
177:22 181:6,19
181:22 191:13
**contact** 74:7 102:19
102:21 175:22
177:23,23,24
**contacted** 102:22
176:9
**contacting** 62:12
73:25
**contain** 83:13 85:12
85:14 185:2
186:25 197:17
**contains** 83:15,16
**contaminated** 172:2
**contemplating** 17:9
**content** 83:17 143:2
**context** 201:3
**continue** 45:20
179:15 183:2
223:11
**continues** 49:5
**contract** 15:25 39:1
66:14 72:17 98:8
98:11 114:25
**contracted** 12:16
14:4 35:18 53:9
68:11 115:1
**contracting** 14:3
114:1
**contractor** 66:20
**contractors** 14:18
41:8
**contracts** 69:21
98:14 115:4
**contractual** 113:24
**control** 25:25 61:2
87:3 123:23
173:21,22 174:2,3
**controllable** 182:18
**conversation** 10:9
**conversion** 38:4
**convert** 93:2
**conveyed** 161:14
169:2,20
**copies** 140:15
**core** 19:17 71:6

**corporate** 24:23
33:6,10,10,12,23
34:2,3
**corporation** 32:6
33:16 38:5
**corporations** 33:25
**correct** 8:17,18 11:3
14:21 16:3 17:18
19:24 21:9 22:21
23:9 24:4,8 26:1
34:7,16 37:1,3
38:19 39:24 41:10
41:15 42:2,3,5
44:10,19 52:20,24
55:1,3,23 57:11
61:8 68:22 69:14
70:10 80:6,8 83:1
83:25 85:13 86:6,8
87:1,21 88:6,17
91:22 94:10,13
95:24 97:24 98:6
98:18 100:15,25
101:11 103:20
110:6,9,11 111:1
113:8 116:13
117:20 121:23
122:1 124:9
125:15 128:25
129:18 130:10,11
130:15 132:16
133:5 134:7,13,18
134:20 135:22,25
136:3,6 141:25
155:12 156:22,25
158:22 164:11,21
165:22 166:16
168:3,8,10 170:14
175:17 177:25
180:19 185:22
189:13,16 190:11
190:16 191:1
193:13 194:10,11
194:12 197:25
206:10,13 207:5
207:18 208:10
210:15 212:3
213:9 215:11

218:15,16,18
222:16 223:1
224:6 225:5
**corrected** 155:12
**corrections** 224:8
**correctly** 5:9 88:14
178:17
**cost** 62:21 186:7
**cost-to-cost** 60:17
**counsel** 5:6 225:9
**counterfeit** 150:7,10
150:16
**country** 124:8
**couple** 70:13,18
97:21 109:23
132:8
**course** 99:1 175:13
182:9
**court** 1:1 6:25 7:7
11:17 29:6 38:6,23
144:19 146:5
157:13 171:7,10
171:15 223:10
**cousin** 35:3
**cover** 121:1 202:7
**covered** 9:16,21
29:15,17,20,22,23
30:13,16,19 31:4
31:15,19 40:11,20
57:9,10,17,24
58:25 59:1,2,10
60:2 71:13 74:24
105:21 108:1
109:10,12,18
110:19,24 112:21
114:3,6,6 122:12
125:5,25 126:1,19
126:22 132:15
144:15 148:14
158:17 160:23
164:23 165:2
171:19,22 174:17
174:24 175:15
181:19
**covers** 17:5,5 66:13
66:14
**COVID** 30:23 36:10

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

[233]

43:24 44:17 49:5,7
50:1,6 137:15
147:12
**COVID's** 68:21
**COVID-19** 139:18
142:9 151:3 172:1
**COVID-related**
59:12
**create** 14:13,14,16
28:20 62:11 88:12
89:21 90:3 94:5
125:4 160:1,3,3,4
188:10
**created** 14:12 33:11
47:21 50:6 61:25
62:2,13,15 63:10
82:14 90:13 166:3
166:13,15,24
174:14
**creates** 113:7,8
**creating** 94:11
**credit** 193:11
195:22,24 214:16
221:12,17,20,22
222:24
**credited** 196:8
**credits** 116:7
**crosstalk** 147:24
157:21 168:16
187:21 207:9
**CSR** 11:11 19:14
68:12 90:6
**CSR's** 161:3
**CSRs** 37:11 65:3,5
65:12 66:18,19
68:20,21 154:3,4,8
154:20,22 155:6
159:17,25 160:16
161:5,14,20 167:5
168:7 169:15
171:4,16 172:18
172:18,23 173:6
173:24
**cultural** 45:22 46:5
161:6
**cure** 9:22
**curious** 28:2,3

**currency** 206:14
**current** 25:9 179:9
**currently** 5:14 7:19
21:5,7,23,25 23:14
29:12 38:17 82:3
181:18 202:11
**cursor** 195:5
**custom** 105:25
123:4,22 127:20
127:21
**custom-built** 84:18
84:20 85:1
**customer** 10:15
11:14 12:1,1,2,5,7
12:8,10,14,15,17
12:19 13:1,3,6,14
13:17,20 14:3,4,10
14:19 15:3,23 16:2
17:19 35:9,22 36:3
37:10,23 43:1,3,15
43:17 44:4 45:3,14
45:21 46:20 48:3
48:13 49:14,17,20
54:18 57:24 58:3,3
59:4 83:12,14
88:11,23 90:9,10
104:8 119:18
123:19 146:12,14
148:9 168:22
169:16,17 170:22
172:8 176:1,5,18
177:9 178:14,18
194:2,2,3,5 195:15
210:8 211:4
**customers** 17:10
47:11 57:20 58:7,8
58:19 59:13 60:3
62:23 71:7 74:24
85:12 110:1 112:1
117:24 120:23
135:19 139:25
144:13 146:17
155:4 161:15,19
169:2,6 172:12,17
176:4,17 178:4
221:1
**CustomLanyard**

108:12
**CustomLanyard....**
108:11
**CustomLanyard....**
1:11 108:11 213:5
**customs** 125:9
134:15 182:19

━━━━━━ **D** ━━━━━━

**D** 5:1 66:20,23,25
**D.C** 2:7
**d/b/a** 1:8
**dad's** 38:13
**Daddy** 93:8
**daily** 39:20 75:17
120:6 125:2 128:7
135:9 151:23
**Dan** 151:1,5
**Daniel** 215:6
**data** 68:19 84:2
85:14,16,18,20
92:7 179:5 189:11
189:14 207:22
212:6,10,15,18
**database** 85:5 87:19
88:16 89:1,8,16
91:20,23,25 92:2,6
92:14,18,19 93:3
99:16,17 108:7
144:13 189:15
**date** 42:11 79:2
83:22,23 99:25
103:11,13,14,17
103:18,18,23
104:4,8,11,19,20
105:2,18 117:15
132:11,11 135:22
136:5,5 151:19
167:22 170:7
179:13 185:11
188:21,22,23
189:6,17 191:2,3
206:2,3,4,6 207:16
207:17 224:13
**dates** 41:16 44:12
105:13 106:14
186:25 220:25

**day** 46:22,23 47:4,6
47:13,15 50:4,4
61:23 62:18 104:2
105:9,14 120:18
122:13 175:5
178:3,4,19,20
180:21 189:18
192:7,11,20 193:1
202:7 225:14
**day-to-day** 16:24
19:12,18 20:5
21:20 23:2 24:2
36:19,24 37:24
41:14 48:20 75:25
129:11
**days** 103:4,5 104:20
104:21,21 105:11
105:15,16,16
106:11,13 115:20
115:21 120:5
121:17 122:21
178:21 183:12
185:13,14,17,17
185:18,18,21,24
**DBA** 32:16 107:5
**DBAs** 107:15,18
108:1
**deal** 63:4 64:7 69:23
73:4 111:3,13
114:9
**dealing** 37:10 49:6
49:11 114:7
130:12 161:18
202:17
**dealings** 72:18
75:16
**deals** 63:3 72:16
97:4
**dealt** 69:13 111:9
**debt** 219:7
**December** 13:17,22
15:24 35:8 36:2,23
37:22 111:12
125:19 153:5
154:16
**decide** 173:13
**decided** 41:12,13

**decipher** 76:18
189:2
**decision** 123:3
136:11,12,13,15
136:18,20,20
143:21 207:4,11
208:5
**decisions** 22:3 37:5
37:8 173:17
**declaration** 3:7
65:23
**default** 137:11
**defective** 164:24
**defendant** 3:9 8:19
**Defendants** 1:16
2:11
**defer** 198:22
**define** 12:21 69:16
**defined** 33:9,12
64:25 148:3
**definitely** 32:2
83:15 95:16 97:13
97:17 125:14
138:13 189:6,9
**definition** 9:18
**definitions** 9:17
30:21
**delay** 79:23 119:11
125:11 128:9
135:11 140:8
176:25 183:8
**delayed** 104:10
136:19
**delaying** 150:12
**delays** 122:22
124:10 129:8,10
129:10,15 135:18
137:15 139:18
140:3 142:4,6,8
152:17 163:22,22
**deleverage** 221:16
**deliver** 71:7 101:8
121:22 133:14,15
177:13
**delivered** 85:22,22
85:24 86:1,5 103:9
103:13,24 119:20

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                   8/11/2021

[234]

125:9 162:11
164:23 166:22
**deliveries** 137:10
183:3
**delivering** 175:7
**delivery** 3:22,24
19:17 78:21,24
79:2,7 83:23 85:20
85:21 103:11,17
103:18,23 104:4,8
104:11,18,20,25
105:2,13,18 117:1
118:16 121:7
123:18 133:17
134:6 135:23
136:5,5 139:18
143:16 145:13
148:18,20 156:2
156:10,15 163:22
167:22 170:7
182:11 183:6
220:21,24
**demand** 125:22
126:3 131:12
138:21 180:16
**denial** 79:22
**denied** 210:16,20
211:7,14
**denominator** 60:6
**department** 97:9
**depend** 191:16
**depending** 12:12
**depends** 13:16
54:16 86:15
154:13,14 191:19
**DEPONENT** 224:2
**deposed** 9:11
**deposition** 1:19 3:5
3:6 4:1 5:15,17,21
5:23 7:24 8:4,20
8:24 9:20 10:5
12:25 13:2,11 15:1
15:6,7,12,14,16
31:5 65:19 90:20
99:18 130:2 139:1
141:6 142:14
143:3 144:20

145:9,23 150:22
200:21 204:3
205:14 213:13
216:4 217:23
219:9 221:3 222:2
223:7,15 226:1
227:1
**describe** 71:2
133:11 154:19
**described** 92:17
**designate** 8:12
**designated** 8:15
**designers** 14:11,16
14:19 16:5
**desk** 142:24
**detail** 81:4
**details** 5:20 80:13
**detect** 9:22
**determines** 206:23
**develop** 28:6
**developed** 28:5
**developer** 53:1,2
84:22 85:4 189:10
**development** 22:10
**devices** 10:3 120:3
**devote** 23:7
**DHL** 77:24
**differ** 136:2
**difference** 89:12
108:16,17 128:16
142:20,22 145:1
194:13 222:20
**differences** 46:5
**different** 30:10
54:12,14 55:21
62:9 69:21 97:12
97:15,18 103:19
105:7 108:8 112:4
114:12 123:3
134:3 142:20
146:2,3 165:3
187:14 195:17
197:8
**difficult** 58:11
**digital** 14:17
**Diran** 66:25,25
**direct** 37:19 72:18

100:3 215:1
**directions** 154:4
**directly** 17:21 63:5
69:23 88:12 94:9
110:15,21,23
114:17 117:23
119:13,14,14,15
119:16,19 120:23
146:17 148:8
155:18 179:12,16
179:22 180:18,19
180:20 181:5,14
187:17 203:21
**director** 34:9,14
**directors** 35:4
**disability** 122:5,6
**discount** 195:2
**discovery** 140:19
**discretion** 207:1
**discussed** 122:15
**Discussion** 19:10
**disease** 9:23
**disgruntled** 161:15
**disinfectant** 131:15
**dispensers** 9:24
126:7,8,9
**disposable** 134:6
**dispute** 193:10
206:5,6 208:7
209:7 211:5,22
216:13,18
**disputed** 206:14
**disputes** 156:14,18
156:21,24 157:1,4
157:7,11 158:2,5,8
158:10,13,16,21
159:15 193:6
211:21
**disruption** 176:6
**distinction** 173:5
**distributing** 60:5,16
**distribution** 25:21
**DISTRICT** 1:1,2
**DIVISION** 1:3
**document** 8:8 107:7
107:9 139:20
140:22 142:19

144:25 146:3,7
150:20 200:9
218:2
**documents** 5:23 6:4
10:6,10,13,16,21
10:25 33:6,10,10
33:12 34:4 51:4
52:17,21 99:4
101:22 140:11
144:3 193:4
201:18 208:24,25
212:4 214:21
**doing** 18:2 21:1 23:5
27:22 42:6 77:16
127:15 201:17
202:11 203:6
215:23
**dollar** 99:11
**dollars** 202:3 221:19
**domain** 107:9 108:8
**domains** 56:7
108:14
**domestic** 121:15
186:19,21,25
**domestically** 138:5
138:17,18 182:7
182:15,21 186:13
**domestics** 58:12
**door** 122:7
**double-check** 51:23
**doubt** 47:14
**doubts** 216:1
**Dr** 218:9
**drafted** 169:1
**drastic** 179:8
**drastically** 17:24
**Drive** 38:12 39:3
40:16
**drop** 26:12
**dropdown** 207:25
210:5
**dropdowns** 190:23
**dropped** 26:10,11
**due** 121:17 137:19
**duly** 5:3
**duplicate** 194:4
**duplicates** 193:22

**duties** 20:8,9,9,20
**duty** 20:17

**E**

**E** 2:1,1 3:1 5:1,1
**e-commerce** 17:6
**e-mail** 4:2,3,4,6,7,8
4:9,10,11 10:14
51:7,8,11,22 54:10
54:11,12,13,14,23
55:11,12,12,13
56:3,10 61:25 62:2
62:3,11,13,13,15
63:10 64:21,22,25
65:2,2 83:12,13,20
84:4 86:19,19 87:3
87:7,9,13,13,22,25
88:11,12 90:13,15
143:12,20,23
144:11,17 145:6
145:17,19 146:18
146:19 151:1,8,9
153:19 156:8
159:15 160:10,18
160:20 176:23
177:4,6 179:25
186:1 200:6,19
201:3 213:17
216:24 217:22
218:1,8 222:6
**e-mailed** 146:15
**e-mails** 51:2,19,24
54:9,23 55:10
63:11,11 64:19
65:4,5 83:24 86:21
146:17 155:18,20
156:1,5,7,10 176:4
202:21
**E-R-O-Z-E** 11:10
**earlier** 14:24 106:25
147:19 151:16,18
152:6 189:15
**early** 148:2 155:14
178:22 179:13
**earphones** 180:6
**easier** 89:23
**easiest** 87:12

easy 52:11,14 93:19
  93:20 187:25,25
  188:12,19
economical 62:25
  218:22
educated 44:24
education 26:2
effect 121:15
efficiency 8:22,25
eight 56:4 174:8
  175:6 219:2
either 29:9 39:2
  90:1 116:18 123:4
  123:5 127:20,20
  127:21 164:17
  165:3 175:3
  196:16 211:3
El 38:12,20
elaborate 41:1
  127:9
electronic 80:20
Empire 213:18,22
employ 12:11,15
employed 12:12,14
  35:9,12,17 45:7,7
  66:12 225:9
employee 14:1
  15:25 16:14 22:20
  27:8 41:15 53:8
  114:23,24,25
  129:5 213:22
employees 13:23
  17:16 18:22 22:22
  23:14 27:7 41:7,10
  42:1 46:21 50:20
  52:10 66:6,13
  68:10 117:10
  121:12 129:6
employment 133:1
encompassed
  159:16
ended 161:2
enforcement 128:4
enforces 134:15
engineering 27:18
  27:20
English 114:15

ensure 102:13
entail 15:15
enter 79:15 113:24
  115:3,8
entered 66:4 89:1
enters 113:23
entire 47:7 141:14
entities 127:17
entitled 169:13
entrepreneur 28:22
entries 193:15
entry 194:7
equipment 9:25
  10:3
Eroze 11:7,10 14:23
  15:2,25 37:13,19
  50:24 51:4,15 65:6
  154:6,8,20 155:6
  173:1,9 191:8
Eroze.Khan786
  51:22
errata 224:9 226:1
  227:1
especially 104:4
  161:9
ESQUIRE 2:3,4,12
essential 117:11
essentially 104:5
  107:13
established 101:23
estimated 24:11
  136:5
et 137:20
eventually 160:20
everybody 18:3
  118:18,20 210:22
evidence 207:12
ex-company 62:19
exact 36:12 42:11
  80:17 108:6,13
  117:15 142:7
  151:19 179:13
exactly 57:18
  115:23 118:8
  132:24
EXAMINATION
  3:2 5:6

examined 5:4 224:5
example 48:21
  64:23 81:19 89:18
  89:19 106:4 108:8
  111:20 113:22
  122:11 126:25
  127:11 137:23,25
  174:19 193:23
  198:19
executed 221:23
executive 24:18
  36:18 40:16
exhibit 8:3,4 65:17
  65:19 90:20,24
  99:18,22 130:2
  139:1 141:6
  142:14 143:3,8
  144:18,20 145:9
  145:23 150:22
  200:21 203:11
  204:3 205:14
  213:13 216:4
  217:23 219:9
  221:3 222:2
exhibits 3:5 4:1
  203:8
existed 92:20
expect 100:22
  172:12 174:23
expected 6:22
expecting 122:21
experience 149:13
  150:7,16 183:2,8,9
experienced 150:4,8
experiencing 50:6
  142:6
expert 3:15 28:3
  129:25 143:24
  145:15 146:12
  147:3 148:25
expertise 27:13,24
  28:6,6 84:23
expires 225:15
explain 50:12 108:2
  191:24 192:15
  214:13
explained 15:11

