# In the Matter of:

# FTC v. Zaappaaz, LLC, et al.

*August 12, 2021*
*Azim Makanojiya*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

---

228

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF TEXAS
 3                   HOUSTON DIVISION
 4
 5   FEDERAL TRADE COMMISSION,    )
 6         Plaintiff,             )
 7         v.                     ) Civil Matter No.
 8   ZAAPPAAZ LLC, also d/b/a     ) 4:20-cv-2717
 9   Wrist-Band.com,              )
10   WBpromotion.com,             )
11   CustomLanyard.net, and WB    )
12   Promotions; and             )
13   AZIM MAKANOJIYA,             )
14   individually and as an       )
15   officer of ZAAPPAAZ LLC,     )
16         Defendants.            )
17   ----------------------------)
18
19
20         REMOTE DEPOSITION of AZIM MAKANOJIYA
21   taken by Plaintiff, commencing at 10:37 A.M.
22   Eastern, on August 12, 2021, before Gary
23   Schneider, RPR, CRR, RMR, TLCR and Notary Public
24   within and for the State of Tennessee.
25
```

---

229

```
 1               REMOTE APPEARANCES:
 2
 3    For the FTC:
 4         MICHELLE SCHAEFER, ESQ.
 5         ANNE COLLESANO, ESQ.
 6         Federal Trade Commission
 7         600 Pennsylvania Avenue, N.W.
 8         Washington, DC 20580
 9         202.326.3515
10         202.326.2485
11         mschaefer@ftc.gov
12         acollesano@ftc.gov
13
14    For the Witness:
15         MICHAEL BLANCHARD, ESQ.
16         Butch Boyd Law Firm
17         2905 Sackett Street
18         Houston, TX 77098
19         713.238.7724
20         mikeblanchard@butchboydlawfirm.com
21
22
23
24
25
```

---

230

```
 1                  I N D E X
 2   WITNESS: AZIM MAKANOJIYA
 3           INDEX OF EXAMINATIONS
 4                                   Page/Line
 5   By Ms. Schaefer                 234    5
 6   By Mr. Blanchard                481    8
 7        INDEX OF FURTHER EXAMINATIONS
 8   By Ms. Schaefer                 492   22
 9           INDEX OF EXHIBITS
10                                   Page/Line
11   Exhibit 23  F01-ZWB-00158729    244    9
12   Exhibit 24  F01-ZWB-00160409_Fwd 263   1
13               Complaints about this
14               order LQ220595753
15   Exhibit 25  F01-ZWB-00001414    275   11
16   Exhibit 26  F01-ZWB-00001539_52 fw_ 280  4
17               new fedex
18               accounts_FedEx-EXpress_00
19               000161
20   Exhibit 27  F01-ZWB-00001540_    282    4
21   Exhibit 28  F01-ZWB-00001423_native 282 13
22   Exhibit 29  F01-ZWB-00094840_native 290  5
23   Exhibit 30  Omnisend Spreadsheet 301    7
24   Exhibit 31  Ad Report           309    7
25
```

---

231

```
 1          INDEX OF EXHIBITS (Continued)
 2                                   Page/Line
 3   Exhibit 32  Microsoft Campaign  329   17
 4   Exhibit 35  F01-ZWB-00160061_native 344  23
 5   Exhibit 36  F01-ZWB-00168421_native_ 348  3
 6               You've received a full
 7               review that may need
 8               attention (Order ID
 9               220547718)
10   Exhibit 37  F01-ZWB-00168774_native_ 351  1
11               Not happy customer from
12               Wrist-Band.Com.htm
13   Exhibit 38  F01-ZWB-00000036_ZAAPPAAZ 352  3
14               _0000033_Return Policy
15   Exhibit 39  F01-ZWB-00000037_ZAAPPAAZ 354  3
16               _36_Zaappaaz Return
17               Procedure
18   Exhibit 40  F01-ZWB-00000061_ZAAPPAAZ 355  23
19               _0000078
20   Exhibit 41  Chart               358   12
21   Exhibit 42  F01-ZWB-00162889_native_ 408  5
22               ACCOUNT DOCUMENTS
23
24
25
```

1 (Pages 228 to 231)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

232

1          INDEX OF EXHIBITS (Continued)
2                    Page/Line
3    Exhibit 43  Business Application for   425   5
4          Texas First Bank Account
5          3965
6    Exhibit 44  F01-ZWB-00162910_STATEMEN  428  17
7          TS_TexasFirstBank_0000022
8    Exhibit 45  American Express        445  18
9          Production
10   Exhibit 46  F01-ZWB-00162977_STM VISA  454  16
11         Statements - MBR 24953546
12         - Member Name AZIM
13         MAKANOJIYA - Statement
14         Date 3-13-2020
15   Exhibit 47  F01-ZWB-00162438_Re      456  16
16         Zappaaz LLC-Wrist-Band
17         Chargeback Reduction
18         Template
19   Exhibit 48  F01-ZWB-00162479_RE List  457  17
20         of All Chargebacks in
21         2020
22   Exhibit 49  F01-ZWB-00162480_wrist    459  23
23         band CB report
24
25

233

1          INDEX OF EXHIBITS (Continued)
2                    Page/Line
3    Exhibit 50  F01-ZWB-00162328_Re      462  19
4          Braintree Risk Review
5          (Action Needed) - WB
6          Promotion
7    Exhibit 51  F01-ZWB-00162635_4-WBProm  466  12
8          otionPerformanceNotification
9          _Amazon0000004
10   Exhibit 52  F01-ZWB-00162649_AMAZON_   468  9
11         0000018
12   Exhibit 53  F01-ZWB-00158939_Fwd Chat  473  12
13         transcript on
14         wrist-band.com started on
15         Wednesday April 22 2020
16         at 1466 (GMT+0)
17   Exhibit 54  F01-ZWB-00001518_native   476  23
18   Exhibit 55  F01-ZWB-00001500          477  20
19
20              REPORTER'S NOTES:
21   QUOTATION MARKS ARE USED FOR CLARITY AND DO NOT
22        NECESSARILY REFLECT A DIRECT QUOTE
23
24   PROPER NAMES ARE PHONETICALLY SPELLED UNLESS
25        STATED ON THE RECORD

234

1              AZIM MAKANOJIYA,
2    was called as a witness and, after having been
3    first duly sworn, testified as follows:
4              E X A M I N A T I O N
5    BY MS. SCHAEFER:
6         Q.   Good morning, Mr. Makanojiya.
7         A.   Good morning.
8         Q.   So I just want to state for the
9    record, it is August 12th, 2021, and it is day two
10   of Zaappaaz, LLC's and Azim Makanojiya's
11   deposition in FTC v. Zaappaaz, LLC, et al.
12             So yesterday you walked me
13   through an example of the fulfillment process for
14   your promotional products, and now I want you to
15   walk me through the fulfillment process for
16   covered products starting at the end of March when
17   you started selling them going on forward.
18             So let's say -- I'll set this
19   up.  I go on to your website, it's, you know,
20   middle of April 2020, and I order 30 masks.  Tell
21   me what happens in the process next in terms of
22   the next steps involved in actually fulfilling the
23   order.
24        A.   Yeah, I think in the middle of
25   April, that's when we weren't able to ship

235

1    directly from China, so the order would come --
2         Q.   So let's start -- why don't
3    we -- so let's do this and let's do -- why don't
4    you walk me through an example when you were
5    shipping through China and then walk me through an
6    example when you were shipping from your
7    warehouse?
8         A.   Okay.  So if it was from China,
9    which was end of Marchish, order would come
10   through, it would go into the Chinese API system
11   or would flow into there and they would ship it
12   out and they would send us the tracking back.  So
13   the process is pretty much the same.
14        Q.   Okay.  So it was the same
15   process as you described yesterday --
16        A.   Very similar.
17        Q.   -- when we went over the
18   wrist-bands?
19        A.   Very similar, correct.
20        Q.   Okay.  And when someone first
21   orders a product, that information first goes into
22   your system, correct?
23        A.   Correct.
24        Q.   Is that correct?
25        A.   That's correct.

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

236

1    Q.    And then -- and then that
2    information from the order, which includes the
3    order date, the delivery date, the shipping days,
4    what is being ordered, the amount, that gets
5    transferred over to your Chinese counterpart or
6    trading agent; is that right?
7    A.    Correct.
8    Q.    They then take the information,
9    they fulfill the order; is that right?
10   A.    That's correct.
11   Q.    Then do they print the FedEx
12   label or the carrier label and ship it?
13   A.    That's correct.
14   Q.    And once they ship it -- well,
15   I'm sorry.
16            At what point does information
17   get sent back to your system?
18   A.    Once they ship it.
19   Q.    And once they ship it, what
20   exact information comes back to your system?
21   A.    The tracking number.
22   Q.    And the tracking number provides
23   what information that will then go into your
24   system?
25   A.    Just the tracking number goes

---

237

1    into our system.
2    Q.    And when the tracking order goes
3    into your system, does that allow you to see the
4    order -- well, you already have the order date,
5    the shipping days, the delivery date, because the
6    order originated with you.
7            So once you get the tracking
8    information, what does that information provide?
9    What are you able to discern from the tracking
10   information that --
11   A.    The system cannot -- it -- it
12   cannot decipher anything.  The system just
13   takes --
14   Q.    It can not be what?
15   A.    The system does not decipher the
16   tracking number.  It -- it just gets the tracking
17   number.  That's it.
18            Now, if I want to --
19   Q.    Okay.  And so --
20   A.    -- investigate further, I --
21   it -- I can't.
22            But there is -- the system does
23   not do anything.
24   Q.    Okay.  So it's just put --
25   dumping in the tracking number in there?

---

238

1    A.    That's it.
2    Q.    Okay.  So the system, you enter
3    an order, the system contains what was ordered,
4    the delivery date, the order date, the order
5    number, I assume, the shipping days.
6            When the information comes back,
7    the only additional information you get is the
8    tracking information?
9    A.    I believe so, that's correct.
10   Q.    And does your system -- well,
11   you testified yesterday that your system doesn't
12   contain information about inventory?
13   A.    That is correct.
14   Q.    And that information is
15   maintained by your trading partners; is that
16   correct?
17            MR. BLANCHARD:  Objection.
18   Form.  Calls for speculation.
19            MS. SCHAEFER:  Let me rephrase.
20   BY MS. SCHAEFER:
21   Q.    Is that information maintained
22   by your trading partners --
23            MR. BLANCHARD:  Objection.
24   Calls for speculation.
25

---

239

1    BY MS. SCHAEFER:
2    Q.    -- the inventory?
3    A.    I don't know.
4    Q.    So you don't -- your system
5    doesn't tell you anything about inventory; is that
6    right?
7    A.    No.
8    Q.    And you are unaware of the
9    inventory at any --
10            MR. BLANCHARD:  Objection.
11   BY MS. SCHAEFER:
12   Q.    -- given point in time?
13            MR. BLANCHARD:  Objection.
14   Misstates prior testimony.  Lacks
15   foundation.
16            THE WITNESS:  I don't know.
17   BY MS. SCHAEFER:
18   Q.    You don't know?
19   A.    I don't know how his business
20   operates, honestly.  How he keeps track of
21   inventory, if he does keep track, I do not know.
22   I mean, he's a reliable source of --
23   Q.    But let me ask --
24   A.    Yeah.
25   Q.    But you don't keep -- Zaappaaz

---

3 (Pages 236 to 239)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                  8/12/2021

240

1    doesn't keep track of the inventory?
2         A.    Zaappaaz does not.  Well,
3    Zaappaaz does not until -- there was a certain
4    time where on Shipping Easy, we were keeping track
5    of inventory.
6         Q.    Okay.  And so at what point did
7    that happen?
8         A.    Maybe December of 2020 when we
9    were able to build that system, I guess.  Maybe
10   December of 2020.
11        Q.    Well, then you -- okay.  So I
12   don't understand, because you testified yesterday
13   and just now that you don't maintain inventory
14   information, but now you're saying that as of --
15   oh, December -- the -- you said December 2020.
16   Okay.  I apologize.  December 2020.
17             Okay.  So that's a system
18   with -- when you're shipping directly from China.
19   And, actually, let me go back to 2020 and Shipping
20   Easy.  How does Shipping Easy allow you to, you
21   know, monitor inventory?
22        A.    You input your SKUs, you input
23   your quantities, and based on whatever order
24   Shipping Easy receives, it simply deducts the
25   quantities.

241

1         Q.    So it tells you about inventory
2    information after the order is placed?
3         A.    Correct.
4         Q.    Okay.  All right.
5              So now walk me through the
6    scenario when you started shipping from China to
7    your warehouse and other addresses and then
8    directly to consumers.  How did the fulfillment
9    process change?
10        A.    The order would go into
11   Shipping --
12        Q.    In terms of your -- go ahead.
13   Sorry.
14        A.    The order would go into Shipping
15   Easy, from our system to Shipping Easy.  Our
16   warehouse team would print the labels.  On the
17   labels it would say what needs to be shipped and
18   we would slap the labels on, package it, and put
19   it inside a FedEx trailer.
20        Q.    Okay.  And then that FedEx
21   information gets put into your system?
22        A.    That's correct, yes.
23        Q.    And how do you reconcile that
24   shipment information with the shipment information
25   coming from China?

242

1         A.    The tracking number.
2         Q.    And so I'm talking about you
3    know, the period when -- like March when you
4    started selling PPE onwards.  And let's...
5              So when you started selling PPE,
6    let's say from July -- from March through
7    August 2020, when consumers would call complaining
8    about the delays in their orders or shipping
9    delays, how do you -- how do your CRSS [sic]
10   obtain information about that consumer's order in
11   order to be able to help them?
12        A.    Say that again.
13        Q.    Okay.  So I'll set it up as an
14   example.  So a consumer calls, let's say, in
15   mid-April because they thought they were going to
16   get their order on one -- on a day that it turns
17   out it hasn't shipped, and so they call your
18   customer service line.
19              How do customer service
20   representatives access order information to be
21   able to help these consumers?
22        A.    The order number.
23        Q.    And do they use this database
24   we've been talking about?
25        A.    That's correct.

243

1         Q.    And when they pull up this order
2    by order number, tell me what they're able to see
3    about the order.
4         A.    The customer name, customer
5    billing, the charge, the product detail, any notes
6    on the order, the tracking, the IP address.
7         Q.    And so -- I'm sorry.  I'm sorry
8    I interrupted.
9              What was the last thing you
10   said?
11        A.    The IP address.
12        Q.    And if a label hasn't been
13   created, they can see that; isn't that -- is that
14   right?
15        A.    That is correct.
16        Q.    And if a label has been created
17   but shows no movement, they can see that as well?
18        A.    Not on the database itself.
19   They would have to go FedEx.com and put in the
20   tracking number.
21        Q.    Okay.  So -- and is that because
22   your system can't, you know, read this information
23   in any --
24        A.    Correct.
25        Q.    -- functional way?

4 (Pages 240 to 243)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

244

1    A.    Yeah, correct.
2    Q.    Okay.  Okay.
3         MS. SCHAEFER:  Is our next
4    exhibit going to be -- does anyone know
5    the last exhibit number?
6         MR. BLANCHARD:  According to
7    Agile, it's -- the next one will be 23.
8         MS. SCHAEFER:  Okay.  Thanks.
9         (Marked Exhibit 23.)
10   BY MS. SCHAEFER:
11   Q.    Okay.  Can you see what I've
12   marked as Exhibit 23?
13   A.    I do.
14   Q.    Okay.  You can -- you can go
15   ahead and read this email and then tell me when
16   you're done.
17   A.    Okay.
18   Q.    Okay.  Well, first of all, let's
19   go to page 3, which is the email receipt.
20   A.    Mm-hmm.
21   Q.    Are you there?
22   A.    I am.
23   Q.    Okay.  And so yesterday we had a
24   conversation about ordering on the website, and
25   when I asked if, you know, consumers could pick

---

245

1    shipping time on the website, you said no.
2         And so this shows, however, that
3    the shipping time is printed on the receipt; is
4    that right?
5    A.    I did not say they cannot choose
6    shipping time.  I said they choose a shipping
7    date.
8         MR. BLANCHARD:  Well --
9         THE WITNESS:  Yeah, so what I
10   mean by that --
11   BY MS. SCHAEFER:
12   Q.    Okay.  So -- well -- yeah.
13   A.    Yeah, visually when you go on my
14   site, it -- if today is the 12th, if you choose
15   the 13th, it'll say do you want your goods
16   delivered on the 13th, which would equate to a
17   one-day.  Does that make sense?
18   Q.    Okay.  And then the shipping
19   time here is one day.
20         So tell me what the -- what that
21   shipping time means --
22   A.    That shipping time means --
23   Q.    -- exactly?
24   A.    -- depending on when the
25   cutoff -- depending on when the cutoff is, I think

---

246

1    our cutoff on our website is 4:00 o'clock, I
2    believe, 4:00 P.M., anything within that date
3    would ship out the following day.
4    Q.    Okay.  And so what if it said
5    three days?
6    A.    It would be three days or
7    four days if it's after the cutoff date.
8    Q.    And is that -- is that it's
9    going to take four days in transit to get there?
10   I'm just trying to understand exactly --
11   A.    Yeah.
12   Q.    -- what that --
13   A.    Yeah.
14   Q.    -- shipping time means.
15   A.    Yeah, it means -- but it's only
16   business days.  Just keep that in mind.  So if
17   you're placing an order Friday --
18   Q.    Okay.
19   A.    -- your delivery date will show
20   Monday even though it's one day.
21   Q.    Okay.  So it cuts off at 4:00
22   and it's based on business days?
23   A.    Yeah.
24         Mike, if you could go up a
25   little?

---

247

1         Order date is March 30th.  March
2    has a 31st --
3    Q.    Yeah.
4    A.    -- in it?
5    Q.    Yeah.
6    A.    Just checking if March has a
7    31st in it.  I don't think so.  Or maybe it does.
8    I'm just trying to give you an explanation, how
9    this...
10   Q.    It does have 31 days, I believe.
11   A.    Okay.  So they -- this order was
12   placed on March 30th.  Order delivery date based
13   on the one day is April 1st.  So maybe it was
14   after the cutoff, that's why it's skipping the
15   31st and delivering on the 1st.
16   Q.    Okay.  Okay.
17         Let's go to the first page here.
18   Oh, so here, you know, it's April 8th.  A
19   consumer's complaining, and he says, you know,
20   he's called about six times but he keeps getting a
21   voicemail that's full.  And we've seen a lot of
22   complaints where people are complaining that they
23   can't get in touch with anyone.
24         Why was it so hard to get in
25   touch with a representative?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

248

1          A.    This is the peak of -- of -- I
2    don't know what word to use here.  This is the
3    peak of chaos at least around the world, I would
4    say.  Our India office was shutting down.  We were
5    transitioning from an office to an in-home just
6    like I mentioned yesterday.  Phone lines were
7    jamming up because of the number of calls we were
8    getting, or we didn't have people to answer calls,
9    chats.  Systems were going down.  We use tawk.to,
10   which is a third-party chat system, which was
11   having issues because of volume of customers that
12   they were getting, so that was causing a shutdown
13   there.
14          But that's -- I would say that
15   is probably the reason.
16      Q.    Okay.  I actually -- that brings
17   up a good point.
18          So here someone is -- how was
19   someone able to submit this complaint?  Is this
20   being submitted through your website?
21      A.    No.  This is an email.
22      Q.    Okay.  And you mentioned
23   tawk.to.
24          I -- what is -- what exactly
25   does -- services does it provide?

---

249

1          A.    Just like what you mentioned
2    yesterday, when you go on our website and you
3    initiate a chat, yeah.
4      Q.    And so this allows you --
5    provides the technology that allows you to
6    initiate the chat?
7      A.    Well, it allows the customer to
8    initiate the chat, yeah.
9      Q.    Okay.  Okay.
10          Let's go to the second
11   paragraph.  So here he's saying he received an
12   email saying that his order had shipped, but then
13   he goes and looks in the label and it shows that
14   it hasn't shipped.  And we've seen a lot of these
15   complaints.
16          Why would they be telling a
17   customer that something shipped when it didn't?
18   Why would Zaappaaz be emailing the customer that
19   something shipped when it didn't?
20      A.    I believe it was already
21   shipped.
22      Q.    Then -- okay.
23          And why didn't he receive it?
24   Well, no, let me back up.
25          Why did the label say that there

---

250

1    was no movement?
2          A.    Which -- which second --
3          MR. BLANCHARD:  Objection.
4    Lacks foundation.
5          THE WITNESS:  Which tracking --
6    which second paragraph are you
7    referring to?  I don't --
8    BY MS. SCHAEFER:
9      Q.    Okay.  So -- I'm sorry.  The
10   third para- -- I'm -- the third paragraph.
11      A.    Okay.  Yeah.  Okay.  That's
12   what -- okay.
13          I don't think -- I don't think
14   my sales -- I just want to clarify your statement.
15   I don't think my sales team said anything in
16   regards to that the order's been shipped, but my
17   system did send an email.  Like I mentioned, after
18   a tracking gets updated, a -- an email goes to our
19   customers.  So I think that's what it states in
20   the third paragraph, just to be clear.
21      Q.    So are you saying emails
22   automatically gets generated?
23      A.    I mentioned that yesterday,
24   yeah.  Once we receive a tracking number, we
25   forward that on to the customer.

---

251

1          Q.    And did that ever -- did you
2    ever put a stop to that process?
3      A.    No.
4      Q.    So they continued to get emails
5    saying things had been shipped even though they
6    hadn't necessarily been shipped?
7          MR. BLANCHARD:  Objection.
8    Argumentative.  Misstates prior
9    testimony.
10          THE WITNESS:  I don't agree,
11   but...
12   BY MS. SCHAEFER:
13      Q.    What do you -- what do -- what
14   don't you agree with?
15          MR. BLANCHARD:  Objection.
16   Argumentative.
17          THE WITNESS:  That it hasn't
18   been shipped.
19   BY MS. SCHAEFER:
20      Q.    But you just said -- you
21   testified that emails would automatically get
22   generated but that didn't necessarily mean items
23   had shipped?
24          MR. BLANCHARD:  Objection.
25   Misstates prior testimony.

---

6 (Pages 248 to 251)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

252

1          THE WITNESS:  I did not say
2     that.  I said once -- so I -- I did not
3     say that, yeah.
4     BY MS. SCHAEFER:
5          Q.    Okay.  What did you say?
6          A.    In regards to what?
7          Q.    When a customer would place an
8     order, would an email -- when would the customer
9     receive the email?
10          MR. BLANCHARD:  Objection.
11     Vague.
12          THE WITNESS:  The customer would
13     receive an email once they place an
14     order.  That's an order confirmation
15     receipt, which you see in page
16     number 3.  That's the first email you
17     would receive.  Okay?  Once the order
18     is processed from our shipping
19     department when they literally print
20     out a shipping label, that is the
21     second email that they would get, which
22     is an email -- which is a tracking
23     confirmation.
24          So I just want to clarify those
25     two things.

253

1     BY MS. SCHAEFER:
2          Q.    And is a -- does -- what does
3     the tracking confirmation show?
4          A.    A tracking number, which is what
5     the customer is referencing here.
6          Q.    And just because they receive a
7     tracking number, that doesn't necessarily mean it
8     has shipped?
9          A.    That means we have placed -- if
10     it's coming from our warehouse, that means it's
11     placed in the hands of FedEx's trailer.
12          Q.    Okay.  And if it's coming -- if
13     it was coming from China?
14          A.    I don't know how their processes
15     work.
16          Q.    Do you know how the processes
17     work in terms of Zaappaaz generating emails about
18     those shipments?
19          A.    Of which shipments?
20          Q.    When you were shipping directly
21     from China to customers in the U.S., you would --
22          A.    From the U.S.?
23          Q.    When -- you just gave me an
24     example of when you ship from your warehouse, that
25     the email gets generated when you place -- the

254

1     email gets generated when you place the product in
2     the FedEx trailer?
3          A.    Sure.  Okay.
4          Q.    I guess I'm -- let me back up.
5     I guess I'm just getting confused about the email
6     and the generation of this -- the -- the email and
7     the generation of the tracking label.
8          So we have instances where
9     you're sending it out of the warehouse and then
10     you had instances when you were sending from China
11     directly to the consumers, right?
12          A.    Correct.
13          Q.    Okay.  So let's start with from
14     China directly to the consumers.  So someone
15     orders a product and the information gets put in
16     your system.  The information, that gets sent over
17     to China to your trading partner.
18          At that point, is an email
19     generated to the customer?
20          A.    Step back just a couple of
21     words.  At what point?
22          Q.    At what point?
23          A.    Repeat your question.  I'm
24     sorry.
25          Q.    Okay.  So someone orders a

255

1     product.  This product is going to be delivered
2     from China directly to the consumer.  You order
3     the product, the information gets sent over to the
4     broker because they have to fulfill the product.
5     Your -- this -- emails automatically get generated
6     when someone orders the product, and you just said
7     that these -- you get confirmation of tracking
8     label having been created.
9          Those are two notices that get
10     generated from an order; is that right?
11          A.    I don't think you're
12     understanding it, but I don't want to say
13     you're --
14          Q.    Okay.  Well, then --
15          A.    -- it's right, but --
16          Q.    -- explain --
17          A.    -- yes.
18          Q.    -- it to me.
19          I don't think I am either.  So
20     explain it to me.
21          A.    Like, tell me what you want me
22     to explain.  I -- it's not a question.
23          MR. BLANCHARD:  Hold on, hold
24     on, hold on.  Everybody take a minute
25     here.  Take a beat.  Just listen real

7 (Pages 252 to 255)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                            8/12/2021

---

256

1      carefully to her question and answer
2      it. Okay?
3          So, Michelle, if you could
4      re-ask it, please.
5          MS. SCHAEFER:  Okay.
6   BY MS. SCHAEFER:
7      Q.   All right.  So when -- I guess
8   let's back up.  Someone places an order on your
9   website.  What gets generated from that order in
10  terms of documents that then get sent to the
11  consumer?
12     A.   Okay.
13     Q.   Do they automatically receive --
14  and I can break this -- do they automatically
15  receive an email?
16     A.   I'm going to clarify the
17  process, so I guess maybe that might answer your
18  question so we're not going back and forth and
19  you're not assuming.  But when you place an order,
20  literally two or three seconds after your order
21  has been placed, you get a confirmation email,
22  which is -- on this Exhibit No. 23, it's page
23  number 3.  Are we clear on that?
24     Q.   Okay.
25     A.   So that's email number one.

---

257

1   Okay?
2          Email number two.
3          MR. BLANCHARD:  Hold on.
4   BY MS. SCHAEFER:
5      Q.   And that email gets generated
6   irregardless of whether the warehouse is shipping
7   or whether China is shipping; is that right?
8      A.   That is correct.
9      Q.   The email.  Okay.
10     Then?
11     A.   Okay.  Instance number two is
12  when whoever is shipping, either it's my warehouse
13  or if it's China, is shipping, we send out -- once
14  we receive back from Shipping Easy or we receive
15  API tracking back from China, once my system
16  receives it, within five to ten minutes it
17  automatically sends out an email to the customer
18  saying your order has shipped, this is your
19  tracking.
20     Q.   And that -- and that gets
21  generated automatically?
22     A.   What gets generated
23  automatically?
24     Q.   I'm sorry.  The label.  The
25  message "This order has shipped."

---

258

1      A.   Once we receive a tracking
2   number, yes.  Yeah.
3      Q.   Okay.  Okay.
4          All right.  Let's go to -- let's
5   go to the fourth paragraph.  So then he contacts
6   customer service again and he's told that -- that
7   it was shipping and it would arrive on April 7th,
8   but then again he contacted FedEx and he saw that
9   it hadn't moved, the package hadn't moved.
10         So why would the customer
11  service representative be telling a consumer that
12  something had shipped or would arrive when it
13  hasn't even -- that something would arrive on a
14  certain day when it hadn't even shipped?
15         MR. BLANCHARD:  Objection.
16  Lacks foundation.  Calls for
17  speculation.  Argumentative.
18         THE WITNESS:  Yes, FedEx
19  automatically generates a delivery date
20  when a shipping is done.  When a
21  shipping label is created, it
22  automatically generates a shipping
23  date.  Even coming from China or coming
24  domestically, once you create the
25  label, it tells you what is the

---

259

1      estimated delivery date.  So as a CSR
2   rep, he's looking at the tracking and
3   he's estimating that, hey, this is what
4   FedEx is saying and he's relaying that
5   information to the customer.
6   BY MS. SCHAEFER:
7      Q.   Okay.
8          MR. BLANCHARD:  Hey, Michelle, I
9   need a quick break.  I just had too
10  much coffee this morning.
11         MS. SCHAEFER:  Okay.  Sure.
12         MR. BLANCHARD:  Thanks.
13         MS. SCHAEFER:  Okay.
14  Five minutes?
15         MR. BLANCHARD:  Yep.
16         MS. SCHAEFER:  Ten?
17         MR. BLANCHARD:  Five is fine.
18  Thanks.
19         MS. SCHAEFER:  Okay.
20         (Off the record from 11:08 until
21  11:20.)
22  BY MS. SCHAEFER:
23     Q.   Okay.  Let's go back to
24  Exhibit 23 for just a moment.
25         So the top string shows that the

---

8 (Pages 256 to 259)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

260

1    consumer actually ended up emailing Mike, who, as
2    we established yesterday, goes to you and Khalil;
3    is that right?
4        A.    That's correct.
5        Q.    And how would they have been
6    given, you know, your contact information?
7        A.    It's on the contact us page, I
8    believe, or Khalil. I don't know. Can you -- can
9    you scroll up one. Who was it sent to? Mike is
10   on the website, Chandler is on the website, and I
11   think accounting is on the website. I don't think
12   Khalil --
13       Q.    Okay.
14       A.    -- was specifically mentioned on
15   there --
16       Q.    Okay.
17       A.    -- on the sort of...
18       Q.    And I have a question about
19   Chandler Liu and his operation.
20            So when you were experiencing
21   all these delays and logistical nightmares, were
22   you in you constant communication with Chandler
23   Liu about the delays and the FedExs and the
24   shipments?
25       A.    On a -- probably three, four

261

1    times a week for sure, yes.
2        Q.    And what kinds of issues would
3    you discuss related to --
4        A.    We would --
5        Q.    -- you know, the --
6        A.    Not necessarily issues. We
7    would just discuss. But issues, number of orders.
8    If there was any Chinese updates that they were --
9    they were experiencing, firsthand account before
10   we would get -- relay the information.
11       Q.    Did your customer service
12   representative ever have contact with Chandler Liu
13   about orders?
14       A.    Fatima and Erose had contact
15   with Chandler Liu.
16       Q.    Was it continuous contact?
17            MR. BLANCHARD: Objection.
18   Calls for speculation.
19            THE WITNESS: They had direct
20   contact with them. I don't know if
21   they continued. I -- if I had to
22   assume -- I don't know. I don't -- but
23   they -- they -- they did have access to
24   them.
25

262

1    BY MS. SCHAEFER:
2        Q.    They -- I didn't hear what you
3    just said.
4        A.    They did have access to him if
5    they needed to.
6        Q.    Okay. Do you know what issues
7    they would discuss --
8        A.    I do not, no.
9        Q.    -- related to delays?
10       A.    I do not, no.
11       Q.    And the Khans, did they -- where
12   did they live?
13       A.    India.
14       Q.    Do they have any relation to
15   Amsterdam at all?
16       A.    Amsterdam?
17       Q.    I just -- I'm -- I'm asking,
18   there's a lot of expenses on some of your bills
19   that note Amsterdam, and I was just curious.
20       A.    I don't recall anything with
21   Amsterdam. I'm sorry. Maybe if you referenced
22   it, but I don't --
23       Q.    No, the --
24       A.    Yeah.
25       Q.    Okay. Okay.

263

1            (Marked Exhibit 24.)
2    BY MS. SCHAEFER:
3        Q.    Okay. So you can read this and
4    then just tell me when you're ready.
5        A.    Can you scroll down?
6            Correct.
7        Q.    Okay. Okay.
8            Well, let me just ask off the
9    bat. So this is October 15th after we filed the
10   complaint, and why -- were they still guaranteeing
11   the delivery on your website?
12       A.    Sorry. Sorry, Michelle.
13   Just -- can I see page 2 on this?
14            Okay. I'm sorry. Go ahead,
15   Michelle. Sorry.
16       Q.    Okay. So this was after we
17   filed the complaint.
18            Were you still guaranteeing
19   delivery on your website?
20       A.    I think the direction was
21   clearly given to my team to not guarantee delivery
22   dates. I believe we updated the website.
23       Q.    And outside of the website,
24   what -- how else would they be able to guarantee?
25   Would it be through negotiations with customers?

9 (Pages 260 to 263)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                    8/12/2021

---

264

1          MR. BLANCHARD:  Objection.
2    Compound.  Objection.  Lacks
3    foundation.  Objection.  Calls for
4    speculation.
5          THE WITNESS:  Yeah, I'm sorry.
6    I don't understand your question.
7    BY MS. SCHAEFER:
8          Q.    Okay.  Well, here you're telling
9    them in the future we need to let customers know
10   that delivery is not guaranteed.
11         So clearly they were
12   guaranteeing delivery --
13         A.    Before this date?
14         Q.    -- is that right?
15         A.    Before this date, yes, probably.
16         Q.    Okay.  And how were they --
17   through what mechanism were they guaranteeing
18   delivery?
19         A.    On our website it said
20   guaranteed delivery date.
21         Q.    Okay.  Let's start -- I just --
22   I want -- I want to walk through this email.  So
23   let's start with the very first string.
24         Do you know whether this order
25   relates to Zaappaaz --

---

265

1          A.    This does relate --
2          Q.    -- or --
3          A.    -- to --
4          Q.    -- Ionized?
5          A.    -- Zaappaaz.
6          It -- it's --
7          Q.    It does.  Okay.
8          A.    -- Zaappaaz's order.
9          Q.    Okay.  How can you tell?
10         A.    The LQ and the order sequence.
11         Q.    Okay.  And who is sending you
12   this email?  Because it's -- I can't tell.
13         A.    From -- well, if you could --
14   this is coming from Starling, one of Chandler's
15   CSRs or someone's -- someone from Chandler's team.
16         Q.    Okay.  Who is Ryan Liu?
17         A.    Someone from -- I believe that's
18   his nephew, but he works for him.
19         Q.    And what about that Steve CN?
20         A.    I -- I don't know him
21   personally, but I would say he's, again, from
22   Chandler's team, maybe.
23         Q.    Okay.  And so why was the
24   customer complaining to Chandler Liu?
25         A.    I don't think the customer is --

---

266

1    yeah, I don't think the customer is --
2          Q.    What's that?
3          A.    Yeah, I don't think the customer
4    is complaining to Chandler Liu in this case.
5          Q.    Okay.  Who are they complaining
6    to?
7          MR. BLANCHARD:  Objection.
8    Calls for speculation.
9          THE WITNESS:  Yeah, I think this
10   is an email, Chandler -- Chandler
11   messaging me.
12   BY MS. SCHAEFER:
13         Q.    Yeah?
14         A.    Correct.
15         I -- I'm sorry.
16         Q.    Where is -- he's mess-...
17         A.    Yeah, Chandler is complaining --
18         Q.    I -- I don't --
19         A.    -- to me, if that's -- if that's
20   what you're asking, yeah.
21         Q.    Okay.
22         A.    I don't think the customer is
23   involved --
24         Q.    And --
25         A.    -- in this situation.

---

267

1          Q.    So the very fir- -- I see "Hey,
2    Khalil, the customer complained about the delay of
3    the order."
4          Who -- who -- who's sending that
5    email?
6          A.    That is my CSR team complaining
7    to Chandler.
8          Q.    But calling him Khalil?
9          A.    Can you -- can you pinpoint
10   which -- which thread you're --
11         Q.    Okay.  So I'm on the first --
12   I'm on the first string, the very first one where
13   it says "Hey, Khalil, the customer complained
14   about the delay of the order and need full
15   refund."
16         A.    Okay.
17         Q.    Who is sending that email to
18   Khalil?
19         A.    That is China sending it to us.
20         Q.    Okay.  And by "China," you mean
21   Chandler Liu's operation?
22         A.    Correct.
23         Q.    Okay.  Why is the customer
24   complaining to them directly instead of to you,
25   Zaappaaz?

---

10 (Pages 264 to 267)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

268

1    A.    They're not complaining to -- to
2  Chandler. My CSR team probably messaged them
3  about this order, and then Khalil is the manager
4  who actually works directly with China, or Fatima
5  and Erose work directly with China, so they're
6  basically relaying the message and saying, look,
7  this is the situation.
8       Q.    And what is the situation?
9  Explain to me what the situation is. What are
10  they --
11            MR. BLANCHARD: Objection.
12       Calls for speculation.
13            THE WITNESS: I don't know
14       specifically this order, but in this
15       case, the customer complained about a
16       delay of the order and needs a full
17       refund, which we probably gave a full
18       refund. That's not the question here.
19       The -- what we are trying to obtain
20       here is we are trying to get a refund
21       from Chandler because he has charged us
22       full, but we refund the customer in
23       full. So I think my CSR team is trying
24       to get a refund back from the vendor.
25       I think that's --

269

1  BY MS. SCHAEFER:
2       Q.    Okay.
3       A.    -- the situation here.
4       Q.    Okay. But then -- so he said
5  that they shipped it on the 5th, delivery date is
6  on the 14th. And then he mentions National Day of
7  China. And then that they immediately contacted
8  UPS and asked them to help with special treatment.
9       So was the fact that it was the
10  National Day of China delaying the order?
11       A.    No. I think this is at the peak
12  of what I mentioned, of chaos. So a lot of things
13  were moving. But it was shipped out on -- if it
14  was shipped out on time, it should have left on
15  time before the national holiday. But I
16  believe -- I believe our website updated
17  accordingly to the national holiday. And what I
18  mean by "updated," meaning we updated delivery
19  dates to block those delivery dates as an option.
20       Q.    Well, then why wouldn't you have
21  blocked this consumer from ordering?
22       A.    Because it was shipped before
23  the national holiday.
24       Q.    And why -- he's saying masks are
25  special -- as you know, masks are special items

270

1  and the delivery date is not guaranteed?
2       A.    They are a special item that --
3       Q.    Why are masks -- why were masks
4  a special item?
5       A.    Because they are a special item
6  because of the new regulation that I was referring
7  to that took place around that time.
8       Q.    And so it would take -- would it
9  take longer to make them, or were they more
10  regulated so it was harder to get them out of the
11  country?
12       A.    Regulated.
13       Q.    Okay. And then the next --
14  let's go to the next string where it looks like
15  the -- he's talking directly to you.
16            MR. BLANCHARD: Can you move the
17       exhibit sticker, Michelle?
18            MS. SCHAEFER: Yeah.
19  BY MS. SCHAEFER:
20       Q.    So he -- he's saying he can't
21  guarantee delivery; is that right?
22            MR. BLANCHARD: Objection.
23       Calls for speculation.
24            THE WITNESS: Where are you,
25       Michelle? If you can just...

271

1  BY MS. SCHAEFER:
2       Q.    It's on the last page right
3  above the first string, what we can guarantee.
4       A.    Yeah, Michelle, I don't know
5  anything about this order. But it says also
6  there's no special note about a delivery date when
7  this order is placed, so I don't know if the
8  customer requested a special date or -- I -- I
9  can't speculate on that. But -- but if you are --
10  if your question is they're saying that as you
11  know masks are special items and the delivery date
12  is not guaranteed, that is what they're stating,
13  correct.
14       Q.    And if they could not guarantee
15  delivery dates, how was it that you could,
16  Zaappaaz could guarantee delivery dates?
17            MR. BLANCHARD: Objection.
18       Foundation. Objection. Misstates
19       prior testimony.
20            Can I say something, Michelle?
21            MS. SCHAEFER: Sure.
22            MR. BLANCHARD: I mean, I'm
23       talk- -- we talking about a -- I mean,
24       October of 2020 here, right? So I
25       don't think we know that delivery was

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

272

1    guaranteed.
2         MS. SCHAEFER:  Well, I
3    understand that.  But clearly
4    Mr. Makanojiya is saying to Fatima and
5    Khalil stop guaranteeing, and it seems
6    like they still are guaranteeing PPE
7    items and delivery dates.  I -- I --
8    so...
9    BY MS. SCHAEFER:
10        Q.    So then it also -- he says
11   "Delivery times, we cannot guarantee.  This item
12   is really special.  We need to spend a lot of
13   manpower to solve and track this shipment
14   problem."
15             What is he referring to in terms
16   of spending manpower to solve and track the
17   shipment problem?  Isn't that your CSRs'
18   responsibility?
19        A.    The shipping problem?  This
20   is -- this is happening in China, so I don't think
21   it's -- has anything related to my CSRs.  This is
22   something to do with the logistics in China.  I
23   believe it's involving customs, FedEx, whatever it
24   may be.  I -- I don't know.  I don't know what
25   they mean by "shipping problems."  But this is --

273

1    this is happening in China, so I don't think my
2    CSRs are related in this.
3         MR. BLANCHARD:  Michelle, can
4    you tell me where this document -- is
5    this from our production?
6         MS. SCHAEFER:  Yeah.
7         MR. BLANCHARD:  Okay.
8         MS. SCHAEFER:  Yep.
9    BY MS. SCHAEFER:
10        Q.    Okay.  So the second-to-last,
11   the second string from the top, we can do half and
12   half this time, so what does that mean?
13        MR. BLANCHARD:  Objection.
14        Calls for speculation.
15        THE WITNESS:  Chandler is --
16        Chandler's team is saying they would
17        issue us 50 percent of whatever they
18        spent, whatever they charged us.
19   BY MS. SCHAEFER:
20        Q.    And who's your -- your customer
21   service team?  Is that your CSRs?
22        A.    Where?  I'm sorry.  I...
23        Q.    So the same string, at the same
24   time I would like -- I would like to want you to
25   emphasize to your customer service team?

274

1         A.    That is China telling us.
2         Q.    Who's your customer service
3    team?
4         A.    Who is my customer service team?
5         Q.    Yeah.
6              Is it Fatima and Khalil -- or
7    Khalil?
8         A.    I mean, they're -- they're the
9    managers.  I mean, and the -- the information
10   trickles down from them, but I -- I think -- yeah,
11   that's -- that's the protocols.
12        Q.    Okay.  And I guess in the same
13   string, and the delivery problem explained to the
14   final customer, what -- what is the delivery
15   problem?
16        A.    What the world is going through
17   with the logistical issues with FedEx, UPS,
18   customs, U.S. Customs, U.S. shutdowns.  I mean,
19   all of those --
20        Q.    But it sounds -- okay.
21        A.    Yeah.
22        Q.    But it sounds like he's talking
23   specifically about mask products, not all products
24   in general when --
25        A.    Well, I mean, this

275

1    order specif- -- yeah, this order specifically is
2    relating to masks.  I don't think he would refer
3    to anything else if it's -- we're referring to a
4    specific order, which is mentioned on the subject,
5    so I don't think he would --
6         Q.    Yeah.
7         A.    -- mention anything else.
8              But -- but I don't think he's
9    specifically referencing masks here, but it's --
10   he's talking in regards to the order.
11             (Marked Exhibit 25.)
12   BY MS. SCHAEFER:
13        Q.    Okay.  Do you see Exhibit 25?
14        MR. BLANCHARD:  Where do you
15        want him to go in the exhibit?
16        MS. SCHAEFER:  Yeah, we can just
17        read it.  You know what?  I can...
18        MR. BLANCHARD:  It's 35 pages.
19        MS. SCHAEFER:  Yeah, I'll tell
20        you.  Let's start on page 3.
21   BY MS. SCHAEFER:
22        Q.    So this is Ionized sending an
23   email to FedEx.
24             Is this you sending the email?
25        A.    I'm not sure, but -- I'm not

12 (Pages 272 to 275)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

---

276

1    sure.
2        Q.    You're not sure?
3        A.    No.
4        Q.    Well, if you scroll up above,
5    Samuel Pang is saying "Hi, Azim."
6           So does that refresh your
7    recollection?
8        A.    The company interchanges and
9    uses my name all the time, but I -- I'm not sure.
10       Q.    Okay.  Well, so did Ionized get
11   a contract with the City of Houston for PPE?
12       A.    We did.
13       Q.    And you wanted -- because of
14   this contract, you reached -- did you reach out to
15   FedEx to get an exception to the, you know, weight
16   rules you were talking about yesterday?
17       A.    I don't believe so.
18       Q.    You didn't get an exception?
19       A.    I don't believe so.
20       Q.    Okay.  Well, let's go to the
21   next string where Sam Pang -- who is Samuel Pang?
22       A.    I don't -- I don't know who
23   Samuel Pang is.  I -- I believe I found him from
24   LinkedIn.
25       Q.    Okay.  So he says "Hi, Azim.

---

277

1    The request is acknowledged and we will reach
2    Chandler Liu to contact to get more details about
3    this urgent PPE shipping."
4           Why would they have to contact
5    him --
6           MR. BLANCHARD:  Objection.
7    Calls for --
8    BY MS. SCHAEFER:
9        Q.    -- in order...
10          MR. BLANCHARD:  -- speculation.
11          THE WITNESS:  The request is --
12       the request is acknowledged and we have
13       reached out --
14   BY MS. SCHAEFER:
15       Q.    Do you know why FedEx would have
16   to contact Chandler Liu in order to accommodate
17   this request to fulfill the order for the City of
18   Houston?
19       A.    Doing everything in my powers to
20   get shipment moved from China, because this looks
21   like it's -- new rules are being implemented and
22   we are completely in the blind.  So Chandler is
23   the guy that's shipping there, so I guess that's
24   why he contacted him on what can be done.
25       Q.    Okay.  Okay.

---

278

1            So then let's go to the next
2    string where it says "Hi, Samuel.  We have
3    3,000 kilograms urgent PPE supplies."
4            And so is this you asking him or
5    is this your partner?
6        A.    I'm going to say I'm -- I -- I'm
7    aware of this emai- -- I don't know if I wrote it
8    personally, but I am aware of all these emails,
9    yes.
10       Q.    Okay.  Okay.
11           And so he writes back, and he
12   wants to make sure that it's for a government
13   authority.
14       A.    Okay.
15       Q.    Because it seems as if they're
16   prioritizing government orders over commercial
17   orders.
18           Were you aware of that at the
19   time?
20       A.    Prioritizing?  I would assume
21   so.  I cannot speculate on -- on what FedEx was
22   doing, but I believe that would be a more sensible
23   thing to do at that time, yes.
24       Q.    Okay.  And then you respond "All
25   of our orders are from cities and counties"?

---

279

1        A.    For Ionized, I believe so at
2    that time, that is correct.
3        Q.    Okay.  Okay.
4            So let's go up to -- I'm on
5    page 1 now, and it's when -- the string on
6    Wednesday April 1st, 2020, we need the formal
7    letters from the government officials.
8            So they're asking for the
9    purchase orders, is that right, as proof --
10       A.    Something, yeah, that --
11       Q.    -- that the government --
12       A.    Some -- something that shows --
13   yeah, something that shows.
14       Q.    Okay.  And so it looks like you
15   submitted those orders?
16       A.    Correct.
17       Q.    And were all these orders to
18   Ionized?
19       A.    I think you can tell from -- I
20   believe so, but it should show on the purchase
21   order if they were for Ionized or who were they
22   for.
23       Q.    Okay.  I have them.  They were
24   for Ionized.
25       A.    Yeah.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

280

1      Q.    And did you get approval or not?
2      A.    Yeah, I mentioned earlier, I
3  don't think so, anything happened in this case.
4      (Marked Exhibit 26.)
5  BY MS. SCHAEFER:
6      Q.    Okay.  I just marked Exhibit 26.
7      Who is Darren Schmidt?
8      A.    He is a domestic FedEx agent.
9      Q.    And did you -- did Zaappaaz deal
10  with him?
11      A.    Zaappaaz did deal with him on a
12  regular basis, yes.  He is our FedEx agent for
13  domestic side.
14      Q.    Is he Ionized's agent as well?
15      A.    He is -- Ionized is also --
16  well, we have a main FedEx account and all of the
17  accounts are linked with -- with that, that's
18  correct.  So he is our agent.  As of last month he
19  is not, but, yes, he was our agent at that time.
20      Q.    What -- you just all the -- all
21  the accounts are linked?
22      A.    Yeah.  I'm --
23      Q.    Does that --
24      A.    -- the common --
25      Q.    -- mean that Ionized --

---

281

1      A.    Yeah, I'm the common denominator
2  in all companies, so it makes economical sense for
3  me to leverage my FedEx rates.  So we have one
4  master FedEx account, and any company that I own,
5  I have additional FedEx accounts under them so I
6  can -- I can leverage the same FedEx rates.
7      Q.    Is the master account under
8  Zaappaaz or Ionized?
9      A.    Zaappaaz.
10      Q.    So were 20 -- well, 20 new
11  Ionized accounts were created.
12      Why were 20 new Ionized created
13  on April 2nd?
14      A.    This was a tactic that was --
15  that we used to create additional accounts because
16  China was limiting a hundred kilos per account
17  during this time.  They put limitations on how
18  much shipment can go out per account from China,
19  so for us to bypass that, we created 20 new
20  Ionized FedEx accounts so we could ship
21  2,000 kilos from China without having the
22  restriction.
23      Q.    Okay.
24      So do you see this spreadsheet?
25      MR. BLANCHARD:  No.

---

282

1      MS. SCHAEFER:  Hmm...
2      MR. BLANCHARD:  Oh, here we go.
3  Yes.
4      (Marked Exhibit 27.)
5  BY MS. SCHAEFER:
6      Q.    Okay.  I don't see the exhibit
7  sticker, but I marked it as -- I marked this as
8  Exhibit 27.
9      Are these the 20 new accounts
10  that you created?
11      A.    Looks like it.  Yeah, I think
12  so.
13      (Marked Exhibit 28.)
14  BY MS. SCHAEFER:
15      Q.    Okay.  So I marked this email as
16  Zaappaaz 28.  And I just want to focus on this
17  string between Barry Xu and Marco.
18      Who is Barry Xu?
19      A.    Someone that I found from
20  LinkedIn as well.
21      Q.    Okay.  So let's start with the
22  second paragraph.  To make a long story short,
23  Zaappaaz is an account under Ionized, LLC.
24      And I think you just testified
25  that they're linked, that -- that Ionized is an

---

283

1  account under Zaappaaz; is that right?
2      A.    I would -- I believe so, then,
3  yes.
4      Q.    Okay.  So he -- is he flipping
5  it?
6      A.    I'm sorry?
7      Q.    Is he -- I mean, you said that
8  Ionized was -- they're all linked, but Ionized is
9  basically under Zaappaaz's master account?
10      A.    Yeah.
11      Q.    But here it seems as if he's
12  flipping it and saying that Zaappaaz is under
13  Ionized's account?
14      A.    He's saying Ionized is under
15  Zaappaaz -- or, no, I- --
16      Q.    Okay.
17      A.    -- that Zaappaaz is under
18  Ionized, but, yes, it -- one of those -- okay.
19      I -- I'm not sure.
20      Q.    But which one is -- I mean, is
21  there -- is there a master and a sub?
22      A.    I don't think it holds any
23  purpose.  I mean, they have their own buildings.
24  But I don't know -- I don't know who's -- I don't
25  know how their structure is set up, but they have

---

14 (Pages 280 to 283)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                   8/12/2021

---

284

1  their own buildings, I would -- I guess.  No, not
2  guess.  They do have their own buildings.  I just
3  don't know how they're structured.
4      Q.    When you say "they," what are
5  you referring to?
6      A.    FedEx.
7      Q.    The accounts?
8          Are you saying you don't know
9  how FedEx structures these accounts?
10     A.    I'm sorry?
11     Q.    Are you saying you don't know
12  how FedEx structures these accounts?
13     A.    That's correct, yeah.
14     Q.    Okay.
15     A.    For us --
16     Q.    When you created the --
17     A.    For us, Zaappaaz is an
18  account -- yeah, go ahead.
19     Q.    I'm -- I'm sorry.
20          What?
21     A.    For us, Zaappaaz is an
22  individual account.  Ionized is an individual
23  account.  It's just -- we don't know how they
24  structure it on FedEx's side.  It's irrelevant to
25  us.

---

285

1      Q.    But do you use the accounts
2  interchangeably to ship?
3      A.    We do.  Not the master accounts,
4  not the main accounts, but like
5  Ionized 1 through 20 that was created, they were
6  used interchangeably.
7      Q.    Oh, okay.
8          Are there master Ionized
9  accounts that are not used interchangeably or are
10  all of the Ionized accounts used interchangeably?
11     A.    No.  So there's -- I think
12  Zaappaaz 1 and 2, there was no point of using them
13  interchangeably.  Those were specifically
14  Zaappaaz, I believe.  Maybe in some instances they
15  were used interchangeably.  I -- I can't tell you
16  what they were, but -- I don't know.  But most of
17  the time, the main accounts for Ionized, Zaappaaz,
18  any other companies, were strictly for those
19  companies.  If we used it interchangeably, it was
20  for strategic reasons to ship the goods out from
21  China.
22     Q.    So you were you using both
23  accounts to ship goods out of China and those
24  goods were fulfilling both Ionized customers and
25  Zaappaaz customers?

---

286

1          MR. BLANCHARD:  Objection.
2  Misstates prior testimony.
3          THE WITNESS:  Correct.
4          MR. BLANCHARD:  Withdraw the
5  objection.
6  BY MS. SCHAEFER:
7      Q.    Okay.  So let's go -- okay.  So
8  it looks like the -- you know, that second
9  paragraph is talking about, you know, you've got
10  this contract with the City of Houston.
11          Do you know what the 5K push
12  pull cooperation refers to?
13     A.    What paragraph is that?
14     Q.    It's the second one still.
15          It says "Jimmy Higham is the IAE
16  for this account and contacted us in early April
17  on 5K push pull cooperation."
18          MR. BLANCHARD:  Objection.
19  Calls for speculation.
20          THE WITNESS:  I don't know where
21  she's reading that.  What page is that?
22          MR. BLANCHARD:  So it's --
23  BY MS. SCHAEFER:
24     Q.    Oh, I'm on the first page,
25  the --

---

287

1          MR. BLANCHARD:  The very last
2  sentence of paragraph 2.
3          THE WITNESS:  Oh, okay.
4          I -- I don't know.
5  BY MS. SCHAEFER:
6      Q.    Okay.  Okay.
7          Let's go to the third sentence
8  of this paragraph.  So was -- is this -- referring
9  to the volume control was relaxed, 300 kilograms
10  per consignee, is that -- was that relaxed for
11  Zaappaaz?  For Ionized?
12          MR. BLANCHARD:  Objection.
13  Calls for speculation.
14  BY MS. SCHAEFER:
15     Q.    I'm gue- -- I'm wondering if you
16  know -- when he says our volume control is relaxed
17  at 300 kilograms per consignee was allowed, do you
18  know what he's referring to?
19     A.    I think the limitations on how
20  much we can ship per mon- -- per day.
21     Q.    And that applies to everyone or
22  just Zaappaaz and Ionized?
23          MR. BLANCHARD:  Objection.
24  Calls for speculation.
25          THE WITNESS:  I think it was

---

15 (Pages 284 to 287)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

---

288

1          just one account, Zaappaaz's account.
2     BY MS. SCHAEFER:
3          Q.    Okay.  And do these medium-sized
4     shipments have -- do these have anything to do
5     with the government contracts you received?
6          A.    I believe at that time the
7     majority of our orders were government contract or
8     government agencies that were wanting PPE
9     products.
10         Q.    And to the extent there were
11    governments and consumers, were you prioritizing
12    governments?
13         A.    We were not.  We didn't have the
14    ability to do that.
15         Q.    And then in the fourth
16    paragraph, in the second week, volume control was
17    stricter to a hundred per shipper.  And he says "I
18    got RMCC approval for two months exceptional
19    acceptance per day."  Each location was one ton.
20    The approved period was one week.
21         So does -- what is -- does this
22    exception relate to the government contracts?
23         MR. BLANCHARD:  Objection.
24    Calls for speculation.
25         THE WITNESS:  I believe so.  I

---

289

1          mean, if it's -- this was happening on
2          a daily basis.  Things were just
3          updating and we were receiving
4          information on a daily basis on what
5          limitations were there and what
6          limitations weren't there.  But, yes,
7          when -- when we were -- we were
8          allocated a certain amount of large
9          volume, government goods were being
10         shipped out.
11    BY MS. SCHAEFER:
12         Q.    Okay.  Do you see the sentence,
13    it says "In the past week the pickup from Yiwu was
14    through CNSD approval as one-time CT pick up
15    procedure?
16         A.    Correct.
17         Q.    Do you know what CNSD approval
18    is?
19         A.    I do not, no.  I -- I...
20         Q.    Okay.  And Yiwu is -- was she
21    the other trading partner you referenced yesterday
22    in addition to Chandler Liu?
23         A.    No.  Yiwu is a city, I think.
24    No, Yiwu is a city.
25         Q.    Okay.

---

290

1          A.    Yeah.
2          Q.    And who runs -- is it -- who
3     were you -- who was your broker agent in Yiwu?
4          A.    This is Chandler.
5          (Marked Exhibit 29.)
6     BY MS. SCHAEFER:
7          Q.    All right.  So I've marked a
8     FedEx invoice as Zaappaaz 29.
9          So is this -- is this account
10    number Zaappaaz's account?
11         A.    I don't know.  I think it is.
12    It says "Zaappaaz" on there, so I would -- I would
13    assume, but -- yes.
14         Q.    Okay.  It is a Zaappa- -- I can
15    tell you that it is a Zaappaaz account number.
16         A.    Okay.
17         Q.    And I'm going to go to the
18    second page.  And so here we see who the sender
19    is, and we see the recipient is Ionized.
20         And so this is one of the
21    situations that we were just discussing where you
22    were using accounts interchangeably to ship --
23         A.    No.  This --
24         Q.    -- to the --
25         A.    -- is --

---

291

1          Q.    -- companies?
2          A.    Yeah, no.  This is -- I believe
3     this is a Zaappaaz shipment, a Zaappaaz-paid-for
4     shipment.  Ionized is just specifically used by
5     the recipient who created this.  It has no
6     bearing.  It's -- it's actually going to our
7     warehouse.
8          Q.    What -- so is this one of the
9     cases where you're just sending it to different
10    people --
11         A.    No.
12         Q.    -- because of the restrictions?
13         All --
14         A.    No.
15         Q.    -- right.
16         Then I guess -- okay.  So
17    explain the relationship again.
18         A.    Well, first, this one is
19    actually coming from Malaysia, so we just want to
20    clarify that this is not China.  Second --
21         Q.    And did you have trading
22    partners in Malaysia as well?
23         A.    We didn't have a trading
24    partner.  We had a person that sent us gloves.  I
25    think the only thing that came from Malaysia was

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

292

1    gloves, I believe.
2         Q.    Okay.
3         A.    So this was a large shipment
4    of --
5         Q.    And tell me again --
6         A.    -- gloves.
7         Q.    Okay.  And why are they being
8    shipped to Ionized again?
9         A.    They're not being -- they're
10   being shipped to our warehouse.  I think the
11   shipper just used Ionized for the sake of using
12   Ionized, but didn't really matter.  It's -- it's
13   coming to our warehouse.
14        Q.    And so it doesn't really -- so
15   it's coming to your warehouse, and then are those
16   products going to be -- but were those products
17   then used to fulfill Ionized and Zaappaaz's
18   orders?
19        A.    It's possible.  I'm not sure,
20   but if it's under -- if this is under Zaappaaz's
21   bill, Zaappaaz -- the bill.  Now, if Ionized
22   needed a hundred of these boxes, they took a
23   hundred of these boxes.
24        Q.    And was there any reimbursement?
25        A.    Absolutely.

293

1         Q.    I don't know if I asked you this
2    yesterday.
3              Is there some sort of formal
4    agreement between Ionized and Zaappaaz --
5         A.    No.
6         Q.    -- sharing resources?
7              Are they maintained as separate
8    companies?
9         A.    Absolutely.  There are different
10   partners in each company.
11        Q.    And they don't share -- well,
12   what sorts of resources do they share, Ionized
13   and --
14        A.    At the time?
15        Q.    -- Zaappaaz?
16              What's that?
17        A.    At the time?
18        Q.    I guess, yeah, for March
19   through, let's say, December 2020.
20        A.    Yeah.  I mean, whatever
21   resources were -- we were selling that were in
22   common.  I mean, gloves, masks were common things
23   that we were selling.
24        Q.    And you -- you share common
25   employees?

294

1              MR. BLANCHARD:  Objection.
2    Foundation.  Misstates prior testimony.
3              THE WITNESS:  We had our own
4    employees.  Maybe some overlap, but I
5    think we had our -- our employees were
6    pretty -- pretty much separated.
7    BY MS. SCHAEFER:
8         Q.    Okay.  But you -- do you share a
9    warehouse?
10        A.    That is absolutely right, yeah.
11        Q.    Do you share bank accounts?
12        A.    No.
13        Q.    Do you pay each other's bills?
14        A.    If you could elaborate a little
15   more on that?
16        Q.    For example, does Zaappaaz pay
17   for Ionized's advertising Google bills?
18        A.    No.
19        Q.    Does Zaappaaz pay for Ionized's
20   office space and warehouse space?
21        A.    Ionized pays for the whole
22   office.  We reimburse Ionized based on our
23   allocations that we use, if that makes it a little
24   more clear.
25              MR. BLANCHARD:  Hey, Michelle, I

295

1    need another quick break, please.
2              MS. SCHAEFER:  Okay.
3              MR. BLANCHARD:  Thanks.
4              (Off the record from 12:07 until
5    12:20.)
6    BY MS. SCHAEFER:
7         Q.    Okay.  So now I would like to
8    talk about advertising, and we'll limit this from
9    March 2020 onward.
10              How does Zaappaaz advertise?
11        A.    We use multiple channels.
12   Google, Microsoft, ASI.
13        Q.    Do you advertise on Twitter?
14        A.    No.  No.
15        Q.    I didn't hear that.  No.
16              Do you advertise on Instagram?
17        A.    I don't think we had any
18   advertising going on Instagram.  If there was,
19   very -- it -- it probably started and it was --
20   for me, it was irrelevant.  Maybe -- I don't think
21   it's more than a thousand dollars.  I think we
22   tried it but we never did it, but don't hold me to
23   that.
24        Q.    Facebook?
25        A.    Again, we tried it, but very

17 (Pages 292 to 295)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                  8/12/2021

296

1    irrelevant to our numbers.  But I want to say
2    maybe 3,000, 4,000 dollars' worth.
3             MR. BLANCHARD:  And are we just
4    talking PPE, Michelle, or just
5    advertising in general?
6    BY MS. SCHAEFER:
7        Q.   I'm talking PPE.  Let's limit
8    this to PPE.
9        A.   Yeah, I think Facebook blocked
10   us right off the bat because of sensitive items.
11       Q.   What's your most lucrative
12   platform to advertise on?
13       A.   Google.
14       Q.   What type of Google services do
15   you use to advertise?
16       A.   AdWords.
17       Q.   And can you explain how AdWords
18   works?
19       A.   Yeah.  If you type in "custom
20   plastic cups," you'll see ads.  I think most
21   likely sometimes they have three ads or four ads
22   on the top of the page.  That is Google AdWords.
23       Q.   Let's limit the examples to
24   covered products, please.  I'm just kidding.  I'm
25   just kidding.

297

1             Okay.  So do you only advertise
2    online?
3        A.   Yeah.  We only advertise online,
4    yeah.
5        Q.   Okay.  And do you also advertise
6    via email --
7        A.   We do.
8        Q.   -- email -- direct emails?
9        A.   Really not --
10       Q.   Who's in charge...
11       A.   I'm sorry.  We --
12       Q.   Go ahead.
13       A.   We do not -- I don't know if
14   it's considered advertising.  It's email
15   marketing.  So, I mean, if you want to cons- --
16   it's our own customers that we are -- yeah, if
17   that's considered advertising.  But, yes, that's
18   what we do.
19       Q.   And it's your own customers you
20   send these emails to?
21       A.   That's correct.
22       Q.   Who's in charge of advertising
23   at Zaappaaz?
24       A.   For AdWords and Microsoft, it's
25   Diran.  Diran.

298

1        Q.   Who is it?
2        A.   Diran, the -- the contractor.
3        Q.   He's -- oh.
4             Can you spell his name?
5        A.   Yeah.  I think you had him
6    yesterday in one -- one of the lists, but D, as in
7    "David," I-R-A-N.
8        Q.   And where is he located?
9        A.   I believe in California.
10       Q.   And what kind of services does
11   he provide you related to advertising?
12       A.   He handles our AdWords.
13       Q.   And what does it mean to handle
14   AdWords?  I don't know what that means.
15       A.   He's an expert at creating ads,
16   optimizing ads, making sure the dollar is well
17   spent.
18       Q.   Is he in charge of coming up
19   with the search terms?
20       A.   I would say so, yes.
21       Q.   Does he have to run those by
22   anybody?
23       A.   Not individually, no.
24       Q.   And he's been responsible for
25   advertising since at least March 2020 --

299

1        A.   Oh, yeah, for sure.
2        Q.   -- onwards?
3             And he's able to actually do all
4    of the work behi- -- on the back end of Google to
5    advertise?  Is Google providing any hands-on
6    services --
7        A.   Yeah, Google provides a
8    platform.
9        Q.   -- in terms of advertising?
10       A.   Yeah, it --
11       Q.   What's that?
12       A.   -- provides a plat- -- it
13   provides a platform.
14       Q.   And then Diran does all the
15   necessary work needed in terms of the searches and
16   the AdWords and figuring out if it's a lucrative
17   campaign?
18       A.   Correct.
19       Q.   Does he ever have to get
20   clearance from you, let's say, to do anything in
21   particular with respect to the advertising?
22       A.   I mean, we -- we talk in general
23   as to what we need to advertise, but he has the
24   freedom to optimize the ads as he needs.
25       Q.   So I'm going to use some

18 (Pages 296 to 299)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                            8/12/2021

300

1   spreadsheets now.
2          MS. SCHAEFER:  So these are --
3   Gary, just so you know, we're going to
4   do what we did with you last time,
5   which is mark exhibits outside of
6   AgileLaw and then when we do cleanup,
7   we'll send them to you.
8          THE COURT REPORTER:  Sounds
9   good.  Thank you.
10  BY MS. SCHAEFER:
11         Q.    So this is a report that you
12  produced, and it's Omnisend March through December
13  campaign.
14         Who is Omnisend?
15         A.    Email marketing software.
16         MR. BLANCHARD:  We can't see the
17  spreadsheet, Michelle.
18         MS. SCHAEFER:  Oh, sorry.  Okay.
19  BY MS. SCHAEFER:
20         Q.    Do you see it?
21         MR. BLANCHARD:  Yes.
22         THE WITNESS:  Michelle, if you
23  could zoom in on that just a little
24  bit?
25

301

1   BY MS. SCHAEFER:
2          Q.    Better?
3          A.    Just a little bit more.  I --
4   yeah, there you go.  That should be good.
5          Q.    Okay.  And so we'll mark this as
6   Zaappaaz 30.
7          (Marked Exhibit 30.)
8   BY MS. SCHAEFER:
9          Q.    So you said Omnisend is a
10  software?
11         A.    It's an email marketing soft- --
12  email subscription marketing software, if you want
13  to call it.
14         Q.    And is Diran responsible for
15  using that software?
16         A.    No.
17         Q.    Who is responsible for using it?
18         A.    The content is created by
19  Khalil.  The execution is done by our developer.
20         Q.    And your developer, who is your
21  developer?
22         A.    Priyank.
23         Q.    So does that mean that Khalil
24  creates these advertisements, the content?
25         A.    He gives the content behind it.

302

1   Our designers create the content.
2          Q.    Okay.  So the other spreadsheets
3   we're going to look at have columns -- I
4   mean have -- yeah, they have headers, and this one
5   doesn't.
6          Is that something you can
7   provide to us?
8          A.    I mean --
9          Q.    I guess I'm referring --
10         MR. BLANCHARD:  What's the
11  question?  I'm sorry.
12         MS. SCHAEFER:  So there's no
13  headers.  Like, all the other reports
14  you produced have column headers.  But
15  this one, I mean, it's -- you don't
16  know what this stuff means without
17  knowing, you know, what the --
18         MR. BLANCHARD:  Well, we --
19         MS. SCHAEFER:  -- what it is.
20         MR. BLANCHARD:  -- actually went
21  and -- and generated these for you, so
22  I -- this was what Omnisend gave us.
23         THE WITNESS:  Correct.
24         MR. BLANCHARD:  And so I think
25  this is all we can do.

303

1          MS. SCHAEFER:  Okay.  Well, then
2   let's -- okay.  Well, let's go through
3   these columns and see if Mr. Makanojiya
4   can tell me what it signifies.
5   BY MS. SCHAEFER:
6          Q.    So -- all right.
7          Here, is this the date?  What's
8   this -- what does this date signify?
9          MR. BLANCHARD:  Objection.
10  Foundation.  Speculation.
11         THE WITNESS:  I guess the date
12  when it was created or sent out.
13  BY MS. SCHAEFER:
14         Q.    And what is this column?
15         A.    The title of the marketing
16  email.
17         And this is all -- I'm assuming
18  all this, so I'm just giving you the best of what
19  I can give you.
20         Q.    Wait.  I'm sorry.
21         What was that?
22         A.    I'm giving you the best response
23  I can give you.  I'm giving you -- I'm speculating
24  on all this.  I don't have the headers on these,
25  so I don't know.

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

---

304

1       Q.   Okay.  Would Khalil know?
2            MR. BLANCHARD:  Michelle, this
3       is Mike.  It may help -- this is
4       basically an Omnisend document that
5       we -- you know, we just printed a
6       report trying to, you know, give you as
7       much as we could, but we didn't create
8       the document.
9  BY MS. SCHAEFER:
10      Q.   But you created the report?  How
11  did you generate the report?  Where is this report
12  generated from?
13      A.   Omnisend.
14      Q.   And were you able to generate
15  this from your end or did you have to ask Omnisend
16  to generate this for you?
17      A.   I don't know.  That's something
18  Khalil probably did.  I'm not sure.  I don't think
19  I generated it myself.
20      Q.   Okay.  So -- okay.
21           Okay.  So you think this is the
22  title of the email?
23      A.   That's correct.
24      Q.   And what is column C?
25           MR. BLANCHARD:  Foundation.

---

305

1       Speculation.
2            THE WITNESS:  I don't know.
3       Maybe it's a keyword that's --
4       references the email marketing.  I
5       don't know.  I don't know what that is.
6  BY MS. SCHAEFER:
7       Q.   Okay.  Do you know what any of
8  these other columns are?
9       A.   Yes.  So ASI claimed segment
10  is -- is our ASI customers.  ASI is -- they're
11  mostly -- I don't know how to characterize them.
12  They're most -- that's a B2B transac- -- it's
13  basically a segment of customers that we have that
14  come through ASI, and they're basically all
15  businesses.
16      Q.   Okay.  I guess -- can you
17  elaborate?  What are all businesses?
18      A.   So ASI is a platform.  It's an
19  association of -- of promotional product
20  companies, and we're part of that association.
21  And we have history with those customers and
22  credibility, so they basically order product from
23  us.  Let's put it that way.  So it's just an
24  association of promotional products companies.  So
25  if I have a company that sells promotional

---

306

1  products, there's another company that -- that
2  serves, like, Google or someone else as -- as
3  their client, and then they buy from us and then
4  they send it to Google.  So one's a distributor,
5  one's a supplier.  We are a supplier.
6       Q.   Okay.
7       A.   And all of these lists are
8  mostly distributors.
9       Q.   Okay.  Do you know what any of
10  the other columns represent?
11      A.   I think column F represents
12  maybe the list count, the --
13      Q.   The what --
14      A.   -- email account.
15      Q.   -- count?
16      A.   Email account, number of emails.
17      Q.   So number -- can you elaborate
18  on what you mean by "number of emails"?
19      A.   155,293 emails.  I think that's
20  how many it sent out.
21      Q.   Okay.  So let's just -- let's
22  walk through this.  So -- okay.
23           December 31st, 2020, is the date
24  that -- what is that date again?  I know you
25  testified about it, but...

---

307

1            MR. BLANCHARD:  Objection.
2       Foundation.  Calls for speculation.
3            THE WITNESS:  I think it's --
4       it's the date that it was sent out, the
5       email --
6  BY MS. SCHAEFER:
7       Q.   Okay.
8       A.   -- marketing.
9       Q.   Okay.  And you testified you
10  think that this is the subject of --
11      A.   Mm-hmm.
12      Q.   -- the email?
13      A.   Mm-hmm.
14      Q.   We're not sure what this is.
15  You're not sure what this is.
16           And so this means that 155,293
17  emails were sent --
18      A.   I think so.
19      Q.   -- with -- okay.
20           Related to alcohol and
21  alcohol-free antibacterial wipes available?
22      A.   That was the subject of it,
23  yeah.
24      Q.   And the emails, tell me again
25  who these emails are going to.

---

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

308

1          A.    ASI is an association of all
2    promotional products companies.  They're
3    categorized in two different ways.  There's
4    suppliers and there's distributors.  We are the
5    suppliers.  And there's distributors who order
6    from us, so I'm guessing the 150- -- well, I think
7    all of -- most of the 155,000 are the distributors
8    in that association.
9          Q.    Okay.  Okay.
10               Anything else here that you can
11   tell me?
12         A.    I think -- I mean, I don't know
13   how to decipher it, but it -- some numbers could
14   show the ratio of how many open -- how many people
15   opened it out of 155,000, and then it shows, I
16   guess, the number of how many people opened it,
17   the ratio.  That's what usually the metrics show
18   in these types of things.  But I don't know.  I --
19   I don't know --
20         Q.    Do you think that's what some of
21   these -- you don't?  Okay.
22         A.    Yeah, I think that some of those
23   numbers reference that.  And how many bounce back,
24   how many are incorrect email addresses, how many
25   people unsubscribe to the email.  Those are some

---

309

1    of the --
2          Q.    Okay.
3          A.    -- columns there.
4          Q.    Okay.  All right.
5                Okay.  And this is going to be
6    marked Zaappaaz 31.
7                (Marked Exhibit 31.)
8    BY MS. SCHAEFER:
9          Q.    And this is an ad report that
10   you produced.  And...
11               (Off the record from 12:38 until
12   12:39.)
13   BY MS. SCHAEFER:
14         Q.    Okay.  So this is an ad report
15   that you produced.
16               Where does -- what does this
17   spreadsheet reflect?  What is the --
18         A.    If you could zoom in a little
19   bit, Michelle?
20         Q.    Yeah, sure.  Too much.
21               Okay.  Is that good?  Tell me
22   when.
23         A.    Yeah, that's good.
24               I mean, I -- I guess we can go
25   line by line and it should give you, like, an

---

310

1    understanding of -- so if you just want to zoom
2    in --
3          Q.    Okay.
4          A.    -- a little bit.
5                Yeah, that's good.  Okay.
6          Q.    So what is -- what is --
7                MR. BLANCHARD:  Hey, Michelle,
8    just so I don't interrupt you, can I
9    have a running objection to -- to
10   foundation and speculation on
11   everything about this spreadsheet?
12               MS. SCHAEFER:  Sure.
13   BY MS. SCHAEFER:
14         Q.    Okay.  So what does column A
15   reflect?
16         A.    I think those are just -- they
17   call them main headline, I would assume, of what
18   you would see when you search the product.
19   Headline one.
20         Q.    So are...
21               So, for example -- well, do you
22   see this says "keyword"?
23         A.    It's not -- it's not -- it's not
24   what you think as keyword, but it's -- it's a
25   little code that basically if it's relevant to my

---

311

1    product, it would put that code in there.
2                So, for example, we have 40,000
3    different colors of wrist-bands, so if -- I don't
4    want to create 40,000 different ads.  So what I
5    would do is if it is relevant to my ad and you
6    typed in "red hundred percent silicone
7    wrist-bands," my ad would show up.  And it would
8    say "red hun-" -- it would replace the word
9    "keyword" with "red," if it was relevant.
10         Q.    Okay.  And it looks like -- I'm
11   not -- I don't know -- do you know whether -- is
12   this just limited to noncovered products?
13         A.    No, I don't think so.  It might
14   have been pulled for a certain date that was
15   requested, if this was provided by us.
16         Q.    Where was this data pulled from?
17         A.    AdWords.
18         Q.    So this all comes from Google?
19         A.    Correct.
20         Q.    Okay.  All right.
21               Can you walk me through another
22   example of how column A works and the terms in it?
23         A.    Yeah.  If you type in -- if you
24   type in "silicone wrist-bands," you'll see the
25   text on the ads in Google saying "a hundred

---

21 (Pages 308 to 311)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

312

1  percent silicone wrist-bands." That's basically
2  what it would be.
3      Q.    So this shows the hits that you
4  get --
5      A.    No.
6      Q.    -- when you search?
7          No?
8      A.    No. Yeah, just -- just --
9      Q.    Okay.
10     A.    Just imagine going to Google,
11 typing in "silicone wrist-bands." These are the
12 headers that you would probably see.
13     Q.    That you can then click on?
14     A.    Yeah. It would just -- yeah,
15 and then you could click on them, correct.
16     Q.    And then when you click on that,
17 where do they take you?
18     A.    If you scroll to the right, is
19 there any more data to the right?
20     Q.    Here's column B.
21     A.    Okay. I think they're all
22 empty, aren't they? Is that...
23          Yeah, I think they're all the
24 same. That's why the -- if you scroll to the --
25 yeah, see. So that's basically additional stuff

---

313

1  that would be written on the ads itself, but there
2  should be a column that tells you where it's
3  linking to.
4      Q.    Tells you what?
5      A.    Where does the link take you to.
6      Q.    Oh, okay.
7          So this is more text you get
8  when you run a search --
9      A.    Mm-hmm.
10     Q.    -- is that right?
11          Okay. What's column AB?
12     A.    Same thing, additional text.
13     Q.    AC?
14     A.    Same text. Additional stuff.
15 That is the URL. The display URL is what you'll
16 see when you go to Google.com and see our ads, not
17 necessarily the URL that you will land on, but
18 there should be a -- a URL link somewhere. There
19 should be another --
20     Q.    So this is -- this is the URL
21 link you see -- when you do your search and you
22 get a hit, this is the website you see in the hit?
23     A.    When you do a Google search,
24 yeah, that's the website you'll see, not
25 necessarily where you will land on when you click

---

314

1  the ads.
2      Q.    So you click on it, you might
3  end up on CustomLanyard.net --
4      A.    No.
5      Q.    -- or something?
6      A.    No. It has to be the same
7  domain, meaning like the extension could be
8  something else. IT could be Wrist-Band.com
9  forward slash -- I don't know, XYZ.
10     Q.    But it will always be some page
11 on -- will it always be some page on your website?
12     A.    On that domain, Wrist-Band.com.
13     Q.    Okay. What's AE?
14     A.    I think it's additional --
15     Q.    I'm assuming it's the same
16 thing?
17     A.    Yeah, I see additional stuff.
18     Q.    Is this additional -- wait.
19          Is this -- it looks like it's
20 just matching up with column A, to tell you the
21 truth, but I'm not --
22     A.    It could be. I mean, maybe
23 column A is just the subject of that -- of that
24 ad, but this is showing you -- I think this is the
25 headline of the first -- first line of the ad.

---

315

1      Q.    Okay. And AQ?
2      A.    AQ is considered a campaign. So
3  within a campaign, like, you could just segment it
4  out on how you want to organize it, but it's --
5  this is a wrist-band campaign.
6      Q.    Okay. What's AR?
7      A.    AR is another way to organize.
8  So there's ad groups, and within ad groups, you
9  can have campaigns, and then it's just a funneling
10 process.
11     Q.    Okay. I just want to see if...
12          Why are these all -- do you know
13 why all these options are coming up?
14     A.    I can't see them, but, again,
15 they're probably categories that we -- we use to
16 organize it.
17     Q.    Okay. AS?
18     A.    Campaign type, there's multiple
19 ways you can advertise on Google AdWords. You can
20 do search. You can do PLAs. You can do YouTube.
21 You could do all sorts of different types. So I
22 just kind of categorized what type of campaign it
23 is.
24     Q.    So -- okay. So what's -- I'm
25 just going to walk through this.

---

22 (Pages 312 to 315)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

316

1          **What is display?**
2          A.    Display marketing is like if you
3    go to -- for example, if you go to someone else's
4    website -- or if you go to New York Times and
5    you're reading an article called "PPE Shortage in
6    the U.S.," on the right side when you see ads
7    there, that's display.
8          Q.    **Okay.  And search?**
9          A.    Search is what we were just
10   referring to initially, is when you type it in
11   Google and you see the -- the top three or four
12   search are search ads.
13         Q.    **Okay.  Shopping?**
14         A.    Shopping is when you type in
15   "silicone wrist-bands" or any product and you see
16   images on the right-hand side.
17         Q.    **Video?**
18         A.    YouTube.
19         Q.    **What's AT, campaign subtype?**
20         A.    I think it's like if you want to
21   be part of all of them or a certain -- certain
22   category or type, but I think it's by default,
23   I -- I want to say.  That is the URL you land at.
24         Q.    **Oh, okay.**
25         **What's AV?**

317

1          A.    And sometimes you --
2          Q.    **Do you know what AV is?**
3          A.    Yeah, sometimes we would put a
4    URL that is mobile-friendly.  So if you're using a
5    mobile, the -- the software recognizes it and
6    it'll send you to a mobile URL.  But I don't think
7    we might have anything, but -- but that's what it
8    is.
9          Q.    **Okay.  Yeah, you have some stuff**
10   **there.**
11         **Okay.  What are -- what do**
12   **clicks refer to?**
13         A.    The number of clicks you get.
14   Like if you go to Google and click on an ad, it
15   tells you how many clicks you got on that ad.
16         Q.    **And what's an impression?**
17         A.    An impression is if you -- if
18   you type in "silicone wrist-bands," it'll tell you
19   that a thousand people saw the ad but did not
20   necessarily click the ad.
21         Q.    **Okay.  What about AZ?**
22         A.    Click-through is, I think,
23   impression divided by clicks.  Sorry.  That -- I'm
24   talking about -- yeah, AV.  Impressions.
25         I'm sorry.  Not impressions.

318

1    CTR.  It's called "click-through rate."
2          Q.    **And what is BA?**
3          A.    Average CPC, average cost per
4    click.
5          Q.    **What about BB?**
6          A.    Total cost.
7          Q.    **Total cost per click --**
8          A.    No.  Total --
9          Q.    **-- as opposed to average cost?**
10         A.    Yeah, that's the average cost,
11   but, no, just the total cost.  I -- when it says
12   "cost," it's total cost of what we paid, not per
13   click.  Just cost in total.  So if it was 40
14   clicks and it was a dollar a click, it would show
15   $40.
16         Q.    **Okay.  And then what does**
17   **conversion mean?**
18         A.    Conversion says how many people
19   converted on that ad.  So if ten people clicked on
20   it, two people converted.
21         Q.    **And so how do you -- is**
22   **conversion measured in different ways or is**
23   **conversion always measured by how many people**
24   **click on an ad?**
25         A.    I mean, there's a lot of ways to

319

1    measure conversions.  It's -- I mean, the way we
2    measure it is simple.  How many people click on
3    the ad and how many people transact from that ad.
4          Q.    **Okay.  So you measure conversion**
5    **by how many -- is it the two measures, how people**
6    **click and then how many people purchase?**
7          A.    That's correct.
8          Q.    **So it's two separate metrics**
9    **that you track?**
10         A.    We track a lot of metrics, but a
11   conversion, the way we track conversion is if you
12   go on Google and type in "wrist-band" and you
13   click on the ad and then you purchase something,
14   it's considered a conversion.  But if you go on
15   Google and don't click on the ad and -- but you
16   find it on the natural listings, it's not
17   considered a conversion.
18         Q.    **Okay.  The last thing I want**
19   **to -- I want to go back to column A where it says**
20   **"Date Range."  And I'm wondering if you can, you**
21   **know -- this isn't separated by date.**
22         **Is there a way for these, I**
23   **guess, keywords, the keywords that were used -- is**
24   **there a way to tell which ones were used on what**
25   **date?  Is that something Diran could, you know --**

23 (Pages 316 to 319)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

320

1      A.     To a certain extent, I think you
2   can.  But I think because of these new privacy
3   laws, they do not tell you what keywords were
4   used.  But you might -- I'm not much of an expert
5   into the recent -- I'm pretty good at AdWords, but
6   in the recent times Diran has been taking over, so
7   I don't follow it.  But I want to say from recent
8   privacy law changes, I don't think they -- they
9   issue keywords that customers have clicked on,
10  exact keywords, but they'll give you a general
11  idea of what they clicked on.
12     Q.     But what I'm asking is whether
13  or not -- so if you go to column A, you said that
14  this is -- these are the headlines that you get --
15     A.     That's correct.
16     Q.     -- when you put in searches,
17  certain terms, correct?
18     A.     That's correct.
19     Q.     And if we wanted to know what
20  point in time these headlines were being used as
21  hits, could you do that?
22     A.     I don't think so, but I'm not an
23  expert in that, so I -- I wouldn't know.  I don't
24  think so.
25     Q.     Can you check with your expert,

321

1   Diran?
2      A.     Yeah, if you could clarify that
3   question even further.
4             And Mike, if you could just
5   notate it.
6             MR. BLANCHARD:  Yep.
7             THE WITNESS:  Yeah, if you
8   could.
9             Go ahead.
10  BY MS. SCHAEFER:
11     Q.     Okay.  And who pulled this
12  information for you?
13     A.     Maybe Khalil.  I don't know.
14     Q.     Okay.  So this was another
15  report that you produced, and it's a keyword
16  report, and it was titled "Campaign CSV."  And
17  let's just, you know, go through the columns.
18            Do you know where --
19            MR. BLANCHARD:  Michelle, again,
20  can I have a running objection as to
21  foundation and speculation as this
22  spreadsheet?
23            MS. SCHAEFER:  Yeah.
24            MR. BLANCHARD:  Thank you.
25

322

1   BY MS. SCHAEFER:
2      Q.     Okay.  So where is -- where is
3   this information coming from?
4      A.     AdWords or Microsoft Bing.
5      Q.     Okay.  This is --
6      A.     One of those.  I think it's
7   AdWords, though.
8      Q.     What was the -- the other
9   alternative?
10     A.     Microsoft.  Microsoft.
11     Q.     Okay.  So let's just -- let's do
12  this, the same thing here.  And it looks like
13  there's overlap.
14            Okay.  So what does A signify?
15     A.     The campaign name.
16     Q.     Okay.  And what about campaign
17  state?
18     A.     Campaign stats -- or status, I
19  think it should say "status."  But, yeah, if it
20  was active or -- or inactive at the time of when
21  it was pulled, I guess.
22     Q.     Okay.  So let's just go through
23  these.
24            What does enabled mean?
25     A.     That it's active.  Doesn't mean

323

1   necessarily -- doesn't necessarily mean that it's
2   running, but it's -- it's active.
3      Q.     Paused?
4      A.     What was that?
5      Q.     Paused?  Does that -- what does
6   that mean?
7      A.     Paused means it's paused.  It's
8   not running.
9      Q.     Removed?  What does removed
10  mean?
11     A.     It's been deleted.
12     Q.     All right.  Search -- I mean
13  campaign type?
14     A.     Yeah, just like how I mentioned,
15  it's just different types of ways you can market
16  it.
17     Q.     And it's the same as -- it has
18  the same meaning that we saw in the other
19  spreadsheet?
20     A.     Correct.
21     Q.     Do clicks have the seem meaning?
22     A.     Same.
23     Q.     Impressions?
24     A.     Mm-hmm.
25     Q.     CTR, same as the other

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                          8/12/2021

---

324

1    spreadsheet?
2        A.    Correct.
3        Q.    In terms of what it means?
4        A.    Correct.
5        Q.    Is H -- okay.
6            Is H, average cost per click,
7    the same?
8        A.    Correct.
9        Q.    Meaning -- cost, same meaning?
10       A.    Mm-hmm.
11       Q.    And conversions?
12       A.    Correct.
13       Q.    All right.  And so -- so this,
14   there's 1,882.56 conversions?
15       A.    Correct.
16       Q.    What does -- what does that
17   mean, if you can --
18       A.    That's --
19       Q.    -- give an example?
20       A.    That's how many people converted
21   from 41,000 clicks.
22       Q.    And, again, is that that went to
23   the website and --
24       A.    Yep.
25       Q.    -- purchased?

---

325

1        A.    Correct.
2        Q.    Both?
3        A.    Yes.
4        Q.    Okay.  I see.
5            So they're combined in that
6    column?
7        A.    Yeah, I don't know what date is
8    referring to, but, yeah, that's -- that's what it
9    means.  It's 41,000 people clicked.  There were
10   4.2 million that saw the ad but did not click on
11   the ad.  The convers-- the click-through rate
12   was .95.  I think it's dividing impressions by
13   clicks.  You have your cost and you have your
14   conversion, the number of people that converted,
15   and then you have, yeah, the view-through, click.
16       Q.    Okay.  What -- like from all of
17   these metrics, which one for Zaappaaz is the most
18   meaningful in terms of whether an ad is lucrative?
19       A.    Everything is meaningful to a --
20   to a statistician.  I mean, if you -- I mean,
21   these are all important data points that we use to
22   see if we're profitable or where we need to adjust
23   our ads.
24       Q.    Are there ones that are more
25   important than others that...

---

326

1        A.    Yeah, just --
2            MR. BLANCHARD:  One second.
3    Michelle, can we agree to keep
4    this deposition confidential?  I mean,
5    because we're getting into trade secret
6    stuff and I would just like that
7    agreement.
8            MS. SCHAEFER:  Sure.  I mean,
9    you want to keep all of these Google
10   spreadsheets or ads spreadsheets
11   confidential?
12           MR. BLANCHARD:  The spreadsheets
13   and the testimony about his -- you
14   know, their sort of business secrets.
15           MS. SCHAEFER:  Yeah, that's --
16   that's fine.
17           THE WITNESS:  Yeah, Michelle, to
18   your question, the most important thing
19   absolutely is our cost.
20   BY MS. SCHAEFER:
21       Q.    Okay.
22           MR. BLANCHARD:  Same objection
23   here, Michelle.  Running objection to
24   foundation --
25           MS. SCHAEFER:  Okay.

---

327

1            MR. BLANCHARD:  -- speculation.
2            Thanks.
3    BY MS. SCHAEFER:
4        Q.    Okay.  Well, let's start for --
5    let's say F, columns F through O, are those going
6    to have the same meaning as the other spreadsheets
7    we just went through?
8        A.    Yeah, I mean, if they're -- if
9    they're the same text headers, yeah.  I think some
10   are different, but -- okay.
11       Q.    Well, which ones are different?
12       A.    I don't know what is -- J says
13   something else in parentheses.  I don't know what
14   that's -- what that says.
15       Q.    J.  Oh, okay.  J.
16       A.    Yeah, I don't know what absolute
17   top percent means or top percent means, but...
18       Q.    Okay.  But the rest, L, M, N, O,
19   is the same?  Conversion --
20       A.    I don't -- I don't think you had
21   an N in your other sheets, but it's --
22       Q.    Okay.  Let's see.
23       A.    -- pretty self-explanatory.
24       Q.    Okay.  All right.
25           Let's look at A and B.  So what

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                           8/12/2021

---

328

1   is A?
2           A.    A, those are search terms that
3   Google is telling us that are probably not the
4   exact search terms, but in the ballpark of what
5   customers searched.
6           Q.    So these are the search terms
7   customers are putting into Google?
8           A.    Not exactly, but pretty close.
9           Q.    And -- okay.
10          So Google can provide you
11  with -- Google prov- -- does Google provide you
12  with this information?
13          A.    Correct.
14          Q.    All right.  What -- what about
15  B?
16          A.    So search term type means
17  depending on how you want to advertise a certain
18  product.  So we could tell it -- tell Google that,
19  hey, only give -- show my ads to people that type
20  in exactly this term, or show my ads if it's this
21  term but take it a little broader.  So if they
22  type in "silicone wrist-bands," if they -- my term
23  is "silicone wrist-bands" but if someone types in
24  "red silicone wrist-bands," then go ahead and put
25  that -- put that in as one of my terms as well.

---

329

1   That -- that's what broad means.
2           Q.    Okay.  Let's see what our
3   options are here.  Broad, exact.
4           What does phrase mean?
5           A.    Phrase means like "I love soccer
6   wrist-bands," so it will take a little phrase -- I
7   can put a phrase as a keyword.
8           Q.    Okay.  Okay.
9           And I -- where did this
10  information come from?  I can't remember if I
11  asked you this.
12          A.    Google.
13          Q.    And did Diran pull this
14  information?
15          A.    Someone did.  I don't know who
16  pulled it.
17          (Marked Exhibit 32.)
18  BY MS. SCHAEFER:
19          Q.    Okay.  And I'm going to ask
20  again for this exhibit, Zaappaaz 32 and the
21  previous one, Zaappaaz 32, if you can touch base
22  with Diran and see if he can segment this by dates
23  so we know what search terms are -- you know, what
24  hits were being used or obtained when.
25          Okay?

---

330

1           A.    Have you got that?
2           MR. BLANCHARD:  Yeah.
3           THE WITNESS:  I mean, I'll try
4   to find --
5   BY MS. SCHAEFER:
6           Q.    And I'll follow up with Mike.
7           A.    Yeah, I think that's -- that
8   would be an extensive report, but -- I don't know
9   if they can do that, but -- but we will request
10  it, no problem.
11          Q.    Okay.  I mean, I think the
12  question is can this be done --
13          A.    Yeah.
14          Q.    -- is the first question.
15          A.    Yeah.
16          Q.    And then what has to be done to
17  get the dates.  And then --
18          A.    Yeah, we can do that.
19          Q.    -- we can go from there.
20          A.    Okay.
21          Q.    Okay.  Last spreadsheet you
22  produced.
23          MR. BLANCHARD:  And the same
24  running objection, okay, Michelle?
25  Form and -- I mean -- sorry.

---

331

1           Speculation and foundation.
2   BY MS. SCHAEFER:
3           Q.    Okay.  So this file is called
4   "Microsoft Campaign."
5           MR. BLANCHARD:  Michelle, same
6   running objection to foundation and
7   speculation?
8           MS. SCHAEFER:  Okay.
9   BY MS. SCHAEFER:
10          Q.    So where does this information
11  coming from?
12          A.    Microsoft.
13          Q.    And who pulled it?
14          A.    Maybe Diran.  Maybe Khalil.  I
15  don't know.
16          Q.    Okay.  All right.
17          So let's go through these.
18  Account name, what's that?
19          A.    The account name.
20          Q.    Okay.  Campaign name?
21          A.    Same purpose.
22          Q.    The name of the -- is it the
23  name of the campaign?
24          A.    Correct, mm-hmm.
25          Q.    Okay.  What's ad distribution?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

332

1    A.   It's the same purpose as the
2  other one. I think they call it "ad type." This
3  calls it "ad distribution."
4        Q.   What's audience?
5        A.   Audience is very similar to --
6  Google has it as well. I don't know what it --
7  what it's called in Google. But you just
8  basically say that you want to target 18- to
9  30-year-olds and you just pick an audience, or if
10  you just want to target, I don't know, people in
11  Texas. It's -- it's just an audience that you
12  create.
13        Q.   Okay. What's quality score?
14        A.   Quality score is how accurate or
15  how relevant your ad is based on what people are
16  searching for. So if you type in "silicone
17  wrist-bands" and your ad says "dog food," your
18  quality score would not be so good.
19        Q.   And are these -- what's a high
20  score? Because here you only have nines and
21  tens --
22        A.   Yeah.
23        Q.   -- so is that good or bad?
24        A.   Yeah, the more -- the higher the
25  score, the cheaper your ad is.

333

1        Q.   So the higher the score, the
2  cheaper your ad is?
3        A.   That's correct.
4        Q.   And is it the higher the score,
5  the --
6        A.   The better.
7        Q.   I thought -- so let me back up
8  because I -- now I'm confused.
9        I thought you said the quality
10  score measures how much of a match you get?
11        A.   No. How -- how relevant your ad
12  is to your keyword.
13        Q.   And where are the keywords?
14        A.   Yeah, it doesn't work like that.
15  It's just relevant to --
16        Q.   Okay.
17        A.   -- how well your ad is to what
18  you are -- what you are marketing.
19        So if you're marketing silicone
20  wrist-bands and your headline one, headline two,
21  headline three says "providing dog food," you
22  wouldn't get a very high quality score.
23        Q.   Okay. And it would be low? And
24  you said the higher, the cheaper the ad?
25        A.   Yeah, because, I mean, Google

334

1  and Microsoft are in the business of providing
2  very relevant -- very relevant searches to its
3  users. So if you're going to be providing
4  poor-quality searches, you're going to be paying
5  much higher prices because Google really doesn't
6  want to provide you -- provide the user a bad
7  experience on search results. So most likely if
8  it's a -- if it's a one, two, or three, your ads
9  will not even show unless you're paying an
10  exuberant price.
11        Q.   So you guys do very well.
12        Is ten the top?
13        A.   It's not -- it's not rocket
14  science. I think it's -- it's -- I mean, I think
15  Google is just -- it's just a metric there just to
16  say that if you have a one or two, then you
17  probably are doing something wrong. I think
18  that's all it is. It's not, like, rare to get a
19  nine or ten. Let's put it that way.
20        Q.   Okay. But does nine or ten
21  mean, like, you're killing it out there with your
22  ads?
23        A.   No. I mean, if anybody is doing
24  AdWords and they know what they're doing, they
25  should be getting a nine or ten. I mean, it's as

335

1  simple as if you're marketing -- if you're
2  marketing wrist-bands, then you just want to make
3  sure your ad says "wrist-bands." I mean, it's --
4  it's as simple as that. If -- there's not much --
5  really a secret behind it. Let's put it that way.
6  But it doesn't necessarily mean we're killing it.
7  It just means that our ad is relevant to our
8  keywords or -- or what we're marketing.
9        Q.   Okay. Is there a way to know
10  what keywords were used for these campaigns with
11  respect to Microsoft advertising?
12        A.   It's possible. I -- I honestly
13  do not even monitor Microsoft ads. It's probably
14  four, five percent of our budget, so I -- I don't
15  monitor it. But, I mean, that's a question we
16  could ask Diran.
17        Q.   Okay. All right.
18        Let's just go through -- okay.
19  Impressions, what is that?
20        A.   It's the same thing as
21  previously.
22        Q.   Clicks?
23        A.   Same. I think all --
24        Q.   CTR? Is all of this --
25        A.   Yeah, spend is -- yeah, same

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

336

1  thing.  I think spend is interchangeable with the
2  word "cost" from Google.  I don't know what that
3  says all the way --
4         Q.    Top impression.  The -- I
5  think -- I can't -- I think it says "top" -- I
6  can't -- I'm trying to...
7         A.    Yeah, I don't know what top
8  impression is.  Maybe it's how many times it's
9  been showing on the top of the page.
10        Q.    I don't know what I did here.
11  Okay.  I did something weird here, but -- all
12  right.
13              Okay.  Well, I don't see
14  conversion, though.
15        A.    It's there.  Conversion rate.
16        Q.    Oh, the conversion rate, but...
17        A.    L and -- L and M.
18        Q.    I don't know what I've done to
19  this chart, but it's okay because --
20        A.    Yeah, if you -- if you go to the
21  top left -- if you go to the top left, there's,
22  like, a back arrow.  If you just press it twice, I
23  think it should readjust.  Yeah, there you go.
24        Q.    Oh, there we go.  Yeah.  Okay.
25        A.    I need to go to the restroom,

337

1  but I'm trying to pull it off until...
2         Q.    I have --
3              MR. BLANCHARD:  Hey, Michelle,
4  can we take a quick restroom break?
5              MS. SCHAEFER:  Yeah, sure.
6              MR. BLANCHARD:  All right.
7  Thanks.
8              (Off the record from 1:16 until
9  1:23.)
10  BY MS. SCHAEFER:
11        Q.    So let me share my screen.
12              Does everyone see my screen?
13        A.    Yes.
14        Q.    Okay.  So I'm looking back at
15  Exhibit Zaappaaz 30, which was the Omnisend
16  spreadsheet, but I had forgotten to go to sheet
17  one.
18              What are these ads that appear
19  on sheet one?
20        A.    Where are the ads?  Is that what
21  you're asking?
22        Q.    What are -- what are they?  Are
23  they ads?
24        A.    They're email marketings, so you
25  would get it in your email.

338

1         Q.    So are these the email marketing
2  that you would attach to these emails?
3         A.    Correct.  Well, it wouldn't get
4  attached.  It's like you would just see it on your
5  email if your emails allowed it, but, yes.
6         Q.    Okay.  Is there a way to break
7  down these by date?
8         A.    I mean, you could -- I guess it
9  could be proposed.  I don't know how -- how their
10  software works, but we could definitely give it a
11  shot.
12        Q.    Okay.  All right.  That's what I
13  wanted to know.
14              And one more question.  Are
15  these all of the email ads that were run in all of
16  these?
17        A.    Yeah.  I -- there were -- these
18  were just -- these were set up automatically, so
19  they were just running just every other day or
20  every three days or something, whatever we set the
21  trigger to.  It was just automated.
22        Q.    So all of these different -- I'm
23  going to call them "email campaigns," were
24  automated?
25        A.    Yeah.  You probably saw -- like,

339

1  you can probably see they probably repeat over and
2  over, probably the same pattern, maybe two.
3         Q.    So you'll -- you're saying that
4  if you, like, would scroll down, you'll start
5  seeing patterns of repetition?
6         A.    Mm-hmm, correct.
7         Q.    Okay.  So the spreadsheets that
8  we just went over, they were produced to us
9  because the judge ordered that advertisements and
10  ad reports and search term reports and marketing
11  plans be produced.
12              Do you know, who searched for
13  those documents?
14        A.    Diran.  I searched for some
15  documents.  Khalil might have searched for some
16  documents.  Let's just say the whole team.
17        Q.    Where did you search for
18  documents?
19        A.    On the -- on the relevant
20  channels that I was told to search for, AdWords.
21        Q.    What --
22              MR. BLANCHARD:  Don't think
23  about things you and I discussed.
24  Okay?
25              THE WITNESS:  Yeah.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                         8/12/2021

---

340

1    BY MS. SCHAEFER:
2        Q.    So did you search on AdWords?
3        A.    I did.
4        Q.    Did you search any other
5    platforms?
6        A.    Just AdWords, I would say.
7        Q.    Where did Khalil search?
8        A.    I don't know.
9        Q.    Where did Diran search?
10       A.    I don't know.
11       Q.    I didn't hear an answer.
12           MR. BLANCHARD:  Michelle, we
13   searched for every platform where PPE
14   was marketed.
15           MS. SCHAEFER:  Okay.  Well, I'm
16   asking the witness where he searched.
17           MR. BLANCHARD:  Okay.
18           MS. SCHAEFER:  And where his
19   employees and contractors searched.
20   BY MS. SCHAEFER:
21       Q.    So where did Khalil search?
22       A.    I don't know where Khalil
23   searched.
24       Q.    Where did Diran search?
25       A.    I don't know where Diran

---

341

1    searched.
2        Q.    What kind of -- where do you
3    house your advertising documents?
4        A.    Within the platforms.
5        Q.    And can -- tell me what the
6    different platforms are again, where you have
7    information.
8        A.    AdWords.  Microsoft.  And, I
9    mean, if you want to know all -- like, if you want
10   to know Facebook, then Facebook would have its
11   own.  ASI would have its own.  But, yes.
12       Q.    And --
13       A.    And Omnisend.
14       Q.    -- you're able to --
15       A.    Omnisend.
16       Q.    -- access -- I'm sorry.
17           I didn't mean to interrupt.
18   What was that?
19       A.    I just didn't want to miss out.
20   Omnisend is the other one.
21       Q.    Okay.  And you're able to access
22   those platforms and generate reports?  Are you
23   able to access platforms and generate reports?
24       A.    A hundred percent, yeah.
25       Q.    Are you able to access all of

---

342

1    your actual advertisements?
2        A.    The -- that -- I don't
3    understand.  I'm sorry.
4        Q.    So, I mean, I -- here I saw
5    search terms and I saw some email headers.  And
6    then I actually did see with the Omnisend in sheet
7    one actual ads, and that's what I'm classifying as
8    actual advertisements in terms of this question.
9            So are you able to pull up all
10   of those different advertisements that you've run
11   over time from March 2020 onward?
12           MR. BLANCHARD:  Objection.
13           Lacks foundation.  Objection.
14           Misstates prior testimony.
15           THE WITNESS:  I would assume so,
16   yeah.
17   BY MS. SCHAEFER:
18       Q.    Okay.
19           MR. BLANCHARD:  I think there's
20   some misunderstanding, Michelle, about
21   what constitutes an advertisement.  Can
22   I explain?
23           MS. SCHAEFER:  Sure.
24           MR. BLANCHARD:  So an AdWord,
25   that is the advertisement.  So when you

---

343

1    run a search, you know, that is the ad.
2    So that's just a -- you know, a couple
3    lines of text, though.
4            MS. SCHAEFER:  Right.
5    BY MS. SCHAEFER:
6        Q.    And so let me ask,
7    Mr. Makanojiya, other than those -- you know, the
8    email marketing, the -- the AdWords campaigns that
9    you use, are there any other ads that you run?
10       A.    During that period, I don't
11   think so.  But we did start text ads, like
12   texting.  I don't think it started around that
13   time, though.
14       Q.    When did -- when did texting
15   start?
16       A.    I don't know.
17       Q.    Was it -- I mean, what period of
18   time?  Was it 2020?
19       A.    Yeah.  I think if you -- if I
20   had to make a guess, I think it's after the period
21   that we're talking about, the -- the time frame.
22       Q.    And what time frame are we
23   talking about?
24       A.    March 2020, December 2020.
25       Q.    And so from March 2020 to

---

29 (Pages 340 to 343)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

344

1   **December 2020, you were not using text?**
2       A.   To my -- to the best of my
3   knowledge, we were not using text marketing.
4       **Q.   What about banner ads on**
5   **websites?**
6       A.   On whose website?  My website?
7       **Q.   Not on your websites, but on**
8   **advertising through banner adver- --**
9   **advertisements on other websites?**
10      A.   We don't do it.
11      **Q.   Is that...**
12          MS. SCHAEFER:  Okay.  So I'm
13  going to mark this -- I have the next
14  exhibit as 35.  Is that correct?
15          MR. BLANCHARD:  I'm not sure.  I
16  think...
17          MS. COLLESANO:  That's what I
18  have, Michelle.
19          MS. SCHAEFER:  You have that?
20  Okay.
21          Okay.  So I'm marking this
22  Zaappaaz 35.
23      (Marked Exhibit 35.)
24  BY MS. SCHAEFER:
25      **Q.   Okay.  So what is this?**

---

345

1           MR. BLANCHARD:  Objection.
2   Foundation.  Speculation.
3           THE WITNESS:  Google My
4   Business is -- let's say if you type in
5   "McDonald's," you know how you get
6   those listings of what McDonald's are
7   located at which location?  So if
8   you're locally in that area, it would
9   show you Wrist-Band.com and then it'll
10  show you our ratings, it'll show you
11  what we offer.  It's like that.  It's a
12  listing with our address on it.
13          If you type in Google and you
14  type "McDonald's," which is the most
15  easiest example, it'll show you a list
16  of all the McDonald's and the listings,
17  and that's basically what this is.  And
18  how many people clicked on locally --
19  or not clicked on, how many people
20  viewed it.
21  BY MS. SCHAEFER:
22      **Q.   And when you say -- how many**
23  **people viewed what?**
24      A.   The listing.  This is not -- I
25  don't believe this is related to anything with

---

346

1   ads.  This is just showing how many people
2   locally -- like, for example, if you see, one of
3   the keywords I guess is "wrist-band, Sugar Land,
4   Texas."  It was used by 149 people, and they saw
5   our address and our name because they were located
6   in that area or they searched specifically
7   "Sugar Land, Texas."
8       **Q.   And do these kinds of reports**
9   **exist for, you know, covered products?  Would you**
10  **get hits for covered products from a report like**
11  **this?**
12      A.   I think we did provide reports
13  for covered products.  It's -- you just got to go
14  through the AdWords Excel sheet.  But, yeah,
15  it's -- it should be there.
16      **Q.   Oh.**
17      A.   Yeah.
18      **Q.   But what I'm saying is, do you**
19  **get business -- Google My Business reports like**
20  **this that include search queries related to**
21  **covered products?**
22      A.   No.  Like, if you type in "face
23  mask," it's not going to show up here because
24  you're not searching for a company.  You're --
25  like, if you look at these keywords, this is like

---

347

1   they're searching for a specific company like
2   wrist-bands.  So Google My Business is giving you
3   a business that is -- that you're trying to look
4   for, not a -- specifically a product.
5       **Q.   Okay.  What is MailChimp?**
6       A.   Email marketing.  It's the same
7   thing as Omnisend, very similar.
8       **Q.   Do you use MailChimp as well?**
9       A.   We used to use it.  I don't know
10  if it was used in any form or fashion, but maybe
11  it -- it had services, a very minor use for it.
12      **Q.   What about Marketing Marvel?**
13  **What's that?**
14      A.   That is -- that is Diran's
15  company.
16      **Q.   Oh, okay.**
17          **So Diran -- is it -- does Diran**
18  **own Marketing Marvel or --**
19      A.   I don't know his structure.
20  I -- I would assume so.  I don't know how his --
21  how he's structured, though.
22      **Q.   Okay.  So when you say "Diran,"**
23  **the ser- -- when we talked about the services**
24  **Diran was providing, that's services Marketing**
25  **Marvel was providing?**

---

30 (Pages 344 to 347)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

348

1      A.    Yeah, I guess.
2      Q.    Okay.  I've marked Zaappaaz 36.
3         (Marked Exhibit 36.)
4   BY MS. SCHAEFER:
5      Q.    What is Shopper Approved?
6      A.    It's our rating platform.  It's
7   a third-party rating platform.
8      Q.    And how do consumers access it?
9      A.    So you place an order on our
10  website, we give Shopper Approved the email
11  address.  Shopper Approved as a third-party
12  company sends you an email, how did we perform,
13  yeah.
14     Q.    And so when a -- and then a
15  consumer replies, and does the response get sent
16  directly to you?
17     A.    On their platform.  I mean, we
18  don't -- we don't get emails for it, but it's just
19  something that stays on their platform.
20     Q.    So here it looks like, though,
21  that Shopper Approved sends the email to you.
22        Is that --
23     A.    On some reviews, yes.  We have
24  metrics on some reviews.  Very negative reviews,
25  we do get emails.  Not all of them.

349

1      Q.    And when you have bad reviews,
2   are they automatically sent to you?
3         MR. BLANCHARD:  Objection.
4   Speculation.  Foundation.
5         THE WITNESS:  There's a certain
6   threshold.  I think if it's below a
7   three or something.  I don't know what
8   the -- the threshold is set, but
9   there's a threshold, yes.
10  BY MS. SCHAEFER:
11     Q.    And otherwise you have to go
12  access the platform to see reviews?
13     A.    If you wanted to, but we -- we
14  really don't.  I mean, we get a lot of reviews on
15  a daily basis.  But, yeah, if you really wanted to
16  see all of the reviews, you would have to go to
17  their platform and see it.
18     Q.    And did you just say you get
19  numerous emails on a daily basis?
20     A.    We get numerous reviews on a
21  daily basis.
22     Q.    Okay.  Not necessarily emails,
23  though, just reviews on this platform --
24     A.    Correct.
25     Q.    -- is that right?

350

1      A.    Correct.
2      Q.    Okay.  And who -- and who at the
3   company would be the person that would actually go
4   and look at the reviews?
5      A.    Nobody.  I mean, if it's a
6   negative review, it would go to -- it would just
7   go to our sales email or -- and also be followed
8   up that way.  They would review it and follow up
9   with the customer.  But, no, I don't think anybody
10  goes and specifically reads each review.
11     Q.    Okay.  So what kind of email is
12  this?  Why is this email being sent to Mike at
13  Wrist-Band.com?
14        MR. BLANCHARD:  Objection.
15  Calls for speculation.  Lack of
16  foundation.
17        THE WITNESS:  I don't know if
18  we're looking at the same email.  It
19  seems like this is going to Azim M.
20  BY MS. SCHAEFER:
21     Q.    Oh, hold on a minute.  I didn't
22  mark it.
23     A.    Oh, there you go.
24     Q.    This is 37.  I'm sorry.
25

351

1         (Marked Exhibit 37.)
2   BY MS. SCHAEFER:
3      Q.    Okay.
4      A.    Okay.
5      Q.    So this review, as opposed to
6   the other one, comes from Wrist-Band.com.  And I'm
7   wondering how this is different than the Shopper
8   Approved review.
9      A.    Yeah, this is -- this is just an
10  email that's just sent.  We -- if they don't click
11  on the link that Shopper Approved sends and they
12  reply to the email, it'll just come in as, like,
13  this.  But the customer didn't follow, I guess,
14  the proper protocols of following the link and
15  submitting the review there.  They just replied to
16  the email, and this is what came.
17     Q.    Okay.  I just -- I want to go
18  through three more exhibits, and I then -- I think
19  then maybe we should a quick or a -- a lunch break
20  and then reconvene and go over the spreadsheet.
21        Does that sound okay?
22        MR. BLANCHARD:  Yeah, our lunch
23  is here, so, I mean...
24        MS. SCHAEFER:  Okay.  This
25  should be quick.

31 (Pages 348 to 351)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

352

1   BY MS. SCHAEFER:
2       Q.   Okay.  This is 38.
3           (Marked Exhibit 38.)
4   BY MS. SCHAEFER:
5       Q.   Is this Zaappaaz's return
6   policy?
7           MR. BLANCHARD:  Objection.  Lack
8       of foundation.
9           THE WITNESS:  If that's what it
10      is on the website, that is what it is,
11      yes.
12  BY MS. SCHAEFER:
13      Q.   So the current return policy is
14  on the website?
15      A.   The current return policy is --
16  I don't -- I don't think we've changed our policy
17  in any way for a while.
18      Q.   Have you changed your policy,
19  your return policy, your written return policy,
20  since March 2020?
21      A.   Absolutely.  On -- on the --
22      Q.   Okay.  When did --
23      A.   -- website?
24      Q.   -- you change it?
25      A.   On the website?

353

1       Q.   Yeah.
2       A.   I don't think we changed
3   anything in terms of the policy on the website,
4   but in terms of procedures, we have.
5       Q.   Okay.  I'm asking -- I'm sorry.
6           I'm asking, did you change
7   anything since March 2020 with respect to the
8   return policy on the website?
9       A.   I -- I don't know.  This might
10  be a generic return policy, but we also have a
11  policy on PPE products as well, which was also
12  mentioned, I believe, in each PPE product's...
13      Q.   Hold on.  Say that again.
14      A.   This is a generic return policy
15  that's on the website, but within each product, if
16  there was an additional inclusion such as PPE
17  products, it did list it on the product page.
18      Q.   And I'm -- what did it list on
19  the product page for PPE?
20      A.   If there was an additional
21  return policy that we had.  That was more of a --
22  a generic -- this is more of a broad policy.  But
23  if there was even more fine-tuned to a specific
24  product, it would be on the product page.
25      Q.   Okay.

354

1           Okay.  I've marked this as
2   Exhibit 39.
3           (Marked Exhibit 39.)
4   BY MS. SCHAEFER:
5       Q.   And I know it's hard to read.
6   How is -- this says "Return
7   Procedure."  Is this the current return procedure?
8       A.   I -- I can't read it.  I don't
9   know what it -- what it says, but...
10      Q.   Okay.  Let me ask you this: Has
11  the return procedure page on your website changed
12  since March 2020?
13      A.   Maybe, maybe not.  I'm not sure.
14      Q.   Who would know that?
15      A.   I mean, we could -- I don't know
16  who would know that.  We could probably just check
17  it on the website and, you know, that would be the
18  answer.  But I don't -- I mean, maybe -- maybe
19  Khalil.
20      Q.   And tell me again, who's
21  responsible for updating, doing the mechanical
22  updating on the website?
23      A.   Priyank is.
24      Q.   And who's responsible for the
25  substance of edits?

355

1       A.   Fatima, Erose, Khalil, me.
2       Q.   Oh, so that's interesting.
3           Fatima and Erose, what's their
4   involvement in your website?
5       A.   Well, I mean, they're our CSRs.
6   So if they're facing issues of customers having
7   some problems such as -- for example, one issue
8   that we were facing five, six years ago, customers
9   were approving the proof late, which was causing
10  us to pay additional shipping.  So if you ordered
11  a wrist-band today and you approved the proof
12  three days later, we were three days behind
13  already because the customer did not approve the
14  proof.
15          So what we put in our policies
16  or what they put in the policies is your order --
17  your order delivery date will be pushed based on
18  your approval of your proof.  So I guess it kind
19  of plays hand in hand in the departments that they
20  play in, wherever the -- wherever the necessary
21  updates need to be made.
22      Q.   Okay.
23          (Marked Exhibit 40.)
24  BY MS. SCHAEFER:
25      Q.   I'm just going to ask you the

32 (Pages 352 to 355)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

356

1   same question.
2               Are these the current terms and
3   conditions?
4       A.   Exhibit 39?
5       Q.   40.
6            Do you not see it?
7       A.   No, I don't.
8            From my knowledge, I don't think
9   the terms and conditions have drastically changed.
10  So if --
11      Q.   Since March 2020?
12      A.   -- you're asking me -- yeah.
13           If you're asking me if there's
14  some changes to it, possibly. I don't know, but
15  it's -- probably an easy way to figure it out,
16  but, yeah.
17      Q.   And would the Khans also have a
18  role in substantive changes in the terms and
19  conditions to the extent they were necessary?
20      A.   Who?
21      Q.   The Khans, Erose and Fatima?
22      A.   They would -- they would not be
23  able to update it themselves. They would relay it
24  to Priyank, and if it's --
25      Q.   So they --

357

1       A.   -- a minor change -- yeah, they
2   would -- Priyank would do it.
3            If it -- if Fatima and Erose
4   told Priyank to put something like "We are not
5   offering wrist-bands from today onwards," that
6   would alarm him and he would reach out to me. I
7   mean, I'm just trying to give you an example.
8   Like, if he said -- if he said something like "If
9   a customer complains about a red wrist-band, we
10  need to put in there that the color cannot be
11  matched exactly a hundred percent," Priyank would
12  execute on that transaction.
13      Q.   So he uses his ju- -- does he
14  use his judgment to determine when he has to reach
15  out to you to get approval to make the Khans'
16  changes?
17      A.   Yes. Priyank is a -- yeah,
18  he's -- he's been with me for -- from the start of
19  the company. He's pretty familiar as to the roles
20  and responsibility that he has.
21      Q.   So he's been working with you
22  since you founded the company?
23      A.   Pretty much, yeah.
24      Q.   Okay.
25           MS. SCHAEFER: All right. Well,

358

1            do you guys want to take a lunch break?
2            MR. BLANCHARD: Let's do
3   30 minutes.
4            MS. SCHAEFER: Okay. All right.
5   So we will reconvene at around 2:20.
6            MR. BLANCHARD: Thanks.
7            MS. SCHAEFER: Okay. Thanks.
8       (Off the record from 1:51 until
9   2:29.)
10           MS. SCHAEFER: This is going to
11  be marked as Zaappaaz Exhibit 41.
12       (Marked Exhibit 41.)
13  BY MS. SCHAEFER:
14      Q.   Before I ask you questions about
15  this exhibit, though, did you ever charter a plane
16  from Asia to the U.S. with PPE during the
17  pandemic?
18      A.   We did.
19      Q.   When was that?
20      A.   I don't know the time. If I had
21  to estimate, April, May, something like that.
22      Q.   And why did you charter a plane?
23      A.   At this time, we're basically
24  understanding that the pandemic is -- is something
25  new to everyone. Every company is adjusting.

359

1   Every company is making new rules. Every customs
2   is making new rules. We needed to bypass the
3   third-party layers such as FedEx and UPS and take
4   control over -- over the shipment of products, so
5   we essentially just got a plane and stuffed it in
6   with all the stuff and brought it over to the U.S.
7       Q.   How many times did you charter
8   the plane?
9       A.   One and -- one-and-a-half times.
10  The half time is when we shared a plane.
11      Q.   Okay. When was that?
12      A.   Around the same time.
13      Q.   Who did you share a plane with?
14      A.   I don't know.
15      Q.   Who arranged for the plane?
16      A.   It was brokered through FedEx.
17      Q.   And did they arrange for the
18  splitting of a plane?
19      A.   I mean, we asked for how much --
20  how much space was available. We took half --
21  whatever space was available, which is about half
22  the plane.
23      Q.   And do you -- do you or anyone
24  else at Zaappaaz know who you shared it with?
25      A.   No, I don't think so. I don't

33 (Pages 356 to 359)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

360

1    think we -- we never needed to ask that.  If
2    you're asking if the other shared company is
3    related to us, no, they're not.  But, yeah, it was
4    just -- it was space allocation we did.
5         Q.    And who chartered the plane and
6    a half?  Is it Ionized or Zaappaaz?
7         A.    These were two different
8    instances.  The first plane that we chartered was
9    completely our plane.  We chartered it.  We -- we
10   brokered it through FedEx.
11        Q.    And when you say "our plane,"
12   who is -- who are you referring to by "our"?
13        A.    Zaappaaz or Ionized, however you
14   want to consider it.  But, I mean, it was goods,
15   PPE goods.
16        Q.    And where did the plane -- the
17   plane delivered the goods where?
18        A.    I believe in Chicago or -- it
19   was -- it was in Chicago.
20        Q.    Okay.  And how did they get --
21   did they then go to your warehouse?
22        A.    It was strategically placed,
23   yeah.  There are certains that went to hospitals,
24   I believe a couple of hospitals in North Carolina.
25   It was -- it was split strategically, yes.  A lot

361

1    of it did come to our warehouse.
2         Q.    And then the PPE that came to
3    your warehouse, did you then ship that out to
4    consumers?
5         A.    We did.
6         Q.    And did the shipments go to both
7    Ionized and Zaappaaz consumers?
8         A.    Possibly.
9         Q.    And did Zaappaaz and Ionized
10   share the cost of the plane?
11        A.    Yeah, absolutely.
12        Q.    What records would show this
13   cost-splitting?
14        A.    Cost of what?  The plane?
15        Q.    The plane.
16        A.    We have invoices.
17        Q.    Or any -- go ahead.  Sorry.
18        A.    Yeah, we have invoices.
19        Q.    You have the invoices showing
20   how much Zaappaaz paid and how much Ionized paid?
21        A.    No.  We have an invoice of how
22   much the chartered plane cost -- cost us.
23        Q.    Okay.  But my question was, you
24   said you shared the cost with Ionized?
25        A.    Yeah.  I mean...

362

1         Q.    And my question is, what
2    documents would reflect the sharing of those
3    costs?
4         A.    It's not really that easy.
5    Let's say if a plane costs -- I think it was like
6    a million and two dol- -- or a million-200,000.
7    And if it had, for example, a hundred
8    thousand gallons, then it got split into a hundred
9    thousand gallons, so that was our cost of our
10   gallons.  So if Ionized took 10,000 gallons,
11   that's what they paid us for.  So it's really not
12   divvied out as simple as it sounds.
13        Q.    But is this documented in any
14   way or is it a handshake agreement between Ionized
15   and Zaappaaz?
16        A.    It's a handshake agreement.  I
17   own both companies, so I wouldn't -- I wouldn't do
18   injustice to either one of them.  But I guess,
19   yeah, a handshake.
20        Q.    Where did the products, the PPE
21   products that were shipped via the plane come
22   from?
23        A.    China.
24        Q.    Did you say China?
25        A.    Mm-hmm.

363

1         Q.    And did they come from Mr. Liu?
2         A.    They did not come from Mr. Liu.
3         Q.    Okay.  Why not?
4         A.    Because this was another vendor
5    that we found via Yaoli.
6         Q.    And who is Yaoli again?
7         A.    Yaoli is our contracted agent
8    individual.  Yaoli, Y-A-O-L-I.
9         Q.    And remind me, when Yaoli would
10   print the FedEx labels, whose account was she
11   using?
12        A.    She would use -- Yaoli was split
13   between multiple companies.  She's a sourcing
14   agent, so you can consider it as a shared
15   resource.  So if -- if Ionized needed to source
16   an LED product, they would use Yaoli.  If Zaappaaz
17   needed to source a balloon, they would use Yaoli.
18   If another company of mine needed to use Yaoli,
19   they would use her.  And then we would split
20   the -- the salary.
21        Q.    And what about -- I'm talking
22   about, like, the FedEx shipping.
23        Would -- did you --
24        A.    Yeah, everybody --
25        Q.    Did she have her own FedEx

34 (Pages 360 to 363)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

364

1    account?
2         A.    No, she didn't.  She had our
3    FedEx account, individual --
4         Q.    Okay.
5         A.    -- company's FedEx account.
6         She had a list of those.  She
7    would use accordingly --
8         Q.    Okay.
9         A.    -- to whatever she's shipping.
10        Q.    And so she found this other
11   vendor.
12             And was it one vendor that
13   supplied the PPE that you then shipped via
14   plane --
15        A.    That was --
16        Q.    -- to Chicago?
17        A.    Well, that was one specific
18   vendor, yes.
19        Q.    Did -- were there multiple
20   vendors you used?
21        A.    For this chartered plane?
22        Q.    Yes.
23        A.    No.
24        Q.    For the -- what was the answer?
25        A.    No.

365

1         Q.    Okay.  Okay.
2             Let's look at this chart, which
3    is Zaappaaz 41.  So Mr. Blanchard represented that
4    this is a very comprehensive chart that should
5    contain all of the PPE transactions, including
6    refunds and information about refunds, returns,
7    cancellations.
8             MR. BLANCHARD:  Objection.
9    Side-bar.  Argumentative.
10            MS. SCHAEFER:  Okay.
11   BY MS. SCHAEFER:
12        Q.    So as far as you know, what does
13   this chart contain?
14        A.    This contains pretty close to
15   everything that you'll find as -- as a customer's
16   data point for the orders.
17        Q.    Okay.  Does this contain all of
18   the information about PPE sales from March 27,
19   2020 -- I'm going to just scroll down to the
20   bottom and see.  Sorry.  I'm getting there.
21            Okay.  So this is through
22   September 9th, 2020; is that right?
23        A.    Yeah, I think so.  I don't know
24   why it's --
25        Q.    Okay.

366

1         A.    -- September 9th.
2             Maybe that was just requested
3    for that specific...
4         Q.    Yeah, I'm not sure.
5             And I was going to say, will you
6    be able to update this chart through December?
7         A.    Can you zoom in a little bit,
8    please, on that?
9         Q.    Sure.
10            I mean, do you have information
11   to provide an update through December 2020?
12        A.    Yeah, we -- we have it all in
13   our database.  Yeah, we can provide it up to
14   whatever date, no problem.
15        Q.    Okay.  And so what I was asking
16   was, through the September date, does this
17   represent all of the sales that Zaappaaz made of
18   covered products?
19        A.    Pretty close, I would say.
20   Maybe 99, 98 percent.
21        Q.    And what happened to the
22   remaining two percent?
23        A.    Some off transactions, maybe
24   someone came to the warehouse, picked it up and
25   never -- never was recorded.  I'm just trying to

367

1    save myself, I guess, but some off transactions
2    that might have happened.
3         Q.    Okay.  Who actually pulled this
4    information and prepared this?
5         A.    Priyank pulled the information.
6         Q.    Okay.  And does this come out of
7    your database?
8         A.    That does.
9         Q.    All right.  Let's go through
10   some of these columns so we understand what they
11   are.
12            So is this the order ID?
13        A.    Mm-hmm.
14        Q.    And this is the date that the
15   consumer purchases the product?
16        A.    Correct.  Or that's the date
17   when the customer placed the order, not
18   necessarily when they purchased it, but when they
19   placed the order.
20        Q.    Okay.  And why not necessarily
21   when they purchased it?  Because my sense is that
22   when consumers buy things off of your website,
23   they get instantly charged.  Are there other --
24        A.    Yeah, so --
25        Q.    -- scenarios captured here?

35 (Pages 364 to 367)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021



368

1          A.    Yeah, so just take in mind
2    there's other metrics -- methods of payment,
3    right?  There's -- you could send a check in.  You
4    could do a wire transfer.  You could do PayPal.
5    PayPal also will hold your funds and then they
6    will release it based on their validation process,
7    and once it releases, that's when the order gets
8    confirmed.  So those are just --
9          Q.    Okay.
10         A.    -- additional layers, I guess.
11         Q.    I see.  All right.
12               Okay.  This is -- is this the
13   name of the product being ordered?
14         A.    Mm-hmm.
15         Q.    Okay.  And that's the SKU?
16         A.    Yeah.  I mean, we don't really
17   use a SKU system, but -- you might want to kind of
18   take it with a grain of salt on that, but you
19   might -- might see some SKU changes here and
20   there.  But, yeah, that is a SKU that we -- we
21   use.
22         Q.    And so, yeah, so earlier you
23   testified you don't really maintain inventory
24   data?
25         A.    Mm-hmm.

369

1          Q.    So -- and you didn't maintain it
2    until, like, the end of 2020 when you started
3    using Ship Easy.
4                So what -- what exactly does
5    this represent in your database?
6          A.    Yeah, so when you said this --
7    so when we -- when we started using -- when we
8    started using Shipping Easy, it requires us to
9    send it with a SKU.  So we tell Shipping Easy that
10   5600 is ordered, and it already -- it automati- --
11   so we don't tell Shipping Easy that it's
12   protective face masks.  We tell them 5600, SKU
13   5600 is ordered, and this is the product quantity.
14         Q.    But they don't know the exact
15   product?
16         A.    Say that again.
17         Q.    So why don't you tell me again.
18               So what does this SKU represent?
19         A.    We needed to make it a SKU to
20   send to Shipping Easy.  So we would tell Shipping
21   Easy that SKU 5600 is ordered, and there's 144
22   quantity of those that were ordered in our -- and
23   in Shipping Easy, you would put in a SKU number,
24   you would put in a product name, and you could put
25   in price, shipping, and all that stuff in there.

370

1    But I think only for our metrics, we wanted to
2    just push the orders into Shipping Easy so we
3    could create labels.
4          Q.    And so you would just put, you
5    know, the SKU and this is how many of the
6    products?
7          A.    Yeah, our system would provide
8    that to Shipping Easy, correct.
9          Q.    Okay.  But not the product name?
10         A.    The product name would
11   automatically come because in Shipping Easy, we
12   would define what 5600 is.  We would say 5600
13   relates to this product name.  So once our system
14   sends 5600 to them, they automatically know what
15   it is.
16         Q.    Oh, I see.  Okay.
17               But you didn't start using it
18   until the end of 2020, and so I'm -- why is there
19   a SKU when the order is March 22nd, 2020?
20         A.    We didn't use it until the end
21   of 2020?  What do you mean?
22         Q.    I thought that you said that you
23   didn't -- well, when did you start -- I'm mistaken
24   then.
25               When did you start to use

371

1    Shipping Easy to create labels?
2          A.    I don't know when I started
3    using it.  But, I mean, the blunt of it started
4    pretty much in April, I would say.
5          Q.    Okay.  I guess I'm confused
6    because I thought you testified that the database
7    you guys have didn't track inventory until the end
8    of 2020?
9          A.    You're absolutely right.
10         Q.    And so does this have -- does
11   this have any relation, this SKU number and what
12   it is and how many, to tracking inventory?
13         A.    Where are you getting how many
14   from?
15         Q.    Well, I thought you said you
16   give the SKU and it says -- you send them the SKU,
17   how many, and then they already can tell you what
18   the SKU references?
19         A.    Yeah, that's correct.  But that
20   doesn't -- that doesn't track inventory, though.
21   How does that track inventory?
22         Q.    Okay.
23         A.    Yeah.
24         Q.    No, okay, it doesn't.
25         A.    Yeah.

36 (Pages 368 to 371)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                              8/12/2021

372

1      Q.    Okay.  What is -- E is the price
2    of the product; is that right?  Is that right?
3      A.    Correct.
4      Q.    Okay.  F, how many?
5      A.    That's the quantity.  That's the
6    quantity of the product.
7      Q.    Production days?
8      A.    How long does it take to ship
9    out or make, I don't know.  Yeah, production is
10   how long it is to pack.
11     Q.    How long to pack.  Okay.
12           And then what about shipping
13   days?
14     A.    The method of the -- if it's an
15   overnight or if it's next-day -- I mean if it's
16   overnight or it's three days, two days, four days,
17   whatever method they want, however fast they want
18   it.
19     Q.    Do these shipping days
20   correspond to the shipping times in those email
21   receipts we looked at earlier?
22     A.    Shipping days -- yeah, so in the
23   email, it said delivery date.  So this is what I
24   was referring to.  It would take the
25   accumulation -- I mean it would take the addition

373

1    of production days plus the shipping days, is your
2    shipping time.
3      Q.    And how is shipping time
4    different than delivery time?
5      A.    It's not.  It's the same.
6      Q.    And is it the same on the emails
7    as well?  In terms of the --
8      A.    I mean --
9      Q.    -- email shows you delivery date
10   and shipping time?
11     A.    Yeah, delivery date is the
12   addition of production time and shipping time.
13     Q.    Okay.  And -- all right.
14           So what is column J?
15     A.    It's the addition of production
16   time and shipping time.
17     Q.    So that's the promised delivery
18   date?
19     A.    That is the promised delivery
20   date, correct, or estimated delivery date
21   depending on what time you're referring to.
22     Q.    Okay.  So now -- and this W is
23   the -- what does W refer to?
24     A.    The carrier.
25     Q.    And I think yesterday that you

374

1    said for the most part, you use FedEx as a
2    carrier, Zaappaaz does?
3      A.    At least from the warehouse, I
4    believe so, yeah.
5      Q.    What -- do you use UPS as well
6    from the warehouse?
7      A.    We started.  I don't know if we
8    were overlapping at that time, but I don't think
9    we were.
10     Q.    When did you start using UPS?
11     A.    I have no idea.  Maybe -- I want
12   to say maybe five or six months ago.
13     Q.    Okay.  And what about DHL?  And
14   right now we're just limiting this to, like,
15   shipping from your warehouse.
16     A.    Yeah, I don't think we ever used
17   DHL in our warehouse.
18     Q.    And now let's talk about the
19   deliveries that were coming from -- from China and
20   the carriers that your brokers were using.
21           Do you know if -- what
22   brokers -- what carriers they used for the most
23   part?
24     A.    They used everything and --
25   everything that was possible.

375

1      Q.    Is there one that they used more
2    than others?
3      A.    I think it was -- it was
4    whatever their metrics told them was the -- was
5    the best option.
6      Q.    And what about Yaoli?  Do you
7    know what carrier she used?
8      A.    She used both FedEx, DHL, and
9    UPS.
10     Q.    And so -- but if she was -- if
11   she was relying on Zaappaaz's accounts or
12   Ionized's accounts --
13     A.    Correct.
14     Q.    You said she -- you said she was
15   using Zaappaaz's and Ionized's FedEx accounts?
16     A.    Correct.
17     Q.    But you don't have -- did -- if
18   you -- if Zaappaaz wasn't using DHL or UPS at the
19   time, then how was she using it?
20     A.    Yeah, good question.  So she
21   would never use DHL or UPS in normal
22   circumstances.  But --
23     Q.    Okay.
24     A.    -- with PPE products -- yeah,
25   with PPE products, she was not allowed to ship

37 (Pages 372 to 375)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

376

1    herself.
2                She had to go through a broker
3    that had certifications to ship PPE products.  And
4    those brokers probably had DHL, UPS, or FedEx,
5    whatever was available.  She had to use those
6    options.  But, yes.
7        Q.   I see.
8             So when she was shipping PPE
9    products, then, or when -- yeah, shipping PPE
10   products to your customers, she was relying on
11   other -- you know, other entities' carrier
12   accounts, which included FedEx, UPS and DHL?
13       A.   Correct.
14       Q.   But she couldn't use -- but she
15   couldn't use your PPE account to ship PPE to you?
16       A.   She could, and she did.  She did
17   use it on some.  But, for example, there were
18   times where FedEx required a certification on
19   certain masks, which she does not have the ability
20   to do that, so she went to a -- a broker that has
21   those certifications and she shipped it.  But if
22   it's a -- if it's a dispenser, she didn't require
23   certification but she required an additional
24   clearance, which she was able to get through FedEx
25   when she shipped.  So it was a circumstantial

---

377

1    thing.
2        Q.   I see.
3             And I just want to make sure,
4    does this chart encompass, you know, all of the
5    several carriers and tracking numbers and
6    information that every -- every relevant entity in
7    the supply chain for Zaappaaz was using?
8             MR. BLANCHARD:  Objection.
9    Compound.  Objection.  Foundation.
10   Speculation.
11            THE WITNESS:  Yeah, I don't
12       think this will be -- I don't know what
13       you're asking, what question you're
14       asking.  If you could re- -- clarify
15       it, I guess?
16   BY MS. SCHAEFER:
17       Q.   Okay.  So, in other words, let's
18   say that -- was Yaoli shipping product directly to
19   consumers or was she shipping product to you at
20   the warehouse?
21       A.   I think she was doing both.  But
22   if I had to guess, mostly to the warehouse.
23       Q.   And so to the extent she's
24   shipping product to the warehouse, are those
25   shipments containing many orders that will then be

---

378

1    distributed to consumers?
2        A.   Sure, yeah, at times.
3        Q.   So I guess my question is, does
4    this chart encompass -- to the -- so to the extent
5    that, let's say, Liu or Yaoli or any of your other
6    brokers or vendors or suppliers are shipping goods
7    to your warehouse and then you in turn then ship
8    those products out to consumers, what tracking
9    information will this spreadsheet pick up --
10       A.   This shows --
11       Q.   -- in terms of a consumer's
12   order?
13       A.   This shows only tracking from
14   point A to point B, B being the customer and A
15   being from where it originated.
16       Q.   And -- okay.
17            But from when -- in terms of it
18   going from China to the warehouse to the warehouse
19   to the consumer, so that transaction, would it
20   encompass --
21       A.   It would not be --
22       Q.   -- the origination spot...
23       A.   I'm sorry.
24       Q.   What?
25       A.   Yeah, it would not be in this

---

379

1    sheet.
2        Q.   The one -- oh.
3             So how about the transaction
4    from the warehouse to the consumer?
5        A.   That's on the sheet, point A to
6    point B.
7        Q.   Okay.  So -- and let me make
8    sure I understand.
9             So to the extent China shipped
10   something directly to your consumers, that
11   tracking information will be on this sheet?
12       A.   That's correct.
13       Q.   To the extent China, or wherever
14   else you're getting your covered product, ships
15   product to the warehouse which then ships products
16   to consumers, this spreadsheet will only pick up
17   the tracking from the warehouse to the consumer?
18       A.   Correct.
19       Q.   Okay.  All right.
20            Let's go -- okay.  So here we
21   have shipment date.  What does that refer to?
22       A.   The date it was handed off to
23   FedEx.
24       Q.   Shipment delivery date?
25       A.   And I believe my -- my guys used

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                          8/12/2021

---

380

1  a formula to get the delivery dates based off of
2  the tracking numbers, so that is the delivery date
3  when it got delivered to the customer.
4      Q.    Okay.  And what is AC?
5      A.    Delivery dates, I think it's
6  taking -- if you go to the left side, order -- if
7  you go to the left, Michelle?
8              MR. BLANCHARD:  He wants you to
9  navigate over to the left, Michelle.
10 BY MS. SCHAEFER:
11     Q.    Oh, sorry.
12            More?
13     A.    Yeah, please.
14     Q.    Where do you want me to go?
15     A.    I want you to scroll the
16 sheet -- scroll the sheet to the left.  Okay.
17            Yeah, delivery -- shipment
18 delivery date.  Do you see that column?
19     Q.    Delivery date?
20     A.    Sorry.  It was -- it was after
21 production and shipping.  I think there was one
22 column that said --
23     Q.    Yeah.
24     A.    -- delivery -- yeah, delivery
25 date.

---

381

1              So that was the delivery date.
2  So it's taking that date, minusing from the date
3  it was delivered and giving you the output.
4      Q.    Okay.
5              MR. BLANCHARD:  It's
6  actual delivery -- can I help you,
7  Michelle?
8              MS. SCHAEFER:  Sure.
9              MR. BLANCHARD:  It's actual
10 delivery date minus estimated delivery
11 date.
12 BY MS. SCHAEFER:
13     Q.    Okay.  And then what about AD?
14     A.    It's just telling you if it was
15 on time or delayed.  Based on --
16     Q.    And --
17     A.    -- the left side, if you look,
18 it says --
19     Q.    Based on the --
20     A.    -- two days, yeah.
21     Q.    -- delivery date?
22     A.    Yeah.  It says two --
23     Q.    And is -- this delayed shipping
24 or delayed delivery or on-time shipping or on-time
25 delivery, what is it referring to?

---

382

1              MR. BLANCHARD:  Objection.
2  Compound.
3              THE WITNESS:  I -- I probably
4  would have to explain this again.
5  Shipping, are you referring to us
6  handing it off to FedEx?
7  BY MS. SCHAEFER:
8      Q.    No.
9              I'm just -- I'm just trying to
10 figure out what column AD is referring to, if it's
11 referring to the delivery date was late or if it's
12 referring to the shipment delivery date when it
13 was handed over to the carrier was late.
14     A.    No, not -- not handed over to
15 the carrier.  As to when it was delivered to the
16 customer, it was delayed based on what we had told
17 them.
18     Q.    Okay.  And what's this tracking
19 to, shipment date to, shipment delivery date to?
20 What is all this additional information here?
21     A.    If that order had multiple
22 trackings on it, it's just breaking it down for
23 you, same concept.
24     Q.    And why would the order have
25 multiple tracking orders?

---

383

1      A.    Sometimes it doesn't fit into
2  one box, so we have to create multiple labels.
3      Q.    Okay.  And so all of this in
4  green would refer to the second order to the
5  extent there was one?
6      A.    Not a second order.  Second
7  package.
8      Q.    Okay.  And what about this blue,
9  these blue columns?
10     A.    Same thing, same concept.
11     Q.    And the orange?
12     A.    Same concept.
13     Q.    Okay.  And what is this tracking
14 date representative of?
15     A.    I believe that was -- I don't
16 know.  I don't know that column, honestly.  But if
17 you could maybe just -- we could probably...
18     Q.    Can you find out?
19     A.    Yeah, I can.
20            Can you go to shipping date on
21 this one?  What does it say, the 3/22/2020?  Can
22 you go to the left side on shipping date column?
23     Q.    Yeah.  On which -- which --
24     A.    Just that one, the first one.
25 That's fine.  Just keep going all the way to the

---

39 (Pages 380 to 383)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

---

384

1    left.
2         Q.    And where do you want me to go?
3         A.    All the way to the start,
4    maybe --
5         Q.    Where do --
6         A.    -- like around the ABC area.
7         Q.    How do I -- do you know how to
8    unlock this?  It's -- I don't -- it's locked, and
9    I'm trying -- it's annoying me, but...
10              Okay.  Did I go to where you
11   wanted?
12        A.    Yeah.  If you scroll to the
13   right.  Yes.  Keep going.  Yes.  Keep going.
14              Yeah, I believe that means when
15   it was handed over to FedEx or -- I -- I -- that's
16   what it seems like, when it was handed over to
17   FedEx, shipping date or shipping tracking.
18        Q.    Okay.  Okay.
19              But you'll find out, but you
20   think this is when it was handed over?
21        A.    I can find out, yes.
22        Q.    Okay.  So -- well, let me ask
23   you this:  How else would you be able to figure
24   out the shipping date over here without knowing --
25   well, that's my question.

---

385

1              How -- how do you get the
2    information about the shipment date?
3         A.    Yeah, if you take column Z,
4    the -- the -- if you take that number and just put
5    it into Google, it'll tell you exactly when it was
6    delivered and when it was shipped.  It'll give you
7    the whole data.
8         Q.    Oh, I see.
9              You're just not sure what that
10   exact date represents in this field, but you think
11   it's when it was placed in the hands of the
12   shipper?
13        A.    I think it's pulling it straight
14   from FedEx's tracking information, and that's what
15   it means.  I'm --
16        Q.    Yeah.
17        A.    Because that's pretty -- pretty
18   extensive data that it's pulling with time stamp
19   and everything, so I think that's what it means.
20        Q.    Yeah.
21              I'm just looking.  Okay.  So
22   that second one is 3/30.  Let's see what it says
23   here.  Well, it's a different date, right?
24        A.    It's -- it's 3/23.
25        Q.    I don't -- and when we saw it

---

386

1    over here, it was 3/25.
2              So I -- so here is the date you
3    said it was put in the hands of the shipper, AA.
4    And then --
5              MR. BLANCHARD:  Objection.
6         Misrepresents prior testimony.
7    BY MS. SCHAEFER:
8         Q.    Okay.  Well, let me go back.
9              What does this represent, AA?
10        A.    When it was -- I would assume
11   it's the same as what you have on the other side,
12   but I -- I believe it's --
13        Q.    Which is when it was --
14        A.    -- put in the hands of FedEx,
15   yes.
16        Q.    Okay.  FedEx or whatever carrier
17   they're using --
18        A.    Correct, correct.
19        Q.    -- or you're using or your
20   brokers are using?
21              Okay.  Well, it doesn't seem to
22   be matching up, so...
23        A.    It doesn't?  What is it showing?
24        Q.    Well, because, like -- okay.
25              So this tracking date, you think

---

387

1    that the tracking date signifies when it was put
2    in the hands of the shipper as well?  Is that --
3         A.    Okay.  And that's the -- yeah,
4    that's 3/23.  What was the other one?
5         Q.    Okay.  So that's 3/23, and that
6    is -- oh, 3/25.  So it might be that that's the
7    date the label was created.  I'm not going to --
8    you know, I'm not making an assumption, so I'll
9    just wait to hear back from --
10        A.    Yeah.
11        Q.    -- either you or Mr. Blanchard
12   about that.
13        A.    Okay.
14        Q.    Let's just maybe look at one
15   more.  That's 3/25 there.  And that's 3/26.  So
16   there's some discrepancy there.  We -- okay.
17              So is this -- is this showing
18   how the consumer paid?
19        A.    Correct.
20        Q.    And what about AV?
21        A.    If there was any refunds.  That
22   was done on the back end.
23        Q.    Okay.  And so what does that
24   mean, on the back end?
25        A.    If it was done within our system

---

40 (Pages 384 to 387)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

388

1    but if we went to PayPal.com or Stripe.com and did
2    the trans- -- did the refund there, it won't
3    reflect on our -- on our database.
4          Q.    I see.  Okay.
5                And so then to the extent you
6    produced other spreadsheets from -- for example,
7    from Stripe or from Braintree that contained
8    chargeback information, those -- do those charts
9    contain the additional -- I'll call them "refunds"
10   that were made that came from -- directly from the
11   processor?
12         A.    Correct.  That will also answer
13   your question that we had yesterday as to why they
14   were showing zeros, is because those were probably
15   done on the back end of -- I'm sorry -- they were
16   done on the platforms itself, so it's not
17   reflecting on our database.
18         Q.    Oh, I see.  So -- okay.  And
19   we'll -- we can turn to those later, but...
20               So those reflect the chargebacks
21   that are coming from the payment process platform,
22   but they're also showing zero because that's
23   coming from your database, which shows zero refund
24   because you didn't give it from your account; is
25   that right?

389

1          A.    No, the --
2                MR. BLANCHARD:  The -- yeah, go
3    ahead.
4                THE WITNESS:  Yeah, we -- we
5    gave it from our account.  I mean, the
6    refund has to come from our account
7    regardless.  It's just -- we just
8    didn't use our system to process the
9    refund.  We used Stripe itself to
10   process the refund.
11   BY MS. SCHAEFER:
12         Q.    And so if I were going to add up
13   all the refunds, let's say, that you've given
14   related to covered products, I would take the --
15   add up the refunds in this chart; is that right?
16         A.    If you want the most accurate
17   refunds, you would take all of the refunds done on
18   the processor site and you would get the most
19   accurate refunds.
20         Q.    Okay.  So now I'm confused.
21               What I was going to say was, if
22   I add up these refunds plus the chargebacks
23   reflected in the other chart that reflects the
24   payment processor chargebacks -- if you add those,
25   I was going to ask if that gives you all the

390

1    refunds.
2          A.    No.
3          Q.    But --
4          A.    No.
5          Q.    Okay.  So tell me how I would --
6    if I wanted to figure out all of the refunds given
7    to consumers related to, you know, PPE
8    transactions, how would I go about calculating
9    them based on the -- these spreadsheets you
10   provided?
11         A.    To get a hundred percent
12   accurate, you would take all of the refunds done
13   on all of the processors.  That includes Stripe,
14   PayPal, Amazon, Braintree, whatever there is.  You
15   take all those refunds, you -- you attach it with
16   an order ID.  Okay?  Now you have all of the order
17   IDs of PPE already, and then you just do a simple
18   look-up function to match those and see which one
19   shows and which one doesn't show.  And the one
20   that does not show, you would add those back into
21   these.
22         Q.    And what are the ones that do
23   not show?
24         A.    So -- okay.
25               MR. BLANCHARD:  Hold on.  Can I

391

1    ask a -- can I -- can I -- I think
2    everything is getting jumbled here.
3    Can I -- can I -- can I try and clear
4    it up, Michelle?
5                MS. SCHAEFER:  Please.
6                MR. BLANCHARD:  So if a refund
7    amount is shown in here, it would not
8    also be in a payment processor, would
9    it?
10               THE WITNESS:  It would be.
11               MR. BLANCHARD:  Oh, then I'm
12   confused too.
13               THE WITNESS:  Yeah, okay.  Let
14   me clarify.
15               We can -- so if you do a charge,
16   on my back end, I can see that there's
17   a charge of $50.  Okay?  For Stripe,
18   for Braintree, I could refund those
19   charges back $50 on my back end and I
20   can refund it from my back end, which
21   is my software.  I can refund $50, and
22   it would reflect here that it's
23   refunded $50.
24               For instances like PayPal and
25   Amazon, we don't have a way to

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

---

392

1   communicate with my back end to Amazon.
2   So what I have to do is I have to find
3   that transaction on Amazon.com.  On
4   Amazon's website I have to find that
5   transaction, and there's a button
6   called "refund on Amazon," and that's
7   where I click "refund" and it issues a
8   refund back to the consumer.  But that
9   does not reflect back on my back end
10  here.  So that's what I'm saying.
11       MS. SCHAEFER:  Okay.  I think
12  the -- I find this extremely confusing.
13  I think it might be beneficial if,
14  Mike, you can maybe provide something
15  in writing as to how --
16       MR. BLANCHARD:  Yeah.
17       MS. SCHAEFER:  -- this
18  calculation would be calculated because
19  it sounds very complicated.
20       You know, not sure I'm going to
21  be able to understand that without
22  really seeing something on paper.
23       MR. BLANCHARD:  I made a note.
24  I'll provide something in writing.
25       MS. SCHAEFER:  Okay.  And, I

---

393

1   mean, we can go through this and see
2   what else we can gather from the
3   testimony, but I'm starting to think
4   that it might be more beneficial for
5   everyone if perhaps I send, you know, a
6   letter or a document or an email, you
7   know, asking all of our questions
8   related to the chart, because this is
9   important for both parties --
10       MR. BLANCHARD:  Yeah.
11       MS. SCHAEFER:  -- in terms of
12  understanding delays and obviously
13  injury, which is very important.
14       I think that might be the best
15  approach.
16       MR. BLANCHARD:  I agree.
17       MS. SCHAEFER:  And if so, I
18  am -- you know, I -- I will ask a few
19  questions, but we can certainly
20  streamline this deposition if we do it
21  that way because I -- it just seems
22  like there's going to be a lot of
23  confusion and a lot of unknowns.  And
24  that way, you know, you and Azim and
25  his team can get together and give us,

---

394

1   you know, the accurate information.
2       Does that sound like a plan?
3       MR. BLANCHARD:  Yes.  Thank you.
4       MS. SCHAEFER:  Okay.  And I
5   would like to just note on the record
6   that, you know, to the extent that
7   anything provided to us requires
8   further testimony, and I'm not saying
9   it will because I don't know what I'm
10  going to be looking at, I'm going to
11  just note for the record that I might
12  want to reopen, you know, the 30(b)(6)
13  deposition or Mr. Makanojiya's
14  deposition.
15       MR. BLANCHARD:  I mean, we won't
16  agree to that, obviously, but I
17  understand what you're saying.
18       MS. SCHAEFER:  Okay.  All right.
19  BY MS. SCHAEFER:
20       Q.   Let -- and let me ask you
21  something else.
22       Is this something you could
23  calculate for us, Azim?  And --
24       A.   I can.
25       Q.   -- by "you," I mean Zaappaaz.

---

395

1       What's that?
2       A.   Yeah, sure.
3       Q.   You -- does that -- I mean, I
4   still want to understand, obviously, but if it's
5   easier for you to calculate --
6       A.   Yeah, it's not the --
7       Q.   -- then --
8       A.   -- easiest thing, but we will --
9   we will put that as our -- our -- on our action
10  item.
11       Q.   Okay.  And so I will start, you
12  know, I'll initiate the process and I'll send a
13  letter just asking all of our questions related to
14  the charts, and then we can go from there.
15       A.   Okay.
16       Q.   Okay.  So if that's the case,
17  then -- well, let me ask a few more questions
18  about this and then I'll see whether I even want
19  to talk about the other charts or not.  All right.
20  So let's see.
21       Okay.  Well, at least with
22  respect to what's in this chart and what the
23  information means.  Okay.  So this is -- what is
24  this?
25       A.   A refund was given, what the

---

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

396

1   reason --
2       Q.    No, I --
3       A.    -- was.
4       Q.    AW?
5       A.    Yeah, reason for the refund.
6       Q.    Okay.  Who did -- where do these
7   reasons come from?
8       A.    They're just typed in, just a
9   generic response.
10      Q.    Who typed them in?
11      A.    The CSRs or Fatima or Erose, one
12  of them.
13      Q.    And so I know that also for
14  payment processors, we saw yesterday they have
15  their own codes.
16            Does --
17      A.    Yeah, that's --
18      Q.    Did --
19      A.    That -- that's their internal
20  stuff.
21      Q.    Does this spreadsheet or the
22  information in your database match up at all to --
23      A.    No.
24      Q.    Okay.  Okay.
25            And what is this date?

397

1       A.    Date of refunds.
2       Q.    And what do the discounts
3   represent?
4       A.    There was -- there was a scheme
5   that was always there.  I think you get
6   ten percent off if you spend this much, 15 percent
7   off if you spend this much or -- et cetera,
8   et cetera.  So it's just a discount that was
9   applied to each order.
10      Q.    Okay.  Now let's talk about
11  order status.  And we have four choices here.
12            So what's canceled?
13      A.    Canceled, it would -- I would
14  assume that the customer canceled the order, does
15  not want it anymore.
16      Q.    Okay.  Completed?
17      A.    Completed means that the order
18  has been done.  It could also mean it's canceled.
19  It could also mean it's refunded.
20            All these -- all these statuses
21  are -- except for completed, all of the status --
22  the order goes from processing to completed once a
23  transaction happens, but they have to manually
24  change the statuses from completed to either
25  refund, canceled, or disputed or whatever it may

398

1   be.  But I think we're -- we tried our best on
2   updating as much as we can as we do it, but it's a
3   very -- it's a -- it's a -- it's a manual process,
4   so there could be mistakes made there.
5       Q.    Okay.  All right.
6             Okay.  So this is shipment
7   delivery date.  And sometimes there's blanks and
8   sometimes there's N/As, and I'm wondering what
9   that means.
10      A.    Yeah, there's -- it's probably
11  because there's already duplicate orders of that
12  customer and it's been shipped together.
13      Q.    Okay.  What -- can you elaborate
14  on that?  I --
15      A.    Yeah, so if --
16      Q.    -- don't understand --
17      A.    -- you look at -- maybe there's
18  already an order number or -- or a customer
19  placed -- there's already a tracking associated
20  with that order, so -- you see that order right
21  there?
22      Q.    Should I scroll somewhere to
23  see?
24      A.    No, the -- the -- the tracking
25  is already there.  It's just not pulling up the

399

1   data.
2       Q.    Okay.  And, now, tell me again,
3   why not?
4       A.    I don't know.  Maybe the formula
5   is not working or something, but...
6       Q.    Okay.  Well, it seems like that
7   will probably go in my letter; is that fair?
8       A.    That is -- that is very...
9             Mike, I just...
10            It's really hard to pull.  This
11  is very -- how would you say it?  It's --
12      Q.    Oh.
13      A.    -- rigged up.
14            Not rigged up, but it's like we
15  use multiple different functions to make it
16  happen.  It's not really supposed to be done like
17  this.  But the easiest --
18      Q.    No, let --
19      A.    -- way to do it --
20      Q.    My question --
21      A.    Yeah.
22      Q.    So my question really is -- I
23  want to -- I don't understand what nonapplicable
24  means here.
25      A.    Okay.

43 (Pages 396 to 399)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

400

1     Q.    And to why it's --
2     A.    Yeah, so --
3           MR. BLANCHARD:  We can supply an
4     answer to that question.
5           THE WITNESS:  Right.  So the
6     reason is -- well, if it's okay, Mike,
7     I want to explain to you why it says
8     "N/A."  We used a function in here to
9     read the tracking number, pull the data
10    from FedEx and put it in here.
11          MR. BLANCHARD:  Right.
12          THE WITNESS:  And that function
13    is not like a -- it's not -- it's not a
14    standard function that's given by
15    FedEx.  It's just a random person who
16    created this function like, "Hey, try
17    this, you might be able to pull it in
18    your Excel sheet, might be able to pull
19    the data from that tracking number."
20          So I am trying to do the best as
21    I can to kind of give you the data.
22    But realistically, the -- one of the
23    ways to do it is put the tracking
24    number into Google, find the -- find
25    that information, and put it into an

---

401

1     Excel sheet.  But I -- any other
2     processes, I don't know how to do it.
3     I did it to the best of my ability, at
4     least.  I -- that's what I'm trying to
5     tell you.
6           MR. BLANCHARD:  So I think what
7     he's saying, Michelle, is that this --
8     you know, this is an amalgamation of
9     information from Zaappaaz's back end.
10          THE WITNESS:  Mm-hmm.
11          MR. BLANCHARD:  Which has an
12    order ID, customer, product ordered,
13    et cetera, et cetera, right?  And then
14    there's information pulled from FedEx
15    to try and supply additional
16    information and it's sort of merged
17    into this spreadsheet, right?
18          THE WITNESS:  Well, so the
19    tracking number is there, Michelle.
20    You see Z is the tracking number?  If
21    you can --
22    BY MS. SCHAEFER:
23    Q.    Yep.
24    A.    -- go to shipment date, column
25    AF, where it says 4/15/2020, the first one on AF?

---

402

1     Q.    AF?
2     A.    Alpha Frank, yeah.  Just scroll
3     down like ten -- ten down.
4     Q.    Down?
5     A.    Yeah, down.  Down, down.  Line
6     30, AF.
7     Q.    Oh -- wait.
8           30A?
9     A.    Alpha Frank.
10    Q.    AF.
11          I -- there?
12    A.    Yeah.
13          Is that -- is that a formula
14    that's being used on there or is it -- how is it
15    put in there?  Is that a formula?  I can't see.
16    It's not -- on the -- on the right side, if you
17    can -- yeah, right there.
18    Q.    What do you want me to do?
19    A.    Is that a formula or it's not?
20          MR. BLANCHARD:  Doesn't look
21    like it.
22          THE WITNESS:  The one I sent you
23    is a formula.
24          MR. BLANCHARD:  The one I have
25    is -- so here's -- here's the --

---

403

1           THE WITNESS:  Is it on a Google
2     Doc?
3           MR. BLANCHARD:  -- Excel.
4     Yeah, made it Excel --
5           THE WITNESS:  I think it
6     probably took the formula because it's
7     using internet protocols to read the
8     tracking number because there's no
9     other way to do it.  There's --
10          MR. BLANCHARD:  Right.
11          THE WITNESS:  -- just no other
12    way unless you manually sit there and
13    put the tracking number into Google,
14    get the data, and individually plug in
15    those numbers.
16          But I did it in a very...
17          MR. BLANCHARD:  I -- okay.  So I
18    think I'm understanding somewhat.
19          MS. SCHAEFER:  Do you --
20          MR. BLANCHARD:  I mean, it's not
21    good.  It -- it -- I don't think some
22    of the formulas came over to this Excel
23    document.
24          But I'm talking out of turn.
25    Can we take a quick break so I can go

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

---

404

1    in to -- to --
2          MS. SCHAEFER:  Sure.
3          MR. BLANCHARD:  -- figure out
4    what the answer is here?
5          MS. SCHAEFER:  Sure.
6          MR. BLANCHARD:  Okay.  Can we
7    take ten minutes?
8          MS. SCHAEFER:  The issue is --
9    can I just say one thing?  I mean, the
10   issue here is that there's going to
11   be -- I had sort of a lot of questions
12   along these lines, you know, why do we
13   get N/As, why are there blanks, what
14   is -- you know, stuff like that.
15         MR. BLANCHARD:  Yep.
16         MS. SCHAEFER:  And so we should
17   take a break and you should clarify.
18   But, again, it's just -- I'm leaning
19   more and more towards just, you know,
20   sending all my questions about all of
21   the charts, getting a response, and
22   then going from there.
23         MR. BLANCHARD:  Well, let's just
24   do that then.
25         MS. SCHAEFER:  Yeah, because I

---

405

1    think it's not -- we're going to -- we
2    could be here all day.
3          MR. BLANCHARD:  I agree.
4          MS. SCHAEFER:  And I think it's
5    just going to be a waste of time.
6          Okay.  So I'm going to stop
7    asking about these charts and I'm going
8    to send a letter asking all of our
9    questions, and you'll respond and then
10   we'll go from there.
11         MR. BLANCHARD:  Okay.
12         MS. SCHAEFER:  Okay.  All right.
13   So why don't we take a, like,
14   maybe ten-minute break?
15         MR. BLANCHARD:  Yeah.
16         MS. SCHAEFER:  Okay.  Thank you.
17         MR. BLANCHARD:  Thanks.
18         (Off the record from 3:25 until
19   3:41.)
20   BY MS. SCHAEFER:
21         Q.   So did you, Mike or Azim, want
22   to add anything about the deposition -- the
23   spreadsheet?
24         MR. BLANCHARD:  Just that, you
25   know, this is pulling in data from, you

---

406

1    know, multiple sources, and so the copy
2    I have didn't have any other
3    information, the original copy, and so
4    we're basically going to have to go
5    back to square one and -- and try
6    another way.  Because we, for example,
7    looked up that tracking number on the
8    one we were looking at, and it was
9    delivered, you know.  I don't know why
10   it's showing N/A for delivery date, but
11   it's a -- it's a data -- it's a data
12   importation issue of some kind.  I
13   don't know what it is.
14         MS. SCHAEFER:  Okay.
15         MR. BLANCHARD:  I mean, it's
16   tens of thousands of orders, and so
17   somebody can't go through and click
18   on -- you know, check each tracking
19   number.  We've got to find a way for it
20   to, you know, download correctly and --
21         MS. SCHAEFER:  I understand.
22         MR. BLANCHARD:  -- you know...
23         MS. SCHAEFER:  I just do -- I do
24   want to clarify, however, that I'm
25   still -- I am still going to -- I would

---

407

1    like to send a letter --
2          MR. BLANCHARD:  Of course, yeah.
3          MS. SCHAEFER:  -- asking our
4    questions.
5          MR. BLANCHARD:  Yeah.
6          MS. SCHAEFER:  And as I said
7    before, I want to send a letter asking
8    questions about all of the charts
9    because they're all related in some
10   sort of fashion --
11         MR. BLANCHARD:  Sure.
12         MS. SCHAEFER:  -- but they're
13   all a little bit different, and so I do
14   want to understand, you know, the
15   relationship and the differences.
16         MR. BLANCHARD:  Yeah.
17         MS. SCHAEFER:  Okay.
18         Can you guys see the
19   spreadsheet?
20         MR. BLANCHARD:  Yes.
21         MS. SCHAEFER:  Okay.  Okay.
22         So I am marking this -- what is
23   our next exhibit?
24         MR. BLANCHARD:  41.  Well, I'm
25   not sure.

---

45 (Pages 404 to 407)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

---

408

1          MS. SCHAEFER:  Forty- -- I think
2     we're on --
3          MS. COLLESANO:  I think 42.
4          MS. SCHAEFER:  Okay.
5          (Marked Exhibit 42.)
6     BY MS. SCHAEFER:
7          Q.    So this was a spreadsheet of
8     shipments produced by FedEx.
9          Have you ever seen this, Azim?
10         A.    If I've seen this sheet
11    particularly, no.  But I'm not -- yeah, I'm sure
12    FedEx provides data like this, correct.
13         Q.    Okay.  So this is the account
14    numbers.
15         Does this reflect your Ionized
16    and Zaappaaz's and some other companies' account
17    numbers with FedEx?
18         MR. BLANCHARD:  Objection.
19    Foundation.  Calls for speculation.
20         THE WITNESS:  Sure.
21    BY MS. SCHAEFER:
22         Q.    What was the answer?
23         A.    I believe so, that's probably
24    all of them.
25         Q.    Okay.  And so the way they break

---

409

1     this down is international addresses, domestic
2     addresses, domestic account shipments, and
3     international account numbers.
4          Do the differences have any
5     meaning to you?
6          A.    No.
7          Q.    Okay.  Well, let's start here on
8     international addresses.
9          Is this -- do you want me to
10    make it bigger?
11         A.    Yeah, please.
12         Q.    Is that good?
13         A.    That's good.
14         Q.    Okay.  So do you have any
15    idea -- okay.  Well, here.  So this appears to be
16    shipments from all of these account numbers to
17    different consumers all over.
18         And my question is, here in the
19    payer company line, and I'm going to filter, if I
20    were to filter this spreadsheet by orders sent to
21    consumers by Zaappaaz, how -- and I know there's a
22    lot of entities here.  Would I just click on
23    Zaappaaz, LLC, Zaappaaz, LLC 2, which I know has
24    accounts with FedEx, or would I include any other
25    parties?

---

410

1          A.    I --
2          MR. BLANCHARD:  Objection.
3     Compound.  Foundation.  Speculation.
4          THE WITNESS:  So the
5     Ionized 1 through 20, Zaappaaz
6     probably --
7     BY MS. SCHAEFER:
8          Q.    Yeah?
9          A.    -- not probably, did use some of
10    those accounts as well.
11         So the name references really
12    hold no purpose because Zaappaaz 1, 2, and 3 was
13    definitely Zaappaaz.
14         Q.    Mm-hmm.
15         A.    But Ionized 1 through --
16         Q.    So --
17         A.    -- 20 does not hold any bearings
18    to the name itself.
19         Q.    In other words, to the extent
20    there's other payer companies here reflected --
21         A.    I cannot see the other payer
22    companies, honestly, but...
23         Q.    Wait.  I'm sorry.  Say that
24    again.
25         A.    I can't see the payer companies.

---

411

1          Yeah, see, Arctic Wolf Networks,
2     I don't know who that is.  I don't think that's
3     our company.  Bangladesh Express Company, that's
4     not us.  Those are not our companies.  I think
5     they're just taking -- sometimes third parties use
6     their own shipping to ship to us, but they have no
7     financial impact to us.  We don't pay the
8     financial bills to them.  Does that make sense?
9          Q.    Umm...
10         A.    Why don't you -- yeah, why
11    don't -- yeah, why don't you pull up, like, G Ryan
12    Design.  You see that one?
13         Q.    Yeah.  Hold on.
14         A.    Yeah, I don't know -- I don't
15    know where you got this list from.  But, for
16    example, like even the first one, the 4PX --
17         Q.    Oh, this is from FedEx.  This is
18    not -- you know, this is produced by FedEx.
19         A.    Okay.  So --
20         Q.    G Ryan.  All right.  Let's look
21    at the...
22         A.    So that's not our -- that's not
23    our account number.  Now, maybe G Ryan sent us a
24    product.  So I hope that answers your question.
25         Q.    Okay.  Do you know what the

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

412

1   difference is between the payer company and the
2   shipper name?
3        A.   I think --
4             MR. BLANCHARD:  Objection.
5   Foundation.  Speculation.  I'm not sure
6   that's accurate.
7             THE WITNESS:  I think the
8   shipper name is just whatever the
9   shipper puts as a receiver's name, I
10  believe.
11  BY MS. SCHAEFER:
12       Q.   Wait.
13            The shipper -- this is the
14  shipper, and you believe that -- what does it
15  represent?
16       A.   Whatever he puts -- puts as the
17  receiver's name.
18            MR. BLANCHARD:  Michelle, this
19  one's even harder because it's not our
20  document.  Can I add something?
21            MS. SCHAEFER:  No, I know, I
22  know.
23            MR. BLANCHARD:  It's -- I
24  don't -- I think column K is actually
25  the recipient?

413

1             THE WITNESS:  The recipi- -- the
2   recipient, yes.
3   BY MS. SCHAEFER:
4        Q.   And so why would, I don't know,
5   Mr. Liang be a recipient?
6             MR. BLANCHARD:  Wait.
7             THE WITNESS:  Why would
8   Mr. Liang be a recipient.
9   BY MS. SCHAEFER:
10       Q.   And then the recipient is
11  actually Sharez?
12       A.   Michelle, I do not know.
13       Q.   Okay.  All right.  Fair enough.
14  Fair enough.
15            I will ask you this, though.
16  When we were doing some comparisons, we noticed
17  that there were thousands of tracking numbers that
18  were in the spreadsheet we were looking at before,
19  which was Zaappaaz 41, that are not encompassed in
20  this FedEx spreadsheet.  Do you know why that
21  would be?
22            MR. BLANCHARD:  Objection.
23  Foundation.  Speculation.
24            THE WITNESS:  Maybe they're
25  shipments coming straight to the

414

1   warehouse, scenario one.  I don't know.
2   That's -- that's one scenario.
3   BY MS. SCHAEFER:
4        Q.   Wait.
5             Maybe which one -- which one
6   reflects shipments going straight to --
7        A.   You're saying -- you're saying
8   there's some trackings in here that are not
9   reflecting in my -- in the document that we saw
10  earlier?  Is that correct?
11       Q.   No.  I'm saying the reverse,
12  that there's tracking numbers that appear in the
13  other spreadsheet but that don't appear here.
14       A.   Yeah, because they probably --
15  the Chinese use their own account which you're
16  maybe not able to get access to.
17       Q.   So is that -- would that reflect
18  the transactions from China to the consumer?
19       A.   Sure, yes.
20       Q.   But then we're in -- when you
21  look at international account numbers, it says
22  the -- and I know we're not sure what this means.
23  It says shipper company, you know, Hong Kong, and
24  then it shows an individual recipient's name.  So
25  that would suggest to me it is capturing those.

415

1        A.   No, this -- this -- I think
2   you're filtering our account number specifically
3   in this one.
4        Q.   You think -- you think I'm what?
5        A.   I think this is one of our
6   account numbers.  If it's -- if you're filtering
7   by payer ID, Zaappaaz, this is one of the account
8   numbers that you're --
9        Q.   No, I'm not -- am I filtering?
10  I haven't filtered anything.
11       A.   Oh, okay.
12            Yeah, Zaappaaz --
13       Q.   But this is Zaappaaz.
14       A.   Yeah.  You -- you know what?
15  You should be actually filtered by account
16  numbers.  Does it -- does it show account numbers
17  on there?  It might clarify a lot of this.
18       Q.   No, I -- you know what?  I -- it
19  doesn't.  I don't know why, but it has account
20  numbers, but it filters by -- you know, you can do
21  it by company name, by shipper name.  And I think
22  the only way to do it, the best way to do it to
23  match the account as far as I can tell is by payer
24  company, but I'm speculating.
25       A.   Are you sure there's no account

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

416

1    number on this?
2         Q.    I mean, here, let me -- we can
3    look -- go...
4         A.    Yeah, you can keep going.  It's
5    not here.  I'll be able to decipher real quick, if
6    you just kind of scroll to the right.
7         Q.    Okay.  I don't want to -- is
8    this --
9         A.    Yeah.
10        Q.    Okay.  That's it.
11        A.    Yeah, it's -- it's not there.
12        Q.    And let's see here.
13        A.    No.
14        Q.    Okay.  So do you have any other
15   theories on why there would be tracking numbers in
16   that spreadsheet?
17        A.    I think one theory is --
18             MR. BLANCHARD:  Objection.
19        Foundation.  Speculation.
20             THE WITNESS:  I think one theory
21        is very solid.  I mean, Chandler has
22        his own FedEx account number that he
23        uses.  Remember, I told you there's
24        metrics that they use --
25

417

1    BY MS. SCHAEFER:
2         Q.    Yeah, yeah.
3         A.    -- yeah, depending on FedEx,
4    UPS.
5             He has his own FedEx account
6    number as well, which he also uses himself
7    depending on if our FedEx is cheaper or his FedEx
8    is cheaper.  So maybe you -- you're not pulling in
9    those data into this.
10        Q.    And so is what you're saying
11   that to the extent - I think it was this one -
12   that this shows, okay, Mr. Liang is shipping to
13   consumers in the U.S., this is reflected in the
14   FedEx chart because he must have used one of
15   Zaappaaz's or Ionized's numbers whereas if he had
16   used his number, it wouldn't necessarily appear on
17   the FedEx spreadsheet?
18        A.    I think the shipper name just
19   references who shipped it, maybe.  Actually, if
20   you look -- yeah, I think that's what it means.
21   Mr. Liang shipped this product from his facility,
22   like Mr. Liang was the shipper, but if you look at
23   WB, I think that came -- that is being shipped
24   from our warehouse by WB, like we are shipping
25   from WB.  I think that's what it means.

418

1             MR. BLANCHARD:  Objection.
2        Form.  Speculation.  Foundation.
3    BY MS. SCHAEFER:
4         Q.    Wait.
5             So you think he's shipping it,
6    and where is WB?
7         A.    If you look on the bottom -- go
8    ten down.  Just press ten down arrows.  You'll see
9    WB right there, yeah.  Yeah.  So, see, all those
10   are being shipped from our warehouse, and we
11   reference ourselves, shipper name, as WB.
12        Q.    And what's the difference
13   between this and the one above, for example?
14        A.    Mr. Liang is --
15             MR. BLANCHARD:  Form.
16        Speculation.  Foundation.
17             THE WITNESS:  Mr. Liang is --
18        Mr. Liang is China, so I guess maybe in
19        his software he put shipper name as
20        Mr. Liang.
21   BY MS. SCHAEFER:
22        Q.    Okay.  But are you saying that
23   really this is being shipped from the warehouse?
24        A.    No, I did not say that.  I said
25   WB is being shipped from the warehouse, the one

419

1    below that.  Yeah, that one.
2         Q.    Yeah, right.
3             And this is being shipped from
4    China?
5         A.    That is correct.
6         Q.    Right.
7             But what I'm trying to figure
8    out is, you said that he -- like you testified, he
9    had his own FedEx numbers.  And some of those
10   transactions appear on the other chart we were
11   looking at.
12        A.    That's correct.
13        Q.    But what I thought you said was
14   the transactions where he uses his FedEx numbers
15   don't appear on this spreadsheet because he's
16   using his FedEx account, not Zaappaaz's or
17   Ionized's?
18        A.    Yeah, Michelle, I don't know if
19   you subpoenaed his account number or not, so
20   that's what I'm saying.  Maybe you don't have
21   access to his FedEx data.  So it would
22   obviously --
23        Q.    Okay.
24        A.    -- not show in there.
25             That's what I was trying to get

48 (Pages 416 to 419)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

420

1    at.  Like, I mean, if you --
2         Q.    Okay.  So this -- so this
3    reflects presumably, you know, transac- -- FedEx
4    transactions related to, let's say, these
5    accounts?
6         A.    I think it reflects more than
7    that, honestly.  If you look at international --
8    sorry.  Go back to -- yeah, wherever you were
9    filtering in the start.
10        Q.    Oh, yeah.  Okay.  So...
11        A.    Payer -- payer company.  Yeah,
12   if you filter that.  I think it -- I think you're
13   mumbling it up with a lot of other --
14        Q.    Okay.  It's not me.
15        A.    Yeah, I know it's not you.  I'm
16   just -- like this --
17        Q.    Okay.
18        A.    -- 1138522 BC Limited, no clue.
19            I mean, you could obviously kind
20   of -- yeah, I don't know what this is.
21        Q.    Yeah, because they paid,
22   whatever it is, but you shipped it, WB shipped it.
23            Okay.  And -- but you don't --
24   you don't know why there's this -- you don't know
25   who this -- these --

421

1         A.    If you could scroll to the
2    right?  Oh, this is going to Canada.
3         Q.    Oh, okay.
4         A.    I don't -- I -- I mean, we...
5         Q.    Okay.
6             MR. BLANCHARD:  You can have a
7    seat.
8    BY MS. SCHAEFER:
9         Q.    Did Zaappaaz from March 2020
10   onward use FedEx Ground at all to ship covered
11   products?
12        A.    If we used what?
13        Q.    FedEx Ground.
14        A.    Plenty of times, yes.
15        Q.    And what did you use FedEx
16   Ground for?
17        A.    For shipping goods.
18        Q.    And did you use them for
19   shipping -- do you use FedEx Ground to ship goods
20   within the U.S.?
21        A.    That's the only thing you can
22   use Ground for.  They...
23        Q.    Okay.  And so is FedEx Express
24   not used within the U.S.?
25        A.    It is.  But Express -- Express

422

1    is air, so, you know, like, it gets on a plane
2    necessarily to reach wherever it needs to reach.
3         Q.    But -- okay.
4             So to the extent you were
5    shipping product out from your warehouse to
6    consumers, were you -- were you using FedEx Ground
7    all the time?
8         A.    Not all the time.  We used it
9    based on whatever the needs were for the customer.
10        Q.    What do you -- what does that
11   mean, whatever the needs were for the customer?
12        A.    So FedEx Ground covers Texas,
13   Louisiana, a little part of Oklahoma, a little
14   part of Arizona, and we can use Ground and it will
15   get there within one day.  But we have -- we have
16   metrics internally to tell you -- tell us that,
17   hey, FedEx Ground takes one day to cover this much
18   area of delivery zones and it'll take two days to
19   cover this much area of delivery zones.  So our
20   software kind of picks out what is the best option
21   of shipping and then we use those methods.  So
22   there's FedEx Ground, FedEx Air, FedEx Express, I
23   believe, and FedEx Two-Day and FedEx A.M.
24        Q.    Okay.  So in terms of FedEx, did
25   you ever experience delays with FedEx Ground?

423

1         A.    Absolutely.
2         Q.    What's that?
3         A.    Yeah, we did.
4         Q.    Okay.  Tell me about those, what
5    kind of delays FedEx Ground caused.
6             MR. BLANCHARD:  Objection.
7    Vague.  Overbroad.
8             THE WITNESS:  The trailer wasn't
9    being picked up at times.  The trailer
10   wasn't being picked up.  Sometimes
11   after cutoff, so it'd be delayed a
12   whole day before the FedEx processed
13   our -- our packages.  FedEx, where they
14   were promising one day or where their
15   graph is showing one day was now doing
16   two days or three days.  Things like
17   that.
18   BY MS. SCHAEFER:
19        Q.    Okay.  Does that master
20   spreadsheet we went over include the FedEx Ground
21   transactions?
22        A.    The one you're seeing the N/As
23   on?
24        Q.    Yes.
25        A.    Yeah, it would have every

49 (Pages 420 to 423)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

424

1   transaction, Express and Ground.
2       Q.   Okay.  Would it also include
3   other carriers you used to ship from the
4   warehouse?
5       A.   It would, yes.
6       Q.   Okay.  And tell me again, before
7   March 2020, were any products being shipped from
8   your warehouse to consumers?
9       A.   99 percent were shipped from
10  China.  Probably one percent -- and if you want
11  those scenarios, I can explain, but, yes,
12  one percent was being shipped not from
13  particularly our warehouse, but from a house.
14      Q.   What house?
15      A.   I would just get packages for --
16  for example, if someone orders -- we get
17  customers, quite a few customers wanting to order
18  two or three wrist-bands.  So what we do is we let
19  them order the two or three wrist-bands and we
20  batch them and we ship them to my house or
21  wherever it may need to go and then we basically
22  print labels from here to the customer because it
23  doesn't make sense to ship two wrist-bands from
24  China to the customer because it's obviously just
25  not cost-effective.

425

1       Q.   Okay.
2            MS. SCHAEFER:  So the next
3   exhibit is going to be 42 or is it 43?
4            MR. BLANCHARD:  43.
5       (Marked Exhibit 43.)
6            MS. COLLESANO:  I think it's 43.
7   BY MS. SCHAEFER:
8       Q.   Okay.  So this is your business
9   application for Texas First Bank account 3965.
10           Is this Zaappaaz's depository
11  account?
12      A.   3965?  I'm not sure.
13      Q.   Can you hear me?
14           MS. COLLESANO:  Michelle, this
15  is marked as -- Michelle, this is
16  marked as 42.
17           MS. SCHAEFER:  Can you hear me?
18           MR. BLANCHARD:  Yes.
19           THE WITNESS:  We can hear you.
20           MS. SCHAEFER:  Oh, okay.
21           Oh, did I -- I don't even see
22  a -- do you you see a marking on the
23  page, though?  All right.  I'll have to
24  correct that.  Oh, there we go.  Okay.
25           MS. COLLESANO:  I see it on the

426

1   bottom.
2            MS. SCHAEFER:  Yeah, I'll have
3   to...
4            I'll make that 43, and I'll make
5   the next one 44.
6            MS. COLLESANO:  Okay.
7   BY MS. SCHAEFER:
8       Q.   Okay.  So I was saying, so this
9   is the business application for Texas First Bank
10  account 3965.
11           What is bank account 3965 used
12  for?
13      A.   If this is my main account --
14  I'm not sure of the account number, but if this is
15  my main account, that's used for the main
16  business, if this is Zaappaaz's account.
17      Q.   Okay.  Yeah, so you disclosed
18  this as your main account in discovery responses.
19      A.   Okay.  Great.  Okay.  If that's
20  the case, then, yes, this is our main account.
21      Q.   Okay.  What is the account used
22  for?
23      A.   All transactions related to
24  Zaappaaz.
25      Q.   And does this account receive

427

1   consumer funds?
2       A.   Absolutely.
3       Q.   And it pays for expenses?
4       A.   Absolutely.
5       Q.   Are there any other Zaappaaz
6   bank accounts that receive funds and pay for
7   expenses?
8       A.   No.  As of -- as of this time
9   period, no.  There's a second bank account that's
10  being utilized since last month.
11      Q.   And when did you open that?
12      A.   It was already opened.  It was
13  never utilized.
14      Q.   Oh, okay.
15           And when did you start using it?
16      A.   Last month, I believe.
17      Q.   Okay.  And so you're a signatory
18  and Khalil is a signatory, but your wife is also a
19  signatory.
20           So I'm -- why is she a signatory
21  to this account?
22      A.   My wife?
23      Q.   Yeah.
24      A.   Because I've went to India
25  multiple times, so I needed someone to be a

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

428

1  signatory besides me.  Khalil was recently added
2  when he was onboarded, but my wife has been on
3  there since maybe the start of this bank account.
4  Also, we've added signatories now.  But, yeah.
5          Q.    Okay.  Does your wife provide
6  any services for the company?
7          A.    No.
8          Q.    Oh, whoops.
9          Oh, no.  Did I just kick
10  everyone off?
11          MR. BLANCHARD:  No.
12          THE WITNESS:  We're here.
13          MS. SCHAEFER:  Okay.  Because I
14  just kicked myself off.
15          Okay.  So I'm marking this next
16  one 44.
17          (Marked Exhibit 44.)
18  BY MS. SCHAEFER:
19          Q.    So this is a bank statement
20  produced by Texas First Bank.  So here it starts
21  January '06, and I see that you're -- you're
22  receiving payments, it looks like.
23          Are these -- I'm looking at
24  the -- you know, here.  This -- like, let's look
25  at the second deposit.  What does that reference?

---

429

1          A.    Can you reference what the
2  second deposit is that you're referring to?
3          Q.    I'm just saying, what does the
4  deposit -- does that indicate that these are
5  consumer funds or is that a deposit -- someone
6  made a deposit?
7          A.    Let me see where --
8          MR. BLANCHARD:  Objection.
9  Foundation.  Speculation.
10  BY MS. SCHAEFER:
11          Q.    I'm on the first page.
12          A.    Okay.
13          Q.    So I guess let's just take the
14  first page here, and tell me what transactions
15  here represent consumer funds being put into the
16  account.
17          A.    Braintree.
18          MR. BLANCHARD:  Objection.
19  Speculation.  Foundation.
20          THE WITNESS:  Amazon.  PayPal.
21  BY MS. SCHAEFER:
22          Q.    Okay.  So the -- your payment
23  processors are -- the funds from the payment
24  processing that's being put into this account?
25          A.    Correct.

---

430

1          Q.    And at all times until you
2  started using this new account from March 2020
3  onwards, were all, you know, revenues from sales
4  of covered products put into this account?
5          MR. BLANCHARD:  Objection.
6  Misstates prior testimony.
7          THE WITNESS:  Correct.
8          MR. BLANCHARD:  Well, the --
9  what was the question, Michelle?
10          MS. SCHAEFER:  I'm just -- I was
11  asking whether all funds, all revenue
12  from the sale of -- from the sale of
13  consumer products -- I mean covered
14  products end up in this account.
15          MR. BLANCHARD:  Oh, okay.
16          THE WITNESS:  That's correct.
17  BY MS. SCHAEFER:
18          Q.    Okay.  So you didn't start
19  selling PP- -- covered products until the end of
20  March 2020.
21          And so what do -- from, let's
22  say, January here all the way to -- let's take it
23  to March, to the extent you're getting revenues,
24  where are the -- where are the revenues coming
25  from, the sale of what products?

---

431

1          A.    My promotional products.
2          Q.    Let me get to March.  Okay.
3          And so up through, let's say,
4  right here, the end of March, revenue coming from
5  noncovered products, then you start selling
6  covered products and --
7          A.    What page are you on, Michelle?
8          Q.    What's that?
9          A.    What page are you on?
10          Q.    I'm on page 33.
11          A.    Okay.
12          Q.    Okay.  So from, let's say, I
13  don't know, March 24th onward, do the revenues
14  that are coming into this account only relate to
15  covered products or do they relate to both covered
16  products and promotional products?
17          A.    Both.
18          Q.    Is there any way to
19  differentiate between deposits related or revenue
20  related to promotional products and revenue
21  related to covered products?
22          MR. BLANCHARD:  Objection.
23  Form.
24  BY MS. SCHAEFER:
25          Q.    Just --

---

51 (Pages 428 to 431)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                     8/12/2021

432

1    A.    Not from the bank statements.
2    Q.    And so if you were going to
3  figure out exactly what revenues are tied to
4  covered products, how would you go about
5  determining that?
6    A.    I mean, the start would be the
7  sheet that I gave you with all of the PPE
8  products.  It has the revenues on there.
9    Q.    Oh, the master spreadsheet?
10   A.    The one that has all of the PPE
11  products.
12         Mike, if you can give the
13  reference to that one.  I don't know.
14   Q.    I'm sorry.  I don't know -- I'm
15  not sure what you're -- what spreadsheet you're
16  referring to.
17         MR. BLANCHARD:  That's Zaappaaz
18         11134.
19         MS. SCHAEFER:  Okay.
20  BY MS. SCHAEFER:
21   Q.    So in terms of just the
22  Braintree funding we see here, so that represents
23  covered products and noncovered product revenue?
24   A.    Correct.
25   Q.    And is it the same for the

433

1  Stripe deposits?
2    A.    Correct.
3    Q.    And do you use this account to
4  pay your American Express bills?
5    A.    Correct.
6    Q.    And your Visa bills, your
7  Alliant Visa bills?
8    A.    Correct.
9    Q.    And so I'm on page 25, and I'm
10  looking at the third deposit on -- from the top on
11  the left-hand side, Remote Deposit, Texas First
12  Bank RDA Services, Mobile Micro Business Capture
13  GLITZ ATM.
14         I'm wondering, what's -- who
15  this deposit is coming from, if you can tell?
16   A.    Page 25?
17   Q.    Yeah, page 25.
18   A.    Yeah.  Which deposit?
19   Q.    So this third one from the
20  bottom on the left, Texas First --
21   A.    Yeah.
22   Q.    -- Bank RDA Services.
23         It says "Mobile Micro Business
24  Capture GLITZ ATM."
25   A.    Yeah.  This is how -- so my --

434

1  my account is -- is a treasury management account,
2  so I have a lot of accounts underneath -- under my
3  portfolio.  Now, this is something you might want
4  to ask Texas First Bank, as to how they -- why
5  they classify this, but it's just classified as
6  GLITZ ATM because that's my master profile
7  account.  But the deposit is actually going to
8  Zaappaaz, and it probably should have referenced
9  the balance sheet.
10   Q.    Okay.  Let's go to page 29.
11         What's this -- do you see the
12  second transaction from the top, E-Trade ACH
13  transfer, $100,000.  What's the E-Trade account?
14  Whose E-Trade account is that?
15   A.    That is the company's E-Trade
16  account.
17   Q.    Okay.  And what does the company
18  use the E-Trade account for?
19   A.    For trading purposes.
20   Q.    Is it under -- what -- whose
21  name is it under?
22   A.    Zaappaaz.
23   Q.    All right.  Okay.
24         So if you look at March 5th,
25  there's a transaction for about $73,000 to

435

1  Merchant Bank CD deposit.
2    A.    Okay.
3    Q.    Do you know -- it seems to be
4  types of merchant processors.
5         Do you know what processor this
6  is coming from?
7    A.    I want to say it's Fiserv.
8    Q.    Okay.  All right.
9         Let's go to the very bottom.
10  March 5th, there's all these international wires.
11  What are the purposes of all of these
12  international wires?
13   A.    Where are you?
14   Q.    I'm sorry.  So I'm on page 35.
15  March 5th, the last one, two, three, four --
16   A.    Yeah.
17   Q.    -- five, the -- those five
18  transactions at the bottom, not including the very
19  last one that say "International Wires."
20   A.    Yeah, these are various vendors.
21   Q.    And you're paying them?
22   A.    We are paying them, correct.
23   Q.    Okay.  Let's go to page 40.  Oh,
24  actually, go to page 41.
25   A.    Okay.

52 (Pages 432 to 435)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                         8/12/2021

---

436

1      Q.    So there is a -- there's wire
2  checks being issued to MAK Solutions.
3      A.    What was your question?
4      Q.    Well, there's -- so I -- I'll
5  ask another question.
6          So I see checks to MAK
7  Solutions, ZT Brands, and MODI Solutions.  What
8  is --
9      A.    Those are --
10     Q.    -- the purpose of those checks?
11     A.    Those are distributions.
12     Q.    Okay.
13         MR. BLANCHARD:  Can we take a
14  quick break, Michelle, or do you have a
15  lot more on this?
16         MS. SCHAEFER:  I've got, you
17  know, a bunch of questions about just
18  some specific transactions.  I don't
19  think it should take -- I mean, if I
20  can just get through, like, this
21  document, can we --
22         MR. BLANCHARD:  Yeah.
23         MS. SCHAEFER:  -- take a break
24  after that?
25         MR. BLANCHARD:  Yep.

---

437

1          MS. SCHAEFER:  All right.
2  BY MS. SCHAEFER:
3      Q.    Okay.  So these are debits and
4  other withdrawals.  And it looks like debits are
5  being made, you know, to the payment processors
6  like Braintree, Merchant Bank CD --
7      A.    What page are you on?
8      Q.    I'm on page 51.  I'm sorry.  I'm
9  sorry.
10         And what I'm wondering, if these
11  debits and withdrawals to the payment processors
12  are chargebacks?
13         MR. BLANCHARD:  Objection.
14  Foundation.  Speculation.
15         THE WITNESS:  Which one are you
16  referring to?  There's...
17  BY MS. SCHAEFER:
18     Q.    So there's a bunch.  I mean,
19  there's, as you see, Merchant Bank CD.
20         There's some --
21     A.    Yeah.
22     Q.    -- withdrawals and debits there?
23     A.    And then --
24     Q.    I see Braintree, although --
25     A.    Yeah, some will say

---

438

1  "chargebacks."  Some will say "chargebacks."  But
2  if it's usually at the start of the month or end
3  of the month, those are credit card fees.  Like,
4  for example, the one that's Merchant CD for
5  34,000, those are credit card fees.
6      Q.    Where -- which -- which entry is
7  that for 74,000?
8      A.    April 3rd.  34,000.
9      Q.    Are you on page 51?  April 3rd?
10     A.    I am.  It's the last --
11  April 3rd.  It's the last-to-the-fifth
12  transaction.
13     Q.    I am not seeing -- okay.
14         So you're on page 51?
15     A.    Five-one.
16     Q.    Five-one.
17     A.    Four-three.
18     Q.    And I'm looking at --
19  four-three.
20         I see $54.  Before -- under
21  that, I see $144.  34,808.
22     A.    That's the one.
23     Q.    Oh, you said -- okay.
24         That represents fees?
25     A.    That is the credit card fees for

---

439

1  at least that processor, yes.
2      Q.    Okay.  Do refunds come out of
3  this account?
4      A.    Oh, yeah.  You -- refunds, for
5  example, like, if you look at Merchant Bank CD
6  chargeback, $54 -- it just depends on how these
7  processors work.  Either they take it out of your
8  reserve or they'll pull it out from your bank.
9  But in this case, this merchant pulled it out from
10  my bank, $54 or $144, and -- et cetera.
11     Q.    And when it gets pulled out of
12  the platform, how does that get reflected on
13  paper, let's say?
14         MR. BLANCHARD:  Objection.
15  Form.
16         THE WITNESS:  If I receive -- I
17  receive the differential.  If it's the
18  platform holding a hundred thousand and
19  they took $100 out of it, I received
20  $99,900 back into my bank account.
21  BY MS. SCHAEFER:
22     Q.    And I guess I know we're going
23  to get more answers, but this is making me think
24  of that master spreadsheet we saw before when it's
25  talking about refunds, and I know -- tell me

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

---

440

1  again, do those -- the refunds there, do they
2  reflect funds coming out of this account or funds
3  coming out of the platform or both?
4      A.   Both.
5      Q.   But they don't encompass all of
6  the refunds, which include chargebacks?
7      A.   Say that again.
8      Q.   So it sounded like from what we
9  were -- what you testified to before about the
10 master spreadsheet, is that it did -- that did not
11 contain all of the refunds that had been given --
12     A.   Sure.
13     Q.   -- related to covered
14 products --
15     A.   On the master sheet --
16     Q.   -- right?
17     A.   -- correct.
18     Q.   Correct.
19          But what you're saying is it
20 does encompass refunds that are given from your
21 bank account and then directly from the platform;
22 it just doesn't include all of them --
23     A.   Yes.
24     Q.   -- the master spreadsheet?
25          Okay.

---

441

1      A.   Correct.
2      Q.   So I'm on page 75.
3          What is -- do you see Concord
4  Marketing, $8,311 to Concord Marketing?
5      A.   One second.
6          Yep.
7      Q.   What's Concord Marketing?
8      A.   It's probably a customer that
9  paid via wire transfer.
10     Q.   Wait.
11          That's a customer that you're
12 paying?
13     A.   No.  A customer that's paying me
14 via wire transfer.
15     Q.   Wait.  But isn't it -- oh, okay.
16 Yeah.
17          All right.  Let's go to page 76.
18 Way on the bot- -- May 11th, there is a
19 million-dollar withdrawal that goes to Ionized
20 funding.  So what is that money -- why is that
21 money being given to Ionized?
22     A.   It's a loan.  It was reversed
23 back, I believe, at a later point.
24     Q.   What was it a loan for?
25     A.   To purchase goods.

---

442

1      Q.   And is there documentation
2  showing the loan?
3      A.   No.
4      Q.   Let's go to page 77.  Same
5  thing, May 14th, another million-dollar payment to
6  Ionized.
7      A.   That is correct.  Same concept.
8      Q.   Is that a loan?
9      A.   Same con- -- correct.
10     Q.   Okay.  And is there, you know, a
11 record of --
12     A.   Yeah.
13     Q.   -- that agreement, that loan?
14          Yes?
15     A.   There's no record -- there's no
16 record of it.
17     Q.   Okay.
18     A.   There's a -- a record of it
19 being reversed back at a later point, I'm sure, in
20 the -- in the bank statement.
21     Q.   Oh, okay.
22          And would there be records of
23 both transactions being reversed back?
24     A.   Absolutely, yeah.  Hundred
25 percent.

---

443

1      Q.   Okay.  All right.
2          Let's go to June 8th.  There's
3  $20,018 --
4      A.   Page number, if you don't mind?
5      Q.   Oh, I'm sorry.  84, 84, 84.
6      A.   Okay.
7      Q.   So there is on June 8th $20,018
8  deposited from GU to WB for hand sanitizer, and
9  I'm just wondering if you know what GU is.
10     A.   GU is Ionized.  It's --
11     Q.   And what are they paying you
12 for?
13     A.   Hand sanitizers.
14     Q.   And what about the entry right
15 below where it says "MP to WB"?
16     A.   Mask Project.  I believe that
17 references Ionized Consulting paying us back for
18 hand sanitizers.
19     Q.   Why are -- why are the initials
20 GU and MP used?
21     A.   It was just an internal
22 reference that we're using.  GU is Globe Universe.
23 It's also -- that's what Ionized sells.  We sell
24 globe products.  We just were -- gotten into
25 this PPE stuff, but -- and Mask Project is Mask

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

---

444

1  Project.  It's -- it was a new company created.
2  Ionized Consulting.  So those are the
3  abbreviations.
4       Q.    Are there any other
5  abbreviations for Ionized that you use?
6       A.    Nothing on top of my head.  But
7  if any do come up, I will -- I will let you know.
8       Q.    Okay.  All right.
9             At the very bottom here, it's
10  just a Stripe transfer --
11       A.    Mm-hmm.
12       Q.    -- 6/24 on page 85.
13             There's a Stripe transfer,
14  second from the last, for $265,000, approximately?
15             MR. BLANCHARD:  Page 85.
16             THE WITNESS:  Oh.
17             Yes.  Okay.
18  BY MS. SCHAEFER:
19       Q.    Is that just revenue from --
20       A.    Correct.
21       Q.    -- credit cards?
22       A.    Correct.
23       Q.    Who is Tajdin Momin?
24       A.    That's my uncle.
25       Q.    Does he have any part in

---

445

1  Zaappaaz, running the business or operating it?
2       A.    No.
3       Q.    All right.  That's all I have
4  for this document.
5             MR. BLANCHARD:  All right.
6  Quick break?  Five minutes?
7             MS. SCHAEFER:  Sure.
8             (Off the record from 4:37 until
9  4:46.)
10  BY MS. SCHAEFER:
11       Q.    Can you see my screen?
12       A.    Yep.
13       Q.    Okay.  So this is outside of
14  Agile because it wouldn't load.  I think it's too
15  big.
16             And I'm going to mark this as
17  Zaappaaz 45.
18             (Marked Exhibit 45.)
19  BY MS. SCHAEFER:
20       Q.    This is American Express'
21  production.  And let's go to page 11.  So this is
22  account 35005.  And, Azim, you're on it, and your
23  uncle is on it.
24             Is this account related to
25  Zaappaaz at all?

---

446

1       A.    No, it's not.  And I don't think
2  my uncle is on it.  I think they got -- the
3  business name is referencing my uncle's name, but
4  this is -- my uncle is not officially on the
5  account.
6       Q.    Okay.  What is this account used
7  for?
8       A.    This is for MAK Brands, the
9  company MAK Brands.
10       Q.    Okay.  All right.
11             Let's go to page 336.  Okay.  So
12  this is account 3-52002, and it's Zaappaaz, and I
13  guess your wife is there too.  Is this a Zaappaaz
14  account?
15       A.    This -- this card is under my
16  wife's name, that's correct.
17       Q.    But is it a business account?
18       A.    It is.
19       Q.    Okay.  Why is her name on it if
20  she's not part of the business?
21       A.    It's issued under her account.
22  Better credit.
23       Q.    Why is -- what's that?  Why is
24  it under her account?
25       A.    It was giving better credit.  I

---

447

1  had -- I had mine as well.  I just had other
2  accounts with American Express.  I issued it under
3  hers.
4       Q.    Do you have this account -- a
5  separate account for Zaappaaz that you're on?
6       A.    No, I'm not.
7       Q.    So is this the only American
8  Express account used for Zaappaaz?
9       A.    That is correct.
10       Q.    I thought I saw Fatima on this
11  account as well?
12       A.    Yeah, that's an employee card.
13       Q.    Okay.  Do you know the
14  company -- I'm trying to find -- but the company
15  Advertising Specialities?
16       A.    Yeah, that's ASI.
17       Q.    Oh, okay.  All right.
18             Why don't we go to page 556.  So
19  is this account used to pay for Google?
20       A.    This credit card is used to pay
21  Google, correct.
22       Q.    Okay.  And so let's look at
23  that -- okay.  So look at the third entry from the
24  top, March 14th, 2020.
25       A.    Okay.

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

448

1          Q.    It says "Google Ads," and then
2    there's a number.
3               And that number is Zaappaaz's
4    registration number with Google?
5          A.    Correct.
6          Q.    There are other -- right below
7    is another number?
8          A.    Correct.
9          Q.    What number does that relate to,
10   if you know?
11         A.    Yeah, we have AdWords accounts
12   for -- you remember the domains that I mentioned?
13   Custom Balloons, Custom Tattoos, Fast Koozie
14   and -- et cetera.  So each -- Google has a
15   different account for each domain.
16         Q.    Okay.  And this account is
17   paying expenses related to -- is this account used
18   to pay expenses related to promotional products
19   and covered products?
20         A.    The one that are for covered
21   products are the two accounts for Custom Lanyard
22   and Wrist-Band.com.
23         Q.    Those are used for covered
24   products?
25         A.    And promotional products.

---

449

1          Q.    Okay.  So -- sorry.  I'm sorry.
2    Say that again.
3               So what's used for covered
4    products and noncovered products?
5          A.    So there are two of them, and I
6    think it's maybe 6178 and -- two of the heavy
7    hitters that you constantly see as charges
8    happening, those are the two accounts for -- used
9    for promotional products and -- and PPE products.
10         Q.    Okay.  See, I'm not
11   understanding.  I'm sorry.
12         A.    So 6178, do you see that?
13         Q.    Where -- where on this page?
14         A.    Yeah, do you see the first --
15   the first line item right there?
16         Q.    Yep, yep.
17         A.    We're just going to reference
18   the last four digits, 5401.
19         Q.    Oh, okay.
20         A.    Okay?  That's one account.  And
21   then if you go down two, you'll see 6178.  That's
22   another account.  And then if you go down another
23   one --
24         Q.    Yeah.
25         A.    -- it's 7121.

---

450

1               That's another account.
2          Q.    Yep.
3          A.    And then 6178, which repeats
4    again.
5          Q.    Okay.
6          A.    What I'm saying is all the --
7    those are account numbers for Google AdWords.
8          Q.    Right.
9          A.    Now, there are two domains,
10   there are two accounts on Google AdWords that
11   advertise PPE products.
12         Q.    Okay.  Which ones are those?
13         A.    I believe one is 6178, and the
14   other one -- I mean, I could probably decipher it
15   real quick if you find out, like, which one is
16   repeating the most.  6178 and...
17               MR. BLANCHARD:  Well, we'll get
18         that to you, Michelle, what the other
19         one is.
20               MS. SCHAEFER:  Okay.
21   BY MS. SCHAEFER:
22         Q.    But those two are used solely
23   for covered product --
24         A.    No.
25         Q.    -- advertisements?

---

451

1          A.    They're used for both.
2          Q.    For both.  Okay.
3               And are there any other accounts
4    associated with Zaappaaz?
5               MR. BLANCHARD:  Objection.
6         Form.
7               THE WITNESS:  If you could be
8         clear, I mean, other accounts
9         associated with Zaappaaz with what?
10   BY MS. SCHAEFER:
11         Q.    I guess my -- let me go back to
12   my question.
13               So I want to know whether there
14   are any of your Google Ad accounts that just
15   advertise covered products.
16         A.    No, none of them do.
17         Q.    Are there any Google Ad accounts
18   that just advertise promotional products?
19         A.    Yes.
20         Q.    Which ones are those?
21         A.    I can't tell you from this.
22         Q.    Okay.  But then there's you say
23   two others where the accounts are tied to both
24   covered products and noncovered products?
25         A.    Correct.

---

56 (Pages 448 to 451)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

452

1    Q.    Okay.  And you can provide those
2  to me?
3    A.    Sure.  I think we provided it
4  already.  It's the two transactions -- or the two
5  reports we gave for Google, whatever those
6  accounts are, those -- those are it, but --
7    Q.    Oh, so those spreadsheets
8  contain the two account numbers?
9    A.    That's correct.  It should have
10  the account numbers on there.
11    Q.    Okay.  Let's go to page 594.
12  Tell me when you're there.
13    A.    We're following your screen,
14  so...
15    Q.    You're on 594?
16    MR. BLANCHARD:  Well, we're
17  looking at your screen.
18    MS. SCHAEFER:  Oh, okay.  So you
19  see it.  Okay.
20  BY MS. SCHAEFER:
21    Q.    So on May 6th -- let's see.
22    Do you see my pointer there?
23    A.    I do.
24    Q.    Here?  Okay.
25    So what is SquareUp.com

453

1  receipts?
2    A.    I don't know what that is, but
3  that is a vendor we use for sanitizers.
4    Q.    Oh, okay.
5    Page 928 here, there's all these
6  FedEx charges.  Are these -- what are these
7  charges for?
8    MR. BLANCHARD:  Objection.
9  Speculation.  Foundation.
10    THE WITNESS:  These are refunds.
11  I don't think they're charges.
12  BY MS. SCHAEFER:
13    Q.    Oh, refunds?
14    A.    Yeah.
15    Q.    Refunds to Zaappaaz from FedEx?
16    A.    That's correct.
17    MR. BLANCHARD:  Objection.
18  Form.  Speculation.  Foundation.
19  BY MS. SCHAEFER:
20    Q.    Are they refunds from FedEx?
21    A.    That's correct.
22    Q.    Okay.  What are they refunds
23  for?
24    MR. BLANCHARD:  Same objection.
25    THE WITNESS:  I think it was a

454

1  misspelling on FedEx's side they were
2  issuing a refund on.
3  BY MS. SCHAEFER:
4    Q.    Oh, okay.
5    Was this account, do you know,
6  used to pay for your FedEx expenses?
7    MR. BLANCHARD:  Objection.
8  Form.  You mean Zaappaaz?
9    MS. SCHAEFER:  Yeah.
10    THE WITNESS:  Was this credit
11  card account used to pay FedEx bills?
12  BY MS. SCHAEFER:
13    Q.    Yeah.  I'm just wondering.
14    A.    Yeah.  Yes, correct.
15    Q.    All right.  I'm marking this 46.
16    (Marked Exhibit 46.)
17  BY MS. SCHAEFER:
18    Q.    What is account number 6221 used
19  for?
20    A.    6221?  The Alliant --
21    Q.    Yeah.
22    A.    -- credit card?
23    It's used for --
24    Q.    Yeah.
25    A.    -- Zaappaaz's billing.

455

1    Q.    For its billing?
2    A.    Any purchases for Zaappaaz.
3    Q.    Oh, okay.
4    So I'm looking at this page.  So
5  is it -- you're paying for Google?
6    A.    Mm-hmm.
7    MR. BLANCHARD:  What page,
8  Michelle?
9    MS. SCHAEFER:  The second page.
10  There's just a -- page -- I was on
11  page 3.
12  BY MS. SCHAEFER:
13    Q.    So this is used to pay
14  Zaappaaz's expenses?
15    A.    Yep, correct.
16    Q.    Okay.  What are Zaappaaz's
17  expenses --
18    MR. BLANCHARD:  Objection.
19  BY MS. SCHAEFER:
20    Q.    -- relating to the sale of
21  covered products?
22    MR. BLANCHARD:  Objection.
23  Overly broad.  Vague.  Foundation.
24  Compound.
25    THE WITNESS:  If you could

57 (Pages 452 to 455)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

456

1        repeat that, Michelle?
2    BY MS. SCHAEFER:
3        Q.    What expenses are related to
4    selling covered products?
5            MR. BLANCHARD:  Same objection.
6            THE WITNESS:  Advertising, HR,
7    warehousing, shipping, marketing.
8    BY MS. SCHAEFER:
9        Q.    Staff employment?
10       A.    Yeah.  That's -- that's most of
11   it.
12       Q.    That's most of it?  So what you
13   listed was most of it?
14       A.    And cost of goods.
15       Q.    Okay.
16           (Marked Exhibit 47.)
17   BY MS. SCHAEFER:
18       Q.    Okay.  I marked Exhibit 47, this
19   document.
20           And if you recall, yesterday I
21   showed you a document, it was an email between
22   you, Khalil, and Empire PayTech, and it related to
23   Zaappaaz being put into a chargeback reduction
24   plan, and you couldn't recall whether it was ever
25   submitted.  And so here is an email -- and you can

---

457

1    go ahead and read it, but it's from Khalil to
2    Sarfaraz at Empire PayTech saying "Please use this
3    attachment."
4            So I'm wondering, does this
5    refresh your recollection in terms of having to
6    have submitted a chargeback reduction template?
7        A.    I don't know.  Maybe it was.  I
8    wasn't involved in it.
9        Q.    But you're copied here on the
10   email, so you must have been aware of it?
11       A.    I was definitely aware of it.  I
12   don't know if it was sent out, the document was
13   sent out or not.  I wasn't -- I didn't play a
14   hands-on role in this.  I think Khalil handled
15   most of it.
16       Q.    Okay.
17           (Marked Exhibit 48.)
18   BY MS. SCHAEFER:
19       Q.    Okay.  This is -- I've marked it
20   as Zaappaaz 408 [sic].  And Karishma prepared a
21   chargeback report for 2020.
22           Would she often prepare
23   chargeback reports for you?
24       A.    No.
25       Q.    Why did ask you her to prepare

---

458

1    one here?
2        A.    Because I believed the account
3    was locked, so we had -- there was no way for us
4    to pull it from the back end.
5        Q.    Okay.  And why -- why would you
6    need the chargeback information?
7        A.    So we know who did a chargeback
8    and how to respond to them.
9        Q.    Was there a preference for
10   Zaappaaz to -- one way or the other to issue
11   refunds from its banking account as opposed to
12   issuing refunds from the platform?  Was one more
13   beneficial than the other to Zaappaaz?
14       A.    It wasn't in our control.
15       Q.    So is it the payment processor
16   that actually has control over whether it's going
17   to come out of the reserves or your account?
18       A.    That's correct.  I mean, really,
19   a reserve doesn't really -- they hold the reserve
20   for a day, so it's -- doesn't really -- it's not
21   like it's benefi- -- they're holding a reserve for
22   one day.  It's a one-day gap of getting the funds
23   transferred into my account.  So if they take it
24   from the reserve or my bank account, not --
25   there's not much of a benefit or not a benefit, I

---

459

1    guess.  But it wasn't in our control at --
2        Q.    Do they ever just hold the
3    reserves in general and lock you out?
4        A.    In this case, yes.  Empire
5    PayTech, yes, they had a reserve because of --
6        Q.    And why did they lock you out?
7        A.    Well, we started -- we were
8    doing only, let's say, X amount of dollars daily,
9    and then we did X times 20 per day.  So because of
10   the increase in volume, they were a little
11   skeptical as to how did you increase overnight.
12   So that's -- it's a -- it's an underwriting issue
13   within their system that they have to do it.
14       Q.    Were they also concerned that
15   you were selling medical products but you hadn't
16   applied for a merchant account to sell those?
17           MR. BLANCHARD:  Objection.
18   Calls for speculation.  Foundation.
19           THE WITNESS:  I don't think we
20   had the issue of that, no.
21   BY MS. SCHAEFER:
22       Q.    Okay.  So that is 48.
23           (Marked Exhibit 49.)
24   BY MS. SCHAEFER:
25       Q.    This is Zaappaaz 49.  And this

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

460

1    is a chargeback report that's actually attached to
2    the email we were just looking at.
3              And so is this the -- this is
4    the chargeback report that she prepared; is that
5    correct?
6              MR. BLANCHARD:  Objection.
7    Calls for speculation.  Foundation.
8              THE WITNESS:  Yes.
9    BY MS. SCHAEFER:
10       Q.   As far as you can tell, is this
11   the chargeback report?
12       A.   Yes.
13       Q.   And this represents chargebacks
14   related to Fiserv?
15       A.   Yes.
16       Q.   And is it therefore related to
17   Braintree?
18       A.   I mean, you have to really
19   understand the relationship, I guess.  But I
20   mentioned yesterday --
21       Q.   Do you understand it?
22       A.   Yeah.  I mentioned yesterday
23   Braintree is a gateway, so I really --
24       Q.   Okay.
25       A.   -- don't need to have Braintree

461

1    to process, but for my website to communicate with
2    Fiserv, I need an intermediary, which is the
3    gateway, which is Braintree, so...
4        Q.   Is Stripe a gateway too?
5        A.   Stripe is a gateway of its own.
6    It's a processor and a gateway, two in one.
7        Q.   And tell me again -- so these
8    are the chargebacks or the -- it looks like the
9    chargeback disputes and the result of those
10   chargeback disputes.
11             And so again I'm going to ask
12   you, to the extent that you lost these disputes
13   and the consumer got the money back, in these
14   instances as reflected in the chart, would those
15   come from both your account and the platform?  It
16   just would depend?
17             MR. BLANCHARD:  Objection.
18   Form.
19             THE WITNESS:  It would come from
20   my money, if that's what you're asking.
21   BY MS. SCHAEFER:
22       Q.   It would come from what?
23       A.   It would come from my money.
24   I -- I -- I...
25       Q.   Right.

462

1              Well --
2        A.   I'm just trying to clarify
3    that --
4        Q.   -- it would come from your money
5    via the reserves on the platform or via, you know,
6    the funds that are already in your depository
7    account?
8        A.   Yeah, Michelle, we didn't have
9    control over however they adjusted the -- yeah,
10   so...
11       Q.   Right.  You said that.  Okay.
12       A.   Yeah, we don't have control of
13   that.
14       Q.   And so just so I'm clear again,
15   so some of these chargebacks would be reflected in
16   the master chart but not necessarily all of these?
17       A.   That is correct.
18       Q.   This is Exhibit 50.
19            (Marked Exhibit 50.)
20   BY MS. SCHAEFER:
21       Q.   And you can go ahead and read
22   the email.
23       A.   Okay.
24       Q.   Okay.  Let's go to the very
25   bottom of -- like, the very first string at the

463

1    bottom.  So this is February 27th, before you're
2    selling covered products, and someone from
3    Braintree is saying there was a large spike in
4    refunds and a big drop-off in sales.
5              Why is that at this point when
6    you're selling promotional products?
7        A.   You're on page 4?
8        Q.   I'm on page 4.
9        A.   Okay.
10       Q.   Very bottom.
11       A.   Can you start the sentence off?
12       Q.   Yeah.  So it says "Hi, Azim, I
13   hope this email finds you well.  Your WB Promotion
14   account was recently flagged due to a recent
15   decrease in your processing volume.  We noticed
16   today there was a large spike in refunds and a big
17   drop off in sales."
18             What I'm wondering is whether
19   the pandemic at this point was already affecting
20   China and, therefore, your sale of promotional
21   products.  So was that the case?  Is that why
22   there was a drop in sales?
23       A.   No, I think -- I don't know if I
24   switched over to the different processor.
25   Obviously they said it's a drop in processing

59 (Pages 460 to 463)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

---

464

1    because we stopped using them, maybe.  But if we
2    weren't processing anything and we were getting
3    maybe two or three chargebacks on a daily basis,
4    then that's obviously -- the ratio is much higher
5    than the volume that we're doing.  I'm assuming
6    that's what it is.
7          Q.    Okay.  And so I'm going up a few
8    strings.
9              And do you see where my pointer
10   is?
11         A.    No, I do not.  I just -- page
12   number?
13         Q.    Okay.  Sorry.  So it's still
14   page 4.  It's three strings above where we were,
15   and it starts -- it's from you.
16             "Our production has slowed down
17   and supply chain has been distrusted due to corona
18   virus.  We are working with customer in case by
19   case basis to resolve all orders that are being
20   delayed."
21             So at this point, it's
22   March 12th, you haven't even started selling
23   covered products.  So does this relate to the sale
24   of promotional products?
25         A.    It has to be promotional

---

465

1    products, yes.
2          Q.    Okay.  Okay.
3              Let's go -- so if you go further
4    up and you read it, you'll see that they're
5    telling you -- and I'm just representing what the
6    email says, that it appears -- okay.  So I'm on
7    page 2, the very top.  I'm reading the second
8    paragraph where it says "Secondly."
9              Do you see that?
10         A.    Mm-hmm.
11         Q.    So here they're telling you you
12   pivoted away from main products because you're
13   selling covered products, which are medical
14   products to them, and then they say you didn't
15   apply to sell that with this merchant account, and
16   they ask you at some point to remove the products
17   from your website.  And it seems like you never
18   answer them, and so at the end they say they're
19   going to have to terminate your account.
20             Was the fact that they wanted
21   you to remove medical products from your website
22   the reason you stopped processing -- using them as
23   a gateway?
24         A.    No.  I think this -- this email
25   is back in April, correct?

---

466

1          Q.    The first -- yeah, this -- that
2    email is in -- yeah, April 3rd.  Well, no.  Yes,
3    April 3rd.
4          A.    And then the first response was,
5    I believe, in February?
6          Q.    Yeah, their first email was at
7    the very end of February.
8          A.    So that was before when we were
9    selling PPE, so I don't think it had any bearings
10   on that.  I think we stopped using them before we
11   even started PPE products.
12             (Marked Exhibit 51.)
13   BY MS. SCHAEFER:
14         Q.    I'm marking -- I've marked this
15   Zaappaaz 51.
16             Yesterday you testified that you
17   thought Amazon shut your account down because we
18   filed our lawsuit.  But this is a note from Amazon
19   in May 28, 2020, shutting down your account for
20   high chargebacks.  So does that refresh your
21   recollection that your account was shut down
22   May 28th, 2020?
23             MR. BLANCHARD:  Objection.
24         Speculation.  Foundation.
25

---

467

1    BY MS. SCHAEFER:
2          Q.    Do you recall them shutting down
3    your part -- your account for high chargebacks?
4          A.    I do recall that.  And I do
5    recall -- I -- I would like to put in there that I
6    believe it was cause of this lawsuit because we
7    were unable to process any refunds, any
8    transactions because we were locked out before
9    this email was even sent to us.  So our account
10   was completely locked and preventing us from doing
11   any refunds or any transactions on -- on Amazon
12   Pay.
13         Q.    Before --
14         A.    This --
15         Q.    -- you received this notice?
16         A.    Before we received this notice.
17         Q.    And so what's your point about
18   that?  I'm not understanding what the point is.
19         A.    My point is we weren't able to
20   respond to any disputed transactions that were
21   coming up on Amazon Pay.  That's what my point
22   was, yes.
23         Q.    Oh, I see.
24             They had shut you down, and so
25   you couldn't --

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              8/12/2021

468

1      A.    Well, when we logged into our
2  account, it says your account was locked.  So it
3  was preventing us from doing any refunds or
4  responding to any disputes.
5      Q.    Okay.  Got it.
6      Okay.  This is marked -- well,
7  now I don't see where I marked it.  I thought I
8  marked it 52.
9      (Marked Exhibit 52.)
10  BY MS. SCHAEFER:
11      Q.    Do you guys see the exhibit?
12      A.    Yes.
13      Q.    But you don't -- I don't see the
14  exhibit sticker.
15      A.    I see it.  It's there.
16      Q.    It is?  Okay.
17      A.    Yeah.
18      Q.    Did you receive these types of
19  notices from Amazon?
20      A.    I'm sure it came in some form or
21  fashion in one of the email boxes.
22      Q.    So after you started selling
23  covered products in March 20- -- yeah, at the end
24  of March 2020, did there -- did there come a point
25  in time when the shipments and delivery of covered

469

1  products became more -- let's say, you could
2  deliver on time and ship on time?  Did there --
3  did there come a period where everything sort of
4  normalized --
5      A.    It -- it --
6      Q.    -- and got better?
7      A.    -- was a rollercoast- -- it was
8  a rollercoaster.
9      I mean, if you would graph our
10  delivery metrics, you could see that it's a
11  rollercoaster.  It gets better, and then something
12  happens and then it spikes again.  It gets better,
13  and something happens.  Again as we speak today,
14  we're having issues again.  So we are -- we are --
15  I don't think anything has normalized as of yet.
16      Q.    Are you experiencing the same
17  level of delays as you did in March and April and
18  May of 2020?
19      A.    No.
20      Q.    Do you still have chargebacks
21  related to the sale of covered products?
22      A.    We always have chargebacks since
23  the start of -- start of the company.  But even --
24  we still get chargebacks as of today.  Mostly
25  fraudulent, I believe.

470

1      Q.    What does that mean, mostly
2  fraudulent?
3      A.    A lot of these chargebacks are
4  fraudulent chargebacks, meaning like they're
5  using -- they're either not recognizing the charge
6  and they're saying it's a fraud charge -- because
7  imagine seeing something on the statement that
8  says -- on the statement, if you order from us,
9  it's going to say "Wrist-Band."  And a customer
10  really doesn't recognize that they ordered medical
11  masks from Wrist-Band.  It doesn't make sense.
12  But they did.  So they would call their bank and
13  they'll say it's a fraud charge because they don't
14  recognize it.
15      So once you categorize those,
16  you'll see that the credit card processor has
17  different categories, either product not
18  acceptable or fraudulent or whatever it may be.
19  But that's...
20      Q.    Are you -- are you still getting
21  chargebacks related to, you know, late deliveries
22  and late shipments?
23      A.    Possibly, possibly not.  I'm not
24  sure.
25      Q.    Have the chargebacks since

471

1  August 2020 ever reached the level that they did
2  in March, April, May, June of 2020?
3      A.    No.  It would -- we wouldn't be
4  with that processor.
5      Q.    And since August 2020, what
6  processors have you used?
7      A.    Stripe.
8      Q.    Let's say -- let's say
9  processors and, I guess, gateways.  Go ahead.
10      A.    Stripe.
11      Q.    Stripe?
12      A.    Stripe and PayPal.
13      Q.    And after August 2020, to the
14  extent that you can't deliver things within the
15  promised or advertised shipping time, do you
16  contact consumers and offer them refunds or the
17  opportunity to cancel?
18      A.    We do -- we do not contact them,
19  but now we do notify them if there is -- if their
20  goods are delayed, we do notify them via email.
21      Q.    And do you offer them an
22  opportunity to cancel or get a refund?
23      A.    If -- that is the protocol of
24  the company.  If they do not want their goods,
25  they're -- they're issued a full refund.

61 (Pages 468 to 471)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

---

472

1          Q.    But do you say that in the email
2     to them?
3          A.    We do not specifically say that
4     in the email.  We ask them to give us a call.
5          Q.    Okay.  Did you use some
6     mechanism that auto-forwarded your emails to
7     Fatima and Khalil?
8          A.    Possible on some emails.  Well,
9     Khalil never needed to be --
10         Q.    Why would -- why would you --
11         A.    Yeah, let me clarify.
12         Q.    I'm sorry.
13         A.    Khalil never needed to be
14    auto-forwarded.  We all -- we use the same email
15    box.
16         Q.    I see.
17               Why would emails -- why would
18    your emails need to be auto-forwarded to Fatima?
19         A.    If it's a customer
20    service-related issue, it's not something I need
21    to handle.
22               MS. SCHAEFER:  Can we take maybe
23         a ten-minute break?  I think I'm --
24               MR. BLANCHARD:  Yes.
25               MS. SCHAEFER:  -- almost done.

---

473

1               I just want to go through and
2          see if there's anything else I want to
3          ask.
4               MR. BLANCHARD:  All right.
5          Ten minutes.  Thanks.
6               MS. SCHAEFER:  Thanks.
7               (Off the record from 5:32 until
8          5:46.)
9               MS. SCHAEFER:  I just have a
10         couple more and then we'll be done.
11              MR. BLANCHARD:  Great.
12              (Marked Exhibit 53.)
13    BY MS. SCHAEFER:
14         Q.    Okay.  So I've marked this as
15    Zaappaaz 53.
16               It's a chat between the company
17    and an angry consumer.  So you can go -- go ahead
18    and read it.
19         A.    Okay.
20         Q.    Okay.  So I want to go to -
21    let's see - that big paragraph on page 1, 14:49.
22               And the second paragraph, that
23    says "Orders and product demand is very high and
24    we're trying to best our meet the needs and reach
25    the supplies all over the USA.  Trucks full of

---

474

1     inventory are being drained out in a day or less
2     and we have to run 24/7 mass production and stock
3     these now.  And then also FedEx shipping
4     facilities have an overflow."
5               So I thought you said that you
6     never had an inventory problem, but isn't this
7     showing that, in fact, you did have an inventory
8     problem and there was a supply-and-demand issue?
9               MR. BLANCHARD:  Objection.
10         Compound.  Objection.  Misstates the
11         document.  Objection.  Calls for
12         speculation.  Objection.  Foundation.
13    BY MS. SCHAEFER:
14         Q.    Let me rephrase my question.
15               My question is, did you ever
16    experience issues with low inventory and not being
17    able to fulfill orders because you didn't have
18    enough inventory to fulfill them?
19         A.    No.
20         Q.    So why is Freddy saying that's
21    the case?
22               MR. BLANCHARD:  Objection.
23         Calls for speculation.  Lack of
24         foundation.
25               THE WITNESS:  Freddy does not

---

475

1          know what's going on, I guess,
2          logistically with China, customs,
3          getting it to us, getting it in the
4          warehouse's hands.  He does not know
5          that you can no longer ship from China
6          to the customer.  He does not know that
7          we have to now reroute everything from
8          China to the warehouse to the customer.
9          So maybe all that information is not
10         been funneled to him correctly as we
11         are working the back end to restructure
12         everything at this time period.
13              So I think you're maybe
14         misclassifying the way he's saying it,
15         but I don't think he is saying
16         inventories were low.  I think he's
17         saying that the logistics were not
18         getting the products to the right
19         places for us to process the order.
20    BY MS. SCHAEFER:
21         Q.    Okay.  But you also said that he
22    may have not known all of the facts and
23    circumstances surrounding all of the delays?
24         A.    Well, nor did I.  I mean, I was
25    learning them as we go, so I -- I don't blame

---

62 (Pages 472 to 475)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

476

1    Freddy.  I was learning as we go too.
2         Q.    And is Freddy one of the CSRs?
3         A.    He is.
4         Q.    And these are the CSRs that
5    Fatima and Erose were supervising?
6         A.    Correct.
7         Q.    Were these CSRs given any sort
8    of written guidelines?
9         A.    No.
10             MR. BLANCHARD:  Objection.
11        Calls for speculation.
12   BY MS. SCHAEFER:
13        Q.    You said -- you answered no?
14        A.    I answered no, yes.
15        Q.    Did you ever have any direct
16   conversations with the CSRs?
17        A.    If I did?
18        Q.    Yeah.
19        A.    I would usually speak with
20   Fatima and Erose.  I would have very minimal
21   conversation with -- minimal to no conversation
22   with the CSRs.
23             (Marked Exhibit 54.)
24   BY MS. SCHAEFER:
25        Q.    Okay.  I've marked this exhibit

477

1    as 54.
2             You can go ahead and read it.
3         A.    Yeah, I'm good.
4         Q.    Okay.  So we saw a lot of
5    complaints where consumers are saying that they
6    received, you know, damaged products.  And here it
7    seems like you've shipped 25 boxes of hand
8    sanitizer and almost the entire shipment was
9    damaged.
10            Were you packaging them
11   incorrectly --
12        A.    No, but we --
13        Q.    -- and was that resulting in
14   damages?
15        A.    I don't think we were packaging
16   them incorrectly.  I think they were being handled
17   incorrectly.  So in response to that, we received
18   refunds for most of the packages that were damaged
19   by FedEx.
20            (Marked Exhibit 55.)
21   BY MS. SCHAEFER:
22        Q.    Okay.  So I've marked this 55.
23            So the emailed I showed you
24   before was in May, and now you're getting an email
25   in July where Darren Schmidt from FedEx is

478

1    attaching attachments from the packaging engineer
2    regarding shipping and sanitizer.
3             If you weren't packing
4    incorrectly, why is he sending this to you?
5             MR. BLANCHARD:  Objection.
6        Calls for speculation.  Argumentative.
7    BY MS. SCHAEFER:
8         Q.    When those are the procedures
9    there attached?
10        A.    Darren is a sales rep.  If he's
11   seeing that a lot of packages are getting damaged,
12   it is his job, I would assume, to notify us on --
13   that we are doing what we need to do.  But you
14   could ask FedEx why they refunded us.  But I think
15   that Darren was a -- a great sales rep and helping
16   us make sure that we covered all of the areas that
17   need to be covered, if it was FedEx's fault or our
18   fault.  But I believe FedEx was mishandling many
19   of the packages.  That's why we received a refund
20   on those packages as the record shows.
21        Q.    Okay.  All right.
22            So I have a question about
23   people you sold covered products to.  So I know
24   the consumers would buy directly from you, they
25   would go to your website.  But there's emails

479

1    showing that you were also selling to companies
2    who then would turn around and sell those covered
3    products to end users.
4             So you were selling to -- I'll
5    call them "middle men," so to speak; is that
6    right?
7         A.    I don't know if they were, but
8    I -- I would presume so.
9         Q.    So there are -- I see emails
10   with Office Depot, for example.
11            Does that ring a bell?
12        A.    We have thousands of customers,
13   but, I mean, I don't --
14        Q.    I'll pull up -- I'll pull up an
15   example.
16        A.    Okay.
17        Q.    Well, I can't find it right now,
18   so you lucked out.
19            Let me ask you one more
20   question.  So MITOR requires that you ship
21   products within the advertised time or offer a
22   refund and cancellation.  And to the extent you're
23   going to show that products were shipped on time,
24   what is it that you would -- are going to rely on?
25             MR. BLANCHARD:  Objection.

63 (Pages 476 to 479)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

480

1    Calls for a legal conclusion.
2    Objection.  Overly broad.  Vague.
3        THE WITNESS:  Michelle, one more
4    time on your question.
5    BY MS. SCHAEFER:
6        Q.  So what -- what documentation
7    shows that you shipped products within the time
8    advertised or told to consumers?
9        MR. BLANCHARD:  Same objection.
10       THE WITNESS:  What shows it or
11   what made me think that it should
12   deliver on that time?
13       MR. BLANCHARD:  She's asking
14   what documentation shows it.
15       THE WITNESS:  Well, the tracking
16   number shows it.  The history of our
17   eight years with shipping with FedEx
18   and UPS shows their -- their history of
19   delivering goods.  The -- our customer
20   reviews from Shopper Approved with over
21   80,000 reviews with a
22   four-and-a-half-star rating, that shows
23   it.  So I think we had confidence in --
24   in -- in the process, yeah.
25

481

1    BY MS. SCHAEFER:
2        Q.  Okay.  All right.
3            Well, I have no further
4    questions.
5        MR. BLANCHARD:  I'm going to
6    just have a couple.
7        E X A M I N A T I O N
8    BY MR. BLANCHARD:
9        Q.  Azim, there was a question asked
10   yesterday about some kind of hyperlink on the
11   website that took consumers to a -- a message, and
12   that was Exhibit No. 6, I believe, wasn't it?
13       A.  Exhibit No. 7?
14       Q.  Oh, yes.
15           That -- the banner at the top,
16   that red banner?
17       A.  Correct.
18       Q.  So I think you wanted to clarify
19   something about yesterday's testimony; is that
20   right?
21       A.  That's correct.
22       Q.  What did you want to clarify?
23       A.  That is the banner that I was
24   referring to, "We are here for you, click here to
25   view the message from our entire team at

482

1    Wrist-Band.com."  And that took them to
2    Wrist-Band.com/COVID-19, which is still active.
3        Q.  Okay.  All right.
4            Is there anything else --
5        MS. SCHAEFER:  Can you produce
6    that?  I haven't seen those documents.
7        MR. BLANCHARD:  Yes.  The
8    message that it took people to, we
9    looked at it yesterday, didn't we?
10       MS. SCHAEFER:  Okay.
11       THE WITNESS:  Yeah, the one that
12   says "We are here for you."  I think
13   it's one of the exhibits.
14       MR. BLANCHARD:  I think it's
15   No. 8 or 6.
16       MS. SCHAEFER:  Okay.  Yeah, I
17   know which one you're talking about.
18       THE WITNESS:  Yeah.
19   BY MR. BLANCHARD:
20       Q.  All right.  And did you -- just
21   to nail this down completely, did you ever
22   advertise goods as in stock when they were not?
23       A.  When we advertised in stock,
24   they were --
25       Q.  Let me re-ask.  Let me re-ask.

483

1        A.  Yeah.
2        Q.  Did Zaappaaz ever advertise any
3    PPE product as in stock when Zaappaaz did not have
4    the product in stock?
5        A.  Never.
6        Q.  Okay.  Let's get into a little
7    bit of -- I want to talk about how you know that.
8            Is that okay with you?
9        A.  Yep.
10       Q.  Okay.  So, for example, you had
11   an agreement with Chandler Liu, correct?
12       A.  Correct.
13       Q.  And was Chandler basically
14   agreeing to provide Zaappaaz with all of the PPE
15   it needed?
16       A.  That is correct.
17       Q.  Okay.  So -- and that's called a
18   "supply contract"; is that right?
19       A.  That is called a "supply
20   contract," I guess, yes.
21       Q.  You didn't have a written
22   contract with him?
23       A.  No.
24       Q.  But you talked to him quite
25   often?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

484

1       A.    That is correct.
2       Q.    And did he ever tell you, hey,
3   we don't have - fill in the blank - type of PPE
4   product available?
5       A.    No, he did not.
6       Q.    And do you expect that he would
7   have told you that if he couldn't have gotten the
8   product?
9       A.    Yeah, he would have told me.
10      Q.    Did he know what products you
11  were advertising on your website?
12      A.    He absolutely did.
13      Q.    And when I say "you," I mean
14  Zaappaaz.
15            Okay?
16      A.    Yeah.
17      Q.    Okay. So let's talk now about
18  documentation that showed why you thought stuff
19  was going to get delivered on time.
20            Is that okay with you?
21      A.    Yep.
22      Q.    All right. So a customer makes
23  an order and, first of all, a delivery date is
24  generated in your back-end system, right?
25      A.    Correct.

485

1       Q.    That's a record, right?
2       A.    Correct.
3       Q.    And we have given those records
4   to the FTC?
5       A.    That's correct.
6       Q.    All right. So then we have a
7   tracking number.
8             That's a record, isn't it?
9       A.    Correct.
10      Q.    And the tracking number, if you
11  go and type that into FedEx.com, will tell you
12  where the package is at, right?
13      A.    That's correct.
14      Q.    And that's a record, isn't it?
15      A.    That is correct.
16      Q.    And that record is maintained by
17  FedEx, isn't it?
18      A.    That is correct.
19      Q.    But through some kind of
20  interface, you can gather FedEx data; is that
21  right?
22      A.    That is correct.
23      Q.    All right. And so is one of the
24  things that you're going to rely on to show that
25  you had a reasonable basis to think that stuff was

486

1   going to get delivered on time the spreadsheets
2   that we have given to the FTC?
3       A.    That's correct.
4       Q.    Okay. In other words, you have
5   a system of records in your website's back end; is
6   that right?
7       A.    That's correct.
8       Q.    All right. Got to get my
9   computer to come back up again. Give me just one
10  second.
11            There's been a lot of talk about
12  what shipping means, what packaging means,
13  et cetera. Do you remember all of that testimony?
14      A.    That's correct.
15      Q.    All right. So, for example, you
16  talked about a trailer being at your warehouse,
17  right?
18      A.    Correct.
19      Q.    Who owned that trailer?
20      A.    FedEx.
21      Q.    And so you would pack that
22  trailer up with product, right?
23      A.    Correct.
24      Q.    And you would expect FedEx to
25  come pick it up, right?

487

1       A.    Correct.
2       Q.    But you had physically placed
3   the items in the FedEx trailer, correct?
4       A.    Correct.
5       Q.    And then FedEx would sometimes
6   be late to go pick it up, right?
7       A.    Or not show up --
8       Q.    Okay.
9       A.    -- correct.
10      Q.    Okay. And that -- I mean,
11  beyond Zaappaaz's control, right?
12      A.    Correct.
13      Q.    If Ionized took a hundred boxes
14  of gloves, did they pay Zaappaaz for those hundred
15  boxes of gloves?
16      A.    They did.
17      Q.    You used the word "partner"
18  several times in your testimony.
19            You don't know the legal
20  definition of "partner," do you?
21      A.    No.
22      Q.    In other words, what did you
23  mean when you said "partner"?
24      A.    Sharing of resources.
25      Q.    Well, let's nail that down. You

65 (Pages 484 to 487)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          8/12/2021

---

488

1    say "share resources." When I think of share, I
2    think of just letting somebody use something of
3    mine for free.
4              Is that what happened?
5         A.   No.
6         Q.   All right. Did Ionized pay
7    Zaappaaz for every resource that Ionized used?
8         A.   That is correct.
9         Q.   Did you rely on Fatima and Erose
10   to properly train CSRs?
11        A.   I did.
12        Q.   Did you have any day-to-day
13   control over what Fatima and Erose -- Fatima and
14   Erose did as far as their supervision of CSRs?
15        A.   I did not.
16        Q.   I want to talk about the
17   expenses that Zaappaaz incurred in selling PPE.
18             Is that all right with you?
19        A.   Yes.
20        Q.   One, you had subcontractors,
21   didn't you?
22        A.   Yes.
23        Q.   So Chandler Liu was a
24   subcontractor?
25        A.   Not a subcontractor, but I would

---

489

1    say a vendor.
2         Q.   A vendor.
3              And thank you for correcting me.
4    If I do use the wrong word for something, please
5    tell me. I want to use the right word. Okay?
6         A.   Okay.
7         Q.   So, one, Chandler Liu is a
8    vendor, and that's an expense.
9              You're paying this to -- to
10   Mr. Liu, an expense for selling covered -- I mean
11   PPE, correct?
12        A.   Correct.
13        Q.   Yaoli was an expense, wasn't
14   she?
15        A.   Correct.
16        Q.   Marketing Marvel was an expense?
17        A.   Correct.
18        Q.   Website development was an
19   expense?
20        A.   Correct.
21        Q.   ASI was an expense?
22        A.   Correct.
23        Q.   Omnisend was an expense?
24        A.   Correct.
25        Q.   Phone charges are an expense?

---

490

1         A.   Correct.
2         Q.   Utilities are an expense?
3         A.   Correct.
4         Q.   Phone charges are an expense?
5         A.   Correct.
6         Q.   Cost of goods sold are an
7    expense?
8         A.   Correct.
9         Q.   Shipping is an expense?
10        A.   Correct.
11        Q.   Tax expenses are expenses?
12        A.   Correct.
13        Q.   Are there any other expenses
14   that I haven't mentioned that you would like to
15   just at least identify right now?
16        A.   The main one, AdWords.
17        Q.   Okay. So let's -- you know, I
18   mentioned the specific Marketing Marvel, but
19   Google AdWords is a big expense?
20        A.   Correct.
21        Q.   Credit card fees?
22        A.   That is correct, a huge expense.
23   It's about three percent.
24        Q.   And credit card fees.
25             Any other expenses that you can

---

491

1    think of sitting here right now?
2         A.   Warehouse rent. Contract
3    employees.
4         Q.   So contract labor is an
5    important one?
6         A.   That's correct.
7         Q.   Okay.
8         A.   And wastage.
9         Q.   What does wastage mean?
10        A.   Wastage is a -- we are all stuck
11   with about two-and-a-half to 3 million dollars'
12   worth of inventory, of -- of masks, because the
13   market crashed.
14        Q.   Okay.
15        A.   So that's an expense.
16        Q.   Okay. And what if somebody -- I
17   mean, were there times where people returned
18   things that Zaappaaz could not resell?
19        A.   It would go straight in the
20   garbage. That's an expense.
21        Q.   Okay. Did you document anywhere
22   when that happened?
23        A.   No, we don't document that.
24             Another expense is fraud. Fraud
25   was a huge expense on our -- on our bottom-line

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                    8/12/2021

---

492

1    numbers.
2         Q.    Okay.  Any other expenses you
3    can identify sitting here right now?
4         A.    Legal.
5         Q.    Well, let's put that one aside
6    for now, but...
7         A.    Yeah, nothing else.
8         Q.    Nothing else.  All right.
9              Now, again, going back to this,
10   you know, definition of "shipping," did Zaappaaz
11   put PPE into the hands of the -- what are carrier
12   it was using in time to meet the promised delivery
13   date?
14        A.    We were.
15             MR. BLANCHARD:  I'll reserve the
16   rest of my questions.
17             MS. SCHAEFER:  Can I just ask a
18   few follow-up?
19             MR. BLANCHARD:  Yep.
20             MS. SCHAEFER:  Okay.
21        FURTHER EXAMINATION
22   BY MS. SCHAEFER:
23        Q.    So Mr. Blanchard...
24        A.    You're on mute.
25             MR. BLANCHARD:  You're on mute.

---

493

1    Can't hear you.  Can't hear you.
2             THE WITNESS:  Do this.
3    BY MS. SCHAEFER:
4         Q.    Can you hear me?
5         A.    Yes
6         Q.    Sorry.  Sorry about that.
7              Okay.  So I was asking,
8    Mr. Blanchard asked about certain information
9    created from your website on the back end, and my
10   question was, does that -- is that information
11   that ends up in that database we were talking
12   about?
13        A.    Correct.
14        Q.    And so when he says that you
15   have produced this information and these records
16   to the FTC, what records is he referring to?
17             MR. BLANCHARD:  Objection.
18   Calls for speculation.  Objection.
19   Asked and answered.
20             THE WITNESS:  I think it's one
21   of the exhibits that we were looking
22   at.  The Excel sheet.
23   BY MS. SCHAEFER:
24        Q.    Is it that master -- is it the
25   chart?

---

494

1         A.    The chart?  It -- it's with
2    the data, the -- whole customer data.  It has
3    the customer name, address, tracking number.
4             MS. SCHAEFER:  Mike, is that --
5    is that the master chart?
6             MR. BLANCHARD:  Yep.
7             MS. SCHAEFER:  Okay.
8    BY MS. SCHAEFER:
9         Q.    Okay.  And my -- I just have one
10   more question.
11             So he asked about your
12   relationship with Ionized, and you stated that
13   Ionized pays Zaappaaz back and reimburses Zaappaaz
14   to the extent that it covers costs for Ionized; is
15   that right?
16        A.    Correct.
17        Q.    Okay.  What records do you have
18   showing that?
19        A.    Transfers of funds showing that
20   on the bank statement.
21        Q.    Okay.
22             MS. SCHAEFER:  All right.
23   I'm -- I have no further questions.
24             MR. BLANCHARD:  We'll reserve
25   the rest of ours until trial.  We're

---

495

1    done.
2         (Deposition concluded at 6:14 P.M.)

---

67 (Pages 492 to 495)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                          8/12/2021

496

```
 1    STATE OF TENNESSEE   )
 2    COUNTY OF DAVIDSON   )   SS:
 3            I, Gary Schneider, TLCR No. 676, in and
 4    for the State of Tennessee, do hereby certify:
 5            That, prior to being examined, the
 6    witness named in the foregoing deposition was by
 7    me duly sworn to testify the truth, the whole
 8    truth and nothing but the truth;
 9            That said deposition was taken down by
10    me stenographically at the time and place therein
11    named, and thereafter transcribed via
12    computer-aided transcription under my direction,
13    and the same is a true, correct and complete
14    transcript of said proceedings;
15            Before completion of the deposition,
16    review of the transcript was requested.  If
17    requested, any changes made by the deponent (and
18    provided to the reporter) during the period
19    allowed are appended hereto.
20            I further certify that I am not
21    interested in the outcome of the action.
22            Witness my hand this August  25, 2021.
23    s/Gary Schneider
24    GARY SCHNEIDER, TLCR No. 676
25    Certified Shorthand Reporter
```

498

```
 1              E R R A T A
 2
 3        I, AZIM MAKANOJIYA, having read the
 4    foregoing deposition, Pages 1 through 269, taken
 5    August 12, 2021, do hereby certify said testimony
 6    is a true and accurate transcript, with the
 7    following changes, if any:
 8    PAGE   LINE    SHOULD HAVE BEEN     REASON
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

497

```
 1         ACKNOWLEDGMENT OF DEPONENT
 2
 3    I, Azim Makanojiya, do hereby acknowledge I have
 4    read and examined the foregoing pages of
 5    testimony, and the same is a true, correct and
 6    complete transcription of the testimony given by
 7    me, and any changes and/or corrections, if any,
 8    appear in the attached errata sheet signed by me.
 9
10
11
12    Date      Azim Makanojiya
13
14
15
16
17
18
19
20
21
22
23
24
25
```

68 (Pages 496 to 498)

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

[499]

**A**

**A.M** 228:21 422:23
**AA** 386:3,9
**AB** 313:11
**abbreviations** 444:3
  444:5
**ABC** 384:6
**ability** 288:14
  376:19 401:3
**able** 234:25 237:9
  240:9 242:11,21
  243:2 248:19
  263:24 299:3
  304:14 341:14,21
  341:23,25 342:9
  356:23 366:6
  376:24 384:23
  392:21 400:17,18
  414:16 416:5
  467:19 474:17
**absolute** 327:16
**absolutely** 292:25
  293:9 294:10
  326:19 352:21
  361:11 371:9
  423:1 427:2,4
  442:24 484:12
**AC** 313:13 380:4
**acceptable** 470:18
**acceptance** 288:19
**access** 242:20
  261:23 262:4
  341:16,21,23,25
  348:8 349:12
  414:16 419:21
**accommodate**
  277:16
**account** 231:22
  232:4 261:9
  280:16 281:4,7,16
  281:18 282:23
  283:1,9,13 284:18
  284:22,23 286:16
  288:1,1 290:9,10
  290:15 306:14,16
  331:18,19 363:10

364:1,3,5 376:15
388:24 389:5,6
408:13,16 409:2,3
409:16 411:23
414:15,21 415:2,6
415:7,15,16,19,23
415:25 416:22
417:5 419:16,19
425:9,11 426:10
426:11,13,14,15
426:16,18,20,21
426:25 427:9,21
428:3 429:16,24
430:2,4,14 431:14
433:3 434:1,1,7,13
434:14,16,18
439:3,20 440:2,21
445:22,24 446:5,6
446:12,14,17,21
446:24 447:4,5,8
447:11,19 448:15
448:16,17 449:20
449:22 450:1,7
452:8,10 454:5,11
454:18 458:2,11
458:17,23,24
459:16 461:15
462:7 463:14
465:15,19 466:17
466:19,21 467:3,9
468:2,2
**accounting** 260:11
**accounts** 280:17,21
  281:5,11,15,20
  282:9 284:7,9,12
  285:1,3,4,9,10,17
  285:23 290:22
  294:11 375:11,12
  375:15 376:12
  409:24 410:10
  420:5 427:6 434:2
  447:2 448:11,21
  449:8 450:10
  451:3,8,14,17,23
  452:6
**accounts_FedEx-...**
  230:18

**accumulation**
  372:25
**accurate** 332:14
  389:16,19 390:12
  394:1 412:6 498:6
**ACH** 434:12
**acknowledge** 497:3
**acknowledged**
  277:1,12
**ACKNOWLEDG...**
  497:1
**acollesano@ftc.gov**
  229:12
**action** 233:5 395:9
  496:21
**active** 322:20,25
  323:2 482:2
**actual** 342:1,7,8
  381:6,9
**ad** 230:24 309:9,14
  311:5,7 314:24,25
  315:8,8 317:14,15
  317:19,20 318:19
  318:24 319:3,3,13
  319:15 325:10,11
  325:18 331:25
  332:2,3,15,17,25
  333:2,11,17,24
  335:3,7 339:10
  343:1 381:13
  382:10 451:14,17
**add** 389:12,15,22,24
  390:20 405:22
  412:20
**added** 428:1,4
**addition** 289:22
  372:25 373:12,15
**additional** 238:7
  281:5,15 312:25
  313:12,14 314:14
  314:17,18 353:16
  353:20 355:10
  368:10 376:23
  382:20 388:9
  401:15
**address** 243:6,11
  345:12 346:5

348:11 494:3
**addresses** 241:7
  308:24 409:1,2,8
**adjust** 325:22
**adjusted** 462:9
**adjusting** 358:25
**ads** 296:20,21,21
  298:15,16 299:24
  311:4,25 313:1,16
  314:1 316:6,12
  325:23 326:10
  328:19,20 334:8
  334:22 335:13
  337:18,20,23
  338:15 342:7
  343:9,11 344:4
  346:1 448:1
**adver-** 344:8
**advertise** 295:10,13
  295:16 296:12,15
  297:1,3,5 299:5,23
  315:19 328:17
  450:11 451:15,18
  482:22 483:2
**advertised** 471:15
  479:21 480:8
  482:23
**advertisement**
  342:21,25
**advertisements**
  301:24 339:9
  342:1,8,10 344:9
  450:25
**advertising** 294:17
  295:8,18 296:5
  297:14,17,22
  298:11,25 299:9
  299:21 335:11
  341:3 344:8
  447:15 456:6
  484:11
**AdWord** 342:24
**AdWords** 296:16,17
  296:22 297:24
  298:12,14 299:9
  311:17 315:19
  320:5 322:4,7

334:24 339:20
340:2,6 341:8
343:8 346:14
448:11 450:7,10
490:16,19
**AE** 314:13
**AF** 401:25,25 402:1
  402:6,10
**agencies** 288:8
**agent** 236:6 280:8
  280:12,14,18,19
  290:3 363:7,14
**Agile** 244:7 445:14
**AgileLaw** 300:6
**ago** 355:8 374:12
**agree** 251:10,14
  326:3 393:16
  394:16 405:3
**agreeing** 483:14
**agreement** 293:4
  326:7 362:14,16
  442:13 483:11
**ahead** 241:12
  244:15 263:14
  284:18 297:12
  321:9 328:24
  361:17 389:3
  457:1 462:21
  471:9 473:17
  477:2
**air** 422:1,22
**al** 234:11
**alarm** 357:6
**alcohol** 307:20
**alcohol-free** 307:21
**Alliant** 433:7 454:20
**allocated** 289:8
**allocation** 360:4
**allocations** 294:23
**allow** 237:3 240:20
**allowed** 287:17
  338:5 375:25
  496:19
**allows** 249:4,5,7
**Alpha** 402:2,9
**alternative** 322:9
**amalgamation**

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

[500]

401:8
**Amazon** 390:14
  391:25 392:1,6
  429:20 466:17,18
  467:11,21 468:19
**Amazon's** 392:4
**Amazon.com** 392:3
**Amazon0000004**
  233:9
**American** 232:8
  433:4 445:20
  447:2,7
**amount** 236:4 289:8
  391:7 459:8
**Amsterdam** 262:15
  262:16,19,21
**and/or** 497:7
**angry** 473:17
**ANNE** 229:5
**annoying** 384:9
**answer** 248:8 256:1
  256:17 340:11
  354:18 364:24
  388:12 400:4
  404:4 408:22
  465:18
**answered** 476:13,14
  493:19
**answers** 411:24
  439:23
**antibacterial** 307:21
**anybody** 298:22
  334:23 350:9
**anymore** 397:15
**API** 235:10 257:15
**apologize** 240:16
**appear** 337:18
  414:12,13 417:16
  419:10,15 497:8
**APPEARANCES**
  229:1
**appears** 409:15
  465:6
**appended** 496:19
**application** 232:3
  425:9 426:9
**applied** 397:9

459:16
**applies** 287:21
**apply** 465:15
**approach** 393:15
**approval** 280:1
  288:18 289:14,17
  355:18 357:15
**approve** 355:13
**approved** 288:20
  348:5,10,11,21
  351:8,11 355:11
  480:20
**approving** 355:9
**approximately**
  444:14
**April** 233:15 234:20
  234:25 247:13,18
  258:7 279:6
  281:13 286:16
  358:21 371:4
  438:8,9,11 465:25
  466:2,3 469:17
  471:2
**AQ** 315:1,2
**AR** 315:6,7
**Arctic** 411:1
**area** 345:8 346:6
  384:6 422:18,19
**areas** 478:16
**Argumentative**
  251:8,16 258:17
  365:9 478:6
**Arizona** 422:14
**arrange** 359:17
**arranged** 359:15
**arrive** 258:7,12,13
**arrow** 336:22
**arrows** 418:8
**article** 316:5
**ASI** 295:12 305:9,10
  305:10,14,18
  308:1 341:11
  447:16 489:21
**Asia** 358:16
**aside** 492:5
**asked** 244:25 269:8
  293:1 329:11

359:19 481:9
  493:8,19 494:11
**asking** 262:17
  266:20 278:4
  279:8 320:12
  337:21 340:16
  353:5,6 356:12,13
  360:2 366:15
  377:13,14 393:7
  395:13 405:7,8
  407:3,7 430:11
  461:20 480:13
  493:7
**associated** 398:19
  451:4,9
**association** 305:19
  305:20,24 308:1,8
**assume** 238:5
  261:22 278:20
  290:13 310:17
  342:15 347:20
  386:10 397:14
  478:12
**assuming** 256:19
  303:17 314:15
  464:5
**assumption** 387:8
**ATM** 433:13,24
  434:6
**attach** 338:2 390:15
**attached** 338:4
  460:1 478:9 497:8
**attaching** 478:1
**attachment** 457:3
**attachments** 478:1
**attention** 231:8
**audience** 332:4,5,9
  332:11
**August** 228:22
  234:9 242:7 471:1
  471:5,13 496:22
  498:5
**authority** 278:13
**auto-forwarded**
  472:6,14,18
**automated** 338:21
  338:24

**automati-** 369:10
**automatically**
  250:22 251:21
  255:5 256:13,14
  257:17,21,23
  258:19,22 338:18
  349:2 370:11,14
**AV** 316:25 317:2,24
  387:20
**available** 307:21
  359:20,21 376:5
  484:4
**Avenue** 229:7
**average** 318:3,3,9
  318:10 324:6
**AW** 396:4
**aware** 278:7,8,18
  457:10,11
**AZ** 317:21
**Azim** 228:13,20
  230:2 232:12
  234:1,10 276:5,25
  350:19 393:24
  394:23 405:21
  408:9 445:22
  463:12 481:9
  497:3,12 498:3

─────────────
         **B**
─────────────
**B** 312:20 327:25
  328:15 378:14,14
  379:6
**B2B** 305:12
**BA** 318:2
**back** 235:12 236:17
  236:20 238:6
  240:19 249:24
  254:4,20 256:8,18
  257:14,15 259:23
  268:24 278:11
  299:4 308:23
  319:19 333:7
  336:22 337:14
  386:8 387:9,22,24
  388:15 390:20
  391:16,19,19,20
  392:1,8,9,9 401:9

406:5 420:8
  439:20 441:23
  442:19,23 443:17
  451:11 458:4
  461:13 465:25
  475:11 486:5,9
  492:9 493:9
  494:13
**back-end** 484:14
**bad** 332:23 334:6
  349:1
**balance** 434:9
**balloon** 363:17
**Balloons** 448:13
**ballpark** 328:4
**band** 232:23
**Bangladesh** 411:3
**bank** 232:4 294:11
  425:9 426:9,11
  427:6,9 428:3,19
  428:20 432:1
  433:12,22 434:4
  435:1 437:6,19
  439:5,8,10,20
  440:21 442:20
  458:24 470:12
  494:20
**banking** 458:11
**banner** 344:4,8
  481:15,16,23
**Barry** 282:17,18
**base** 329:21
**based** 240:23 246:22
  247:12 294:22
  332:15 355:17
  368:6 380:1
  381:15,19 382:16
  390:9 422:9
**basically** 268:6
  283:9 304:4
  305:13,14,22
  310:25 312:1,25
  332:8 345:17
  358:23 406:4
  424:21 483:13
**basis** 280:12 289:2,4
  349:15,19,21

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

[501]

464:3,19 485:25
**bat** 263:9 296:10
**batch** 424:20
**BB** 318:5
**BC** 420:18
**bearing** 291:6
**bearings** 410:17
466:9
**beat** 255:25
**behi-** 299:4
**believe** 238:9 246:2
247:10 249:20
260:8 263:22
265:17 269:16,16
272:23 276:17,19
276:23 278:22
279:1,20 283:2
285:14 288:6,25
291:2 292:1 298:9
345:25 353:12
360:18,24 374:4
379:25 383:15
384:14 386:12
408:23 412:10,14
422:23 427:16
441:23 443:16
450:13 466:5
467:6 469:25
478:18 481:12
**believed** 458:2
**bell** 479:11
**benefi-** 458:21
**beneficial** 392:13
393:4 458:13
**benefit** 458:25,25
**best** 303:18,22 344:2
375:5 393:14
398:1 400:20
401:3 415:22
422:20 473:24
**better** 301:2 333:6
446:22,25 469:6
469:11,12
**beyond** 487:11
**big** 445:15 463:4,16
473:21 490:19
**bigger** 409:10

**bill** 292:21,21
**billing** 243:5 454:25
455:1
**bills** 262:18 294:13
294:17 411:8
433:4,6,7 454:11
**Bing** 322:4
**bit** 300:24 301:3
309:19 310:4
366:7 407:13
483:7
**blame** 475:25
**Blanchard** 229:15
230:6 238:17,23
239:10,13 244:6
245:8 250:3 251:7
251:15,24 252:10
255:23 257:3
258:15 259:8,12
259:15,17 261:17
264:1 266:7
268:11 270:16,22
271:17,22 273:3,7
273:13 275:14,18
277:6,10 281:25
282:2 286:1,4,18
286:22 287:1,12
287:23 288:23
294:1,25 295:3
296:3 300:16,21
302:10,18,20,24
303:9 304:2,25
307:1 310:7 321:6
321:19,24 326:2
326:12,22 327:1
330:2,23 331:5
337:3,6 339:22
340:12,17 342:12
342:19,24 344:15
345:1 349:3
350:14 351:22
352:7 358:2,6
365:3,8 377:8
380:8 381:5,9
382:1 386:5
387:11 389:2
390:25 391:6,11

392:16,23 393:10
393:16 394:3,15
400:3,11 401:6,11
402:20,24 403:3
403:10,17,20
404:3,6,15,23
405:3,11,15,17,24
406:15,22 407:2,5
407:11,16,20,24
408:18 410:2
412:4,18,23 413:6
413:22 416:18
418:1,15 421:6
423:6 425:4,18
428:11 429:8,18
430:5,8,15 431:22
432:17 436:13,22
436:25 437:13
439:14 444:15
445:5 450:17
451:5 452:16
453:8,17,24 454:7
455:7,18,22 456:5
459:17 460:6
461:17 466:23
472:24 473:4,11
474:9,22 476:10
478:5 479:25
480:9,13 481:5,8
482:7,14,19
492:15,19,23,25
493:8,17 494:6,24
**blank** 484:3
**blanks** 398:7 404:13
**blind** 277:22
**block** 269:19
**blocked** 269:21
296:9
**blue** 383:8,9
**blunt** 371:3
**bot-** 441:18
**bottom** 365:20
418:7 426:1
433:20 435:9,18
444:9 462:25
463:1,10
**bottom-line** 491:25

**bounce** 308:23
**box** 383:2 472:15
**boxes** 292:22,23
468:21 477:7
487:13,15
**Boyd** 229:16
**Braintree** 233:4
388:7 390:14
391:18 429:17
432:22 437:6,24
460:17,23,25
461:3 463:3
**Brands** 436:7 446:8
446:9
**break** 256:14 259:9
295:1 337:4 338:6
351:19 358:1
403:25 404:17
405:14 408:25
436:14,23 445:6
472:23
**breaking** 382:22
**brings** 248:16
**broad** 329:1,3
353:22 455:23
480:2
**broader** 328:21
**broker** 255:4 290:3
376:2,20
**brokered** 359:16
360:10
**brokers** 374:20,22
376:4 378:6
386:20
**brought** 359:6
**budget** 335:14
**build** 240:9
**buildings** 283:23
284:1,2
**bunch** 436:17
437:18
**business** 232:3
239:19 246:16,22
326:14 334:1
345:4 346:19,19
347:2,3 425:8
426:9,16 433:12

433:23 445:1
446:3,17,20
**businesses** 305:15
305:17
**Butch** 229:16
**button** 392:5
**buy** 306:3 367:22
478:24
**bypass** 281:19 359:2

---

**C**

**C** 304:24
**calculate** 394:23
395:5
**calculated** 392:18
**calculating** 390:8
**calculation** 392:18
**California** 298:9
**call** 242:7,17 301:13
310:17 332:2
338:23 388:9
470:12 472:4
479:5
**called** 234:2 247:20
316:5 318:1 331:3
332:7 392:6
483:17,19
**calling** 267:8
**calls** 238:18,24
242:14 248:7,8
258:16 261:18
264:3 266:8
268:12 270:23
273:14 277:7
286:19 287:13,24
288:24 307:2
332:3 350:15
408:19 459:18
460:7 474:11,23
476:11 478:6
480:1 493:18
**campaign** 231:3
299:17 300:13
315:2,3,5,18,22
316:19 321:16
322:15,16,18
323:13 331:4,20

331:23
**campaigns** 315:9
335:10 338:23
343:8
**Canada** 421:2
**cancel** 471:17,22
**canceled** 397:12,13
397:14,18,25
**cancellation** 479:22
**cancellations** 365:7
**Capture** 433:12,24
**captured** 367:25
**capturing** 414:25
**card** 438:3,5,25
446:15 447:12,20
454:11,22 470:16
490:21,24
**cards** 444:21
**carefully** 256:1
**Carolina** 360:24
**carrier** 236:12
373:24 374:2
375:7 376:11
382:13,15 386:16
492:11
**carriers** 374:20,22
377:5 424:3
**case** 266:4 268:15
280:3 395:16
426:20 439:9
459:4 463:21
464:18,19 474:21
**cases** 291:9
**categories** 315:15
470:17
**categorize** 470:15
**categorized** 308:3
315:22
**category** 316:22
**cause** 467:6
**caused** 423:5
**causing** 248:12
355:9
**CB** 232:23
**CD** 435:1 437:6,19
438:4 439:5
**certain** 240:3

258:14 289:8
311:14 316:21,21
320:1,17 328:17
349:5 376:19
493:8
**certainly** 393:19
**certains** 360:23
**certification** 376:18
376:23
**certifications** 376:3
376:21
**Certified** 496:25
**certify** 496:4,20
498:5
**cetera** 397:7,8
401:13,13 439:10
448:14 486:13
**chain** 377:7 464:17
**Chandler** 260:10,19
260:22 261:12,15
265:24 266:4,10
266:10,17 267:7
267:21 268:2,21
277:22 289:22
290:4 416:21
483:11,13 488:23
489:7
**Chandler's** 265:14
265:15,22 273:16
**change** 241:9
352:24 353:6
357:1 397:24
**changed** 352:16,18
353:2 354:11
356:9
**changes** 320:8
356:14,18 357:16
368:19 496:17
497:7 498:7
**channels** 295:11
339:20
**chaos** 248:3 269:12
**characterize** 305:11
**charge** 243:5 297:10
297:22 298:18
391:15,17 470:5,6

470:13
**chargeback** 232:17
388:8 439:6
456:23 457:6,21
457:23 458:6,7
460:1,4,11 461:9
461:10
**chargebacks** 232:20
388:20 389:22,24
437:12 438:1,1
440:6 460:13
461:8 462:15
464:3 466:20
467:3 469:20,22
469:24 470:3,4,21
470:25
**charged** 268:21
273:18 367:23
**charges** 391:19
449:7 453:6,7,11
489:25 490:4
**chart** 231:20 336:19
365:2,4,13 366:6
377:4 378:4
389:15,23 393:8
395:22 417:14
419:10 461:14
462:16 493:25
494:1,5
**charter** 358:15,22
359:7
**chartered** 360:5,8,9
361:22 364:21
**charts** 388:8 395:14
395:19 404:21
405:7 407:8
**chat** 233:12 248:10
249:3,6,8 473:16
**chats** 248:9
**cheaper** 332:25
333:2,24 417:7,8
**check** 320:25 354:16
368:3 406:18
**checking** 247:6
**checks** 436:2,6,10
**Chicago** 360:18,19
364:16

**China** 235:1,5,8
240:18 241:6,25
253:13,21 254:10
254:14,17 255:2
257:7,13,15
258:23 267:19,20
268:4,5 269:7,10
272:20,22 273:1
274:1 277:20
281:16,18,21
285:21,23 291:20
362:23,24 374:19
378:18 379:9,13
414:18 418:18
419:4 424:10,24
463:20 475:2,5,8
**Chinese** 235:10
236:5 261:8
414:15
**choices** 397:11
**choose** 245:5,6,14
**circumstances**
375:22 475:23
**circumstantial**
376:25
**cities** 278:25
**city** 276:11 277:17
286:10 289:23,24
**Civil** 228:7
**claimed** 305:9
**clarify** 250:14
252:24 256:16
291:20 321:2
377:14 391:14
404:17 406:24
415:17 462:2
472:11 481:18,22
**CLARITY** 233:21
**classified** 434:5
**classify** 434:5
**classifying** 342:7
**cleanup** 300:6
**clear** 250:20 256:23
294:24 391:3
451:8 462:14
**clearance** 299:20
376:24

**clearly** 263:21
264:11 272:3
**click** 312:13,15,16
313:25 314:2
317:14,20 318:4,7
318:13,14,24
319:2,6,13,15
324:6 325:10,15
351:10 392:7
406:17 409:22
481:24
**click-through**
317:22 318:1
325:11
**clicked** 318:19
320:9,11 325:9
345:18,19
**clicks** 317:12,13,15
317:23 318:14
323:21 324:21
325:13 335:22
**client** 306:3
**close** 328:8 365:14
366:19
**clue** 420:18
**CN** 265:19
**CNSD** 289:14,17
**code** 310:25 311:1
**codes** 396:15
**coffee** 259:10
**COLLESANO**
229:5 344:17
408:3 425:6,14,25
426:6
**color** 357:10
**colors** 311:3
**column** 302:14
303:14 304:24
306:11 310:14
311:22 312:20
313:2,11 314:20
314:23 319:19
320:13 325:6
373:14 380:18,22
382:10 383:16,22
385:3 401:24
412:24

FTC v. Zaappaaz, LLC, et al.                                                                8/12/2021

[503]

columns 302:3
  303:3 305:8
  306:10 309:3
  321:17 327:5
  367:10 383:9
combined 325:5
come 235:1,9 305:14
  329:10 351:12
  361:1 362:21
  363:1,2 367:6
  370:11 389:6
  396:7 439:2 444:7
  458:17 461:15,19
  461:22,23 462:4
  468:24 469:3
  486:9,25
comes 236:20 238:6
  311:18 351:6
coming 241:25
  253:10,12,13
  258:23,23 265:14
  291:19 292:13,15
  298:18 315:13
  322:3 331:11
  374:19 388:21,23
  413:25 430:24
  431:4,14 433:15
  435:6 440:2,3
  467:21
commencing 228:21
commercial 278:16
Commission 228:5
  229:6
common 280:24
  281:1 293:22,22
  293:24
communicate 392:1
  461:1
communication
  260:22
companies 281:2
  285:18,19 291:1
  293:8 305:20,24
  308:2 362:17
  363:13 410:20,22
  410:25 411:4
  479:1

companies' 408:16
company 276:8
  281:4 293:10
  305:25 306:1
  346:24 347:1,15
  348:12 350:3
  357:19,22 358:25
  359:1 360:2
  363:18 409:19
  411:3,3 412:1
  414:23 415:21,24
  420:11 428:6
  434:17 444:1
  446:9 447:14,14
  469:23 471:24
  473:16
company's 364:5
  434:15
comparisons 413:16
complained 267:2
  267:13 268:15
complaining 242:7
  247:19,22 265:24
  266:4,5,17 267:6
  267:24 268:1
complains 357:9
complaint 248:19
  263:10,17
complaints 230:13
  247:22 249:15
  477:5
complete 496:13
  497:6
completed 397:16
  397:17,21,22,24
completely 277:22
  360:9 467:10
  482:21
completion 496:15
complicated 392:19
Compound 264:2
  377:9 382:2 410:3
  455:24 474:10
comprehensive
  365:4
computer 486:9
computer-aided

496:12
con- 442:9
concept 382:23
  383:10,12 442:7
concerned 459:14
concluded 495:2
conclusion 480:1
Concord 441:3,4,7
conditions 356:3,9
  356:19
confidence 480:23
confidential 326:4
  326:11
confirmation
  252:14,23 253:3
  255:7 256:21
confirmed 368:8
confused 254:5
  333:8 371:5
  389:20 391:12
confusing 392:12
confusion 393:23
cons- 297:15
consider 360:14
  363:14
considered 297:14
  297:17 315:2
  319:14,17
consignee 287:10,17
constant 260:22
constantly 449:7
constitutes 342:21
Consulting 443:17
  444:2
consumer 242:14
  255:2 256:11
  258:11 260:1
  269:21 348:15
  367:15 378:19
  379:4,17 387:18
  392:8 414:18
  427:1 429:5,15
  430:13 461:13
  473:17
consumer's 242:10
  247:19 378:11
consumers 241:8

242:7,21 244:25
  254:11,14 288:11
  348:8 361:4,7
  367:22 377:19
  378:1,8 379:10,16
  390:7 409:17,21
  417:13 422:6
  424:8 471:16
  477:5 478:24
  480:8 481:11
contact 260:6,7
  261:12,14,16,20
  277:2,4,16 471:16
  471:18
contacted 258:8
  269:7 277:24
  286:16
contacts 258:5
contain 238:12
  365:5,13,17 388:9
  440:11 452:8
contained 388:7
containing 377:25
contains 238:3
  365:14
content 301:18,24
  301:25 302:1
continued 231:1
  232:1 233:1 251:4
  261:21
continuous 261:16
contract 276:11,14
  286:10 288:7
  483:18,20,22
  491:2,4
contracted 363:7
contractor 298:2
contractors 340:19
contracts 288:5,22
control 287:9,16
  288:16 359:4
  458:14,16 459:1
  462:9,12 487:11
  488:13
convers- 325:11
conversation 244:24
  476:21,21

conversations
  476:16
conversion 318:17
  318:18,22,23
  319:4,11,11,14,17
  325:14 327:19
  336:14,15,16
conversions 319:1
  324:11,14
converted 318:19,20
  324:20 325:14
cooperation 286:12
  286:17
copied 457:9
copy 406:1,3
corona 464:17
correct 235:19,22
  235:23,24,25
  236:7,10,13 238:9
  238:13,16 241:3
  241:22 242:25
  243:15,24 244:1
  254:12 257:8
  260:4 263:6
  266:14 267:22
  271:13 279:2,16
  280:18 284:13
  286:3 289:16
  297:21 299:18
  302:23 304:23
  311:19 312:15
  319:7 320:15,17
  320:18 323:20
  324:2,4,8,12,15
  325:1 328:13
  331:24 333:3
  338:3 339:6
  344:14 349:24
  350:1 367:16
  370:8 371:19
  372:3 373:20
  375:13,16 376:13
  379:12,18 386:18
  386:18 387:19
  388:12 408:12
  414:10 419:5,12
  425:24 429:25

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

[504]

430:7,16 432:24
433:2,5,8 435:22
440:17,18 441:1
442:7,9 444:20,22
446:16 447:9,21
448:5,8 451:25
452:9 453:16,21
454:14 455:15
458:18 460:5
462:17 465:25
476:6 481:17,21
483:11,12,16
484:1,25 485:2,5,9
485:13,15,18,22
486:3,7,14,18,23
487:1,3,4,9,12
488:8 489:11,12
489:15,17,20,22
489:24 490:1,3,5,8
490:10,12,20,22
491:6 493:13
494:16 496:13
497:5
**correcting** 489:3
**corrections** 497:7
**correctly** 406:20
  475:10
**correspond** 372:20
**cost** 318:3,6,7,9,10
  318:11,12,12,13
  324:6,9 325:13
  326:19 336:2
  361:10,14,22,22
  361:24 362:9
  456:14 490:6
**cost-effective**
  424:25
**cost-splitting** 361:13
**costs** 362:3,5 494:14
**count** 306:12,15
**counterpart** 236:5
**counties** 278:25
**country** 270:11
**COUNTY** 496:2
**couple** 254:20 343:2
  360:24 473:10
  481:6

**course** 407:2
**COURT** 228:1
  300:8
**cover** 422:17,19
**covered** 234:16
  296:24 346:9,10
  346:13,21 366:18
  379:14 389:14
  421:10 430:4,13
  430:19 431:6,15
  431:15,21 432:4
  432:23 440:13
  448:19,20,23
  449:3 450:23
  451:15,24 455:21
  456:4 463:2
  464:23 465:13
  468:23,25 469:21
  478:16,17,23
  479:2 489:10
**covers** 422:12
  494:14
**CPC** 318:3
**crashed** 491:13
**create** 258:24
  281:15 302:1
  304:7 311:4
  332:12 370:3
  371:1 383:2
**created** 243:13,16
  255:8 258:21
  281:11,12,19
  282:10 284:16
  285:5 291:5
  301:18 303:12
  304:10 387:7
  400:16 444:1
  493:9
**creates** 301:24
**creating** 298:15
**credibility** 305:22
**credit** 438:3,5,25
  444:21 446:22,25
  447:20 454:10,22
  470:16 490:21,24
**CRR** 228:23
**CRSs** 242:9

**CSR** 259:1 267:6
  268:2,23
**CSRs** 265:15 272:21
  273:2,21 355:5
  396:11 476:2,4,7
  476:16,22 488:10
  488:14
**CSRs'** 272:17
**CSV** 321:16
**CT** 289:14
**CTR** 318:1 323:25
  335:24
**cups** 296:20
**curious** 262:19
**current** 352:13,15
  354:7 356:2
**custom** 296:19
  448:13,13,21
**customer** 231:11
  242:18,19 243:4,4
  249:7,17,18
  250:25 252:7,8,12
  253:5 254:19
  257:17 258:6,10
  259:5 261:11
  265:24,25 266:1,3
  266:22 267:2,13
  267:23 268:15,22
  271:8 273:20,25
  274:2,4,14 350:9
  351:13 355:13
  357:9 367:17
  378:14 380:3
  382:16 397:14
  398:12,18 401:12
  422:9,11 424:22
  424:24 441:8,11
  441:13 464:18
  470:9 472:19
  475:6,8 480:19
  484:22 494:2,3
**customer's** 365:15
**customers** 248:11
  250:19 253:21
  263:25 264:9
  285:24,25 297:16
  297:19 305:10,13

305:21 320:9
328:5,7 355:6,8
376:10 424:17,17
479:12
**CustomLanyard....**
  228:11 314:3
**customs** 272:23
  274:18,18 359:1
  475:2
**cutoff** 245:25,25
  246:1,7 247:14
  423:11
**cuts** 246:21

———————
**D**
**D** 230:1 298:6
**d/b/a** 228:8
**daily** 289:2,4 349:15
  349:19,21 459:8
  464:3
**damaged** 477:6,9,18
  478:11
**damages** 477:14
**Darren** 280:7
  477:25 478:10,15
**data** 311:16 312:19
  325:21 365:16
  368:24 385:7,18
  399:1 400:9,19,21
  403:14 405:25
  406:11,11 408:12
  417:9 419:21
  485:20 494:2,2
**database** 242:23
  243:18 366:13
  367:7 369:5 371:6
  388:3,17,23
  396:22 493:11
**date** 232:14 236:3,3
  237:4,5 238:4,4
  245:7 246:2,7,19
  247:1,12 258:19
  258:23 259:1
  264:13,15,20
  269:5 270:1 271:6
  271:8,11 303:7,8
  303:11 306:23,24

307:4 311:14
319:20,21,25
325:7 338:7
355:17 366:14,16
367:14,16 372:23
373:9,11,18,20,20
379:21,22,24
380:2,18,19,25
381:1,2,2,10,11,21
382:11,12,19,19
383:14,20,22
384:17,24 385:2
385:10,23 386:2
386:25 387:1,7
398:7 401:24
406:10 484:23
492:13 497:12
**dates** 263:22 269:19
  269:19 271:15,16
  272:7 329:22
  330:17 380:1,5
**David** 298:7
**DAVIDSON** 496:2
**day** 234:9 242:16
  245:19 246:3,20
  247:13 258:14
  269:6,10 287:20
  288:19 338:19
  405:2 422:15,17
  423:12,14,15
  458:20,22 459:9
  474:1
**day-to-day** 488:12
**days** 236:3 237:5
  238:5 246:5,6,7,9
  246:16,22 247:10
  338:20 355:12,12
  372:7,13,16,16,16
  372:19,22 373:1,1
  381:20 422:18
  423:16,16
**DC** 229:8
**deal** 280:9,11
**debits** 437:3,4,11,22
**December** 240:8,10
  240:15,15,16

293:19 300:12
306:23 343:24
344:1 366:6,11
**decipher** 237:12,15
308:13 416:5
450:14
**decrease** 463:15
**deducts** 240:24
**default** 316:22
**Defendants** 228:16
**define** 370:12
**definitely** 338:10
410:13 457:11
**definition** 487:20
492:10
**delay** 267:2,14
268:16
**delayed** 381:15,23
381:24 382:16
423:11 464:20
471:20
**delaying** 269:10
**delays** 242:8,9
260:21,23 262:9
393:12 422:25
423:5 469:17
475:23
**deleted** 323:11
**deliver** 469:2 471:14
480:12
**delivered** 245:16
255:1 360:17
380:3 381:3
382:15 385:6
406:9 484:19
486:1
**deliveries** 374:19
470:21
**delivering** 247:15
480:19
**delivery** 236:3 237:5
238:4 246:19
247:12 258:19
259:1 263:11,19
263:21 264:10,12
264:18,20 269:5
269:18,19 270:1

270:21 271:6,11
271:15,16,25
272:7,11 274:13
274:14 355:17
372:23 373:4,9,11
373:17,19,20
379:24 380:1,2,5
380:17,18,19,24
380:24 381:1,6,10
381:10,21,24,25
382:11,12,19
398:7 406:10
422:18,19 468:25
469:10 484:23
492:12
**demand** 473:23
**denominator** 281:1
**department** 252:19
**departments** 355:19
**depend** 461:16
**depending** 245:24
245:25 328:17
373:21 417:3,7
**depends** 439:6
**deponent** 496:17
497:1
**deposit** 428:25
429:2,4,5,6 433:10
433:11,15,18
434:7 435:1
**deposited** 443:8
**deposition** 228:20
234:11 326:4
393:20 394:13,14
405:22 495:2
496:6,9,15 498:4
**depository** 425:10
462:6
**deposits** 431:19
433:1
**Depot** 479:10
**described** 235:15
**Design** 411:12
**designers** 302:1
**detail** 243:5
**details** 277:2
**determine** 357:14

**determining** 432:5
**developer** 301:19,20
301:21
**development** 489:18
**DHL** 374:13,17
375:8,18,21 376:4
376:12
**difference** 412:1
418:12
**differences** 407:15
409:4
**different** 291:9
293:9 308:3 311:3
311:4 315:21
318:22 323:15
327:10,11 338:22
341:6 342:10
351:7 360:7 373:4
385:23 399:15
407:13 409:17
448:15 463:24
470:17
**differential** 439:17
**differentiate** 431:19
**digits** 449:18
**Diran** 297:25,25
298:2 299:14
301:14 319:25
320:6 321:1
329:13,22 331:14
335:16 339:14
340:9,24,25
347:17,17,22,24
**Diran's** 347:14
**direct** 233:22
261:19 297:8
476:15
**direction** 263:20
496:12
**directly** 235:1
240:18 241:8
253:20 254:11,14
255:2 267:24
268:4,5 270:15
348:16 377:18
379:10 388:10
440:21 478:24

**discern** 237:9
**disclosed** 426:17
**discount** 397:8
**discounts** 397:2
**discovery** 426:18
**discrepancy** 387:16
**discuss** 261:3,7
262:7
**discussed** 339:23
**discussing** 290:21
**dispenser** 376:22
**display** 313:15
316:1,2,7
**disputed** 397:25
467:20
**disputes** 461:9,10,12
468:4
**distributed** 378:1
**distribution** 331:25
332:3
**distributions** 436:11
**distributor** 306:4
**distributors** 306:8
308:4,5,7
**DISTRICT** 228:1,2
**distrusted** 464:17
**divided** 317:23
**dividing** 325:12
**DIVISION** 228:3
**divvied** 362:12
**Doc** 403:2
**document** 273:4
304:4,8 393:6
403:23 412:20
414:9 436:21
445:4 456:19,21
457:12 474:11
491:21,23
**documentation**
442:1 480:6,14
484:18
**documented** 362:13
**documents** 231:22
256:10 339:13,15
339:16,18 341:3
362:2 482:6
**dog** 332:17 333:21

**doing** 277:19 278:22
334:17,23,24
354:21 377:21
413:16 423:15
459:8 464:5
467:10 468:3
478:13
**dol-** 362:6
**dollar** 298:16
318:14
**dollars** 295:21 459:8
**dollars'** 296:2
491:11
**domain** 314:7,12
448:15
**domains** 448:12
450:9
**domestic** 280:8,13
409:1,2
**domestically** 258:24
**download** 406:20
**drained** 474:1
**drastically** 356:9
**drop** 463:17,22,25
**drop-off** 463:4
**due** 463:14 464:17
**duly** 234:3 496:7
**dumping** 237:25
**duplicate** 398:11

**E**

**E** 230:1 234:4 372:1
481:7 498:1
**E-Trade** 434:12,13
434:14,15,18
**earlier** 280:2 368:22
372:21 414:10
**early** 286:16
**easier** 395:5
**easiest** 345:15 395:8
399:17
**Eastern** 228:22
**easy** 240:4,20,20,24
241:15,15 257:14
356:15 362:4
369:3,8,9,11,20,21
369:23 370:2,8,11

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

[506]

371:1
**economical** 281:2
**edits** 354:25
**eight** 480:17
**either** 255:19
   257:12 362:18
   387:11 397:24
   439:7 470:5,17
**elaborate** 294:14
   305:17 306:17
   398:13
**else's** 316:3
**emai-** 278:7
**email** 244:15,19
   248:21 249:12
   250:17,18 252:8,9
   252:13,16,21,22
   253:25 254:1,5,6
   254:18 256:15,21
   256:25 257:2,5,9
   257:17 264:22
   265:12 266:10
   267:5,17 275:23
   275:24 282:15
   297:6,8,14 300:15
   301:11,12 303:16
   304:22 305:4
   306:14,16 307:5
   307:12 308:24,25
   337:24,25 338:1,5
   338:15,23 342:5
   343:8 347:6
   348:10,12,21
   350:7,11,12,18
   351:10,12,16
   372:20,23 373:9
   393:6 456:21,25
   457:10 460:2
   462:22 463:13
   465:6,24 466:2,6
   467:9 468:21
   471:20 472:1,4,14
   477:24
**emailed** 477:23
**emailing** 249:18
   260:1
**emails** 250:21 251:4

251:21 253:17
255:5 278:8 297:8
297:20 306:16,18
306:19 307:17,24
307:25 338:2,5
348:18,25 349:19
349:22 373:6
472:6,8,17,18
478:25 479:9
**emphasize** 273:25
**Empire** 456:22
   457:2 459:4
**employee** 447:12
**employees** 293:25
   294:4,5 340:19
   491:3
**employment** 456:9
**empty** 312:22
**enabled** 322:24
**encompass** 377:4
   378:4,20 440:5,20
**encompassed**
   413:19
**ended** 260:1
**ends** 493:11
**engineer** 478:1
**enter** 238:2
**entire** 477:8 481:25
**entities** 409:22
**entities'** 376:11
**entity** 377:6
**entry** 438:6 443:14
   447:23
**equate** 245:16
**Erose** 261:14 268:5
   355:1,3 356:21
   357:3 396:11
   476:5,20 488:9,13
   488:14
**errata** 497:8
**ESQ** 229:4,5,15
**essentially** 359:5
**established** 260:2
**estimate** 358:21
**estimated** 259:1
   373:20 381:10
**estimating** 259:3

**et** 234:11 397:7,8
401:13,13 439:10
448:14 486:13
**everybody** 255:24
363:24
**exact** 236:20 320:10
328:4 329:3
369:14 385:10
**exactly** 245:23
246:10 248:24
328:8,20 357:11
369:4 385:5 432:3
**EXAMINATION**
492:21
**EXAMINATIONS**
230:3,7
**examined** 496:5
497:4
**example** 234:13
235:4,6 242:14
253:24 294:16
310:21 311:2,22
316:3 324:19
345:15 346:2
355:7 357:7 362:7
376:17 388:6
406:6 411:16
418:13 424:16
438:4 439:5
479:10,15 483:10
486:15
**examples** 296:23
**Excel** 346:14 400:18
401:1 403:3,4,22
493:22
**exception** 276:15,18
288:22
**exceptional** 288:18
**execute** 357:12
**execution** 301:19
**exhibit** 230:11,12,15
230:16,20,21,22
230:23,24 231:3,4
231:5,10,13,15,18
231:20,21 232:3,6
232:8,10,15,19,22
233:3,7,10,12,17

233:18 244:4,5,9
244:12 256:22
259:24 263:1
270:17 275:11,13
275:15 280:4,6
282:4,6,8,13 290:5
301:7 309:7
329:17,20 337:15
344:14,23 348:3
351:1 352:3 354:2
354:3 355:23
356:4 358:11,12
358:15 407:23
408:5 425:3,5
428:17 445:18
454:16 456:16,18
457:17 459:23
462:18,19 466:12
468:9,11,14
473:12 476:23,25
477:20 481:12,13
**exhibits** 230:9 231:1
232:1 233:1 300:5
351:18 482:13
493:21
**exist** 346:9
**expect** 484:6 486:24
**expense** 489:8,10,13
489:16,19,21,23
489:25 490:2,4,7,9
490:19,22 491:15
491:20,24,25
**expenses** 262:18
427:3,7 448:17,18
454:6 455:14,17
456:3 488:17
490:11,11,13,25
492:2
**experience** 334:7
422:25 474:16
**experiencing** 260:20
261:9 469:16
**expert** 298:15 320:4
320:23,25
**explain** 255:16,20
255:22 268:9
291:17 296:17

342:22 382:4
400:7 424:11
**explained** 274:13
**explanation** 247:8
**Express** 232:8 411:3
421:23,25,25
422:22 424:1
433:4 447:2,8
**Express'** 445:20
**extension** 314:7
**extensive** 330:8
385:18
**extent** 288:10 320:1
356:19 377:23
378:4 379:9,13
383:5 388:5 394:6
410:19 417:11
422:4 430:23
461:12 471:14
479:22 494:14
**extremely** 392:12
**exuberant** 334:10

---

**F**

**F** 306:11 327:5,5
372:4
**F01-ZWB-000000...**
231:13
**F01-ZWB-000000...**
231:15
**F01-ZWB-000000...**
231:18
**F01-ZWB-000014...**
230:15
**F01-ZWB-000014...**
230:21
**F01-ZWB-000015...**
233:18
**F01-ZWB-000015...**
233:17
**F01-ZWB-000015...**
230:16
**F01-ZWB-000015...**
230:20
**F01-ZWB-000948...**
230:22
**F01-ZWB-001587...**

Makanojiya

FTC v. Zaappaaz, LLC, et al.

8/12/2021

[507]

230:11
F01-ZWB-001589...
    233:12
F01-ZWB-001600...
    231:4
F01-ZWB-001604...
    230:12
F01-ZWB-001623...
    233:3
F01-ZWB-001624...
    232:15
F01-ZWB-001624...
    232:19
F01-ZWB-001624...
    232:22
F01-ZWB-001626...
    233:7
F01-ZWB-001626...
    233:10
F01-ZWB-001628...
    231:21
F01-ZWB-001629...
    232:6
F01-ZWB-001629...
    232:10
F01-ZWB-001684...
    231:5
F01-ZWB-001687...
    231:10
face 346:22 369:12
Facebook 295:24
    296:9 341:10,10
facilities 474:4
facility 417:21
facing 355:6,8
fact 269:9 465:20
    474:7
facts 475:22
fair 399:7 413:13,14
familiar 357:19
far 365:12 415:23
    460:10 488:14
fashion 347:10
    407:10 468:21
fast 372:17 448:13
Fatima 261:14
    268:4 272:4 274:6

355:1,3 356:21
357:3 396:11
447:10 472:7,18
476:5,20 488:9,13
488:13
fault 478:17,18
February 463:1
    466:5,7
Federal 228:5 229:6
fedex 230:17 236:11
    241:19,20 254:2
    258:8,18 259:4
    272:23 274:17
    275:23 276:15
    277:15 278:21
    280:8,12,16 281:3
    281:4,5,6,20 284:6
    284:9,12 290:8
    359:3,16 360:10
    363:10,22,25
    364:3,5 374:1
    375:8,15 376:4,12
    376:18,24 379:23
    382:6 384:15,17
    386:14,16 400:10
    400:15 401:14
    408:8,12,17
    409:24 411:17,18
    413:20 416:22
    417:3,5,7,7,14,17
    419:9,14,16,21
    420:3 421:10,13
    421:15,19,23
    422:6,12,17,22,22
    422:22,23,23,24
    422:25 423:5,12
    423:13,20 453:6
    453:15,20 454:6
    454:11 474:3
    477:19,25 478:14
    478:18 480:17
    485:17,20 486:20
    486:24 487:3,5
FedEx's 253:11
    284:24 385:14
    454:1 478:17
FedEx.com 243:19

485:11
FedExs 260:23
fees 438:3,5,24,25
    490:21,24
field 385:10
figure 356:15
    382:10 384:23
    390:6 404:3 419:7
    432:3
figuring 299:16
file 331:3
filed 263:9,17
    466:18
fill 484:3
filter 409:19,20
    420:12
filtered 415:10,15
filtering 415:2,6,9
    420:9
filters 415:20
final 274:14
financial 411:7,8
find 319:16 330:4
    365:15 383:18
    384:19,21 392:2,4
    392:12 400:24,24
    406:19 447:14
    450:15 479:17
finds 463:13
fine 259:17 326:16
    383:25
fine-tuned 353:23
fir- 267:1
Firm 229:16
first 232:4 234:3
    235:20,21 244:18
    247:17 252:16
    264:23 267:11,12
    267:12 271:3
    286:24 291:18
    314:25,25 330:14
    360:8 383:24
    401:25 411:16
    425:9 426:9
    428:20 429:11,14
    433:11,20 434:4
    449:14,15 462:25

466:1,4,6 484:23
firsthand 261:9
Fiserv 435:7 460:14
    461:2
fit 383:1
five 257:16 259:14
    259:17 335:14
    355:8 374:12
    435:17,17 445:6
Five-one 438:15,16
flagged 463:14
flipping 283:4,12
flow 235:11
focus 282:16
follow 320:7 330:6
    350:8 351:13
follow-up 492:18
followed 350:7
following 246:3
    351:14 452:13
    498:7
follows 234:3
food 332:17 333:21
foregoing 496:6
    497:4 498:4
forgotten 337:16
form 238:18 330:25
    347:10 418:2,15
    431:23 439:15
    451:6 453:18
    454:8 461:18
    468:20
formal 279:6 293:3
formula 380:1 399:4
    402:13,15,19,23
    403:6
formulas 403:22
forth 256:18
Forty- 408:1
forward 234:17
    250:25 314:9
found 276:23
    282:19 363:5
    364:10
foundation 239:15
    250:4 258:16
    264:3 271:18

294:2 303:10
304:25 307:2
310:10 321:21
326:24 331:1,6
342:13 345:2
349:4 350:16
352:8 377:9
408:19 410:3
412:5 413:23
416:19 418:2,16
429:9,19 437:14
453:9,18 455:23
459:18 460:7
466:24 474:12,24
founded 357:22
four 246:7,9 260:25
    296:21 316:11
    335:14 372:16
    397:11 435:15
    449:18
four-and-a-half-st...
    480:22
four-three 438:17
    438:19
fourth 258:5 288:15
frame 343:21,22
Frank 402:2,9
fraud 470:6,13
    491:24,24
fraudulent 469:25
    470:2,4,18
Freddy 474:20,25
    476:1,2
free 488:3
freedom 299:24
Friday 246:17
FTC 229:3 234:11
    485:4 486:2
    493:16
fulfill 236:9 255:4
    277:17 292:17
    474:17,18
fulfilling 234:22
    285:24
fulfillment 234:13
    234:15 241:8
full 231:6 247:21

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

268:22,23 471:25
473:25
**function** 390:18
400:8,12,14,16
**functional** 243:25
**functions** 399:15
**funding** 432:22
441:20
**funds** 368:5 427:1,6
429:5,15,23
430:11 440:2,2
458:22 462:6
494:19
**funneled** 475:10
**funneling** 315:9
**further** 230:7
237:20 321:3
394:8 465:3 481:3
492:21 494:23
496:20
**future** 264:9
**fw** 230:16

---

**G**

**G** 411:11,20,23
**gallons** 362:8,9,10
362:10
**gap** 458:22
**garbage** 491:20
**Gary** 228:22 300:3
496:3,24
**gateway** 460:23
461:3,4,5,6 465:23
**gateways** 471:9
**gather** 393:2 485:20
**general** 274:24
296:5 299:22
320:10 459:3
**generate** 304:11,14
304:16 341:22,23
**generated** 250:22
251:22 253:25
254:1,19 255:5,10
256:9 257:5,21,22
302:21 304:12,19
484:24
**generates** 258:19,22

**generating** 253:17
**generation** 254:6,7
**generic** 353:10,14
353:22 396:9
**getting** 247:20 248:8
248:12 254:5
326:5 334:25
365:20 371:13
379:14 391:2
404:21 430:23
458:22 464:2
470:20 475:3,3,18
477:24 478:11
**give** 247:8 303:19,23
304:6 309:25
320:10 324:19
328:19 338:10
348:10 357:7
371:16 385:6
388:24 393:25
400:21 432:12
472:4 486:9
**given** 239:12 260:6
263:21 389:13
390:6 395:25
400:14 440:11,20
441:21 476:7
485:3 486:2 497:6
**gives** 301:25 389:25
**giving** 303:18,22,23
347:2 381:3
446:25
**GLITZ** 433:13,24
434:6
**globe** 443:22,24
**gloves** 291:24 292:1
292:6 293:22
487:14,15
**GMT+0** 233:16
**go** 234:19 235:10
236:23 240:19
241:10,12,14
243:19 244:14,19
245:13 246:24
247:17 249:2,10
258:4,5 259:23
263:14 270:14

275:15 276:20
278:1 279:4
281:18 282:2
284:18 286:7
287:7 290:17
297:12 301:4
303:2 309:24
313:16 316:3,3,4
317:14 319:12,14
319:19 320:13
321:9,17 322:22
328:24 330:19
331:17 335:18
336:20,21,23,24
336:25 337:16
346:13 349:11,16
350:3,6,7,23
351:17,20 360:21
361:6,17 367:9
376:2 379:20
380:6,7,14 383:20
383:22 384:2,10
386:8 389:2 390:8
393:1 395:14
399:7 401:24
403:25 405:10
406:4,17 416:3
418:7 420:8
424:21 425:24
432:4 434:10
435:9,23,24
441:17 442:4
443:2 445:21
446:11 447:18
449:21,22 451:11
452:11 457:1
462:21,24 465:3,3
471:9 473:1,17,17
473:20 475:25
476:1 477:2
478:25 485:11
487:6 491:19
**goes** 235:21 236:25
237:2 249:13
250:18 260:2
350:10 397:22
441:19

**going** 234:17 242:15
244:4 246:9 248:9
255:1 256:16,18
274:16 278:6
290:17 291:6
292:16 295:18
299:25 300:3
302:3 307:25
309:5 312:10
315:25 327:5
329:19 334:3,4
338:23 344:13
346:23 350:19
355:25 358:10
365:19 366:5
378:18 383:25
384:13,13 387:7
389:12,21,25
392:20 393:22
394:10,10 404:10
404:22 405:1,5,6,7
406:4,25 409:19
414:6 416:4 421:2
425:3 432:2 434:7
439:22 445:16
449:17 458:16
461:11 464:7
465:19 470:9
475:1 479:23,24
481:5 484:19
485:24 486:1
492:9
**good** 234:6,7 248:17
300:9 301:4
309:21,23 310:5
320:5 332:18,23
375:20 403:21
409:12,13 477:3
**goods** 245:15 285:20
285:23,24 289:9
360:14,15,17
378:6 421:17,19
441:25 456:14
471:20,24 480:19
482:22 490:6
**Google** 294:17
295:12 296:13,14

296:22 299:4,5,7
306:2,4 311:18,25
312:10 313:23
315:19 316:11
317:14 319:12,15
326:9 328:3,7,10
328:11,11,18
329:12 332:6,7
333:25 334:5,15
336:2 345:3,13
346:19 347:2
385:5 400:24
403:1,13 447:19
447:21 448:1,4,14
450:7,10 451:14
451:17 452:5
455:5 490:19
**Google.com** 313:16
**gotten** 443:24 484:7
**government** 278:12
278:16 279:7,11
288:5,7,8,22 289:9
**governments** 288:11
288:12
**grain** 368:18
**graph** 423:15 469:9
**great** 426:19 473:11
478:15
**green** 383:4
**Ground** 421:10,13
421:16,19,22
422:6,12,14,17,22
422:25 423:5,20
424:1
**groups** 315:8,8
**GU** 443:8,9,10,20,22
**guarantee** 263:21
263:24 270:21
271:3,14,16
272:11
**guaranteed** 264:10
264:20 270:1
271:12 272:1
**guaranteeing**
263:10,18 264:12
264:17 272:5,6
**gue-** 287:15

---

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

**guess** 240:9 254:4,5
  256:7,17 274:12
  277:23 284:1,2
  291:16 293:18
  302:9 303:11
  305:16 308:16
  309:24 319:23
  322:21 338:8
  343:20 346:3
  348:1 351:13
  355:18 362:18
  367:1 368:10
  371:5 377:15,22
  378:3 418:18
  429:13 439:22
  446:13 451:11
  459:1 460:19
  471:9 475:1
  483:20
**guessing** 308:6
**guidelines** 476:8
**guy** 277:23
**guys** 334:11 358:1
  371:7 379:25
  407:18 468:11

**H**

**H** 324:5,6
**half** 273:11,12
  359:10,20,21
  360:6
**hand** 355:19,19
  443:8,13,18 477:7
  496:22
**handed** 379:22
  382:13,14 384:15
  384:16,20
**handing** 382:6
**handle** 298:13
  472:21
**handled** 457:14
  477:16
**handles** 298:12
**hands** 253:11
  385:11 386:3,14
  387:2 475:4
  492:11

**hands-on** 299:5
  457:14
**handshake** 362:14
  362:16,19
**happen** 240:7
  399:16
**happened** 280:3
  366:21 367:2
  488:4 491:22
**happening** 272:20
  273:1 289:1 449:8
**happens** 234:21
  397:23 469:12,13
**happy** 231:11
**hard** 247:24 354:5
  399:10
**harder** 270:10
  412:19
**head** 444:6
**headers** 302:4,13,14
  303:24 312:12
  327:9 342:5
**headline** 310:17,19
  314:25 333:20,20
  333:21
**headlines** 320:14,20
**hear** 262:2 295:15
  340:11 387:9
  425:13,17,19
  493:1,1,4
**heavy** 449:6
**help** 242:11,21
  269:8 304:3 381:6
**helping** 478:15
**hereto** 496:19
**hey** 259:3,8 267:1
  267:13 294:25
  310:7 328:19
  337:3 400:16
  422:17 484:2
**Hi** 276:5,25 278:2
  463:12
**high** 332:19 333:22
  466:20 467:3
  473:23
**Higham** 286:15
**higher** 332:24 333:1

333:4,24 334:5
  464:4
**history** 305:21
  480:16,18
**hit** 313:22,22
**hits** 312:3 320:21
  329:24 346:10
**hitters** 449:7
**Hmm** 282:1
**hold** 255:23,23,24
  257:3 295:22
  350:21 353:13
  368:5 390:25
  410:12,17 411:13
  458:19 459:2
**holding** 439:18
  458:21
**holds** 283:22
**holiday** 269:15,17
  269:23
**honestly** 239:20
  335:12 383:16
  410:22 420:7
**Hong** 414:23
**hope** 411:24 463:13
**hospitals** 360:23,24
**house** 341:3 424:13
  424:14,20
**Houston** 228:3
  229:18 276:11
  277:18 286:10
**HR** 456:6
**huge** 490:22 491:25
**hun-** 311:8
**hundred** 281:16
  288:17 292:22,23
  311:6,25 341:24
  357:11 362:7,8
  390:11 439:18
  442:24 487:13,14
**hyperlink** 481:10

**I**

**I-** 283:15
**I-R-A-N** 298:7
**IAE** 286:15
**ID** 231:8 367:12

390:16 401:12
  415:7
**idea** 320:11 374:11
  409:15
**identify** 490:15
  492:3
**IDs** 390:17
**images** 316:16
**imagine** 312:10
  470:7
**immediately** 269:7
**impact** 411:7
**implemented**
  277:21
**important** 325:21
  325:25 326:18
  393:9,13 491:5
**importation** 406:12
**impression** 317:16
  317:17,23 336:4,8
**impressions** 317:24
  317:25 323:23
  325:12 335:19
**in-home** 248:5
**inactive** 322:20
**include** 346:20
  409:24 423:20
  424:2 440:6,22
**included** 376:12
**includes** 236:2
  390:13
**including** 365:5
  435:18
**inclusion** 353:16
**incorrect** 308:24
**incorrectly** 477:11
  477:16,17 478:4
**increase** 459:10,11
**incurred** 488:17
**INDEX** 230:3,7,9
  231:1 232:1 233:1
**India** 248:4 262:13
  427:24
**indicate** 429:4
**individual** 284:22
  284:22 363:8
  364:3 414:24

**individually** 228:14
  298:23 403:14
**information** 235:21
  236:2,8,16,20,23
  237:8,8,10 238:6,7
  238:8,12,14,21
  240:14 241:2,21
  241:24,24 242:10
  242:20 243:22
  254:15,16 255:3
  259:5 260:6
  261:10 274:9
  289:4 321:12
  322:3 328:12
  329:10,14 331:10
  341:7 365:6,18
  366:10 367:4,5
  377:6 378:9
  379:11 382:20
  385:2,14 388:8
  394:1 395:23
  396:22 400:25
  401:9,14,16 406:3
  458:6 475:9 493:8
  493:10,15
**initially** 316:10
**initials** 443:19
**initiate** 249:3,6,8
  395:12
**injury** 393:13
**injustice** 362:18
**input** 240:22,22
**inside** 241:19
**Instagram** 295:16
  295:18
**Instance** 257:11
**instances** 254:8,10
  285:14 360:8
  391:24 461:14
**instantly** 367:23
**interchangeable**
  336:1
**interchangeably**
  285:2,6,9,10,13,15
  285:19 290:22
**interchanges** 276:8
**interested** 496:21

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

interesting 355:2
interface 485:20
intermediary 461:2
internal 396:19
  443:21
internally 422:16
international 409:1
  409:3,8 414:21
  420:7 435:10,12
  435:19
internet 403:7
interrupt 310:8
  341:17
interrupted 243:8
inventories 475:16
inventory 238:12
  239:2,5,9,21 240:1
  240:5,13,21 241:1
  368:23 371:7,12
  371:20,21 474:1,6
  474:7,16,18
  491:12
investigate 237:20
invoice 290:8
  361:21
invoices 361:16,18
  361:19
involved 234:22
  266:23 457:8
involvement 355:4
involving 272:23
Ionized 265:4
  275:22 276:10
  279:1,18,21,24
  280:15,25 281:8
  281:11,12,20
  282:23,25 283:8,8
  283:14,18 284:22
  285:5,8,10,17,24
  287:11,22 290:19
  291:4 292:8,11,12
  292:17,21 293:4
  293:12 294:21,22
  360:6,13 361:7,9
  361:20,24 362:10
  362:14 363:15
  408:15 410:5,15

441:19,21 442:6
443:10,17,23
444:2,5 487:13
488:6,7 494:12,13
494:14
Ionized's 280:14
  283:13 294:17,19
  375:12,15 417:15
  419:17
IP 243:6,11
irregardless 257:6
irrelevant 284:24
  295:20 296:1
issue 273:17 320:9
  355:7 404:8,10
  406:12 458:10
  459:12,20 472:20
  474:8
issued 436:2 446:21
  447:2 471:25
issues 248:11 261:2
  261:6,7 262:6
  274:17 355:6
  392:7 469:14
  474:16
issuing 454:2 458:12
it'd 423:11
it'll 245:15 317:6,18
  345:9,10,15
  351:12 385:5,6
  422:18
item 270:2,4,5
  272:11 395:10
  449:15
items 251:22 269:25
  271:11 272:7
  296:10 487:3

_____ J _____

J 327:12,15,15
  373:14
jamming 248:7
January 428:21
  430:22
Jimmy 286:15
job 478:12
ju- 357:13

judge 339:9
judgment 357:14
July 242:6 477:25
jumbled 391:2
June 443:2,7 471:2

_____ K _____

K 412:24
Karishma 457:20
keep 239:21,25
  240:1 246:16
  326:3,9 383:25
  384:13,13 416:4
keeping 240:4
keeps 239:20 247:20
keyword 305:3
  310:22,24 311:9
  321:15 329:7
  333:12
keywords 319:23,23
  320:3,9,10 333:13
  335:8,10 346:3,25
Khalil 260:2,8,12
  267:2,8,13,18
  268:3 272:5 274:6
  274:7 301:19,23
  304:1,18 321:13
  331:14 339:15
  340:7,21,22
  354:19 355:1
  427:18 428:1
  456:22 457:1,14
  472:7,9,13
Khans 262:11
  356:17,21
Khans' 357:15
kick 428:9
kicked 428:14
kidding 296:24,25
killing 334:21 335:6
kilograms 278:3
  287:9,17
kilos 281:16,21
kind 298:10 315:22
  341:2 350:11
  355:18 368:17
  400:21 406:12

416:6 420:19
422:20 423:5
481:10 485:19
kinds 261:2 346:8
know 234:19 239:3
  239:16,18,19,21
  240:21 242:3
  243:22 244:4,25
  247:18,19 248:2
  253:14,16 260:6,8
  261:5,20,22 262:6
  264:9,24 265:20
  268:13 269:25
  271:4,7,11,25
  272:24,24 275:17
  276:15,22 277:15
  278:7 283:24,24
  283:25 284:3,8,11
  284:23 285:16
  286:8,9,11,20
  287:4,16,18
  289:17 290:11
  293:1 297:13
  298:14 300:3
  302:16,17 303:25
  304:1,5,6,17 305:2
  305:5,5,7,11 306:9
  306:24 308:12,18
  308:19 311:11,11
  314:9 315:12
  317:2 319:21,25
  320:19,23 321:13
  321:17,18 325:7
  326:14 327:12,13
  327:16 329:15,23
  329:23 330:8
  331:15 332:6,10
  334:24 335:9
  336:2,7,10,18
  338:9,13 339:12
  340:8,10,22,25
  341:9,10 343:1,2,7
  343:16 345:5
  346:9 347:9,19,20
  349:7 350:17
  353:9 354:5,9,14
  354:15,16,17

356:14 358:20
359:14,24 365:12
365:23 369:14
370:5,14 371:2
372:9 374:7,21
375:7 376:11
377:4,12 383:16
383:16 384:7
387:8 390:7
392:20 393:5,7,18
393:24 394:1,6,9
394:12 395:12
396:13 399:4
401:2,8 404:12,14
404:19 405:25
406:1,9,9,13,18,20
406:22 407:14
409:21,23 411:2
411:14,15,18,25
412:21,22 413:4
413:12,20 414:1
414:22,23 415:14
415:18,19,20
419:18 420:3,15
420:20,24,24
422:1 428:24
430:3 431:13
432:13,14 435:3,5
436:17 437:5
439:22,25 442:10
443:9 444:7
447:13 448:10
451:13 453:2
454:5 457:7,12
458:7 462:5
463:23 470:21
475:1,4,6 477:6
478:23 479:7
482:17 483:7
484:10 487:19
490:17 492:10
knowing 302:17
  384:24
knowledge 344:3
  356:8
known 475:22
Kong 414:23

**Koozie** 448:13

---

**L**

**L** 327:18 336:17,17
**label** 236:12,12
  243:12,16 249:13
  249:25 252:20
  254:7 255:8
  257:24 258:21,25
  387:7
**labels** 241:16,17,18
  363:10 370:3
  371:1 383:2
  424:22
**labor** 491:4
**Lack** 350:15 352:7
  474:23
**Lacks** 239:14 250:4
  258:16 264:2
  342:13
**land** 313:17,25
  316:23 346:3,7
**Lanyard** 448:21
**large** 289:8 292:3
  463:3,16
**last-to-the-fifth**
  438:11
**late** 355:9 382:11,13
  470:21,22 487:6
**law** 229:16 320:8
**laws** 320:3
**lawsuit** 466:18
  467:6
**layers** 359:3 368:10
**leaning** 404:18
**learning** 475:25
  476:1
**LED** 363:16
**left** 269:14 336:21
  336:21 380:6,7,9
  380:16 381:17
  383:22 384:1
  433:20
**left-hand** 433:11
**legal** 480:1 487:19
  492:4
**let's** 234:18 235:2,3

235:3 242:4,6,14
  244:18 247:17
  249:10 254:13
  256:8 258:4,4
  259:23 264:21,23
  270:14 275:20
  276:20 278:1
  279:4 282:21
  286:7 287:7
  293:19 296:7,23
  299:20 303:2,2
  305:23 306:21,21
  321:17 322:11,11
  322:22 327:4,5,22
  327:25 329:2
  331:17 334:19
  335:5,18 339:16
  345:4 358:2 362:5
  365:2 367:9
  374:18 377:17
  378:5 379:20
  385:22 387:14
  389:13 395:20
  397:10 404:23
  409:7 411:20
  416:12 420:4
  428:24 429:13
  430:21,22 431:3
  431:12 434:10
  435:9,23 439:13
  441:17 442:4
  443:2 445:21
  446:11 447:22
  452:11,21 459:8
  462:24 465:3
  469:1 471:8,8
  473:21 483:6
  484:17 487:25
  490:17 492:5
**letter** 393:6 395:13
  399:7 405:8 407:1
  407:7
**letters** 279:7
**letting** 488:2
**level** 469:17 471:1
**leverage** 281:3,6
**Liang** 413:5,8

417:12,21,22
  418:14,17,18,20
**limit** 295:8 296:7,23
**limitations** 281:17
  287:19 289:5,6
**limited** 311:12
  420:18
**limiting** 281:16
  374:14
**line** 242:18 309:25
  309:25 314:25
  402:5 409:19
  449:15 498:8
**lines** 248:6 343:3
  404:12
**link** 313:5,18,21
  351:11,14
**linked** 280:17,21
  282:25 283:8
**LinkedIn** 276:24
  282:20
**linking** 313:3
**list** 232:19 306:12
  345:15 353:17,18
  364:6 411:15
**listed** 456:13
**listen** 255:25
**listing** 345:12,24
**listings** 319:16
  345:6,16
**lists** 298:6 306:7
**literally** 252:19
  256:20
**little** 246:25 294:14
  294:23 300:23
  301:3 309:18
  310:4,25 328:21
  329:6 366:7
  407:13 422:13,13
  459:10 483:6
**Liu** 260:19,23
  261:12,15 265:16
  265:24 266:4
  277:2,16 289:22
  363:1,2 378:5
  483:11 488:23
  489:7,10

**Liu's** 267:21
**live** 262:12
**LLC** 228:8,15
  234:11 282:23
  409:23,23
**LLC's** 234:10
**LLC-Wrist-Band**
  232:16
**load** 445:14
**loan** 441:22,24
  442:2,8,13
**locally** 345:8,18
  346:2
**located** 298:8 345:7
  346:5
**location** 288:19
  345:7
**lock** 459:3,6
**locked** 384:8 458:3
  467:8,10 468:2
**logged** 468:1
**logistical** 260:21
  274:17
**logistically** 475:2
**logistics** 272:22
  475:17
**long** 282:22 372:8
  372:10,11
**longer** 270:9 475:5
**look** 268:6 302:3
  327:25 346:25
  347:3 350:4 365:2
  381:17 387:14
  398:17 402:20
  411:20 414:21
  416:3 417:20,22
  418:7 420:7
  428:24 434:24
  439:5 447:22,23
**look-up** 390:18
**looked** 372:21 406:7
  482:9
**looking** 259:2
  337:14 350:18
  385:21 394:10
  406:8 413:18
  419:11 428:23

433:10 438:18
  452:17 455:4
  460:2 493:21
**looks** 249:13 270:14
  277:20 279:14
  282:11 286:8
  311:10 314:19
  322:12 348:20
  428:22 437:4
  461:8
**lost** 461:12
**lot** 247:21 249:14
  262:18 269:12
  272:12 318:25
  319:10 349:14
  360:25 393:22,23
  404:11 409:22
  415:17 420:13
  434:2 436:15
  470:3 477:4
  478:11 486:11
**Louisiana** 422:13
**love** 329:5
**low** 333:23 474:16
  475:16
**LQ** 265:10
**LQ220595753**
  230:14
**lucked** 479:18
**lucrative** 296:11
  299:16 325:18
**lunch** 351:19,22
  358:1

---

**M**

**M** 234:4 327:18
  336:17 350:19
  481:7
**MailChimp** 347:5,8
**main** 280:16 285:4
  285:17 310:17
  426:13,15,15,18
  426:20 465:12
  490:16
**maintain** 240:13
  368:23 369:1
**maintained** 238:15

238:21 293:7
485:16
**majority** 288:7
**MAK** 436:2,6 446:8
446:9
**Makanojiya** 228:13
228:20 230:2
232:13 234:1,6
272:4 303:3 343:7
497:3,12 498:3
**Makanojiya's**
234:10 394:13
**making** 298:16
359:1,2 387:8
439:23
**Malaysia** 291:19,22
291:25
**management** 434:1
**manager** 268:3
**managers** 274:9
**manpower** 272:13
272:16
**manual** 398:3
**manually** 397:23
403:12
**March** 234:16 242:3
242:6 247:1,1,6,12
293:18 295:9
298:25 300:12
342:11 343:24,25
352:20 353:7
354:12 356:11
365:18 370:19
421:9 424:7 430:2
430:20,23 431:2,4
431:13 434:24
435:10,15 447:24
464:22 468:23,24
469:17 471:2
**Marchish** 235:9
**Marco** 282:17
**mark** 300:5 301:5
344:13 350:22
445:16
**marked** 244:9,12
263:1 275:11
280:4,6 282:4,7,7

282:13,15 290:5,7
301:7 309:6,7
329:17 344:23
348:2,3 351:1
352:3 354:1,3
355:23 358:11,12
408:5 425:5,15,16
428:17 445:18
454:16 456:16,18
457:17,19 459:23
462:19 466:12,14
468:6,7,8,9 473:12
473:14 476:23,25
477:20,22
**market** 323:15
491:13
**marketed** 340:14
**marketing** 297:15
300:15 301:11,12
303:15 305:4
307:8 316:2
333:18,19 335:1,2
335:8 338:1
339:10 343:8
344:3 347:6,12,18
347:24 441:4,4,7
456:7 489:16
490:18
**marketings** 337:24
**marking** 344:21
407:22 425:22
428:15 454:15
466:14
**MARKS** 233:21
**Marvel** 347:12,18
347:25 489:16
490:18
**mask** 274:23 346:23
443:16,25,25
**masks** 234:20
269:24,25 270:3,3
271:11 275:2,9
293:22 369:12
376:19 470:11
491:12
**mass** 474:2
**master** 281:4,7

283:9,21 285:3,8
423:19 432:9
434:6 439:24
440:10,15,24
462:16 493:24
494:5
**match** 333:10
390:18 396:22
415:23
**matched** 357:11
**matching** 314:20
386:22
**matter** 228:7 292:12
**MBR** 232:11
**McDonald's** 345:5,6
345:14,16
**mean** 239:22 245:10
251:22 253:7
267:20 269:18
271:22,23 272:25
273:12 274:8,9,18
274:25 280:25
283:7,20,23 289:1
293:20,22 297:15
298:13 299:22
301:23 302:4,8,15
306:18 308:12
309:24 314:22
318:17,25 319:1
322:24,25 323:1,6
323:10,12 324:17
325:20,20 326:4,8
327:8 329:4 330:3
330:11,25 333:25
334:14,21,23,25
335:3,6,15 338:8
341:9,17 342:4
343:17 348:17
349:14 350:5
351:23 354:15,18
355:5 357:7
359:19 360:14
361:25 366:10
368:16 370:21
371:3 372:15,25
373:8 387:24
389:5 393:1

394:15,25 395:3
397:18,19 403:20
404:9 406:15
416:2,21 420:1,19
421:4 422:11
430:13 432:6
436:19 437:18
450:14 451:8
454:8 458:18
460:18 469:9
470:1 475:24
479:13 484:13
487:10,23 489:10
491:9,17
**meaning** 269:18
314:7 323:18,21
324:9,9 327:6
409:5 470:4
**meaningful** 325:18
325:19
**means** 245:21,22
246:14,15 253:9
253:10 298:14
302:16 307:16
323:7 324:3 325:9
327:17,17 328:16
329:1,5 335:7
384:14 385:15,19
395:23 397:17
398:9 399:24
414:22 417:20,25
486:12,12
**measure** 319:1,2,4
**measured** 318:22,23
**measures** 319:5
333:10
**mechanical** 354:21
**mechanism** 264:17
472:6
**medical** 459:15
465:13,21 470:10
**medium-sized** 288:3
**meet** 473:24 492:12
**Member** 232:12
**men** 479:5
**mention** 275:7
**mentioned** 248:6,22

249:1 250:17,23
260:14 269:12
275:4 280:2
323:14 353:12
448:12 460:20,22
490:14,18
**mentions** 269:6
**merchant** 435:1,4
437:6,19 438:4
439:5,9 459:16
465:15
**merged** 401:16
**mess-** 266:16
**message** 257:25
268:6 481:11,25
482:8
**messaged** 268:2
**messaging** 266:11
**method** 372:14,17
**methods** 368:2
422:21
**metric** 334:15
**metrics** 308:17
319:8,10 325:17
348:24 368:2
370:1 375:4
416:24 422:16
469:10
**MICHAEL** 229:15
**Michelle** 229:4
256:3 259:8
263:12,15 270:17
270:25 271:4,20
273:3 294:25
296:4 300:17,22
304:2 309:19
310:7 321:19
326:3,17,23
330:24 331:5
337:3 340:12
342:20 344:18
380:7,9 381:7
391:4 401:7,19
412:18 413:12
419:18 425:14,15
430:9 431:7
436:14 450:18

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

455:8 456:1 462:8
480:3
**Micro** 433:12,23
**Microsoft** 231:3
295:12 297:24
322:4,10,10 331:4
331:12 334:1
335:11,13 341:8
**mid-April** 242:15
**middle** 234:20,24
479:5
**Mike** 246:24 260:1,9
304:3 321:4 330:6
350:12 392:14
399:9 400:6
405:21 432:12
494:4
**mikeblanchard@...**
229:20
**million** 325:10
362:6 491:11
**million-200,000**
362:6
**million-dollar**
441:19 442:5
**mind** 246:16 368:1
443:4
**mine** 363:18 447:1
488:3
**minimal** 476:20,21
**minor** 347:11 357:1
**minus** 381:10
**minusing** 381:2
**minute** 255:24
350:21
**minutes** 257:16
259:14 358:3
404:7 445:6 473:5
**misclassifying**
475:14
**mishandling** 478:18
**Misrepresents**
386:6
**misspelling** 454:1
**Misstates** 239:14
251:8,25 271:18
286:2 294:2

342:14 430:6
474:10
**mistaken** 370:23
**mistakes** 398:4
**misunderstanding**
342:20
**MITOR** 479:20
**mm-hmm** 244:20
307:11,13 313:9
323:24 324:10
331:24 339:6
362:25 367:13
368:14,25 401:10
410:14 444:11
455:6 465:10
**mobile** 317:5,6
433:12,23
**mobile-friendly**
317:4
**MODI** 436:7
**moment** 259:24
**Momin** 444:23
**mon-** 287:20
**Monday** 246:20
**money** 441:20,21
461:13,20,23
462:4
**monitor** 240:21
335:13,15
**month** 280:18
427:10,16 438:2,3
**months** 288:18
374:12
**morning** 234:6,7
259:10
**move** 270:16
**moved** 258:9,9
277:20
**movement** 243:17
250:1
**moving** 269:13
**MP** 443:15,20
**mschaefer@ftc.gov**
229:11
**multiple** 295:11
315:18 363:13
364:19 382:21,25

383:2 399:15
406:1 427:25
**mumbling** 420:13
**mute** 492:24,25

**N**

**N** 230:1 234:4,4
327:18,21 481:7,7
**N.W** 229:7
**N/A** 400:8 406:10
**N/As** 398:8 404:13
423:22
**nail** 482:21 487:25
**name** 232:12 243:4
276:9 298:4
322:15 331:18,19
331:20,22,23
346:5 368:13
369:24 370:9,10
370:13 410:11,18
412:2,8,9,17
414:24 415:21,21
417:18 418:11,19
434:21 446:3,3,16
446:19 494:3
**named** 496:6,11
**NAMES** 233:24
**national** 269:6,10,15
269:17,23
**natural** 319:16
**navigate** 380:9
**necessarily** 233:22
251:6,22 253:7
261:6 313:17,25
317:20 323:1,1
335:6 349:22
367:18,20 417:16
422:2 462:16
**necessary** 299:15
355:20 356:19
**need** 231:7 259:9
264:9 267:14
272:12 279:6
295:1 299:23
325:22 336:25
355:21 357:10
424:21 458:6

460:25 461:2
472:18,20 478:13
478:17
**needed** 233:5 262:5
292:22 299:15
359:2 360:1
363:15,17,18
369:19 427:25
472:9,13 483:15
**needs** 241:17 268:16
299:24 422:2,9,11
473:24
**negative** 348:24
350:6
**negotiations** 263:25
**nephew** 265:18
**Networks** 411:1
**never** 295:22 360:1
366:25,25 375:21
427:13 465:17
472:9,13 474:6
483:5
**new** 230:17 270:6
277:21 281:10,12
281:19 282:9
316:4 320:2
358:25 359:1,2
430:2 444:1
**next-day** 372:15
**nightmares** 260:21
**nine** 334:19,20,25
**nines** 332:20
**nonapplicable**
399:23
**noncovered** 311:12
431:5 432:23
449:4 451:24
**normal** 375:21
**normalized** 469:4
469:15
**North** 360:24
**Notary** 228:23
**notate** 321:5
**note** 262:19 271:6
392:23 394:5,11
466:18
**notes** 233:20 243:5

**notice** 467:15,16
**noticed** 413:16
463:15
**notices** 255:9 468:19
**notify** 471:19,20
478:12
**number** 236:21,22
236:25 237:16,17
237:25 238:5
242:1,22 243:2,20
244:5 248:7
250:24 252:16
253:4,7 256:23,25
257:2,11 258:2
261:7 290:10,15
306:16,17,18
308:16 317:13
325:14 369:23
371:11 385:4
398:18 400:9,19
400:24 401:19,20
403:8,13 406:7,19
411:23 415:2
416:1,22 417:6,16
419:19 426:14
443:4 448:2,3,4,7
448:9 454:18
464:12 480:16
485:7,10 494:3
**numbers** 296:1
308:13,23 377:5
380:2 403:15
408:14,17 409:3
409:16 413:17
414:12,21 415:6,8
415:16,16,20
416:15 417:15
419:9,14 450:7
452:8,10 492:1
**numerous** 349:19
349:20

**O**

**O** 234:4 327:5,18
481:7
**o'clock** 246:1
**objection** 238:17,23

Makanojiya

FTC v. Zaappaaz, LLC, et al.

8/12/2021

[514]

239:10,13 250:3
251:7,15,24
252:10 258:15
261:17 264:1,2,3
266:7 268:11
270:22 271:17,18
273:13 277:6
286:1,5,18 287:12
287:23 288:23
294:1 303:9 307:1
310:9 321:20
326:22,23 330:24
331:6 342:12,13
345:1 349:3
350:14 352:7
365:8 377:8,9
382:1 386:5
408:18 410:2
412:4 413:22
416:18 418:1
423:6 429:8,18
430:5 431:22
437:13 439:14
451:5 453:8,17,24
454:7 455:18,22
456:5 459:17
460:6 461:17
466:23 474:9,10
474:11,12,22
476:10 478:5
479:25 480:2,9
493:17,18
**obtain** 242:10
268:19
**obtained** 329:24
**obviously** 393:12
394:16 395:4
419:22 420:19
424:24 463:25
464:4
**October** 263:9
271:24
**offer** 345:11 471:16
471:21 479:21
**offering** 357:5
**office** 248:4,5
294:20,22 479:10

**officer** 228:15
**officially** 446:4
**officials** 279:7
**oh** 240:15 247:18
282:2 285:7
286:24 287:3
298:3 299:1
300:18 313:6
316:24 327:15
336:16,24 346:16
347:16 350:21,23
355:2 370:16
379:2 380:11
385:8 387:6
388:18 391:11
399:12 402:7
411:17 415:11
420:10 421:2,3
425:20,21,24
427:14 428:8,9
430:15 432:9
435:23 438:23
439:4 441:15
442:21 443:5
444:16 447:17
449:19 452:7,18
453:4,13 454:4
455:3 467:23
481:14
**okay** 235:8,14,20
237:19,24 238:2
240:6,11,16,17
241:4,20 242:13
243:21 244:2,2,8
244:11,14,17,18
244:23 245:12,18
246:4,18,21
247:11,16,16
248:16,22 249:9,9
249:22 250:9,11
250:11,12 252:5
252:17 253:12
254:3,13,25
255:14 256:2,5,12
256:24 257:1,9,11
258:3,3 259:7,11
259:13,19,23

260:13,16 262:6
262:25,25 263:3,7
263:7,14,16 264:8
264:16,21 265:7,9
265:11,16,23
266:5,21 267:11
267:16,20,23
269:2,4 270:13
273:7,10 274:12
274:20 275:13
276:10,20,25
277:25,25 278:10
278:10,14,24
279:3,3,14,23
280:6 281:23
282:6,15,21 283:4
283:16,18 284:14
285:7 286:7,7
287:3,6,6 288:3
289:12,20,25
290:14,16 291:16
292:2,7 294:8
295:2,7 297:1,5
300:18 301:5
302:2 303:1,2
304:1,20,20,21
305:7,16 306:6,9
306:21,22 307:7,9
307:19 308:9,9,21
309:2,4,5,14,21
310:3,5,14 311:10
311:20 312:9,21
313:6,11 314:13
315:1,6,11,17,24
316:8,13,24 317:9
317:11,21 318:16
319:4,18 321:11
321:14 322:2,5,11
322:14,16,22
324:5 325:4,16
326:21,25 327:4
327:10,15,18,22
327:24 328:9
329:2,8,8,19,25
330:11,20,21,24
331:3,8,16,20,25
332:13 333:16,23

334:20 335:9,17
335:18 336:11,13
336:19,24 337:14
338:6,12 339:7,24
340:15,17 341:21
342:18 344:12,20
344:21,25 347:5
347:16,22 348:2
349:22 350:2,11
351:3,4,17,21,24
352:2,22 353:5,25
354:1,10 355:22
357:24 358:4,7
359:11 360:20
361:23 363:3
364:4,8 365:1,1,10
365:17,21,25
366:15 367:3,6,20
368:9,12,15 370:9
370:16 371:5,22
371:24 372:1,4,11
373:13,22 374:13
375:23 377:17
378:16 379:7,19
379:20 380:4,16
381:4,13 382:18
383:3,8,13 384:10
384:18,18,22
385:21 386:8,16
386:21,24 387:3,5
387:13,16,23
388:4,18 389:20
390:5,16,24
391:13,17 392:11
392:25 394:4,18
395:11,15,16,21
395:23 396:6,24
396:24 397:10,16
398:5,6,13 399:2,6
399:25 400:6
403:17 404:6
405:6,11,12,16
406:14 407:17,21
407:21 408:4,13
408:25 409:7,14
409:15 411:19,25
413:13 415:11

416:7,10,14
417:12 418:22
419:23 420:2,10
420:14,17,23
421:3,5,23 422:3
422:24 423:4,19
424:2,6 425:1,8,20
425:24 426:6,8,17
426:19,19,21
427:14,17 428:5
428:13,15 429:12
429:22 430:15,18
431:2,11,12
432:19 434:10,17
434:23 435:2,8,23
435:25 436:12
437:3 438:13,23
439:2 440:25
441:15 442:10,17
442:21 443:1,6
444:8,17 445:13
446:6,10,11,19
447:13,17,22,23
447:25 448:16
449:1,10,19,20
450:5,12,20 451:2
451:22 452:1,11
452:18,19,24
453:4,22 454:4
455:3,16 456:15
456:18 457:16,19
458:5 459:22
460:24 462:11,23
462:24 463:9
464:7,13 465:2,2,6
468:5,6,16 472:5
473:14,19,20
475:21 476:25
477:4,22 478:21
479:16 481:2
482:3,10,16 483:6
483:8,10,17
484:15,17,20
486:4 487:8,10
489:5,6 490:17
491:7,14,16,21
492:2,20 493:7

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

[515]

494:7,9,17,21
**Oklahoma** 422:13
**Omnisend** 230:23
   300:12,14 301:9
   302:22 304:4,13
   304:15 337:15
   341:13,15,20
   342:6 347:7
   489:23
**on-time** 381:24,24
**onboarded** 428:2
**once** 236:14,18,19
   237:7 250:24
   252:2,13,17
   257:13,15 258:1
   258:24 368:7
   370:13 397:22
   470:15
**one's** 306:4,5 412:19
**one-and-a-half**
   359:9
**one-day** 245:17
   458:22
**one-time** 289:14
**ones** 319:24 325:24
   327:11 390:22
   450:12 451:20
**online** 297:2,3
**onward** 295:9
   342:11 421:10
   431:13
**onwards** 242:4
   299:2 357:5 430:3
**open** 308:14 427:11
**opened** 308:15,16
   427:12
**operates** 239:20
**operating** 445:1
**operation** 260:19
   267:21
**opportunity** 471:17
   471:22
**opposed** 318:9
   351:5 458:11
**optimize** 299:24
**optimizing** 298:16
**option** 269:19 375:5

422:20
**options** 315:13
   329:3 376:6
**orange** 383:11
**order** 230:14 231:8
   234:20,23 235:1,9
   236:2,3,9 237:2,4
   237:4,6 238:3,4,4
   240:23 241:2,10
   241:14 242:10,11
   242:16,20,22
   243:1,2,3,6 246:17
   247:1,11,12
   249:12 252:8,14
   252:14,17 255:2
   255:10 256:8,9,19
   256:20 257:18,25
   264:24 265:8,10
   267:3,14 268:3,14
   268:16 269:10
   271:5,7 275:1,1,4
   275:10 277:9,16
   277:17 279:21
   305:22 308:5
   348:9 355:16,17
   367:12,17,19
   368:7 370:19
   378:12 380:6
   382:21,24 383:4,6
   390:16,16 397:9
   397:11,14,17,22
   398:18,20,20
   401:12 424:17,19
   470:8 475:19
   484:23
**order's** 250:16
**ordered** 236:4 238:3
   339:9 355:10
   368:13 369:10,13
   369:21,22 401:12
   470:10
**ordering** 244:24
   269:21
**orders** 235:21 242:8
   254:15,25 255:6
   261:7,13 278:16
   278:17,25 279:9

279:15,17 288:7
   292:18 365:16
   370:2 377:25
   382:25 398:11
   406:16 409:20
   424:16 464:19
   473:23 474:17
**organize** 315:4,7,16
**original** 406:3
**originated** 237:6
   378:15
**origination** 378:22
**other's** 294:13
**otionPerformance...**
   233:8
**outcome** 496:21
**output** 381:3
**outside** 263:23
   300:5 445:13
**Overbroad** 423:7
**overflow** 474:4
**overlap** 294:4
   322:13
**overlapping** 374:8
**Overly** 455:23 480:2
**overnight** 372:15,16
   459:11
**owned** 486:19

---

**P**

**P.M** 246:2 495:2
**pack** 372:10,11
   486:21
**package** 241:18
   258:9 383:7
   485:12
**packages** 423:13
   424:15 477:18
   478:11,19,20
**packaging** 477:10
   477:15 478:1
   486:12
**packing** 478:3
**page** 244:19 247:17
   252:15 256:22
   260:7 263:13
   271:2 275:20

279:5 286:21,24
   290:18 296:22
   314:10,11 336:9
   353:17,19,24
   354:11 425:23
   429:11,14 431:7,9
   431:10 433:9,16
   433:17 434:10
   435:14,23,24
   437:7,8 438:9,14
   441:2,17 442:4
   443:4 444:12,15
   445:21 446:11
   447:18 449:13
   452:11 453:5
   455:4,7,9,10,11
   463:7,8 464:11,14
   465:7 473:21
   498:8
**Page/Line** 230:4,10
   231:2 232:2 233:2
**pages** 275:18 497:4
   498:4
**paid** 318:12 361:20
   361:20 362:11
   387:18 420:21
   441:9
**pandemic** 358:17,24
   463:19
**Pang** 276:5,21,21,23
**paper** 392:22
   439:13
**para-** 250:10
**paragraph** 249:11
   250:6,10,20 258:5
   282:22 286:9,13
   287:2,8 288:16
   465:8 473:21,22
**parentheses** 327:13
**part** 305:20 316:21
   374:1,23 422:13
   422:14 444:25
   446:20 467:3
**particular** 299:21
**particularly** 408:11
   424:13
**parties** 393:9 409:25

411:5
**partner** 254:17
   278:5 289:21
   291:24 487:17,20
   487:23
**partners** 238:15,22
   291:22 293:10
**pattern** 339:2
**patterns** 339:5
**paused** 323:3,5,7,7
**pay** 294:13,16,19
   355:10 411:7
   427:6 433:4
   447:19,20 448:18
   454:6,11 455:13
   467:12,21 487:14
   488:6
**payer** 409:19 410:20
   410:21,25 412:1
   415:7,23 420:11
   420:11
**paying** 334:4,9
   435:21,22 441:12
   441:13 443:11,17
   448:17 455:5
   489:9
**payment** 368:2
   388:21 389:24
   391:8 396:14
   429:22,23 437:5
   437:11 442:5
   458:15
**payments** 428:22
**PayPal** 368:4,5
   390:14 391:24
   429:20 471:12
**PayPal.com** 388:1
**pays** 294:21 427:3
   494:13
**PayTech** 456:22
   457:2 459:5
**peak** 248:1,3 269:11
**Pennsylvania** 229:7
**people** 247:22 248:8
   291:10 308:14,16
   308:25 317:19
   318:18,19,20,23

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

[516]

319:2,3,5,6 324:20
325:9,14 328:19
332:10,15 345:18
345:19,23 346:1,4
478:23 482:8
491:17
**percent** 273:17
311:6 312:1
327:17,17 335:14
341:24 357:11
366:20,22 390:11
397:6,6 424:9,10
424:12 442:25
490:23
**perform** 348:12
**period** 242:3 288:20
343:10,17,20
427:9 469:3
475:12 496:18
**person** 291:24 350:3
400:15
**personally** 265:21
278:8
**Phone** 248:6 489:25
490:4
**PHONETICALLY**
233:24
**phrase** 329:4,5,6,7
**physically** 487:2
**pick** 244:25 289:14
332:9 378:9
379:16 486:25
487:6
**picked** 366:24 423:9
423:10
**picks** 422:20
**pickup** 289:13
**pinpoint** 267:9
**pivoted** 465:12
**place** 252:7,13
253:25 254:1
256:19 270:7
348:9 496:10
**placed** 241:2 247:12
253:9,11 256:21
271:7 360:22
367:17,19 385:11

398:19 487:2
**places** 256:8 475:19
**placing** 246:17
**Plaintiff** 228:6,21
**plan** 394:2 456:24
**plane** 358:15,22
359:5,8,10,13,15
359:18,22 360:5,8
360:9,11,16,17
361:10,14,15,22
362:5,21 364:14
364:21 422:1
**plans** 339:11
**PLAs** 315:20
**plastic** 296:20
**plat-** 299:12
**platform** 296:12
299:8,13 305:18
340:13 348:6,7,17
348:19 349:12,17
349:23 388:21
439:12,18 440:3
440:21 458:12
461:15 462:5
**platforms** 340:5
341:4,6,22,23
388:16
**play** 355:20 457:13
**plays** 355:19
**please** 256:4 295:1
296:24 366:8
380:13 391:5
409:11 457:2
489:4
**Plenty** 421:14
**plug** 403:14
**plus** 373:1 389:22
**point** 236:16 239:12
240:6 248:17
254:18,21,22
285:12 320:20
365:16 378:14,14
379:5,6 441:23
442:19 463:5,19
464:21 465:16
467:17,18,19,21
468:24

**pointer** 452:22
464:9
**points** 325:21
**policies** 355:15,16
**policy** 231:14 352:6
352:13,15,16,18
352:19,19 353:3,8
353:10,11,14,21
353:22
**poor-quality** 334:4
**portfolio** 434:3
**possible** 292:19
335:12 374:25
472:8
**possibly** 356:14
361:8 470:23,23
**powers** 277:19
**PP-** 430:19
**PPE** 242:4,5 272:6
276:11 277:3
278:3 288:8 296:4
296:7,8 316:5
340:13 353:11,12
353:16,19 358:16
360:15 361:2
362:20 364:13
365:5,18 375:24
375:25 376:3,8,9
376:15,15 390:7
390:17 432:7,10
443:25 449:9
450:11 466:9,11
483:3,14 484:3
488:17 489:11
492:11
**preference** 458:9
**prepare** 457:22,25
**prepared** 367:4
457:20 460:4
**press** 336:22 418:8
**presumably** 420:3
**presume** 479:8
**pretty** 235:13 294:6
294:6 320:5
327:23 328:8
357:19,23 365:14
366:19 371:4

385:17,17
**preventing** 467:10
468:3
**previous** 329:21
**previously** 335:21
**price** 334:10 369:25
372:1
**prices** 334:5
**print** 236:11 241:16
252:19 363:10
424:22
**printed** 245:3 304:5
**prior** 239:14 251:8
251:25 271:19
286:2 294:2
342:14 386:6
430:6 496:5
**prioritizing** 278:16
278:20 288:11
**privacy** 320:2,8
**Priyank** 301:22
354:23 356:24
357:2,4,11,17
367:5
**probably** 248:15
260:25 264:15
268:2,17 295:19
304:18 312:12
315:15 328:3
334:17 335:13
338:25 339:1,1,2
354:16 356:15
376:4 382:3
383:17 388:14
398:10 399:7
403:6 408:23
410:6,9 414:14
424:10 434:8
441:8 450:14
**problem** 272:14,17
272:19 274:13,15
330:10 366:14
474:6,8
**problems** 272:25
355:7
**procedure** 231:17
289:15 354:7,7,11

**procedures** 353:4
478:8
**proceedings** 496:14
**process** 234:13,15
234:21 235:13,15
241:9 251:2
256:17 315:10
368:6 388:21
389:8,10 395:12
398:3 461:1 467:7
475:19 480:24
**processed** 252:18
423:12
**processes** 253:14,16
401:2
**processing** 397:22
429:24 463:15,25
464:2 465:22
**processor** 388:11
389:18,24 391:8
435:5 439:1
458:15 461:6
463:24 470:16
471:4
**processors** 390:13
396:14 429:23
435:4 437:5,11
439:7 471:6,9
**produce** 482:5
**produced** 300:12
302:14 309:10,15
321:15 330:22
339:8,11 388:6
408:8 411:18
428:20 493:15
**product** 235:21
243:5 254:1,15
255:1,1,3,4,6
305:19,22 310:18
311:1 316:15
328:18 347:4
353:15,17,19,24
353:24 363:16
367:15 368:13
369:13,15,24
370:9,10,13 372:2
372:6 377:18,19

377:24 379:14,15
401:12 411:24
417:21 422:5
432:23 450:23
470:17 473:23
483:3,4 484:4,8
486:22
**product's** 353:12
**production** 232:9
273:5 372:7,9
373:1,12,15
380:21 445:21
464:16 474:2
**products** 234:14,16
274:23,23 288:9
292:16,16 296:24
305:24 306:1
308:2 311:12
346:9,10,13,21
353:11,17 359:4
362:20,21 366:18
370:6 375:24,25
376:3,9,10 378:8
379:15 389:14
421:11 424:7
430:4,13,14,19,25
431:1,5,6,15,16,16
431:20,21 432:4,8
432:11,23 440:14
443:24 448:18,19
448:21,24,25
449:4,4,9,9 450:11
451:15,18,24,24
455:21 456:4
459:15 463:2,6,21
464:23,24 465:1
465:12,13,14,16
465:21 466:11
468:23 469:1,21
475:18 477:6
478:23 479:3,21
479:23 480:7
484:10
**profile** 434:6
**profitable** 325:22
**Project** 443:16,25
444:1

**promised** 373:17,19
471:15 492:12
**promising** 423:14
**Promotion** 233:6
463:13
**promotional** 234:14
305:19,24,25
308:2 431:1,16,20
448:18,25 449:9
451:18 463:6,20
464:24,25
**Promotions** 228:12
**proof** 279:9 355:9
355:11,14,18
**proper** 233:24
351:14
**properly** 488:10
**proposed** 338:9
**protective** 369:12
**protocol** 471:23
**protocols** 274:11
351:14 403:7
**prov-** 328:11
**provide** 237:8
248:25 298:11
302:7 328:10,11
334:6,6 346:12
366:11,13 370:7
392:14,24 428:5
452:1 483:14
**provided** 311:15
390:10 394:7
452:3 496:18
**provides** 236:22
249:5 299:7,12,13
408:12
**providing** 299:5
333:21 334:1,3
347:24,25
**Public** 228:23
**pull** 243:1 286:12,17
329:13 337:1
342:9 399:10
400:9,17,18
411:11 439:8
458:4 479:14,14
**pulled** 311:14,16

321:11 322:21
329:16 331:13
367:3,5 401:14
439:9,11
**pulling** 385:13,18
398:25 405:25
417:8
**purchase** 279:9,20
319:6,13 441:25
**purchased** 324:25
367:18,21
**purchases** 367:15
455:2
**purpose** 283:23
331:21 332:1
410:12 436:10
**purposes** 434:19
435:11
**push** 286:11,17
370:2
**pushed** 355:17
**put** 237:24 241:18
241:21 243:19
251:2 254:15
281:17 305:23
311:1 317:3
320:16 328:24,25
329:7 334:19
335:5 355:15,16
357:4,10 369:23
369:24,24 370:4
385:4 386:3,14
387:1 395:9
400:10,23,25
402:15 403:13
418:19 429:15,24
430:4 456:23
467:5 492:5,11
**puts** 412:9,16,16
**putting** 328:7

**Q**

**quality** 332:13,14,18
333:9,22
**quantities** 240:23,25
**quantity** 369:13,22
372:5,6

**queries** 346:20
**question** 254:23
255:22 256:1,18
260:18 264:6
268:18 271:10
302:11 321:3
326:18 330:12,14
335:15 338:14
342:8 356:1
361:23 362:1
375:20 377:13
378:3 384:25
388:13 399:20,22
400:4 409:18
411:24 430:9
436:3,5 451:12
474:14,15 478:22
479:20 480:4
481:9 493:10
494:10
**questions** 358:14
393:7,19 395:13
395:17 404:11,20
405:9 407:4,8
436:17 481:4
492:16 494:23
**quick** 259:9 295:1
337:4 351:19,25
403:25 416:5
436:14 445:6
450:15
**quite** 424:17 483:24
**QUOTATION**
233:21
**QUOTE** 233:22

**R**

**R** 498:1,1
**random** 400:15
**Range** 319:20
**rare** 334:18
**rate** 318:1 325:11
336:15,16
**rates** 281:3,6
**rating** 348:6,7
480:22
**ratings** 345:10

**ratio** 308:14,17
464:4
**RDA** 433:12,22
**re-** 377:14
**re-ask** 256:4 482:25
482:25
**reach** 276:14 277:1
357:6,14 422:2,2
473:24
**reached** 276:14
277:13 471:1
**read** 243:22 244:15
263:3 275:17
354:5,8 400:9
403:7 457:1
462:21 465:4
473:18 477:2
497:4 498:3
**reading** 286:21
316:5 465:7
**readjust** 336:23
**reads** 350:10
**ready** 263:4
**real** 255:25 416:5
450:15
**realistically** 400:22
**really** 272:12 292:12
292:14 297:9
334:5 335:5
349:14,15 362:4
362:11 368:16,23
392:22 399:10,16
399:22 410:11
418:23 458:18,19
458:20 460:18,23
470:10
**reason** 248:15 396:1
396:5 400:6
465:22 498:8
**reasonable** 485:25
**reasons** 285:20
396:7
**recall** 262:20 456:20
456:24 467:2,4,5
**receipt** 244:19 245:3
252:15
**receipts** 372:21

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    8/12/2021

[518]

453:1
**receive** 249:23
  250:24 252:9,13
  252:17 253:6
  256:13,15 257:14
  257:14 258:1
  426:25 427:6
  439:16,17 468:18
**received** 231:6
  249:11 288:5
  439:19 467:15,16
  477:6,17 478:19
**receiver's** 412:9,17
**receives** 240:24
  257:16
**receiving** 289:3
  428:22
**recipi-** 413:1
**recipient** 290:19
  291:5 412:25
  413:2,5,8,10
**recipient's** 414:24
**recognize** 470:10,14
**recognizes** 317:5
**recognizing** 470:5
**recollection** 276:7
  457:5 466:21
**reconcile** 241:23
**reconvene** 351:20
  358:5
**record** 233:25 234:9
  259:20 295:4
  309:11 337:8
  358:8 394:5,11
  405:18 442:11,15
  442:16,18 445:8
  473:7 478:20
  485:1,8,14,16
**recorded** 366:25
**records** 361:12
  442:22 485:3
  486:5 493:15,16
  494:17
**red** 311:6,8,9 328:24
  357:9 481:16
**reduction** 232:17
  456:23 457:6

**refer** 275:2 317:12
  373:23 379:21
  383:4
**reference** 308:23
  418:11 428:25
  429:1 432:13
  443:22 449:17
**referenced** 262:21
  289:21 434:8
**references** 305:4
  371:18 410:11
  417:19 443:17
**referencing** 253:5
  275:9 446:3
**referring** 250:7
  270:6 272:15
  275:3 284:5 287:8
  287:18 302:9
  316:10 325:8
  360:12 372:24
  373:21 381:25
  382:5,10,11,12
  429:2 432:16
  437:16 481:24
  493:16
**refers** 286:12
**reflect** 233:22
  309:17 310:15
  362:2 388:3,20
  391:22 392:9
  408:15 414:17
  440:2
**reflected** 389:23
  410:20 417:13
  439:12 461:14
  462:15
**reflecting** 388:17
  414:9
**reflects** 389:23
  414:6 420:3,6
**refresh** 276:6 457:5
  466:20
**refund** 267:15
  268:17,18,20,22
  268:24 388:2,23
  389:6,9,10 391:6
  391:18,20,21

392:6,7,8 395:25
  396:5 397:25
  454:2 471:22,25
  478:19 479:22
**refunded** 391:23
  397:19 478:14
**refunds** 365:6,6
  387:21 388:9
  389:13,15,17,17
  389:19,22 390:1,6
  390:12,15 397:1
  439:2,4,25 440:1,6
  440:11,20 453:10
  453:13,15,20,22
  458:11,12 463:4
  463:16 467:7,11
  468:3 471:16
  477:18
**regarding** 478:2
**regardless** 389:7
**regards** 250:16
  252:6 275:10
**registration** 448:4
**regular** 280:12
**regulated** 270:10,12
**regulation** 270:6
**reimburse** 294:22
**reimbursement**
  292:24
**reimburses** 494:13
**relate** 265:1 288:22
  431:14,15 448:9
  464:23
**related** 261:3 262:9
  272:21 273:2
  298:11 307:20
  345:25 346:20
  360:3 389:14
  390:7 393:8
  395:13 407:9
  420:4 426:23
  431:19,20,21
  440:13 445:24
  448:17,18 456:3
  456:22 460:14,16
  469:21 470:21
**relates** 264:25

370:13
**relating** 275:2
  455:20
**relation** 262:14
  371:11
**relationship** 291:17
  407:15 460:19
  494:12
**relaxed** 287:9,10,16
**relay** 261:10 356:23
**relaying** 259:4
  268:6
**release** 368:6
**releases** 368:7
**relevant** 310:25
  311:5,9 332:15
  333:11,15 334:2,2
  335:7 339:19
  377:6
**reliable** 239:22
**rely** 479:24 485:24
  488:9
**relying** 375:11
  376:10
**remaining** 366:22
**remember** 329:10
  416:23 448:12
  486:13
**remind** 363:9
**Remote** 228:20
  229:1 433:11
**remove** 465:16,21
**removed** 323:9,9
**rent** 491:2
**reopen** 394:12
**rep** 259:2 478:10,15
**repeat** 254:23 339:1
  456:1
**repeating** 450:16
**repeats** 450:3
**repetition** 339:5
**rephrase** 238:19
  474:14
**replace** 311:8
**replied** 351:15
**replies** 348:15
**reply** 351:12

**report** 230:24
  232:23 300:11
  304:6,10,11,11
  309:9,14 321:15
  321:16 330:8
  346:10 457:21
  460:1,4,11
**reporter** 300:8
  496:18,25
**REPORTER'S**
  233:20
**reports** 302:13
  339:10,10 341:22
  341:23 346:8,12
  346:19 452:5
  457:23
**represent** 306:10
  366:17 369:5,18
  386:9 397:3
  412:15 429:15
**representative**
  247:25 258:11
  261:12 383:14
**representatives**
  242:20
**represented** 365:3
**representing** 465:5
**represents** 306:11
  385:10 432:22
  438:24 460:13
**request** 277:1,11,12
  277:17 330:9
**requested** 271:8
  311:15 366:2
  496:16,17
**require** 376:22
**required** 376:18,23
**requires** 369:8
  394:7 479:20
**reroute** 475:7
**resell** 491:18
**reserve** 439:8
  458:19,19,21,24
  459:5 492:15
  494:24
**reserves** 458:17
  459:3 462:5

FTC v. Zaappaaz, LLC, et al.                                                                          8/12/2021

resolve 464:19
resource 363:15
  488:7
resources 293:6,12
  293:21 487:24
  488:1
respect 299:21
  335:11 353:7
  395:22
respond 278:24
  405:9 458:8
  467:20
responding 468:4
response 303:22
  348:15 396:9
  404:21 466:4
  477:17
responses 426:18
responsibility
  272:18 357:20
responsible 298:24
  301:14,17 354:21
  354:24
rest 327:18 492:16
  494:25
restriction 281:22
restrictions 291:12
restroom 336:25
  337:4
restructure 475:11
result 461:9
resulting 477:13
results 334:7
return 231:16 352:5
  352:13,15,19,19
  353:8,10,14,21
  354:6,7,11
returned 491:17
returns 365:6
revenue 430:11
  431:4,19,20
  432:23 444:19
revenues 430:3,23
  430:24 431:13
  432:3,8
reverse 414:11
reversed 441:22

442:19,23
review 231:7 233:4
  350:6,8,10 351:5,8
  351:15 496:16
reviews 348:23,24
  348:24 349:1,12
  349:14,16,20,23
  350:4 480:20,21
rigged 399:13,14
right 236:6,9 239:6
  241:4 243:14
  245:4 254:11
  255:10,15 256:7
  257:7 258:4 260:3
  264:14 270:21
  271:2,24 279:9
  283:1 290:7
  291:15 294:10
  296:10 303:6
  309:4 311:20
  312:18,19 313:10
  316:6 323:12
  324:13 327:24
  328:14 331:16
  335:17 336:12
  337:6 338:12
  343:4 349:25
  357:25 358:4
  365:22 367:9
  368:3,11 371:9
  372:2,2 373:13
  374:14 379:19
  384:13 385:23
  388:25 389:15
  394:18 395:19
  398:5,20 400:5,11
  401:13,17 402:16
  402:17 403:10
  405:12 411:20
  413:13 416:6
  418:9 419:2,6
  421:2 425:23
  431:4 434:23
  435:8 437:1
  440:16 441:17
  443:1,14 444:8
  445:3,5 446:10

447:17 448:6
449:15 450:8
454:15 461:25
462:11 473:4
475:18 478:21
479:6,17 481:2,20
482:3,20 483:18
484:22,24 485:1,6
485:12,21,23
486:6,8,15,17,22
486:25 487:6,11
488:6,18 489:5
490:15 491:1
492:3,8 494:15,22
right-hand 316:16
ring 479:11
Risk 233:4
RMCC 288:18
RMR 228:23
rocket 334:13
role 356:18 457:14
roles 357:19
rollercoast- 469:7
rollercoaster 469:8
  469:11
RPR 228:23
rules 276:16 277:21
  359:1,2
run 298:21 313:8
  338:15 342:10
  343:1,9 474:2
running 310:9
  321:20 323:2,8
  326:23 330:24
  331:6 338:19
  445:1
runs 290:2
Ryan 265:16 411:11
  411:20,23

——————————
              S
——————————
s/Gary 496:23
Sackett 229:17
sake 292:11
salary 363:20
sale 430:12,12,25
  455:20 463:20

464:23 469:21
sales 250:14,15
  350:7 365:18
  366:17 430:3
  463:4,17,22
  478:10,15
salt 368:18
Sam 276:21
Samuel 276:5,21,23
  278:2
sanitizer 443:8
  477:8 478:2
sanitizers 443:13,18
  453:3
Sarfaraz 457:2
save 367:1
saw 258:8 317:19
  323:18 325:10
  338:25 342:4,5
  346:4 385:25
  396:14 414:9
  439:24 447:10
  477:4
saying 240:14
  249:11,12 250:21
  251:5 257:18
  259:4 268:6
  269:24 270:20
  271:10 272:4
  273:16 276:5
  283:12,14 284:8
  284:11 311:25
  339:3 346:18
  392:10 394:8,17
  401:7 414:7,7,11
  417:10 418:22
  419:20 426:8
  429:3 440:19
  450:6 457:2 463:3
  470:6 474:20
  475:14,15,17
  477:5
says 247:19 267:13
  271:5 272:10
  276:25 278:2
  286:15 287:16
  288:17 289:13

290:12 310:22
318:11,18 319:19
327:12,14 332:17
333:21 335:3
336:3,5 354:6,9
371:16 381:18,22
385:22 400:7
401:25 414:21,23
433:23 443:15
448:1 463:12
465:6,8 468:2
470:8 473:23
482:12 493:14
scenario 241:6
  414:1,2
scenarios 367:25
  424:11
Schaefer 229:4
  230:5,8 234:5
  238:19,20 239:1
  239:11,17 244:3,8
  244:10 245:11
  250:8 251:12,19
  252:4 253:1 256:5
  256:6 257:4 259:6
  259:11,13,16,19
  259:22 262:1
  263:2 264:7
  266:12 269:1
  270:18,19 271:1
  271:21 272:2,9
  273:6,8,9,19
  275:12,16,19,21
  277:8,14 280:5
  282:1,5,14 286:6
  286:23 287:5,14
  288:2 289:11
  290:6 294:7 295:2
  295:6 296:6 300:2
  300:10,18,19
  301:1,8 302:12,19
  303:1,5,13 304:9
  305:6 307:6 309:8
  309:13 310:12,13
  321:10,23 322:1
  326:8,15,20,25
  327:3 329:18

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

330:5 331:2,8,9
337:5,10 340:1,15
340:18,20 342:17
342:23 343:4,5
344:12,19,24
345:21 348:4
349:10 350:20
351:2,24 352:1,4
352:12 354:4
355:24 357:25
358:4,7,10,13
365:10,11 377:16
380:10 381:8,12
382:7 386:7
389:11 391:5
392:11,17,25
393:11,17 394:4
394:18,19 401:22
403:19 404:2,5,8
404:16,25 405:4
405:12,16,20
406:14,21,23
407:3,6,12,17,21
408:1,4,6,21 410:7
412:11,21 413:3,9
414:3 417:1 418:3
418:21 421:8
423:18 425:2,7,17
425:20 426:2,7
428:13,18 429:10
429:21 430:10,17
431:24 432:19,20
436:16,23 437:1,2
437:17 439:21
444:18 445:7,10
445:19 450:20,21
451:10 452:18,20
453:12,19 454:3,9
454:12,17 455:9
455:12,19 456:2,8
456:17 457:18
459:21,24 460:9
461:21 462:20
466:13 467:1
468:10 472:22,25
473:6,9,13 474:13
475:20 476:12,24

477:21 478:7
480:5 481:1 482:5
482:10,16 492:17
492:20,22 493:3
493:23 494:4,7,8
494:22
scheme 397:4
Schmidt 280:7
477:25
Schneider 228:23
496:3,23,24
science 334:14
score 332:13,14,18
332:20,25 333:1,4
333:10,22
screen 337:11,12
445:11 452:13,17
scroll 260:9 263:5
276:4 312:18,24
339:4 365:19
380:15,16 384:12
398:22 402:2
416:6 421:1
search 298:19
310:18 312:6
313:8,21,23
315:20 316:8,9,12
316:12 323:12
328:2,4,6,16
329:23 334:7
339:10,17,20
340:2,4,7,9,21,24
342:5 343:1
346:20
searched 328:5
339:12,14,15
340:13,16,19,23
341:1 346:6
searches 299:15
320:16 334:2,4
searching 332:16
346:24 347:1
seat 421:7
second 249:10 250:2
250:6 252:21
273:11 282:22
286:8,14 288:16

290:18 291:20
326:2 383:4,6,6
385:22 427:9
428:25 429:2
434:12 441:5
444:14 455:9
465:7 473:22
486:10
second-to-last
273:10
Secondly 465:8
seconds 256:20
secret 326:5 335:5
secrets 326:14
see 237:3 243:2,13
243:17 244:11
252:15 263:13
267:1 275:13
281:24 282:6
289:12 290:18,19
296:20 300:16,20
303:3 310:18,22
311:24 312:12,25
313:16,16,21,22
313:24 314:17
315:11,14 316:6
316:11,15 325:4
325:22 327:22
329:2,22 336:13
337:12 338:4
339:1 342:6 346:2
349:12,16,17
356:6 365:20
368:11,19 370:16
376:7 377:2
380:18 385:8,22
388:4,18 390:18
391:16 393:1
395:18,20 398:20
398:23 401:20
402:15 407:18
410:21,25 411:1
411:12 416:12
418:8,9 425:21,22
425:25 428:21
429:7 432:22
434:11 436:6

437:19,24 438:20
438:21 441:3
445:11 449:7,10
449:12,14,21
452:19,21,22
464:9 465:4,9
467:23 468:7,11
468:13,15 469:10
470:16 472:16
473:2,21 479:9
seeing 339:5 392:22
423:22 438:13
470:7 478:11
seen 247:21 249:14
408:9,10 482:6
segment 305:9,13
315:3 329:22
self-explanatory
327:23
sell 443:23 459:16
465:15 479:2
selling 234:17 242:4
242:5 293:21,23
430:19 431:5
456:4 459:15
463:2,6 464:22
465:13 466:9
468:22 479:1,4
488:17 489:10
sells 305:25 443:23
send 235:12 250:17
257:13 297:20
300:7 306:4 317:6
368:3 369:9,20
371:16 393:5
395:12 405:8
407:1,7
sender 290:18
sending 254:9,10
265:11 267:4,17
267:19 275:22,24
291:9 404:20
478:4
sends 257:17 348:12
348:21 351:11
370:14
sense 245:17 281:2

367:21 411:8
424:23 470:11
sensible 278:22
sensitive 296:10
sent 236:17 254:16
255:3 256:10
260:9 291:24
303:12 306:20
307:4,17 348:15
349:2 350:12
351:10 402:22
409:20 411:23
457:12,13 467:9
sentence 287:2,7
289:12 463:11
separate 293:7
319:8 447:5
separated 294:6
319:21
September 365:22
366:1,16
sequence 265:10
ser- 347:23
serves 306:2
service 242:18,19
258:6,11 261:11
273:21,25 274:2,4
service-related
472:20
services 248:25
296:14 298:10
299:6 347:11,23
347:24 428:6
433:12,22
set 234:18 242:13
283:25 338:18,20
349:8
share 293:11,12,24
294:8,11 337:11
359:13 361:10
488:1,1
shared 359:10,24
360:2 361:24
363:14
Sharez 413:11
sharing 293:6 362:2
487:24

FTC v. Zaappaaz, LLC, et al. 8/12/2021

**sheet** 337:16,19
 342:6 346:14
 379:1,5,11 380:16
 380:16 400:18
 401:1 408:10
 432:7 434:9
 440:15 493:22
 497:8
**sheets** 327:21
**ship** 234:25 235:11
 236:12,14,18,19
 246:3 253:24
 281:20 285:2,20
 285:23 287:20
 290:22 361:3
 369:3 372:8
 375:25 376:3,15
 378:7 411:6
 421:10,19 424:3
 424:20,23 469:2
 475:5 479:20
**shipment** 241:24,24
 272:13,17 277:20
 281:18 291:3,4
 292:3 359:4
 379:21,24 380:17
 382:12,19,19
 385:2 398:6
 401:24 477:8
**shipments** 253:18
 253:19 260:24
 288:4 361:6
 377:25 408:8
 409:2,16 413:25
 414:6 468:25
 470:22
**shipped** 241:17
 242:17 249:12,14
 249:17,19,21
 250:16 251:5,6,18
 251:23 253:8
 257:18,25 258:12
 258:14 269:5,13
 269:14,22 289:10
 292:8,10 362:21
 364:13 376:21,25
 379:9 385:6

398:12 417:19,21
 417:23 418:10,23
 418:25 419:3
 420:22,22 424:7,9
 424:12 477:7
 479:23 480:7
**shipper** 288:17
 292:11 385:12
 386:3 387:2 412:2
 412:8,9,13,14
 414:23 415:21
 417:18,22 418:11
 418:19
**shipping** 235:5,6
 236:3 237:5 238:5
 240:4,18,19,20,24
 241:6,11,14,15
 242:8 245:1,3,6,6
 245:18,21,22
 246:14 252:18,20
 253:20 257:6,7,12
 257:13,14 258:7
 258:20,21,22
 272:19,25 277:3
 277:23 355:10
 363:22 364:9
 369:8,9,11,20,20
 369:23,25 370:2,8
 370:11 371:1
 372:12,19,20,22
 373:1,2,3,10,12,16
 374:15 376:8,9
 377:18,19,24
 378:6 380:21
 381:23,24 382:5
 383:20,22 384:17
 384:17,24 411:6
 417:12,24 418:5
 421:17,19 422:5
 422:21 456:7
 471:15 474:3
 478:2 480:17
 486:12 490:9
 492:10
**ships** 379:14,15
**Shopper** 348:5,10
 348:11,21 351:7

351:11 480:20
**Shopping** 316:13,14
**short** 282:22
**Shortage** 316:5
**Shorthand** 496:25
**shot** 338:11
**show** 246:19 253:3
 279:20 308:14,17
 311:7 318:14
 328:19,20 334:9
 345:9,10,10,15
 346:23 361:12
 390:19,20,23
 415:16 419:24
 479:23 485:24
 487:7
**showed** 456:21
 477:23 484:18
**showing** 314:24
 336:9 346:1
 361:19 386:23
 387:17 388:14,22
 406:10 423:15
 442:2 474:7 479:1
 494:18,19
**shown** 391:7
**shows** 243:17 245:2
 249:13 259:25
 279:12,13 308:15
 312:3 373:9
 378:10,13 388:23
 390:19 414:24
 417:12 478:20
 480:7,10,14,16,18
 480:22
**shut** 466:17,21
 467:24
**shutdown** 248:12
**shutdowns** 274:18
**shutting** 248:4
 466:19 467:2
**sic** 242:9 457:20
**side** 280:13 284:24
 316:6,16 380:6
 381:17 383:22
 386:11 402:16
 433:11 454:1

**Side-bar** 365:9
**signatories** 428:4
**signatory** 427:17,18
 427:19,20 428:1
**signed** 497:8
**signifies** 303:4 387:1
**signify** 303:8 322:14
**silicone** 311:6,24
 312:1,11 316:15
 317:18 328:22,23
 328:24 332:16
 333:19
**similar** 235:16,19
 332:5 347:7
**simple** 319:2 335:1
 335:4 362:12
 390:17
**simply** 240:24
**sit** 403:12
**site** 245:14 389:18
**sitting** 491:1 492:3
**situation** 266:25
 268:7,8,9 269:3
**situations** 290:21
**six** 247:20 355:8
 374:12
**skeptical** 459:11
**skipping** 247:14
**SKU** 368:15,17,19
 368:20 369:9,12
 369:18,19,21,23
 370:5,19 371:11
 371:16,16,18
**SKUs** 240:22
**slap** 241:18
**slash** 314:9
**slowed** 464:16
**soccer** 329:5
**soft-** 301:11
**software** 300:15
 301:10,12,15
 317:5 338:10
 391:21 418:19
 422:20
**sold** 478:23 490:6
**solely** 450:22
**solid** 416:21

**Solutions** 436:2,7,7
**solve** 272:13,16
**somebody** 406:17
 488:2 491:16
**someone's** 265:15
**somewhat** 403:18
**sorry** 236:15 241:13
 243:7,7 250:9
 254:24 257:24
 262:21 263:12,12
 263:14,15 264:5
 266:15 273:22
 283:6 284:10,19
 297:11 300:18
 302:11 303:20
 317:23,25 330:25
 341:16 342:3
 350:24 353:5
 361:17 365:20
 378:23 380:11,20
 388:15 410:23
 420:8 432:14
 435:14 437:8,9
 443:5 449:1,1,11
 464:13 472:12
 493:6,6
**sort** 260:17 293:3
 326:14 401:16
 404:11 407:10
 469:3 476:7
**sorts** 293:12 315:21
**sound** 351:21 394:2
**sounded** 440:8
**sounds** 274:20,22
 300:8 362:12
 392:19
**source** 239:22
 363:15,17
**sources** 406:1
**sourcing** 363:13
**SOUTHERN** 228:2
**space** 294:20,20
 359:20,21 360:4
**speak** 469:13 476:19
 479:5
**special** 269:8,25,25
 270:2,4,5 271:6,8

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                         8/12/2021

[522]

271:11 272:12
**Specialities** 447:15
**specif-** 275:1
**specific** 275:4 347:1
  353:23 364:17
  366:3 436:18
  490:18
**specifically** 260:14
  268:14 274:23
  275:1,9 285:13
  291:4 346:6 347:4
  350:10 415:2
  472:3
**speculate** 271:9
  278:21
**speculating** 303:23
  415:24
**speculation** 238:18
  238:24 258:17
  261:18 264:4
  266:8 268:12
  270:23 273:14
  277:10 286:19
  287:13,24 288:24
  303:10 305:1
  307:2 310:10
  321:21 327:1
  331:1,7 345:2
  349:4 350:15
  377:10 408:19
  410:3 412:5
  413:23 416:19
  418:2,16 429:9,19
  437:14 453:9,18
  459:18 460:7
  466:24 474:12,23
  476:11 478:6
  493:18
**spell** 298:4
**SPELLED** 233:24
**spend** 272:12
  335:25 336:1
  397:6,7
**spending** 272:16
**spent** 273:18 298:17
**spike** 463:3,16
**spikes** 469:12

**split** 360:25 362:8
  363:12,19
**splitting** 359:18
**spot** 378:22
**spreadsheet** 230:23
  281:24 300:17
  309:17 310:11
  321:22 323:19
  324:1 330:21
  337:16 351:20
  378:9 379:16
  396:21 401:17
  405:23 407:19
  408:7 409:20
  413:18,20 414:13
  416:16 417:17
  419:15 423:20
  432:9,15 439:24
  440:10,24
**spreadsheets** 300:1
  302:2 326:10,10
  326:12 327:6
  339:7 388:6 390:9
  452:7 486:1
**square** 406:5
**SquareUp.com**
  452:25
**SS** 496:2
**Staff** 456:9
**stamp** 385:18
**standard** 400:14
**Starling** 265:14
**start** 235:2 254:13
  264:21,23 275:20
  282:21 327:4
  339:4 343:11,15
  357:18 370:17,23
  370:25 374:10
  384:3 395:11
  409:7 420:9
  427:15 428:3
  430:18 431:5
  432:6 438:2
  463:11 469:23,23
**started** 233:14
  234:17 241:6
  242:4,5 295:19

343:12 369:2,7,8
  371:2,3 374:7
  430:2 459:7
  464:22 466:11
  468:22
**starting** 234:16
  393:3
**starts** 428:20 464:15
**state** 228:24 234:8
  322:17 496:1,4
**stated** 233:25
  494:12
**statement** 232:13
  250:14 428:19
  442:20 470:7,8
  494:20
**statements** 232:11
  432:1
**states** 228:1 250:19
**stating** 271:12
**statistician** 325:20
**stats** 322:18
**status** 322:18,19
  397:11,21
**statuses** 397:20,24
**stays** 348:19
**stenographically**
  496:10
**Step** 254:20
**steps** 234:22
**Steve** 265:19
**sticker** 270:17 282:7
  468:14
**stock** 474:2 482:22
  482:23 483:3,4
**stop** 251:2 272:5
  405:6
**stopped** 464:1
  465:22 466:10
**story** 282:22
**straight** 385:13
  413:25 414:6
  491:19
**strategic** 285:20
**strategically** 360:22
  360:25
**streamline** 393:20

**Street** 229:17
**stricter** 288:17
**strictly** 285:18
**string** 259:25
  264:23 267:12
  270:14 271:3
  273:11,23 274:13
  276:21 278:2
  279:5 282:17
  462:25
**strings** 464:8,14
**Stripe** 388:7 389:9
  390:13 391:17
  433:1 444:10,13
  461:4,5 471:7,10
  471:11,12
**Stripe.com** 388:1
**structure** 283:25
  284:24 347:19
**structured** 284:3
  347:21
**structures** 284:9,12
**stuck** 491:10
**stuff** 302:16 312:25
  313:14 314:17
  317:9 326:6 359:6
  369:25 396:20
  404:14 443:25
  484:18 485:25
**stuffed** 359:5
**sub** 283:21
**subcontractor**
  488:24,25
**subcontractors**
  488:20
**subject** 275:4
  307:10,22 314:23
**submit** 248:19
**submitted** 248:20
  279:15 456:25
  457:6
**submitting** 351:15
**subpoenaed** 419:19
**subscription** 301:12
**substance** 354:25
**substantive** 356:18
**subtype** 316:19

**Sugar** 346:3,7
**suggest** 414:25
**supervising** 476:5
**supervision** 488:14
**supplied** 364:13
**supplier** 306:5,5
**suppliers** 308:4,5
  378:6
**supplies** 278:3
  473:25
**supply** 377:7 400:3
  401:15 464:17
  483:18,19
**supply-and-dema...**
  474:8
**supposed** 399:16
**sure** 254:3 259:11
  261:1 271:21
  275:25 276:1,2,9
  278:12 283:19
  292:19 298:16
  299:1 304:18
  307:14,15 309:20
  310:12 326:8
  335:3 337:5
  342:23 344:15
  354:13 366:4,9
  377:3 378:2 379:8
  381:8 385:9
  392:20 395:2
  404:2,5 407:11,25
  408:11,20 412:5
  414:19,22 415:25
  425:12 426:14
  432:15 440:12
  442:19 445:7
  452:3 468:20
  470:24 478:16
**surrounding** 475:23
**switched** 463:24
**sworn** 234:3 496:7
**system** 235:10,22
  236:17,20,24
  237:1,3,11,12,15
  237:22 238:2,3,10
  238:11 239:4
  240:9,17 241:15

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      8/12/2021

[523]

241:21 243:22
248:10 250:17
254:16 257:15
368:17 370:7,13
387:25 389:8
459:13 484:24
486:5
**Systems** 248:9

**T**

**T** 234:4 481:7 498:1
**tactic** 281:14
**Tajdin** 444:23
**take** 236:8 246:9
255:24,25 270:8,9
312:17 313:5
328:21 329:6
337:4 358:1 359:3
368:1,18 372:8,24
372:25 385:3,4
389:14,17 390:12
390:15 403:25
404:7,17 405:13
422:18 429:13
430:22 436:13,19
436:23 439:7
458:23 472:22
**taken** 228:21 496:9
498:4
**takes** 237:13 422:17
**talk** 295:8 299:22
374:18 395:19
397:10 483:7
484:17 486:11
488:16
**talk-** 271:23
**talked** 347:23
483:24 486:16
**talking** 242:2,24
270:15 271:23
274:22 275:10
276:16 286:9
296:4,7 317:24
343:21,23 363:21
403:24 439:25
482:17 493:11
**target** 332:8,10

**Tattoos** 448:13
**tawk.to** 248:9,23
**Tax** 490:11
**team** 241:16 250:15
263:21 265:15,22
267:6 268:2,23
273:16,21,25
274:3,4 339:16
393:25 481:25
**technology** 249:5
**tell** 234:20 239:5
243:2 244:15
245:20 255:21
263:4 265:9,12
273:4 275:19
279:19 285:15
290:15 292:5
303:4 307:24
308:11 309:21
314:20 317:18
319:24 320:3
328:18,18 341:5
354:20 369:9,11
369:12,17,20
371:17 385:5
390:5 399:2 401:5
415:23 422:16,16
423:4 424:6
429:14 433:15
439:25 451:21
452:12 460:10
461:7 484:2
485:11 489:5
**telling** 249:16
258:11 264:8
274:1 328:3
381:14 465:5,11
**tells** 241:1 258:25
313:2,4 317:15
**template** 232:18
457:6
**ten** 257:16 259:16
318:19 334:12,19
334:20,25 397:6
402:3,3 404:7
418:8,8 473:5
**ten-minute** 405:14

472:23
**Tennessee** 228:24
496:1,4
**tens** 332:21 406:16
**term** 328:16,20,21
328:22 339:10
**terminate** 465:19
**terms** 234:21 241:12
253:17 256:10
272:15 298:19
299:9,15 311:22
320:17 324:3
325:18 328:2,4,6
328:25 329:23
342:5,8 353:3,4
356:2,9,18 373:7
378:11,17 393:11
422:24 432:21
457:5
**testified** 234:3
238:11 240:12
251:21 282:24
306:25 307:9
368:23 371:6
419:8 440:9
466:16
**testify** 496:7
**testimony** 239:14
251:9,25 271:19
286:2 294:2
326:13 342:14
386:6 393:3 394:8
430:6 481:19
486:13 487:18
497:5,6 498:5
**Texas** 228:2 232:4
332:11 346:4,7
422:12 425:9
426:9 428:20
433:11,20 434:4
**text** 311:25 313:7,12
313:14 327:9
343:3,11 344:1,3
**texting** 343:12,14
**thank** 300:9 321:24
394:3 405:16
489:3

**Thanks** 244:8
259:12,18 295:3
327:2 337:7 358:6
358:7 405:17
473:5,6
**theories** 416:15
**theory** 416:17,20
**thing** 243:9 278:23
291:25 313:12
314:16 319:18
322:12 326:18
335:20 336:1
347:7 377:1
383:10 395:8
404:9 421:21
442:5
**things** 251:5 252:25
269:12 289:2
293:22 308:18
339:23 367:22
423:16 471:14
485:24 491:18
**think** 234:24 245:25
247:7 250:13,13
250:15,19 255:11
255:19 260:11,11
263:20 265:25
266:1,3,9,22
268:23,25 269:11
271:25 272:20
273:1 274:10
275:2,5,8 279:19
280:3 282:11,24
283:22 285:11
287:19,25 289:23
290:11 291:25
292:10 294:5
295:17,20,21
296:9,20 298:5
302:24 304:18,21
306:11,19 307:3
307:10,18 308:6
308:12,20,22
310:16,24 311:13
312:21,23 314:14
314:24 316:20,22
317:6,22 320:1,2,8

320:22,24 322:6
322:19 325:12
327:9,20 330:7,11
332:2 334:14,14
334:17 335:23
336:1,5,5,23
339:22 342:19
343:11,12,19,20
344:16 346:12
349:6 350:9
351:18 352:16
353:2 356:8
359:25 360:1
362:5 365:23
370:1 373:25
374:8,16 375:3
377:12,21 380:5
380:21 384:20
385:10,13,19
386:25 391:1
392:11,13 393:3
393:14 397:5
398:1 401:6 403:5
403:18,21 405:1,4
408:1,3 411:2,4
412:3,7,24 415:1,4
415:4,5,21 416:17
416:20 417:11,18
417:20,23,25
418:5 420:6,12,12
425:6 436:19
439:23 445:14
446:1,2 449:6
452:3 453:11,25
457:14 459:19
463:23 465:24
466:9,10 469:15
472:23 475:13,15
475:16 477:15,16
478:14 480:11,23
481:18 482:12,14
485:25 488:1,2
491:1 493:20
**third** 250:10,10,20
287:7 411:5
433:10,19 447:23
**third-party** 248:10

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                8/12/2021

348:7,11 359:3
**thought** 242:15
333:7,9 370:22
371:6,15 419:13
447:10 466:17
468:7 474:5
484:18
**thousand** 295:21
317:19 362:8,9
439:18
**thousands** 406:16
413:17 479:12
**thread** 267:10
**three** 246:5,6 256:20
260:25 296:21
316:11 333:21
334:8 338:20
349:7 351:18
355:12,12 372:16
423:16 424:18,19
435:15 464:3,14
490:23
**threshold** 349:6,8,9
**tied** 432:3 451:23
**time** 239:12 240:4
245:1,3,6,19,21,22
246:14 269:14,15
270:7 273:12,24
276:9 278:19,23
279:2 280:19
281:17 285:17
288:6 293:14,17
300:4 320:20
322:20 342:11
343:13,18,21,22
358:20,23 359:10
359:12 373:2,3,4
373:10,12,12,16
373:16,21 374:8
375:19 381:15
385:18 405:5
422:7,8 427:8
468:25 469:2,2
471:15 475:12
479:21,23 480:4,7
480:12 484:19
486:1 492:12

496:10
**times** 247:20 261:1
272:11 316:4
320:6 336:8 359:7
359:9 372:20
376:18 378:2
421:14 423:9
427:25 430:1
459:9 487:18
491:17
**title** 303:15 304:22
**titled** 321:16
**TLCR** 228:23 496:3
496:24
**today** 245:14 355:11
357:5 463:16
469:13,24
**told** 258:6 339:20
357:4 375:4
382:16 416:23
480:8 484:7,9
**ton** 288:19
**top** 259:25 273:11
296:22 316:11
327:17,17 334:12
336:4,5,7,9,21,21
433:10 434:12
444:6 447:24
465:7 481:15
**total** 318:6,7,8,11,12
318:13
**touch** 247:23,25
329:21
**track** 239:20,21
240:1,4 272:13,16
319:9,10,11 371:7
371:20,21
**tracking** 235:12
236:21,22,25
237:2,7,9,16,16,25
238:8 242:1 243:6
243:20 250:5,18
250:24 252:22
253:3,4,7 254:7
255:7 257:15,19
258:1 259:2
371:12 377:5

378:8,13 379:11
379:17 380:2
382:18,25 383:13
384:17 385:14
386:25 387:1
398:19,24 400:9
400:19,23 401:19
401:20 403:8,13
406:7,18 413:17
414:12 416:15
480:15 485:7,10
494:3
**trackings** 382:22
414:8
**trade** 228:5 229:6
326:5
**trading** 236:6
238:15,22 254:17
289:21 291:21,23
434:19
**trailer** 241:19
253:11 254:2
423:8,9 486:16,19
486:22 487:3
**train** 488:10
**trans-** 388:2
**transac-** 305:12
420:3
**transact** 319:3
**transaction** 357:12
378:19 379:3
392:3,5 397:23
424:1 434:12,25
438:12
**transactions** 365:5
366:23 367:1
390:8 414:18
419:10,14 420:4
423:21 426:23
429:14 435:18
436:18 442:23
452:4 467:8,11,20
**transcribed** 496:11
**transcript** 233:13
496:14,16 498:6
**transcription**
496:12 497:6

**transfer** 368:4
434:13 441:9,14
444:10,13
**transferred** 236:5
458:23
**Transfers** 494:19
**transit** 246:9
**transitioning** 248:5
**treasury** 434:1
**treatment** 269:8
**trial** 494:25
**trickles** 274:10
**tried** 295:22,25
398:1
**trigger** 338:21
**Trucks** 473:25
**true** 496:13 497:5
498:6
**truth** 314:21 496:7,8
496:8
**try** 330:3 391:3
400:16 401:15
406:5
**trying** 246:10 247:8
268:19,20,23
304:6 336:6 337:1
347:3 357:7
366:25 382:9
384:9 400:20
401:4 419:7,25
447:14 462:2
473:24

**TS_TexasFirstBa...**
232:7
**turn** 378:7 388:19
403:24 479:2
**turns** 242:16
**twice** 336:22
**Twitter** 295:13
**two** 234:9 252:25
255:9 256:20
257:2,11 288:18
308:3 318:20
319:5,8 333:20
334:8,16 339:22
360:7 362:6
366:22 372:16

381:20,22 422:18
423:16 424:18,19
424:23 435:15
448:21 449:5,6,8
449:21 450:9,10
450:22 451:23
452:4,4,8 461:6
464:3
**two-and-a-half**
491:11
**Two-Day** 422:23
**TX** 229:18
**type** 296:14,19
311:23,24 315:18
315:22 316:10,14
316:22 317:18
319:12 323:13
328:16,19,22
332:2,16 345:4,13
345:14 346:22
484:3 485:11
**typed** 311:6 396:8
396:10
**types** 308:18 315:21
323:15 328:23
435:4 468:18
**typing** 312:11

**U**

**U.S** 253:21,22
274:18,18 316:6
358:16 359:6
417:13 421:20,24
**Umm** 411:9
**unable** 467:7
**unaware** 239:8
**uncle** 444:24 445:23
446:2,4
**uncle's** 446:3
**underneath** 434:2
**understand** 240:12
246:10 264:6
272:3 342:3
367:10 379:8
392:21 394:17
395:4 398:16
399:23 406:21

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      8/12/2021

[525]

407:14 460:19,21
**understanding**
  255:12 310:1
  358:24 393:12
  403:18 449:11
  467:18
**underwriting**
  459:12
**UNITED** 228:1
**Universe** 443:22
**unknowns** 393:23
**unlock** 384:8
**unsubscribe** 308:25
**update** 356:23 366:6
  366:11
**updated** 250:18
  263:22 269:16,18
  269:18
**updates** 261:8
  355:21
**updating** 289:3
  354:21,22 398:2
**UPS** 269:8 274:17
  359:3 374:5,10
  375:9,18,21 376:4
  376:12 417:4
  480:18
**urgent** 277:3 278:3
**URL** 313:15,15,17
  313:18,20 316:23
  317:4,6
**USA** 473:25
**use** 242:23 248:2,9
  285:1 294:23
  295:11 296:15
  299:25 315:15
  325:21 343:9
  347:8,9,11 357:14
  363:12,16,17,18
  363:19 364:7
  368:17,21 370:20
  370:25 374:1,5
  375:21 376:5,14
  376:15,17 389:8
  399:15 410:9
  411:5 414:15
  416:24 421:10,15

421:18,19,22
422:14,21 433:3
434:18 444:5
453:3 457:2 472:5
472:14 488:2
489:4,5
**user** 334:6
**users** 334:3 479:3
**uses** 276:9 357:13
  416:23 417:6
  419:14
**usually** 308:17
  438:2 476:19
**Utilities** 490:2
**utilized** 427:10,13

──────────
**V**
──────────
**v** 228:7 234:11
**Vague** 252:11 423:7
  455:23 480:2
**validation** 368:6
**various** 435:20
**vendor** 268:24
  363:4 364:11,12
  364:18 453:3
  489:1,2,8
**vendors** 364:20
  378:6 435:20
**Video** 316:17
**view** 481:25
**view-through**
  325:15
**viewed** 345:20,23
**virus** 464:18
**Visa** 232:10 433:6,7
**visually** 245:13
**voicemail** 247:21
**volume** 248:11
  287:9,16 288:16
  289:9 459:10
  463:15 464:5

──────────
**W**
──────────
**W** 373:22,23
**wait** 303:20 314:18
  387:9 402:7
  410:23 412:12

413:6 414:4 418:4
441:10,15
**walk** 234:15 235:4,5
  241:5 264:22
  306:22 311:21
  315:25
**walked** 234:12
**want** 234:8,14
  237:18 245:15
  250:14 252:24
  255:12,21 264:22
  264:22 273:24
  275:15 282:16
  291:19 296:1
  297:15 301:12
  310:1 311:4 315:4
  315:11 316:20,23
  319:18,19 320:7
  326:9 328:17
  332:8,10 334:6
  335:2 341:9,9,19
  351:17 358:1
  360:14 368:17
  372:17,17 374:11
  377:3 380:14,15
  384:2 389:16
  394:12 395:4,18
  397:15 399:23
  400:7 402:18
  405:21 406:24
  407:7,14 409:9
  416:7 424:10
  434:3 435:7
  451:13 471:24
  473:1,2,20 481:22
  483:7 488:16
  489:5
**wanted** 276:13
  320:19 338:13
  349:13,15 370:1
  384:11 390:6
  465:20 481:18
**wanting** 288:8
  424:17
**wants** 278:12 380:8
**warehouse** 235:7
  241:7,16 253:10

253:24 254:9
257:6,12 291:7
292:10,13,15
294:9,20 360:21
361:1,3 366:24
374:3,6,15,17
377:20,22,24
378:7,18,18 379:4
379:15,17 414:1
417:24 418:10,23
418:25 422:5
424:4,8,13 475:8
486:16 491:2
**warehouse's** 475:4
**warehousing** 456:7
**Washington** 229:8
**wasn't** 375:18 423:8
  423:10 457:8,13
  458:14 459:1
  481:12 489:13
**wastage** 491:8,9,10
**waste** 405:5
**way** 243:25 305:23
  315:7 319:1,11,22
  319:24 334:19
  335:5,9 336:3
  338:6 350:8
  352:17 356:15
  362:14 383:25
  384:3 391:25
  393:21,24 399:19
  403:9,12 406:6,19
  408:25 415:22,22
  430:22 431:18
  441:18 458:3,10
  475:14
**ways** 308:3 315:19
  318:22,25 323:15
  400:23
**WB** 228:11 233:5
  417:23,24,25
  418:6,9,11,25
  420:22 443:8,15
  463:13
**WBpromotion.com**
  228:10
**we'll** 295:8 300:7

301:5 388:19
405:10 450:17
473:10 494:24
**we're** 256:18 275:3
  300:3 302:3
  305:20 307:14
  325:22 326:5
  335:6,8 343:21
  350:18 358:23
  374:14 398:1
  405:1 406:4 408:2
  414:20,22 428:12
  439:22 443:22
  449:17 452:13,16
  464:5 469:14
  473:24 494:25
**we've** 242:24 247:21
  249:14 352:16
  406:19 428:4
**website** 234:19
  244:24 245:1
  246:1 248:20
  249:2 256:9
  260:10,10,11
  263:11,19,22,23
  264:19 269:16
  313:22,24 314:11
  316:4 324:23
  344:6,6 348:10
  352:10,14,23,25
  353:3,8,15 354:11
  354:17,22 355:4
  367:22 392:4
  461:1 465:17,21
  478:25 481:11
  484:11 489:18
  493:9
**website's** 486:5
**websites** 344:5,7,9
**Wednesday** 233:15
  279:6
**week** 261:1 288:16
  288:20 289:13
**weight** 276:15
**weird** 336:11
**went** 235:17 302:20
  324:22 327:7

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

[526]

339:8 360:23
376:20 388:1
423:20 427:24
**weren't** 234:25
289:6 464:2
467:19 478:3
**whoops** 428:8
**wife** 427:18,22
428:2,5 446:13
**wife's** 446:16
**wipes** 307:21
**wire** 368:4 436:1
441:9,14
**wires** 435:10,12,19
**Withdraw** 286:4
**withdrawal** 441:19
**withdrawals** 437:4
437:11,22
**witness** 229:14
230:2 234:2
239:16 245:9
250:5 251:10,17
252:1,12 258:18
261:19 264:5
266:9 268:13
270:24 273:15
277:11 286:3,20
287:3,25 288:25
294:3 300:22
302:23 303:11
305:2 307:3 321:7
326:17 330:3
339:25 340:16
342:15 345:3
349:5 350:17
352:9 377:11
382:3 389:4
391:10,13 400:5
400:12 401:10,18
402:22 403:1,5,11
408:20 410:4
412:7 413:1,7,24
416:20 418:17
423:8 425:19
428:12 429:20
430:7,16 437:15
439:16 444:16

451:7 453:10,25
454:10 455:25
456:6 459:19
460:8 461:19
474:25 480:3,10
480:15 482:11,18
493:2,20 496:6,22
**Wolf** 411:1
**wondering** 287:15
319:20 351:7
398:8 433:14
437:10 443:9
454:13 457:4
463:18
**word** 248:2 311:8
336:2 487:17
489:4,5
**words** 254:21
377:17 410:19
486:4 487:22
**work** 253:15,17
268:5 299:4,15
333:14 439:7
**working** 357:21
399:5 464:18
475:11
**works** 265:18 268:4
296:18 311:22
338:10
**world** 248:3 274:16
**worth** 296:2 491:12
**wouldn't** 269:20
320:23 333:22
338:3 362:17,17
417:16 445:14
471:3
**wrist-band** 315:5
319:12 346:3
355:11 357:9
470:9,11
**wrist-band.com**
228:9 233:14
314:8,12 345:9
350:13 351:6
448:22 482:1
**Wrist-Band.Com....**
231:12

**Wrist-Band.com/...**
482:2
**wrist-bands** 235:18
311:3,7,24 312:1
312:11 316:15
317:18 328:22,23
328:24 329:6
332:17 333:20
335:2,3 347:2
357:5 424:18,19
424:23
**writes** 278:11
**writing** 392:15,24
**written** 313:1
352:19 476:8
483:21
**wrong** 334:17 489:4
**wrote** 278:7

_____

**X**

**X** 230:1 234:4 459:8
459:9 481:7
**Xu** 282:17,18
**XYZ** 314:9

_____

**Y**

**Y-A-O-L-I** 363:8
**Yaoli** 363:5,6,7,8,9
363:12,16,17,18
375:6 377:18
378:5 489:13
**yeah** 234:24 239:24
244:1 245:9,12,13
246:11,13,15,23
247:3,5 249:3,8
250:11,24 252:3
258:2 262:24
264:5 266:1,3,9,13
266:17,20 270:18
271:4 273:6 274:5
274:10,21 275:1,6
275:16,19 279:10
279:13,25 280:2
280:22 281:1
282:11 283:10
284:13,18 290:1
291:2 293:18,20

294:10 296:9,19
297:3,4,16 298:5
299:1,7,10 301:4
302:4 307:23
308:22 309:20,23
310:5 311:23
312:8,14,14,23,25
313:24 314:17
317:3,9,24 318:10
321:2,7,23 322:19
323:14 325:7,8,15
326:1,15,17 327:8
327:9,16 330:2,7
330:13,15,18
332:22,24 333:14
333:25 335:25,25
336:7,20,23,24
337:5 338:17,25
339:25 341:24
342:16 343:19
346:14,17 348:1
348:13 349:15
351:9,22 353:1
356:12,16 357:1
357:17,23 360:3
360:23 361:11,18
361:25 362:19
363:24 365:23
366:4,12,13
367:24 368:1,16
368:20,22 369:6
370:7 371:19,23
371:25 372:9,22
373:11 374:4,16
375:20,24 376:9
377:11 378:2,25
380:13,17,23,24
381:20,22 383:19
383:23 384:12,14
385:3,16,20 387:3
387:10 389:2,4
391:13 392:16
393:10 395:2,6
396:5,17 398:10
398:15 399:21
400:2 402:2,5,12
402:17 403:4

404:25 405:15
407:2,5,16 408:11
409:11 410:8
411:1,10,11,13,14
414:14 415:12,14
416:4,9,11 417:2,2
417:3,20 418:9,9
419:1,2,18 420:8
420:10,11,15,20
420:21 423:3,25
426:2,17 427:23
428:4 433:17,18
433:21,25 435:16
435:20 436:22
437:21,25 439:4
441:16 442:12,24
447:12,16 448:11
449:14,24 453:14
454:9,13,14,21,24
456:10 460:22
462:8,9,12 463:12
466:1,2,6 468:17
468:23 472:11
476:18 477:3
480:24 482:11,16
482:18 483:1
484:9,16 492:7
**years** 355:8 480:17
**yep** 259:15 273:8
321:6 324:24
401:23 404:15
436:25 441:6
445:12 449:16,16
450:2 455:15
483:9 484:21
492:19 494:6
**yesterday** 234:12
235:15 238:11
240:12 244:23
248:6 249:2
250:23 260:2
276:16 289:21
293:2 298:6
373:25 388:13
396:14 456:20
460:20,22 466:16
481:10 482:9

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    8/12/2021

[527]

**yesterday's** 481:19
**Yiwu** 289:13,20,23
  289:24 290:3
**York** 316:4
**YouTube** 315:20
  316:18

---

## Z

**Z** 385:3 401:20
**Zaappa-** 290:14
**Zaappaaz** 228:8,15
  234:10,11 239:25
  240:2,3 249:18
  253:17 264:25
  265:5 267:25
  271:16 280:9,11
  281:8,9 282:16,23
  283:1,12,15,17
  284:17,21 285:12
  285:14,17,25
  287:11,22 290:8
  290:12,15 291:3
  292:21 293:4,15
  294:16,19 295:10
  297:23 301:6
  309:6 325:17
  329:20,21 337:15
  344:22 348:2
  358:11 359:24
  360:6,13 361:7,9
  361:20 362:15
  363:16 365:3
  366:17 374:2
  375:18 377:7
  394:25 409:21,23
  409:23 410:5,12
  410:13 413:19
  415:7,12,13 421:9
  426:24 427:5
  432:17 434:8,22
  445:1,17,25
  446:12,13 447:5,8
  451:4,9 453:15
  454:8 455:2
  456:23 457:20
  458:10,13 459:25
  466:15 473:15

483:2,3,14 484:14
  487:14 488:7,17
  491:18 492:10
  494:13,13
**Zaappaaz's** 265:8
  283:9 288:1
  290:10 292:17,20
  352:5 375:11,15
  401:9 408:16
  417:15 419:16
  425:10 426:16
  448:3 454:25
  455:14,16 487:11
**Zaappaaz-paid-for**
  291:3
**Zappaaz** 232:16
**zero** 388:22,23
**zeros** 388:14
**zones** 422:18,19
**zoom** 300:23 309:18
  310:1 366:7
**ZT** 436:7

---

## 0

**0000018** 233:11
**0000033_Return**
  231:14
**0000078** 231:19
**000161** 230:19
**06** 428:21

---

## 1

**1** 230:12 231:10
  279:5 285:5,12
  410:5,12,15
  473:21 498:4
**1,882.56** 324:14
**1:16** 337:8
**1:23** 337:9
**1:51** 358:8
**10,000** 362:10
**10:37** 228:21
**100** 439:19
**100,000** 434:13
**11** 230:15 445:21
**11:08** 259:20
**11:20** 259:21

**11134** 432:18
**1138522** 420:18
**11th** 441:18
**12** 228:22 231:20
  233:7,12 498:5
**12:07** 295:4
**12:20** 295:5
**12:38** 309:11
**12:39** 309:12
**12th** 234:9 245:14
  464:22
**13** 230:21
**13th** 245:15,16
**14:49** 473:21
**144** 369:21 438:21
  439:10
**1466** 233:16
**149** 346:4
**14th** 269:6 442:5
  447:24
**15** 397:6
**150-** 308:6
**155,000** 308:7,15
**155,293** 306:19
  307:16
**15th** 263:9
**16** 232:10,15
**17** 231:3 232:6,19
**18** 232:8
**18-** 332:8
**19** 233:3
**1st** 247:13,15 279:6

---

## 2

**2** 263:13 285:12
  287:2 409:23
  410:12 465:7
**2,000** 281:21
**2:20** 358:5
**2:29** 358:9
**20** 233:18 281:10,10
  281:12,19 282:9
  285:5 410:5,17
**20-** 468:23
**20,018** 443:3,7
**202.326.2485** 229:10

**202.326.3515** 229:9
**2020** 232:21 233:15
  234:20 240:8,10
  240:15,16,19
  242:7 271:24
  279:6 293:19
  295:9 298:25
  306:23 342:11
  343:18,24,24,25
  344:1 352:20
  353:7 354:12
  356:11 365:19,22
  366:11 369:2
  370:18,19,21
  371:8 421:9 424:7
  430:2,20 447:24
  457:21 466:19,22
  468:24 469:18
  471:1,2,5,13
**2021** 228:22 234:9
  496:22 498:5
**20580** 229:8
**22** 230:8 233:15
**220547718** 231:9
**22nd** 370:19
**23** 230:11 231:4,18
  232:22 233:17
  244:7,9,12 256:22
  259:24
**234** 230:5
**24** 230:12 263:1
**24/7** 474:2
**244** 230:11
**24953546** 232:11
**24th** 431:13
**25** 230:15 275:11,13
  433:9,16,17 477:7
  496:22
**26** 230:16 280:4,6
**263** 230:12
**265,000** 444:14
**269** 498:4
**27** 230:20 282:4,8
  365:18
**275** 230:15
**27th** 463:1
**28** 230:21 282:13,16

466:19
**280** 230:16
**282** 230:20,21
**28th** 466:22
**29** 230:22 290:5,8
  434:10
**290** 230:22
**2905** 229:17
**2nd** 281:13

---

## 3

**3** 231:5,13,15
  244:19 252:16
  256:23 275:20
  410:12 455:11
  491:11
**3-13-2020** 232:14
**3-52002** 446:12
**3,000** 278:3 296:2
**3/22/2020** 383:21
**3/23** 385:24 387:4,5
**3/25** 386:1 387:6,15
**3/26** 387:15
**3/30** 385:22
**3:25** 405:18
**3:41** 405:19
**30** 230:23 234:20
  301:6,7 337:15
  358:3 402:6
**30-year-olds** 332:9
**30(b)(6)** 394:12
**300** 287:9,17
**301** 230:23
**309** 230:24
**30A** 402:8
**30th** 247:1,12
**31** 230:24 247:10
  309:6,7
**31st** 247:2,7,15
  306:23
**32** 231:3 329:17,20
  329:21
**329** 231:3
**33** 431:10
**336** 446:11
**34,000** 438:5,8
**34,808** 438:21

---

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        8/12/2021

**344** 231:4
**348** 231:5
**35** 231:4 275:18
  344:14,22,23
  435:14
**35005** 445:22
**351** 231:10
**352** 231:13
**354** 231:15
**355** 231:18
**358** 231:20
**36** 231:5 348:2,3
**36_Zaappaaz**
  231:16
**37** 231:10 350:24
  351:1
**38** 231:13 352:2,3
**39** 231:15 354:2,3
  356:4
**3965** 232:5 425:9,12
  426:10,11
**3rd** 438:8,9,11
  466:2,3

---
**4**
---
**4** 230:16,20 463:7,8
  464:14
**4,000** 296:2
**4.2** 325:10
**4/15/2020** 401:25
**4:00** 246:1,2,21
**4:20-cv-2717** 228:8
**4:37** 445:8
**4:46** 445:9
**40** 231:18 318:13,15
  355:23 356:5
  435:23
**40,000** 311:2,4
**408** 231:21 457:20
**41** 231:20 358:11,12
  365:3 407:24
  413:19 435:24
**41,000** 324:21 325:9
**42** 231:21 408:3,5
  425:3,16
**425** 232:3
**428** 232:6

**43** 232:3 425:3,4,5,6
  426:4
**44** 232:6 426:5
  428:16,17
**445** 232:8
**45** 232:8 445:17,18
**454** 232:10
**456** 232:15
**457** 232:19
**459** 232:22
**46** 232:10 454:15,16
**462** 233:3
**466** 233:7
**468** 233:10
**47** 232:15 456:16,18
**473** 233:12
**476** 233:17
**477** 233:18
**48** 232:19 457:17
  459:22
**481** 230:6
**49** 232:22 459:23,25
**492** 230:8
**4PX** 411:16

---
**5**
---
**5** 230:5,22 231:21
  232:3
**5:32** 473:7
**5:46** 473:8
**50** 233:3 273:17
  391:17,19,21,23
  462:18,19
**51** 233:7 437:8
  438:9,14 466:12
  466:15
**52** 233:10 468:8,9
**53** 233:12 473:12,15
**54** 233:17 438:20
  439:6,10 476:23
  477:1
**5401** 449:18
**55** 233:18 477:20,22
**556** 447:18
**5600** 369:10,12,13
  369:21 370:12,12
  370:14

**594** 452:11,15
**5K** 286:11,17
**5th** 269:5 434:24
  435:10,15

---
**6**
---
**6** 481:12 482:15
**6/24** 444:12
**6:14** 495:2
**600** 229:7
**6178** 449:6,12,21
  450:3,13,16
**6221** 454:18,20
**676** 496:3,24
**6th** 452:21

---
**7**
---
**7** 230:23,24 481:13
**7121** 449:25
**713.238.7724** 229:19
**73,000** 434:25
**74,000** 438:7
**75** 441:2
**76** 441:17
**77** 442:4
**77098** 229:18
**7th** 258:7

---
**8**
---
**8** 230:6 482:15
**8,311** 441:4
**80,000** 480:21
**84** 443:5,5,5
**85** 444:12,15
**8th** 247:18 443:2,7

---
**9**
---
**9** 230:11 233:10
**928** 453:5
**95** 325:12
**98** 366:20
**99** 366:20 424:9
**99,900** 439:20
**9th** 365:22 366:1