108:22 220:8
explaining 114:16
explanation 84:24
  161:13
exploring 95:8
export 143:15 151:3
exported 150:13
extending 220:24
extent 9:4,6 53:11
  54:23 72:12,14
  96:10 102:18
  146:23 183:4,5
  187:15 190:5

**F**

F-A-T-I-M-A 11:9
F-I-S-E-R-V 157:15
fabric 32:20
face 3:23,25 10:1,1
  126:25 135:24
  145:14
facilities 112:18
facility 123:19,22
  126:11 128:20,23
  172:3
facing 49:25 50:10
  50:13 129:12
  142:4,9
fact 131:13
factories 63:2 69:21
  97:3 112:12
factors 121:21
  122:14 123:16
  125:4 149:3,7,8,9
factory 113:2,3
failed 162:9
fair 18:8 114:4
  135:3
Faizan 68:7
familial 72:10
familiar 83:23 133:8
family 23:7 38:14,20
  120:19 121:13
family's 120:21
  180:23
far 10:11 11:1,3
  41:11 44:4 64:5

72:13,15 75:8
  82:11 198:21
fashion 40:24 41:1
  209:16
faster 75:23
fastkoozie.com
  107:21
father 38:21
fathom 118:19
Fatima 11:7,9 14:23
  15:2 37:13,19
  42:12,21 50:24
  51:3,14 65:5 154:6
  154:8,20 155:6
  173:1,9 191:8
  203:12
Fatima's 16:1
favor 208:19
feature 88:18
February 17:14
  19:25 44:8 147:18
  148:12,21
February-ish 16:16
February/March
  44:11
Federal 1:5 2:5 5:12
  101:15
FedEx 10:14 48:21
  77:24,25 78:7 83:9
  113:3 116:2,4,5,6
  116:15,19,19
  120:10,13 121:16
  122:20,23 123:21
  124:11 125:1
  128:18,19 129:2
  129:16 133:6,13
  133:15 135:4
  152:1 163:11
  166:8,12 175:6,12
  175:15 179:25
  182:5,20 183:10
  183:11 186:9,11
  186:11,14,17
  189:3,3
FedEx's 119:1 120:8
  124:20 189:18
feedback 83:10

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/11/2021

[236]

**feeds** 187:25
**feel** 147:11
**feeling** 70:25
**fees** 133:15
**feet** 40:5,5
**figure** 17:22 43:19
  190:2 191:17
**figured** 144:3
**figures** 69:19
**figuring** 13:12
**file** 24:23 87:4 90:18
**filed** 20:8 66:3 100:5
**filing** 103:21 208:12
**filtering** 187:8
**finances** 60:18
**financial** 10:18
  33:21,22 59:23
  73:1 225:11
**financials** 25:21
**find** 73:19 98:2
  112:8 113:22,23
  133:19,22 135:5
  141:5 203:11
**finding** 73:17
  112:14
**finds** 111:25 112:15
**fine** 31:3 199:3,23
**finish** 7:14,15 50:20
  147:7 191:10
**finished** 150:2
**Firm** 2:13
**first** 3:9,12 38:24
  39:10 62:16 63:15
  69:12 90:25 91:1,2
  91:4 94:17 110:13
  116:23 117:3,4,21
  137:3 151:20,22
  172:23 173:3
  178:7,23,25 186:1
  198:5 211:10
  212:10,14,18
  213:21 218:8
  219:23
**firsthand** 149:13
**Fiserv** 157:11,15,16
  159:5 212:9,13,15
  212:16 213:18

214:4,5,12,15,19
214:24 215:1,6
218:13 222:10
**five** 22:22 24:15
  29:13 30:2,3 41:24
  42:10 94:18
  105:10,10,15
  178:21 185:18
  201:12
**five-minute** 147:5
  183:22
**flip** 59:7
**folder** 184:14,16,17
**follow** 89:23 107:19
**follow-up** 51:25
  160:15,17,19
  189:25
**following** 12:7 192:9
  192:11,20
**follows** 5:5
**foregoing** 224:5
  225:3,4
**forget** 67:9 214:18
**forgot** 147:11
**form** 12:4 29:24
  30:14 35:11 40:24
  40:25 47:9,22
  48:14 52:8 58:20
  73:5,20 74:3 93:2
  93:4 96:22 102:3
  118:10 155:23
  159:24 175:24
  182:12 185:3
  213:25 215:20
**formal** 24:20
**format** 80:14
**formatted** 80:15
**forms** 33:15,17
**formula** 78:9,11
  80:17 116:18
**forth** 8:16
**fortunate** 46:8,9
**Fortunately** 150:6
**forward** 63:10
  152:15
**forwarded** 153:18
**found** 25:3 28:23

70:9 99:5 111:23
135:5,7,7
**foundation** 98:17
  162:4 166:18
  167:1 176:13
  182:14 214:1
**founded** 25:5 26:21
**founders** 25:10
**four** 24:15 28:15
  41:20,24 42:10
  88:21 89:20 94:20
  96:1 181:3,4
  201:12 215:23
**frame** 106:7
**frames** 189:22
**framework** 92:1,5
**frank** 23:19
**fraud** 161:8 207:1
**Friday** 24:6 104:9
**friend** 34:23 35:1
**friends** 28:24
  120:19,21
**friends'** 180:22
**frontline** 53:19
**FTC** 5:13,17 6:8,12
  11:1
**fulfill** 110:12,24
  125:15,21 126:3,3
**fulfilling** 57:17 59:2
  84:8 116:25
**fulfillment** 75:14
  95:5
**fulfills** 82:23
**full** 6:22
**fully** 150:17
**function** 48:9,9 76:1
**functions** 92:10
**funds** 191:14 192:24
  196:3,15,16,19,20
  201:10,19,22
  202:8,16 209:11
  209:12,13 210:9
  215:3 216:2 217:3
  217:17 221:21
**further** 208:7
**furthest** 72:13 74:5

**G**

**G** 5:1
**gap** 161:6
**garments** 10:2
**gateway** 212:14,16
**Gear** 32:16
**geez** 201:7
**Gemini** 39:8
**general** 47:2 95:8
  135:14 136:21
  140:8 142:9 155:5
**generate** 90:15
**generated** 83:12
  84:1,2,4
**generic** 190:18
**gestures** 7:10
**getting** 13:10 45:8
  49:20 57:21 62:3
  85:25 103:9 110:1
  110:19 121:12
  122:7 123:18,21
  124:7,17 125:8
  135:13 178:23
  179:2 182:16
  201:13 202:13
**give** 19:16,19 22:8
  36:11 41:13 48:19
  54:9 75:17 76:16
  79:7 84:23 88:13
  89:22 105:2
  106:13 137:23
  155:9 170:3,8
  176:1,21 177:10
  199:5,7,8,9 206:24
  208:24 209:8
**given** 24:20 53:15
  161:15 168:7
  189:3 198:21
  224:7
**gives** 43:9 80:9
  105:17
**giving** 19:15 53:19
  53:19 59:24
**global** 44:17
**glossy** 138:18,19
**gloves** 10:1

**go** 5:19 6:6,19 7:23
  22:11,14 26:2,4,6
  26:8 33:4 46:23
  50:19 62:12 63:11
  64:25 65:1 78:2,18
  78:20 91:8,10 93:3
  93:8 95:6,7,7,8
  96:13,14 97:11
  100:1,16,16,18
  102:15 105:14
  108:5,8,10,23
  109:5 110:21
  111:21,24 112:7
  119:22,23 130:6
  131:16 132:10,11
  138:16,17 143:13
  147:3 148:6,25
  161:22 171:1
  174:15,15,16
  175:10,20 180:16
  183:18,24 184:13
  184:23 185:4,6
  188:8 190:4
  191:10 193:2
  195:14 197:16
  202:3 205:8
  207:24 213:18
  214:15,17,20,21
  216:9 217:22
  219:13,19,23
  221:7 223:3
**God** 200:10
**goes** 65:10 72:12
  78:16 79:25 80:2,3
  88:4 104:15 121:1
  139:14,16 154:10
  154:11 160:20
  187:24 195:25
**goggles** 10:2
**going** 6:1 7:23 9:3
  9:15,17 13:7,12
  15:22 27:16 28:5
  30:15 31:3 36:10
  37:22 38:2 44:13
  44:16 47:8 59:12
  65:4,5 75:22 87:3
  99:24 100:2 102:4

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

[237]

104:21 106:21
108:9,12 112:13
122:21 129:24
133:14 136:14
138:24 152:15
158:19 161:22
174:1 178:11,19
178:20 179:3
180:15 183:12
184:8 186:2 190:3
190:7 198:11
199:4 201:2,5,16
203:2 205:12
206:24 219:7
223:6,8
**good** 5:8,10 17:23
18:14 50:17
106:20,24 109:2
147:5 200:20
205:22,23 210:3
213:20 214:22,23
219:19 220:5
**goods** 17:9 20:12,15
75:1 77:9 78:5
115:24 118:16
123:14,21 124:1,2
126:14,15,16
127:3,6 129:5
149:20,25 150:13
162:1,9,10,18
163:9,11 170:22
172:2 175:3,4
180:10 188:9
202:14 203:3
**Google** 66:21,24
**gotten** 167:21
**government** 44:25
47:16 119:6 128:3
149:15,18,23
182:19
**gown** 134:6
**gowns** 10:2 113:12
113:15
**grab** 138:24
**graduate** 26:8
**ground** 6:20
**group** 32:24 121:18

**Guangzhou** 70:11
**guarantee** 79:2
103:11 133:7,9
134:1,2 136:7
165:25
**guaranteed** 103:22
103:24 104:4,7,11
104:20 136:4
**guaranteeing**
103:23
**guarantees** 133:13
**guess** 24:22 25:11
28:23 34:11 38:14
44:24 50:11 51:18
51:19 55:20 67:9
75:7 81:8 87:12
89:11 104:14
112:10 113:4
118:18,21 119:1
119:21 121:18
125:7 128:15
136:12,19 137:24
139:21 150:11
169:9 193:24
209:16,22 214:3
214:10,14 217:15
218:24
**guidance** 19:16,19
**guidelines** 175:7
**Gut** 70:25
**guy** 21:21 53:3
62:16 69:17 85:10
**guys** 109:2 193:10
195:5 205:18

---

**H**

**half** 149:16 178:7,9
178:23,24,25
**halted** 119:8
**hand** 21:17 131:10
131:14,17,20,21
131:24 132:1
138:9,10 225:13
**handed** 21:19 83:8
**handful** 99:6
**handle** 12:5 16:24
19:12,13,14 20:18

153:10 155:6
**handled** 54:20 58:4
65:3
**handles** 63:5 66:20
99:11 153:21
**handling** 20:4 36:19
36:24 37:24 217:7
217:8
**hands** 20:21,22
124:6,20 138:6
170:11 189:18
**happen** 192:18
**happened** 93:12
117:4 149:12
178:9 179:8,18,19
**happening** 48:17
62:1 118:20 120:6
121:9,10 124:3
125:10 129:11
135:20 138:20,21
150:18 151:23
161:13 163:17
172:14 179:7
203:11
**happens** 79:13,15
80:22 83:19 93:12
192:16
**hard** 49:3 50:2
139:6
**harder** 150:12
**hardware** 27:10,25
**he'll** 115:20,25
**head** 7:10,11 13:8
132:5
**headquarters** 39:16
**heal** 30:22
**healed** 30:21
**health** 50:7
**hear** 6:2 11:21 18:11
29:9 146:5 152:10
180:7 216:14
**heard** 55:24 100:6
177:12 198:21
**hearing** 6:3
**held** 149:18,21
209:11,12,14
215:7 217:3,4,18

218:21 219:1
**help** 11:17 56:22
58:12,13,24 59:5,5
59:11,14,15 60:21
132:4 176:20
177:1 190:5
**helped** 120:15
**helpful** 18:3 198:15
199:16
**hereunto** 225:12
**hey** 52:13 62:20
112:7 122:20
155:2 214:15
221:18
**Hi** 6:11
**high** 26:3 27:19,22
28:1 131:12
217:11
**highest** 178:6
**highlighted** 222:11
**hiking** 94:24
**hire** 68:14
**hired** 68:11,20
155:5
**history** 175:6
**hit** 16:20 116:23
**hitches** 125:1
**hitting** 50:1
**hold** 18:25 26:22
195:1,25 201:24
202:2,12,25
209:25
**holding** 201:10,21
201:22 215:8,10
215:16,21 216:1,3
218:25 221:13,15
**holds** 92:7,8 194:20
**hole** 120:13
**home** 5:15,18 38:8
38:11,13,13,15,16
38:20,21 39:10
48:4 108:9,12
121:14
**honestly** 16:19
25:22 33:13 44:11
73:2
**Hong** 132:13

**honor** 165:24
**hope** 46:9 51:15
182:23 184:1
**host** 93:7,8
**hour** 89:14 196:14
**hours** 196:2 204:17
204:20
**house** 45:10,25 46:4
112:19,22,25
127:12,14
**houses** 48:22
**Houston** 1:3 2:15
6:15 26:7 117:7
127:13,14
**HR** 182:20
**hub** 119:1,9
**huge** 112:25
**human** 49:25
**husband** 50:25
**hyperlinked** 143:20
**hypothetical** 79:11

---

**I**

**I.D** 185:11
**I.T** 76:8
**idea** 140:8 142:13
143:22 198:21
215:15
**identification** 8:5
65:20 90:21 99:19
130:3 139:2 141:7
142:15 143:4
144:21 145:10,24
150:23 200:22
204:4 205:15
213:14 216:5
217:24 219:10
221:4 222:3
**identified** 70:16
**image** 14:17
**images** 137:18
**immediately** 111:1
182:4 204:16
**impact** 68:21 129:15
147:12
**impacted** 124:8
**import** 128:2

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

[238]

**important** 7:8
**imported** 83:10
  131:21
**importing** 17:9,12
**imports** 179:25
**imposed** 151:3
**imposes** 134:15
**impossible** 178:3
**improve** 48:20
**improvement** 179:6
  179:10
**in-depth** 140:8
**inability** 123:14
**inbox** 54:20,21
**include** 40:10
  196:25 197:1
**included** 146:12
  156:9 202:23
**includes** 14:19
  66:16,18,19,19
  197:6
**including** 9:23
  23:15 132:13
  133:2
**incorrect** 165:15
**increase** 22:6 203:6
  204:10
**increases** 202:11
**increasing** 134:25
**independent** 41:7
  212:12
**independently**
  35:18
**India** 12:16 19:14
  42:14 45:1,24 47:8
  47:10,11 48:2 58:4
  65:3 68:4,12,21
  121:9,10 161:5
**indicate** 24:24
**indicated** 193:5
**indicates** 211:19
**individual** 1:19 8:19
  8:20,23 9:7 33:23
  111:18 112:6
  120:21 176:18
**individually** 1:13
  146:17

**industry** 214:14
**inferior** 165:3,7,11
**influence** 7:19
**influx** 127:23
**information** 32:17
  80:20 82:22 83:3,6
  84:8,9,13,13,17
  85:8,12 86:7,9
  102:5 144:1 154:7
  154:22 172:13
  184:25 185:2
  186:1 190:1,7
  207:7 220:25
**informed** 8:13
**infusion** 172:12
**initial** 110:14
**initially** 57:5
**initiate** 86:15,17,18
**initiated** 87:24
**inject** 81:22
**injunction** 66:5,6
**inputting** 12:6
**inserted** 86:12
**inside** 124:23
  128:18
**insight** 82:4
**inspired** 28:23
**instances** 115:2
  191:22
**instantly** 135:8
**instituted** 88:19
  169:3,4 174:4
**institutions** 109:23
**instruction** 53:16
  168:6
**instructions** 9:9
  53:20
**intact** 181:17
**integration** 108:13
**intended** 9:21
**intention** 41:18
  177:7
**intents** 74:16
**interchange** 78:12
**interchangeably**
  55:16,16
**interest** 8:25 42:18

  42:20 62:7,24 63:7
  108:20 225:11
**interested** 27:20
**interface** 80:5
**intermediary**
  114:13
**internal** 190:22,24
  216:24
**internally** 187:24
  197:20
**international** 70:12
  132:12 148:12
  186:22,23 187:1
**internationally**
  133:1 161:8
  186:15
**Internet** 46:4,8
  99:23
**Interrogatories** 3:13
  91:3
**Interrogatory** 91:7
  91:10,14
**interrupt** 7:17 35:15
  122:10
**interrupted** 35:16
  111:24 131:5
**interview** 70:20
**introduce** 6:9
**introduction** 70:1
**inventory** 20:19,20
  60:2,3,9,10,21
  81:9,13,15,16,20
  81:23,25 82:4,14
  85:14 125:3,11
  126:12,14,18
  127:1,2 128:10
**investment** 32:24
  33:3
**Investments** 32:23
**invoice** 115:13
**involved** 21:13
  113:25 173:16
**involvement** 182:19
**involving** 156:18
  203:4,5
**ion** 77:14
**Ionized** 30:6,8,10,11

  31:20,21 56:16,17
  57:4,5,13 58:5,11
  58:18,24 59:8,11
  60:3,9,12,25,25
  61:1,7,8,10 108:20
  108:21
**isolated** 43:8,8,11
**issue** 64:8 82:1
  89:20 117:9,9
  125:4 126:9
  128:11,13,14
  133:15 148:9
  150:8,18 167:25
  169:16,19 170:9
  170:12 172:5,24
  173:2,11 174:11
  174:12 176:21
  179:8 191:12
  196:9 203:16,21
  208:3
**issued** 191:6 211:3
**issuer** 208:22,24
  209:1
**issues** 12:7 37:23
  81:15 116:24
  121:16,17,18
  125:22 128:9
  129:5 132:1
  150:15 156:2,3,11
  156:15 182:5
  183:3 199:18
**issuing** 170:24 191:7
  191:17
**Italy** 132:13
**item** 105:25 194:17
**itemized** 115:23
**items** 105:24 120:1

────────── **J** ──────────

**J** 207:21
**January** 16:16 19:1
  19:25 44:3 147:18
  148:11,20
**January/February**
  16:13 17:15 41:12
  132:12
**Java** 84:21

**job** 71:8 155:10
**joint** 38:14 136:12
**jointly** 57:16
**jumble** 150:14
**June** 50:8 54:1 57:7
  68:15 121:6 179:4
  220:3
**jurisdiction** 69:22

────────── **K** ──────────

**K** 23:19
**K-H-A-L-I-L** 11:10
**Kaif** 23:17 24:10
  42:6
**Karishma** 213:21
  215:5 220:3
**keep** 15:22 115:16
  201:5
**Kensington** 39:3
**kept** 15:6 57:15
**Khalil** 11:6,10 15:2
  16:15 17:17 18:22
  18:23 21:17,20
  22:1,20 23:1,6
  24:1,13 32:17
  36:18,24 37:15,18
  41:13,22 42:1 52:2
  52:3,5,13,14,18
  53:18 55:2,10,10
  55:11,13,13,18
  58:9 136:13,15,24
  143:21 144:6
  145:21 154:10,12
  154:20 156:6
  161:20 201:3,15
  202:17 203:18
  217:6,9,9 219:25
**Khalil's** 19:11 54:21
  161:16 202:19
**Khan** 42:12,22
  50:24,25 51:3
  203:12
**Khan's** 35:22 51:4
**Khans** 17:20 35:18
  37:14 51:5 65:14
  66:12 173:12,19
**Khans'** 46:20 48:2,6

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

[239]

**kicked** 158:25 159:9
   159:11
**kid** 28:22
**kids** 16:23
**kilo** 23:19
**kilos** 119:18 120:9
   120:11,11 180:12
   180:12
**kind** 11:13 13:8 22:9
   25:11 40:1 44:1
   46:1,10 49:23
   55:14 57:12 80:6
   85:18 87:22 89:24
   96:7 110:3 114:16
   115:8 118:19
   120:15,15 121:19
   123:17 137:24
   150:15 165:20,20
   205:19 211:16
**kinds** 10:12
**knew** 109:20,22
   136:14 217:14,17
**know** 6:4,24 7:18
   11:2,3 12:20 13:2
   13:13 14:17 17:4
   18:6,6,12,19 26:13
   27:21 29:2 33:9,11
   33:16 36:8,21 37:7
   37:7 41:16 42:10
   44:4,12,12,14,23
   45:17 48:1,18
   58:25 59:18 67:16
   67:17 69:20 70:3
   71:24 72:1,2,6,16
   73:2 74:18,18 75:9
   75:10,13,25 76:6,8
   76:10 77:22 78:1,6
   78:18,19 79:10
   80:7 81:4,5,8,11
   81:24 83:16 85:7
   87:7 88:23 91:11
   91:16 92:6,15 93:9
   95:18 96:2,8,10,11
   96:15 97:4,15
   102:6,9,10 106:23
   107:3 108:19,21
   108:22 112:9

113:11,13 114:14
   115:16 117:15,15
   123:24 132:4,5
   133:25 134:8,9
   135:21 136:17,20
   137:4 140:23
   141:1,1 142:7,13
   142:20 143:1,9
   144:3,4 145:21
   146:25 148:12
   149:1,8 151:6,8,19
   156:19 157:12
   159:21 161:23
   166:9,14,14 169:4
   169:8 174:23
   176:24,25 179:13
   180:3,11 181:21
   182:24 183:3,10
   183:19 187:18
   188:5,23,25 189:6
   189:9 190:3,5
   194:18,18 195:2
   198:3 199:4 200:6
   205:6 210:1,6,19
   210:22 211:11
   212:8,11 213:8
   216:19,20 217:3
   217:16,21 220:5
   220:10,19
**knowledge** 97:25
   146:21 155:5
   179:6 194:21
   216:21,23
**known** 133:24
   212:10
**Kong** 132:13
**koozies** 82:8
**Kyle** 52:4,5,7,14,18
   54:14 66:20
**Kyle's** 52:17

___
**L**
**label** 166:23 168:4
   169:18 170:8
   174:12 188:11,12
**labels** 93:21 94:1,5
   94:12 113:2,7,8

137:19 138:15,18
   166:3,12
**labor** 124:15
**Lacks** 98:16 166:17
   167:1 176:12
   182:14
**language** 222:9
**languages** 80:18
**lanyards** 82:8,18
**large** 165:17 180:15
   215:10
**Larry** 23:21
**lasted** 47:23 181:2,9
   182:6
**late** 147:13
**Law** 2:13
**lawsuit** 100:5,9,14
   103:21
**lawyer** 100:11
**learn** 13:9
**lease** 40:13
**leave** 113:1
**leaves** 36:11 128:19
**leaving** 128:23
**led** 28:20 109:17,17
   110:3
**left** 25:10 41:19,22
   41:25 119:21
   158:16 170:11
   195:14
**legal** 152:9 175:1
**legally** 114:25
**legit** 201:18
**let's** 6:6 12:8 13:17
   14:15 16:12,12
   17:15 20:7,13
   21:22 26:2 33:4
   35:8 44:2,3,11
   46:23 50:3 52:12
   54:21 61:15 64:1
   77:18 78:14,16
   81:23 82:20 88:24
   100:16,16 101:12
   102:14 103:3
   106:8 109:4
   111:11 116:7
   118:4 124:16

125:18,19 128:14
   129:14 131:16
   132:10 147:3,15
   148:25 153:5
   157:25 173:3
   174:15,15,16
   175:10,20 183:21
   186:24 188:6
   192:22 196:1
   205:10,17 206:1
   207:24 214:19
**letter** 66:25 143:20
   221:12,17,20,22
**letters** 67:2
**letting** 176:23,24
   216:2
**level** 22:2 63:4 75:20
   153:10 173:9
   183:7
**levels** 123:3
**Lijun** 76:20
**limit** 119:20 180:14
**limitations** 48:11,16
   49:4 50:6,11,14
   120:8,14 179:18
   180:11
**limited** 9:23 33:8
   42:17 45:8,9,16,19
   46:11,16 47:20
   48:12 49:7,11
   53:10 70:12
   120:11
**line** 50:3 178:11
   226:2,5,8,11,14,17
   226:20 227:2,5,8
   227:11,14,17
**link** 87:17 88:13
   89:22 99:16
   139:19,22 142:11
   160:19
**linked** 139:20 213:9
   214:5
**list** 40:10 66:9,16
   67:20 161:22
   208:1
**listed** 38:6 70:17
**lists** 8:10

**literally** 204:17
**litigation** 5:14 9:16
**little** 41:6 46:5 58:11
   63:2 78:8 106:16
   114:11 128:4
   130:14 134:3
   139:13,14 140:5,7
   212:16 215:25
**Liu** 61:20 69:13
   70:22 94:15,17
   97:20,21 98:9,14
   98:21 110:22,23
   111:4,8,15 112:4,5
   112:11 113:22
   114:7 115:16,17
   115:19
**Liu's** 99:6
**live** 38:14,18,22
   42:13 177:11
**lives** 49:5
**LLC** 1:8,15 7:25
   8:11 30:11 31:21
   32:7,8,9 33:5,16
   34:17 35:5 36:15
   38:2 41:14 42:1
   56:23 60:25 61:1,1
   61:7,8,10
**LLC's** 3:9 90:25
**local** 120:2
**located** 23:23
**lockdown** 117:7
**lockdowns** 134:25
**lodge** 152:11
**log** 88:3 89:13,15,15
   90:12,16
**log-ins** 54:14
**logged** 88:14 89:15
   206:5
**login** 88:1 90:11,12
   90:13,15
**logins** 173:10
**logistical** 113:4
   123:4 127:5,15
   128:12 150:8
   182:2 183:9,11,13
**logistically** 113:5
   127:6,8,10,19

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

178:3
**logistics** 101:5
**logo** 14:15 106:2
**logs** 89:7
**long** 28:13 47:21,23
48:11 49:4 142:10
180:25 181:15
182:6
**longer** 21:3 23:13
39:1,2,11,13 56:19
79:24 179:21
**look** 10:16,20 68:2,8
98:8 101:12
102:14 106:15
110:22 137:25
146:3 148:6
186:24 187:11
195:13 200:5
205:6,8,10 220:15
**looked** 34:2 97:13
97:17 110:18
138:12
**looking** 17:4 67:4,17
67:20,25 91:5
108:24 109:11,15
143:14 187:11
194:6 220:14
222:19
**looks** 14:17 72:25
97:17 138:12
141:12 142:19
143:19,22,23
144:24 145:5,18
146:8 187:1
193:19 194:4
195:19 202:19
**loop** 120:13
**lost** 171:12 210:17
211:18,21
**lot** 43:10 52:17 56:1
56:2,5,7 62:4,5,9
81:17 82:18 93:11
93:15 99:4 177:18
190:6 193:22
199:17
**lots** 152:16
**loud** 18:13

**lower** 62:21
**Lubic** 151:2,5
**lunch** 106:21 107:1
109:3,7 113:21
**luxury** 45:25
**lying** 167:5

**M**

**M** 64:23
**M-A-N** 23:21
**M1** 64:24
**machine** 79:25
**Mail** 99:23
**mailbox** 39:6,7
54:19 64:24
**mailer** 176:19
**main** 39:16 54:10
71:5,7,8 129:7
**mainframe** 92:9
**maintain** 83:2 84:16
98:25 99:3,12
141:2
**maintains** 213:8
**major** 22:12 27:16
28:5 82:16
**Mak** 30:7 31:20
34:5
**Makanojiya** 1:13,20
3:2,8 5:2,8 6:15,16
65:24 158:20
224:4,13 226:25
227:22
**making** 37:4,7 45:12
93:13 96:21 128:4
150:12 201:17
217:9
**manage** 20:19 22:2
25:23 57:20 61:3
75:14
**management** 41:14
59:4 173:9
**managers** 14:21,22
33:4 66:19
**manages** 61:2,10
66:24 81:24 93:21
**managing** 58:10
**manner** 116:25

**manufacture** 130:20
**manufacturer** 72:21
74:17 96:21 101:4
114:18
**manufacturers** 64:9
72:19 73:17,19
96:20 98:1
**manufacturing**
72:24 96:12,13,18
97:6,12,16
**March** 17:16 18:22
19:2 20:1,6 35:7
36:1,23 37:22
44:20,21 45:5
46:19 47:1 53:12
53:18 109:13,13
109:14 110:10
111:6,11 117:14
117:14,18,20,23
117:25 118:5,17
118:19,20 121:1
122:11 125:18
132:24,25 133:2,3
133:6,22 134:14
134:21,23 147:13
147:15 148:1,1
152:14 153:3,4
154:10,12,16
155:14,14 169:9
169:12 170:15
171:3 172:11
173:17 174:14,18
178:15,16,18
183:4,5 204:25
**mark** 200:17
**marked** 8:2,5 65:20
90:21,24 99:19,22
129:24 130:3
139:2 141:7
142:15,18 143:4,7
144:21 145:10,24
150:23 200:22
204:4 205:15
213:14 216:5
217:24 219:10
221:4 222:3
**market** 112:8

**marketing** 10:14
66:21 108:17
**Maryland** 5:15
225:20
**mask** 105:24,24
**masks** 3:23,25 10:1
32:20 106:4,4
109:22,23,25
110:1,5,6,7 116:21
116:24 119:18,19
125:20,23,24
126:1,25 128:2
135:24 145:14
**massive** 138:9,10
**match** 64:22
**matte** 138:19
**matter** 81:16 170:23
**matters** 177:19
**max** 47:15
**mean** 12:20 14:13
17:22,25 20:3,4
33:14 35:15 36:21
37:7 40:1 43:20
47:10 48:19 51:13
57:17 59:4 71:4,5
72:8,10 77:3 80:2
81:2 86:14 87:2
90:7 92:4 93:5
95:16 96:18 97:1
99:2 102:9 116:11
122:10 125:7
127:9 137:22
140:22 142:24
148:16 149:15
151:21 153:15,17
154:13 155:1
160:8 174:1,4
180:19 189:1,24
193:21,25 194:8
195:11 197:12,14
206:2,19 208:4,18
210:7 212:5
214:10,10 217:14
**meaning** 87:19
126:10 211:3,20
211:21
**means** 9:21 166:15

**marketing** 189:8 196:5,24
206:20 208:11
210:8,11 211:2,4
211:15
**meant** 77:6 211:10
**mediating** 114:16
**mediators** 207:14
207:15
**medical** 30:25 120:3
127:24 128:2
**medication** 7:20
9:25
**medicine** 9:24
**medium** 77:14
165:17
**meet** 69:24 94:15
123:17
**member** 25:2 34:19
**members** 33:8 34:3
**mention** 32:1 55:24
**mentioned** 14:24
31:20,23 39:25
42:12 70:15 77:5
128:24,25 149:10
150:9 151:21
180:1,9 198:12
**mentioning** 131:11
150:17
**menu** 210:5
**mer-** 209:18
**merchandise** 99:23
175:12
**merchant** 203:22,25
209:18,22 212:13
213:3
**message** 22:5 54:18
62:20 80:20
137:11,14,16
140:12 141:14,16
141:19,24 169:20
177:11 204:2
206:1 220:15
**messages** 202:20
**messed** 200:14
**met** 95:21,25 180:16
**metal** 82:19
**method** 190:9

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

**metric** 86:3
**metrics** 123:8 179:5
  216:24
**Michael** 2:12 6:13
  218:9
**Michelle** 2:4 5:11
  6:7 11:15 18:1
  50:16 67:12 74:12
  78:16 91:13 100:1
  106:19 144:6
  147:4 152:5 195:2
  196:13 198:20
  216:15 223:3
**micro** 63:4
**microphone** 18:10
**mid-April** 44:25
**mid-March** 44:13
  116:22 117:6
**middle** 109:13,14
  114:15 115:3
  118:18
**Mike** 11:20 54:8,8
  54:17,23,24 66:9
  67:15 183:23
  205:7
**Mike@Wrist-Ban...**
  54:7
**mikeblanchard@...**
  2:17
**mile** 123:17
**million** 202:3,4
  221:14,15,20
**mind** 15:6
**mine** 54:20 118:25
**minute** 18:6 73:16
  110:18 143:14
**minutes** 109:4
**miscommunication**
  163:8
**misrepresent** 172:9
**missed** 31:24 147:2
**missing** 107:14
**Misstates** 58:1 74:4
  80:23 95:12 98:4
  129:20,22 154:24
  176:14 182:13
**misunderstanding**

45:23
**mitigate** 9:22
**MITOR** 3:14 99:24
  100:12 152:7
  174:16
**mixture** 44:12 68:3
  116:17
**Mm-hmm** 91:6
  111:16 209:20
**mobile** 142:25
**mode** 32:3,4,5,7,8,9
  32:9,10,14,15
  42:17 53:10
  118:21
**model** 58:6 136:1
**Modi** 34:17
**mold** 105:11
**molds** 105:10
**moment** 123:1
**Momin** 34:15,20,25
  35:1 61:5,5,11,12
  61:14 68:7
**Monday** 24:6
**money** 133:8 191:18
  215:8,11,17,21
**money-back** 133:7
  134:1,2 136:7
  165:25
**Monitor** 217:19
**monitoring** 216:13
  216:18,22 217:2,5
  217:13,16,20
**month** 24:12 54:6
  118:1 132:23
  178:6 179:7,7
  181:9
**months** 13:8 16:16
  24:15,15 41:21,24
  42:10 88:20,21
  89:20 111:6 171:3
  215:24 219:2
**morning** 5:8,10
  223:8
**move** 61:15 124:24
  124:25
**moved** 38:22
**moving** 7:16 50:3,12

**mschaefer@ftc.gov**
  2:9
**mug** 14:15
**multibillion** 99:10
**multiple** 111:7,8
  119:5 120:12,14
  120:14 134:9,11
  149:10 181:12,13
**mumble** 150:14

───────────

**N**

**N** 2:1 3:1,1 5:1
**N.W** 2:6
**name** 5:11 16:10
  23:20 30:5 34:15
  42:15 51:4,20,24
  52:17 56:20 70:8
  76:15,18,20 79:10
  79:11 99:6 113:11
  113:13 126:24
  185:12 186:1,1
  195:15 213:4
**names** 14:23 52:11
  55:25 56:2 107:3,8
  107:9
**Nancy** 23:22
**nations** 130:19
**nature** 7:1,4
**navigate** 67:10,14
**navigating** 67:11
**necessarily** 105:23
  198:6 213:1
**necessary** 102:6
**need** 7:18 11:16
  22:3 46:5 59:11,14
  68:19 69:17 77:13
  80:12,13,14 90:19
  105:9,11 106:9
  111:20,20 122:23
  122:25 155:2
  181:12 190:5,8
  198:6 203:1
  209:24 218:10
  221:12,24,25
**needed** 15:8 19:20
  59:5,15 94:1 120:1
  120:1 136:21

182:20 220:7
  221:16
**needs** 22:4,6 77:15
  80:11,21 155:11
  208:15
**negotiated** 116:5
**negotiating** 74:1
**neither** 225:9
**net** 115:20
**network** 63:9 64:6
**networks** 64:11
**never** 9:13 20:12,13
  21:19 30:21 35:12
  35:17 56:5 81:13
  81:15,22,25 94:6
  95:10 126:12
  131:21 133:21,24
  134:1,3 144:5
  158:14 177:6
  208:4
**new** 17:1 22:4 151:3
  174:9 200:8
  215:24
**newsletter** 135:18
**Newton** 1:22 225:2
  225:18
**nice** 155:3
**niche** 28:24
**nickname** 16:9
**nightmare** 127:7,8
**nine** 56:4
**Ninety** 71:19 73:21
  73:24 77:1,4 78:4
**Ninety-five** 78:4
**Ninety-nine** 20:14
  75:3
**Nizar** 35:2
**nodding** 7:11
**non-covered** 74:25
**non-refundable**
  171:23
**normal** 98:25 182:9
  182:16
**notarial** 225:13
**Notary** 1:22 225:1
  225:19
**notches** 18:16

**note** 152:6
**notice** 3:6,17,19,20
  3:21,23,25 7:24
  8:10,16 9:19
  135:11,12,13,15
  135:16 139:5,23
  140:3 152:1
**noticed** 8:21 223:7
**notices** 136:23,24
  137:9 146:12,14
**notified** 122:20
  146:18
**notifying** 221:1
**November** 78:14,20
  79:3 116:10
**null** 196:17
**number** 3:6,7,9,14
  3:15,17,18,19,20
  3:21,22,24 4:2,3,4
  4:5,6,7,8,9,10,11
  8:4,10 36:12 65:19
  67:3 80:13 83:8,9
  83:16 86:3 90:20
  91:10,14 99:18
  107:8,11 115:25
  117:9 130:2 139:1
  139:24,25 140:1
  141:6 142:14
  143:3 144:18,20
  145:9,23 150:1,22
  161:16,17 185:15
  193:24 200:21
  201:10,13 204:3
  205:14 206:9
  209:19 213:13
  216:4 217:23
  219:9 221:3 222:2
**numbers** 12:6 29:2
  44:23 85:19 102:1
  102:2 175:12,16
  187:5 199:5,9
  202:14 203:1

───────────

**O**

**O** 3:1 5:1
**oath** 6:21,25 7:2,4
**object** 30:17 31:3

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/11/2021

[242]

152:8
**objection** 15:17
  29:24 30:14,15,18
  31:4,15 35:11 36:5
  43:5 47:9,22 48:14
  52:8 58:1,20 73:5
  73:20 74:3 80:23
  80:25 82:5,6 93:4
  95:12 96:22 98:4
  98:16 102:3
  118:10 129:22
  150:5 152:6
  154:24 155:23
  162:3,15 163:4
  165:5 166:17,25
  167:1 171:8
  174:25 175:18,24
  176:12,14 182:12
  182:13,14 185:3
  213:25 215:18,20
**Objections** 3:11
  91:1
**obligation** 7:5
**obligations** 113:24
**obtain** 171:5,11,17
**obtained** 71:16
**obtaining** 131:24
**obvious** 136:18,19
**obviously** 13:11
  16:22 33:11 37:18
  48:5 58:8 97:13
  121:8,22 174:2
  176:17 191:19
**occurring** 121:6
**occurs** 197:9
**ocean** 78:2
**October** 94:23
  187:4
**offer** 102:20 105:7
  175:23 176:10
  177:1,5
**offered** 8:14 104:4
  177:6 185:19
**office** 20:20 23:24
  39:10,18,19,21
  41:3 43:8,11,13,14
  43:16,22,23 44:6,9

44:15 65:3 96:5,6
  96:6,7,8,9
**officer** 1:14 24:18
  34:14 225:2
**offices** 96:3
**officially** 107:19
**oh** 11:24 17:25
  26:11 28:9 29:19
  58:16 71:21
  107:22 141:20,20
  193:18 200:10
  201:7 206:8 208:9
**okay** 5:11 6:18 7:7
  7:23 8:2,10 9:11
  9:14 10:12 11:24
  12:18 13:21,25
  14:2,18,25 15:10
  16:17 17:1,13,14
  17:15,25 18:8
  19:22 21:22 22:15
  22:19 25:3 26:15
  26:24 27:24 29:19
  30:5 31:12,18
  32:22 33:4 38:12
  39:8,25 40:9 41:6
  42:4 43:2,13 44:2
  44:8,20 45:2,14
  46:15 47:5,18 49:3
  50:15 51:23 53:11
  54:7,22 55:20
  56:12 57:2 58:16
  58:22 59:22 61:19
  63:24 65:8,25 66:3
  66:15 67:6,13,21
  67:22 68:23 70:6
  70:15,20 71:9,12
  71:21 72:22 73:3
  75:12 76:2 77:17
  78:13 80:19 82:21
  82:21 84:7 88:22
  89:11 90:4 91:7,18
  92:24 94:8 95:1
  96:17 100:16,20
  101:21 102:14,17
  106:15,17 107:22
  107:25 108:4
  109:24 110:17

111:2 113:9,16,20
  116:14 117:4
  118:6,17 120:25
  121:5,21 125:3,16
  125:25 127:4
  128:10,15 129:13
  129:19 130:9,24
  132:6,6,25 134:11
  134:14,24 137:7
  139:12,21 140:10
  140:14 143:7,13
  144:9 145:8
  146:11 147:18
  148:6,19,23 151:1
  151:24 152:21
  153:13 154:2,18
  155:8,13 157:20
  157:23 158:23
  159:22 160:21
  163:23,25 164:10
  164:12 165:12
  166:11 168:6
  169:7,25 173:5,8
  174:15 177:15
  178:14 179:1
  180:25 181:18
  182:1 183:16,22
  183:23 185:20,24
  187:4,10 188:3,20
  189:24 190:3
  191:2 193:2,15,20
  195:18 196:4,11
  197:23 198:1,9,9
  198:15,24,25
  199:3,9,10,15,22
  199:23 200:5
  202:17 203:19
  204:1 205:1,3,24
  206:8 207:24
  208:12,21 209:6
  209:15 210:6,10
  211:12,16,17
  212:4,19 217:11
  218:5,6 219:14
  221:25 222:8
  223:2
**old** 188:15,16

**on-time** 133:6
**onboarded** 16:15,17
  16:20 17:13 18:24
  19:1,3,23 22:4,21
  23:6
**once** 74:24 80:14,21
  90:16 109:22
  128:19 188:12
  192:10
**one-day** 104:1
**ones** 68:8,9 93:1
  173:1 212:11
**online** 69:25 83:18
  83:19 84:25 87:4
  104:16
**onwards** 50:13 85:6
  126:11 179:17
**open** 90:1,5 189:4
**opened** 187:9
**opening** 28:25
  181:11
**operates** 76:6
**operation** 36:16
  44:21
**operations** 16:24
  19:13,18 20:5
  21:21 23:3 24:3
  36:20,25 75:16,25
**operators** 58:10
**opposed** 87:10
**option** 138:17
  141:12 176:2
**options** 105:16
  131:20
**order** 14:14,15 64:9
  64:11 66:11 75:22
  75:22,23 78:15
  79:8,8,19,21 80:2
  80:12 81:1,3,3,7
  81:19 82:21,23
  83:3,18,18,20,21
  84:16 85:12 88:3
  89:21 90:14,16,17
  99:23 103:20,24
  115:25 117:21
  140:2 141:18
  167:9 172:4

176:23 177:10,14
  185:11,12 186:7
  191:4 192:1,3,4,22
  192:23 193:25
  194:4,6,8 196:1,12
  196:13 197:8
  206:5 207:17
**ordered** 59:1,2
  74:24 83:22 84:6
  90:18 104:8 165:3
  165:15
**ordering** 79:14
  119:1 138:15
**orders** 20:23,25
  58:14,25 59:1,13
  63:3,22 69:18,22
  73:8,11,12,13 76:7
  77:21 84:9 93:21
  110:25 115:11,13
  124:19 126:3,10
  134:6 166:7
  176:25 177:17
  178:2,3,14,18,21
  188:5,8 192:16
  195:14
**ordinary** 175:13
**organization** 212:12
**organizational** 34:3
**original** 138:11
  202:10
**out-of-the-box**
  84:25
**outcome** 225:11
**outside** 19:7 59:17
  124:22 161:19
  193:11
**overlap** 28:17 42:6
  197:4 199:18
  205:4
**overnight** 119:4
  120:9 122:18,23
  123:2 125:10,12
  185:16 202:4
**overseas** 58:7
  109:20 182:23
**overseeing** 36:15,21
**oversight** 75:8,10

Makanojiya
Case 4:20-cv-02717   Document 101-1   Filed on 10/26/22 in TXSD   Page 74 of 85
FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

[243]

**owned** 87:13,14
212:25
**owner** 160:4
**owners** 29:4,4
**ownership** 60:8
96:11
**owning** 114:19
**owns** 50:25 61:9
70:17 96:9,15

**P**

**P** 2:1,1 5:1 25:7
208:20
**P-A-R-V-E-Z** 25:7
**p.m** 192:5,7,9,9,17
192:17,18 223:15
**pack** 123:14 124:19
124:23 128:18
129:5
**package** 75:1 77:21
120:18 180:21
**packaged** 75:3
124:2 162:19
**packages** 112:16,22
112:25 124:23
180:14,16 187:13
187:14
**packaging** 76:24
129:2,16 137:20
137:22 138:4,16
163:21
**packed** 163:12,13
**packing** 128:13,16
128:17
**page** 3:2,5 4:1 9:15
67:3,17 90:25 91:4
91:9,9 100:3,17
101:13,13 107:7
107:11 108:9,12
137:12 139:10
140:2,23 143:15
175:10 219:19,24
220:15 226:2,5,8
226:11,14,17,20
227:2,5,8,11,14,17
**pages** 139:23 201:6
224:5

**paid** 45:8 59:18,19
114:20 116:3,4
190:10 214:9
**Pal** 157:5 158:7
200:2,3 201:4,9,16
202:18,25 203:13
203:22,25 212:21
212:23,25,25
213:1
**pandemic** 5:22
44:17 47:21 64:13
64:14 71:14 82:3
88:8,9 89:3 104:16
116:3,14,22 118:7
122:11 125:4,18
129:1 132:21
**panic** 118:21
**papers** 24:24 34:2
**paperwork** 115:8
**Pappas** 218:9
**par** 183:7
**paragraph** 102:16
130:6 131:16
132:10 148:25
174:16 220:17
**parameter** 127:14
**parameters** 128:8
**part** 29:4 66:5 94:5
108:21 171:14
178:22 202:18
**partial** 215:13
**participated** 66:7
**participating** 5:17
**particularly** 198:2
**parties** 207:13
225:10
**partner** 34:18 56:14
56:17,18,19 61:11
61:12,12,13,14
**partners** 25:1,13
33:8,24,25
**partnership** 57:4,5
57:8 59:15 87:16
**parts** 50:1
**Parvez** 25:7,7,9
**pay** 60:19 79:15
111:19 114:22

116:7 141:12
157:5 158:7
195:21 200:2,3
201:4,9,16 202:18
202:25 203:13,22
203:25 212:21,22
212:25,25 213:1
**payment** 10:20
157:1 158:15,24
158:25 159:3
190:9,20 191:15
193:3,6 200:1,2
201:24 207:6
**pays** 114:21 116:2,6
185:23 214:8
**Paytech** 213:18,22
**pen** 111:21
**Pennsylvania** 2:6
**people** 11:5 32:25
35:19 45:14,19,20
45:23,24 46:16
48:3,23 51:6 61:3
62:12 66:10,12,16
67:20 68:1 69:4
74:18 83:18 87:10
88:23 118:19,23
124:17,19 127:25
138:15 165:2
223:9
**people's** 48:21
**percent** 20:14 49:8
57:14 71:19,21
73:21,24 75:3
76:12,13 77:1,3,4
77:7,18,19 78:4,5
97:14 115:12
124:9 141:17
165:25 173:15
181:23,24 207:2
220:13
**perception** 43:9
**period** 12:13 16:20
20:13 36:14,19
37:21 41:17,19
57:7 93:16 120:25
121:2 191:20
204:13

**permission** 77:14
117:8,13
**person** 22:24 85:9
95:21 114:15
**personal** 9:25
161:16,17
**personally** 15:14,15
151:11 153:13,15
155:22 158:20
159:22 160:21
**perspective** 46:6,10
54:9 124:21
**phases** 110:14
**phone** 12:21 52:12
155:3 161:16,17
**phones** 48:24,24
**phrasing** 178:17
**PI** 115:13
**pick** 68:12 70:24
78:21 79:4 93:16
104:17,18 106:1,2
106:5 113:3 129:3
155:3
**picked** 54:6 162:20
180:23 182:5
**picking** 163:11
**piece** 80:8 102:5
**pieces** 129:8
**pinpoint** 93:14
**place** 49:4 90:17
97:11,12,16 148:1
172:1 182:20
192:1,3,22,23
196:1,12,13
**placed** 140:2 178:22
194:5 216:17
**Plaintiff** 1:6 2:2 5:6
**Plaintiff's** 3:12 91:2
**plan** 219:16 222:14
**planning** 199:4
**plant** 72:24 96:12
**plants** 97:6
**platform** 159:1,10
159:11
**play** 76:6 123:17
127:17
**playing** 127:18

**permission** 77:14
**please** 162:5 177:10
219:24
**plus** 79:5,6 120:11
**point** 6:3 18:23
19:18 29:5 36:3
44:20 45:2,4 50:17
57:1 60:12 67:3
78:19 106:20,24
116:22 117:16
127:17,18 132:14
134:17 147:5
151:10 154:14
168:1 205:4
207:22 215:16
**points** 87:2
**policies** 169:11
170:17 173:23
**policy** 102:24,25
103:1 133:12,13
133:19 167:24
168:11,21 169:1,3
169:8,14,21 170:2
170:21 171:22
172:4,6,9,21 174:5
174:6,7,9,13
181:15
**policy's** 170:19
**political** 149:6,8,9
**port** 149:18,21,25
**portion** 194:16
197:6
**portrayed** 10:8
**position** 21:23
**possible** 18:14 46:22
143:1 165:22
177:14,24
**possibly** 39:2 153:6
153:20,20 155:24
**post** 76:4 136:11
**posted** 137:1 139:5
143:8,10 145:16
145:16 146:14,16
**posts** 136:9,16
**potential** 110:20
**potentially** 196:19
**power** 173:6
**PPE** 16:19 29:16

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

[244]

30:23 32:2,13 33:1
105:22 111:10
112:21 117:22
118:24 119:6
120:1 130:19
133:3 134:17
148:3,3 155:15
161:10 171:25
182:22 187:3
**Prasla** 56:13 61:13
**Pre** 76:4
**pre-COVID** 71:8
**pre-pandemic** 69:2
71:21 75:1,14 76:3
76:3 78:14 82:2,15
82:24 84:15 86:25
87:25 88:25 89:25
92:20 100:21,24
101:21 102:18
104:12 116:12
183:7
**precautions** 121:13
**preliminary** 66:4,6
**prep** 15:15
**preparation** 10:10
12:23,24 13:1,6
15:1
**prepare** 10:4 15:13
**prepared** 219:16
**preparing** 15:12,13
15:14,15
**present** 22:16 169:9
**presently** 21:18
**president** 24:18,25
34:10,11
**presumably** 146:24
**pretty** 5:10 17:23
95:7 106:21 131:3
134:22 135:7
169:5 176:3 182:7
182:16 189:2,7
193:23 204:16
215:24 217:8
**prevent** 9:22
**prevented** 124:15
180:4
**previous** 145:2,3

146:4 175:6
**previously** 175:11
**price** 185:12,25
**prices** 19:16
**print** 94:1 106:2
**printed** 14:16
188:12
**prints** 93:21
**prior** 6:1 58:2 71:12
71:14 74:4 80:24
95:13 98:5 103:21
129:20,22 147:15
154:25 176:14
182:13
**Private** 42:17
**Priyank** 52:25 54:5
85:4,8 189:5,10,25
**probably** 11:16
22:10 46:5 47:13
47:14 48:16 53:18
76:18 121:3,4
122:6 123:7
145:21 146:19
148:17 151:20,25
178:20 189:1
191:20,21 194:16
196:6,7 197:5
212:17
**problem** 117:1,2
129:16 155:11
183:11,13
**problems** 13:9
59:12 82:14 127:1
127:2,5 131:24
138:20 182:3
183:9 220:21
**procedures** 101:23
**proceedings** 225:3,5
225:6
**process** 13:7 20:23
63:3,22 69:18,22
73:7,13 75:14 76:7
78:15 79:14,23
86:16 87:22,23
89:25 90:2 110:3
113:4 121:20
126:17 134:2

155:12 157:1
193:11 214:16
216:2 222:15
**processed** 164:18,20
**processes** 69:19
81:1,3,7 82:4
157:17
**processing** 20:25
58:13 126:10
159:1 178:2 193:3
193:6 215:2
**processor** 10:20
157:16 192:2,3
198:8 206:22
207:6 209:10
212:15,20,22,24
213:2 215:4
218:11,12
**processor's** 191:16
**processors** 158:15
158:25 159:3
190:20 200:1,2
201:24 214:17
**produce** 105:6,9,10
140:23 141:1
**produced** 11:1 99:4
140:11,20 142:19
146:3,24 147:1
159:23 184:24
197:15
**produces** 62:17
**producing** 52:16
**product** 9:21 28:24
60:12 70:8 71:10
79:15 80:13 82:23
100:22 103:2,4,4,9
103:12,13 104:17
105:21,22 112:8
112:22 131:8
137:19 138:23
148:17 165:4,15
166:4,23 167:22
168:2,4,5,23
169:17,18,19,23
170:1,5,9,11,13
185:12,12,24
**production** 75:8,10

78:23,25 79:1,4
104:6 105:4,7,12
105:23 106:3,5,9
212:9
**productive** 87:6
**products** 9:16,21
19:15,16,17 29:15
29:16,18,20,22,23
30:2,13,16,19 31:4
31:16,19 32:2,13
32:14 40:11,20
57:9,10,17,25
58:25 59:1,2,10
60:2 62:4,5,17
69:13 71:6,11,13
71:15,17 72:19,23
73:18 74:2,25,25
75:8 82:9,10,13
97:23 98:2 102:23
103:16,17,20
106:9 108:1,13
109:10,12,18
110:19,25 111:25
112:2,16,21 114:3
114:6,7 119:6
120:16 121:23
122:1,3,6,7,7,12
125:6,9,14 126:2,4
126:19,22 127:23
127:24 128:1
129:17 131:15
132:15 136:2
137:18 138:21
144:15 148:3,4,8
148:14,15,18,20
148:23 150:7,10
150:12,16,19
151:4 152:18
158:17 160:23
161:10,10 162:14
163:2 164:4,7,23
165:2 171:20,23
171:25 174:10,11
174:18,21,24
175:15 176:3
181:19 187:3
189:3 202:15

208:6
**profits** 57:14
**program** 216:13,18
216:22 217:2,5,13
217:15,17,19,21
219:20 220:17
**progress** 85:6
**progression** 50:2,12
68:15 178:11
**promised** 102:13
103:3 123:12
162:2,9,11 163:3
164:15 174:24
176:10 177:22
**Promotion** 107:14
107:19
**promotional** 62:5
62:17 71:6,15,16
72:19 73:18 74:2
82:10,13 103:16
103:16 118:12
128:1 132:17,19
147:14,22 148:8
148:15,17,18,20
161:9
**Promotions** 1:12
**prompt** 160:12,14
**pronounced** 52:11
**pronouncing** 5:9
**proof** 14:13,14
79:19,20,20,25
**proofs** 14:12
**properly** 7:18
161:14
**proposing** 220:20
**prorate** 102:25
103:1
**protective** 9:25
**protocol** 80:5
171:25 173:3
**protocols** 99:11
172:1
**provide** 6:22 8:12
16:4 42:25 43:2,16
57:23 62:21 71:3,4
71:6 83:5,5 110:2
110:3 168:4

169:10 213:23
**provided** 10:7 17:20
46:20 66:9 75:7
76:11,13 94:2
109:21 194:9
201:18 212:2
**provider** 212:13
**providers** 98:15
**provides** 16:1 154:4
154:7
**providing** 45:15,21
57:22 58:17,18
60:22 62:19,22
74:2 80:20 110:5
154:23 164:14
168:11,22
**public** 1:22 128:6
212:6 225:1,19
**pull** 196:20 203:8
**pulls** 189:11
**purchase** 115:11,13
115:13
**purchasing** 57:24
60:9,13,15
**Purell** 138:2,2
**purported** 220:16
**purpose** 43:23 95:8
95:11
**purposes** 9:20 40:14
74:17 95:10
**push** 120:16
**put** 12:4,8 39:21
44:11 46:6,10
49:24 50:3 52:12
54:21 64:21,23,24
81:23 82:20 87:12
87:19 92:10
115:24,25 116:7
119:21 120:8
124:2,5,16,21,23
128:14,18 189:18
196:21 216:12
217:1
**putting** 94:25
137:14 220:25

**Q**

**quantity** 119:23
185:13
**question** 6:23 13:23
22:18 36:1 46:11
47:3 51:16,18 52:3
60:24 73:15 74:8
87:8,8 91:16 93:6
106:25 125:16,17
147:17 158:19
162:23 182:24,25
187:12 191:11
**questions** 6:21 7:15
10:8 100:3 147:8
152:7,8 177:9,13
193:3
**quick** 183:19
**quickly** 5:19 6:6
26:3 182:7,17
189:2
**quite** 125:16 199:6

**R**

**R** 2:1 5:1
**R-I-Y-A-D** 16:10
**raising** 202:5
**ran** 32:17
**rate** 17:23 77:12
**rates** 116:5
**Rating** 69:9
**reach** 22:5,6,9 62:6
63:6 64:4,5,9,9,10
72:14 74:5 176:16
176:17
**reached** 109:19,21
109:24
**reaches** 62:8 64:10
**reaching** 63:7
**read** 9:17 38:2 80:9
80:16 91:9,10,15
100:18,18 101:19
102:15 119:2
130:21 139:7
149:1,2 150:1
151:11 213:19
217:22 219:13
221:7,10 222:7
224:5

**readily** 81:14
**reading** 130:7
**ready** 105:14 199:11
199:21 200:7
**real** 16:10 18:3
39:19 87:15
**realize** 118:23
**realizing** 161:11,12
**really** 38:11 43:21
47:14 50:2 93:14
102:6 220:7
**reason** 58:5 61:24
62:2 76:5 149:23
149:24 175:4
190:14,17,18
194:19 202:8
206:15 212:1
226:4,7,10,13,16
226:19,22 227:4,7
227:10,13,16,19
**reasonable** 100:22
101:1,2,3 174:22
**reasons** 190:19,24
**recall** 32:12 40:17
56:20 135:13,15
135:20,21,22
147:16 163:24
164:9 217:20
220:10
**receipt** 86:1 88:1
104:19
**receive** 6:18 55:12
125:11 152:21,24
153:12,13 155:19
156:13 159:17
164:13,19,22
165:1,23 166:2,2,6
166:7,11,21 167:8
167:12 170:13
192:20,24 219:7
**received** 117:21
145:7 151:8,9,10
151:12,25 155:16
159:14 164:17
165:14 168:1,3,23
169:17 170:6
189:21 192:25

196:19 208:6
209:5 210:8 219:8
**receives** 55:11 79:19
80:21 207:7
**receiving** 54:24 55:2
55:9 122:6 152:16
152:18 155:16
164:6 165:2
178:13
**recertify** 172:3
**recess** 68:25 109:7
152:4 183:25
223:5
**reclassified** 119:25
**recognize** 219:15
**recollection** 32:20
143:19 145:18
217:12
**recommendation**
215:13
**recommendations**
183:15
**reconvene** 223:8
**record** 6:1 7:13 9:17
19:10 31:14 86:23
109:6 183:24
223:4 225:5
**recorder** 6:25
**records** 101:22
102:12
**red** 92:12 141:13
**reduce** 220:12 221:1
**reduced** 225:7
**reduction** 179:2
219:15,20 220:5,9
220:10,16 222:14
**Reed** 39:14 40:18,21
**refer** 99:24
**reference** 90:8
154:14
**referencing** 154:15
154:16 159:6
219:21
**referring** 46:25 47:1
90:9 102:7 111:5
128:8 134:10
137:5 172:17,19

215:8
**refers** 52:22
**reflect** 170:17
**reflected** 139:18
**refund** 86:7 102:25
103:1 167:13,23
167:25 169:16,17
169:19,23 170:2,7
170:10,12,17,24
171:5,17 172:5,20
172:25 173:7,14
174:5,7,11,13
175:23 176:22
177:6,16 187:8
190:12,15,17
191:2,3 193:10
194:8,9,23 195:3
195:10 196:9,22
196:23 198:4,12
209:8 211:4
**refundable** 171:20
**refunded** 169:6,24
187:6 194:15,16
194:17,20 195:10
**refunds** 102:20,23
164:15,18,20
168:12,22 169:10
169:13 172:24
173:3,11,18
176:10 177:5
191:6,12,13 193:5
193:7,8,9,14
197:19 203:16,21
222:22,23
**refused** 165:24
**regarding** 173:18
177:9 218:11
**regards** 10:7
**regulations** 119:5
127:22 147:8,19
147:23,25 149:5
**reigns** 21:17,19
**related** 12:6,8 34:21
156:24 157:2,5,8
157:11 158:17
193:6 213:17
225:9

FTC v. Zaappaaz, LLC, et al.                                   8/11/2021

**relation** 42:21
**relations** 69:3
**relationship** 42:23
   63:23,25 64:4,15
   71:23 72:3,6,9,10
   72:11,12 94:24
   97:20 112:3
   197:21 214:11
**relationships** 33:1
**relay** 22:5
**relayed** 89:9
**release** 221:21
**released** 125:9
   149:19 201:19
   202:16
**releasing** 215:3
**relied** 73:19 101:9
   102:12 114:8
**relief** 215:7
**rely** 73:3,7 97:22
   98:2 113:22 114:2
**relying** 175:15
**remark** 200:16
**remember** 153:7
   166:10 179:23
   180:9 197:11
   203:12
**remote** 5:22
**remotely** 1:21 5:3
   5:18
**remove** 19:15
**removed** 56:5 136:7
**removing** 19:14
**rent** 39:7 40:23 41:5
   43:14
**rep** 43:1
**repair** 27:4,10,10
**repairs** 27:6
**Repeat** 162:5
**replace** 188:15
**replaced** 142:4
**reply** 54:17
**report** 3:15 24:7,8
   25:18,20 37:12,14
   37:16 70:16
   129:25,25 143:15
   145:15 146:13

147:3 149:1
**reported** 37:17,18
**reporter** 7:7 11:8,17
   19:9 25:8 29:6
   31:13 35:24
   144:19 146:5
   157:13 171:7,10
   171:15 223:10
   225:1
**reporting** 25:22
   37:2
**reports** 25:24
**represent** 5:13 6:12
   106:10 188:22
**representation**
   101:7
**representations**
   101:10 122:16
**representative** 8:15
   13:15
**representatives**
   12:11 13:1,3 14:3
   14:5,20 15:3 35:10
   35:23 36:4 43:15
   44:5 45:3 48:4,13
   49:18 88:24
**represented** 30:22
**representing** 52:6
**represents** 5:16 38:3
**reps** 11:11,13,14
   12:2,3,15,15,17,19
   13:6,20 14:10
   19:14 49:20
**request** 210:6,16,19
   211:7,13
**requesting** 221:20
**requests** 91:8
**require** 17:11 106:5
   112:1
**required** 8:11 20:22
**requirements** 19:17
   66:5
**requires** 92:11,13
   106:1,3 160:15
**research** 134:22
**researched** 100:11
**reserve** 216:3

217:14,18
**reserves** 191:16,22
   191:24 198:8
   201:22,23,25
   202:2,12 209:15
   209:17 210:14
   218:21,25 219:1
**resolve** 6:5
**resolved** 182:7
   211:3,6,9
**resource** 49:21,22
**resources** 45:8,9,13
   46:14,16 47:20,24
   48:5,12 49:7,12,13
   49:19,25 57:20,23
**respect** 19:4 48:12
   69:4 168:21
   169:21
**respond** 88:11 154:1
**responded** 201:14
**responding** 153:21
   153:23,25 156:5
   201:15
**responds** 154:2
**response** 91:11,16
   208:3,14,14
**responses** 3:11 47:4
   91:2 217:9
**responsibilities**
   18:23 19:1,4,6,12
   20:2 23:25 24:1
   41:13
**responsibility** 20:4
   156:6 161:4
**responsible** 37:9
   173:2
**restamp** 122:25
**restricted** 148:2
**restriction** 120:17
**restrictions** 124:10
   134:15,25 135:5
   151:3,15 179:18
   179:24 180:3,8
   182:18,22
**resulted** 149:17
**retained** 26:18
**retaliate** 150:11

**retaliation** 119:8
**return** 17:22 168:4
   169:18 170:8,13
   174:12
**returned** 194:2
**returns** 222:20,23
**reusable** 3:22,24
   135:24 145:14
**reversal** 210:6,16,19
   210:25 211:7,8,11
   211:13
**reversed** 196:9
**reverses** 83:4
**review** 10:13 98:14
   136:25 137:2
   206:20 208:12,13
   209:2
**reviewed** 10:6,9,25
   137:6 144:2
   149:19
**reviews** 206:21
**revise** 79:10
**Richmond** 38:6
**right** 5:9 15:22 16:2
   18:5,21 21:8 25:25
   34:1,6 44:1 49:18
   50:5,11 52:19
   54:25 59:3,7 61:15
   71:18 78:22 82:25
   83:6 84:15 87:2
   90:17 94:9 97:23
   102:15 103:12
   106:8 112:23
   114:10 117:12,19
   124:6 126:20
   127:12 129:4
   130:13 132:15
   133:4,18 134:19
   134:21 139:20
   152:2 155:13
   158:2 161:8
   164:12 168:9
   183:20 187:7
   188:20 190:13
   192:21,23,25
   193:12,16 195:4
   195:12,18 196:13

197:11 198:17
   199:11 200:11
   204:23 206:12
   207:13,15 210:23
   211:16 213:11
   219:25 223:12
**rights** 173:10
**risk** 203:4 222:10
**Riyad** 16:10
**Road** 39:14 40:18
   40:21
**role** 19:18 21:22,23
   21:25 22:16 36:18
   56:25 57:2 73:25
   76:6,7
**roles** 61:4
**rolls** 83:6
**room** 6:14
**ROR** 215:14,14
**Rosemary** 3:15
   70:16 143:24
**Rosemary's** 179:24
**routed** 215:13
**routes** 121:17
**rule** 99:24 100:6,12
**rules** 6:20 127:22,25
   147:20 149:5
**run** 24:2
**running** 21:14,16
   23:2 30:15 31:15
   123:15
**runs** 22:24 61:1,2
   95:7
**rush** 122:14

_____
                **S**
_____
**S** 1:22 2:1 3:1 5:1
   23:21 225:2,18
**S-K-Y-E-E** 76:17
**s/Tammy** 225:18
**Sackett** 2:14
**safe** 128:6
**sake** 8:22 38:15
   214:18
**salary** 22:6 114:20
   114:21,22
**sale** 148:15,16

FTC v. Zaappaaz, LLC, et al.                                          8/11/2021

[247]

160:22
**sales** 12:14,15,17
  13:6,20 57:8,9,10
  65:10,11 203:20
  212:12
**Sales@Wrist-Ban...**
  64:18 65:1
**Salman** 23:21 24:10
  42:6
**Sam** 23:21
**same-day** 167:18
  174:20
**sanitary** 126:8
**sanitizer** 9:23,24
  126:7,8 131:21,25
  132:2 165:20,21
**sanitizers** 130:25
  131:10,14,17,20
  138:9
**Saturday** 104:10
**save** 99:13,15
**SAVE10** 141:18
**saves** 52:12
**saw** 94:17 163:21
  210:22
**saying** 32:2 45:16,18
  46:15 70:17 74:16
  77:20 89:14
  100:13 119:6
  122:14,18,18
  123:2 124:5 129:6
  139:22 143:18,18
  157:24 168:21,23
  177:15 197:16,17
  206:17
**says** 104:19 119:12
  122:23 141:13
  143:15 171:15
  187:7 194:7 195:3
  195:9 208:20
  210:23 211:13
  215:12 220:2
**scenario** 119:3,4
  126:13
**scenarios** 22:9
  120:24
**Schaefer** 2:4 3:3 5:7

5:11 6:8,17 8:2,7
11:12,20,24,25
15:21 18:8,11,15
18:18,20 19:3,21
29:8 30:4,18 31:2
31:8,12,17 35:14
35:25 36:13 43:12
47:17,25 49:2
50:18,23 52:15
56:24 58:15,21
65:22 67:13,19,22
68:5,23 69:1 73:9
73:22 74:9,14,21
74:23 81:6 82:12
90:23 91:15,19
93:17 95:20 96:25
98:7,19 99:21
100:2,4 101:17,18
102:8 106:23
107:2 109:1,5,8
118:14 129:23
130:5 138:24
139:4 141:9
142:17 143:6
144:7,9,10,23
145:12 146:1,10
147:6,10 148:5
150:25 152:2,13
155:7,25 157:15
157:19,22 162:6
162:22 163:14
165:9 166:19
167:3 168:19
171:12,19,21
172:7 175:9,19
176:7 177:2 183:1
183:16,23 184:1,4
184:6,9,15,17,20
184:22 185:5,8,9
188:2 195:4,8
198:25 199:3,10
199:12,16,23,24
200:10,14,20,24
201:20 204:6
205:5,11,17,21,24
205:25 207:10
210:1,4 211:1

213:16 214:7
216:7,8,16 218:3,5
218:7 219:12,22
221:6,9 222:5
223:6
**school** 26:3,8 27:19
  27:22 28:1
**scratch** 85:2
**screen** 67:19 139:15
  146:8 184:8,10
  209:25
**screenshot** 140:24
**screenshots** 140:13
**scroll** 195:18
**scrolling** 67:23
**se** 81:17 114:18
  150:16 156:5
**seal** 225:13
**searching** 70:7
**second** 11:15 18:1
  89:17 91:13
  119:12 149:16
  178:9,24 194:7
  199:9 209:25
  223:4
**section** 50:19 100:17
  100:18 147:7
**secure** 219:6
**see** 5:24 7:24 18:5
  52:16,18 55:11,12
  55:13,14 58:16
  65:4,23 66:1 67:1
  67:2,7,14,22 89:24
  90:25 91:4 95:9
  108:12 112:8
  139:15 141:11
  142:23 146:7,8
  148:11 180:17
  181:15 184:2,4,10
  184:12,13,15,16
  184:20 187:7,10
  187:15 195:5
  198:5,9,9,19
  200:25 205:18
  206:8 207:25
  211:18 219:24
**seeing** 6:4 67:18

195:12 219:20,21
**seen** 8:8 38:1 51:2,3
  51:24 52:21 99:7
  104:15 138:7
  140:10 159:25
**select** 79:24 190:23
**selected** 79:19
**self-taught** 28:12
**sell** 29:15,23 30:13
  30:22 31:19 32:2
  32:14,18 40:11,20
  73:18 108:1
  109:18 126:4,22
  128:1 161:10
**selling** 32:20 57:17
  59:9,10 60:2,4,11
  71:13,14 109:10
  109:11 110:7
  114:5,6 116:21,24
  132:14 133:3
  134:17 148:14
  155:15 161:9
  174:17 175:14
**send** 54:16 55:13
  56:8 62:23 66:6
  79:20 80:15,19
  83:7 111:21
  122:24,25 150:19
  168:5 169:18
  170:9 174:12
  187:13 188:13
  192:6 208:25
**sending** 150:10
  151:2
**sends** 55:10 79:18
  84:8 135:10
**senior** 26:13
**sense** 45:6 55:14
  62:10 63:1,8 74:19
  74:22 78:3 81:25
  87:16 103:14
  105:19 113:5
  126:11 128:21
  155:11 166:9
  192:12,13 218:22
**sent** 48:21,22,24
  54:24 66:11 82:22

83:12,14 119:7,9
133:21 137:4
139:24,25 143:12
176:5,18 177:4
187:16 208:21
**sentence** 140:6
  171:14
**sentences** 7:9,12
**separate** 59:9 60:9
  60:10
**separately** 51:14
**series** 6:20
**Serve** 222:10
**served** 91:8
**service** 11:14 12:2,3
  12:10 13:1,3,18
  14:3,4,10,19 15:3
  15:23 16:2 17:19
  35:9,23 36:3 37:23
  43:1,4 44:5 45:3
  45:15,21 46:20
  48:3,13 49:15,17
  49:20 57:24 58:4
  88:23 93:25 172:8
  212:13
**services** 42:25 43:17
  45:11,15,17 46:4
  58:17,18 66:17
  71:2,4 76:12 93:7
  93:10 94:2 213:23
**set** 3:12 8:16 91:2
  112:11 174:8
  179:24 215:4
  225:12
**seven** 105:16 122:21
**Shaaz** 68:8
**Shabana** 34:15
**shaking** 7:11
**shape** 138:3
**share** 5:23 40:18
  51:7,8 184:9
  207:12
**shares** 33:2
**Sharez** 56:12,14
  61:4,13
**Sharif** 213:21
**sharing** 57:23 184:7

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/11/2021

[248]

**she'll** 112:24 113:1,2
**sheet** 187:9 224:9
  226:1 227:1
**sheets** 166:12
**shields** 10:1 127:1
**shift** 123:15
**shifts** 122:4
**ship** 20:14,19 75:5
  75:23 77:9,10,21
  101:8 102:13,19
  103:1,4,5,18 104:1
  104:2 106:1,3,6,12
  116:15 119:13,14
  119:14,15,16
  120:10,10,14,18
  121:25 122:2,5
  123:11 124:12
  127:13 162:9
  172:5 174:23
  175:5,21 176:10
  179:15,22 180:9
  180:13,20,21
  181:13,19 182:10
  188:9 220:18
**shipment** 84:13
  97:12 118:15
  119:21 121:6
  135:11,18 148:23
  156:3,10,14
  175:12 180:13
  220:21
**shipments** 48:21
  94:8 97:9,11
  101:24 113:15
  117:1 119:8
  122:22,24 136:18
  149:17 152:18
  167:6 183:3
  186:25 187:1
**shipped** 94:6 100:23
  101:24 102:23
  103:6,9,14 113:13
  119:25 120:1,4,20
  120:23 122:13,13
  126:8 162:14,18
  162:19 163:10
  166:4,22 169:24

170:1,5,23 174:10
174:11 177:17,21
180:22 181:24,25
182:23 187:17
188:6,9 203:3
**shipper** 119:25
  122:24 124:6
**shippers** 119:9
**shipping** 21:3,7,11
  58:7,8 59:1 76:24
  77:6,11 78:21,23
  78:24,25 79:1,1,5
  83:22 85:16,18
  86:2 93:18,20,23
  93:25 94:3 96:14
  97:7,8 100:23
  101:5 103:22
  104:6,18,20,21,25
  105:2,5 106:7,11
  110:15 112:12
  113:6,9 116:1
  117:17,18,22
  118:2,22 121:16
  122:15 123:5
  124:16 126:7,7
  128:11,13,16,20
  129:6 135:8 148:8
  162:1 163:2,22
  167:18 174:19,20
  175:7,13 179:12
  179:20 180:3,18
  181:5 182:1
  185:13,14,15,18
  185:21,25 187:25
  187:25 188:11,19
**ships** 20:12 81:3
  82:23 97:10,16
  115:24
**short** 126:14 130:18
  130:20 131:1
**short-term** 40:12
**shortage** 118:24
  131:8
**shortages** 124:15
  125:14 137:20,22
  138:3
**SHORTHAND**

225:1
**shortly** 83:21
**show** 65:17 108:10
  124:18 140:16
  150:20 187:22,23
  203:2 220:11
**showing** 212:5
**shows** 196:6
**shut** 43:25 44:21,25
  45:1,17 46:13
  47:16 48:2 132:12
  147:21
**shutdown** 121:10
**shutdown/quaran...**
  133:1
**shutdowns** 147:15
**shutoff** 47:13
**shutting** 148:13
**sick** 49:20 121:13
  124:17
**side** 16:22,25 59:7
  66:21 72:14 120:8
  123:5,5
**signal** 79:18
**signature** 223:14
  226:24 227:21
**signed** 224:9
**significant** 137:8
  202:9
**significantly** 179:3
**silicone** 81:12,15,16
  81:17,21,21 82:8
**similar** 157:18
  189:22
**simple** 38:15 50:10
  170:19
**simplest** 12:4
**Simultaneous**
  147:24 157:21
  168:16 187:21
  207:9
**single** 113:14
**sisters** 72:7
**site** 22:13 53:4
  142:24,25
**sitting** 149:25
**situation** 6:5 46:24

121:14
**situations** 77:8
**six** 13:7 29:13 33:1
  94:18 111:6
  178:21 201:5
**SKU** 185:12
**Sky** 76:19
**Skyee** 76:17
**slow** 11:16,23
**slowly** 178:10
**small** 76:22 93:6
  180:14 205:20
**smoothly** 95:7
**soap** 138:10
**software** 27:9,25
  75:13 87:13 93:20
  99:9,10 146:19
  188:12,13
**sold** 32:13 126:23
  164:4,8
**sole** 22:24
**solely** 111:4
**Solutions** 34:5,17
**somewhat** 86:13,14
**soon** 106:22 177:14
**sooner** 152:11
**sorry** 11:20 12:23
  22:17 25:14 28:11
  31:25 34:24,24
  35:16 46:25 52:3
  61:9,17 62:14
  63:24 66:15,24
  67:1,4 70:5 72:8
  74:25 95:3 99:2
  107:8 111:24
  122:10 129:21
  131:4 139:6,12
  141:5,20 146:6
  148:1 149:7
  152:23 157:14
  171:1,10 173:4
  180:6 181:24
  188:21 191:9,10
  203:7,10 204:25
  206:18 214:12
  218:4
**sort** 26:16 76:8

132:11 160:12
  209:16
**sorts** 126:4
**sound** 34:6
**sounds** 27:12 58:23
  97:19 200:20
**source** 71:9 97:22
  98:2 110:20
  111:22 112:20
  114:9
**sourcer** 62:8
**sources** 112:21
**sourcing** 69:12 72:4
  72:23 76:12
  109:20 110:18
  111:19,22 114:1
  125:5 131:17
**SOUTHERN** 1:2
**space** 40:14 41:3,4
**span** 120:5
**speak** 12:19 149:14
  149:22 160:21
  161:7 177:8
  211:17
**speaking** 80:18
  161:3 189:15
  218:14
**speaks** 186:3
**special** 77:13,15
  117:8
**specific** 47:3 61:4
  98:1 111:20 112:2
**specifically** 13:5,10
  15:5 66:21 95:6,15
  135:16 155:2
**Spectra** 60:10
**speculation** 36:6
  43:6 52:9 171:9
  215:19
**speech** 11:23
**Speed** 70:14
**spell** 52:13,14
**spend** 23:7
**spiked** 118:22
**split** 40:22
**splitting** 60:13
**spoke** 10:7 11:6,6,7

12:25 13:3,6 14:25
15:2 16:5 48:1
143:25
**spoken** 53:20
147:19
**sports** 32:16,18
**spreadsheet** 4:5
67:5,25 184:2,19
185:2 186:24
191:13 205:12,12
**spreadsheets** 184:24
190:4 198:22
199:1
**spring** 130:13
131:10,12
**SQL** 91:20 92:6
**square** 40:4,5
138:12 158:12,14
**staffing** 121:17
**stake** 60:8
**stamped** 120:2
**standard** 137:13,16
174:9,13 216:12
216:22
**stands** 31:4
**start** 18:6 24:9 44:3
53:5,6 63:13 69:3
88:24 93:22,24
109:11,25 116:9
116:21 117:3
118:2,5,17 122:21
133:3 155:14,15
170:21 178:12
179:11,20 181:5
201:8 202:5
219:17
**started** 25:11 28:17
38:25 41:9 44:13
57:6 61:24,25
63:15 68:18 69:6,8
69:12 70:21 93:23
93:25 94:3,16,19
109:10,14,25
110:1,2,4,7,13
114:5 116:10,12
117:17 118:23,25
128:3 138:4,22

150:9 152:16,16
161:11,12 172:11
174:17 178:10,11
178:23 179:2,3,7
180:18 182:1,16
204:16,24
**starting** 16:21 17:2
17:6 118:19 128:1
132:23 152:14
155:13 161:10
169:9,12 173:17
174:17 220:18
**starts** 79:21 118:7
120:7 121:1
155:15
**State** 225:20
**stated** 103:25
176:19
**statement** 130:15
149:16,22
**States** 1:1 22:25
**static** 137:13
**stating** 183:12
**status** 191:4 193:25
197:9
**stay** 223:13
**steady** 68:18
**Stealth** 32:3,4,5,7,8
32:8,9,10,14,15
42:17 53:10
**stenographer** 5:4
**stenographically**
225:7
**step** 19:19 32:22
**stock** 125:20,21
130:25 164:5,7
**stop** 24:13 68:16
117:12 137:21
204:15
**stopped** 21:1,11
204:19
**stopping** 106:20,24
**stops** 202:7
**store** 39:5,6,6,7
**story** 125:8
**straight** 54:19 63:12
203:24 212:18

214:15
**straightforward**
170:20
**strange** 203:10
**street** 2:14 39:8
40:13
**Strike** 204:24
**string** 213:17 218:8
**Stripe** 156:24 158:1
158:21 197:14
204:14,17 206:15
218:23 222:18
**structure** 73:1,2
92:8 108:2 112:5
112:11
**structured** 54:10
92:19
**structures** 33:23
**studied** 27:14
**stuff** 12:6 88:25
95:16 111:10
114:16 117:22
128:6 137:15
**sub** 214:17
**subagent** 214:3,6,8
**subagents** 214:19
**subcontracts** 63:2
**submission** 208:16
208:17,21 209:2
**submit** 86:20,22
88:2 160:9,10,11
214:24
**submits** 208:24
**submitted** 189:20
192:19 208:13,14
220:6
**Sugarland** 39:15
**suggesting** 177:16
177:18,19
**suit** 159:12
**suite** 39:4,14 40:1
40:21
**sum** 215:11
**supervision** 225:8
**supervisor** 52:22,23
54:18
**Supplemental** 3:10

91:1
**supplier** 74:17
**suppliers** 63:23
71:17,22 72:18
73:4 74:1 84:10
98:10 113:23
131:18,19
**supplies** 130:20
**supply** 125:4,22
130:19 131:1
**supplying** 62:4
**supporting** 208:25
**supposed** 20:21
85:22,24 86:4
104:9 166:22
**sure** 7:14 9:7 23:20
33:20 34:10 39:21
43:25 44:10 50:22
61:19 73:1 74:14
101:11 103:15
113:18 127:5
128:5 130:15
134:13 144:1
147:6 149:11,12
151:12 152:9
153:9,11 164:17
177:12 178:16
183:23 185:8
190:2 192:13
198:25 201:17
202:13 214:22
219:6
**surgical** 106:4
**suspend** 223:6
**suspended** 204:8,21
204:22
**suspends** 133:6
**Swag** 32:16
**switched** 93:9,10
**sworn** 5:3 6:19
**system** 79:18 80:10
80:16,16,22 83:10
83:11 84:16,18,20
85:1,1,11 87:10
88:4,5,10 90:11,17
101:23 108:22
123:4 180:25

181:8,10,11 188:1
188:8 189:21
197:20
**systems** 76:8 79:14
99:13

---
**T**

**T** 3:1,1 187:11,11
**take** 8:23 18:3,5
19:7,19 42:7 50:16
50:21 65:16 68:24
68:24 73:12 76:24
77:5 79:23 104:22
106:12 107:1
113:2 123:17
124:22 129:3
147:4,9 150:21
152:2 171:25
176:2,2 183:12,19
183:21 200:5
214:21
**taken** 1:20 26:19
68:25 109:7
121:15 140:25
152:4 183:25
208:15 223:5
225:3,6
**takes** 105:6 113:6,9
125:1 203:7
**talk** 15:10 21:22
41:6 44:2 51:13
69:2 73:10,12
95:16 109:9
129:14 190:8
199:25 223:4
**talked** 11:4 50:24
52:2 126:25
129:13 142:8,11
144:5
**talking** 9:15 11:17
12:13,24 13:16
18:4,7 31:18 41:9
43:24 44:17 47:5,6
47:7 49:14,17
87:20 91:24
112:20 127:16,19
130:10 131:9

Makanojiya

FTC v. Zaappaaz, LLC, et al.

8/11/2021

[250]

149:4 151:13
157:24 163:16,23
164:1 215:5,6
218:9 222:13
**talks** 220:18
**Tammy** 1:22 225:2
**tax** 198:11
**teach** 155:10
**team** 10:7,9 11:5
14:11 75:4 141:15
203:20
**technical** 85:8
**technically** 103:25
196:22
**technologically** 50:7
**technology** 46:2
48:25 49:24
**Telephone** 99:23
**tell** 7:5 11:5 34:1
38:3 41:10 44:14
50:2 51:14 64:3
66:15 71:5 79:13
84:15 89:12 90:1
93:18 97:19 104:3
104:7 106:11
112:7,10 118:7
130:6,21 144:25
149:24 150:1
154:5,8,9 155:2,2
162:24 169:11
173:5 179:11
181:18 191:24
199:20 201:2
213:19 216:9
**telling** 33:22 51:15
163:17 182:21
**tells** 80:10
**template** 220:5,9,11
220:11
**term** 30:24 31:7,10
31:11,15 37:6
163:7,8 217:16,20
**terminate** 218:19
**terminated** 218:11
219:2
**terminating** 218:17
**terms** 14:2 15:12,13

25:20 27:25 33:6,7
35:13 37:4 46:17
49:24 57:8 60:18
64:15 66:16 73:17
75:21,24 79:13
82:7,8,9,10 83:16
106:10 115:23
118:8 123:25
125:5 126:12
136:9 137:9 149:4
154:22 158:16
168:15,17,20,24
170:16 178:6
199:18 211:20,21
215:1,3
**test** 152:7
**testified** 5:4 13:13
41:11 50:25 71:1
113:21 116:23
134:16 175:11
199:25 200:1
**testify** 7:21 8:15
**testimony** 6:19 8:12
58:2,23 74:4 80:24
95:13 98:5,13
129:21,22 131:6,7
154:25 176:14
179:24 182:13
224:6,7
**Texas** 1:2 2:15 38:6
118:3 187:17
198:5
**text** 12:21,22
**Thank** 11:24
**Thanks** 223:12
**thermometers** 9:24
**thing** 7:13 51:15
59:24 83:7 104:5
129:15 138:25
163:24 195:12
211:25
**things** 44:13 48:17
77:16 102:19
103:19 121:1
123:24 128:6
138:11,13 150:15
151:22 177:21

182:8,16
**think** 16:10,19 17:4
17:5 19:25 24:11
24:20 28:10,12
30:2,23 31:23 32:5
32:12,17,18,19
33:18 36:10 41:20
44:23,24 45:22
51:24 52:14 54:5
55:8 58:5 59:14
62:1 68:13 70:13
74:15 75:15 76:16
76:17,18 81:14
93:9 94:16 96:23
97:2,2 99:5 100:11
103:8,10 104:23
104:23 106:19
107:7,13 109:1,16
113:17 116:10
117:23 118:17
122:3,9 123:10
126:13,17,21
127:6 128:3
130:18,19 131:1,2
131:11 132:24
134:16 136:24
137:3 140:10,17
142:22 143:11,12
143:19 145:3
151:16,21 158:18
160:1,8 161:8,21
164:16 165:7,11
168:25 169:5,15
170:19,20 172:10
175:25 176:3,23
179:6 180:10
182:17,19 183:16
186:2,6,10,22
189:5,17 190:6
192:4 193:19,21
194:19,20,21,25
195:23 196:5,23
197:3,3,5,5,6,10
197:17,19,21
199:19 201:9,14
201:14 202:15
203:4,5 205:4

208:10 210:24
211:16 214:25
215:10,22,23,25
217:9 220:7
221:11,19
**third** 24:12 113:10
113:11 119:24
220:17
**third-party** 99:9
**thought** 28:25
143:24 171:13
180:2 184:10
**thousand** 120:10
**three** 18:18 23:15
28:15 41:20 61:3
88:20 89:20 94:19
105:15 111:14
181:2,4 183:12
185:17
**three-column** 67:5
**threshold** 202:10
**ticket** 88:12,13
89:21,23 90:1,3,5
160:10,11,15,19
**ticketing** 88:4,10
**ticky-tack** 217:15
**tied** 38:1
**time** 7:14 8:24,25
12:13 13:15,16
14:1,5 16:7,8,18
17:3,7,17 19:7
20:14 21:10 23:7,7
24:11 30:17 31:3
32:19 33:17 35:7
35:21 37:9 41:25
45:12 46:18 52:12
59:25 77:2,3,4
78:21,21,23,23
79:5,5,7 93:16
94:21,22 100:24
101:9,25 102:13
102:19,24 103:22
104:6,6,18,25,25
105:2,5,5,7 106:7
106:9 109:2,2
110:25 111:4,5,6
112:24 120:25

121:2 122:9
123:12 124:7
125:20 138:5
141:3 142:1,3,3
151:15 153:4
158:24 162:2,11
162:14 163:10,12
163:13 168:23
173:16 175:7,22
176:10 177:17,22
179:9 182:8
189:22 191:20
198:13 204:13
215:23 223:9
**timeline** 44:1,3 47:3
**timelines** 43:20
**timely** 110:13
116:25
**times** 20:15 33:15
33:18,19 68:17
94:20 95:25 96:1
105:7 116:19
122:4,15 123:12
162:9 163:3
167:20 174:19,20
174:24 175:14
182:11,11
**title** 24:17,21
**today** 6:18 7:21 21:1
21:2 50:13 55:19
131:2,8 141:18
192:2,21,23
196:12 223:7
**today's** 10:4 223:7
**told** 53:16 93:1
129:4 167:10,13
171:5,17 175:8
**tomorrow** 8:21
192:25 196:18
198:22 199:1,21
200:18 205:8
223:8,11
**top** 132:5 137:12
140:2,6 141:22
215:12
**topics** 8:11,16
**total** 186:6,6,7 201:5

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/11/2021

[251]

222:21,23
**totally** 154:14
  191:19
**touch** 110:20 218:10
**town** 50:1
**towns** 97:15
**tracked** 187:19
**tracking** 10:14 12:6
  81:25 83:8,9,15
  84:12 85:19 86:3
  102:1,2 166:3,8,12
  166:15,23 186:8,9
  187:5,18 188:1,14
  188:21,22,23
  189:6,6,17,21
  202:14 203:1
**trackings** 187:14,24
  188:7 189:4
**Trade** 1:5 2:5 5:12
  101:16
**trading** 63:17,18
  69:7,10 70:12
  75:20 94:4
**trailer** 124:3,22,24
  124:24 125:1
  128:18,19,23
  129:3
**train** 171:12
**transacting** 218:20
  218:22
**transaction** 105:20
  173:8 195:25
  206:3,6 207:16
**transactions** 12:8
  75:19 113:14
  118:22 206:21
  213:3 214:16
  215:2 216:3
**transcribe** 7:17
**transcript** 8:6 65:21
  90:22 99:20 130:4
  139:3 141:8
  142:16 143:5
  144:22 145:11,25
  150:24 200:23
  204:5 205:16
  213:15 216:6

217:25 219:11
  221:5 222:4 225:4
**transcription** 224:7
**transfer** 89:9
**transference** 172:13
**transferred** 89:7
**transfers** 19:13
**transition** 16:23
  20:16 42:7,9 47:15
  121:9
**transitioned** 204:13
**transitions** 93:11
**transportation**
  127:20
**treat** 9:22 30:23
**trickled** 68:17
**tricky** 78:8
**trip** 94:25
**trips** 95:1,4
**trouble** 6:3
**true** 27:3 130:24
  131:13 149:8,16
  162:25 167:18
  224:6 225:5
**Trust** 115:10
**truth** 7:5
**truthful** 6:22
**try** 6:5 7:14,15
  58:22 74:12,13
  166:20 192:14
  198:22 205:17
**trying** 18:13 22:8
  43:19 88:15 104:1
  104:3,7 118:18
  123:10 126:5
  137:23 141:5
  163:6 177:8
  191:17
**turn** 110:21
**twice** 194:5
**two** 12:14 13:14
  14:21 17:16 18:15
  23:15,16 25:10
  33:18 55:4,25
  80:18 89:12 96:24
  96:24 97:1,3,5,14
  103:19 105:17

107:18 111:17
  113:14 127:17
  129:8,8 140:5
  145:7 146:21
  183:12 185:16
  187:5,13,13 196:2
**type** 77:13 111:20
  112:2 139:6
**types** 75:23 127:23
**typewriting** 225:8

― U ―

**U** 187:10 188:21
**U.S** 13:20 20:13,15
  20:17,18,20 21:4,6
  39:22 68:3,4,6,9
  68:20 82:24 93:23
  93:25 119:5,7
  124:14 127:21
  128:3 131:17,25
  132:2 133:2 135:1
  150:9 175:3 183:6
  220:18
**Uh-huh** 220:1
**uh-uh** 7:11
**ultimately** 206:25
  207:4 218:19
  219:8
**unable** 175:21,21
**unavailable** 130:25
**uncovered** 147:13
**underneath** 64:6
  112:6
**understand** 6:23 7:1
  7:3 9:1,9 13:9
  22:17 46:1,11,16
  47:19 49:3 51:19
  54:22 55:20 59:8
  62:15 89:11
  104:14 123:9,10
  131:5 137:24
  161:6 163:7 180:2
  183:18 184:25
  214:11
**understanding**
  13:11 51:17
  139:22 187:9

**underwriters** 202:6
**underwriting**
  214:22
**UNITED** 1:1
**University** 26:7
**unknown** 123:20
**unproductive** 86:20
**unrestricted** 148:10
**unsuspended**
  204:11,12
**unsworn** 3:7 65:23
**update** 3:22,24
  19:16 119:11,12
  119:23,24 134:6
  135:24 143:16
  145:14 188:14
**updates** 89:24 93:13
  134:8,9,12 136:11
  137:7,18
**uploaded** 145:4
**upper** 22:2
**UPS** 39:5,6,6,7
  77:24,24 78:7
  116:20 135:10,14
  186:11,20,21
**upwards** 50:3
**USB** 76:22
**use** 7:10 31:4,7,9,11
  38:10 39:12 41:2,3
  42:16 45:12 48:8
  55:15,16 63:23
  69:7 76:15,16,23
  77:22,23 78:6,7,11
  84:16 86:2,2 87:10
  98:1 101:23
  116:18 131:19
  141:18 181:12
  186:11 200:18
  207:22 212:15
  213:1 219:24
**uses** 76:9 116:6
**USKY** 76:22
**USPS** 186:18
**usually** 13:14
  178:15 201:11
**utilized** 138:8,8,10

― V ―

**vague** 15:17 49:23
  82:6 93:6 175:18
**Vaish** 52:25 85:4
**validate** 128:5
**variations** 81:18
**varied** 36:9
**various** 11:11,13
  12:1,25 15:2 17:3
  68:17 76:14 77:8
  184:23
**vehicle** 33:3
**vendor** 22:4 42:24
  61:23 84:12
  114:13 150:17
**vendors** 41:8,8 62:6
  62:7,24 63:19,22
  64:16 71:20,23
  72:3,6,23 73:18
  76:14,22,23 77:5
  111:7,8,9,12
  112:14,15 113:20
  113:23 114:9
  115:6 132:3
  137:19 138:22
**verify** 208:19
**vice-president** 34:9
**video** 5:24
**view** 141:14
**Village** 38:12
**Virginia** 5:18
**virtual** 5:20,21
**Virtually** 69:25
**Visa** 216:12,17,22
  217:16,18,20
**visit** 96:3 97:5
**visited** 96:24 97:7
**voice** 177:12
**volume** 18:10
  119:22 138:9,11
  138:20 203:5
**volumes** 204:10
**vs-** 1:7

― W ―

**W** 195:2,3

**W-E-C-H-A-T**
98:24
**W-H-I-T-M-E-Y-...**
132:9
**wait** 143:13 176:22
204:19 205:7
**waived** 223:14
**walk** 78:15 105:20
188:3 196:11
**want** 6:9 7:16 9:14
13:2 14:15 15:9
18:5 22:23 31:10
36:17,20,21 41:6
43:21,25 45:17
50:19 54:16 65:16
65:17 68:23 69:2
74:20 78:13,14,17
79:9,11,12 80:5
85:7 95:17 99:25
100:17 103:6,10
103:10,19 105:8
105:10,14,15,15
107:3 109:2,9,18
111:14 113:17,18
127:12,13 132:11
134:20,22 140:21
147:7 152:6,7,9
156:4 159:5
161:23 169:8,18
170:22 172:2
178:16 181:2
183:19 184:23
185:16,16,17,17
186:18 194:3,17
196:2,14 199:1,8
201:8 205:7 208:7
210:5 214:16
219:17 221:8
222:6
**wanted** 16:23 21:17
23:6 54:18 102:9
119:18,22 146:6
165:19 167:9,22
169:16 171:4,16
176:20 180:14,15
184:9 202:13,14
205:6

**wanting** 121:12
150:19
**wants** 62:20 160:6
170:1,7
**warehouse** 20:16,18
20:23,24 21:4,8
23:24 24:5 39:23
40:2 52:23 58:8,13
94:4,6 117:8,11,18
118:3 120:22
123:15,16 124:1
124:13,14,22
128:17 129:14
175:3 179:12,21
180:18,20,21,22
180:24 181:14,21
181:24,25 182:2
187:17 188:10,11
**warehouses** 40:13
**Washington** 2:7
**wasn't** 46:25 58:17
128:11 129:16
176:9 186:13,16
217:4
**way** 12:9 15:13,19
39:21 44:11 50:3
50:12 52:13 54:21
80:14 81:23 82:20
86:20 87:12,15,17
87:17 89:23 99:16
103:12 104:24
116:8 124:11,16
128:14 133:25
141:22 149:14
153:7 167:6
176:23 192:8
199:8,20 200:15
214:2,6,14
**ways** 92:21 220:22
220:23,24
**WB** 1:11 107:14,19
**WBpromotion.com**
1:10
**we'll** 6:4 39:2 51:25
65:16 73:14 79:20
106:15 110:17
115:24 197:16

198:22 199:20,21
**we're** 5:20,21,22,24
5:25 6:18 9:14,15
11:16 12:13,24
13:9,16 18:2,4,21
20:12 29:17 31:18
39:13 43:25 44:16
46:19 50:8 60:11
62:22 87:19
103:23 108:17
126:7 141:13
161:9,10 163:23
176:19,24,24,25
177:8 190:3
201:17 202:10
210:3 213:10
**we've** 82:11 91:23
130:9 193:14
**web** 88:22 93:7,10
139:9 140:23
**website** 3:18 53:4,12
62:5 70:4 78:18
84:21 87:24 88:24
92:2,3,9,11,20
93:8,14 108:6
135:15 136:10
137:9,12,17
139:10 140:16
141:11 142:24
143:9,10,11,17
145:6,19 146:15
146:16 160:2,6
167:17 170:16
192:2 220:25
**websites** 107:12,25
108:3,3,6,21,23
141:3 213:7
**WeChat** 98:22,24
98:25 99:9
**WeChats** 99:7,17
**Wednesday** 1:20
220:3
**week** 117:3,5 151:20
151:22
**weekly** 93:13
**weeks** 181:2,3,4,5
**weight** 77:13 78:10

119:20
**well-defined** 168:25
**well-trained** 172:15
**went** 28:4,21 39:9
66:10 94:21,22,24
96:15,16,17,24
103:8 118:20
136:9 137:12
140:1 146:11,19
154:12 179:10,23
211:19 214:4
222:18
**weren't** 37:24 60:4
100:13 102:23
116:24 125:21
132:14 162:1,14
163:2 172:22
177:21 179:19
203:23 218:20,22
**WHEREOF** 225:12
**Whitmeyer's** 132:9
**wide** 37:6 135:14
**Widespread** 132:25
**wife** 34:12,22
**willing** 176:21,22
177:1
**wipes** 131:10,14
**wire** 19:13
**wise** 50:7
**withdraw** 87:7,8
**WITNESS** 6:16
11:9 15:19 19:6,11
29:7,25 30:2,25
35:12 36:8 43:7
47:10,23 48:15
52:10 58:3 68:2
73:7,21 74:5 81:1
82:7 91:18 93:5
95:14 96:23 98:6
98:18 102:4
118:11 144:2
146:6 147:25
150:6 155:1,24
157:16 162:5,18
163:6 165:7 167:2
168:17 175:2,25
176:15 182:15

187:22 201:9
214:2 215:21
218:6 219:19
225:12
**woman** 114:8 115:3
**won** 211:2,15,15,18
211:22
**wonder** 200:15
**wondering** 66:11
67:25 99:8 147:21
209:23 211:25
212:10 220:19
**word** 76:19 142:7
**words** 7:10 59:11
71:12 73:14
142:12 181:20
**work** 19:8 22:10
23:11 41:9 69:18
77:10 92:9 105:1
117:8 121:12
123:1 124:18
**worked** 23:1 48:20
48:25
**workers** 66:14
117:11
**working** 13:15 24:9
24:13 44:5,6,8
45:3,4,6 48:4 53:5
57:8 63:13 69:4,10
70:21 122:3
**works** 23:13 78:18
96:9 111:23 184:1
191:25 214:3,14
214:25
**world** 118:23
129:12 130:18
131:3 138:7
178:10
**worries** 203:9
**worry** 132:6 220:8
**wouldn't** 13:5 28:2
76:10,15 117:15
148:16 173:22
**Wrist-band** 209:22
213:4
**wrist-band.com** 1:9
3:19,20,21 78:17

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                     8/11/2021

[ 253 ]

108:9 141:15
213:5
**wrist-bands.com**
140:1
**wristband** 28:25
62:4
**wristband.com**
107:20
**wristbands** 61:24
62:19,21,22 78:17
79:9,12 81:13,16
82:8 96:19,21
104:8 105:4,4,6,8
105:9 108:10
**write** 202:20
**write-up** 219:25
**written** 140:4,6
168:12,14 169:14
**wrong** 43:21 104:24
143:17,18 165:4
**wrote** 131:2 136:13
136:23,24 220:3
**Wuhan** 132:13

**X**

**X** 105:6 119:17
201:13 216:3
221:18

**Y**

**Yaoli** 76:21 111:18
112:6,13,17 114:8
114:11,12,18
**yeah** 14:6 15:20
17:12 20:5,10
27:11,21 29:4 41:2
41:17 45:22 49:16
49:19 50:18 55:15
63:18 64:8 70:14
75:15 78:24 79:4
81:12 87:21 89:13
90:11 91:15 96:15
110:14,15 111:6
112:24 114:4,14
114:17 123:13
128:24 129:4
131:12 132:19

135:3 137:11,25
139:13 140:17
142:3 145:22
147:23 150:14
154:13 163:6
165:13 179:23
181:23 183:21
191:19 193:19
199:7 201:7,23
202:19,24 203:23
207:8 209:17
212:19 221:11
**year** 25:21 26:13,14
202:4,4
**years** 22:22 28:15
56:4 94:18 174:8
175:6
**yellow** 81:19,20,22
**young** 28:22

**Z**

**Z** 25:6
**Z-I-S-H-A-N** 25:17
**Zaappaaz** 1:8,15 3:9
3:17 7:24 8:3,11
9:5,18 12:3,11,12
12:13 13:18 19:5
19:13 21:7,11,14
21:24 22:16 24:10
24:14 25:4,5 26:21
28:18,20 29:15
30:6 31:24,25 32:1
32:2 33:5,14 35:5
36:15 38:2,5 40:7
41:14 42:1 45:4
56:25 57:6,14
58:17,18,24 59:11
60:1,14 66:17 69:5
69:6 71:3,14 72:14
83:2,19 90:24,25
95:2,6,7,15 106:10
107:4 109:10,11
115:1 125:5,17
129:25 134:5
135:16,17 142:18
142:21 143:7,16
145:13 152:16,21

152:24 153:8
155:15,16,20
156:13,23 157:25
157:25 158:1,4,7
158:10,12 159:14
161:24,25 162:7,8
163:1 164:3,10,13
164:14,16,22
165:23,24 166:2
167:4,8,12,17
175:21 176:8,9
177:3 185:1,1
186:11 190:25
191:15 197:24
198:5 199:12,13
199:13,13,13
204:1 213:8,24
216:17 220:20
**Zaappaaz's** 95:11
110:8 147:12
167:23 203:13
**zero** 13:23 47:4
194:23,24 195:10
195:19 198:11
**zero-zero** 198:10
**zeroes** 196:3 198:16
**Zishan** 25:6,12,16
25:16 34:20,25
35:1 54:15 56:2
61:11
**Zoom** 5:24,25 18:2
176:6
**ZT** 34:19

**0**

**1**

**1** 3:6 8:3,4 9:18 32:9
32:14,15 102:14
102:16 117:9
139:24,25 175:20
**10** 3:21 29:11,11
76:13 77:3,7,18,19
79:9,12 103:4,5
119:18,19 141:17
144:19,20 202:4
**10-plus** 29:7

**10:42** 1:21
**100** 49:8 90:18
97:14 105:9
115:12 124:9
165:25 173:15
207:2 220:12
**1002** 39:8
**10th** 151:2 204:7
220:3
**11** 1:21 3:22 143:15
145:9,13
**110** 39:14 40:21
**11th** 136:1
**12** 3:24 145:23
**12505** 39:14 40:18
40:21
**13** 4:2 150:22
**130** 3:16
**1303** 38:23,24 39:1
39:9
**1305** 38:12,20,24
39:1
**139** 3:17
**13th** 136:8
**14** 4:3 185:1 200:18
200:21
**141** 3:18
**142** 3:19
**143** 3:20
**144** 3:21
**145** 3:23,25
**14th** 136:8
**15** 4:4 36:9 115:21
195:13,16,16
200:13,15 204:1,3
**150** 4:2
**16** 4:5 195:13,16
205:13,14
**16107** 39:3
**17** 4:6 195:13
213:11,13
**18** 4:7 216:4,7
**19** 4:8 217:23 218:2
**19th** 135:17 136:10
137:6 139:6
**1st** 135:4,10

**2**

**2** 3:7 32:10 65:19
67:3,17 91:10,14
107:7,8 140:1
**2,000** 178:2
**2.3** 221:13,15
**20** 4:9 14:8,18 17:22
35:9,22 36:2,3,9
120:11 219:9
**20-something**
172:11
**20,000** 40:5
**200** 4:3 90:19
**200,00** 40:4
**2008** 26:22 33:11
53:7 69:6 85:6
94:17
**2017** 94:25
**2018** 93:9
**2019** 13:17,22 15:24
78:14,20 79:3
94:23 116:11
**202** 2:8
**2020** 3:18 16:13
17:15,16 18:22
20:1,6,7 35:8,8
36:1,2,23,24 37:22
37:22 41:12 44:8
49:6,9 50:8 53:12
53:13,22 54:1,1,3
111:11,12 116:11
125:19 130:13
131:10,13 132:25
134:5,24 135:17
141:10 143:16
147:15 153:5
169:9,12 170:15
173:17 174:14
220:3
**2021** 1:21 225:14
**204** 4:4
**205** 4:5
**20580** 2:7
**21** 4:10 221:3
**213** 4:6
**216** 4:7

FTC v. Zaappaaz, LLC, et al.                                    8/11/2021

**217** 4:8
**219** 4:9
**21st** 178:18
**22** 4:11 132:24
   222:2
**221** 4:10
**222** 4:11
**22nd** 117:21
**238-7724** 2:16
**23rd** 225:13
**24** 130:6 204:17,20
**24-hour** 122:4
   123:15
**24wristband.com**
   107:23
**25** 130:21
**2905** 2:14

**3**

**3** 3:9 90:20,24
   219:19
**3,000** 178:2,4
**3/05/2022** 225:16
**3:53** 192:22
**30** 14:8 17:22 78:17
   109:4 115:20,20
   120:5
**30(b)(6)** 1:19 8:23
   9:19 10:5 13:2
   15:1,16
**31** 148:25
**31st** 134:14
**32** 150:1
**326-3515** 2:8
**35** 38:5,17
**36** 131:16
**38** 199:13
**39** 67:20 132:10
   199:13
**3rd** 133:6,14 134:5
   135:23 136:10,10
   143:9,14,16
   145:16

**4**

**4** 3:14 99:18,22
   100:17 101:13

192:5,7,8,9,17,17
192:18 221:20
**4:20-cv-2717** 1:8
**4:53** 192:23
**40** 57:13 185:1
   199:12
**41** 199:13,14
**435.2** 174:16
**435.2(a)(1)** 100:19
**435.2(a)(4)** 101:12
   175:10
**435.281** 100:17
**46** 199:14
**48** 204:17,20
**49** 199:14
**4th** 20:7 53:12
   133:16

**5**

**5** 3:3,15 67:3 130:1
   130:2
**5,152** 193:15
**5:58** 223:15
**50** 113:1 199:14
**51** 199:14

**6**

**6** 3:17,18 91:9,10
   107:11 139:1
   141:10 142:10
   177:3 193:18,18
   193:19
**6,152** 193:17
**60** 32:25 33:2 57:15
**600** 2:6
**62** 199:14
**65** 3:8

**7**

**7** 3:18 141:6 142:21
**713** 2:16
**77098** 2:15

**8**

**8** 3:6,19 142:14,18
   192:3,4

**9**

**9** 3:20 143:3,8
**9:30** 223:10
**90** 3:13 71:21 76:11
   181:23
**99** 3:14 181:23,24