# In the Matter of:

# FTC v. Zaappaaz, LLC, et al.

*December 14, 2021*
*Azim Makanojiya*
*Vol. 3*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

---

499

```
 1              FEDERAL TRADE COMMISSION
 2
 3  FEDERAL TRADE COMMISSION,       )
 4       Plaintiff,                 )
 5    and                          )  Civil Matter No.
 6  ZAAPPAAZ, LLC, also d/b/a       )  4:20-cv-2717
 7  Wrist-Band.com,                 )
 8  WBpromotion.com,                )
 9  CustomLanyard.net, and WB       )
10  Promotions; and                 )
11  AZIM MAKANOJIYA, individually   )
12  and as an officer of            )
13  ZAAPPAAZ, LLC,                   )
14       Defendants.                )
15  ------------------------)
16                    Tuesday, December 14, 2021
17                    Via Zoom Videoconference
18
19       The above-entitled matter came on for
20  deposition, pursuant to notice, at 10:35 a.m., for the
21  testimony of:
22             AZIM MAKANOJIYA
23
24
25  Reported by:  Deborah Wehr, RPR
```

---

500

```
 1  APPEARANCES:
 2
 3  ON BEHALF OF THE FEDERAL TRADE COMMISSION:
 4       MICHELLE SCHAEFER, ESQUIRE
 5       ANNE COLLESANO, ESQUIRE
 6       Federal Trade Commission
 7       600 Pennsylvania Avenue, N.W.
 8       Washington, D.C.  20580
 9       (202) 326-3515
10       mschaefer@ftc.gov
11
12  ON BEHALF OF THE WITNESS:
13       MICHAEL J. BLANCHARD, ESQUIRE
14       Butch Boyd Law Firm
15       2905 Sackett Street
16       Houston, Texas  77098
17       (713) 238-7724
18       mikeblanchard@butchboydlawfirm.com
19
20
21
22
23
24
25
```

---

501

```
 1                  I N D E X
 2
 3  EXAMINATION                              PAGE
 4  By Ms. Schaefer                          503
 5  By Mr. Blanchard                         701
 6
 7  EXHIBIT       DESCRIPTION               PAGE
 8  No. 56        Deposition notice          505
 9  No. 57        Spreadsheet                510
10  No. 58        Source chart               575
11  No. 59        Source chart               587
12  No. 60        Source chart               589
13  No. 61        Spreadsheet                596
14  No. 62        Spreadsheet                596
15  No. 63        Spreadsheet                600
16  No. 64        UPS spreadsheet            600
17  No. 65        Spreadsheet                602
18  No. 66        WhatsApp transcript        606
19  No. 67        WhatsApp transcript        650
20  No. 68        Trello chart               670
21  No. 69        Trello chart               671
22  No. 70        7/10/20 e-mail             676
23  No. 71        Spreadsheet                685
24  No. 72        FedEx invoice              687
25  (Exhibits continued on next page.)
```

---

502

```
 1  (Exhibits continued.)
 2
 3  EXHIBIT       DESCRIPTION               PAGE
 4  No. 73        WhatsApp transcript        690
 5  No. 74        8/14/20 e-mail             691
 6  No. 75        WhatsApp transcript        692
 7  No. 76        11/12/20 e-mail            696
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

1 (Pages 499 to 502)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

---

503

1          P R O C E E D I N G S
2            - - - - -
3              STIPULATION:
4   All counsel present stipulate that the witness shall be
5       sworn remotely by the court reporter.
6            - - - - -
7          Whereupon --
8            AZIM MAKANOJIYA,
9   a witness, called for examination, having been
10  first duly sworn, was examined and testified as
11  follows:
12              EXAMINATION
13      BY MS. SCHAEFER:
14  Q.  Good morning, Mr. Makanojiya.
15  A.  Good morning.
16  Q.  Thank you for being here today.  As you know,
17  I'm Michelle Schaefer, and I represent the FTC in this
18  matter.  I'm here today with my colleague, Anne
19  Collesano, who also represents the FTC.  As you know,
20  we are conducting this deposition virtually.  We are
21  using Zoom to see each other and hear each other, and
22  we are using Agile Law to share documents.  Before we
23  went on the record, we confirmed that we could see and
24  we could hear each other.
25      MS. SCHAEFER:  Mr. Blanchard, can you go ahead

---

504

1   and introduce yourself.
2       MR. BLANCHARD:  This is Mike Blanchard
3   representing the defendants.
4       MS. SCHAEFER:  Is anyone else here right now or
5   on the phone?
6       MR. BLANCHARD:  No.  There is nobody else in
7   the conference room and nobody else on the phone, as
8   far as I know.
9       MS. SCHAEFER:  And are you planning on having
10  anyone join today?
11      MR. BLANCHARD:  No.
12      MS. SCHAEFER:  And just so we have this for the
13  record, previously you had indicated that we might have
14  some, I think, developers on the line from India to
15  help with some questions about the chart we are going
16  to be discussing with shipping and financial records.
17  Is that no longer the case?
18      MR. BLANCHARD:  No, that person is available by
19  phone.  So what I would hope to do is if you ask a
20  question that he needs assistance on, he can have that
21  call, come back on the record and testify under oath to
22  respond to your question.
23      MS. SCHAEFER:  Okay.  Sounds good.  Thank you.
24      BY MS SCHAEFER:
25  Q.  So let's just go over the ground rules really

---

505

1   quickly.  We are here today because Judge Palermo
2   ordered you to provide additional 30(b)(6) testimony,
3   and you also had agreed to provide testimony as you
4   have produced new documents.  I'll be asking you a
5   series of questions.  You are required to respond
6   truthfully and honestly because you took an oath.  Do
7   you understand that?
8   A.  I do.
9   Q.  If you don't understand a question, let me
10  know.  I'll do my best to clarify it.  Because the
11  court reporter is taking everything down, it's
12  important that you give all verbal responses and no
13  mumbling and yes and noes and no mm-hm, huh-uh.  Also
14  let's try to not interrupt each other so that she can
15  take everything down clearly.  If you want a break, let
16  me know.  Are you currently under the influence of any
17  medication that would affect your ability to testify?
18  A.  No.
19  Q.  So I'm going to go ahead and mark the first
20  exhibit.  We are going to start with 56 because at the
21  last deposition we finished with 55.
22      (Zaappaaz Deposition Exhibit Number 56 was
23  marked for identification.)
24      BY MS. SCHAEFER:
25  Q.  Do you see the document?

---

506

1   A.  Yes.
2   Q.  Okay.  So I have marked as Zaappaaz 56 the
3   30(b)(6) deposition notice that was served on Zaappaaz.
4   Have you seen this document before?
5   A.  Yes.
6   Q.  And this notice listed a number of topics on
7   which Zaappaaz was required to designate someone to
8   provide testimony on the company's behalf.  You have
9   been offered as the company's designated representative
10  to testify about the topics of this notice; is that
11  right?
12  A.  Correct.
13  Q.  You are also an individual defendant and your
14  personal deposition is noticed for today; is that
15  right?
16  A.  Correct.
17  Q.  And so like we did on August -- I'm sorry?
18      MR. BLANCHARD:  Nothing.
19      BY MS. SCHAEFER:
20  Q.  I thought I heard something.  Like we did at
21  the August 11th and 12th depositions, I'll do my best
22  to indicate when I'm asking a question about Zaappaaz
23  or about you personally.
24      What did you do to prepare for today's
25  deposition?

---

2 (Pages 503 to 506)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

507

1      A. Went through the documents that were provided
2  to me, the Excel sheet and other documents that my
3  lawyers to provided to me to review.
4      Q. Who provided them to you?
5      A. My counsel.
6      Q. Okay.  And you said what were the documents?
7  An Excel spreadsheet?
8      A. There were multiple documents throughout the
9  period from the last deposition, but Excel
10  spreadsheets, transcripts.
11      Q. Did you meet with your counsel?
12      A. I had not met him but I had spoken with him on
13  the phone.
14      Q. How many times did you speak?
15      A. I don't know.  It's been a lot.
16      Q. Was it between three and five times?
17      A. More.
18      MR. BLANCHARD:  Objection.  Asked and answered.
19      BY MS. SCHAEFER:
20      Q. Was it between five and ten calls?
21      MR. BLANCHARD:  Objection.  Asked and answered.
22      BY MS. SCHAEFER:
23      Q. You can still answer if he objects.
24      A. I don't know.  I wouldn't be able to give you
25  the right answer.  Maybe ten-plus calls.

509

1      A. Multiple people.  We had a developer pull the
2  data from our back end.
3      Q. And what is the back end?
4      A. The database.
5      Q. Okay.  And that is the database that contains
6  all your shipping records; is that correct?
7      A. All my order records, yes.
8      Q. All your what records?
9      A. Order records.
10      Q. Okay.  So all of the information in this
11  spreadsheet came from your back end?
12      A. No, other shipping data came from Fed Ex, UPS,
13  USPS and the respective carriers' websites.
14      Q. What do you mean the respective carriers'
15  websites?
16      A. DHL is the only one that I missed.  But, yes,
17  FedEx.com, UPS.com, DHL.com.
18      Q. Okay.  Let's go to this reference tab.  Well,
19  before we go on, I think I interrupted you.  So you
20  were talking about who helped prepare this spreadsheet.
21      A. My developer.
22      Q. What is his name?
23      A. Priyank.
24      Q. Anyone else?
25      A. Yes, a contractor that's familiar with how to

508

1      Q. How many hours would you say you spent
2  preparing?
3      A. I don't know, throughout the period, maybe
4  spent almost 40 hours.
5      Q. Between the last deposition and this
6  deposition?
7      A. Approximately, yes.
8      Q. And did you meet with anyone else in
9  preparation for today's deposition?
10      A. No.
11      Q. I'm opening the spreadsheet.  Can you guys see
12  my screen?
13      MR. BLANCHARD:  Not yet.  There it is.
14      MS. SCHAEFER:  Do you see it?
15      MR. BLANCHARD:  Yep.  And just, Azim, do you
16  have the spreadsheet?  Michelle, if you want to refer
17  to column numbers and cells and things, he's got it up
18  on a screen right in front of him.
19      MS. SCHAEFER:  Okay.
20      BY MS. SCHAEFER:
21      Q. Are you familiar with this document?
22      A. I am.
23      Q. And what is this document?
24      A. A list of all PPE orders.
25      Q. And who prepared this document?

510

1  organize data.
2      Q. Did you hire that contractor just for purposes
3  of this spreadsheet?
4      A. That's correct.
5      Q. And what does it mean to be familiar with
6  organizing data?
7      A. This is a lot of data coming from a lot of
8  places, so to put them into a spreadsheet and compiling
9  it is no easy task.  So it takes a lot of man hours to
10  do that.  So I don't know what it entails individually,
11  but we give him all the data and he merges it all in
12  into a single spreadsheet.
13      Q. I do want to just note for the record I don't
14  think I clearly identified this exhibit.  This is
15  Zaappaaz Exhibit 57.
16      (Zaappaaz Deposition Exhibit Number 57 was
17  marked for identification.)
18      BY MS. SCHAEFER:
19      Q. And it's the spreadsheet's Bates number
20  Zaappaaz 0020596.  So did anyone else help with this
21  spreadsheet?
22      A. No.
23      Q. So it was just Priyank and this expert in --
24      A. Andrei is the name, A-N-D-R-E-I.
25      Q. Andrei.  And is Andrei in the United States?

3 (Pages 507 to 510)

FTC v. Zaappaaz, LLC, et al.                                        12/14/2021

---

511

1    A. He is in the Philippines.
2    Q. How did you find Andrei?
3    A. Through subcontract websites. He was not hired
4    specifically for this sheet. He's done work maybe here
5    and there. So I just wanted to clarify that.
6    Q. Does this spreadsheet contain all the -- and I
7    also just wanted to mention that we will be using the
8    definition of covered products, as we've done before,
9    that is identified in the 30(b)(6) notice.
10   So does this encompass all the covered product
11   sales that Zaappaaz made between March 2020 and
12   December 2020?
13   A. Correct.
14   Q. Does it only contain data related to covered
15   products?
16   A. I believe so, correct.
17   Q. Does it contain all refunds to consumers
18   related to the sale of covered products?
19   A. I won't say all of them, but as much as we
20   could compile and bring into this, yes.
21   Q. Why wouldn't it contain all of it?
22   A. This sheet contains our back end, which is our
23   database. It contains FedEx data, UPS data, these are
24   all independent data. So you are getting, I'll assume,
25   probably 15 sheets were taken and merged into this. We

---

512

1    had multiple processors that we had to compile data
2    from. We had multiple online processors such as
3    Paypal. We had Stripe. We had Braintree, which we had
4    compiled and tracked data from and we had to merge it
5    into this. So we did the best we could in terms of
6    merging all that data into it. Our system does not
7    track refunds or at this time it did not have a
8    functional aspect to track refunds.
9    Q. And so in order to track them, did you have to
10   bring in all this information from these different
11   platforms you just identified?
12   A. Correct.
13   Q. And do you track refunds now?
14   A. We do.
15   Q. And how do you -- when did you start tracking
16   them?
17   A. About two months ago.
18   Q. How do you track them?
19   A. Directly with processors.
20   Q. What was that?
21   A. We connect everything with these processors.
22   Q. What does it mean to connect directly with the
23   processors?
24   A. We have an open communication with them.
25   Before we were manually doing this, but now we have an

---

513

1    open communication. If a refund is done, it also gets
2    logged in our back end.
3    Q. Okay. And when you talk about refunds, are you
4    encompassing chargebacks in refunds or are you talking
5    about refunds as being distinct from chargebacks?
6    A. There's refunds, there's chargebacks, there's
7    fraudulent which is kind of a sub category of
8    chargebacks. Product not satisfied is a sub category
9    of chargebacks, but all that entails into refund and
10   chargebacks.
11   Q. So you said there's refunds, chargebacks,
12   fraudulent chargebacks and what was the last one?
13   A. I'm just trying to tell you chargebacks has
14   multiple sub categories in that. I think you might
15   find that in the sheet.
16   Q. But my question is really just about are you
17   saying that a chargeback is considered different than a
18   fraudulent chargeback?
19   A. Absolutely. Well, I mean, a chargeback is a
20   general definition of what it is, meaning a customer
21   had some issue with the order. Now, it could be that
22   someone used his card and he was not knowingly known
23   about the purchasing. That's considered a fraudulent
24   chargeback. Product not satisfactory, they received a
25   product that they were not satisfied of. That's a

---

514

1    chargeback. So there's multiple definitions of a
2    chargeback.
3    Q. So I guess what you are saying is there's the
4    definition of the chargeback and then various reasons
5    why one would occur?
6    A. Correct.
7    Q. And my question is so just in terms of the
8    broader category of chargebacks that encompass all the
9    other specific reasons for the chargeback, when you
10   talk about refunds and that you didn't track them at
11   first and then you said now you do, are you
12   encompassing chargebacks within that category?
13   A. No.
14   Q. So do you track chargebacks now?
15   A. We do.
16   Q. And when did you start tracking chargebacks?
17   A. About maybe three months ago.
18   Q. Prior to that, you did not track --
19   A. Clarify. We always tracked chargebacks. We
20   just didn't have a way to automate it where it was
21   logged into our back end. But now within the last
22   three months, we now are able to log it into our back
23   end.
24   Q. I see. And so how would you track chargebacks
25   before you actually put them in the back end?

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

515

1    A. There would be notifications that there's a
2  chargeback on an order.
3    Q. Were those e-mails stored in any places?
4    A. I mean, they would send an automated e-mail.
5    Q. How would you track refunds before you started
6  logging them?
7    A. We didn't track them. We just refunded.
8    Q. How do you know that all of the orders in this
9  chart are orders related to Zaappaaz and not one of
10 your other companies that sold PPE?
11   A. This is from Zaappaaz's database. Zaappaaz's
12 shared database.
13   Q. So I'm just going to click on the reference
14 sheet here and ask you to tell me what the source files
15 are, just one by one. Let's start with the top one.
16 What is all PPE orders March 20th through December 20th
17 latest?
18   A. All PPE orders for March 20th through
19 December 20th.
20   Q. What does that represent, that source file?
21 Was in that file?
22   A. All PPE orders.
23   Q. And what information?
24   A. I'm sorry, I don't understand what you are
25 asking.

516

1    Q. What information is in this document, in this
2  source file?
3    A. This is pretty much all the data I have of
4  customers on that specific order.
5    Q. And is that information that's maintained in
6  the normal course of business?
7    A. Maintained, no. I mean, like I told you, it's
8  coming from seven different sources.
9    Q. I'm talking about -- there's seven sources
10 here. I'm just talking about this first one.
11   A. Yeah, the one we are looking at now is a
12 compilation of those seven sources. They are compiled
13 into a single sheet to be viewed and analyzed. This is
14 not what comes out of my database.
15   Q. So this first one here, this file, which is a
16 source file, is different than the main spreadsheet; is
17 that right?
18   A. I don't know what you mean by main spreadsheet.
19   Q. Okay. So I'm talking about, here I'm on the
20 reference tab and the first, do you see --
21   A. It hasn't switched. If you can switch? I
22 still see the same tab.
23   Q. Really?
24     MR. BLANCHARD: We still see the spreadsheet.
25 There it is.

517

1      MS. SCHAEFER: Do you see that now?
2      MR. BLANCHARD: Yep.
3      BY MS. SCHAEFER:
4    Q. So sorry, that might be what created the
5  confusion. So here you see the source files; is that
6  right?
7    A. Correct.
8    Q. And what are these files?
9    A. I explained number 2 already. Number 3 --
10   Q. What was number 2?
11   A. All PPE orders from the 20th of March to
12 December 20th -- I mean, December 2020.
13   Q. It says latest?
14   A. Correct.
15   Q. And so is this the source file for columns A to
16 Y and EL to ET?
17   A. Correct.
18   Q. And then you have this next file which are
19 source files; is that right?
20   A. Correct.
21   Q. And that provides a source for columns EV to
22 FT?
23   A. Correct.
24   Q. And then we have this all PPE orders March 20th
25 through December 20th, all total disputes?

518

1    A. Correct.
2    Q. And does that provide the source of information
3  for columns FV to GA?
4    A. Correct.
5    Q. And then for the next, the Fed Ex full report,
6  is that the source for columns AT to EJ?
7    A. Correct.
8    Q. And then source file 905350633 is the source
9  file for columns AT to EJ; is that correct?
10   A. Correct.
11   Q. And then we have 951124010, is that the source
12 file for also columns AT to EJ?
13   A. Correct.
14   Q. And then we have V6225Y, is that the source
15 document for AT to EJ?
16   A. Correct.
17   Q. Do you know whether this V6225Y, is that a UPS
18 document?
19   A. I believe so, yes.
20   Q. And then Paypal dispute is the source, that
21 file source for columns GC to GH?
22   A. Right.
23   Q. So now I want to go through these source files
24 and ask you the following questions. So the first one
25 that provides the source for these columns AY and EL to

5 (Pages 515 to 518)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                12/14/2021

519

1    ET, is the information in there information that you
2    maintain in the normal course of business?
3         MR. BLANCHARD:  Objection to form.
4         You can answer.
5         THE WITNESS:  A to Y?
6         BY MS. SCHAEFER:
7    Q.  A to Y and EL to ET, you are saying this file
8    provided the source of information.  And I'm wondering
9    if the information in this source file is kind of
10   information that is maintained by your business?
11   A.  A to Y is correct, yes, we do pull that data.
12   Q.  And where do you maintain it?
13   A.  In our database.
14   Q.  Who enters that information into the database?
15   A.  It's not entered.  It's automated.
16   Q.  Does it come from directly from website orders?
17   A.  It comes from directly from third-party
18   vendors.
19   Q.  What third-party vendors?
20   A.  Fed Ex, I don't know, whatever the data you are
21   referring to.  If a customer is inputting their
22   shipping and billing information, it comes from them
23   and it just gets stored in our database.
24   Q.  And what about the actual order information,
25   the date, the amount, the product?

520

1    A.  Yeah, same thing.  Correct, it just takes a
2    snapshot of when they place the order and imposes it
3    into our database.
4    Q.  And now let's talk about the dispute source
5    files.  Is the information in those files the type of
6    information that you maintain in Zaappaaz's business?
7         MR. BLANCHARD:  Objection to form.
8         THE WITNESS:  We do not.
9         BY MS. SCHAEFER:
10   Q.  So where did you get that information from?
11   A.  From their respective websites, Braintree.com,
12   Stripe.com, Paypal.com, their relative sites are our
13   processors.
14   Q.  Who accesses that information?
15   A.  In some cases a processor themselves.  We
16   e-mail them and they provide us the data.
17   Q.  But for purposes of this source file and
18   providing information for the master chart, and I'm
19   referring to the master chart as this chart 002059 --
20   A.  Right.  Provided by the vendors.
21   Q.  Provided by the vendors.  And for these
22   particular source files that you produced to us as a
23   basis for the information in the chart, who generated
24   those spreadsheets?  Was it Priyank?
25   A.  I believe I generated the spreadsheets or I

521

1    believe from Stripe I generated.  From Braintree the
2    processor that sells e-mailed them to me.  So, yes.
3    Q.  What about this next category, all PPE orders
4    March 20th through December 20th?
5    A.  Correct.
6    Q.  And is the information -- and that's the source
7    of columns FV to GA?
8    A.  Correct.
9    Q.  Is the information in that file information you
10   generally maintain?
11   A.  No, we do not.
12   Q.  So where did you get that information?
13   A.  Probably another processor.
14   Q.  And do you know how the information -- well --
15   A.  The FV to GA, I want to say this is data that's
16   manually inputted into our back end.
17   Q.  Who manually --
18   A.  CSRs.  So I think we use this sheet with our
19   sheet to cross-reference to make sure there's no
20   duplicates.  So that's why it's all there.  Say if we
21   do lose a dispute or if there's a refund on the
22   dispute, they'll manually put it into our back end, and
23   that's what's being pulled from here.
24   Q.  Let's go to the Fed Ex full report.  Is that
25   information that you maintain?

522

1    A.  No, we do not.
2    Q.  And who maintains that information?
3    A.  FedEx.com.
4    Q.  And who pulled the information?
5    A.  I think I had one of my CSRs pull it.
6    Q.  And do you know have access to FedEx databases that
7    allow you to pull this information?
8    A.  It's normal practice.  FedEx.com, you log into
9    your account and then you basically put a date range
10   and have them extract the data from there.
11   Q.  I have the same question about going back up to
12   the six disputes.  Are you able to -- I know you talked
13   about this a little bit, but I'm trying to clarify, are
14   you able to access that information through their
15   platforms?
16   A.  Stripe we can.  Braintree we cannot.  The
17   accounts are closed.  Amazon we cannot.  So Amazon,
18   again, is not something that we have access to, nor
19   those disputes are into this since we don't have the
20   account for it.  But some items we don't have access
21   to.  We have to go through some representative.
22   Q.  Well, I guess, so here it says dispute six.
23   What's the six mean?
24   A.  It's from six different files.
25   Q.  Six different files.  Not six different

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Zaappaaz, LLC, et al.                                   12/14/2021

523

1   processors?
2       A. Could be. I'm not sure. If you want to open
3   up the files, I'm more than happy to give you my guess
4   on it, but I don't know what the six means.
5       Q. We'll open those files later on. Do you know
6   what payment processors, the dispute information would
7   come from, though?
8       A. Everyone we get processing from. We get
9   Braintree. Before Braintree, we had Empire Payment
10  Tech, I believe, was our other processor, which is
11  Fiserv. We have Stripe and then we have Paypal.
12      Q. Are you saying that you have access to Stripe,
13  and what about Fiserv? Does this include information
14  from Fiserv?
15      A. I do not have -- yes, it does.
16      Q. And you have information from Paypal, which is
17  Paypal dispute in red?
18      A. Correct.
19      Q. And you said it does not include information
20  from Amazon because you weren't able to get it anymore?
21      A. Correct.
22      Q. And Braintree you were able to get it, but
23  because you asked for it. Not because you could access
24  any platform?
25      A. Correct.

524

1       Q. So let's just go back up to file 905350633.
2   And that's the source for AT to EJ. Is that
3   information that's retained in the normal course?
4       A. No.
5       Q. And what information is that?
6       A. Same thing I believe as Fed Ex full report.
7   Just a different account.
8       Q. And account is 905350633?
9       A. I don't know what account it is. It's just a
10  shipping account.
11      Q. Well, I can tell you it's My Speed Limited.
12      A. Correct, the Chinese account.
13      Q. What is My Speed Limited?
14      A. The Chinese shipper out of China.
15      Q. And who owns that company? What individual?
16      A. Chandler.
17      Q. What is his last name?
18      A. I don't know what his real last name is, but
19  Liu, L-I-U.
20      Q. And he was one of your suppliers that you had
21  the relationship with?
22      A. Correct.
23      Q. And is the information in that file information
24  you maintain in the normal course?
25      A. I do not.

525

1       Q. And so how did you access that information?
2       A. He provided it to me.
3       Q. And then the next source file is 951124010.
4   And that account number, do you know what it
5   represents?
6       A. No.
7       Q. I do. And it's -- I'm not going to pronounce
8   this. GZ Hishuang E-business Company, Limited?
9       A. I think it's also a Chandler company.
10      Q. But you are not sure?
11      A. I would say probably 90 percent. I can assure
12  you that it's maintained by Chandler. I don't know the
13  relevance to the company, but, yes.
14      Q. Do you have access to those records?
15      A. I do not.
16      Q. How did you generate the spreadsheet?
17      A. Requested it from Chandler.
18      Q. And then the next one is V6225Y. What is that
19  account?
20      A. I believe it's the same thing, Chandler's
21  accounts requested by -- sent by the Chinese team as
22  well. We don't maintain it.
23      Q. So is V6225Y not a UPS account?
24      A. It is.
25      Q. Is it one of the Chinese suppliers' UPS

526

1   account?
2       A. I believe so.
3       Q. And then we have the Paypal dispute source
4   file. Where did you get that information?
5       A. Paypal.com.
6       Q. Did you have access to that?
7       A. I did.
8       Q. And is that information you maintain in the
9   normal course?
10      A. We do not.
11      Q. So let's start by going through columns A
12  through Y. So what is column A? Is column A an order
13  ID?
14      A. Correct.
15      Q. And then you have column B, the date of the
16  order?
17      A. Correct.
18      Q. And you have the column C, the product name,
19  and then the SKU is column D. Let's go over to
20  production days. Tell me, what does this represent?
21      A. Which column you at?
22      Q. I'm in column G.
23      A. Okay.
24      Q. So what does column G represent?
25      A. How long it takes for production.

7 (Pages 523 to 526)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                12/14/2021

527

1    Q. Why would covered products have production
2    days?
3    A. Packaging, shipping, whatever it may be
4    required.
5    Q. So that goes into production days?
6    A. Correct.
7    Q. And how do you determine what the production
8    days are?
9    A. Based on our feedback from our warehouse or the
10   Chinese vendors.
11   Q. How do weekends affect this?
12   A. Production days does not count. It only counts
13   business days.
14   Q. What about holidays?
15   A. Does not count holidays. It goes off of U.S.
16   metrics or U.S. standards.
17   Q. Why would the same product have different
18   production days? Would it be because it would depend
19   on packaging?
20   A. Volume of orders, variants of packaging. I
21   mean, it's fluctuating in number of orders,
22   availability of how many workers were working at that
23   time, et cetera. So we changed it by the feedbacks
24   that we received.
25   Q. And in terms of changing it, do you change

528

1    that -- is it code that changes it?
2    A. We can change it, yes.
3    Q. And do your developers do that work? I'm
4    assuming it's technical work?
5    A. Correct.
6    Q. Does Priyank do that work for you?
7    A. That is correct.
8    Q. Let's go to shipping days. What does this
9    represent?
10   A. How long it takes to ship after it's been
11   delivered -- I mean, after the production days are
12   done.
13   Q. So it's how many days it will take to get to
14   the consumer?
15   A. Correct.
16   Q. How do weekends affect this?
17   A. Same thing. Business days only.
18   Q. Do products not ship Saturdays and Sundays?
19   A. They don't get delivered Saturdays and Sundays
20   and, yes, they do not ship Saturday and Sunday either.
21   Q. Do holidays affect shipping days?
22   A. Absolutely.
23   Q. How do they affect it?
24   A. They don't ship or they don't get packed.
25   Q. So if there are zero production days, let's

529

1    say, for something, and then it says one shipping day,
2    can one assume that the package was supposed to be
3    shipped the same day?
4    A. Next business day.
5    Q. What if it was zero production days and let's
6    say three shipping days?
7    A. Three business days, following the next
8    business day.
9    Q. What would that mean?
10   A. Three business days following the next business
11   day. That's your first business day.
12   Q. Can you explain that to me? I don't
13   understand. So three days following?
14   A. Yeah, so if you place an order today, your
15   first business day is tomorrow. So it would go out
16   tomorrow.
17   Q. So if it's still -- it's next-day shipping.
18   Let's say zero days, that's my question. Zero days
19   production, three days shipping, you are saying it
20   would go out the next business day?
21   A. Correct.
22   Q. What about if it was zero production and five
23   shipping days?
24   A. Same analogy. It would ship out the next day
25   and be delivered in five business days.

530

1    Q. It's still going to be shipped the next day.
2    It's just going to take longer for delivery?
3    A. Correct.
4    Q. Presumably is it because of the price people
5    paid for shipping?
6    A. Well, I mean, I don't think majority of them
7    pay for shipping unless it's a one-day. But the two
8    days, and I don't know what metric it is, so we have
9    scanners for a free shipping metric.
10   Q. For all orders?
11   A. For all orders there is a free shipping option,
12   I believe so, yes.
13   Q. So do the days, the amount of days depend on,
14   you know, the logistics, the circumstances at issue in
15   terms of products and what you have and what you don't
16   have?
17   A. Sure. I mean, when I'm anticipating inventory
18   and addressing production days and shipping days which
19   calculates to our delivery day.
20   MR. BLANCHARD: Michelle, can we take a quick
21   break.
22   MS. SCHAEFER: Sure.
23   (A recess was taken.)
24   BY MS. SCHAEFER:
25   Q. So I have a question. If someone orders a

8 (Pages 527 to 530)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

---

531

1  product on a Friday night after 6:00, when would that
2  product ship?
3      A.  Monday.
4      Q.  And would the website not allow anyone to
5  choose an earlier delivery date?
6      A.  I don't think so.
7      Q.  In other words, does the system adjust so that
8  orders will not be shipped during the weekend?
9      A.  Yeah, it will not show the weekend as a
10 delivery date, correct.
11     Q.  What is shipping price in column I?
12     A.  If they pay for a shipping price, upgraded the
13 shipping.
14     Q.  And now column J, what is delivery date?
15     A.  What we propose that the customer receive the
16 product at based on production plus shipping equated to
17 delivery date.
18     Q.  So production days plus shipping days gives you
19 delivery date?
20     A.  Correct.
21     Q.  In some instances, though, when you add
22 production days and shipping days, it doesn't equal
23 delivery date.  Do you know why that would be?
24     A.  If you could give me an example, I could
25 explain maybe.

---

532

1      Q.  So here we have an order for a no-contact
2  infrared thermometer.  So it was ordered on April 17th,
3  and you have three production days, four shipping days,
4  which should get you to the 24th, but then it gets you
5  to the 29th.  So I'm just asking why would it be -- why
6  that delivery date?  Wouldn't it be seven days from
7  April 17th?
8      A.  Let me look.
9      Q.  I'm sorry, did you answer?  I didn't hear you
10 answer.
11     A.  No, not yet.  One second.
12     Q.  Okay.
13     A.  What should the date be?  What are you
14 referencing?
15     Q.  My question, is you said that usually the
16 formula is you add -- take the original order date.
17 You take production plus shipping gets you to delivery;
18 is that right?
19     A.  Correct.
20     Q.  But in some instances I have noticed that there
21 is a lot of orders where production plus shipping
22 doesn't equal delivery.  There is additional days in
23 there.  And so I'm wondering what would account for
24 those additional days?
25     A.  I don't think this example entails that.  The

---

533

1  17th was a Friday, from what I can tell, shipped out on
2  Monday, and the 29th should have been the delivery
3  date, according to a seven-day turnaround.
4      Q.  So are you saying that there sometimes it might
5  be different?  The delivery date might not be a sum of
6  production and shipping because of the weekend issue or
7  the holiday issues?
8      MR. BLANCHARD:  Objection.  Misstates
9  testimony.
10     THE WITNESS:  No.  I think I have answered
11 that.  We didn't count -- shipping and production does
12 not count weekends nor holidays.
13     BY MS. SCHAEFER:
14     Q.  What other reasons would account for the fact
15 that production plus shipping doesn't get you to
16 delivery date?
17     MR. BLANCHARD:  Objection.  Assumes facts not
18 in evidence.
19     THE WITNESS:  If you give me a reference, I can
20 tell you.  I don't know.  I don't know what you are
21 referring to.  This one does not say that.
22     BY MS. SCHAEFER:
23     Q.  I'm just saying this one shows that it was
24 ordered on the 17th.  Production plus shipping is the
25 7th.  You said that you add that to get you to the

---

534

1  delivery date of April 24th, but you are noting that
2  this is a weekend order or this --
3      A.  The 24th, that's a total of seven business
4  days.
5      Q.  Right.  And then the delivery date was the
6  29th.
7      A.  Correct.  So the 29th would be the seventh or
8  the eighth business day, correct.
9      MR. BLANCHARD:  She said start logging on,
10 Michelle.
11     MS. SCHAEFER:  She said to log on now?
12     MR. BLANCHARD:  She just sent a link.
13     MS. SCHAEFER:  So we have to go before the
14 Court for a quick hearing.
15     (Pause in the proceedings.)
16     BY MS. SCHAEFER:
17     Q.  I just wanted to, we were walking through this
18 order I had highlighted when I was talking about
19 production plus shipping days.  And so what day of the
20 week is the 17th?
21     A.  I believe it's a Friday.
22     Q.  It is a Friday?
23     A.  I believe so, yeah.
24     MR. BLANCHARD:  I checked, Michelle.  It is.
25     BY MS. SCHAEFER:

---

9 (Pages 531 to 534)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

535

1    Q. So it's a Friday. So then it's seven business
2    days, and it would go out Monday?
3    A. Correct.
4    Q. So it would go out the 19th, and then the 19th
5    plus seven is the 26th, isn't it?
6    A. There's also weekends in there.
7    MS. COLLESANO: Monday is the 20th.
8    BY MS. SCHAEFER:
9    Q. Monday is the 20th. Sorry. I think I'm
10   confusing myself. So you order it on a Friday, okay.
11   This is a Friday. Production plus shipping is seven
12   days. Because it's a Friday, when is it going to go
13   out? What day? April what?
14   A. Monday, the 20th.
15   Q. And then you add seven days to that, which
16   is --
17   A. No, you add five days to that. There's five
18   weekdays and then there's a Saturday/Sunday that comes
19   in again.
20   Q. Okay. So here we have, let's go to columns K
21   through T. Does that represent the customer
22   information, the name and address, where they live?
23   A. Correct. I don't know if they live there, but,
24   yes.
25   Q. Some address associated with them.

536

1    A. Um-hum.
2    Q. Okay. And then what is column U?
3    A. I believe that's the total that they paid.
4    Q. And then what is column V?
5    A. The carrier.
6    Q. And what about, why would there be carrier 2
7    and carrier 3?
8    A. If multiple packages are shipped.
9    Q. What's in column Y?
10   A. Tracking.
11   Q. How is column Y different than column AT?
12   A. Column AT, they are not different. It's just
13   separated so you could easily look at it. There's
14   multiple trackings in column Y separated by a column.
15   And it's just split up for you.
16   Q. Okay. So now let's look at columns AT through
17   EJ. So where did the information -- well, the
18   information in these columns you already said, I'm
19   going to reference, came from the source files in
20   purple; is that right?
21   A. Correct.
22   Q. And to the extent there are blanks, why would
23   there be blanks?
24   A. There are blanks?
25   Q. Like some orders just don't have order

537

1    information. So for example, if you look at row 13,
2    there's nothing in there. If you look at row 25,
3    there's nothing in there. In other words, certain
4    orders have no tracking information associated with
5    them. What would account for those blanks?
6    A. I'll try to see if I can decide without
7    Priyank.
8    MR. BLANCHARD: Which row do you want to talk
9    about?
10   BY MS. SCHAEFER:
11   Q. I'm just wondering in general. No specific
12   row. I want to know what would account for the fact
13   that some orders have no tracking information. And if
14   you don't know, you can say you don't know.
15   A. I would say I don't know, but I do see a
16   tracking for row number 13. Yeah, it's probably
17   because there's two different products. If you look at
18   row 13 and row number 12, I think it's the same order.
19   Yeah, so it's that order number 12, that's why.
20   Q. Would that account for all the other blanks?
21   Are those blanks created because of multiple orders?
22   A. Could be. I mean, that's probably one
23   scenario, but, yeah, could be that.
24   Q. What are all the scenarios that could account
25   for that?

538

1    A. I don't know. I don't know.
2    MR. BLANCHARD: Michelle, may I comment on
3    something that I think would be helpful. If you look
4    at 27 and 28, those are the same two order numbers as
5    well. And so --
6    BY MS. SCHAEFER:
7    Q. Okay. So I'm wondering why -- you see these
8    categories under tracking, cancel order, issued refund,
9    cancelled order, issued refund, cancel issue refund,
10   cancelled, issued refund. Why are those categories
11   under tracking?
12   A. Which column?
13   Q. Do you not see the drop-down?
14   A. Yeah, the screen is a little far.
15   Q. Go to column AT and then hit the drop-down and
16   scroll all the way to the very bottom. You'll see --
17   you'll start seeing categories that say cancel order,
18   issued refund. Cancel.
19   A. In column Alpha Tom, AT?
20   Q. Yes.
21   A. I don't see any of that.
22   Q. Look at my screen.
23   A. If you could filter, Michelle, I mean, maybe
24   there's like two or three of them.
25   Q. I mean, I don't even have to filter because all

10 (Pages 535 to 538)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

539

1   I do is I hit the drop-down menu and I scroll all the
2   way to the bottom and they are all there.  Do you not
3   see the drop-down menu?
4         MR. BLANCHARD:  We see it.
5         BY MS. SCHAEFER:
6         Q.  If you have your computer, you can do exactly
7   that.
8         A.  On AT?
9         Q.  AT.  Are you looking at 0020596?
10        A.  Yeah.
11        MR. BLANCHARD:  We both are, and I can't get it
12  on my laptop either, Michelle.
13        BY MS. SCHAEFER:
14        Q.  What is column AT on your spreadsheet?
15        A.  Tracking 1-9133.
16        Q.  91333?
17        A.  Correct.
18        Q.  Yep, that's what I'm looking at.  Is the first
19  order number tracking number 445115198780?
20        A.  Correct.
21        Q.  And when you hit the drop-down menu --
22        A.  I mean, I'm trying to look for the filter
23  setting on this.  I don't have it filtered.  I think
24  you are filtering it.
25        Q.  I am.  Well, I filtered all the columns.

540

1         A.  That's what I'm trying to do right now.  All
2   right, AT.
3         Q.  What are you looking at?
4         A.  I'm going to give you the answers to what those
5   are.
6         Q.  Do you see them now?
7         A.  Yeah, I see them.  There's not that many, but,
8   yeah.
9         Q.  I'm just wondering why are these categories
10  under tracking?
11        A.  So these datas are shipped from software using
12  Shipping Easy, so we can classify these datas through
13  Shipping Easy.  So that's probably where the data is
14  coming from.
15        Q.  So did you track refunds on Shipping Easy even
16  though you didn't track it on your back end system?
17        A.  Not refunds, but like if a label is created on
18  Shipping Easy and we need to cancel that label, we
19  would just select a category and call it cancelled.
20        Q.  And did you start using that system right when
21  you got Shipping Easy?
22        A.  That's correct.
23        Q.  Okay.
24        A.  From my count, I think it's about 20 orders
25  that are in that category.

541

1         Q.  And those would be coming from Ship Easy or the
2   label would have been printed from Shipping Easy and it
3   would have been -- or the label would have been printed
4   from Shipping Easy; is that right?
5         A.  There's a lot more orders from Shipping Easy.
6   I'm saying that those categories such as Freight Fed
7   Ex, Drop Ship, Cancelled, Issue Refunds, those last
8   maybe 10 categories that you see on that filter,
9   there's about 20 orders all together.
10        Q.  Okay.  And those would be from Shipping Easy?
11        A.  Correct, yeah.  We don't track those -- I mean,
12  we cancel the order or we say it's been drop shipped
13  and the customer came and picked it up or whatever it
14  may be.
15        Q.  But then you don't track it on your back end?
16        A.  I mean, not automated.  If the customer service
17  fulfills his job, then, yes, he should notate it at the
18  back end.
19        Q.  Now because of your new policy?
20        A.  No, before.  Our new policy will actually
21  notate it automatically.
22        Q.  I see.  And before it wasn't automated, which
23  created the problem or which you didn't track it?
24        A.  I mean, it didn't create a problem.  We just
25  didn't track it.

542

1         Q.  I'm wondering, tell me what the differences
2   are -- what does drop ship mean?
3         A.  A customer basically or a drop ship actually
4   means if you order a product and we have another vendor
5   drop it directly to your house, it doesn't come through
6   us.  We called one of our partners to ship it to you
7   directly.
8         Q.  Like your Chinese suppliers?
9         A.  That could be considered drop ship, yeah, or I
10  could place an order on Amazon and have it shipped
11  directly to you.  That's considered drop ship.
12        Q.  What if it goes from your warehouse, what is
13  that considered?
14        A.  Shipping.
15        Q.  But that's not drop shipping?
16        A.  No.
17        Q.  What is DS?
18        A.  Probably another definition for drop ship.
19        Q.  What is Freight Fed Ex?
20        A.  Freight is what goes on pallet.  So if someone
21  orders 100 sanitizers, we can't ship it on a standard
22  box.  You have to palletize it and ship it.
23        Q.  And what about freight ship?
24        A.  Same thing.
25        Q.  And just so you know, when I filter on blank,

11 (Pages 539 to 542)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

543

1  there's about 44,898 tracking -- well, I can do it now.
2  So I'm filtering for all the blanks.  And you can take
3  a look, but do you still believe based on this filter
4  that blanks are caused when there's multiple orders?
5      A.  What are you filtering?  Which column?
6      Q.  So I did AT by blank, and those are all the
7  ones you -- all the orders you don't have tracking
8  order information for.
9      A.  Yeah, that's not necessarily true.  I mean, you
10  have tracking in Y.  It's probably going into shipping
11  2 or shipping 3 column.  You see on column Y, there is
12  tracking for some of the orders.
13     Q.  Okay.
14     A.  You filter those out and then, yes, maybe the
15  other ones are probably duplicates.
16     Q.  Okay.  I did the drop-down menu again, and the
17  very first tracking has a 1ZZ in front of it.  Do you
18  see that?
19     A.  Um-hum.
20     Q.  So what does the ZZ mean?  What does that mean?
21     A.  That's not my tracking.  That's UPS tracking.
22     Q.  So you don't know what those letters mean?
23     A.  No.
24     Q.  I want to go through an example of something.
25  So I highlighted this order.  So this order looks like

544

1  reusable cloth mask.  There's no tracking -- all right.
2  Never mind.  Okay.  Let's go to AU.  So AU, what does
3  this information represent?  What is shipping date?
4      A.  When we ship the goods.
5      Q.  And is that, when you ship the goods, is it
6  when you put it in the hands of the shipper?
7      A.  That is correct.  This is data that's, I
8  believe, coming from FedEx.
9      Q.  And what does it mean to put it into the hands
10  of the shipper according to you?
11     A.  According to us, when they scan it.
12     Q.  When you create a label, does that constitute a
13  shipping date?
14     A.  I don't think so.
15     Q.  So there's also blanks here under shipping
16  date.  And what would account for the blanks for
17  shipping date?
18     A.  Can you give me an example and I can give you a
19  reference?
20     Q.  I mean for example, look at row 10.
21     A.  Okay.
22     Q.  There is no shipping date.
23     A.  Can I get the last two digits of the tracking
24  number?
25     Q.  The last two, 80.

545

1      A.  What is it?
2      Q.  The last two --
3      A.  80?
4      Q.  Yeah.
5      A.  All I did is just searched the tracking.  It
6  says "No record of this tracking number to be found at
7  this time."
8      Q.  Where do you see that?
9      A.  I just searched the tracking number on Google.
10     Q.  Okay.  And so is that to a certain extent what
11  you had to do to find certain shipping dates?
12     A.  Yeah, that's exactly what we do.  Well, I mean,
13  this data is coming from FedEx.  So no, we didn't have
14  to do it for this data.  So for some of the other stuff
15  to find delivery dates, delivery times, we have to
16  manually go in.  There's no other way that I know of.
17     Q.  But if it came from FedEx, why wouldn't it have
18  a shipping date?
19     A.  I have no idea.  Well, I'm searching for FedEx,
20  that tracking number is showing no data on that
21  tracking.  So I don't know why it would not have it,
22  but that's a FedEx question you would probably need to
23  ask.
24     Q.  But to the extent there are blanks here, do you
25  have -- are there any records that you have that would

546

1  be able to fill this information in?
2      A.  No records that we have.  I mean, we could
3  Google it and see what data pulls up, and that's all we
4  can do.
5      Q.  Let's go to shipment delivery date.  What's
6  that date represent?
7      A.  That's when FedEx delivered the goods.
8      Q.  And what would account for the blanks there?
9      A.  The previous blanks, which is the shipping
10  date.  I guess maybe there's no data that FedEx has for
11  that.
12     Q.  So there are 19 tracking sections in this
13  section.  Why 19?
14     A.  Sometimes you can't fit 19 products in one box,
15  so you have to create 19 different labels, and each
16  label will have a tracking number.
17     Q.  And how did you keep track of multiple orders
18  being delivered through several different trackings?
19     A.  Say that again, I'm sorry.
20     Q.  How would you keep track of multiple orders
21  delivered to one customer?
22     A.  By the tracking numbers, I guess.
23     Q.  Did there ever come a time between March and
24  now when you lost track of the multiple orders going to
25  one customer?

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

547

1      A. If we lost count?
2      Q. Lost track.
3      A. I don't know what you mean by lost track.
4      Q. In other words, didn't know what -- when
5  customers ordered various products and it required
6  various shipments, were there times where you lost
7  track of the different packages, lost track of what
8  packages were going to the consumer?
9      MR. BLANCHARD: Objection.
10     THE WITNESS: Maybe you need to clarify that.
11 I'm still not understanding what you are asking.
12     BY MS. SCHAEFER:
13     Q. Did the fact that customers ordered multiple
14 shipments create problems for you?
15     A. No.
16     Q. Is there any significance to the color coding
17 within the tracking part of the chart, all the
18 different colors?
19     A. Just to view it easily, I guess.
20     Q. It doesn't have anything to do with the
21 underlying source documents?
22     A. No.
23     Q. So now let's look at column EL through ET.
24 Let's start with column EL. What does information in
25 here reflect? What is a tracking date?

548

1      A. I think the date the order got placed, I would
2  assume.
3      Q. Okay. Now, what is EM?
4      A. EM is the payment type that the customer used.
5      Q. Okay. And I have a question about purchase
6  orders. How do purchase orders differ from, for
7  example, a credit card order?
8      A. Are you familiar with the purchase order
9  process?
10     Q. No.
11     A. A purchase order is a customer sends an
12 official document stating they will purchase five
13 masks and they'll give us an official document with a
14 company header on it saying they are going to purchase
15 five masks. They are assuming that we'll accept the
16 purchase order and we will go ahead and ship the goods
17 out and they will pay us on a net 30, net 60 or net 90
18 terms. During this time period, we did not accept
19 purchase orders unless it was a customer that we knew
20 of, but we didn't accept any purchase orders. It was
21 upfront payment or they had to send a check in before
22 we processed the order.
23     Q. So what percentage of sales would you say were
24 through purchase orders between, I don't know, March
25 and December?

549

1      A. 3 percent.
2      Q. Three, 03?
3      A. Three percent, yeah.
4      Q. Let's go to EN. So what does this represent?
5      A. This is a refund amount that is actually
6  inputted into our back end by the CSRs manually.
7      Q. I thought you said earlier that now it's
8  tracked automatically?
9      A. Correct.
10     Q. Previously, starting in March 2020 when you
11 started selling covered product, they would do it
12 manually, presumably?
13     A. Correct.
14     Q. And does this category here, refund amount, in
15 this section of the chart, include chargeback from
16 credit card companies?
17     A. No. It could. I mean, if they manually
18 inputted in there, but I don't think that was the
19 policy.
20     Q. So was the policy to manually input refunds
21 coming from your account, Zaappaaz accounts?
22     A. If a customer called and said I don't want a
23 product anymore, refund me $500, that's something a CSR
24 would be able to input right there. It's not something
25 they would have to go research on another platform.

550

1      Q. My question is where do the refunds get drawn
2  from? Is it Zaappaaz's bank account?
3      A. Or my reserves. I mean, probably not my bank
4  account, but my reserves.
5      Q. How are the reserves different than chargeback?
6      A. I don't know what that question means.
7      Q. So where do -- I'm sorry. So you might draw
8  the refunds from your reserves; is that right?
9      MR. BLANCHARD: Objection. Form.
10     BY MS. SCHAEFER:
11     Q. And then when there's a chargeback, where does
12 that money get drawn from?
13     A. Let's say today we did a business of $1,000,
14 all right, and there's a chargeback for $100. They'll
15 take it out of the $1,000 that we did of our business
16 for today. That's what I mean as reserves.
17     Q. So my question is refunds get drawn from
18 reserves; is that right?
19     MR. BLANCHARD: Objection. Form.
20     THE WITNESS: Most of the time, yes.
21     BY MS. SCHAEFER:
22     Q. Do chargebacks get drawn from reserves as well?
23     A. Most of the time, yes.
24     Q. But the refunds reflected here under EN are
25 those that the company gave back to consumers and

13 (Pages 547 to 550)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

551

1    not --
2        A.  Not necessarily, no.  I mean, this is just what
3    the CSRs inputted in the back end, but, no, that's
4    not what it means necessarily.
5        Q.  So what would it mean?
6        A.  I mean, if you call our CSRs and told them that
7    that I don't want a product and it was supposed to be a
8    $200 issued refund, they would issue a $200 refund and
9    manually input that there's a $200 refund done on this
10   customer.  Now, if the CSR forgets to put that notation
11   that there was a $200 refund, it would not show up on
12   here.
13       Q.  Okay.  And now let's do the same analysis but
14   it's a chargeback.  So you have a chargeback dispute,
15   then company loses it, the payment processor, don't
16   they automatically give the money back?  Who gives the
17   money back?
18       A.  The customer does.
19       Q.  No, the customer gets the money back.  But
20   where is that money coming from?
21           MR. BLANCHARD:  Objection.  Form.
22           THE WITNESS:  From my account or from my
23   reserves.
24           BY MS. SCHAEFER:
25       Q.  Okay.  And is there a way for you to know

552

1    whether the refunds are because of a chargeback or
2    because, you know, you are just providing the refund
3    outside of the credit card dispute?
4        A.  There's a column on there, there's a chargeback
5    data sheet that kind of tells you.
6        Q.  So is the chargeback portion of the charge
7    presumably accounting for just the chargeback dispute
8    amount?
9            MR. BLANCHARD:  Objection.  Form.
10           THE WITNESS:  Correct.
11           BY MS. SCHAEFER:
12       Q.  When you are deciding to issue a refund, who
13   would decide to issue the refund?
14       A.  Management.
15       Q.  Tell me who is management.
16       A.  Fatima and Eroze and Khalil.
17       Q.  Would you also --
18       A.  Sure, if it's a relative amount, yes.
19       Q.  Do CSRs have any independent ability to issue
20   refunds?
21       A.  I don't think so at this time.
22       Q.  Who would decide how much of a refund to issue?
23       A.  The management.
24       Q.  When you see a zero here, what does that mean?
25       A.  It means there is no data.  It does not mean

553

1    there was not a refund done, but it just means there
2    was no data in our back end.
3        Q.  But that doesn't necessarily mean no refund was
4    done?
5        A.  Correct.
6        Q.  And would that be because of what you said, the
7    CSRs might not have written it down?
8        A.  Correct.
9        Q.  What about blank?
10       A.  If you give me that row, I can make sure I have
11   it.
12       Q.  The order number?
13       A.  Yeah.  It might be the duplication thing as
14   well, same thing.
15       Q.  What is the duplication -- well, what is the
16   duplication issue?
17       A.  It's not an issue, but I mean, I guess it
18   didn't need any data in it since it's a same order
19   number.
20       Q.  It would have the same information?
21       A.  Same order number.
22       Q.  Let's go to EO, reason for refund.  And I
23   pulled down the drop-down menu, and there's a whole
24   bunch of categories.  Who created these categories?
25       A.  Those aren't categories that are created.  They

554

1    are actually typed in.  So CSRs just type in or the
2    management types in why the refunds were done.
3        Q.  So management decides what the reason for the
4    refund is or types in the reason for the refund?
5            MR. BLANCHARD:  Objection.  Form.
6            THE WITNESS:  I believe so, that's correct.
7            BY MS. SCHAEFER:
8        Q.  These would be inputted into your back end?
9        A.  That's correct.
10       Q.  What is a delay discount?
11       A.  What?
12       Q.  A delay discount?
13       A.  If the customer is willing to still accept the
14   order, we issue the refund on the shipping or whatever
15   it may be, whatever the compromise is.
16       Q.  If there is a delay discount, does it mean that
17   there was no refund and the product shipped?
18       A.  Yes, most likely the product shipped.  Let me
19   rephrase that.  If there was no refund and the product
20   shipped, no.  If there's a discount, then that means
21   there was a refund of some sort if you have a category
22   there.
23       Q.  Wait.  Say that again, please.
24       A.  Can you go ahead and rephrase your question.
25       Q.  Well, I asked if there's a delayed discount,

14 (Pages 551 to 554)

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

---

555

1    does it mean that there was no refund and the product
2    shipped?
3        A. No, there was a refund if there is a category
4    there.
5        Q. If there's a category under reason for refund?
6        A. Correct.
7        Q. And the delay discount is considered the
8    refund?
9        A. Correct.
10       Q. What is a complaint discount?
11       A. An order came in where the sanitizer was
12   leaking, whatever it may be, there's a lot of various
13   reasons for it.
14       Q. I want to look at this. Sorry, I'm
15   trying to freeze. I think here this specific order,
16   I'm looking at column EO, reason for refund. It says
17   "cancelled order late shipment," but then says
18   "completed" instead of "refunded." And I'm --
19       MR. BLANCHARD: Michelle, just for the record,
20   we are talking about row number 11280; is that right?
21       MS. SCHAEFER: Yes, row 11280. Sorry, I didn't
22   identify it. Yes.
23       BY MS. SCHAEFER:
24       Q. So I'm just wondering why it would say
25   cancelled order, late shipment but then say completed?

---

556

1        A. Completed is just a status. It just means that
2    whatever was needed to be done to that order is done.
3        Q. But if you go to ET, and we'll go to it in a
4    minute, you see also cancelled, completed, refunded.
5    So if this is cancelled late shipment, it should be --
6    I would think it should be cancelled that should be
7    selected?
8        A. Yeah. So again, that's right on -- this is a
9    manual process that the CSRs have to select. If they
10   do refund the whole order, then you could change it
11   from the drop-down, select refunded and click submit.
12   So it's a manual process.
13       Q. And so to the extent we've seen mistakes, it
14   might be a result of errors in the manual process?
15       A. Yeah, completed is a default status.
16       Q. Okay. All right. Refund date, is there
17   anything that drives when a refund will be provided?
18       MR. BLANCHARD: Objection. Form.
19       THE WITNESS: When a refund will be provided?
20   I cannot hear you. What was that?
21       BY MS. SCHAEFER:
22       Q. I'm just wondering what determines when the
23   refund date will occur, if anything?
24       MR. BLANCHARD: Objection. Form. Compound
25   question.

---

557

1        THE WITNESS: Refund date, I mean, a refund
2    date is when the order was refunded.
3        BY MS. SCHAEFER:
4        Q. But there is no protocol as to the date of
5    refunds at Zaappaaz?
6        MR. BLANCHARD: Objection. Form.
7        THE WITNESS: I don't know what you are asking.
8    I'm sorry.
9        BY MS. SCHAEFER:
10       Q. We can move on to the next question. Do you
11   require, to the extent you have shipped orders to
12   customers, I just want to make clear for the record,
13   that I'm talking about orders, and if I don't say
14   otherwise, I'm referring to covered products. And so
15   let's say you ship covered products but then someone
16   wants a refund. Do you require them to return the
17   product before they get a refund?
18       A. In some cases, yes.
19       Q. In what cases would you require them to return
20   the product?
21       A. If they don't want the product. In covered
22   products, we didn't accept any returns, I believe.
23       Q. So once customers had received the products and
24   they called to refund them, they weren't allowed to?
25       MR. BLANCHARD: Objection to form.

---

558

1        THE WITNESS: Depends on the scenario.
2        BY MS. SCHAEFER:
3        Q. Well, you just said, I thought you just
4    testified that you didn't allow customers to return
5    covered products?
6        A. Doesn't mean that we didn't refund them. But
7    yeah, it was just because of COVID. I mean, all
8    industry standards was not to return any products just
9    because of the safety protocols.
10       Q. I see. So are you saying that you didn't -- to
11   the extent customers received covered products and
12   wanted a refund and you would give them a refund, they
13   didn't have to ship the products back?
14       MR. BLANCHARD: Objection. Form.
15       THE WITNESS: In some cases they probably did.
16   I mean, it just depended on the CSR. In some cases we
17   didn't have any refund -- returned products. I mean,
18   it depends if you are saying that the product was
19   damaged, then issue the was refunded, FedEx would
20   return the product back to us. There's multiple
21   scenarios. If you give me a scenario, I can answer
22   that more clearly, I guess.
23       BY MS. SCHAEFER:
24       Q. I guess I'm a little confused by your answer
25   because it just seems like it's a case-by-case

---

15 (Pages 555 to 558)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                12/14/2021

---

559

1   decision.
2       A. Okay --
3       Q. What's that?
4       A. I think it was.
5       Q. So were there instances where you did ask that
6   consumers return the covered products they bought?
7       A. Me personally, no. I mean, I'm sure my CSRs
8   did.
9       Q. What is discount? What does that represent?
10      MR. BLANCHARD: For the record, the column EQ?
11      BY MS. SCHAEFER:
12      Q. EQ, yes.
13      A. Maybe if you could find a discount order? I
14  just want to clarify an order that has a discount or I
15  could maybe just find it.
16      Q. Are you looking for one?
17      A. Yeah, I have found one.
18      Q. Okay. What row?
19      A. 11251.
20      Q. Wait, can you do the numbers to make it easier?
21      A. 11251. I just picked that randomly. Discount
22  references, it's an automatic discount on the website
23  if you order X amount of products. Like $500, you get
24  5 percent off. $1,000 you get 10 percent off and it
25  just auto applied it.

---

560

1       Q. Wait. I'm sorry. What are you referring to?
2   I see discount here 74.96.
3       A. Correct.
4       Q. What does that reflect to you?
5       A. The order was for a total of 1499.25. And I
6   believe that might be a 5 percent discount or -- no,
7   sorry, that is a subscription discount. They
8   subscribed, so they wanted repetitive orders on a
9   continuous basis. This particular customer subscribed
10  to get every two weeks the same order.
11      Q. How can you tell that?
12      A. I'm looking at it on the back end. You can see
13  multiple orders for this customer, but if they did a
14  subscription model, they got 5 percent off their order,
15  and I think that's what the 74.95 reflects.
16      Q. What other reasons would there be for
17  discounts? That's my question, what would be the
18  reasons to give discounts?
19      A. I think that column references subscription
20  discounts, I believe. We can look at another order.
21      Q. So did this have nothing to do with column EO
22  reason for refund?
23      A. No.
24      Q. Okay. And so to the extent we see, you know,
25  delay discounts in column EO, that has nothing to do

---

561

1   with EQ?
2       A. No, completely isolated.
3       Q. Okay. So you think EQ refers to all your
4   subscriptions?
5       A. I'm going to look at one more just to make
6   sure. Line number 111284 shows a $257 discount.
7       Q. And that's the same scenario?
8       A. I'm checking now. I'm sorry, EQ is 164.50,
9   correct. That is the same discount. They subscribed.
10      Q. What is column ER, international shipping?
11      A. If the order needed to go to Canada, Puerto
12  Rico, Africa, anywhere international, shipping charges.
13      Q. Does a zero reflect domestic shipments?
14      A. Yes, most likely.
15      Q. Let's go to ET, order status.
16      A. Okay.
17      Q. And let's just go, I selected the drop-down
18  menu, and now let's just go, I want you to tell me what
19  every category is. So what does cancelled mean?
20      A. It means the order was cancelled. Maybe it
21  wasn't shipped. Maybe it was shipped and it got
22  returned back to us. Multiple scenarios, but the order
23  was cancelled.
24      Q. And if it was cancelled, why would a cancelled
25  order ship?

---

562

1       A. Why would a cancelled order ship? Maybe it got
2   shipped to the wrong address. Maybe it got damaged.
3   Multiple scenarios.
4       Q. What's a completed order?
5       A. Completed is the default status. When an order
6   gets placed on our system and there's a payment
7   attached to it, by default it goes to completed status.
8       Q. And what is refunded?
9       A. Refunded, a CSR basically selects refunded if
10  they refunded the customer the order.
11      Q. And why would there be blanks in this column?
12      A. Probably the same scenario, a duplicate.
13      Q. In situations where an order status is either
14  cancelled or refunded, and I don't have a specific
15  example, I'm talking generally, but there is -- so it
16  says order was cancelled or refunded but then the
17  column EN shows zero, does that mean -- what does that
18  mean? What could that mean?
19      A. I think you are going back to the same column.
20  I think you referenced it. I mean, if a CSR inputted
21  it, then that's what it is. It doesn't mean that
22  nothing was refunded.
23      Q. Could it ever be a case where -- well, I guess
24  the charge didn't go through and that's why it was
25  zero?

---

16 (Pages 559 to 562)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                            12/14/2021

---

563

1        MR. BLANCHARD: Objection. Form.
2        THE WITNESS: Again, I'm sorry?
3        BY MS. SCHAEFER:
4        Q. I'm trying to figure out if, so if an order was
5    refunded, could an order ever be -- I guess what I'm
6    wondering is could it be a situation where the refund
7    amount is zero, the order status says cancelled, could
8    it be that the refund amount was zero because, for
9    example, the charge was cancelled before it went
10   through?  It was cancelled before the charge went
11   through?
12       A. Sure.  It's possible one scenario.
13       MR. BLANCHARD: Michelle, can we take a
14   30-minute lunch break?
15       MS. SCHAEFER: Yeah, let me just finish this
16   one.  Let me just finish a couple more questions.  No,
17   we can take a break now.
18       (Whereupon, at 12:51 p.m., a lunch recess was
19   taken.)
20
21
22
23
24
25

---

564

1                  AFTERNOON SESSION
2                     (1:31 p.m.)
3        BY MS. SCHAEFER:
4        Q. So I have one more question about columns EL to
5    ET that I wanted to ask.  So if you look at EP, which
6    is refund date, there are instances where the date is
7    populated, suggesting that a refund was given, but then
8    when you go to column EN, it shows zero.  And I'm
9    wondering if the fact that it shows zero is because of
10   the fact that a CSR might have not manually entered it.
11   Would that be why there would be a zero there?
12       A. What is that column, EP?
13       Q. Yeah, EP is refund date.  If you look at the
14   first, you know, 12 entries there and you go to column
15   EN, it's zero all the way down.  So I was wondering
16   what would you would account for the zero there?
17       A. Let's take a look.  I'm looking at numbered
18   row 7.  One second.  There was no refund for that
19   order.  I mean, the data just came like that with a
20   refund date, 3/31, is that what the date is.
21       Q. Row 7?
22       A. I don't know where 3/31 is pulling from.  I
23   don't know where that date is pulling from, but --
24       Q. And you are looking at your back end?
25       A. Yeah.  There is no refund on that order.

---

565

1        Q. And so you don't know why a date would be
2    there?
3        A. Correct.
4        Q. And do you think that would be the case for all
5    the orders that have the refund date and then a
6    corresponding refund amount of zero?
7        A. I don't know why, but it seems like there's
8    something with relevance to that number, because if you
9    look at the time stamp, it's all the same.  Maybe there
10   was a process that ran at that time or something like
11   that, but it might be more of a developer question.
12   But like I said, the refund amount is manually done, so
13   that's what it is.  Or I think maybe a better -- yeah,
14   I don't know.  It's more of a developer thing.  Seems
15   like the time stamps are all the same.
16       Q. Are the time stamps in column EL?  I mean, what
17   time stamps?
18       A. EP.
19       Q. The refund date.  If a CSR had not manually
20   entered the refund amount, would it be blank, this
21   column, or would there be a zero?
22       A. Zero probably.
23       MR. BLANCHARD: Michelle, can I help, please?
24       MS. SCHAEFER: Sure.
25       MR. BLANCHARD: If you look at column FN, there

---

566

1    are amounts there.  I'm just thinking it's clearly the
2    subject of a dispute, I think.  It looks like a 1
3    dispute.
4        THE WITNESS: I don't think that has references
5    to that because the disputes were done externally.  So
6    I mean, I think what it's doing, if I have to give it a
7    best guess, I think it's doing a certain batch refund.
8    It's doing it mainly every hour or doing it at a
9    certain time of the day, and it's batching all orders
10   at once and seeing if there's a refund in those orders
11   and processing it.  That's why there's a time stamp
12   which are pretty much the same for all of them.
13       BY MS. SCHAEFER:
14       Q. And then what would account for the zero?
15       A. That's just a zero.  That's how the coding is
16   done.
17       Q. What's batch processing?  What do you mean by
18   that?
19       A. I'm just guessing.  I don't know.  I mean, I'm
20   just saying that there is a process called batch
21   processing where you don't want to do -- let's say, for
22   example, if we get 500 orders come in today, the batch
23   processes at midnight, meaning all orders get charged
24   at midnight, meaning like it gets settled at midnight.
25   They don't happen instantaneously.  Let's put it that

---

17 (Pages 563 to 566)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

567

1   way. So that's called batch processing.
2       Q. And they would batch process refunds as well?
3       A. Yeah, just it's less load on the server, I
4   would assume. But again, it's a developer question. I
5   have no idea.
6       MR. BLANCHARD: Do you want us to call and try
7   and get an answer to that question, Michelle?
8       MS. SCHAEFER: I mean, if you want to.
9       THE WITNESS: I think he should be --
10      MR. BLANCHARD: Can we go off? Before we do,
11  the question, as I understand it, is we are looking at
12  column EP, refund date, correct?
13      MS. SCHAEFER: Correct.
14      MR. BLANCHARD: And the question is why would
15  there be a date there and no refund amount?
16      MS. SCHAEFER: Correct.
17      MR. BLANCHARD: All right. We'll make this
18  call and get right back on.
19      (Pause in the proceedings.)
20      MR. BLANCHARD: There might be an error in the
21  script which was run to pull all of this data, but he's
22  going to the verify and e-mail us back. So we should
23  have that e-mail soon.
24      MS. SCHAEFER: Okay.
25      BY MS. SCHAEFER:

568

1       Q. Let's move on now to columns EV through FG,
2   which we will call the dispute section of the chart.
3   And my first question is, is there relevance to the
4   color coding we see of orange, green and blue and
5   purple and orange?
6       A. I think it's multiple files, separated by
7   multiple files.
8       Q. What does that mean?
9       A. You might have six different colors, I think,
10  referencing six different files in that parentheses.
11      Q. Okay. So we have orange, green, blue, purple,
12  orange, green, yep. So it's the seven underlying
13  sources of information? Is it the seven underlying
14  sources of information?
15      A. Six or seven.
16      Q. And I went to reference. Is it -- it's
17  referring to the six here next to the disputes?
18      A. The colored screen, yeah, it should be.
19      Q. Let's start with, just let's look at EV through
20  FG, and let's start with column EV. What does count
21  lost mean?
22      A. If we lost a dispute.
23      Q. And is EW the amount that was lost?
24      A. Yes.
25      Q. And then we have EX?

569

1       A. Correct.
2       Q. Go ahead. That's the reason for the loss?
3       A. Exactly, correct.
4       Q. And who comes up with these reasons?
5       A. The processor.
6       Q. And do these reasons that are in the drop-down
7   menu come from the various payment processors you use?
8       A. That's all just one processor, I would assume,
9   since it's one file.
10      Q. Do you know what processor it was?
11      A. I would have to go see where it was charged to,
12  but, no, I don't know what processor it was right off
13  the top of my head.
14      Q. For the reasons lost, I'm going to ask the same
15  thing. Well, based on your previous answer, do these
16  categories, are they created by one data processor?
17      A. Correct.
18      Q. And EY is the date the dispute was lost?
19      A. Sure, correct. Yeah.
20      Q. Okay. And then we go to EZ, which is
21  count won. And what does that mean?
22      A. If we won the dispute.
23      Q. And then we have FA, which is the amount won.
24  And then FB is the reason for the win. And who comes
25  up with these reasons that we see in the drop-down?

570

1       A. Processor.
2       Q. And is this from one processor?
3       A. I think that whole sheet is from one processor,
4   the green highlighting.
5       Q. Okay. And now let's go to FD, what is count
6   closed?
7       A. If there was -- it's not a dispute, but it was,
8   I would assume, a resolution was that they closed the
9   account. They closed the dispute.
10      Q. Okay. And what about the reason closed, who
11  provides those reasons?
12      A. Same thing, processor.
13      Q. Is that one processor?
14      A. Everything in the green under green, I believe,
15  is all one processor.
16      Q. We are in blue right now.
17      A. Yeah, but if you look at the bar, the green bar
18  is all from one file, the six files.
19      Q. Okay. So I guess now I'm confused. So we have
20  orange, green and blue that we looked through.
21      A. You see the dark green on the top?
22      Q. Yes.
23      A. Yeah, so that is all one processor. Underneath
24  that they are separating it by different files that are
25  in the folder.

18 (Pages 567 to 570)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

571

1    Q.  Well, okay, because then that doesn't make
2  sense to me, because if you look at reference, green,
3  my understanding is, reflects the source files for,
4  you know, this chargeback information, dispute
5  information we are looking at.  But you said that it
6  comes from the various processors you use.  But now you
7  are saying it comes from one processor is what I'm
8  understanding.
9    A.  I believe so.  I believe all that is from one
10  processor.
11    Q.  So that would be EV to, let's say, FT?
12    A.  Sure, correct.
13    Q.  That does not make sense, because you said,
14  okay, the key, the reference key shows that all of the
15  dispute information in columns EV through FP come from
16  disputes which is here under source files.  And at the
17  beginning what you said that involved Braintree, Stripe,
18  Amazon and Fiserv, because those were you payment
19  processors.  So that --
20    MR. BLANCHARD:  Objection.
21    THE WITNESS:  That's correct.  You might be
22  right.  That is correct.  It could be multiple
23  processors.
24    BY MS. SCHAEFER:
25    Q.  But you don't know?

572

1    A.  I don't know.
2    Q.  Now let's go back to look at, you know, these
3  three sort of categories we were looking at, which is
4  we have orange, we have green, and we have blue.  And I
5  might have misunderstood.  What I thought you testified
6  to was that all orange represented one payment
7  processor.  All green represented another and the blue
8  represented another one.  Is that incorrect?
9    A.  To keep it simple, I think it represents each
10  individual file.  Now, a payment processor probably
11  gave me two files and that's how it's separated.  But
12  to keep it simple, it's represented by each individual
13  file, the six files that you see in that folder.
14    Q.  So your testimony is that the orange columns
15  are associated with one particular file?
16    A.  I believe so, yes.
17    Q.  Okay.  But then you would be -- there would be
18  information missing because --
19    A.  Why is that?
20    Q.  Presumably here, and let me get to some other
21  information there.  But so if count lost is Zaappaaz
22  lost, you're saying that that's just coming from one
23  payment processor, but you probably lost with many
24  payment processors.  Not just one.  And then the next
25  green is count won, which is what Zaappaaz won.  But

573

1  you won with probably multiple processors.  Not just
2  one.
3    A.  Correct.
4    Q.  And then if you go to blue, FD count closed,
5  your testimony was those were resolved, you think, or
6  were separate -- you lost or you won, it's another
7  category.  Again, there would have been resolutions
8  with you and customers through other payment
9  processors, more than one?
10    A.  Correct.
11    Q.  So I'm confused how these can just come from
12  one file.
13    A.  Well, what is the other one?
14    Q.  We'll move on.  So now let's go to FH through
15  FT.  This is also disputes and it's also the sources
16  are the same, files marked by the color green.  What's
17  interesting, and I have been asked why this was set up
18  this way, is we understand that this portion of the
19  chart, which is FH to FT, columns FH to FT is a
20  standalone chart and does not correspond to the other
21  parts of the chart.  Why is that?
22    A.  Two different companies presented in two
23  different ways.
24    Q.  What companies are you referring to?
25    A.  Processors.  I don't know which file references

574

1  which processor, but however they data dealt it to me,
2  that's how we presented it on here.  One company could
3  call it dispute lost or one company could call it lost
4  dispute.  So I mean, it's just how they reference it.
5    Q.  So are you saying that columns FH to FP, the
6  information there comes from a different payment
7  processor?
8    A.  This looks like it's coming from Stripe.
9  Actually, I can tell you if that's really important.
10  I'm more than happy to see if I can figure it out if
11  you give me an order number on that one right there,
12  the first one.
13    Q.  The very first?
14    A.  Yeah.
15    Q.  Order, yes, it's 220476312.
16    A.  Yeah, I don't have that data in the back end as
17  to which processor it was.  I just messaged the
18  developer on the side.
19    Q.  Wait, I'm sorry.  I didn't hear what you said.
20    A.  I don't have that information on the back end
21  as to which processor it was, but I just messaged the
22  developer to see if he can find out what processor that
23  was.  And you pretty much assume that that is for
24  that column that's that processor.
25    Q.  So I guess I'm talking about FH to FT.  Are you

19 (Pages 571 to 574)

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021



575

1    saying, again, that each color is a different
2    processor?
3        MR. BLANCHARD: Michelle, I think this is
4    something we need to go to the developer on as well,
5    because if I understand, your question basically where
6    is, you know, that disputes (6) file, you want to know
7    what the source of that is, whether that's all one
8    payment processor, multiple ones. That's basically
9    what you are asking, am I right?
10        MS. SCHAEFER: Correct. Why don't we do this,
11   we can bring up -- let's bring up the source sheet for
12   that and maybe that will help before we do anything
13   else. Sorry, I'm trying to find the chart.
14        BY MS. SCHAEFER:
15       Q. So this is Zaappaaz 0020589, and we will mark
16   it as Zaappaaz Exhibit 58.
17       (Zaappaaz Exhibit Number 58 was marked for
18   identification.)
19        BY MS. SCHAEFER:
20       Q. Is this the underlying chart for the dispute
21   information? Is this the source?
22       A. Yes. I think that's all coming from one
23   processor.
24       Q. And so you think -- what processor do you think
25   this is?

576

1       A. I think that's Fiserv, I believe. And the
2    reasons it's broken down like that, just to give you
3    clarity, if you look at column N, that's the only
4    identifier that we have to cross-reference our orders.
5    We don't have any other identifier. That is our only
6    identifier to cross-reference our orders. What we did
7    is we took that and cross-referenced it with order
8    details. So if there are e-mails matched, that's how
9    we attach to that order.
10       Q. So you take the e-mails and you run it against
11   your order system?
12       A. No, we run it against our main -- the sheet
13   that we were looking at.
14       Q. So you took your payment processor records
15   and/or the records you got from your payment
16   processors, and the only way to figure out the
17   chargeback dispute information was to run those e-mails
18   across the master chart, which I'm calling the main
19   chart?
20       A. That's correct.
21       Q. Okay. And this is all one payment processor?
22       A. I would say so, yes.
23       Q. Well, I will let you know that in terms of the
24   underlying source information and the charts you have
25   provided, which I have gone through all of them, this

577

1    is the only chart that has chargeback dispute
2    information other than Paypal. And so that would
3    suggest that this is all coming -- all the information
4    we see in the dispute section is all coming from one
5    payment processor and not, you know --
6        A. That's right, yeah. It could be that Stripe
7    was overlooked. I can extract that data as well pretty
8    simple.
9        Q. So I guess now I'm confused. Are you saying
10   this is Stripe or this is not Stripe?
11       A. That is not Stripe.
12       Q. And so what is this we are looking at? Is it
13   Braintree and Fiserv that we are looking at?
14       A. I think that is Stripe, actually, from the
15   dates of when it looks like. Give me a second. Yeah,
16   that looks to me like Braintree, which is Fiserv.
17       Q. Okay. So you were testifying that you believe
18   that this comes from Braintree, and now if we go back
19   to the master chart, so where in these rows EV to FT
20   would that Braintree information be encompassed? Would
21   it be EV to FG?
22       A. Everything that's green.
23       Q. So now, so if it's Braintree, let's go back to
24   EV through FG. Does that change your testimony that
25   what we see EV to FG comes from Braintree records?

578

1        A. Correct, yes.
2        Q. And so going back to reason lost -- well, going
3    back to EV count lost, that still reflects that
4    Zaappaaz lost; is that right?
5        A. Correct.
6        Q. And would EX, reason lost, come from Braintree?
7        A. Correct.
8        Q. And EZ still represents instances where
9    Zaappaaz won the chargeback dispute?
10       A. EZ, correct, yes.
11       Q. And then column FB, the reasons for the win are
12   reasons provided by Braintree; is that right?
13       A. That's correct.
14       Q. So now if we go to FD through FG, is it the
15   same? Count closed, does that still mean that you
16   resolved this in some other fashion?
17       A. Yes.
18       Q. And reason closed, that comes from Braintree?
19       A. Correct.
20       Q. Okay. So now let's look at FH to FP, which
21   like I said, is a standalone section of the
22   spreadsheet.
23       A. Yeah.
24       Q. And so is this -- and let's look at, go to FJ.
25   You see amount lost?

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

579

1    A. Um-hum.
2    Q. What's that number represent, 346,424?
3    A. I think that's the total accumulation of FJ.
4    Q. The total accumulation -- okay. And let's go
5    to FN, which says amount won. What does that
6    represent?
7    A. Same thing, total accumulation.
8    Q. Are you saying that all the information here,
9    FH through FT, is also from Stripe?
10   A. From Braintree.
11   Q. I'm sorry, from Braintree?
12   A. Correct. I think what he did is he just
13   basically separated it and created columns based on
14   win, lost and closed. That's all he did.
15   Q. Why would he separate it out like into a
16   separate spreadsheet?
17   MR. BLANCHARD: Objection. Form.
18   THE WITNESS: A separate spreadsheet, can you
19   drop the filter on EV and see what's in there?
20   BY MS. SCHAEFER:
21   Q. EV, yes.
22   A. Okay. I think I know what he's doing. If so,
23   what he's doing here is he's finding an order that
24   matches, okay, and then he's marking it with a 1 or
25   whatever number it is. I think what he's doing, if

580

1    that number one matches, he's created a formula to go
2    to the next column, which is on the right side of the
3    e-mail.
4    Q. Wait. So we were at EV.
5    A. Yeah. So he's trying to find if there's any
6    orders that match that e-mail address. And if it does
7    match that, he marks it, he ticks it. It's a script he
8    probably wrote. He ticks it meaning that, hey, I
9    recognize the order and I am going to impose the data
10   on the right side of the e-mail, all that. It's the
11   same replication on the right side. Keep going to the
12   right. Right there. He superimposes all that data
13   right there in the same format.
14   Q. Okay. I'm sorry. You have to explain that to
15   me. I'm having a hard time understanding, like, how EV
16   to FG corresponds to FH to FT outside of all of it
17   coming from Braintree.
18   A. So if you go to EV again, the drop-down.
19   Q. So this EV, just so I'm clear, right here is
20   going to correspond to this order here, okay, but it's
21   not going to correspond to this.
22   A. That is correct.
23   Q. So that's what I'm wondering.
24   A. Yeah, so all he's doing is he is taking the
25   extract of that order, because we don't have order

581

1    numbers on there, so he's taking like the whole extract
2    and just pasted it there. So I would assume that is
3    the first chargeback on the main reference sheet, if my
4    guess is correct. Is that true?
5    Q. Let's see.
6    A. I think he probably just copied and pasted.
7    Yeah, so what he's done is copied and pasted this whole
8    thing because we don't have an order number referenced.
9    What he's doing is he's pasting all that data there and
10   now he's telling the system look for evidence at new
11   whatever, okay, and it's finding that order and
12   basically superimposing it on the right side of
13   wherever that order is.
14   Q. Okay. All right. I understand. But so is the
15   same information in EY through FG? I know it's not in
16   the same order, but is it populated in both places?
17   A. No. There's functions for what he's doing on
18   the left side of the e-mail and on the right side of
19   the e-mail. On the left side of the e-mail, he's using
20   that as a reference to find the order. He's telling
21   the system, hey, I found an order for this that was on
22   the list, okay. I found the order. Now on the right
23   side find that customer and superimpose the data.
24   Q. I see. So for purposes, if we were going to
25   use this information to calculate injury, we would be

582

1    looking at FH to FQ?
2    MR. BLANCHARD: Objection to form.
3    BY MS. SCHAEFER:
4    Q. Would we be looking at that?
5    MR. BLANCHARD: Objection. Form.
6    THE WITNESS: I don't know how you calculate
7    injury, but that is -- that refund or chargeback should
8    relate to that specific customer.
9    BY MS. SCHAEFER:
10   Q. And my point is so are you saying that EV and
11   FG, to a certain extent, is duplicative of FH to FT?
12   MR. BLANCHARD: Objection. Form.
13   THE WITNESS: Yes.
14   BY MS. SCHAEFER:
15   Q. So where is the information related to Stripe?
16   A. I believe it's already been imposed into the
17   master data file, but I would have to confirm that.
18   I'm not sure.
19   Q. And I mean, there is no source file for it. So
20   I'm not sure that it is encompassed in this chart.
21   Would it be encompassed under refunds?
22   A. Possibly. We can provide the source file. No
23   issues.
24   Q. And where is the info -- chargeback info
25   related to Empire?

21 (Pages 579 to 582)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

583

1     A. That is -- I think that is Empire.
2     Q. What is Empire?
3     A. That right there. Empire is --
4     Q. What right where?
5     A. What I'm seeing now. Braintree is Empire.
6  Well, Braintree is not Empire.
7     Q. I don't think that's right. Braintree is not
8  Empire. Empire is the independent sales organization
9  or agent of Fiserv. But those are two separate -- you
10 use Braintree to process payments and you also used
11 Fiserv. And Empire was, you know, a liaison?
12    A. You got it right on the nail. Empire is an
13 agent. Braintree is a gateway. Fiserv is the
14 processor. Now, I mean, these are schematics. Those
15 are terms. Fiserv is the one that processes.
16 Braintree is what connects to my website to process
17 those transactions. So they are all interrelated in
18 some way.
19    Q. So your testimony is that Braintree
20 represents -- Exhibit 58 encompasses Braintree/Empire
21 data?
22    A. Yes.
23    MR. BLANCHARD: I think, Michelle, we are happy
24 to get on the phone and verify that.
25    BY MS. SCHAEFER:

584

1     Q. I mean, if you are testifying that's what it
2  is, I'll take your word for it. So for Exhibit 58, it
3  looks like there's about 395 transactions. Does that
4  mean there were only 395 chargeback disputes?
5     MR. BLANCHARD: Objection. Form.
6     THE WITNESS: Probably just for that processor,
7  yes.
8     BY MS. SCHAEFER:
9     Q. Now let's look at FV to GA. And tell me what
10 information is here. So we have FV is the column, and
11 that's the order ID. And that speaks for itself. Then
12 we have FW, which says total. What is the total?
13    A. (Reviewing document.)
14    Q. I'm sorry, did you answer?
15    A. Total refers to the total amount of the orders
16 charged.
17    Q. And what does disputed mean?
18    A. If it was ever disputed.
19    Q. And does it dispute a chargeback dispute?
20    A. Correct.
21    Q. And how does this information, FV-GA, line up
22 to the previous dispute information?
23    A. So remember I told you that there's some manual
24 processes that are done; there's some processes that
25 are overlooked and not done. So I think what he was

585

1  doing, he was cross-referencing them and eliminating
2  the ones that are duplicate on both ends so it's not
3  double data. So if there was a refund done on our
4  system and it's going to post it there, he did not take
5  it from the data from the dispute section.
6     Q. Okay. Walk me through that again.
7     A. Can I get a dispute that's yes, please, on FX?
8     Q. You want to pick one?
9     A. I'll take the first one. So what this means is
10 we have a tag on our back end called disputed, and we
11 added this tag because we started to get a lot of
12 fraudulent orders. So what we did was we took every
13 time a dispute came from Stripe, it automatically added
14 that tag to this customer's order, whatever the dispute
15 was regardless, and it basically put a tag on it saying
16 it was disputed. So if the customer placed the order
17 again, we would know that was disputed previously so
18 before we processed the order, we want to make sure
19 what we are looking at that it's not a fraudulent order
20 again. So that's what the yes or no means on disputed.
21    Q. Okay.
22    A. And it definitely means that it was disputed.
23    Q. So this -- go ahead.
24    A. And that data is Stripe's data. I could give
25 you the raw data if you need, but that data is -- all

586

1  those orders are being pulled from Stripe.
2     Q. Okay. And so this is all Stripe data. And yes
3  refers to the fact that it had been -- it was disputed?
4     A. Correct.
5     Q. And how do you know from here who won or lost,
6  because we don't have that information? In other
7  words, we are missing, you know, the Stripe
8  information. Or does this total somehow reflect
9  chargebacks?
10    A. Either it reflects chargebacks, but I can get
11 the raw data and I cannot answer that. I would assume
12 it's only data that's refunded back to the customer.
13 But again, I don't know. I can get you the raw data on
14 that.
15    Q. Okay.
16    MR. BLANCHARD: I think we actually produced
17 that, Michelle.
18    MS. SCHAEFER: Yeah, I'm going to pull it up.
19    BY MS. SCHAEFER:
20    Q. You produced the underlying chart. So I
21 thought that FW was the same as column U, which is just
22 like total amount paid by consumer. But is that not
23 the case?
24    A. Say that again.
25    Q. So here we have column U. And that comes from

**For The Record, Inc.**
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

587

1  your back end, and that's, you know, the amount of
2  money for the order.  And so then we go all the way
3  here and then we have FW.  So I think I'm wrong in my
4  assumption that those are the same based on what you
5  said; is that right?  My question is, are column U
6  total and column FW total different?
7      A.  Could be.
8      Q.  And why would they be different?
9      A.  Maybe they received 500 gloves versus 600
10 gloves or maybe something was damaged and they only
11 disputed a portion amount, but it could be different.
12 Most likely they dispute the whole amount and then it
13 gets adjusted, but it can be different.
14     Q.  But the amount in total column FW is the amount
15 of money at issue in Stripe disputes; is that right?
16     A.  I believe so, yes.
17     Q.  So let's go to that underlying chart.  So this
18 is Zaappaaz 0020592.  And I'm marking it as Zaappaaz
19 Exhibit 59.
20         (Zaappaaz Exhibit Number 59 was marked for
21 identification.)
22     BY MS. SCHAEFER:
23     Q.  It looks like just the same exact information.
24 Is it the same exact information as --
25     A.  I think so, yeah.

588

1      Q.  Okay.  You said that you could get us, you
2  know, the outcome of the dispute, who won, who lost,
3  what was equal.
4      A.  I think it was provided already, but, yes, we
5  can get it if you don't have it.
6      Q.  When was it provided?  If you can identify the
7  document, that's fine.
8         MR. BLANCHARD:  Michelle, this spreadsheet
9  tells you whether it was won or lost.
10        MS. SCHAEFER:  Whether it was what?
11        MR. BLANCHARD:  Won or lost.
12        MS. SCHAEFER:  No, it doesn't.  Based on his
13 testimony it doesn't because his testimony was the
14 green dispute all comes from Braintree and Fiserv.
15 Although I'm still not sure about that.  And that he
16 testified that those other columns, FV to GA, come from
17 Stripe.  So it's not here, based on his testimony.
18        MR. BLANCHARD:  I understand.
19     BY MS. SCHAEFER:
20     Q.  Let's go to source.  So now let's look at
21 columns GC through GH.  And is this Paypal dispute
22 information?
23     A.  Correct.
24     Q.  And the refund information is in -- is the
25 refund information column GE?  No, wait.  Actually,

589

1  first I was asking about Paypal.  So the total was --
2  GH is the total of chargebacks?  Is it the total, GH?
3      A.  I'm checking.  I don't know how you are getting
4  that, how it's calculating.
5      Q.  I don't know.  I just see it.
6      A.  Are you filtering something?
7      Q.  I think I might have.  Hang on.  I did.  Sorry.
8         MR. BLANCHARD:  I think you are just not seeing
9  any yet.
10        BY MS. SCHAEFER:
11     Q.  So what does this total represent?
12     A.  I think that's the total refund, 282 refunds
13 were done on Paypal during that time period, and that
14 was the total amount for that.
15     Q.  Okay.  We can take a break in a second.  I just
16 want to see if I want to ask questions about -- do you
17 see this screen?
18     A.  I do.
19     Q.  So this is Zaappaaz 0020594.  And we'll mark it
20 as Zaappaaz Exhibit 59.
21         (Zaappaaz Exhibit Number 60 was marked for
22 identification.)
23        MS. COLLESANO:  Michelle, did you mark the
24 previous one as 59 or are you not using it?
25        MS. SCHAEFER:  I'm sorry, no, did I mark the

590

1  previous one as 59?  I'm using whatever I have marked
2  already.  So am I on 60, Anne?
3         MS. COLLESANO:  I think it's 60.
4         MS. SCHAEFER:  So I'm going to remark this as
5  Exhibit 60.  Thank you, Anne.
6         BY MS. SCHAEFER:
7      Q.  So for transaction date, these are transactions
8  in 2019 and in January and February of 2020, and I have
9  isolated them because I thought that you started
10 selling PPE, covered products, in March.  And so I'm
11 wondering why these orders would be here?
12     A.  It doesn't have an order number?
13     Q.  Is transaction invoice ID the order number?
14     A.  Your question is, it's out of the date range?
15 Is that what you are asking?
16     Q.  So we deposed you in August, and your testimony
17 was that you started selling covered products in March.
18 So here we are with chargeback disputes related to your
19 sale of your covered products, but the transaction
20 dates are in January and February of 2020, which was
21 before I thought you started selling covered products.
22 So I'm wondering --
23     A.  My testimony is still intact.  We started
24 selling sometime in March.  It doesn't mean that the
25 disputes are -- these are an extract of a complete list

23 (Pages 587 to 590)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                      12/14/2021

591

1  of disputes from the date range that was a given that I
2  needed extract from.  Now, I could give you a -- you
3  could probably read from what the buyer comments are
4  and you could tell what the product is, but it's
5  probably not -- yeah, you could tell, wristbands, I
6  believe, but it's not PPE products.
7        Q.  Okay.  But this information comes from Paypal's
8  platform; is that right?
9        A.  Correct.
10       Q.  I'm going to show you an example and see if you
11  can explain to it me.  So I filtered by this e-mail
12  address, and there are about 29 orders associated with
13  the e-mail address.  And then when you scroll over
14  to --
15       A.  If I can get one of the order numbers first.
16       Q.  Sure.  I'll give you them.  The first order out
17  of the 29 is 220540721.  And my question is, when you
18  go to the dispute information --
19       A.  I don't think we have a dispute.
20       Q.  I'm just going and showing you what I have
21  here.  So this shows -- this spreadsheet has a mind of
22  its own.
23             MR. BLANCHARD:  Can we take that break,
24  Michelle, I'm sorry?
25             MS. SCHAEFER:  Sure.  I have forgotten about

592

1  the break.
2             (A recess was taken.)
3             BY MS. SCHAEFER:
4        Q.  So I filtered by an e-mail address, and then
5  you can see here under column U total there's several
6  different amounts in each cell.  But then you scroll --
7  I'm sorry.
8             MR. BLANCHARD:  It's all good.
9             BY MS. SCHAEFER:
10       Q.  So then we get to EV.  Okay.  I might
11  understand.  So then it keeps going.  I don't
12  understand what's going on here.  I'm trying to get us
13  to the dispute section.  So you see you have column EW,
14  amount lost, and it's populating as if the consumer --
15  I mean, you lost $3,166 for every order.  But what it's
16  doing is pulling in the total amount and populating it
17  with the total amount as if you lost a dispute for
18  every order for this amount of money.  And I was going
19  to ask why that's happening, but I'm wondering now that
20  you explained earlier that this was a part of the chart
21  Priyank was using for purposes of the calculation, I'm
22  wondering if we go here --
23       A.  Not Priyank.  Andrei.
24       Q.  But there's no corresponding information in
25  there.  So that actually wouldn't make sense, according

593

1  to how you explained it, right?  Because this would
2  suggest there was a, you know, dispute with Braintree
3  or Empire or Fiserv, as you said.  So it would have to
4  be in FH through whatever that last, FT.  So I'm
5  wondering, I mean, if you know what's going on.
6        A.  I don't know what's --
7             MR. BLANCHARD:  Objection.  Form.
8             BY MS. SCHAEFER:
9        Q.  Do you know why this amount under EW is being
10  repeated 29 times?
11       A.  I do not know.  I'm sure there's a reason
12  behind it as to why it's repeating it, but I do not
13  know.
14       Q.  All right.  I want to --
15       A.  Can you look at the total value.  I think you
16  have a value calculation, right?
17       Q.  Where would that be?
18       A.  Somewhere on the right where you have it.
19  Scroll us to the right.
20       Q.  Yep.
21       A.  I don't know why there's no e-mails on this
22  either.  Why is it missing the e-mails?
23       Q.  Right.  And why -- yeah, I don't know.  Well, I
24  want to just go through quickly for identification
25  purposes some of these -- we went through some of them,

594

1  but I want to go through some of these source documents
2  here.  It's a big chart, so it's taking a while.
3  Sorry.  Okay.  So is this the underlying FedEx chart?
4        A.  It looks like it, yes.
5        Q.  And the payer account is for Zaappaaz LLC 2; is
6  that right?
7        A.  Could be.  I can't tell from the number.
8        Q.  And this information was pulled from FedEx
9  records?
10       A.  Correct.
11       Q.  And you are able to go in through your account
12  and pull the information?
13       A.  Correct.  If it was my account, yes.
14       Q.  And if it wasn't your account, you would have
15  to rely on the owner to go in and pull the information?
16       A.  That's correct.
17       Q.  I'm looking at column G, service description.
18  Does this include all the different modes of
19  transportation that FedEx provided?
20       A.  Yeah, exactly.  I mean, yeah, right.
21       Q.  What's FedEx economy?
22             MR. BLANCHARD:  Objection.  Form.
23             THE WITNESS:  I don't know.  I mean, it's one
24  of their services, I guess.
25             BY MS. SCHAEFER:

24 (Pages 591 to 594)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

595

1    Q.  Does FedEx economy, does it mean, if you know,
2    that packages will be delivered in a certain amount of
3    time?
4        MR. BLANCHARD:  Objection.  Form.
5        THE WITNESS:  Yeah, if you go to FedEx's
6    website and type in standard transit times in the
7    United States, putting your ZIP code, where you are
8    shipping from, it will tell you the standard shipping
9    transit time from here to Chicago, here to New York,
10   and it will give you the estimated shipping times.
11       BY MS. SCHAEFER:
12   Q.  And now I'm looking at column H, package type.
13   Does this encompass the different packaging that you
14   use to package FedEx shipments?
15       MR. BLANCHARD:  Objection.  Form.  Calls for
16   speculation.
17       BY MS. SCHAEFER:
18   Q.  Do you know the differences between these
19   categories?
20   A.  No.  I mean, I think 99 percent of the time we
21   used our own packaging.
22   Q.  Your own packaging?
23   A.  Correct.
24   Q.  Would that be customer packaging?
25   A.  I believe so.

596

1    Q.  Your, did I mark this?  I'm not sure I marked
2    this.  I'm going to mark this, Zaappaaz 0020593, I'm
3    going to mark it as Zaappaaz 61.
4        (Zaappaaz Exhibit Number 61 was marked for
5    identification.)
6        MS. SCHAEFER:  I'm sorry, can I take a
7    one-minute break.
8        MR. BLANCHARD:  Yes, of course.
9        (Pause in the proceedings.)
10       BY MS. SCHAEFER:
11   Q.  Now I've pulled up Zaappaaz 00020591 that I'll
12   mark as Exhibit 62.
13       (Zaappaaz Exhibit Number 62 was marked for
14   identification.)
15       BY MS. SCHAEFER:
16   Q.  And so I can tell you that this account is
17   related to GZ Hishuang E-business Company Limited that
18   we spoke about earlier.  And what I'm wondering is why
19   doesn't this spreadsheet contain the same detail that
20   Zaappaaz Exhibit 61 does?
21       MR. BLANCHARD:  Objection.  Form.
22       THE WITNESS:  Maybe you didn't select all
23   fields.  We provided all the fields that we had
24   available on our sheet, and they provided whatever they
25   provided.

597

1        BY MS. SCHAEFER:
2    Q.  So walk me through that.  What did you provide
3    to them?
4    A.  No, I provided from what I had access to, I
5    selected all the fields that were available to be
6    exported and just data dumped it and gave you that.  I
7    asked for data from their side, and this is what I
8    received.
9    Q.  I see.  And were you able -- you have access to
10   specific customer information tied to these tracking
11   numbers?
12   A.  Yeah, these are my customers, I would assume.
13   Q.  And could you have pulled the customer
14   information?
15       MR. BLANCHARD:  Objection.  Form.
16       THE WITNESS:  Yeah, sure.  Yeah, I can.  I
17   believe so, yeah.  They are my orders, most of them.
18   Most of them, actually.  Yeah, if you scroll down,
19   yeah, most of them I can pull them up.
20       BY MS. SCHAEFER:
21   Q.  And they gave -- how are you able to figure out
22   what customers you needed information about?  Does that
23   come from your database?
24   A.  I don't understand your question.
25   Q.  How did you know what customers to seek

598

1    tracking information about?  In other words, how did
2    you -- what did you do to go about generating this
3    particular spreadsheet?
4    A.  They basically gave me a list of their
5    customers, my customers, everybody's customers.
6    Q.  What do you mean by everybody's customers?
7    A.  The vendors' customers.
8    Q.  That weren't your customers?  I guess I'm
9    getting confused here.  So they have a database that
10   contains all information related to shipments.  Do you
11   generally have access to their information?
12   A.  I do not have access to their FedEx account,
13   no.
14   Q.  So you asked for certain information?
15   A.  I asked for all orders shipped from March all
16   the way to December.  I just told them to extract it
17   and send it to me.  I don't think there's a way for
18   them to extract just my orders.
19   Q.  Walk me through that one time again.  I got
20   confused at the end of that.  So you contacted them and
21   you said, give me -- what did you ask for them to give
22   you?
23   A.  I told them from the FedEx account from March
24   all the way to December, extract all the shippings you
25   did and send it over to me.

25 (Pages 595 to 598)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                      12/14/2021

599

1    Q. And then you took that list and then how did
2    you --
3    A. Cross-referenced it with the order numbers. If
4    the order numbers matched my order numbers, I took that
5    tracking number.
6    Q. Okay. And for the FedEx chart that we looked
7    at before, how did you go in and pull that information?
8    A. Just my account, is that the one you are
9    referring to?
10   Q. Yes.
11   A. FedEx.com.
12   Q. Yes.
13   A. That's my answer, FedEx.com.
14   Q. So you went into your account, and how do you
15   pull the information from there?
16   A. You go to reports and you just select a date
17   range and select.
18   Q. And do you search by tracking number?
19   A. No.
20   MR. BLANCHARD: Objection. Form.
21   THE WITNESS: Search by date.
22   BY MS. SCHAEFER:
23   Q. Search by date?
24   A. Date range. So March 2020 all the way to
25   December 2020, and it just gives me a data dump.

600

1    Q. So this is Zaappaaz 0020590. And this is for
2    the My Speed Limited account. So tell me how you
3    obtained this information.
4    A. Same exact way the one before this.
5    Q. Okay. So this is -- we'll mark this as
6    Zaappaaz 63.
7    (Zaappaaz Exhibit Number 63 was marked for
8    identification.)
9    (A recess was taken.)
10   BY MS. SCHAEFER:
11   Q. So I found the chart I was looking for, and
12   this is Zaappaaz 0020595. And I wanted to ask, is this
13   the underlying UPS chart that supports tracking numbers
14   in the master chart? Sorry, I'm not sharing the
15   screen.
16   MS. COLLESANO: Michelle, are you marking this
17   as an exhibit?
18   MS. SCHAEFER: Yes, let's mark this as
19   Zaappaaz 64.
20   (Zaappaaz Exhibit Number 64 was marked for
21   identification.)
22   BY MS. SCHAEFER:
23   Q. What's contained in the spreadsheet?
24   A. It's the same, the account extracted from, I
25   guess, March all the way to December of 2020. Not all

601

1    order numbers reference to us, but what is in reference
2    to us, we extracted that and superimposed it to the
3    master sheet.
4    Q. What did you say, you said something to the
5    extent it matched? I didn't quite catch it. Something
6    about him not sending all of it? I didn't quite catch
7    it, so I'm not sure what you said.
8    A. Yes. You understand this is not our UPS
9    account, correct?
10   Q. Correct.
11   A. So they are shipping other customers goods as
12   well. You understand that?
13   Q. Um-hum.
14   A. So what I'm trying to say is they gave me a
15   whole data dump of their account. So you are going to
16   see our orders as well as their other customers' orders
17   as well. So for us to reference it, what we did is I
18   believe we took the tracking number and matched it with
19   our tracking number and took that data from there.
20   Q. So it was different than what you did with the
21   FedEx account information from Chandler Liu?
22   A. Same thing. We did the same thing. I think
23   they could have even -- I think the order number would
24   have been easier to pull.
25   Q. I thought you used order number for the FedEx,

602

1    Chandler's FedEx information?
2    A. I don't know what they used, Michelle. I'm
3    just saying maybe they used order number or the
4    tracking number. If you asked me, I would probably use
5    the order number to cross-reference it. But it doesn't
6    matter what you use, it comes out to the same thing.
7    Q. Are you saying this spreadsheet includes orders
8    that don't come from you?
9    A. Again, this is not my account. So, yes, there
10   are customers that they do ship for. So, yes, it would
11   include orders that's not for me as well.
12   Q. And is that the case also for Chandler's FedEx
13   account spreadsheet?
14   A. Absolutely.
15   Q. So now this is Zaappaaz 0020587, and I'll mark
16   it as Zaappaaz 65.
17   (Zaappaaz Exhibit Number 65 was marked for
18   identification.)
19   BY MS. SCHAEFER:
20   Q. And this spreadsheet is all PPE orders
21   March 20th through December 20th - latest. That's what
22   it's named. So I'm wondering where did this
23   information come from? I believe you testified to this
24   at the beginning.
25   A. Yep, this is from our back end.

26 (Pages 599 to 602)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                12/14/2021

603

1      Q. So all this information is contained in your
2  back end?
3      A. That's correct.
4      Q. One last -- my last question about the charts,
5  I was wondering what would account for like complete
6  rows of blanks in this section EL to ET?  Why would
7  there be no available information?
8      A. Duplicate maybe.
9      Q. What does duplicate mean, again?
10     A. Just same order number twice with multiple
11 shipments.
12     Q. Okay.  We can close out of this chart.  So
13 right now what I want to do is talk about some of
14 the -- I want to go through the WhatsApp transcripts
15 that you produced.  But before I do that, I want to ask
16 you who some people are who I identified reading these
17 transcripts.  And I didn't know who they were, so I
18 want to ask you before we get into them.  So who is
19 Ryan?
20     A. That's Chandler's nephew.
21     Q. And they work together?
22        MR. BLANCHARD:  Objection.  Form.
23        THE WITNESS:  I think so, yeah.
24        BY MS. SCHAEFER:
25     Q. Who is Bruce?

604

1      A. One of the vendors for our lanyard products.
2      Q. Who is Alvin?
3      A. A vendor.
4      Q. What did he sell?
5      A. I don't know.  I think it was some promotional
6  products he sold to us.
7      Q. Helen?
8      A. I think Chandler's niece.
9      Q. Hui, H-U-I?
10     A. Chandler's assistant.
11     Q. Queen Crowbow?
12     A. Just a definition of products that we had an
13 agreement with Chandler and us where he basically, if
14 we -- it's just products that we did with him that were
15 not on our website that a customer requested.
16 Promotional products.
17     Q. Who is Shirley?
18     A. Another vendor.
19     Q. What did she sell?
20     A. Same, wristbands, I believe.
21     Q. Who is Dishan?
22     A. Who?
23     Q. D-I-S-H-A-N?
24     A. He is one of the partners of Zaappaaz.
25     Q. Who is Nazim?

605

1      A. He is one of the warehouse workers.
2      Q. And Ali?
3      A. He is my brother-in-law.
4      Q. Does he have any relationship to Zaappaaz?
5      A. No.
6      Q. What is Sherez team?
7      A. Sherez?
8      Q. Sherez team is something I kept seeing.
9      A. Sherez team?  I don't know what that
10 references.  Sherez is a partner in another company.
11     Q. Is he a partner in Ionized?
12     A. He is.
13     Q. Mary?
14     A. Mary is from ASI, a wholesale distribution
15 company or a co-op.
16     Q. What is ASI?
17     A. It's like a co-op of promotional products
18 people.  Distributors and suppliers are in that
19 organization.
20     Q. Is it like a trade association?
21     A. Yeah, something like that.
22     Q. For suppliers of --
23     A. Suppliers and distributors both.
24     Q. Then Grainer?
25     A. I don't know what that is.

606

1        MS. SCHAEFER:  Some are we on Exhibit 66?
2        MS. COLLESANO:  I think so.
3        (Zaappaaz Exhibit Number 66 was marked for
4  identification.)
5        BY MS. SCHAEFER:
6      Q. This is a WhatsApp transcript between you,
7  Eroze and Fatima.  And I'm going to be asking you
8  questions about these exchanges.  So the first thing I
9  want to know is you say here --
10       MR. BLANCHARD:  Michelle, which Bates number
11 are you talking about?
12       MS. SCHAEFER:  I'm on 0012143.  I wish there
13 was a way that I could take you to my page, but of
14 course, I can't remember.  Well, I'm on 0012143, which
15 is the very first page.  And there at the time stamp
16 3:21:42, you say, "For now", it says Jeep, but I think
17 you meant for now keep month to month.
18       MR. BLANCHARD:  Can we get there real quick,
19 Michelle?  What page is that?
20       BY MS. SCHAEFER:
21     Q. This is on the very first page.
22     A. Okay.
23     Q. And you say --
24     A. What is the time stamp?
25     Q. The time stamp is 3:21:42 where Azim says, "For

27 (Pages 603 to 606)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

607

1   now Jeep month to month." But they're talking about
2   rent, so I think that's keep month to month. And my
3   question was -- so were you paying the rent for Eroze
4   and Fatima's business?
5        A. We were contracted with them, correct.
6        Q. Did that include paying rent?
7        A. It includes paying rent, correct.
8        Q. Now let's go to the very next page, 002144.
9   And then on 10:27:14, you ask, Have we updated our rush
10  delivery for all products.
11       A. The second page number 2?
12       Q. Yes, Zaappaaz 0012144.
13       A. Okay.
14       Q. And there I'm looking at 10:27:14.
15       A. Okay.
16       Q. And you say, Have we updated our rush delivery
17  for all products. And I want to know what did you mean
18  by -- what are rush deliveries?
19           MR. BLANCHARD: Michelle, to be fair, can we
20  read the whole thing?
21           MS. SCHAEFER: You can read the whole thing. I
22  mean, I have a lot of questions.
23           MR. BLANCHARD: I mean, just that whole line.
24  It didn't end at "products."
25           MS. SCHAEFER: Okay. Yeah, go ahead and read

608

1   it.
2            MR. BLANCHARD: What is the question?
3            BY MS. SCHAEFER:
4        Q. Well, I'm wondering why were you asking if she
5   had updated the rush delivery for all products at this
6   point on March 3rd?
7        A. I believe there was a Chinese New Year that
8   just ended, so we were updating our delivery dates.
9        Q. And then at the very bottom, Fatima says, it's
10  the very last entry, "Removed rush options from bands
11  and lanyards." And you are testifying she removed --
12  why was she removing the rush options?
13       A. I believe this is when China shut down our
14  wristband factories.
15       Q. Okay. How long were they shut down for?
16       A. I don't know.
17       Q. Do you have an approximate?
18       A. This is when we got our first indication.
19       Q. And then you can go to the next page, which is
20  0012145. Fatima says many orders are still being
21  delayed. Is she referring to what you just said, which
22  was that your factory was -- the factory was shut down?
23           MR. BLANCHARD: Objection. Calls for
24  speculation.
25           THE WITNESS: That is correct. I think this is

609

1   the first indication that Chandler's wristband factory
2   was shut down and we had to start delivery dates.
3            BY MS. SCHAEFER:
4        Q. And then she says one-half plus one-half only
5   can coolers possible. What is one-half plus one-half?
6            MR. BLANCHARD: Which time stamp?
7            BY MS. SCHAEFER:
8        Q. It is 11:28:41. And I want to know what
9   one-half plus one-half means?
10           MR. BLANCHARD: Objection. Calls for
11  speculation.
12           THE WITNESS: I don't know. Maybe it's a type
13  of product that we were able to source locally,
14  domestically and ship it out.
15           BY MS. SCHAEFER:
16       Q. Okay. And why was Eroze saying March 6th is
17  the earliest?
18           MR. BLANCHARD: Objection. Calls for
19  speculation.
20           THE WITNESS: That's probably the earliest from
21  the vendor that they found out that they could ship.
22           BY MS. SCHAEFER:
23       Q. And then the next line, you say, "But that is
24  for rush+++." What does rush+++ mean?
25       A. So half day/half day means getting a shipment

610

1   out that same day for can coolers.
2        Q. So you do know what that means?
3            MR. BLANCHARD: Objection. Argumentative.
4            THE WITNESS: Yes. I'm going back to it after
5   I read the whole thing.
6            BY MS. SCHAEFER:
7        Q. So say that again. So one-half means?
8        A. If the order comes in, I believe, it has to
9   come in before 10:00 a.m., they produce it that day and
10  ship it out that day.
11       Q. Okay. So same day?
12       A. Sure.
13       Q. And then below she says, "1+1 also has issues."
14  What does that mean?
15           MR. BLANCHARD: Objection. Calls for
16  speculation.
17           THE WITNESS: Two business days.
18           BY MS. SCHAEFER:
19       Q. Let's go to the next page. So here I'm
20  wondering, I'm starting at 10:30:52 and Fatima says,
21  "If we give anything to Jimmy to get cleared from
22  customs will he always redirect it to our office?"
23  What is she talking about?
24       A. Jimmy is a FedEx guy. If we get cleared
25  from -- Jimmy is our FedEx rep for international

28 (Pages 607 to 610)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

611

1   shipment.  I think what she's asking is once it is in
2   customs, can Jimmy reroute the package to our warehouse
3   rather than giving it to the customer.  Sometimes when
4   a package gets shipped out and it's held in customs for
5   improper paperwork or whatever it may be, the customer
6   does not want it anymore.  So she's asking if we could
7   reroute it to our warehouse rather than sending it to
8   the customer.  I think that's what she's referring to.
9       Q.  Let's go to the next page.  So I'm on 0012147,
10  and I'm on 7:02:58.
11      MR. BLANCHARD:  What page of the exhibit -- I
12  see it.
13      BY MS. SCHAEFER:
14      Q.  And she says, "Shall I forward these e-mails to
15  Alishah."  Who is Alishah?
16      A.  My brother-in-law.
17      Q.  And why would she be forwarding e-mails to your
18  brother-in-law?
19      A.  My brother-in-law or my bank.  Alishah is my
20  banker as well.
21      Q.  And why would you be forwarding e-mails to him?
22      A.  I don't know what this is referencing to.
23      Q.  And above that at 7:00:52, you said Yes, Ali is
24  handling it.
25      A.  I don't know what it's referring to, though.

612

1       Q.  What is Ali's role in Zaappaaz?
2       MR. BLANCHARD:  Objection.  Form.
3       THE WITNESS:  He has no role in Zaappaaz.
4       BY MS. SCHAEFER:
5       Q.  He doesn't and he has no relationship into
6   Zaappaaz?
7       MR. BLANCHARD:  Objection.
8       THE WITNESS:  He has no relationship to
9   Zaappaaz, no.
10      BY MS. SCHAEFER:
11      Q.  Then 7:10:24 you say, "You and Fatima are owner
12  now."  What are you referring to?
13      A.  Just basically telling them to own the
14  operations, just a phrase that I just said.  That's it.
15  Nothing meant by it, I guess.
16      Q.  So now I am on Zaappaaz 0012159.
17      MR. BLANCHARD:  What page of the exhibit is it?
18      MS. SCHAEFER:  What?
19      MR. BLANCHARD:  What page of the exhibit is it?
20      MS. SCHAEFER:  It is page 17.
21      BY MS. SCHAEFER:
22      Q.  So I'm on 7:39:15 where Fatima is asking
23  "Manual goes in box of thermometer right."  Why would
24  she be asking you where the manual would go?
25      MR. BLANCHARD:  Objection.  Calls for

613

1   speculation.
2       THE WITNESS:  She's in India.  She is a CSR.
3   So again, this is a new part for her, so she's just
4   asking what goes inside the box.
5       BY MS. SCHAEFER:
6       Q.  Who is packing these boxes?
7       A.  China at this time, I believe.
8       Q.  What does it mean, I'm on 3:57:44, that
9   trackings are updated every day during USA nighttime
10  orders?  I'm wondering, what updating orders, what does
11  that mean?
12      MR. BLANCHARD:  Objection.  Calls for
13  speculation.
14      THE WITNESS:  Could mean a lot of things.  I
15  don't know what she's referring to.  I mean, there's
16  more to it.  We keep things up to date from both orders
17  being uploaded from Ship Easy and tracking.  Okay.  So
18  we push -- when China ships out the goods for these
19  products, my team in India manually went and they got a
20  list of orders that China shipped and manually put it
21  in on our back end, and then that would push out to
22  customers.  I think that's what she's referring to.  So
23  it would do that at night in the U.S., which is daytime
24  in India.
25      BY MS. SCHAEFER:

614

1       Q.  Then 8:51, Fatima says, "There are back to back
2   calls since yesterday and we have limited people even
3   we are taking calls and using maximum resources
4   available."  Why were there back-to-back calls?  What
5   were the calls about?
6       MR. BLANCHARD:  Objection.  Calls for
7   speculation.
8       THE WITNESS:  People wanting to order.
9       BY MS. SCHAEFER:
10      Q.  Were people -- were these calls also
11  encompassing complaining consumers?
12      MR. BLANCHARD:  Objection.  Calls for
13  speculation.
14      THE WITNESS:  I didn't take calls, so I don't
15  know.
16      BY MS. SCHAEFER:
17      Q.  And do you know whether she was talking about
18  receiving back-to-back calls related to complaining
19  customers?
20      MR. BLANCHARD:  Objection.  Calls for
21  speculation.  Assumes facts not in evidence.  Lack of
22  foundation.
23      THE WITNESS:  I'm sure there were complaint
24  calls.  I don't know what she means.  I can't tell you
25  what she means by back-to-back calls.  It could just

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

615

1    mean customers calling back to back.  I can't give you
2    the details of it.  I don't know.
3         BY MS. SCHAEFER:
4         Q.  The next line, well, actually, the 9:02:49 --
5    actually, 8:10:26, he talks about Total Balance,
6    anything to pay, and then said "paid 100k to avoid any
7    issue in ads."  What does that mean?
8         MR. BLANCHARD:  Objection.  Calls for
9    speculation.  Lack of foundation.
10        THE WITNESS:  They paid from my credit card.
11   They are responsible for paying off the credit card.
12        BY MS. SCHAEFER:
13        Q.  What would be the issues they are trying to
14   avoid, though?
15        MR. BLANCHARD:  Objection.  Calls for
16   speculation.
17        THE WITNESS:  My credit limit.
18        BY MS. SCHAEFER:
19        Q.  I don't understand.  What does that mean?  What
20   would be the issue with credit limit if they didn't
21   pay?
22        A.  They would stop taking more charges.
23        Q.  And then 11:58:19, you say, "A lot of calls
24   missed and ad spend us over 200k yesterday."  So what
25   is your point?  Why are you telling them that?

616

1         A.  There were a lot of calls that were missed.  I
2    guess this is probably at the peak of the pandemic
3    where we are starting to hear things on an hourly
4    basis, people getting sick, country is shutting down,
5    calls, data centers going down and various things are
6    happening around this point.  So just trying to say
7    let's put all resources together and make sure we
8    optimize.
9         Q.  By optimization, you mean get the most possible
10   orders from your ads; is that right?
11        MR. BLANCHARD:  Objection.  Argumentative.
12        THE WITNESS:  Optimization I mean is getting
13   our crew to be able to answer all the calls as
14   possible.  That's what I meant.
15        BY MS. SCHAEFER:
16        Q.  Why were you concerned the ad spend was over
17   $200,000?
18        MR. BLANCHARD:  Objection.  Form.  Misstates
19   prior testimony.  Assumes facts not in evidence.
20        THE WITNESS:  Why was I concerned over it?
21        BY MS. SCHAEFER:
22        Q.  Yeah.
23        A.  I mean, if you want to spend money on ads, you
24   want to make sure your output is there also.  That was
25   the concern.

617

1         Q.  Let's go to page 20.  So time stamp 7:52:22,
2    and you say "Change delivery date for UK further out."
3    What's UK refer to?
4         A.  International shipping, UK.
5         Q.  So Zaappaaz fulfilled orders in the UK?
6         A.  Very minimal, yes.
7         Q.  And then 11:18, e-mail from Braintree for Mak
8    Brands.  What is Mak Brands?
9         A.  A corporation of mine.
10        Q.  And why would Eroze be getting an e-mail from
11   Braintree related to Mak Brands?  Did they do work for
12   Mak Brands?
13        A.  Eroze handled some of my e-mails related to Mak
14   brands.  We had six different companies running out of
15   the office in China -- I mean, in India.
16        Q.  And how many of those sell covered products?
17        A.  Mak Brands sold, Ionized sold and Zaappaaz
18   sold.
19        Q.  What about, is there a company SGS?
20        A.  I don't know if SGS sold, but it was not out of
21   India.
22        Q.  Or Stealth Mask?
23        A.  Stealth Mask sold fabric masks.
24        Q.  Okay.  So back to page 20 at 1:53 time stamp,
25   Fatima says, "Just out of concern wanted to ask is it a

618

1    worrisome situation?"  What was she referring to in
2    terms of was it a worrisome situation?
3         MR. BLANCHARD:  Objection.  Calls for
4    speculation.  Lack of foundation.
5         THE WITNESS:  I believe COVID.
6         BY MS. SCHAEFER:
7         Q.  And then she says, "Are we going to get our
8    stocks by Tuesday?"  What is she referring to?
9         MR. BLANCHARD:  Objection.  Calls for
10   speculation.  Lack of foundation.
11        THE WITNESS:  Where did she say that?
12        BY MS. SCHAEFER:
13        Q.  Right below.
14        A.  Are we going to get our stocks by Tuesday,
15   referencing, I don't know, referring to probably goods.
16        Q.  Referring to what?
17        A.  Products.  I don't know which products she is
18   referring to.
19        Q.  Were products out of stock at this point?
20        MR. BLANCHARD:  Objection to form.
21        THE WITNESS:  Products are not out of stock.  I
22   think this was all the customs issues and Fed Ex delays
23   and everything was ongoing at this point.  So I think
24   that's what she's referring to.  And this is when we
25   were probably transitioning over to a U.S. warehouse.

30 (Pages 615 to 618)

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

619

1        BY MS. SCHAEFER:
2    Q.  I want to go back to 12159.  So let's go to
3    12:18:00.
4        A.  What page?
5    Q.  It is page 17.
6        A.  Okay.
7    Q.  And Eroze says, "Can we say Ionized is under WB
8    umbrella and the CEO is same for both companies."  And
9    you said, "Yes, if needed but don't mention if not
10   asked.  Just say it's a sister company.  That's all."
11   Why was he asking if he could say Ionized is under the
12   WB umbrella?
13       MR. BLANCHARD:  Objection.  Calls for
14   speculation lack of foundation.
15       THE WITNESS:  Credit references.  I don't know.
16       BY MS. SCHAEFER:
17   Q.  Is Ionized under WB's umbrella?
18       A.  No.
19   Q.  What would the credit issue be that he would be
20   saying this?
21       A.  He's probably trying --
22       MR. BLANCHARD:  Objection.  Calls for
23   speculation.  I need to consult with my client if you
24   are going to go down this route.
25       MS. SCHAEFER:  Why?  He's having a

620

1    conversation.  It doesn't calls for speculation.  He
2    was involved.  He has personal knowledge.
3        MR. BLANCHARD:  Well, that's my short
4    objection.
5        MS. SCHAEFER:  You can object.  That's fine.
6    I'm not sure why you want to consult.
7        MR. BLANCHARD:  Because I need to consult with
8    him for five minutes.
9        MS. SCHAEFER:  Sure.  I didn't know -- if you
10   are asking, that's fine.  Sure.  I'm sorry, I didn't
11   understand.
12       (A recess was taken.)
13       BY MS. SCHAEFER:
14   Q.  So we are on 17, page 17 of the PDF and we are
15   talking about Ionized.  And you said Ionized is not
16   under the WB umbrella.  Why didn't you want him to
17   mention this if not asked?
18       A.  I didn't want to mention what?
19   Q.  Strike that question.  Why did you say he could
20   say Ionized was under the WB umbrella if needed?
21       MR. BLANCHARD:  Objection.  Misstates the
22   evidence.
23       THE WITNESS:  I'm the owner of both companies.
24   So I mean, for credit references, for our vendors, they
25   use Ionized.  If we have a credit reference under

621

1    Zaappaaz already for a sanitizer vendor and they need a
2    credit reference for Ionized, they would say Zaappaaz
3    is the same owner.  So similarities, maybe that's what
4    he's referring to, if he could mention that Ionized and
5    Zaappaaz are the same owners.
6        BY MS. SCHAEFER:
7    Q.  Does Zaappaaz provide services to Ionized?
8        A.  Yes, it did.
9    Q.  What type of services?
10       A.  They purchase goods from us.
11       MR. BLANCHARD:  She's asking you the common
12   status.  Wasn't that the question?
13       BY MS. SCHAEFER:
14   Q.  Did Eroze and Fatima provide services to
15   Ionized like they did for WB?
16       A.  No, they do not.
17   Q.  Let's go to page 21, 12163, at 1:57:59 and she
18   says, We really, really hope --
19       MR. BLANCHARD:  Can't hear you, Michelle.
20       BY MS. SCHAEFER:
21   Q.  It's the first text where she says, "We really
22   really hope and pray as we are really worried with all
23   complaints and disputes so thought to ask."  What was
24   she referring to?
25       MR. BLANCHARD:  Objection.  Calls for

622

1    speculation.  Lack of foundation.
2        BY MS. SCHAEFER:
3    Q.  What was worrisome?
4        MR. BLANCHARD:  Objection.  Calls for
5    speculation.  Lack of foundation.
6        THE WITNESS:  4/17, 1:53:04 p.m., Fatima just
7    had a concern and wanted to ask if it's a worrisome
8    situation.  Are we going of to get our stocks on
9    Tuesday?  I think so.  We resolved all the issues.  I
10   said that.  I also said so now we should see more
11   smoother situation.  We are one of the few companies
12   that can do this.  Many customers just need to
13   understand the situation and the rest will be fine.  We
14   are really, really hoping and praying as we are really
15   worried with all the complaints and disputes so thought
16   to ask.  We are really trying the best we can.  We will
17   be okay, just need to face tough times but we will be
18   good.  Yes, we are together in it.  I think she is
19   referring -- and you also take care of your health and
20   family between all of this.  I think she's referring to
21   complaints of people getting COVID, people are dying,
22   things like that.  I think that's what she's referring
23   to.
24       BY MS. SCHAEFER:
25   Q.  And by this point, were you delivering orders

31 (Pages 619 to 622)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

623

1  late?  I mean, by this time, weren't you having major
2  shipping problems?
3       A.  Up and down.
4       Q.  And were a flood of consumers complaining?
5       A.  Flood, no.  But, yes, we had consumers
6  complaining.
7       Q.  Let's go to 2:15:36, and Eroze says, "Can we be
8  honest to customers that we will ship from Tuesday or
9  Wednesday."  Why is he asking this?
10      MR. BLANCHARD:  Objection.  Calls for
11  speculation.  Lack of foundation.
12      THE WITNESS:  We are probably 17 days into
13  this.  Our CSRs are new.  We have hired new CSRs.  The
14  communication is probably not being relayed down, but,
15  yes, he's asking what should be the proper protocol.
16  And that's what he's asking.
17      BY MS. SCHAEFER:
18      Q.  So then down at 9:08:58 you say, "Connect me
19  with who has thermometer."  Why did you want to be
20  connected with -- what were you asking?
21      A.  I was asking him to connect me with who has
22  thermometers.
23      Q.  Were you looking for suppliers?
24      A.  We were always looking for suppliers.
25      Q.  Why were you always looking for suppliers?

624

1       A.  It's what a businessman does, always prepares
2  for the future.
3       Q.  But was one of the reasons you were always
4  looking for suppliers because you always needed
5  inventory?
6       A.  We, to date, we still look for wristband
7  suppliers.  So we are always wanting to have multiple
8  suppliers on hand.
9       Q.  But starting in March, during the pandemic and
10  thereafter, at least through August, were you always
11  searching -- were you searching for suppliers at times
12  because you didn't have enough inventory to fulfill the
13  orders that were coming in?
14      A.  Not inventory to fulfill.  We were always
15  looking for additional suppliers.
16      Q.  So then at stamp 11:13:10 Fatima says, "Paypal
17  balance is $323,221.  It has not allowed me to transfer
18  and always shows error."  I want to know why Paypal
19  wasn't allowing her to transfer.  Was there an issue
20  with Paypal?
21      A.  I don't think we had issues with Paypal, no.
22      Q.  And then 7:42:06, she says, "Those e-mails are
23  cc Sharez too" so I think they are for Ionized.  Yeah,
24  don't worry about that.  What was she referring to in
25  the context of Yaoli?

625

1       MR. BLANCHARD:  Objection.  Calls for
2  speculation.
3       THE WITNESS:  I think she's referring to a PO
4  that Sherez was helping to clear the goods or
5  something.  I think it's the next line she was
6  referring to the purchase order for Konik.
7       Q.  And then she asks, "U mean we take payment in
8  WB bank transfer and let Ionized ship order?"
9       A.  Correct.
10      Q.  So would Ionized -- well, would Ionized fulfill
11  orders for WB?
12      A.  No.  Ionized had the goods.  So we took the
13  payment, because this was our customer, and we gave the
14  funds to Ionized.
15      Q.  So the time stamp 6:05:49 Fatima is talking
16  about an order, "This one we already processed in
17  wristband and cust paid.  Can we add in ship easy."
18  Why would she be asking if she could add this to Ship
19  Easy?
20      A.  So that we could ship the order.
21      Q.  Why was she asking you?  Wouldn't she just
22  automatically add it in Ship Easy?
23      MR. BLANCHARD:  Objection.  Calls for
24  speculation.
25      THE WITNESS:  No, she wouldn't automatically

626

1  add such a big order to Ship Easy.  This requires
2  logistics.
3       BY MS. SCHAEFER:
4       Q.  So tell me about those logistics that it would
5  require.
6       A.  This probably required a truckload.
7       Q.  Okay.  And so why would that affect her ability
8  to just enter it without asking you?
9       A.  Because this is not a package you can put in a
10  box and print a label and put it on.  You have to call
11  the logistics to come in and arrange to pick it up.  So
12  a separate person would handle that.
13      Q.  So would those orders not go through in Ship
14  Easy?
15      A.  They do.  That's what she saw under the
16  category of FedEx Freight, I believe.
17      Q.  Okay.  So are you saying that orders that fall
18  under FedEx Freight don't go in Ship Easy?
19      A.  They do go in Ship Easy.  They just get
20  processed a little differently.
21      Q.  I see.  How do they get processed differently?
22      A.  We have to call a carrier to come pick up the
23  goods.  It's not something that we can put into a
24  regular FedEx trailer.
25      Q.  And would she also ask whether they could add

32 (Pages 623 to 626)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021



627

1    orders to Ship Easy when she wasn't sure if the orders
2    were going to ship from, you know, Asia or the U.S.?
3        A.  If it was -- yeah, she would.
4        Q.  She would ask you?
5        A.  Sure, yeah.
6        Q.  Because why was that?  What would determine
7    whether an order would be put into Ship Easy or would
8    go into one of your Asian suppliers?
9        A.  I don't know.  The laws, maybe.  I mean, if we
10   were prevented from shipping directly from China to the
11   U.S., shipping a truckload from China to the U.S. would
12   not be optimal.  So maybe that would be another reason.
13   A lot of variations.
14       Q.  Was it all COVID related, though?
15       A.  What was COVID related?
16       Q.  Whether or not an order would go in Ship Easy
17   or the Chinese system?
18       A.  I don't understand your question.
19       Q.  My question is, I mean, it seems -- would the
20   fact that there were delays in China related to COVID
21   at any given point inform whether or not an order is
22   going to go through Shipping Easy or through China?
23       A.  There weren't certain products you could not ship
24   from China to the customer.  Around this point we were
25   shipping a lot of it from our warehouse.  I don't know

628

1    the reference points that she would ask me at this
2    point if it needs to go to China or the U.S.  Most PPE
3    products were banned to ship directly to customers
4    around this point.  Most products.  Not all of them,
5    but most of them.  So, yes, she did not know which
6    products those were.  Maybe she did ask me.  In this
7    case, this was a specific order that was a special
8    delivery.  I think that's why she asked me.
9        Q.  Page 25 at the top, 12:21:19, "Where will we
10   assign custom bandanna and custom mask."  What is he
11   asking you?
12       A.  Custom products.
13       Q.  Does that mean where they are going to ship
14   from?
15       A.  Correct.  This is the same situation.  These
16   products were not banned from China.
17       Q.  And then 2:12 he says, "Need to upload this PO
18   in system with all address?"  And you say, "Can you
19   manually upload each on Ship Easy."  How were orders
20   being uploaded into Ship Easy by this point?  Was it
21   manual?  All manual?
22       A.  Yes, because this was in process for us.  We
23   never had a warehouse at Zaappaaz, ever.  So we are
24   shifting our strategy.  So we are working a lot
25   manually while the developers on the back end are

629

1    working to make it automated.  So there was a point
2    where it was mostly manual, but yeah.
3        Q.  When did it become automated?
4        A.  I don't know.  Maybe two months, a month and a
5    half, two months.
6        Q.  So then 2:15:00, you say, "Upload the order as
7    PO on ASI."  And I want to know what that means, upload
8    the order as PO, which I assume is purchase order, but
9    on ASI?
10       A.  It's just a process how we do it in our back
11   end.  It's an ASI customer, so we have a process of
12   uploading the order under an ASI category on our back
13   end.
14       Q.  ASI, is that the -- what is ASI?
15       A.  It's an organization of distributors and
16   suppliers.
17       Q.  We talked -- that's the organization we talked
18   about.  Then for a little bit further down at 2:15:24
19   you say, "Then use that order number to do -1 -2 and
20   etc."  What does that mean, negative 1, negative 2?
21       A.  It's not negative.  It's order number dash 1,
22   dash 2.  It might just be referencing multiple
23   shipments.  Maybe a customer needed to ship to 10
24   different addresses.  I think that's why we did that.
25   But it's just referencing dash 1, dash 2.

630

1        Q.  Okay.  Now let's go down to 5:22:33 and
2    Fatima -- well, why don't you go ahead and read until
3    the bottom of the page.
4        A.  Okay.
5        Q.  And so you had several chargebacks at this
6    point; is that right?
7        A.  Correct.
8        Q.  Related to late or nondeliveries?  Did you?
9        A.  Correct.
10       Q.  I'm sorry, I didn't hear you.  Did she want
11   to -- to the extent consumers had complained and had
12   instituted chargeback disputes, did she want to
13   prioritize inventory and ship the products out so that
14   the dispute would go away?
15       A.  Those would not go away.  That's not how it
16   works.  We were prioritizing the orders based on when
17   they came.
18       Q.  Why would you be prioritizing inventory for
19   chargebacks?  I mean, a chargeback a consumer is
20   complaining they don't want the order anymore?
21       A.  That's not the case.
22       Q.  What is the case?
23       A.  They probably think that either it's a fraud,
24   number one, or they think that we are not a real
25   company, number two, just because at this time phones

33 (Pages 627 to 630)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        12/14/2021

631

1   weren't being answered properly, chats were being
2   clogged. So I can understand the customer's assessment
3   of this, but that's what it is. A lot of chargebacks
4   were reversed when the goods were delivered.
5       Q. Below she says, "We have many orders due and I
6   have no tracking or chargebacks to give." Why wouldn't
7   she have tracking for orders that were due?
8       MR. BLANCHARD: Objection. Misstates the
9   evidence.
10      THE WITNESS: She's saying she does not have
11  tracking to reply.
12      BY MS. SCHAEFER:
13      Q. Why didn't she have tracking for orders that
14  had been placed?
15      A. Where does she say that?
16      Q. She says, "We have many orders do and I have no
17  tracking."
18      A. She does not have tracking?
19      MR. BLANCHARD: Hold on. That's not the whole
20  sentence.
21      BY MS. SCHAEFER:
22      Q. "I have no tracking on chargebacks to give." I
23  think that's an "or".
24      A. She does not have tracking on chargebacks to
25  give.

632

1       Q. But is tracking a shipment tracking?
2       A. Correct.
3       Q. And did she not have tracking because you
4   didn't have inventory to fulfill those orders at the
5   point and so --
6       MR. BLANCHARD: Objection.
7       BY MS. SCHAEFER:
8       Q. -- shipments hasn't been created?
9       A. No. So --
10      MR. BLANCHARD: Objection, form; objection,
11  argumentive; objection, asked and answered. Calls for
12  speculation.
13      Go ahead.
14      THE WITNESS: Let's bring up a scenario here.
15  This is when China had stopped from shipping PPE
16  directly to consumers. So we shifted everything and
17  started shipping everything to our warehouse. That is
18  where the clog happened, and this is where the
19  chargebacks log is starting to pile up. So just want
20  to kind of give you that reference. So now everything
21  is coming to our warehouse causing further delay and
22  now being shipped from our warehouse to the customers.
23  So we are waiting for the goods to arrive at our
24  warehouse as we adjusted to the new Chinese laws that
25  were just updated around this period. Before this,

633

1   everything was shipped to the customers directly.
2       BY MS. SCHAEFER:
3       Q. Okay. Eroze says, "Today Shairoz also called
4   to discuss on chargebacks and was asking me why we
5   getting so many." Who is Shairoz?
6       A. Empire tech.
7       Q. Let's go to the next page, and there you say at
8   5:26:21, "No gowns and no thermometers." What does
9   that mean, that you had no gowns and no thermometers in
10  stock?
11      MR. BLANCHARD: We can't hear you.
12      BY MS. SCHAEFER:
13      Q. You say no gowns and no thermometers. What
14  does that mean? Does that mean you don't have those in
15  stock and you couldn't fulfill those orders?
16      MR. BLANCHARD: Objection. Form.
17      THE WITNESS: We had no gowns and no
18  thermometers in the warehouse.
19      BY MS. SCHAEFER:
20      Q. Okay. And then on 5:26, anything besides that,
21  do you have any urgent orders? What constitutes an
22  urgent order?
23      A. I don't know what I was referring to on that
24  point.
25      Q. And then she says "Many in sheet." Do you know

634

1   what sheet she's referring to?
2       A. I think we prioritized hospitals and based on
3   local laws to push medical and essential workers ahead
4   on orders, so that's what we did.
5       Q. Then she says, "As simple as masks, face
6   shields, KN95 at least we can move those out to reduce
7   losing on those simple disputes." So doesn't that mean
8   that you were shipping products out to people to win
9   the chargeback disputes even though they wanted to
10  cancel their orders?
11      A. I just want to clarify that. We just responded
12  to disputes.
13      Q. Why would you ship an order to someone that's
14  created a dispute?
15      A. Because the customer has not received the
16  tracking number. That's why.
17      Q. I don't understand. I'm saying, why would you
18  ship an order to someone that is asking for a
19  chargeback? Obviously they don't want the product
20  anymore.
21      A. It's not obvious. A chargeback can be for a
22  simple reason that they didn't receive their tracking
23  number on time or they saw a review online that they
24  didn't feel comfortable with. We didn't answer our
25  phones and they thought we were a phony company. So it

34 (Pages 631 to 634)

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

635

1    could be various reasons.  But a lot of chargebacks
2    were reversed because they received their goods.  So I
3    just want to put that on the record too.
4         Q.  Now let's go to 5:31:38 where you say, "I will
5    tell you how to push order so it goes out same day."
6    What does push order mean, if I see that --
7         A.  At this time we probably automated sending out
8    orders directly to Shipping Easy without manually doing
9    it.  I think that's what it means.
10        Q.  Okay.  So were you teaching them how to do
11   that?
12        A.  There was probably an update on the website
13   that I was teaching them, correct.
14             MR. BLANCHARD:  Can we take five minutes?
15             MS. SCHAEFER:  Sure.
16             (A recess was taken.)
17             BY MS. SCHAEFER:
18        Q.  So we are on page 27, 0012169, and I'm looking
19   at -- first of all, let's look at 11 from Fatima, "Are
20   we expecting thermometers, gowns, cloth mask any time
21   by tomorrow or we refund those disputes?"  Was she
22   asking whether you were expecting them at the
23   warehouse?
24             MR. BLANCHARD:  Objection.  Calls for
25   speculation.

636

1             THE WITNESS:  I'm sorry, where was that?
2             BY MS. SCHAEFER:
3         Q.  So page 27, the 11:00 time stamp.
4         A.  Okay.
5         Q.  And so she's asking are we expecting
6    thermometers, gowns, cloth masks any time by tomorrow
7    or we refund those disputes, was she asking if the
8    warehouse was receiving them?
9             MR. BLANCHARD:  Calls for speculation.
10             THE WITNESS:  Yes, in the warehouse.
11             BY MS. SCHAEFER:
12        Q.  Was she asking, was she saying that if she
13   didn't receive them, that she would refund the
14   consumers for their orders?
15             MR. BLANCHARD:  Objection.  Calls for
16   speculation.
17             THE WITNESS:  Yes, correct.
18             BY MS. SCHAEFER:
19        Q.  So then let's go to 1:23:24 where you say, "I
20   want to create a listing urgently."  What does that
21   mean, to create a listing?
22        A.  Just to create a product.  I think this is the
23   first time we are probably starting to sell gowns and
24   hand sanitizers.
25        Q.  Does create a listing mean create a listing for

637

1    this product on the website?
2         A.  Correct.
3         Q.  And then you probably want to read a little
4    bit, but my question is going to be were you switching
5    liquid sanitizers out for gel sanitizers?
6         A.  If we were switching them out?  We were selling
7    both.
8         Q.  Okay.  So you were adding it?
9         A.  Correct.  We were selling both liquid and gel.
10        Q.  And then you say at 1:26 "For now put a random
11   image."  What does that mean?
12        A.  We didn't have a product image.  I mean, there
13   was just a random sanitizer bottle.
14        Q.  So it wasn't necessarily the bottle that you
15   were going to be getting, but you wanted to start
16   selling it?
17        A.  Correct.
18        Q.  Why is she asking at 2:05 "But for the old one
19   u had the description changed to gel based?"
20        A.  We probably changed that product to gel.
21        Q.  Does that mean you stopped selling liquid?
22        A.  No, we probably just put gel on there and added
23   a liquid listing.  That's what it means.
24        Q.  So there's instances where you say you want
25   something directly pushed in the ship station.  And I'm

638

1    wondering what that means, what's ship station?
2         A.  Where is that?
3         Q.  Let me find it.  So lets go to 12171, and it is
4    10:03:51 in the middle, top middle-ish of the page.
5         A.  What page?
6         Q.  This is page 29.
7         A.  Okay.
8         Q.  So 10:03:51, Eroze says, I'm maintaining record
9    and pushing them as well.  Tell me again, what does
10   pushing them again mean?
11        A.  Where are you looking at?
12        Q.  10:03:51.
13        A.  He's still updating it on Shipping Easy
14   manually.
15        Q.  Is that pushing?  Is that what pushing means?
16             MR. BLANCHARD:  Objection.  Misstates prior
17   testimony.  Calls for speculation.
18             BY MS. SCHAEFER:
19        Q.  My first question is what does pushing mean?
20        A.  Yeah, taking it from a back end and sending it
21   to Shipping Easy.
22        Q.  Okay.  And then the next sentence he says,
23   "Just directly push in ship station since you know what
24   we have in stock."
25        A.  Yeah.

35 (Pages 635 to 638)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                12/14/2021

639

1    Q. So is ship station Shipping Easy?
2    A. Yeah, I think I just used two different words.
3  I think ship station is another software, but we don't
4  use that.
5    Q. Okay. But you are referring to Shipping Easy?
6    A. Yeah.
7    Q. Directly push, is that to manually enter it?
8    A. I don't think so. I think at this time we had
9  a button where they just pressed it and the data got
10 pushed. Except if it was a new product, then they
11 might have had to do it manually. I'm not sure.
12   Q. So it seems like, did you not have products in
13 stock at this point?
14     MR. BLANCHARD: Objection. Asked and answered.
15     THE WITNESS: Which products are you referring
16 to?
17     BY MS. SCHAEFER:
18   Q. I don't know. It sounds like you had certain
19 products weren't in stock. I don't know which ones.
20 You said you know what we have in stock. So I'm
21 asking, does that mean you didn't have certain items in
22 stock?
23   A. I don't know what you are referencing, if you
24 could point to that.
25   Q. 10:03:52.

640

1    A. I'm referencing we don't have products in
2  stock?
3    Q. So you say, "Just directly push in ship station
4  since you know what we have in stock." So I'm asking,
5  does that mean there were certain covered products that
6  were not in stock?
7    A. No. We were pushing everything to Shipping
8  Easy or China. They were probably getting
9  clarification on what can ship from China, what can
10 ship from Shipping Easy, et cetera.
11   Q. So 12:17:46 Eroze says, "Delivery 5, 7, 10."
12 And I'm just wondering what that refers to?
13   A. We just adjusted the delivery dates. I think
14 we probably pushed it back.
15   Q. Why would you have pushed it back?
16   A. Delivery feedbacks that we've been getting from
17 FedEx and the amount of orders we were getting was not
18 sufficient for what we were trying to foresee in the
19 future inventory that was coming. So we adjusted our
20 delivery dates.
21   Q. And so are the references to these numbers, is
22 that equal to what we were talking about earlier, which
23 was production plus shipping?
24   A. Shipping.
25   Q. So are these -- this is referring to shipping?

641

1    A. I believe so. I don't know what Eroze was
2  referring to, but 5, 7, 10, I don't know. I can't
3  answer on that.
4    Q. So now page 30, 1:29:53, it says 20 GSM. I'm
5  just wondering what GSM is?
6    A. It's a weight of a cloth.
7    Q. Okay. So then down 2:38:24, you say "Don't
8  push anymore thermometer unless fully urgent." What is
9  something -- what makes something fully urgent?
10   A. The delivery date is approaching.
11   Q. So these were orders -- you were talking about
12 orders that had already been processed but saying just
13 then the ones whose delivery date is very close?
14     MR. BLANCHARD: Objection. Form.
15     THE WITNESS: Correct.
16     BY MS. SCHAEFER:
17   Q. And then at 2:40:26 Fatima says, "Yes older
18 ones we did before this sky task." What does that
19 mean?
20     MR. BLANCHARD: Objection. Calls for
21 speculation.
22     THE WITNESS: 2:46?
23     MR. BLANCHARD: 2:40:26.
24     THE WITNESS: Yeah, I think we were seeing a
25 rise in orders. We adjusted the delivery date, and we

642

1  just wanted to push out all the orders that were
2  approaching delivery date and get those out as quick as
3  possible as the new orders that were coming in were a
4  longer delivery date. So that's what I'm referencing
5  here.
6    BY MS. SCHAEFER:
7    Q. Let's go to the last line, 7;45:52, "Let CSR
8  know that for any big order request to give my cell
9  number and inform me ASAP." We can turn the page, and
10 then at the top you say, "Only give when it's
11 government or legitimate company e-mail. No gmail
12 e-mails please." Why were you prioritizing these
13 companies --
14     MR. BLANCHARD: Objection. Hold on.
15     BY MS. SCHAEFER:
16   Q. -- government or legitimate companies?
17     MR. BLANCHARD: Objection. Argumentive.
18 Misstates the testimony. Misstates the evidence.
19     Go ahead.
20     THE WITNESS: I wasn't prioritizing anything,
21 actually, at this point. I was just making sure if
22 there was a government entity, hospitals, first
23 responders, any of that stuff, government institutions,
24 I was taking care of those customers as a priority. It
25 was a national mandate, I believe, to do that, so

36 (Pages 639 to 642)

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

643

1    that's what I did.  And I was taking responsibility of
2    those orders specifically.
3        BY MS. SCHAEFER:
4        Q.  And then at 10:28:07 Eroze says, "We need to
5    purchase from India only as nothing is coming from
6    China, no aircraft."  What does that mean?
7        A.  I think Eroze is out of his league here in
8    terms of understanding what's happening.  He never
9    understood the logistics.  He was only responsible as a
10   CSR, but it's just a characteristic to be.
11       Q.  Then 10:31:56 you say, "I will do analysis on
12   Adwords and see what it looks like."  What's an
13   analysis on Adwords?
14       A.  10 what?
15       Q.  10:31:56.
16       A.  I don't know what he's referring to here.
17       Q.  This is you saying it.
18       A.  I don't know what he's referring to in the
19   previous context when I responded to him.  That's what
20   I'm saying.
21       Q.  What is an analysis on Adwords generally?
22       A.  A standard analysis on Adwords would be like if
23   we want to sell a water bottle, I check what the cost
24   of keywords are.  The cost of keywords is $0.10, a
25   bottle is a dollar, and it's going to take me five

644

1    clicks to sell a product, then it's going to cost me
2    $0.50 and this bottle cost me $0.30, so that's almost
3    80 -- I'm sorry, $0.70, and I have $0.30 to use as
4    profit and management and overhead.  It's just an
5    analysis to see if it's profitable.
6        Q.  An analysis to see if the ad -- analysis to see
7    if the ad is profitable or results in profitability?
8        A.  Yes, an ad results in profitability.
9        Q.  Okay.  Page 32, 9:34:32, can we start shipping
10   face shields -- I'm sorry, Fatima says, "Can we start
11   shipping face shields and cloth masks from vendors
12   directly from China to customer address as per orders?"
13   What does that mean, "as per orders" within the context
14   of what she's saying?
15       MR. BLANCHARD:  Objection.  Calls for
16   speculation.
17       THE WITNESS:  Maybe there was a rule change in
18   China where you could ship directly face shields and
19   masks of -- cloth masks.  Face masks were not allowed
20   at this time still, but there was a lot of flip-flop in
21   rules to start shipping those products from China.
22       BY MS. SCHAEFER:
23       Q.  Page 33, you say at the very top, "Try 10
24   orders and see if clears customs."  What does that
25   mean?

645

1        A.  That means we weren't getting good clarity from
2    FedEx nor Chinese customs as to what was happening
3    because I guess everybody was adjusting on the fly.  So
4    we said just ship out 10 orders and let's see what
5    happens before we shift our strategy.
6        Q.  Let's go to 12:11:08.  And you might have to
7    read above, but you say, "yes but only push that have
8    with other products."
9        A.  What page?
10       Q.  On the same page, 33.
11       A.  Okay.
12       Q.  But you probably have to read above for
13   context.  So starting at 12:00.
14       A.  This was probably strategic reasoning as to
15   pushing products.  We had all the goods in stock, so we
16   were trying to get all the complicated orders out
17   before going with the easy orders.  Just a strategy.
18       Q.  Page 36.  Now let's go to 4:09:51, "ESP was
19   done but changes should reflect by morning hopefully."
20   And I'm just wondering what ESP is?
21       A.  ESP is a platform on ASI.  It's like their
22   Google.
23       Q.  It's a platform on ASI like their Google?
24       A.  Yeah.
25       Q.  So can you explain that further?

646

1        A.  Yeah, it's a platform where you post products
2    and suppliers, and distributors can purchase from you.
3        Q.  So did you have -- you posted advertisements on
4    ESP?
5        MR. BLANCHARD:  Objection.  Misstates prior
6    testimony.
7        THE WITNESS:  We did.
8        BY MS. SCHAEFER:
9        Q.  You did?
10       A.  We have been with ESP for ten-plus years.
11       Q.  So you use that platform to advertise to ASI
12   members?
13       A.  That's correct.
14       Q.  Do ASI members get your advertisement other
15   ways?
16       A.  Other ways, what do you mean?
17       Q.  I guess, are there other channels in which you
18   target ASI members?
19       A.  We don't target any other way except for
20   through ASI platform.
21       Q.  Page 37, why would there be no same-day
22   shipping for these goggles, gowns, gloves, cloth masks,
23   bandana, social distancing footprints?
24       A.  Because we had orders we were still fulfilling,
25   and we didn't anticipate for the rush of orders that we

37 (Pages 643 to 646)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

647

1 could fulfill, so we didn't offer same-day shipping for
2 those products.
3     Q.  Down at 10:45:27, Fatima says, "That number for
4 ASI to give is only for PPE products, right?"  What is
5 a number for ASI?
6     A.  I don't know what she's referring to.
7     Q.  Then below, it says 11:18:22, What if customer
8 calls us now?  How do we know status or do we just give
9 the number you gave?
10    A.  She's referring to a separate number I created
11 for ASI customers because our back end does not -- when
12 we upload ASI, ASI is -- 99 percent of the time will
13 send you a purchase order.  So uploading a purchase
14 order is a different process on our back end.  So just
15 to separate those customers, we had a different number
16 where ASI calls, we know they are ASI customers and how
17 we reference them.
18    Q.  And 11:18:56 you say, "All ASI call also going
19 to Ionized for now."  What does that mean?
20    A.  I think we had Ionized team handle our calls as
21 we were trying to find more manpower.  So we took some
22 of Ionized's team to handle our operations for ASI
23 customers only.
24    Q.  And would they be compensated for this?
25    A.  They were compensated for it, yes.

648

1     Q.  If you go to page 98, and go to 1:46:00 and you
2 can just read down to the bottom and tell me when you
3 are done.
4     A.  Okay.
5     Q.  So let's start at 1:46.  And she says, "Those
6 same products are on WB a well and we follow those."
7 Do you know what she's talking about?
8     A.  Yeah, WB is just the trade name on ASI.
9     Q.  So WB refers to ASI?
10    A.  Correct.  WB Promotion.
11    Q.  Is that your company on ASI?
12    A.  Yeah, my company.  Zaappaaz owns that company,
13 yes.  It's Zaappaaz's.  It's like Wristbands.
14    Q.  And then you say, "Check ESP again on ASI and
15 see how people doing."  What does that mean?
16    A.  Just looking at the market scope.  That's it.
17    Q.  Are you wanting to see how competitors are
18 doing?
19    A.  Yeah, correct.
20    Q.  And is that just a matter of looking at their
21 advertising?
22    A.  It's just like going to Google and typing in
23 gel sanitizers and seeing who is advertising and what
24 they are selling it at.
25    Q.  So then at 12:14 [sic] you say, "With keyword

649

1 wristbands it's showing total 14 times."
2     A.  Sure.
3     Q.  What does keyword wristband mean?
4     A.  Just like us typing in Wristbands into Google
5 and seeing how many times your website shows up, that's
6 how many times our website shows up in ESP.
7     Q.  Okay.  Can you run the same kind of reports on
8 ESP that you run on Google?
9     A.  No, we cannot.
10    Q.  Are you able to run any reports to see if your
11 ads are creating, you know, optimization?
12    A.  We pay like a flat fee -- not a flat fee, but
13 it's about $30,000 a month.
14    Q.  30,000?
15    A.  Yeah.  We don't track sales versus output.
16 It's just like, yeah, there's no metric to track what
17 are the outputs.
18    Q.  So I have seen WhatsApp transcripts between you
19 and I guess a handle called FedEx Latin.  Do you know
20 what that would refer to, FedEx Latin?
21    A.  It's probably a FedEx representative maybe.  I
22 name my people really weird.
23    Q.  So do you name -- you create the name on
24 WhatsApp for them?
25    A.  Yeah, by default either you use their name or

650

1 we adjust it.
2     Q.  And so I was going to ask the same thing, I
3 have seen WhatsApp between you and Malaysia FedEx.
4     A.  I just adjust the name so I know who I'm
5 talking to.
6     Q.  Is the next Zaappaaz 67?
7         (Zaappaaz Exhibit Number 67 was marked for
8 identification.)
9     BY MS. SCHAEFER:
10    Q.  So I have just marked Zaappaaz 67.  This is a
11 WhatsApp transcript between you and Khalil.  So go to
12 page 12, and I'm looking at 12:03:30, "If they want to
13 cancel an order before refund make sure we cannot do it
14 but if we can do it just release it before we issue a
15 refund."  What did you mean by this?
16    A.  I'm not sure exactly what this means.  I think
17 it means to release it means to remove it from Shipping
18 Easy.  They want to cancel an order before refund,
19 before a refund, make sure we cannot do it, I'm not
20 sure.
21    Q.  And then, I mean, I'm going to ask about that
22 statement in 12:05 where he says, Yeah I told team they
23 need to let me know before refunding because I have to
24 make sure it's marked as shipped, removed from Ship
25 Easy or the label is thrown away and a note is added in

38 (Pages 647 to 650)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

---

651

1   Ship Easy.
2       A.  Yeah, I think that's what it really means is
3   make sure it's released.  So what happens is once it
4   comes in our back end and we send to it Shipping Easy,
5   one Shipping Easy is sent, it's not reversible and we
6   cannot cancel it from Shipping Easy through an
7   automation process.  So if we cancel it in our back
8   end, we need to go in manually in Shipping Easy and
9   cancel it in Shipping Easy.  So what I'm trying to tell
10  Khalil here is release the order on Shipping Easy
11  before you issue a refund.  So meaning cancel Shipping
12  Easy so the warehouse does not ship it out, number one,
13  and then go into our back end and cancel it.  Because
14  we had instances where people were cancelling the order
15  but they weren't cancelling our Shipping Easy, so it
16  was being shipped out regardless.  But, yeah, I think
17  that's the clarification to that.
18      Q.  Okay.  Let's go back to page 2.  Let's go to
19  the top where he says, "Every single active chat is
20  about masks."  Were these chats related to complaints?
21      A.  It doesn't say that.
22      Q.  What about the sentence below, "A lot of
23  complaints or here and there", what were the complaints
24  about?
25          MR. BLANCHARD:  Objection.  Form.

---

652

1          THE WITNESS:  I have no idea.
2          BY MS. SCHAEFER:
3      Q.  And the next sentence, "Work on setting up
4   API", what does that mean?
5      A.  The automation process to push orders
6   automatically rather than manually.
7      Q.  And then he says, "Most customers are
8   interested.  I'm trying to stay on them & helping CSRs
9   know how to respond."  Most customers are interested in
10  what?
11     A.  Products.
12     Q.  What does it mean that he says I'm trying to
13  stay on them?
14         MR. BLANCHARD:  Objection.  Calls for
15  speculation.
16         THE WITNESS:  I mean, he's trying to relay the
17  right message.  It's the start of selling PPE products.
18  It's a new product, so he's trying to create standards
19  and procedures on how to respond to these customers.  I
20  guess CSRs are pretty much blinded, and we are trying
21  to work as aggressively as possible.
22         BY MS. SCHAEFER:
23     Q.  And then below it says, "That will be easy to
24  manage so it goes straight to China."  What does that
25  mean?

---

653

1      A.  Yeah, automatic orders being pushed to China.
2      Q.  So then down at 8:58:39 he says, I might remove
3   March 30th to prevent people from unsubscribing.  Do
4   you know what the implication of March 30th is?
5      A.  That's something you probably have to ask
6   Khalil.  I don't know.
7      Q.  Let's go to page 3.
8      A.  He was referring to not sending out multiple
9   e-mails frequently.  I think that's what he's referring
10  to, but I'm not sure.
11     Q.  Let's go to 12:53:54, and you say, "Khalil may
12  be best to put order number R."  And then below, "that
13  means it's overnight when you upload."  Then he says,
14  "Okay so R in front of the order number equals
15  overnight?"  And then he goes, "No, R equals ground?"
16  And then you say yes, and then you give this example
17  order number for overnight.  So what does R mean?
18     A.  We are doing this manually, when our team was
19  uploading this on Shipping Easy manually, there was no
20  easy way to define if it needed to be overnight shipped
21  or if it needed to be shipped by ground.  So if there
22  was an overnight order that our warehouse team needed
23  to ship, they were putting a letter after it, I
24  believe.  Maybe it was R.  I don't know why I said no R
25  means like if you don't put an R after the dash, it

---

654

1   means you just shipped standard.  We did this for --
2   while we were uploading manually.  So if it was a rush
3   order and a customer paid for overnight, we put an R on
4   the order and we shipped it overnight.  That's what it
5   meant.
6      Q.  Okay.  1:25:34 you say, "Get Diran to push for
7   PLA ads I don't see any."  What are PLA ads?
8      A.  Product listing ads.  So if you type in
9   wristbands and you see the product images on the
10  right-hand side, that's product listing ads on Google.
11     Q.  And Diran would create these ads for you?
12     A.  Correct.
13     Q.  And then I'm looking at 1:28:36, he's saying
14  seven orders of 312 face shields in Ship Easy.  What
15  does that mean?
16     A.  That's how many orders of face shields are in
17  Ship Easy.
18     Q.  And does that mean -- well, the next line is
19  13,000 face shields in the office printed labels.  Is
20  there a distinction between when they are printed
21  labels or not printed labels?
22     A.  No, I think it's just if there was a larger
23  order that needed to be processed a separate way,
24  that's why it just needed to be packaged differently.
25  1300 face shields needed a different way of packaging

---

39 (Pages 651 to 654)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

655

1   them. That's a lot of boxes.
2      Q. Let's go to the next page, page 4. And let's
3   start at 5:36:55 and Khalil says, "Ads increase after
4   hitting budget." What does that mean?
5      A. Budget on Google Ads. We have a threshold of
6   how much Google can spend.
7      Q. You have a threshold on how much you can spend
8   on Google or --
9      A. Sure. Yeah.
10     Q. And what does it mean, though, that after you
11  hit budget ads increase? Why would ads increase after
12  you hit budget?
13     A. I'm sorry? What is your question?
14     Q. So I just don't understand what the phrase "ads
15  increase after hitting budget" means?
16     A. Yeah, should we increase ad dollars on our
17  budget? So if we have a budget of $5,000, do you want
18  to increase it to $10,000?
19     Q. Okay, so he's asking?
20     A. Yeah, he's asking.
21     Q. Got it. Are these products that are mentioned
22  here sort of on the top one-third of the page, mask,
23  KN95, face shield, thermometer, gown, gloves, goggles,
24  were those the only covered products you were selling
25  at that time?

656

1      A. I don't know. Maybe. I'm not sure. Maybe
2   it's possible. That's what it says, PPE page.
3      Q. So I'm going back to ads increase after hitting
4   budget. So then there's a breakdown: Thermometers
5   60,000; PLA thermometers 10,000; gowns 12,000; gloves
6   6,000. Is that money referring to ads then per
7   product?
8      A. I think that was the budget.
9      Q. Why is it important to track how much money you
10  are spending on ads?
11     A. Just because, I mean, we could have spent
12  100,000 on thermometers. We didn't have those
13  thermometers. So we gauge it based on what orders we
14  get.
15     Q. I'm sorry, explain that. Explain to me again.
16     A. Yeah, $60,000 in thermometers spent per day
17  equated to 600 thermometers we sold. If we change that
18  budget from 50,000 to 100,000, obviously, the price
19  goes up -- I mean, obviously the orders increase. So
20  it was all relative to what we could fulfill.
21     Q. Let's go to page 5. And you say on 8:41, yeah,
22  keep pushing -- it's page 5, you say on 8:41:46, Ya
23  keep pushing but we need to optimize keywords." Can
24  you explain again what optimizing keywords is?
25     A. Yeah, I mean --

657

1      MR. BLANCHARD: Objection. Asked and answered.
2      THE WITNESS: For example, we do not want to
3   advertise gloves, let's say we don't advertise the
4   keyword gloves because that's really broad. We only
5   sell nitro gloves. We don't sell latex gloves. We
6   don't sell vinyl gloves. If we are not going to be
7   selling those gloves, we don't want people to click on
8   our ads if we're not going to be selling those gloves
9   because we are going to be wasting money. What we
10  would mean by optimizing is I would advertise the word
11  "nitro gloves" rather than the word "gloves." Just an
12  example of optimization.
13     BY MS. SCHAEFER:
14     Q. So at 8:45:01, Khalil says, "I think should
15  give PPE e-mails a small break. April 6, 7, 9, 10,
16  Easter promo related." Do you know why he would want
17  to give a small break of e-mails?
18     MR. BLANCHARD: Objection. Calls for
19  speculation.
20     THE WITNESS: It's just e-commerce standard
21  strategies. You don't want to bombard customers with
22  constant e-mails as they'll start unsubscribing. So
23  just the right spectrum, right number of e-mails to
24  keep them engaged and keep them intact rather than
25  spamming them.

658

1      BY MS. SCHAEFER:
2      Q. And what e-mails is he referring to? Are these
3   the Omnisend e-mails?
4      A. I think so.
5      Q. Let's go down to 10:49:23 and Khalil says, With
6   this much traffic and ad spending, there's still no way
7   you would potentially be audited, right? Why would he
8   be asking you this?
9      MR. BLANCHARD: Objection. Calls for
10  speculation. Assumes facts not in evidence. Lacks
11  foundation.
12     THE WITNESS: I think you have to know Khalil,
13  why he would be asking this, but he's just started off
14  in our company and he's probably never seen such volume
15  of orders ever. So I have no idea. I think I
16  questioned him right after. Audited, question mark?
17  Didn't understand what he meant. So I think it was
18  just a thing that was in his mind. I have no idea.
19  You might want to ask him.
20     BY MS. SCHAEFER:
21     Q. And then he expressed more worries, and you say
22  it's a clean transaction. But what is the "it" that
23  you are referring to?
24     A. What is the what?
25     Q. The "it". You say it is a clean transaction,

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

659

1    but what is "it"?
2        A. I think we were doing probably 10X of what we
3    were originally doing at this time.  And I think he was
4    just worried about how large volume orders we were
5    getting and he was just worried as if we were going to
6    get audited or something.  I have no idea what his
7    mindset is, but what I meant as a clean transaction, we
8    are selling the goods and we are shipping the goods.
9    That's it.  That's what I meant.  It was just a simple
10   conversation.
11       I think he mentions it right after as well,
12   credit card might even come and ask for tracking if
13   they see volume increase and make sure we are shipping
14   goods.  I think he's referring to the volume of orders
15   we were getting and the volume of commerce we were
16   doing.
17       Q. Let's go to page 7.  I'm going to ask about the
18   whole page, so you might --
19       MR. BLANCHARD:  Can we give him a minute to
20   read it?
21       MS. SCHAEFER:  Yeah.
22       THE WITNESS:  Go ahead.
23
24
25

660

1                    EVENING SESSION
2                      (5:30 p.m.)
3    BY MS. SCHAEFER:
4        Q. At the top, Azim, you say, Why does gloves 1
5    day shipping show 8th and not 7th.  What does that
6    mean?
7        A. Yeah, it was the 6th, and if it wasn't
8    overnight, it should show the 7th.  Not the 8th.  So I
9    was figuring out why it showed the 8th as a delivery
10   date.  Not the 7th.
11       Q. Was this, you were seeing it on your back end?
12       A. No, on the website where customers ordered.
13   There seems to be a glitch or something.
14       Q. On the public website you saw that the delivery
15   date was two days and not one day after?
16       A. Yeah.
17       Q. Okay.  And again, would next-day delivery be
18   zero production days and one shipping day?
19       A. Where are you looking?
20       Q. I'm referring to your chart.  I'm sorry, I'm
21   thinking of it conceptually.
22       A. Correct.
23       Q. Okay.  And then 12:54:05, WQ220486562, do you
24   know what WQ means?
25       A. It's just a reference to where the order came

661

1    from.  It's just a reference marker on the website or
2    what page it came from.
3        Q. 12:56:25 he says, "I'll have him update all
4    products to +1 one for rush.  Right now all showing
5    +2."  And so that was the problem, is that what you are
6    saying?
7        A. I think so.
8        Q. So 7:53:29 he asks, "You want that done now for
9    SGS?"  Can you explain that question?
10       A. SGS is a company that Khalil handles, Sports
11   Gear Swag.  It has to relevance to Zaappaaz.  I think
12   he's just referring to another company.
13       Q. Do you have any role in that company?
14       A. I'm an owner of that company, yes.  I don't
15   manage the company, but I am an owner of it.
16       Q. What I don't understand is he's saying -- what
17   is he asking if you want done for SGS?  I think if you
18   go to 7:52:57...
19       A. Auto uploading, I think we are working on
20   automatically uploading to Shipping Easy.  I think
21   that's what we are trying to accomplish here, but I
22   can't give you a definite answer on that.
23       Q. Within the context of SGS?
24       A. I think that's something different.  I don't
25   know what it is.  It's probably some updates that we

662

1    talked about.  I don't know.
2        Q. So let's go back to SGS.  So he says, you want
3    that done now?  Not too early.  And then he says, "okay
4    for WB sure."  And what does that mean?  What is this
5    conversation about?
6        A. I don't know what we are talking about.  I
7    mean, I could guess references from the previous
8    context, it's automatically uploading orders into
9    Shipping Easy.
10       Q. Okay.  Let's go to 9:07:24.  It says "1,000
11   glove boxes rushed order April 6 due can you take?"
12   What is he asking you?
13       MR. BLANCHARD:  Objection.  Calls for
14   speculation.
15       THE WITNESS:  Maybe we stopped taking rush
16   orders for gloves and we were trying -- he was asking
17   if we could take it for -- a customer probably asked
18   him for April 6th delivery.  So he was just validating
19   with me as we stopped doing rush orders on that product
20   maybe.
21       BY MS. SCHAEFER:
22       Q. And so there on 9:07:24 he refers to rushed
23   orders.
24       A. Order.
25       Q. So if we go to the next page, 12:29:52 he said,

41 (Pages 659 to 662)

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021



663

1    "Ok, I have noted this for urgent orders."  What is an
2    urgent order is my first question?
3         MR. BLANCHARD: Objection.  Asked and answered.
4         BY MS. SCHAEFER:
5    Q. Is an urgent order different than a rush order?
6    A. Urgent order is if it's essential, if there's
7    essential workers that need it, that's an urgent order.
8    We classified we had a separate order list that we kept
9    on the side to process those orders immediately.
10   Q. Okay.  Let's go back up to 9:28:09, and he
11   says, "I'll stop labels soon."  I'm wondering what
12   determines when -- what does stop labels soon mean?
13   A. It means when I go home to sleep.  It's maybe
14   9:29, so it's maybe that's what he means.
15   Q. Does it have anything to do with inventory
16   being in stock or not?
17   A. I don't think so.
18   Q. On 10:39:05 you say, "Which sanitizers are we
19   offering" -- I mean, he says.  I apologize.  And you
20   say, "I added you in group they will send image there."
21   So my first question is at any given time were you
22   offering different sanitizers?
23   A. Different sanitizers, I mean, there were gel
24   sanitizers and liquid sanitizers.  There were different
25   vendors, yes.

664

1    Q. So what's the answer, were you offering at any
2    given time just different brands of sanitizers?
3    A. Yes.
4    Q. Is that why he's asking you which sanitizers
5    are we offering?
6         MR. BLANCHARD: Objection.  Calls for
7    speculation.
8         THE WITNESS:  Honestly, I don't know what I'm
9    asking right there.
10        BY MS. SCHAEFER:
11   Q. Well, he's asking, then you say, I added you in
12   group.  They will send image there.  What does that
13   mean?
14   A. I don't know, maybe they got the image of the
15   product for shipping out.  I have no idea.  And he's
16   going to update the website, something like that.  I
17   don't know.
18   Q. Let's go to the next page.  And the first
19   thing, the first line there is this order number is 500
20   face shields and we have so many other urgent face
21   shield orders that are huge.  Was he worried that you
22   didn't have enough inventory to fill the orders?
23        MR. BLANCHARD: Objection.  Calls for
24   speculation.  Lacks foundation.
25        THE WITNESS:  No, I don't think that's what

665

1    he's referring to.
2         BY MS. SCHAEFER:
3    Q. What is his point?
4         MR. BLANCHARD: Objection.  Calls for
5    speculation.
6         THE WITNESS:  I don't know what his point is.
7         BY MS. SCHAEFER:
8    Q. What does "printed will hand" mean?
9         MR. BLANCHARD: Objection.  Calls for
10   speculation.
11        THE WITNESS:  He's going to print out the
12   labels and hand it to the warehouse workers, I guess.
13        BY MS. SCHAEFER:
14   Q. And then right below, "WB COVID-19.PDF", do you
15   know what document that's referencing?
16   A. I do not.
17   Q. And then right below, "Could put same message
18   on GU but I don't think GU is having as much trouble
19   with back orders."  That's Glow Universe; is that
20   right?
21   A. That's correct.
22   Q. Which is owned by Ionized?
23   A. That's correct.
24   Q. And why is he asking if you should put this
25   COVID message on GU's website?

666

1         MR. BLANCHARD: Objection.  Calls for
2    speculation.
3         THE WITNESS:  We all work out of the same
4    warehouse.  We all want to achieve the same thing.
5         BY MS. SCHAEFER:
6    Q. This is your company too.  Why weren't they
7    having as many issues with back orders?
8         MR. BLANCHARD: Objection.  Calls for
9    speculation.  Lacks foundation.
10        THE WITNESS:  We never had an inventory issue.
11   We always had issues with shutting down, FedEx not
12   picking up goods and other factors that we needed.
13        BY MS. SCHAEFER:
14   Q. So Ionized was experiencing the exact same
15   thing.  I mean, you bought products together, you
16   shipped products together, you used similar accounts,
17   you used the same accounts.  So I don't understand why
18   it is that they don't have as many back orders as you?
19   A. Ionized is probably 3 percent of Zaappaaz.
20   So --
21   Q. What is that?
22        MR. BLANCHARD: He said Ionized is probably
23   3 percent of Zaappaaz, the size of Zaappaaz.
24        BY MS. SCHAEFER:
25   Q. Okay.  What is a back order?  How would you

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                     12/14/2021

667

1    define a back order?
2        A. Multiple reasons to define a back order.  In
3    this era that we are in right now, March, April and the
4    peak of COVID, a back order means we are supposed to
5    have 20 employees, and we ended up having 10 employees
6    come the next day.  A back order means that the
7    government is shutting down all businesses and you need
8    an essential certificate to operate.  That means it's a
9    back order.  Our India office has shut down because the
10   government has shut down and we're not able to take
11   calls anymore and we are not able to process the
12   orders.  That's considered a back order.  I mean, it
13   entails a lot of "ifs" and "thens" in this scenario.
14   So, yes, that's what a back order means.
15       Q. Page 11, the 12:17:51 stamp you say, "Have them
16   create a list of all refunds so we can backtrack once
17   we have inventory."  And I want you to tell me what
18   that means.
19       A. Once we have inventory, we can call the
20   customer and see if they want to place the order again.
21       Q. Let's go to page 23.  So 10:35:17 he says,
22   Still e-mailing gown customers that have an order with
23   us that haven't received, telling them order delivering
24   between 5/8 and 5/15.  So you didn't have these gowns.
25   Does this mean you didn't have enough gowns to fulfill

668

1    orders?
2        A. It doesn't mean we didn't have them in stock.
3    This means a lot of transitions were happening.  So we
4    were having to shift everything from China to the U.S.
5    because of laws, as I stated earlier.  That's why we
6    were starting to reach out to customers, as our sales
7    force was starting to rebuild back up.  This is around
8    May.  So we are starting to ramp back up again with
9    CSRs billed out in the U.S. office.  So that's exactly
10   what it means is we are reaching out to customers,
11   letting them know, hey, this is when you are going to
12   get the orders if you need anything.  If not, we'll
13   refund it.
14       Q. These orders, they were late, correct?
15       A. Doesn't mean it was late.  It was meaning there
16   were orders and we needed to reach out to them and let
17   them know if they still needed it, understand the
18   situation that we were in.
19       Q. And then 10:36:27, you say, "I want to use the
20   current inventory for new orders to the test if there
21   is a demand for gown."  What does that mean?  Does that
22   mean you are not going to use current inventory to
23   fulfill old orders?
24       A. No, I don't think that's what it means.  That
25   wouldn't make sense.  I think it was a new type of gown

669

1    that we received, maybe, a reusable gown that we were
2    trying to see if there was a demand for.  I don't know.
3    I think it mentions the different GSMs on the bottom as
4    to what we were ordering.
5        Q. So what is Trello?
6        A. The task management.  It's like a pin board.
7        Q. How long has Zaappaaz been using it?
8        A. Ever since Khalil started.  I don't think I
9    have ever used it much, but Khalil is very oriented in
10   organizing things.  So he was using that.
11       Q. And did you use it individually?
12       A. I used it a couple of times.
13       Q. So you said it was like what application did
14   you compare it to?
15       A. It's like a pin board.
16       Q. How does it work?
17       A. You just say, put like, hey, on August 8th,
18   remind me to pick up the gloves.  It's just a message
19   on there that can remind the person or you can put it
20   on someone else's board.
21       Q. Is it used to enter tasks?
22       A. Yeah, you can.
23       Q. And how do you add to it?
24       A. You log in to Trello.
25       Q. Who has access to it?

670

1        A. Individual accounts.
2        Q. Would individual accounts -- so it's not by
3    people?  It's by accounts?
4        A. Yeah, I think you create an account and then
5    you create a board and you add people to that board.
6    I'm not very familiar with Trello, so I don't know the
7    ins and outs of it, but I would assume that's how it
8    works.
9        Q. But people from Zaappaaz like you or Khalil
10   enter tasks into it?
11       A. I think it was mostly Khalil and Priyank that
12   used it for development updates.
13       Q. And is the information maintained on Trello?
14       A. I would assume so, yeah.
15       Q. Is it housed anywhere else in your business
16   records?
17       A. No.
18       Q. Sorry, I'm trying to bring in a document.  I'm
19   going to mark this as Zaappaaz 68.
20       (Zaappaaz Exhibit Number 68 was marked for
21   identification.)
22       BY MS. SCHAEFER:
23       Q. Do you recognize this document?
24       A. (Reviewing document.)
25       Q. Well, this was a Trello spreadsheet that was

43 (Pages 667 to 670)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

671

1  produced to us.
2      A.  No, I don't recognize it.
3      Q.  Were you aware that this information was
4  produced to us?
5      A.  There was a lot of documents that were
6  produced.  I don't know if this was one of them.  But,
7  no, I wasn't aware.
8      Q.  Do you know who pulled this information?
9      A.  I do not know.
10     Q.  Does this information come from Trello, do you
11 know?
12         MR. BLANCHARD:  Can I make a stipulation?
13         MS. SCHAEFER:  Yeah.
14         MR. BLANCHARD:  This was generated from Trello.
15 This was a report generated from Trello's website.
16         MS. SCHAEFER:  What's the stipulation?
17         MR. BLANCHARD:  That it is from Trello.
18         (Zaappaaz Exhibit Number 69 was marked for
19 identification.)
20         BY MS. SCHAEFER:
21     Q.  Do you see this?
22     A.  I do.
23     Q.  So I marked this as Zaappaaz Exhibit 69.  And
24 this is also -- is this also a spreadsheet that came
25 from Trello?

672

1          MR. BLANCHARD:  Yes.
2          BY MS. SCHAEFER:
3      Q.  And Azim, do you have any information about who
4  pulled this?
5      A.  I do not.
6      Q.  Do you know who pulled this information from
7  Trello?
8      A.  I think my counsel did.
9      Q.  Do you know what parameters were used to
10 determine what to pull?
11         MR. BLANCHARD:  Can we take a quick break so we
12 can try and clear this up?
13         MS. SCHAEFER:  Sure.
14         (A recess was taken.)
15         MR. BLANCHARD:  His recollection is refreshed
16 about the source of those exhibits, Michelle.
17         BY MS. SCHAEFER:
18     Q.  Okay.  So where did the information in this
19 exhibit come from?
20     A.  I sent it to my counsel.
21     Q.  You sent what to your counsel?
22     A.  The extract of Trello.
23     Q.  And who extracted it?
24     A.  I did, I believe.
25     Q.  And how did you determine what information you

673

1  wanted to extract out of there?
2      A.  I just selected everything and just put a date
3  range and extracted all of it.
4      Q.  And is that the same circumstances that applied
5  to Zaappaaz 68, the previous Trello chart?
6      A.  What was that question again?
7      Q.  So I showed you a chart -- Zaappaaz 68 was also
8  a Trello chart, and when you testified about it, your
9  recollection hadn't been refreshed.  So with respect to
10 Zaappaaz 68 --
11     A.  I don't see Zaappaaz 68.
12     Q.  I'll put it up.  This is Zaappaaz 68.
13     A.  I see your desktop.
14     Q.  Do you see it?
15     A.  Okay, yeah.
16     Q.  So this is Zaappaaz 68.  Where did this
17 information come from?
18     A.  Trello.
19     Q.  And who pulled this information?
20     A.  It could be me or Khalil.  Either one of us.
21     Q.  Who would have determined what information to
22 pull?
23     A.  Our standard guidelines were from March to
24 December.  So we pulled whatever we can from March to
25 December of 2020.

674

1      Q.  And why would Khalil be pulling this if he
2  doesn't work for Zaappaaz anymore?
3      A.  If it was sent after, then it was definitely
4  me.  I just don't recall.
5      Q.  Did the Texas AG ever investigate you?
6          MR. BLANCHARD:  Objection.  Calls for
7  speculation.
8          THE WITNESS:  Investigate me?  I don't know
9  what the terminology "investigate" means.
10         BY MS. SCHAEFER:
11     Q.  Did you ever have dealings in the spring of
12 2020 with someone from the Texas Attorney General's
13 Office?
14     A.  I don't know if they were the Attorney
15 General's Office.
16     Q.  What do you remember?
17     A.  I think it was the AG's office or the guy
18 personally called me on his cell phone.
19     Q.  Why did they contact you?
20         MR. BLANCHARD:  Objection.  Calls for
21 speculation.
22         THE WITNESS:  In regards to exuberant [sic]
23 prices.
24         BY MS. SCHAEFER:
25     Q.  An when I mean you, I'm referring to, obviously

44 (Pages 671 to 674)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

---

675

1    Zaappaaz in this case.
2        A. Yeah.
3        Q. Because of high prices?
4        A. Um-hum.
5        Q. And why would they call you because of high
6    prices?
7            MR. BLANCHARD: Objection. Calls for
8    speculation.
9            THE WITNESS: At that time, masks were
10   selling -- before COVID they were selling for $0.05,
11   $0.06. COVID hit and automatically it jumped to $0.50,
12   $0.60, so the public is automatically assuming that we
13   are making the money here. But if they were a little
14   enlightened by the situation that was happening, the
15   logistics that was causing the prices to go up, the
16   factories in China are raising the prices, the shipping
17   costs that were rising, they would understand, and I
18   think that was or conversation with the AG.
19           BY MS. SCHAEFER:
20       Q. And were they investigating other companies
21   other than Zaappaaz?
22       A. I do not know. I don't think --
23       Q. I mean other companies owned by you selling
24   covered products?
25       A. I don't think we were investigated.

---

676

1        Q. Were they asking questions about other
2    companies you own that sell covered products?
3        A. No.
4        Q. What is our next number? Is it 71?
5            MR. BLANCHARD: Document 5 is not marked as an
6    exhibit on our screen.
7            MS. SCHAEFER: I meant to mark it. This is
8    what I'm trying to mark. And now -- I don't know. I
9    was going to make it 71.
10           THE REPORTER: It should be 70.
11           (Zaappaaz Exhibit Number 70 was marked for
12   identification.)
13           BY MS. SCHAEFER:
14       Q. So here is an e-mail exchange between you and
15   William Carpenter. Did you send this e-mail?
16       A. I did.
17       Q. And this e-mail only refers to, I think, face
18   masks and KN95 masks. Why didn't you have to provide
19   information about other covered products?
20       A. That's all they asked for.
21       Q. Why, if you go down to underneath those
22   tracking numbers, number 1, 2, 3, you see sales of
23   protective face masks, number 1; you see number 2,
24   advertisements?
25       A. Okay.

---

677

1        Q. So this says advertisements of face masks and
2    KN95 masks between 1/12/2020 and 4/10/2020. I thought
3    you started advertising in March 2020. So I'm
4    wondering why this says you have advertisements for
5    January 2020?
6        A. I don't know why it says that either. I think
7    it's --
8        Q. Were you selling covered products in January?
9        A. No, we weren't.
10       Q. Were you selling them in February?
11       A. No, we weren't. Sales of protective face masks
12   and KN95 from 3/29/20120 and 4/10/2020. Advertisements
13   of face masks and KN95 masks between 1/12/2020 and
14   4/10/2020, I think it's typo or something. I don't
15   know. No, we were not selling any face masks.
16       Q. And so let's go up to the string right below
17   the top string where you send a support.Google.com ads
18   policy document. What is that link to? What is that
19   link to?
20       A. I don't know. I mean, policies.
21       Q. Would it be your ad, Zaappaaz's ad policies?
22       A. Google.com.
23       Q. It's Google.com's ad policies?
24       A. Um-hum.
25       Q. And why would you be sending that to him?

---

678

1        A. Maybe he requested their ad policies. I don't
2    know. Google had ad policies on what you could
3    advertise and what you could not advertise. So maybe I
4    was just explaining it to him. It was more of an
5    educational process.
6        Q. So why was this e-mail sent to you? And I'm on
7    page 4 out of 7 of the PDF right under June 13, 2020,
8    at 12:57.
9            MR. BLANCHARD: Objection. Calls for
10   speculation.
11           THE WITNESS: I don't know.
12           BY MS. SCHAEFER:
13       Q. Go to page 2 out of 7. It's a June 30, 2020,
14   2:15 p.m. string. And he says, "FYI: I have a
15   conference call in the morning with some of our
16   division folks. I may get asked to give them an update
17   on how things are going with WB and GU." What's GU?
18       A. Glow Universe.
19       Q. Does that refresh your recollection in terms of
20   him looking into or asking you about other companies
21   you own --
22       A. Yeah, from my knowledge, I don't think he was
23   ever interested in Glow Universe. I brought Glow
24   Universe up when he mentioned if we were selling with
25   other companies.

---

45 (Pages 675 to 678)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

---

679

1  Q. So you submitted sales information for Glow
2  Universe?
3  A. I believe so.
4  Q. But he didn't ask you for the information?  You
5  just submitted it?
6  A. I'm sure he asked me for it, to present it.
7  Q. So he was asking you looking into other
8  companies you owned?
9  MR. BLANCHARD:  Objection, argumentative;
10 objection, misstates prior testimony; objection, asked
11 and answered.
12 THE WITNESS:  I don't think he was asking me
13 for any other companies.  This is something that I was
14 complying with as much as possible to give him an
15 understanding of the situation.  That's all I was
16 doing.  I think he was only interested -- his initial
17 complaint came for wristband.com.
18 BY MS. SCHAEFER:
19 Q. I understand.  And my question is, did it
20 expand to other companies when he learned that other
21 companies you owned were also selling covered products?
22 MR. BLANCHARD:  Objection.  Calls for
23 speculation.
24 THE WITNESS:  From my conversation, I don't
25 think so.

---

680

1  BY MS. SCHAEFER:
2  Q. Is it your testimony that you voluntarily
3  produced the information about Ionized?
4  A. Well, it's apparent.  I voluntarily provided
5  the documents, yes.  I mean, there was no demand for me
6  to provide these documents.
7  Q. There was no demand for you to provide sales
8  information and ad information related to Glow
9  Universe?
10 A. Even for Zaappaaz.
11 Q. There was no request for you to provide sales
12 or ad information related to Zaappaaz?
13 A. That is correct.
14 Q. What about, what is essentialneeds.com?
15 A. It was a website that we opened up under a
16 different corporation but just never took anywhere, so
17 we converted it into a donation website where we were
18 shipping out -- I think we shipped out almost 15,000
19 orders of surgical masks and KN95 for free to
20 customers.
21 Q. Well, you also provided sales and ad
22 information about Essential Needs --
23 A. Yes.
24 Q. -- to the attorney general.
25 A. I think it was mostly the donations that we did

---

681

1  through the site, yeah.
2  Q. And he didn't ask for that information?  You
3  just provided it?
4  A. That is correct.
5  Q. Do you see my screen?
6  MR. BLANCHARD:  We do now.
7  BY MS. SCHAEFER:
8  Q. So this is sales information that you provided
9  to the Attorney General.  And so you see that it
10 includes information about Wristband and Glow Universe
11 and then MP.  And is it still your testimony that he
12 didn't ask for this information for the companies, all
13 these companies?
14 A. I didn't say he didn't ask for the information.
15 I said there was no demand for me to give it.  It was a
16 voluntary thing that I did.
17 Q. But my review of the record shows that they
18 served a civil investigative demand on you, which is a
19 subpoena.
20 A. I do not think so.
21 Q. So your testimony is you did not get served
22 with a civil investigative demand, and yet --
23 A. From my recollection, I do not think we got
24 served with a subpoena.
25 Q. So I just want you to walk me through -- well,

---

682

1  first of all, here on column A, you have information
2  about revenue -- I mean, wristband.com, and then you
3  have information about glowuniverse.com, and then
4  there's something called MP.  And then there's a note
5  from William Carpenter.  Does MP mean mask projects?  I
6  may have misunderstood.  What is MP?
7  A. It was a partnership within owners of Zaappaaz
8  and Ionized.  It was a separate entity that was
9  created.
10 Q. Does this have anything to do with Essential --
11 A. No.
12 Q. Does this have anything to do with the donation
13 entity you formed?
14 A. It came out of MP's funding, I guess, if you
15 want to consider that.
16 Q. And tell me, so MP is just -- what comprises it
17 again?
18 A. Mask Project was orders that were -- when
19 Ionized was taking ASI orders that were part of the MP
20 project, it was a distribution that was done by
21 Zaappaaz and Ionized, and it was considered under MP
22 Project.
23 Q. It was considered under what project?
24 A. When Ionized was helping Zaappaaz ship orders,
25 process orders and fulfill -- give orders from ASI

---

46 (Pages 679 to 682)

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

683

1    customers, remember we had a conversation on Ionized
2    helping take orders for ASI?
3        Q. Yes.
4        A. So we had a separate pool of any revenue that
5    came under that, we were going to do a profit
6    splitting.
7        Q. You were going to do a profit splitting
8    under --
9        A. Zaappaaz and Ionized.
10       Q. And so is this a separate entity?
11       A. It's not an entity. It's just an internal
12   name. All the transactions went through Zaappaaz.
13       Q. And so is the revenue tied to MP contained in
14   the master chart we looked at earlier?
15       A. That's correct. It was under Zaappaaz's sheet,
16   correct.
17       Q. Okay. And what about the Glow Universe?
18       A. That was completely Ionized.
19       Q. Is that separate?
20       A. Ionized.
21       Q. Those orders are not in this sheet; is that
22   right?
23       A. That is correct.
24       Q. Okay. So do these entities split advertising
25   costs? And I'm looking at --

684

1        A. They do not split advertising costs.
2        Q. That's right. No, I meant do they split
3    shipping costs?
4        A. They do not split shipping costs.
5        Q. Then I'm looking at row 31. That doesn't seem
6    to be broken down by company. It seems to be broken
7    down by product.
8        A. Yeah, so for example, we could not ship --
9    let's say Zaappaaz ordered 100,000 KN95 masks and it
10   cost us $0.10 per mask and an additional $0.10 for
11   shipping, which is $0.20 per mask. Ionized would buy
12   that from Zaappaaz at $0.20 rather than having to do --
13   I mean, we are all -- I'm a common owner in all
14   companies. So it doesn't make sense for me to order
15   50,000 under one bill of lading and another 50,000
16   under another bill of lading. It's just to make life
17   simple to just order under one company and then just
18   allocate it.
19       Q. What about the costs for -- the cost of labor,
20   which is 37?
21       A. That was split at some point, correct.
22       Q. Because you all share the warehouse?
23       A. Yeah.
24       Q. So I get this additional info tab, and what
25   does the information in this spreadsheet reflect?

685

1        A. These are all donations from Essential Needs.
2        Q. So I guess, so the funds you got from Essential
3    Needs, those are going to be in the master tracking
4    sheet?
5        A. Repeat that.
6        Q. So this reflects what ended up happening with
7    essentialneeds.com?
8        A. Correct.
9        Q. It became an entity through which you donated
10   covered products to organizations?
11       A. To anybody. We had a news clipping out, and
12   that's how it kind of blew up and everybody went on to
13   the website and ordered a sample pack. These are all
14   individual customers, homeowners, just regular
15   customers just getting -- I think there were two KN95s
16   and two surgical masks.
17       Q. Okay.
18       A. Free of cost.
19       MS. SCHAEFER: I want to make sure, did I mark
20   this exhibit? Zaappaaz 0012298, let's mark that as
21   Zaappaaz?
22       (Zaappaaz Exhibit Number 71 was marked for
23   identification.)
24       BY MS. SCHAEFER:
25       Q. Did someone from the FAA ever contact you

686

1    related to your packaging?
2        A. They did.
3        Q. When did they contact you?
4        A. I don't know.
5        Q. Why did they contact you?
6        A. There was a leak of sanitizers going to Alaska,
7    I think, on a plane. That was why.
8        Q. And what was the -- what happened? What did
9    they say when they contacted you? What resulted from
10   that contact?
11       A. They needed -- I guess anything -- I don't know
12   how FAA works, but anything that leaks or there's an
13   issue related to air space, they need to investigate
14   it. So this was something that leaked on a plane and
15   they needed to investigate it. And then they basically
16   said that you need to package your goods in a certain
17   way, and we needed to get a certificate of packaging
18   which the FAA guy gave us a contact who could get us
19   certified. And we got someone in our warehouse
20   certified, and that was the end of it.
21       Q. Did someone from FedEx ever come to your
22   facilities to teach you to how to pack?
23       A. Yes.
24       Q. When did that happen?
25       A. I don't know.

47 (Pages 683 to 686)

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

---

687

1    Q. Who came?
2    A. One of the representatives of FedEx.
3    Q. And why did they need to teach you how to pack?
4    A. Well, apparently there's a specific way to
5  package liquid sanitizers, and that's why they came, to
6  just kind of give us -- we were one of their greatest
7  customers, so they just wanted to make sure we were
8  getting our goods to the customers in a timely and
9  presentable fashion.
10   Q. So you produced two invoices for chartered
11 airplanes in our production.  And we had talked about
12 it at your prior deposition, but we didn't have the
13 invoices at that point.  Now I have looked at them and
14 they are both between FedEx and Ionized.  So I'm
15 wondering why the contracts for charter planes were
16 entered into with Ionized?
17   A. Our account with FedEx is under Ionized.  All
18 my companies have a subaccount under Ionized.  So it's
19 just how they were set up, I guess.
20   Q. Why would they be set up like that?
21   A. So we could take the benefits of the rates.
22   Q. And when you chartered these planes, do you
23 remember -- well, when was the first charter?
24   A. I don't know.
25     (Zaappaaz Exhibit Number 72 was marked for

---

688

1  identification.)
2     BY MS. SCHAEFER:
3    Q. So I have marked as Exhibit 73 [sic] this FedEx
4  air charter invoice?
5    A. I can't hear you.
6    Q. Can you see this exhibit?  It's marked as the
7  air charter invoice.
8    A. Yeah.
9    Q. So was this for the first charter flight?
10   A. I don't know if this was the first one or
11 second one.  But, yes, one of the charters.
12   Q. And was this a plane that you split with
13 someone else, if you remember?
14   A. I can't hear you.
15   Q. Was this the plane that you split with other
16 entities?
17   A. This is not a full charter.  This is a part
18 charter.  So we took whatever space was given to us,
19 which in this case it was about 16-1/2 thousand kilos.
20   Q. And where did the inventory or the cargo come
21 from that went on the --
22   A. From China.
23   Q. Did it come from more than one supplier?
24   A. I do not know.  I don't know.
25   Q. Who would have ordered the inventory that was

---

689

1  coming back on the plane?
2    A. Me and my team.
3    Q. And how did you know what products to order?
4    A. How do I know what products to order?
5    Q. Correct.  I mean, how were you selecting the
6  products?  Was it based on what you saw people were
7  purchasing from you?
8    A. We just guessed on the future order demand that
9  we were going to get based on what we were currently
10 getting.
11   Q. Was it just all sorts of different covered
12 products were buying?
13   A. Correct.
14   Q. Was there a difference between, I guess, what
15 did you say, it was a partial charter?  You took
16 whatever room you could.  Was the other charter, did
17 you have the entire plane?
18   A. We did.
19   Q. And again, did you and your colleagues order
20 the material based on what you thought, you know,
21 people were going to order?
22   A. Correct.
23   Q. Is Ace Gloves a supplier?
24   A. He was.
25   Q. Where are they?

---

690

1    A. Malaysia.
2    Q. Do they just sell gloves?
3    A. I don't know if they sell anything else.  We
4  only deal with gloves with them.
5     (Zaappaaz Exhibit Number 73 was marked for
6  identification.)
7     BY MS. SCHAEFER:
8    Q. I have marked this as 75 [sic].  And it's a
9  WhatsApp between Benny, Azim, Sherez and Ace Gloves.
10 What I want to know is whether Ace Gloves provided the
11 inventory for one of the chartered flights?
12   A. No.
13   Q. So why does the first say that you created a
14 group FedEx Air Large Shipment?
15   A. What is your question?
16   Q. So you never -- Ace Gloves, you never bought
17 inventory from Ace Gloves that was subsequently flown
18 in your privately chartered planes?
19   A. No.
20   Q. So why, if you go down to, let's say, 8:23:35
21 on the first page, Sherez says, Are we ready for air
22 lift on June 16th?
23   A. What is your question?
24   Q. Well, I'm wondering, they are talking about
25 the -- I think they are talking about your chartered

---

48 (Pages 687 to 690)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

691

1  planes, but I might be wrong?
2      A. No, they are just talking about shipping
3  1500 cases.
4      Q. So this has nothing to do with the chartered
5  flights?
6      A. No.
7      Q. What is the Noun Project?
8      A. I don't know what it is, but we used that for
9  clip arts.
10     Q. What does that mean?
11     A. It's just clip arts. We use that so if a
12  customer wants a clip art on their promotional product,
13  they can put it on their promotional product.
14         (Zaappaaz Exhibit Number 74 was marked for
15  identification.)
16         BY MS. SCHAEFER:
17     Q. I have marked this as Exhibit 76 [sic]. It's
18  an e-mail that Priyank got from the Noun Project. And
19  I'm just -- go ahead. What?
20     A. Okay.
21     Q. Did you read it?
22     A. Yeah, I got it.
23     Q. And I'm wondering what this usage alert means.
24     A. API calls for how many times you request from
25  the Noun Project, so we probably, within our

692

1  subscription model, we exceeded that request.
2      Q. How many times you can request clip art?
3      A. Sure, yes.
4      Q. It has nothing to do with calls, like phone
5  calls?
6      A. I don't think so, no. The Noun Project is --
7  if I'm correct, the Noun Project is related to clip
8  arts. I mean, you can probably Google the
9  NounProject.com, but I think I'm a hundred percent sure
10  it's related to clip arts.
11     Q. Okay. Now I want to ask you a little bit
12  about -- well, before I do.
13         (Zaappaaz Exhibit Number 75 was marked for
14  identification.)
15         BY MS. SCHAEFER:
16     Q. So I have marked this as Exhibit 77 [sic], and
17  this is a WhatsApp between you and Priyank. And I want
18  you to look at 10:02:33 at the bottom of this page.
19  I'm sorry, 10:02:33. And you say, "Can we stop the
20  feedback e-mail for shopper approved for now."
21  Priyank: "I will remove shopper approved review
22  process." Why did you want it stopped on April 12th?
23     A. Because we were exceeding our e-mail limits
24  already with our mail that was going out as well.
25     Q. Tell me what Shopper Approved is again.

693

1      A. Shopper Approved is a website of third-party
2  reviews which I believe Zaappaaz has, I want to say,
3  about 300,000 reviews of 4-1/2 to 5-star ratings. So
4  that's what Shopper Approved is.
5      Q. And you were getting too much feedback from
6  Shopper Approved to your, I don't know, platform?
7      A. No. E-mails -- we were sending out a lot of
8  mailer e-mails. So we have a threshold of how many
9  mailer e-mails we can send out. Because of the volume
10  of orders we were getting, every time an order came in,
11  Shopper Approved was sending out e-mails. So we didn't
12  want to use that volume of e-mails under Shopper
13  Approved because it didn't really help our business.
14  So we shut that off temporarily.
15     Q. I see. So I want to ask a little bit about
16  where you searched for responsive documents when you
17  were responding to discovery.
18     A. Okay.
19     Q. So I know you guys use Google Drive. Did you
20  look at Google Drive?
21     A. Correct.
22     Q. There's something that I have seen called
23  Slack. What is Slack?
24     A. Slack is another platform for communication.
25     Q. Did you search on Slack for responsive

694

1  documents?
2      A. I did. I didn't use much of Slack, but, yes, I
3  did.
4      Q. Did you, Zaappaaz, search Trello?
5      A. We did.
6      Q. Did you search Dropbox?
7      A. What box?
8      Q. Dropbox.
9      A. I don't know if we use Dropbox.
10     Q. Did you use it or -- because I have seen in a
11  lot of the WhatsApp, you know, references to Dropbox in
12  links --
13     A. I don't think Zaappaaz has Dropbox.
14     Q. Does not use it?
15     A. Yeah, I mean, not that I know of.
16     Q. What about your e-mail systems?
17     A. Correct, we did.
18     Q. What is Zen Desk?
19     A. Zen Desk is like a CRM platform, customer
20  management platform. I don't think we ever integrated
21  Zen Desk.
22     Q. Integrated it with what?
23     A. To our processes.
24     Q. So do you not use it?
25     A. No.

49 (Pages 691 to 694)

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                          12/14/2021

695

1    Q. You don't use it?
2    A. We do not use it, no.
3    Q. Upwork, what is that?
4    A. Upwork is you find third-party contractors on
5    Upwork.
6    Q. Twilio?
7    A. Twilio is just an application that provides SMS
8    services.
9    Q. So would it be searchable? Would it even be
10   something you search?
11   A. No. I mean, it's basically if you place an
12   order, Twilio automatically just sends you an e-mail
13   saying thank you for placing an order. It's just an
14   automated SMS platform.
15   Q. Was a litigation hold ever issued?
16   A. I'm sorry, say that again.
17   Q. A litigation hold?
18   A. Litigation hold?
19   Q. Yes. In other words, a notice to the company
20   after we filed -- the FTC filed the lawsuit telling
21   company employees, contractors not to delete otherwise
22   relevant information, are you aware of anything like
23   that being sent out?
24   A. I'm sorry, rephrase that whole thing again.
25   Q. A litigation hold is sent out after a lawsuit

696

1    is filed to ensure that parties retain and don't
2    destroy, either intentionally or in the normal course
3    of business, materials that will otherwise be relevant.
4    And my question is, are you aware of any sort of
5    litigation hold that was issued?
6    MR. BLANCHARD: Objection. Form.
7    THE WITNESS: I'm not.
8    BY MS. SCHAEFER:
9    Q. What are your retention -- record retention
10   policies?
11   A. We don't have one.
12   Q. Documents automatically get deleted over time?
13   A. They are probably flushed based on storage
14   space, yeah.
15   Q. And I notice when I was looking at WhatsApp
16   transactions that I did see a lot of deleted, deleted,
17   deleted, and I'm just wondering what does that mean
18   when you see deleted on a WhatsApp transcript?
19   A. That's a WhatsApp thing, I guess. I don't
20   know.
21   MR. BLANCHARD: Objection. Calls for
22   speculation.
23   (Zaappaaz Exhibit Number 76 was marked for
24   identification.)
25   BY MS. SCHAEFER:

697

1    Q. I have marked this as 78 [sic]. This is from
2    Khalil to Owen listing all the domains. And I'm
3    wondering are these all of wristband.com's domains?
4    A. That is correct.
5    Q. And do all of these sell covered products?
6    A. These are not all Wristband domains. Let me
7    reclarify. Stealthmodehub.com, I don't know if that
8    even exists, but, no, that's not Wristband related.
9    The rest of them are, correct.
10   Q. So I can't find this transcript between Priyank
11   and you that I wanted to, so I'm just going to read you
12   this statement he said to you, and I'm just going to
13   ask if you know what he's talking about. So he says,
14   We have to buy -- this is, I think, in August. We have
15   to buy a domain which have nothing to do with AWS
16   environment and Wristband owner.
17   What is AWS environment?
18   A. AWS is Amazon Web Services. It's our web
19   server, where it's located.
20   Q. And is Wristband owner you?
21   A. What was your question again?
22   Q. He said, We have to buy a domain which have
23   nothing to do with AWS environment and Wristband owner.
24   A. Are you asking me to elaborate on that?
25   Q. I'm asking you what that means.

698

1    MR. BLANCHARD: Objection. Calls for
2    speculation.
3    Go ahead.
4    THE WITNESS: So whenever you have an e-mail
5    marketing, you don't ever want to send it out using
6    your own domain because your domain can get
7    blacklisted. It's a standard practice throughout the
8    industry. If you get an e-mail marketing from, let's
9    say, Company XYZ, they will never use XYZ.com. They'll
10   use something else. I think what we did was, in this
11   case, we bought WristbandMail.com to use for our e-mail
12   marketing so we don't -- if we do get blacklisted, that
13   domain specifically gets blacklisted. I think that's
14   what he's referring to.
15   BY MS. SCHAEFER:
16   Q. Between March and, let's say, today, did Google
17   ever suspend your account?
18   A. Immediately after the case, yes, or when the
19   case was issued.
20   Q. Why did they suspend it?
21   MR. BLANCHARD: Objection. Calls for
22   speculation.
23   THE WITNESS: I believe we got an e-mail from
24   Google that it was because of the case.
25   BY MS. SCHAEFER:

50 (Pages 695 to 698)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

699

1  Q. And how long were you suspended?
2  A. We are still suspended.
3  Q. So what does that mean?
4  A. We are suspended.
5  Q. So can you not use Google?
6  A. We can. We can use it in our different domain.
7  Not our specific wristband.com domain.
8  Q. And can you not -- well, are all of Zaappaaz's
9  domains suspended?
10  A. No.
11  Q. Which ones?
12  A. Wrist-band.com.
13  Q. Tell me, when you are suspended, what does that
14  mean?
15  MR. BLANCHARD: Objection. Form. Calls for
16  speculation.
17  THE WITNESS: I don't know. You would have to
18  read their terms and conditions. We are just not able
19  to do anything on that account. So we were advised to
20  open another account. It was as simple as that.
21  BY MS. SCHAEFER:
22  Q. Open -- what does it mean to open another
23  account?
24  A. Create another Google account.
25  Q. So you are allowed to create another Google

700

1  account --
2  A. That's how we were advised by the Google rep,
3  yes.
4  Q. Under a different name?
5  A. Same name.
6  Q. So you can still use wristband.com, but it has
7  to be under another account number; is that right?
8  A. You'd have to ask Google that. I don't know if
9  it it's right or not, but that's what we were advised.
10  Q. I guess I'm trying to understand what that
11  means. Did you ever receive anything in writing from
12  Google related to this?
13  A. I believe so.
14  Q. And why didn't you produce it?
15  MR. BLANCHARD: Objection. Form. Assumes
16  facts not in evidence.
17  THE WITNESS: I don't know. I mean, I'm more
18  than happy to produce it if there was something in
19  writing. No problem.
20  BY MS. SCHAEFER:
21  Q. So I guess I'm still trying to understand. So
22  you had an account with Google for wrist-band.com. So
23  are accounts tied to websites? Google accounts?
24  A. I don't know on Google's side.
25  Q. What do you know in terms of on your side?

701

1  A. We open an account and we advertise.
2  Q. Were you still able to advertise on Google for
3  other Zaappaaz-related companies selling covered
4  products that were not wristband.com?
5  MR. BLANCHARD: Objection. Form.
6  THE WITNESS: Correct.
7  BY MS. SCHAEFER:
8  Q. So what sites would that include? Would it be
9  the Custom Lanyard?
10  MR. BLANCHARD: Compound question.
11  THE WITNESS: What was the question?
12  BY MS. SCHAEFER:
13  Q. My question was, so what other DBAs or websites
14  related to Zaappaaz would still be able to operate with
15  Google after you were suspended?
16  A. All domains are operable.
17  MS. SCHAEFER: I think I'm done.
18  MR. BLANCHARD: Just in the nick of time.
19        EXAMINATION
20  BY MR. BLANCHARD:
21  Q. Azim, first of all, I want to go back and talk
22  generally about some of the questions you got asked
23  today. One of them was about a bunch of WhatsApp
24  transcripts. Do you remember that?
25  A. I do.

702

1  Q. As we were looking through that, how did you
2  feel when you were being asked about the negative
3  things but not the positive things that were in there?
4  A. Targeted.
5  Q. Because it's pretty clear from those
6  transcripts that you cared about your employees in
7  India, didn't you?
8  A. I did.
9  Q. And when they came to you and told you stuff
10  was going on, what did you do?
11  A. I made sure safety was number one.
12  Q. Did you ever tell anybody to lie to the
13  customers?
14  A. I did not.
15  Q. And is that sort of your business model? You
16  have been doing this for a while. Tell us a little bit
17  about your story and your background.
18  A. I have been 14 years in the company. No
19  company survives this long if we are going to be frauds
20  out there, so we do right to our customers, and we have
21  over 300,000 reviews, independent reviews on Shopper
22  Approved. So the story tells itself.
23  Q. So specific things, you didn't know what a
24  litigation hold letter was, did you?
25  A. I did not.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                                12/14/2021

---

703

1   Q. So just to give you some background on that, if
2  you are a big company like Coca-Cola and you get sued,
3  obviously you got to let people know not to destroy
4  documents related to the lawsuit. Do you understand
5  that?
6   A. I do.
7   Q. So in your company, you are the one in charge?
8   A. I am.
9   Q. Have you destroyed any documents related to
10  this lawsuit?
11   A. I have not.
12   Q. Have you seen all of the requests for
13  production that have been issued in this case, Zaappaaz
14  and you personally?
15   A. Yes.
16   Q. Have you done your best to give us all the
17  documents?
18   A. I have.
19   Q. Have any of the documents that were responsive
20  to those requests for production been destroyed?
21   A. No.
22   Q. So there are also documents available on
23  third-party platforms, correct?
24   A. Yes.
25   Q. Would you be happy to sign an authorization

---

704

1  letting the government go and get those records
2  straight from that third party?
3   A. Hundred percent.
4   Q. So have you done your best to gather all, as
5  much information as you can from those third-party
6  platforms?
7   A. As much as they can give us.
8   Q. Can you pull Exhibit Number 67, please.
9   A. Okay.
10   Q. Let's go to page 12.
11   A. Okay.
12   Q. 12:03:30.
13   MS. SCHAEFER: Hold on. I'm not there yet.
14  What page?
15   MR. BLANCHARD: Page 12, 12:03:30.
16   BY MR. BLANCHARD:
17   Q. All this is, if I understood correctly, tell me
18  if I heard you correctly, you had to go into Shipping
19  Easy before a refund was processed or at least that was
20  the most efficient way to do it; is that right?
21   A. That's correct, because there's two different
22  units. There's a shipping unit and there's the refund
23  unit on the inside. So two different units don't
24  communicate well, but we needed to cancel here first
25  before we issued a refund there.

---

705

1   Q. Was it your intent to delay refunds in making
2  this statement at 12:03:30 p.m.?
3   A. Never.
4   Q. Let's go to page 11 now. Still in 67, page 11.
5  I want to go to page -- come down right here. I can't
6  find it, but there were several instances where it was
7  implied that you didn't have -- well, essentially you
8  didn't have inventory. Do you recall that?
9   A. I do.
10   Q. And when you advertise stuff as in stock, did
11  Zaappaaz have access to it to put it in FedEx's hands
12  to the customers?
13   A. We had it at all times.
14   Q. You talked about prioritizing essential work
15  orders. Do you remember that testimony?
16   A. I do.
17   Q. Tell us more about that and why you did that?
18   A. I think Zaappaaz was one of the crucial
19  companies providing to city governments. We received a
20  letter from the City of Houston. We provided it to
21  hospital districts. We provided it to local Sugarland.
22  We provided a whole PPE kit program to Sugarland. So
23  that's pretty apparent we followed what the government
24  was requesting.
25   Q. You were asked about a, quote/unquote, protocol

---

706

1  for delay of refund. Do you recall those questions?
2   A. I do.
3   Q. So I mean, it's not easy to sit here and say
4  what is the exact policy or procedure, but when it was
5  apparent that a refund was going to be issued, was the
6  protocol to get it done as soon as you could?
7   A. As soon as we could, and usually that was the
8  same day, but if people really understand what was
9  happening in March, April and May, things were going up
10  and down, so we just worked with what forces we had and
11  did as much as we could as quick as possible.
12   Q. In the data that you have produced, so this is
13  to the government and it's literally gigabytes upon
14  gigabytes, thousands of pages, tens of thousands of
15  different documents, in that data it showed here your
16  gross sales, would you agree?
17   A. Yes.
18   Q. Now, is the gross sales total equivalent to the
19  profit that Zaappaaz made on those sales?
20   A. Not even close.
21   Q. So what kinds of things needed to go into the
22  calculation of Zaappaaz's profit on those sales?
23   A. One of the biggest ones is obviously ad costs,
24  which is probably 50 percent of our gross. These are
25  numbers I'm throwing out, but logistics is the second

---

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                        12/14/2021

707

1   biggest expense, and then there's other things, rent
2   and all that stuff, but those are the top three.  And
3   fraud was a huge debt to our profits as well.
4       Q.  Tell me a little bit more about that, when you
5   say fraud is a huge impact.
6       A.  The PPE industry, if anybody was in it, they
7   will tell you the number one thing was fraud.  People
8   were saying they had gloves that didn't have gloves.
9   People were saying they had goods that didn't have
10  goods, and people were basically saying -- shipping the
11  goods, I'll pay you later.  And we had a lot of
12  customers that paid with disallowed credit cards and
13  the chargeback came as fraudulent.  So we ate the
14  charge and we ate the cost of the goods.
15      Q.  And still they got the goods?
16      A.  Somebody got the goods.
17      Q.  Occasionally there was a late delivery.  Has
18  anybody ever called you and said, you know, I got my
19  mask that was two days late; I don't want to do anymore
20  business like that because it was two days late?
21      A.  No, it was the reverse.  We got customers that
22  called to say we understand the situation, what is
23  happening with our order.
24      Q.  Pretty reasonable, right?
25      A.  I think so.

708

1       Q.  Have you searched Google Drive for documents
2   responsive to the government's request for production?
3       A.  I have.
4       Q.  Have you given me all the documents that you
5   have pulled that were responsive?
6       A.  I have.
7       Q.  You, in fact, have given me all the e-mails
8   related to this?
9       A.  Yes.
10      Q.  I spent a lot of hours and billed you a lot of
11  time going through and figuring out which ones were
12  about PPE, didn't I?
13      A.  That's true.
14      Q.  So have you given me all of the e-mails that
15  Zaappaaz and you individually have related to any sale
16  of covered products?
17      A.  Yes.
18      Q.  You don't recall being served with a subpoena
19  by the Texas Attorney General, do you?
20      A.  I do not think so.
21      Q.  But if you are wrong about that, you are wrong
22  and it is whatever it is, right?
23      A.  I guess so.
24      Q.  I don't know whether it was or not.  I'm
25  assuming by the government's question there was some

709

1   subpoena out there.
2       A.  Yeah.
3       Q.  So I just wanted to make sure and clarify that.
4       MR. BLANCHARD:  We'll reserve the rest of our
5   questions.
6       MS. SCHAEFER:  Okay.
7       MR. BLANCHARD:  We are done, right?
8       MS. SCHAEFER:  Yes.
9       (Reading and signature not waived.)
10      (Whereupon, the proceedings at 7:14 p.m., were
11  concluded.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

710

1   C E R T I F I C A T I O N   O F   R E P O R T E R
2   DOCKET/FILE NUMBER: 4:20-cv-02717
3   CASE TITLE:  FTC v. ZAAPPAAZ, LLC, et al.
4   DATE:  DECEMBER 14, 2021
5
6       I HEREBY CERTIFY that the transcript
7   contained herein is a full and accurate transcript of
8   the notes taken by me at the hearing on the above cause
9   before the FEDERAL TRADE COMMISSION to the best of my
10  knowledge and belief.
11
12          DATED: 1/3/2022
13
14
15          DEBORAH WEHR, RPR
16
17
18
19
20
21
22
23
24
25

53 (Pages 707 to 710)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

711

```
 1              CERTIFICATE OF WITNESS
 2
 3
 4       I hereby certify that I have read and
     examined the foregoing transcript, and the same is a
     true and accurate record of the testimony given by me.
 5
 6
 7       Any additions or corrections that I feel are
     necessary, I will attach on a separate sheet of paper
     to the original transcript.
 8
 9
10       I hereby certify, under penalty of perjury,
     that I have affixed my signature hereto
     on the date so indicated.
11
12
13       DATED:
14
15
16
17       _____
         AZIM MAKANOJIYA
18
19
20
21
22
23
24
25
```

712

```
 1   WITNESS:  AZIM MAKANOJIYA
 2   DATE:  DECEMBER 14, 2021
 3   CASE:  FTC V. ZAAPPAAZ, ET AL.
 4   Please note any errors and the corrections thereof on
     this errata sheet.  The rules require a reason for any
 5   change or correction.  It may be general, such as "To
     correct stenographic error," or "To clarify the
 6   record," or "To conform with the facts."
 7   PAGE LINE    CORRECTION    REASON FOR CHANGE
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

54 (Pages 711 to 712)

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[713]

**A**

**A-N-D-R-E-I**
510:24
**a.m** 499:20 610:9
**ability** 505:17
552:19 626:7
**able** 507:24 514:22
522:12,14 523:20
523:22 546:1
549:24 594:11
597:9,21 609:13
616:13 649:10
667:10,11 699:18
701:2,14
**above-entitled**
499:19
**Absolutely** 513:19
528:22 602:14
**accept** 548:15,18,20
554:13 557:22
**access** 522:6,14,18
522:20 523:12,23
525:1,14 526:6
597:4,9 598:11,12
669:25 705:11
**accesses** 520:14
**accomplish** 661:21
**account** 522:9,20
524:7,8,9,10,12
525:4,19,23 526:1
532:23 533:14
537:5,12,20,24
544:16 546:8
549:21 550:2,4
551:22 564:16
566:14 570:9
594:5,11,13,14
596:16 598:12,23
599:8,14 600:2,24
601:9,15,21 602:9
602:13 603:5
670:4 687:17
698:17 699:19,20
699:23,24 700:1,7
700:22 701:1
**accounting** 552:7

**accounts** 522:17
525:21 549:21
666:16,17 670:1,2
670:3 700:23,23
**accumulation** 579:3
579:4,7
**accurate** 710:7
711:4
**Ace** 689:23 690:9,10
690:16,17
**achieve** 666:4
**active** 651:19
**actual** 519:24
**ad** 615:24 616:16
644:6,7,8 655:16
658:6 677:21,21
677:23 678:1,2
680:8,12,21
706:23
**add** 531:21 532:16
533:25 535:15,17
625:17,18,22
626:1,25 669:23
670:5
**added** 585:11,13
637:22 650:25
663:20 664:11
**adding** 637:8
**additional** 505:2
532:22,24 624:15
684:10,24
**additions** 711:6
**address** 535:22,25
562:2 580:6
591:12,13 592:4
628:18 644:12
**addresses** 629:24
**addressing** 530:18
**adjust** 531:7 650:1,4
**adjusted** 587:13
632:24 640:13,19
641:25
**adjusting** 645:3
**ads** 615:7 616:10,23
649:11 654:7,7,8
654:10,11 655:3,5
655:11,11,14

656:3,6,10 657:8
677:17
**advertise** 646:11
657:3,3,10 678:3,3
701:1,2 705:10
**advertisement**
646:14
**advertisements**
646:3 676:24
677:1,4,12
**advertising** 648:21
648:23 677:3
683:24 684:1
**advised** 699:19
700:2,9
**Adwords** 643:12,13
643:21,22
**affect** 505:17 527:11
528:16,21,23
626:7
**affixed** 711:10
**Africa** 561:12
**AFTERNOON**
564:1
**AG** 674:5 675:18
**AG's** 674:17
**agent** 583:9,13
**aggressively** 652:21
**Agile** 512:17
**ago** 512:17 514:17
**agree** 706:16
**agreed** 505:3
**agreement** 604:13
**ahead** 503:25
505:19 548:16
554:24 569:2
585:23 607:25
630:2 632:13
634:3 642:19
659:22 691:19
698:3
**air** 686:13 688:4,7
690:14,21
**aircraft** 643:6
**airplanes** 687:11
**al** 710:3 712:3
**Alaska** 686:6

**alert** 691:23
**Ali** 605:2 611:23
**Ali's** 612:1
**Alishah** 611:15,15
611:19
**allocate** 684:18
**allow** 522:7 531:4
558:4
**allowed** 557:24
624:17 644:19
699:25
**allowing** 624:19
**Alpha** 538:19
**Alvin** 604:2
**Amazon** 522:17,17
523:20 542:10
571:18 697:18
**amount** 519:25
530:13 549:5,14
552:8,18 559:23
563:7,8 565:6,12
565:20 567:15
568:23 569:23
578:25 579:5
584:15 586:22
587:1,11,12,14,14
589:14 592:14,16
592:17,18 593:9
595:2 640:17
**amounts** 566:1
592:6
**analogy** 529:24
**analysis** 551:13
643:11,13,21,22
644:5,6,6
**analyzed** 516:13
**and/or** 576:15
**Andrei** 510:24,25,25
511:2 592:23
**Anne** 500:5 503:18
590:2,5
**answer** 507:23,25
519:4 532:9,10
558:21,24 567:7
569:15 584:14
586:11 599:13
616:13 634:24

641:3 661:22
664:1
**answered** 507:18,21
533:10 631:1
632:11 639:14
657:1 663:3
679:11
**answers** 540:4
**anticipate** 646:25
**anticipating** 530:17
**anybody** 685:11
702:12 707:6,18
**anymore** 523:20
549:23 611:6
630:20 634:20
641:8 667:11
674:2 707:19
**API** 652:4 691:24
**apologize** 663:19
**apparent** 680:4
705:23 706:5
**apparently** 687:4
**APPEARANCES**
500:1
**application** 669:13
695:7
**applied** 559:25
673:4
**approaching** 641:10
642:2
**approved** 692:20,21
692:25 693:1,4,6
693:11,13 702:22
**approximate** 608:17
**Approximately**
508:7
**April** 532:2,7 534:1
535:13 657:15
662:11,18 667:3
692:22 706:9
**Argumentative**
616:11
**argumentive** 610:3
632:11 642:17
679:9
**arrange** 626:11
**arrive** 632:23

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[714]

art 691:12 692:2
arts 691:9,11 692:8
   692:10
ASAP 642:9
ASI 605:14,16 629:7
   629:9,11,12,14,14
   645:21,23 646:11
   646:14,18,20
   647:4,5,11,12,12
   647:16,16,18,22
   648:8,9,11,14
   682:19,25 683:2
Asia 627:2
Asian 627:8
asked 507:18,21
   523:23 554:25
   573:17 597:7
   598:14,15 602:4
   619:10 620:17
   628:8 632:11
   639:14 657:1
   662:17 663:3
   676:20 678:16
   679:6,10 701:22
   702:2 705:25
asking 505:4 506:22
   515:25 532:5
   547:11 557:7
   575:9 589:1
   590:15 606:7
   608:4 611:1,6
   612:22,24 613:4
   619:11 620:10
   621:11 623:9,15
   623:16,20,21
   625:18,21 626:8
   628:11 633:4
   634:18 635:22
   636:5,7,12 637:18
   639:21 640:4
   655:19,20 658:8
   658:13 661:17
   662:12,16 664:4,9
   664:11 665:24
   676:1 678:20
   679:7,12 697:24
   697:25

asks 625:7 661:8
aspect 512:8
assessment 631:2
assign 628:10
assistance 504:20
assistant 604:10
associated 535:25
   537:4 572:15
   591:12
association 605:20
assume 511:24
   529:2 548:2 567:4
   569:8 570:8
   574:23 581:2
   586:11 597:12
   629:8 670:7,14
Assumes 533:17
   614:21 616:19
   658:10 700:15
assuming 528:4
   548:15 675:12
   708:25
assumption 587:4
assure 525:11
ate 707:13,14
attach 576:9 711:7
attached 562:7
attorney 674:12,14
   680:24 681:9
   708:19
AU 544:2,2
audited 658:7,16
   659:6
August 506:17,21
   590:16 624:10
   669:17 697:14
authorization
   703:25
auto 559:25 661:19
automate 514:20
automated 515:4
   519:15 541:16,22
   629:1,3 635:7
   695:14
automatic 559:22
   653:1
automatically

541:21 549:8
551:16 585:13
625:22,25 652:6
661:20 662:8
675:11,12 695:12
696:12
automation 651:7
652:5
availability 527:22
available 504:18
   596:24 597:5
   603:7 614:4
   703:22
Avenue 500:7
avoid 615:6,14
aware 671:3,7
   695:22 696:4
AWS 697:15,17,18
   697:23
AY 518:25
Azim 499:11,22
   503:8 508:15
   606:25 660:4
   672:3 690:9
   701:21 711:17
   712:1

_____
          B
_____
B 526:15
back 504:21 509:2,3
   509:11 511:22
   513:2 514:21,22
   514:25 521:16,22
   522:11 524:1
   540:16 541:15,18
   549:6 550:25
   551:3,16,17,19
   553:2 554:8
   558:13,20 560:12
   561:22 562:19
   564:24 567:18,22
   572:2 574:16,20
   577:18,23 578:2,3
   585:10 586:12
   587:1 602:25
   603:2 610:4
   613:21 614:1,1

615:1,1 617:24
619:2 628:25
629:10,12 638:20
640:14,15 647:11
647:14 651:4,7,13
651:18 656:3
660:11 662:2
663:10 665:19
666:7,18,25 667:1
667:2,4,6,9,12,14
668:7,8 689:1
701:21
back-to-back 614:4
   614:18,25
background 702:17
   703:1
backtrack 667:16
balance 615:5
   624:17
bandana 646:23
bandanna 628:10
bands 608:10
bank 550:2,3 611:19
   625:8
banker 611:20
banned 628:3,16
bar 570:17,17
based 527:9 531:16
   543:3 569:15
   579:13 587:4
   588:12,17 630:16
   634:2 637:19
   656:13 689:6,9,20
   696:13
basically 522:9
   542:3 562:9 575:5
   575:8 579:13
   581:12 585:15
   598:4 604:13
   612:13 686:15
   695:11 707:10
basis 520:23 560:9
   616:4
batch 566:7,17,20
   566:22 567:1,2
batching 566:9
Bates 510:19 606:10

beginning 571:17
   602:24
behalf 500:3,12
   506:8
belief 710:10
believe 511:16
   518:19 520:25
   521:1 523:10
   524:6 525:20
   526:2 530:12
   534:21,23 536:3
   543:3 544:8 554:6
   557:22 560:6,20
   570:14 571:9,9
   572:16 576:1
   577:17 582:16
   587:16 591:6
   595:25 597:17
   601:18 602:23
   604:20 608:7,13
   610:8 613:7 618:5
   626:16 641:1
   642:25 653:24
   672:24 679:3
   693:2 698:23
   700:13
benefits 687:21
Benny 690:9
best 505:10 506:21
   512:5 566:7
   622:16 653:12
   703:16 704:4
   710:9
better 565:13
big 594:2 626:1
   642:8 703:2
biggest 706:23
   707:1
bill 684:15,16
billed 668:9 708:10
billing 519:22
bit 522:13 629:18
   637:4 692:11
   693:15 702:16
   707:4
blacklisted 698:7,12
   698:13

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[715]

**Blanchard** 500:13
501:5 503:25
504:2,2,6,11,18
506:18 507:18,21
508:13,15 516:24
517:2 519:3 520:7
530:20 533:8,17
534:9,12,24 537:8
538:2 539:4,11
547:9 550:9,19
551:21 552:9
554:5 555:19
556:18,24 557:6
557:25 558:14
559:10 563:1,13
565:23,25 567:6
567:10,14,17,20
571:20 575:3
579:17 582:2,5,12
583:23 584:5
586:16 588:8,11
588:18 589:8
591:23 592:8
593:7 594:22
595:4,15 596:8,21
597:15 599:20
603:22 606:10,18
607:19,23 608:2
608:23 609:6,10
609:18 610:3,15
611:11 612:2,7,17
612:19,25 613:12
614:6,12,20 615:5
615:15 616:11,18
618:3,9,20 619:13
619:22 620:3,7,21
621:11,19,25
622:4 623:10
625:1,23 631:8,19
632:6,10 633:11
633:16 635:14,24
636:9,15 638:16
639:14 641:14,20
641:23 642:14,17
644:15 646:5
651:25 652:14
657:1,18 658:9

659:19 662:13
663:3 664:6,23
665:4,9 666:1,8,22
671:12,14,17
672:1,11,15 674:6
674:20 675:7
676:5 678:9 679:9
679:22 681:6
696:6,21 698:1,21
699:15 700:15
701:5,10,18,20
704:15,16 709:4,7
**blank** 542:25 543:6
553:9 565:20
**blanks** 536:22,23,24
537:5,20,21 543:2
543:4 544:15,16
545:24 546:8,9
562:11 603:6
**blew** 685:12
**blinded** 652:20
**blue** 568:4,11
570:16,20 572:4,7
573:4
**board** 669:6,15,20
670:5,5
**bombard** 657:21
**bottle** 637:13,14
643:23,25 644:2
**bottom** 538:16
539:2 608:9 630:3
648:2 669:3
692:18
**bought** 559:6
666:15 690:16
698:11
**box** 542:22 546:14
612:23 613:4
626:10 694:7
**boxes** 613:6 655:1
662:11
**Boyd** 500:14
**Braintree** 512:3
521:1 522:16
523:9,9,22 571:17
577:13,16,18,20
577:23,25 578:6

578:12,18 579:10
579:11 580:17
583:5,6,7,10,13,16
583:19 588:14
593:2 617:7,11
**Braintree.com**
520:11
**Braintree/Empire**
583:20
**brands** 617:8,8,11
617:12,14,17
664:2
**break** 505:15
530:21 563:14,17
589:15 591:23
592:1 596:7
657:15,17 672:11
**breakdown** 656:4
**bring** 511:20 512:10
575:11,11 632:14
670:18
**broad** 657:4
**broader** 514:8
**broken** 576:2 684:6
684:6
**brother-in-law**
605:3 611:16,18
611:19
**brought** 678:23
**Bruce** 603:25
**budget** 655:4,5,11
655:12,15,17,17
656:4,8,18
**bunch** 553:24
701:23
**business** 516:6
519:2,10 520:6
527:13 528:17
529:4,7,8,10,10,11
529:15,20,25
534:3,8 535:1
550:13,15 607:4
610:17 670:15
693:13 696:3
702:15 707:20
**businesses** 667:7
**businessman** 624:1

**Butch** 500:14
**button** 639:9
**buy** 684:11 697:14
697:15,22
**buyer** 591:3
**buying** 689:12

**C**
**C** 503:1 526:18
710:1,1
**calculate** 581:25
582:6
**calculates** 530:19
**calculating** 589:4
**calculation** 592:21
593:16 706:22
**call** 504:21 540:19
551:6 567:6,18
568:2 574:3,3
626:10,22 647:18
667:19 675:5
678:15
**called** 503:9 542:6
549:22 557:24
566:20 567:1
585:10 633:3
649:19 674:18
682:4 693:22
707:18,22
**calling** 576:18 615:1
**calls** 507:20,25
595:15 608:23
609:10,18 610:15
612:25 613:12
614:2,3,4,5,6,10
614:12,14,18,20
614:24,25 615:8
615:15,23 616:1,5
616:13 618:3,9
619:13,22 620:1
621:25 622:4
623:10 625:1,23
632:11 635:24
636:9,15 638:17
641:20 644:15
647:8,16,20
652:14 657:18

658:9 662:13
664:6,23 665:4,9
666:1,8 667:11
674:6,20 675:7
678:9 679:22
691:24 692:4,5
696:21 698:1,21
699:15
**Canada** 561:11
**cancel** 538:8,9,17,18
540:18 541:12
634:10 650:13,18
651:6,7,9,11,13
704:24
**cancelled** 538:9,10
540:19 541:7
555:17,25 556:4,5
556:6 561:19,20
561:23,24,24
562:1,14,16 563:7
563:9,10
**cancelling** 651:14
651:15
**card** 513:22 548:7
549:16 552:3
615:10,11 659:12
**cards** 707:12
**care** 622:19 642:24
**cared** 702:6
**cargo** 688:20
**Carpenter** 676:15
682:5
**carrier** 536:5,6,7
626:22
**carriers'** 509:13,14
**case** 504:17 562:23
565:4 586:23
602:12 628:7
630:21,22 675:1
688:19 698:11,18
698:19,24 703:13
710:3 712:3
**case-by-case** 558:25
**cases** 520:15 557:18
557:19 558:15,16
691:3
**catch** 601:5,6

FTC v. Zaappaaz, LLC, et al.

12/14/2021

[716]

categories 513:14
  538:8,10,17 540:9
  541:6,8 553:24,24
  553:25 569:16
  572:3 595:19
category 513:7,8
  514:8,12 521:3
  540:19,25 549:14
  554:21 555:3,5
  561:19 573:7
  626:16 629:12
cause 710:8
caused 543:4
causing 632:21
  675:15
cc 624:23
cell 592:6 642:8
  674:18
cells 508:17
centers 616:5
CEO 619:8
certain 537:3
  545:10,11 566:7,9
  582:11 595:2
  598:14 627:23
  639:18,21 640:5
  686:16
certificate 667:8
  686:17 711:1
certified 686:19,20
certify 710:6 711:3
  711:9
cetera 527:23
  640:10
Chandler 524:16
  525:9,12,17
  601:21 604:13
Chandler's 525:20
  602:1,12 603:20
  604:8,10 609:1
change 527:25
  528:2 556:10
  577:24 617:2
  644:17 656:17
  712:5,7
changed 527:23
  637:19,20

changes 528:1
  645:19
changing 527:25
channels 646:17
characteristic
  643:10
charge 552:6 562:24
  563:9,10 703:7
  707:14
chargeback 513:17
  513:18,19,24
  514:1,2,4,9 515:2
  549:15 550:5,11
  550:14 551:14,14
  552:1,4,6,7 571:4
  576:17 577:1
  578:9 581:3 582:7
  582:24 584:4,19
  590:18 630:12,19
  634:9,19,21
  707:13
chargebacks 513:4
  513:5,6,8,9,10,11
  513:12,13 514:8
  514:12,14,16,19
  514:24 550:22
  586:9,10 589:2
  630:5,19 631:3,6
  631:22,24 632:19
  633:4 635:1
charged 566:23
  569:11 584:16
charges 561:12
  615:22
chart 501:10,11,12
  501:20,21 504:15
  515:9 520:18,19
  520:19,23 547:17
  549:15 568:2
  573:19,20,21
  575:13,20 576:18
  576:19 577:1,19
  582:20 586:20
  587:17 592:20
  594:2,3 599:6
  600:11,13,14
  603:12 660:20

673:5,7,8 683:14
charter 687:15,23
  688:4,7,9,17,18
  689:15,16
chartered 687:10,22
  690:11,18,25
  691:4
charters 688:11
charts 576:24 603:4
chat 651:19
chats 631:1 651:20
check 548:21 643:23
  648:14
checked 534:24
checking 561:8
  589:3
Chicago 595:9
China 524:14
  608:13 613:7,18
  613:20 617:15
  627:10,11,20,22
  627:24 628:2,16
  632:15 640:8,9
  643:6 644:12,18
  644:21 652:24
  653:1 668:4
  675:16 688:22
Chinese 524:12,14
  525:21,25 527:10
  542:8 608:7
  627:17 632:24
  645:2
choose 531:5
circumstances
  530:14 673:4
city 705:19,20
civil 499:5 681:18
  681:22
clarification 640:9
  651:17
clarify 505:10 511:5
  514:19 522:13
  547:10 559:14
  634:11 709:3
  712:5
clarity 576:3 645:1
classified 663:8

classify 540:12
clean 658:22,25
  659:7
clear 557:12 580:19
  625:4 672:12
  702:5
cleared 610:21,24
clearly 505:15
  510:14 558:22
  566:1
clears 644:24
click 515:13 556:11
  657:7
clicks 644:1
client 619:23
clip 691:9,11,12
  692:2,7,10
clipping 685:11
clog 632:18
clogged 631:2
close 603:12 641:13
  706:20
closed 522:17 570:6
  570:8,9,10 573:4
  578:15,18 579:14
  588:3
cloth 544:1 635:20
  636:6 641:6
  644:11,19 646:22
co-op 605:15,17
Coca-Cola 703:2
code 528:1 595:7
coding 547:16
  566:15 568:4
colleague 503:18
colleagues 689:19
Collesano 500:5
  503:19 535:7
  589:23 590:3
  600:16 606:2
color 547:16 568:4
  573:16 575:1
colored 568:18
colors 547:18 568:9
column 508:17
  526:12,15,18
  526:19,21,22,24

531:11,14 536:2,4
  536:9,11,11,12,14
  536:14 538:12,15
  538:19 539:14
  543:5,11,11
  547:23,24 552:4
  555:16 559:10
  560:19,21,25
  561:10 562:11,17
  562:19 564:8,12
  564:14 565:16,21
  565:25 567:12
  568:20 574:24
  576:3 578:11
  580:2 584:10
  586:21,25 587:5,6
  587:14 588:25
  592:5,13 594:17
  595:12 682:1
columns 517:15,21
  518:3,6,9,12,21,25
  521:7 526:11
  535:20 536:16,18
  539:25 564:4
  568:1 571:15
  572:14 573:19
  574:5 579:13
  588:16,21
come 504:21 519:16
  523:7 542:5
  546:23 566:22
  569:7 571:15
  573:11 578:6
  588:16 597:23
  602:8,23 610:9
  626:11,22 659:12
  667:6 671:10
  672:19 673:17
  686:21 688:20,23
  705:5
comes 516:14
  519:17,22 535:18
  569:4,24 571:6,7
  574:6 577:18,25
  578:18 586:25
  588:14 591:7
  602:6 610:8 651:4

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

comfortable 634:24
coming 510:7 516:8
    540:14 541:1
    544:8 545:13
    549:21 551:20
    572:22 574:8
    575:22 577:3,4
    580:17 624:13
    632:21 640:19
    642:3 643:5 689:1
comment 538:2
comments 591:3
commerce 659:15
Commission 499:1
    499:3 500:3,6
    710:9
common 621:11
    684:13
communicate
    704:24
communication
    512:24 513:1
    623:14 693:24
companies 515:10
    549:16 573:22,24
    617:14 619:8
    620:23 622:11
    642:13,16 675:20
    675:23 676:2
    678:20,25 679:8
    679:13,20,21
    681:12,13 684:14
    687:18 701:3
    705:19
company 524:15
    525:8,9,13 548:14
    550:25 551:15
    574:2,3 596:17
    605:10,15 617:19
    619:10 630:25
    634:25 642:11
    648:11,12,12
    658:14 661:10,12
    661:13,14,15
    666:6 684:6,17
    695:19,21 698:9
    702:18,19 703:2,7

company's 506:8,9
compare 669:14
compensated
    647:24,25
competitors 648:17
compilation 516:12
compile 511:20
    512:1
compiled 512:4
    516:12
compiling 510:8
complained 630:11
complaining 614:11
    614:18 623:4,6
    630:20
complaint 555:10
    614:23 679:17
complaints 621:23
    622:15,21 651:20
    651:23,23
complete 590:25
    603:5
completed 555:18
    555:25 556:1,4,15
    562:4,5,7
completely 561:2
    683:18
complicated 645:16
complying 679:14
Compound 556:24
    701:10
comprises 682:16
compromise 554:15
computer 539:6
conceptually 660:21
concern 616:25
    617:25 622:7
concerned 616:16
    616:20
concluded 709:11
conditions 699:18
conducting 503:20
conference 504:7
    678:15
confirm 582:17
confirmed 503:23
conform 712:6

confused 558:24
    570:19 573:11
    577:9 598:9,20
confusing 535:10
confusion 517:5
connect 512:21,22
    623:18,21
connected 623:20
connects 583:16
consider 682:15
considered 513:17
    513:23 542:9,11
    542:13 555:7
    667:12 682:21,23
constant 657:22
constitute 544:12
constitutes 633:21
consult 619:23
    620:6,7
consumer 528:14
    547:8 586:22
    592:14 630:19
consumers 511:17
    550:25 559:6
    614:11 623:4,5
    630:11 632:16
    636:14
contact 674:19
    685:25 686:3,5,10
    686:18
contacted 598:20
    686:9
contain 511:6,14,17
    511:21 596:19
contained 600:23
    603:1 683:13
    710:7
contains 509:5
    511:22,23 598:10
context 624:25
    643:19 644:13
    645:13 661:23
    662:8
continued 501:25
    502:1
continuous 560:9
contracted 607:5

contractor 509:25
    510:2
contractors 695:4
    695:21
contracts 687:15
conversation 620:1
    659:10 662:5
    675:18 679:24
    683:1
converted 680:17
coolers 609:5 610:1
copied 581:6,7
corporation 617:9
    680:16
correct 506:12,16
    509:6 510:4
    511:13,16 512:12
    514:6 517:7,14,17
    517:20,23 518:1,4
    518:7,9,10,13,16
    519:11 520:1
    521:5,8 523:18,21
    523:25 524:12,22
    526:14,17 527:6
    528:5,7,15 529:21
    530:3 531:10,20
    532:19 534:7,8
    535:3,23 536:21
    539:17,20 540:22
    541:11 544:7
    549:9,13 552:10
    553:5,8 554:6,9
    555:6,9 560:3
    561:9 565:3
    567:12,13,16
    569:1,3,17,19
    571:12,21,22
    573:3,10 575:10
    576:20 578:1,5,7
    578:10,13,19
    579:12 580:22
    581:4 584:20
    586:4 588:23
    591:9 594:10,13
    594:16 595:23
    601:9,10 603:3
    607:5,7 608:25

625:9 628:15
    630:7,9 632:2
    635:13 636:17
    637:2,9,17 641:15
    646:13 648:10,19
    654:12 660:22
    665:21,23 668:14
    680:13 681:4
    683:15,16,23
    684:21 685:8
    689:5,13,22 692:7
    693:21 694:17
    697:4,9 701:6
    703:23 704:21
    712:5
correction 712:5,7
corrections 711:6
    712:4
correctly 704:17,18
correspond 573:20
    580:20,21
corresponding
    565:6 592:24
corresponds 580:16
cost 643:23,24 644:1
    644:2 684:10,19
    685:18 707:14
costs 675:17 683:25
    684:1,3,4,19
    706:23
counsel 503:4 507:5
    507:11 672:8,20
    672:21
count 527:12,15
    533:11,12 540:24
    547:1 568:20
    569:21 570:5
    572:21,25 573:4
    578:3,15
country 616:4
counts 527:12
couple 563:16
    669:12
course 516:6 519:2
    524:3,24 526:9
    596:8 606:14
    696:2

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[718]

**court** 503:5 505:11
  534:14
**covered** 511:8,10,14
  511:18 527:1
  549:11 557:14,15
  557:21 558:5,11
  559:6 590:10,17
  590:19,21 617:16
  640:5 655:24
  675:24 676:2,19
  677:8 679:21
  685:10 689:11
  697:5 701:3
  708:16
**COVID** 558:7 618:5
  622:21 627:14,15
  627:20 665:25
  667:4 675:10,11
**COVID-19.PDF**
  665:14
**create** 541:24
  544:12 546:15
  547:14 636:20,21
  636:22,25,25
  649:23 652:18
  654:11 667:16
  670:4,5 699:24,25
**created** 517:4
  537:21 540:17
  541:23 553:24,25
  569:16 579:13
  580:1 632:8
  634:14 647:10
  682:9 690:13
**creating** 649:11
**credit** 548:7 549:16
  552:3 615:10,11
  615:17,20 619:15
  619:19 620:24,25
  621:2 659:12
  707:12
**crew** 616:13
**CRM** 694:19
**cross-reference**
  521:19 576:4,6
  602:5
**cross-referenced**

576:7 599:3
**cross-referencing**
  585:1
**Crowbow** 604:11
**crucial** 705:18
**CSR** 549:23 551:10
  558:16 562:9,20
  564:10 565:19
  613:2 642:7
  643:10
**CSRs** 521:18 522:5
  549:6 551:3,6
  552:19 553:7
  554:1 556:9 559:7
  623:13,13 652:8
  652:20 668:9
**current** 668:20,22
**currently** 505:16
  689:9
**cust** 625:17
**custom** 628:10,10
  628:12 701:9
**customer** 513:20
  519:21 531:15
  535:21 541:13,16
  542:3 546:21,25
  548:4,11,19
  549:22 551:10,18
  551:19 554:13
  560:9,13 562:10
  581:23 582:8
  585:16 586:12
  595:24 597:10,13
  604:15 611:3,5,8
  625:13 627:24
  629:11,23 634:15
  644:12 647:7
  654:3 662:17
  667:20 691:12
  694:19
**customer's** 585:14
  631:2
**customers** 516:4
  547:5,13 557:12
  557:23 558:4,11
  573:8 597:12,22
  597:25 598:5,5,5,6

598:7,8 601:11
  602:10 613:22
  614:19 615:1
  622:12 623:8
  628:3 632:22
  633:1 642:24
  647:11,15,16,23
  652:7,9,19 657:21
  660:12 667:22
  668:6,10 680:20
  683:1 685:14,15
  687:7,8 702:13,20
  705:12 707:12,21
**customers'** 601:16
**CustomLanyard....**
  499:9
**customs** 610:22
  611:2,4 618:22
  644:24 645:2

─────────────
**D**
─────────────

**D** 501:1 503:1
  526:19
**D-I-S-H-A-N**
  604:23
**D.C** 500:8
**d/b/a** 499:6
**damaged** 558:19
  562:2 587:10
**dark** 570:21
**dash** 629:21,22,25
  629:25 653:25
**data** 509:2,12 510:1
  510:6,7,11 511:14
  511:23,23,24
  512:1,4,6 516:3
  519:11,20 520:16
  521:15 522:10
  540:13 544:7
  545:13,14,20
  546:3,10 552:5,25
  553:2,18 564:19
  567:21 569:16
  574:1,16 577:7
  580:9,12 581:9,23
  582:17 583:21
  585:3,5,24,24,25

585:25 586:2,11
  586:12,13 597:6,7
  599:25 601:15,19
  616:5 639:9
  706:12,15
**database** 509:4,5
  511:23 515:11,12
  516:14 519:13,14
  519:23 520:3
  597:23 598:9
**databases** 522:6
**datas** 540:11,12
**date** 519:25 522:9
  526:15 531:5,10
  531:14,17,19,23
  532:6,13,16 533:3
  533:5,16 534:1,5
  544:3,13,16,17,22
  545:18 546:5,6,10
  547:25 548:1
  556:16,23 557:1,2
  557:4 564:6,6,13
  564:20,20,23
  565:1,5,19 567:12
  567:15 569:18
  590:7,14 591:1
  599:16,21,23,24
  613:16 617:2
  624:6 641:10,13
  641:25 642:2,4
  660:10,15 673:2
  710:4 711:10
  712:2
**DATED** 710:12
  711:13
**dates** 545:11,15
  577:15 590:20
  608:8 609:2
  640:13,20
**day** 529:1,3,4,8,11
  529:11,15,20,24
  530:1,19 534:8,19
  535:13 566:9
  609:25 610:1,9,10
  610:11 613:9
  635:5 656:16
  660:5,15,18 667:6

706:8
**day/half** 609:25
**days** 526:20 527:2,5
  527:8,12,13,18
  528:8,11,13,17,21
  528:25 529:5,6,7
  529:10,13,18,18
  529:19,23,25
  530:8,13,13,18,18
  531:18,18,22,22
  532:3,3,6,22,24
  534:4,19 535:2,12
  535:15,17 610:17
  623:12 660:15,18
  707:19,20
**daytime** 613:23
**DBAs** 701:13
**deal** 690:4
**dealings** 674:11
**dealt** 574:1
**Deborah** 499:25
  710:15
**debt** 707:3
**December** 499:16
  511:12 515:16,19
  517:12,12,25
  521:4 548:25
  598:16,24 599:25
  600:25 602:21
  673:24,25 710:4
  712:2
**decide** 537:6 552:13
  552:22
**decides** 554:3
**deciding** 552:12
**decision** 559:1
**default** 556:15
  562:5,7 649:25
**defendant** 506:13
**defendants** 499:14
  504:3
**define** 653:20 667:1
  667:2
**definite** 661:22
**definitely** 585:22
  674:3
**definition** 511:8

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[719]

513:20 514:4
542:18 604:12
**definitions** 514:1
**delay** 554:10,12,16
555:7 560:25
632:21 705:1
706:1
**delayed** 554:25
608:21
**delays** 618:22
627:20
**delete** 695:21
**deleted** 696:12,16
696:16,17,18
**delivered** 528:11,19
529:25 546:7,18
546:21 595:2
631:4
**deliveries** 607:18
**delivering** 622:25
667:23
**delivery** 530:2,19
531:5,10,14,17,19
531:23 532:6,17
532:22 533:2,5,16
534:1,5 545:15,15
546:5 607:10,16
608:5,8 609:2
617:2 628:8
640:11,13,16,20
641:10,13,25
642:2,4 660:9,14
660:17 662:18
707:17
**demand** 668:21
669:2 680:5,7
681:15,18,22
689:8
**depend** 527:18
530:13
**depended** 558:16
**depends** 558:1,18
**deposed** 590:16
**deposition** 499:20
501:8 503:20
505:21,22 506:3
506:14,25 507:9

508:5,6,9 510:16
687:12
**depositions** 506:21
**description** 501:7
502:3 594:17
637:19
**designate** 506:7
**designated** 506:9
**Desk** 694:18,19,21
**desktop** 673:13
**destroy** 696:2 703:3
**destroyed** 703:9,20
**detail** 596:19
**details** 576:8 615:2
**determine** 527:7
627:6 672:10,25
**determined** 673:21
**determines** 556:22
663:12
**developer** 509:1,21
565:11,14 567:4
574:18,22 575:4
**developers** 504:14
528:3 628:25
**development** 670:12
**DHL** 509:16
**DHL.com** 509:17
**differ** 548:6
**difference** 689:14
**differences** 542:1
595:18
**different** 512:10
513:17 516:8,16
522:24,25,25
524:7 527:17
533:5 536:11,12
537:17 546:15,18
547:7,18 550:5
568:9,10 570:24
573:22,23 574:6
575:1 587:6,8,11
587:13 592:6
594:18 595:13
601:20 617:14
629:24 639:2
647:14,15 654:25
661:24 663:5,22

663:23,24 664:2
669:3 680:16
689:11 699:6
700:4 704:21,23
706:15
**differently** 626:20
626:21 654:24
**digits** 544:23
**Diran** 654:6,11
**directly** 512:19,22
519:16,17 542:5,7
542:11 627:10
628:3 632:16
633:1 635:8
637:25 638:23
639:7 640:3
644:12,18
**disallowed** 707:12
**discount** 554:10,12
554:16,20,25
555:7,10 559:9,13
559:14,21,22
560:2,6,7 561:6,9
**discounts** 560:17,18
560:20,25
**discovery** 693:17
**discuss** 633:4
**discussing** 504:16
**Dishan** 604:21
**dispute** 518:20
520:4 521:21,22
522:22 523:6,17
526:3 551:14
552:3,7 566:2,3
568:2,22 569:18
569:22 570:7,9
571:4,15 574:3,4
575:20 576:17
577:1,4 578:9
584:19,19,22
585:5,7,13,14
587:12 588:2,14
588:21 591:18,19
592:13,17 593:2
630:14 634:14
**disputed** 584:17,18
585:10,16,17,20

585:22 586:3
587:11
**disputes** 517:25
522:12,19 566:5
568:17 571:16
573:15 575:6
584:4 587:15
590:18,25 591:1
621:23 622:15
630:12 634:7,9,12
635:21 636:7
**distancing** 646:23
**distinct** 513:5
**distinction** 654:20
**distribution** 605:14
682:20
**distributors** 605:18
605:23 629:15
646:2
**districts** 705:21
**division** 678:16
**DOCKET/FILE**
710:2
**document** 505:25
506:4 508:21,23
508:25 516:1
518:15,18 548:12
548:13 584:13
588:7 665:15
670:18,23,24
676:5 677:18
**documents** 503:22
505:4 507:1,2,6,8
547:21 594:1
671:5 680:5,6
693:16 694:1
696:12 703:4,9,17
703:19,22 706:15
708:1,4
**doing** 512:25 566:6
566:7,8,8 579:22
579:23,25 580:24
581:9,17 585:1
592:16 635:8
648:15,18 653:18
659:2,3,16 662:19
679:16 702:16

**dollar** 643:25
**dollars** 655:16
**domain** 697:15,22
698:6,6,13 699:6,7
**domains** 697:2,3,6
699:9 701:16
**domestic** 561:13
**domestically** 609:14
**donated** 685:9
**donation** 680:17
682:12
**donations** 680:25
685:1
**double** 585:3
**draw** 550:7
**drawn** 550:1,12,17
550:22
**Drive** 693:19,20
708:1
**drives** 556:17
**drop** 541:7,12 542:2
542:3,5,9,11,15,18
579:19
**drop-down** 538:13
538:15 539:1,3,21
543:16 553:23
556:11 561:17
569:6,25 580:18
**Dropbox** 694:6,8,9
694:11,13
**DS** 542:17
**due** 631:5,7 662:11
**duly** 503:10
**dump** 599:25
601:15
**dumped** 597:6
**duplicate** 562:12
585:2 603:8,9
**duplicates** 521:20
543:15
**duplication** 553:13
553:15,16
**duplicative** 582:11
**dying** 622:21

**E**

**E** 501:1 503:1,1

Makanojiya

FTC v. Zaappaaz, LLC, et al.

12/14/2021

[720]

710:1,1,1
**E-business** 525:8
596:17
**e-commerce** 657:20
**e-mail** 501:22 502:5
502:7 515:4
520:16 567:22,23
580:3,6,10 581:18
581:19,19 591:11
591:13 592:4
617:7,10 642:11
676:14,15,17
678:6 691:18
692:20,23 694:16
695:12 698:4,8,11
698:23
**e-mailed** 521:2
**e-mailing** 667:22
**e-mails** 515:3 576:8
576:10,17 593:21
593:22 611:14,17
611:21 617:13
624:22 642:12
653:9 657:15,17
657:22,23 658:2,3
693:7,8,9,11,12
708:7,14
**earlier** 531:5 549:7
592:20 596:18
640:22 668:5
683:14
**earliest** 609:17,20
**early** 662:3
**easier** 559:20
601:24
**easily** 536:13 547:19
**Easter** 657:16
**easy** 510:9 540:12
540:13,15,18,21
541:1,2,4,5,10
613:17 625:17,19
625:22 626:1,14
626:18,19 627:1,7
627:16,22 628:19
628:20 635:8
638:13,21 639:1,5
640:8,10 645:17

650:18,25 651:1,4
651:5,6,8,9,10,12
651:15 652:23
653:19,20 654:14
654:17 661:20
662:9 704:19
706:3
**economy** 594:21
595:1
**educational** 678:5
**efficient** 704:20
**eighth** 534:8
**either** 528:20
539:12 562:13
586:10 593:22
630:23 649:25
673:20 677:6
696:2
**EJ** 518:6,9,12,15
524:2 536:17
**EL** 517:16 518:25
519:7 547:23,24
564:4 565:16
603:6
**elaborate** 697:24
**eliminating** 585:1
**else's** 669:20
**EM** 548:3,4
**Empire** 523:9
582:25 583:1,2,3,5
583:6,8,8,11,12
593:3 633:6
**employees** 667:5,5
695:21 702:6
**EN** 549:4 550:24
562:17 564:8,15
**encompass** 511:10
514:8 595:13
**encompassed**
577:20 582:20,21
**encompasses** 583:20
**encompassing** 513:4
514:12 614:11
**ended** 608:8 667:5
685:6
**ends** 585:2
**engaged** 657:24

**enlightened** 675:14
**ensure** 696:1
**entails** 510:10 513:9
532:25 667:13
**enter** 626:8 639:7
669:21 670:10
**entered** 519:15
564:10 565:20
687:16
**enters** 519:14
**entire** 689:17
**entities** 683:24
688:16
**entity** 642:22 682:8
682:13 683:10,11
685:9
**entries** 564:14
**entry** 608:10
**environment** 697:16
697:17,23
**EO** 553:22 555:16
560:21,25
**EP** 564:5,12,13
565:18 567:12
**EQ** 559:10,12 561:1
561:3,8
**equal** 531:22 532:22
640:22
**equals** 653:14,15
**equated** 531:16
656:17
**equivalent** 706:18
**ER** 561:10
**era** 667:3
**Eroze** 552:16 606:7
607:3 609:16
617:10,13 619:7
621:14 623:7
633:3 638:8
640:11 641:1
643:4,7
**errata** 712:4
**error** 567:20 624:18
712:5
**errors** 556:14 712:4
**ESP** 645:18,20,21
646:4,10 648:14

649:6,8
**ESQUIRE** 500:4,5
500:13
**essential** 634:3
663:6,7 667:8
680:22 682:10
685:1,2 705:14
**essentially** 705:7
**essentialneeds.com**
680:14 685:7
**estimated** 595:10
**et** 517:16 519:1,7
527:23 547:23
556:3 561:15
564:5 603:6
640:10 710:3
712:3
**EV** 517:21 568:1,19
568:20 571:11,15
577:19,21,24,25
578:3 579:19,21
580:4,15,18,19
582:10 592:10
**EVENING** 660:1
**everybody** 645:3
685:12
**everybody's** 598:5,6
**evidence** 533:18
581:10 614:21
616:19 620:22
631:9 642:18
658:10 700:16
**EW** 568:23 592:13
593:9
**Ex** 509:12 518:5
519:20 521:24
524:6 541:7
542:19 568:25
578:6 618:22
**exact** 587:23,24
600:4 666:14
706:4
**exactly** 539:6
545:12 569:3
594:20 650:16
668:9
**examination** 501:3

503:9,12 701:19
**examined** 503:10
711:4
**example** 531:24
532:25 537:1
543:24 544:18,20
548:7 562:15
563:9 566:22
591:10 653:16
657:2,12 684:8
**exceeded** 692:1
**exceeding** 692:23
**Excel** 507:2,7,9
**exchange** 676:14
**exchanges** 606:8
**exhibit** 501:7 502:3
505:20,22 510:14
510:15,16 575:16
575:17 583:20
584:2 587:19,20
589:20,21 590:5
596:4,12,13,20
600:7,17,20
602:17 606:1,3
611:11 612:17,19
650:7 670:20
671:18,23 672:19
676:6,11 685:20
685:22 687:25
688:3,6 690:5
691:14,17 692:13
692:16 696:23
704:8
**exhibits** 501:25
502:1 672:16
**exists** 697:8
**expand** 679:20
**expecting** 635:20,22
636:5
**expense** 707:1
**experiencing** 666:14
**expert** 510:23
**explain** 529:12
531:25 580:14
591:11 645:25
656:15,15,24
661:9

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

[721]

explained 517:9
   592:20 593:1
explaining 678:4
exported 597:6
expressed 658:21
extent 536:22
   545:10,24 556:13
   557:11 558:11
   560:24 582:11
   601:5 630:11
externally 566:5
extract 522:10
   577:7 580:25
   581:1 590:25
   591:2 598:16,18
   598:24 672:22
   673:1
extracted 600:24
   601:2 672:23
   673:3
exuberant 674:22
EY 569:18 581:15
EZ 569:20 578:8,10

            F

F 710:1,1
FA 569:23
FAA 685:25 686:12
   686:18
fabric 617:23
face 622:17 634:5
   644:10,11,18,19
   654:14,16,19,25
   655:23 664:20,20
   676:17,23 677:1
   677:11,13,15
facilities 686:22
fact 533:14 537:12
   547:13 564:9,10
   586:3 627:20
   708:7
factories 608:14
   675:16
factors 666:12
factory 608:22,22
   609:1
facts 533:17 614:21

616:19 658:10
   700:16 712:6
fair 607:19
fall 626:17
familiar 508:21
   509:25 510:5
   548:8 670:6
family 622:20
far 504:8 538:14
fashion 578:16
   687:9
Fatima 552:16
   606:7 608:9,20
   610:20 612:11,22
   614:1 617:25
   621:14 622:6
   624:16 625:15
   630:2 635:19
   641:17 644:10
   647:3
Fatima's 607:4
FB 569:24 578:11
FD 570:5 573:4
   578:14
February 590:8,20
   677:10
Fed 509:12 518:5
   519:20 521:24
   524:6 541:6
   542:19 618:22
Federal 499:1,3
   500:3,6 710:9
FedEx 501:24
   511:23 522:6
   544:8 545:13,17
   545:19,22 546:7
   546:10 558:19
   594:3,8,19,21
   595:1,14 598:12
   598:23 599:6
   601:21,25 602:1
   602:12 610:24,25
   626:16,18,24
   640:17 645:2
   649:19,20,21
   650:3 666:11
   686:21 687:2,14

687:17 688:3
   690:14
FedEx's 595:5
   705:11
FedEx.com 509:17
   522:3,8 599:11,13
fee 649:12,12
feedback 527:9
   692:20 693:5
feedbacks 527:23
   640:16
feel 634:24 702:2
   711:6
FG 568:1,20 577:21
   577:24,25 578:14
   580:16 581:15
   582:11
FH 573:14,19,19
   574:5,25 578:20
   579:9 580:16
   582:1,11 593:4
fields 596:23,23
   597:5
figure 563:4 574:10
   576:16 597:21
figuring 660:9
   708:11
file 515:20,21 516:2
   516:15,16 517:15
   517:18 518:8,9,12
   518:21 519:7,9
   520:17 521:9
   524:1,23 525:3
   526:4 569:9
   570:18 572:10,13
   572:15 573:12,25
   575:6 582:17,19
   582:22
filed 695:20,20
   696:1
files 515:14 517:5,8
   517:19 518:23
   520:5,5,22 522:24
   522:25 523:3,5
   536:19 568:6,7,10
   570:18,24 571:3
   571:16 572:11,13

573:16
fill 546:1 664:22
filter 538:23,25
   539:22 541:8
   542:25 543:3,14
   579:19
filtered 539:23,25
   591:11 592:4
filtering 539:24
   543:2,5 589:6
financial 504:16
find 511:2 513:15
   545:11,15 559:13
   559:15 574:22
   575:13 580:5
   581:20,23 638:3
   647:21 695:4
   697:10 705:6
finding 579:23
   581:11
fine 588:7 620:5,10
   622:13
finish 563:15,16
finished 505:21
Firm 500:14
first 503:10 505:19
   514:11 516:10,15
   516:20 518:24
   529:11,15 539:18
   543:17 564:14
   568:3 574:12,13
   581:3 585:9 589:1
   591:15,16 606:8
   606:15,21 608:18
   609:1 621:21
   635:19 636:23
   638:19 642:22
   663:2,21 664:18
   664:19 682:1
   687:23 688:9,10
   690:13,21 701:21
   704:24
Fiserv 523:11,13,14
   571:18 576:1
   577:13,16 583:9
   583:11,13,15
   588:14 593:3

fit 546:14
five 507:16,20
   529:22,25 535:17
   535:17 548:12,15
   620:8 635:14
   643:25
FJ 578:24 579:3
flat 649:12,12
flight 688:9
flights 690:11 691:5
flip-flop 644:20
flood 623:4,5
flown 690:17
fluctuating 527:21
flushed 696:13
fly 645:3
FN 565:25 579:5
folder 570:25
   572:13
folks 678:16
follow 648:6
followed 705:23
following 518:24
   529:7,10,13
follows 503:11
footprints 646:23
force 668:7
forces 706:10
foregoing 711:4
foresee 640:18
forgets 551:10
forgotten 591:25
form 519:3 520:7
   550:9,19 551:21
   552:9 554:5
   556:18,24 557:6
   557:25 558:14
   563:1 579:17
   582:2,5,12 584:5
   593:7 594:22
   595:4,15 596:21
   597:15 599:20
   603:22 612:2
   616:18 618:20
   632:10 633:16
   641:14 651:25
   696:6 699:15

FTC v. Zaappaaz, LLC, et al.                                      12/14/2021

[722]

700:15 701:5
**format** 580:13
**formed** 682:13
**formula** 532:16
  580:1
**forward** 611:14
**forwarding** 611:17
  611:21
**found** 545:6 559:17
  581:21,22 600:11
  609:21
**foundation** 614:22
  615:9 618:4,10
  619:14 622:1,5
  623:11 658:11
  664:24 666:9
**four** 532:3
**FP** 571:15 574:5
  578:20
**FQ** 582:1
**fraud** 630:23 707:3
  707:5,7
**frauds** 702:19
**fraudulent** 513:7,12
  513:18,23 585:12
  585:19 707:13
**free** 530:9,11 680:19
  685:18
**freeze** 555:15
**freight** 541:6 542:19
  542:20,23 626:16
  626:18
**frequently** 653:9
**Friday** 531:1 533:1
  534:21,22 535:1
  535:10,11,12
**front** 508:18 543:17
  653:14
**FT** 517:22 571:11
  573:15,19,19
  574:25 577:19
  579:9 580:16
  582:11 593:4
**FTC** 503:17,19
  695:20 710:3
  712:3
**fulfill** 624:12,14

625:10 632:4
633:15 647:1
656:20 667:25
668:23 682:25
**fulfilled** 617:5
**fulfilling** 646:24
**fulfills** 541:17
**full** 518:5 521:24
  524:6 688:17
  710:7
**fully** 641:8,9
**functional** 512:8
**functions** 581:17
**funding** 682:14
**funds** 625:14 685:2
**further** 617:2
  629:18 632:21
  645:25
**future** 624:2 640:19
  689:8
**FV** 518:3 521:7,15
  584:9,10 588:16
**FV-GA** 584:21
**FW** 584:12 586:21
  587:3,6,14
**FX** 585:7
**FYI** 678:14

---

**G**

**G** 503:1 526:22,24
  594:17
**GA** 518:3 521:7,15
  584:9 588:16
**gateway** 583:13
**gather** 704:4
**gauge** 656:13
**GC** 518:21 588:21
**GE** 588:25
**Gear** 661:11
**gel** 637:5,9,19,20,22
  648:23 663:23
**general** 513:20
  537:11 680:24
  681:9 708:19
  712:5
**General's** 674:12,15
**generally** 521:10

562:15 598:11
643:21 701:22
**generate** 525:16
**generated** 520:23,25
  521:1 671:14,15
**generating** 598:2
**getting** 511:24 589:3
  598:9 609:25
  616:4,12 617:10
  622:21 633:5
  637:15 640:8,16
  640:17 645:1
  659:5,15 685:15
  687:8 689:10
  693:5,10
**GH** 518:21 588:21
  589:2,2
**gigabytes** 706:13,14
**give** 505:12 507:24
  510:11 523:3
  531:24 533:19
  540:4 544:18,18
  548:13 551:16
  553:10 558:12,21
  560:18 566:6
  574:11 576:2
  577:15 585:24
  591:2,16 595:10
  598:21,21 610:21
  615:1 631:6,22,25
  632:20 642:8,10
  647:4,8 653:16
  657:15,17 659:19
  661:22 678:16
  679:14 681:15
  682:25 687:6
  703:1,16 704:7
**given** 564:7 591:1
  627:21 663:21
  664:2 688:18
  708:4,7,14 711:4
**gives** 531:18 551:16
  599:25
**giving** 611:3
**glitch** 660:13
**glove** 662:11
**gloves** 587:9,10

646:22 655:23
656:5 657:3,4,5,5
657:6,7,8,11,11
660:4 662:16
669:18 689:23
690:2,4,9,10,16,17
707:8,8
**Glow** 665:19 678:18
  678:23,23 679:1
  680:8 681:10
  683:17
**glowuniverse.com**
  682:3
**gmail** 642:11
**go** 503:25 504:25
  505:19 509:18,19
  518:23 521:24
  522:21 524:1
  526:19 528:8
  529:15,20 534:13
  535:2,4,12,20
  538:15 543:24
  544:2 545:16
  546:5 548:16
  549:4,25 553:22
  554:24 556:3,3
  561:11,15,17,18
  562:24 564:8,14
  567:10 569:2,11
  569:20 570:5
  572:2 573:4,14
  575:4 577:18,23
  578:14,24 579:4
  580:1,18 585:23
  587:2,17 588:20
  591:18 592:22
  593:24 594:1,11
  594:15 595:5
  598:2 599:7,16
  603:14 607:8,25
  608:19 610:19
  611:9 612:24
  617:1 619:2,2,24
  621:17 623:7
  626:13,18,19
  627:8,16,22 628:2
  630:1,2,14,15

632:13 633:7
635:4 636:19
638:3 642:7,19
645:6,18 648:1,1
650:11 651:8,13
651:18,18 653:7
653:11 655:2
656:21 658:5
659:17,22 661:18
662:2,10,25
663:10,13 664:18
667:21 675:15
676:21 677:16
678:13 690:20
691:19 698:3
701:21 704:1,10
704:18 705:4,5
706:21
**goes** 527:5,15
  542:12,20 562:7
  612:23 613:4
  635:5 652:24
  653:15 656:19
**goggles** 646:22
  655:23
**going** 504:15 505:19
  505:20 515:13
  522:11 525:7
  526:11 530:1,2
  535:12 536:19
  540:4 543:10
  546:24 547:8
  548:14 561:5
  562:19 567:22
  569:14 578:2,2
  580:9,11,20,21
  581:24 585:4
  586:18 590:4
  591:10,20 592:11
  592:12,18 593:5
  596:2,3 601:15
  606:7 610:4 616:5
  618:7,14 619:24
  622:8 627:2,22
  628:13 637:4,15
  643:25 644:1
  645:17 647:18

Makanojiya

FTC v. Zaappaaz, LLC, et al.

12/14/2021

[ 723 ]

648:22 650:2,21
656:3 657:6,8,9
659:5,17 664:16
665:11 668:11,22
670:19 676:9
678:17 683:5,7
685:3 686:6 689:9
689:21 692:24
697:11,12 702:10
702:19 706:5,9
708:11
**good** 503:14,15
504:23 592:8
622:18 645:1
**goods** 544:4,5 546:7
548:16 601:11
613:18 618:15
621:10 625:4,12
626:23 631:4
632:23 635:2
645:15 659:8,8,14
666:12 686:16
687:8 707:9,10,11
707:14,15,16
**Google** 545:9 546:3
645:22,23 648:22
649:4,8 654:10
655:5,6,8 678:2
692:8 693:19,20
698:16,24 699:5
699:24,25 700:2,8
700:12,22,23
701:2,15 708:1
**Google's** 700:24
**Google.com** 677:22
**Google.com's**
677:23
**government** 642:11
642:16,22,23
667:7,10 704:1
705:23 706:13
**government's** 708:2
708:25
**governments** 705:19
**gown** 655:23 667:22
668:21,25 669:1
**gowns** 633:8,9,13,17

635:20 636:6,23
646:22 656:5
667:24,25
**Grainer** 605:24
**greatest** 687:6
**green** 568:4,11,12
570:4,14,14,17,20
570:21 571:2
572:4,7,25 573:16
577:22 588:14
**gross** 706:16,18,24
**ground** 504:25
653:15,21
**group** 663:20
664:12 690:14
**GSM** 641:4,5
**GSMs** 669:3
**GU** 665:18,18
678:17,17
**GU's** 665:25
**guess** 514:3 522:22
523:3 546:10,22
547:19 553:17
558:22,24 562:23
563:5 566:7
570:19 574:25
577:9 581:4
594:24 598:8
600:25 612:15
616:2 645:3
646:17 649:19
652:20 662:7
665:12 682:14
685:2 686:11
687:19 689:14
696:19 700:10,21
708:23
**guessed** 689:8
**guessing** 566:19
**guidelines** 673:23
**guy** 610:24 674:17
686:18
**guys** 508:11 693:19
**GZ** 525:8 596:17

**H**

**H** 595:12

**H-U-I** 604:9
**half** 609:25 629:5
**hand** 624:8 636:24
665:8,12
**handle** 626:12
647:20,22 649:19
**handled** 617:13
**handles** 661:10
**handling** 611:24
**hands** 544:6,9
705:11
**Hang** 589:7
**happen** 566:25
686:24
**happened** 632:18
686:8
**happening** 592:19
616:6 643:8 645:2
668:3 675:14
685:6 706:9
707:23
**happens** 645:5
651:3
**happy** 523:3 574:10
583:23 700:18
703:25
**hard** 580:15
**head** 569:13
**header** 548:14
**health** 622:19
**hear** 503:21,24
532:9 556:20
574:19 616:3
621:19 630:10
633:11 688:5,14
**heard** 506:20
704:18
**hearing** 534:14
710:8
**held** 611:4
**Helen** 604:7
**help** 504:15 510:20
565:23 575:12
693:13
**helped** 509:20
**helpful** 538:3
**helping** 625:4 652:8

682:24 683:2
**hereto** 711:10
**hey** 580:8 581:21
668:11 669:17
**high** 675:3,5
**highlighted** 534:18
543:25
**highlighting** 570:4
**hire** 510:2
**hired** 511:3 623:13
**Hishuang** 525:8
596:17
**hit** 538:15 539:1,21
655:11,12 675:11
**hitting** 655:4,15
656:3
**hold** 631:19 642:14
695:15,17,18,25
696:5 702:24
704:13
**holiday** 533:7
**holidays** 527:14,15
528:21 533:12
**home** 663:13
**homeowners** 685:14
**honest** 623:8
**honestly** 505:6
664:8
**hope** 504:19 621:18
621:22
**hopefully** 645:19
**hoping** 622:14
**hospital** 705:21
**hospitals** 634:2
642:22
**hour** 566:8
**hourly** 616:3
**hours** 508:1,4 510:9
708:10
**house** 542:5
**housed** 670:15
**Houston** 500:16
705:20
**huge** 664:21 707:3,5
**huh-uh** 505:13
**Hui** 604:9
**hundred** 692:9

704:3

**I**

**ID** 526:13 584:11
590:13
**idea** 545:19 567:5
652:1 658:15,18
659:6 664:15
**identification**
505:23 510:17
575:18 587:21
589:22 593:24
596:5,14 600:8,21
602:18 606:4
650:8 670:21
671:19 676:12
685:23 688:1
690:6 691:15
692:14 696:24
**identified** 510:14
511:9 512:11
603:16
**identifier** 576:4,5,6
**identify** 555:22
588:6
**ifs** 667:13
**image** 637:11,12
663:20 664:12,14
**images** 654:9
**immediately** 663:9
698:18
**impact** 707:5
**implication** 653:4
**implied** 705:7
**important** 505:12
574:9 656:9
**impose** 580:9
**imposed** 582:16
**imposes** 520:2
**improper** 611:5
**include** 523:13,19
549:15 594:18
602:11 607:6
701:8
**includes** 602:7
607:7 681:10
**incorrect** 572:8

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[724]

**increase** 655:3,11,11
  655:15,16,18
  656:3,19 659:13
**independent** 511:24
  552:19 583:8
  702:21
**India** 504:14 613:2
  613:19,24 617:15
  617:21 643:5
  667:9 702:7
**indicate** 506:22
**indicated** 504:13
  711:10
**indication** 608:18
  609:1
**individual** 506:13
  524:15 572:10,12
  670:1,2 685:14
**individually** 499:11
  510:10 669:11
  708:15
**industry** 558:8
  698:8 707:6
**influence** 505:16
**info** 582:24,24
  684:24
**inform** 627:21 642:9
**information** 509:10
  512:10 515:23
  516:1,5 518:2
  519:1,1,8,9,10,14
  519:22,24 520:5,6
  520:10,14,18,23
  521:6,9,9,12,14,25
  522:2,4,7,14 523:6
  523:13,16,19
  524:3,5,23,23
  525:1 526:4,8
  535:22 536:17,18
  537:1,4,13 543:8
  544:3 546:1
  547:24 553:20
  568:13,14 571:4,5
  571:15 572:18,21
  574:6,20 575:21
  576:17,24 577:2,3
  577:20 579:8

**internal** 683:11
**international**
  561:10,12 610:25
  617:4
**interrelated** 583:17
**interrupt** 505:14
**interrupted** 509:19
**introduce** 504:1
**inventory** 530:17
  624:5,12,14
  630:13,18 632:4
  640:19 663:15
  664:22 666:10
  667:17,19 668:20
  668:22 688:20,25
  690:11,17 705:8
**investigate** 674:5,8
  674:9 686:13,15
**investigated** 675:25
**investigating** 675:20
**investigative** 681:18
  681:22
**invoice** 501:24
  590:13 688:4,7
**invoices** 687:10,13
**involved** 571:17
  620:2
**Ionized** 605:11
  617:17 619:7,11
  619:17 620:15,15
  620:20,25 621:2,4
  621:7,15 624:23
  625:8,10,10,12,14
  647:19,20 665:22
  666:14,19,22
  680:3 682:8,19,21
  682:24 683:1,9,18
  683:20 684:11
  687:14,16,17,18
**Ionized's** 647:22
**isolated** 561:2 590:9
**issue** 513:21 530:14
  533:6 538:9 541:7
  551:8 552:12,13
  552:19,22 553:16
  553:17 554:14
  558:19 587:15

**internal** 683:11
  615:7,20 619:19
  624:19 650:14
  651:11 666:10
  686:13
**issued** 538:8,9,10,18
  551:8 695:15
  696:5 698:19
  703:13 704:25
  706:5
**issues** 533:7 582:23
  610:13 615:13
  618:22 622:9
  624:21 666:7,11
**items** 522:20 639:21

---

**J**

**J** 500:13 531:14
**January** 590:8,20
  677:5,8
**Jeep** 606:16 607:1
**Jimmy** 610:21,24,25
  611:2
**job** 541:17
**join** 504:10
**Judge** 505:1
**jumped** 675:11
**June** 678:7,13
  690:22

---

**K**

**K** 535:20
**keep** 546:17,20
  572:9,12 580:11
  606:17 607:2
  613:16 656:22,23
  657:24,24
**keeps** 592:11
**kept** 605:8 663:8
**key** 571:14,14
**keyword** 648:25
  649:3 657:4
**keywords** 643:24,24
  656:23,24
**Khalil** 552:16
  650:11 651:10
  653:6,11 655:3
  657:14 658:5,12

**661:10 669:8,9
  670:9,11 673:20
  674:1 697:2
**kilos** 688:19
**kind** 513:7 519:9
  552:5 632:20
  649:7 685:12
  687:6
**kinds** 706:21
**kit** 705:22
**KN95** 634:6 655:23
  676:18 677:2,12
  677:13 680:19
  684:9
**KN95s** 685:15
**knew** 548:19
**know** 503:16,19
  504:8 505:10,16
  507:15,24 508:3
  510:10 515:8
  516:18 518:17
  519:20 521:14
  522:12 523:4,5
  524:9,18 525:4,12
  530:8,14 531:23
  533:20,20 535:23
  537:12,14,14,15
  538:1,1 542:25
  543:22 545:16,21
  547:3,4 548:24
  550:6 551:25
  552:2 557:7
  560:24 564:14,22
  564:23 565:1,7,14
  566:19 569:10,12
  571:4,25 572:1,2
  573:25 575:6,6
  576:23 577:5
  579:22 581:15
  582:6 583:11
  585:17 586:5,7,13
  587:1 588:2 589:3
  589:5 593:2,5,6,9
  593:11,13,21,23
  594:23 595:1,18
  597:25 602:2
  603:17 604:5

Column 2 continued:

  581:15,25 582:15
  584:10,21,22
  586:6,8 587:23,24
  588:22,24,25
  591:7,18 592:24
  594:8,12,15
  597:10,14,22
  598:1,10,11,14
  599:7,15 600:3
  601:21 602:1,23
  603:1,7 670:13
  671:3,8,10 672:3,6
  672:18,25 673:17
  673:19,21 676:19
  679:1,4 680:3,8,8
  680:12,22 681:2,8
  681:10,12,14
  682:1,3 684:25
  695:22 704:5
**infrared** 532:2
**initial** 679:16
**injury** 581:25 582:7
**input** 549:20,24
  551:9
**inputted** 521:16
  549:6,18 551:3
  554:8 562:20
**inputting** 519:21
**ins** 670:7
**inside** 613:4 704:23
**instances** 531:21
  532:20 559:5
  564:6 578:8
  637:24 651:14
  705:6
**instantaneously**
  566:25
**instituted** 630:12
**institutions** 642:23
**intact** 590:23 657:24
**integrated** 694:20
  694:22
**intent** 705:1
**intentionally** 696:2
**interested** 652:8,9
  678:23 679:16
**interesting** 573:17

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[725]

605:9,25 606:9
607:17 608:16
609:8,12 610:2
611:22,25 613:15
614:15,17,24
615:2 617:20
618:15,17 619:15
620:9 624:18
627:2,9,25 628:5
629:4,7 633:23,25
638:23 639:18,19
639:20,23 640:4
641:1,2 642:8
643:16,18 647:6,8
647:16 648:7
649:11,19 650:4
650:23 652:9
653:4,6,24 656:1
657:16 658:12
660:24 661:25
662:1,6 664:8,14
664:17 665:6,15
668:11,17 669:2
670:6 671:6,8,9,11
672:6,9 674:8,14
675:22 676:8
677:6,15,20 678:2
678:11 686:4,11
686:25 687:24
688:10,24,24
689:3,4,20 690:3
690:10 691:8
693:6,19 694:9,11
694:15 696:20
697:7,13 699:17
700:8,17,24,25
702:23 703:3
707:18 708:24
**knowingly** 513:22
**knowledge** 620:2
  678:22 710:10
**known** 513:22
**Konik** 625:6

_____

**L**

**L-I-U** 524:19
**label** 540:17,18

541:2,3 544:12
546:16 626:10
650:25
**labels** 546:15 654:19
  654:21,21 663:11
  663:12 665:12
**labor** 684:19
**lack** 614:21 615:9
  618:4,10 619:14
  622:1,5 623:11
**Lacks** 658:10
  664:24 666:9
**lading** 684:15,16
**lanyard** 604:1 701:9
**lanyards** 608:11
**laptop** 539:12
**large** 659:4 690:14
**larger** 654:22
**late** 555:17,25 556:5
  623:1 630:8
  668:14,15 707:17
  707:19,20
**latest** 515:17 517:13
  602:21
**latex** 657:5
**Latin** 649:19,20
**Law** 500:14 503:22
**laws** 627:9 632:24
  634:3 668:5
**lawsuit** 695:20,25
  703:4,10
**lawyers** 507:3
**league** 643:7
**leak** 686:6
**leaked** 686:14
**leaking** 555:12
**leaks** 686:12
**learned** 679:20
**left** 581:18,19
**legitimate** 642:11,16
**let's** 504:25 505:14
  509:18 515:15
  520:4 521:24
  524:1 526:11,19
  528:8,25 529:5,18
  535:20 536:16
  544:2 546:5

547:23,24 549:4
550:13 551:13
553:22 557:15
561:15,17,18
564:17 566:21,25
568:1,19,19,20
570:5 571:11
572:2 573:14
575:11 577:23
578:20,24 579:4
581:5 584:9
587:17 588:20,20
600:18 607:8
610:19 611:9
616:7 617:1 619:2
621:17 623:7
630:1 632:14
633:7 635:4,19
636:19 642:7
645:4,6,18 648:5
651:18,18 653:7
653:11 655:2,2
656:21 657:3
658:5 659:17
662:2,10 663:10
664:18 667:21
677:16 684:9
685:20 690:20
698:8,16 704:10
705:4
**letter** 653:23 702:24
  705:20
**letters** 543:22
**letting** 668:11 704:1
**liaison** 583:11
**lie** 702:12
**life** 684:16
**lift** 690:22
**limit** 615:17,20
**limited** 524:11,13
  525:8 596:17
  600:2 614:2
**limits** 692:23
**line** 504:14 561:6
  584:21 607:23
  609:23 615:4
  625:5 642:7

654:18 664:19
712:7
**link** 534:12 677:18
  677:19
**links** 694:12
**liquid** 637:5,9,21,23
  663:24 687:5
**list** 508:24 581:22
  590:25 598:4
  599:1 613:20
  663:8 667:16
**listed** 506:6
**listing** 636:20,21,25
  636:25 637:23
  654:8,10 697:2
**literally** 706:13
**litigation** 695:15,17
  695:18,25 696:5
  702:24
**little** 522:13 538:14
  558:24 626:20
  629:18 637:3
  675:13 692:11
  693:15 702:16
  707:4
**Liu** 524:19 601:21
**live** 535:22,23
**LLC** 499:6,13 594:5
  710:3
**load** 567:3
**local** 634:3 705:21
**locally** 609:13
**located** 697:19
**log** 514:22 522:8
  534:11 632:19
  669:24
**logged** 513:2 514:21
**logging** 515:6 534:9
**logistics** 530:14
  626:2,4,11 643:9
  675:15 706:25
**long** 526:25 528:10
  608:15 669:7
  699:1 702:19
**longer** 504:17 530:2
  642:4
**look** 532:8 536:13

536:16 537:1,2,17
538:3,22 539:22
543:3 544:20
547:23 555:14
560:20 561:5
564:5,13,17 565:9
565:25 568:19
570:17 571:2
572:2 576:3
578:20,24 581:10
584:9 588:20
593:15 624:6
635:19 692:18
693:20
**looked** 570:20 599:6
  683:14 687:13
**looking** 516:11
  539:9,18 540:3
  555:16 559:16
  560:12 564:17,24
  567:11 571:5
  572:3 576:13
  577:12,13 582:1,4
  585:19 594:17
  595:12 600:11
  607:14 623:23,24
  623:25 624:4,15
  635:18 638:11
  648:16,20 650:12
  654:13 660:19
  678:20 679:7
  683:25 684:5
  696:15 702:1
**looks** 543:25 566:2
  574:8 577:15,16
  584:3 587:23
  594:3 643:12
**lose** 521:21
**loses** 551:15
**losing** 634:7
**loss** 569:2
**lost** 546:24 547:1,2
  547:3,6,7 568:21
  568:22,23 569:14
  569:18 572:21,22
  572:23 573:6
  574:3,3 578:2,3,4

FTC v. Zaappaaz, LLC, et al.                                      12/14/2021

[726]

578:6,25 579:14
586:5 588:2,9,11
592:14,15,17
**lot** 507:15 510:7,7,9
532:21 541:5
555:12 585:11
607:22 613:14
615:23 616:1
627:13,25 628:24
631:3 635:1
644:20 651:22
655:1 667:13
668:3 671:5 693:7
694:11 696:16
707:11 708:10,10
**lunch** 563:14,18

**M**
**mail** 692:24
**mailer** 693:8,9
**main** 516:16,18
576:12,18 581:3
**maintain** 519:2,12
520:6 521:10,25
524:24 525:22
526:8
**maintained** 516:5,7
519:10 525:12
670:13
**maintaining** 638:8
**maintains** 522:2
**major** 623:1
**majority** 530:6
**Mak** 617:7,8,11,12
617:13,17
**Makanojiya** 499:11
499:22 503:8,14
711:17 712:1
**making** 642:21
675:13 705:1
**Malaysia** 650:3
690:1
**man** 510:9
**manage** 652:24
661:15
**management** 552:14
552:15,23 554:2,3

644:4 669:6
694:20
**mandate** 642:25
**manpower** 647:21
**manual** 556:9,12,14
584:23 612:23,24
628:21,21 629:2
**manually** 512:25
521:16,17,22
545:16 549:6,12
549:17,20 551:9
564:10 565:12,19
613:19,20 628:19
628:25 635:8
638:14 639:7,11
651:8 652:6
653:18,19 654:2
**March** 511:11
515:16,18 517:11
517:24 521:4
546:23 548:24
549:10 590:10,17
590:24 598:15,23
599:24 600:25
602:21 608:6
609:16 624:9
653:3,4 667:3
673:23,24 677:3
698:16 706:9
**mark** 505:19 575:15
589:19,23,25
596:1,2,3,12 600:5
600:18 602:15
658:16 670:19
676:7,8 685:19,20
**marked** 505:23
506:2 510:17
573:16 575:17
587:20 589:21
590:1 596:1,4,13
600:7,20 602:17
606:3 650:7,10,24
670:20 671:18,23
676:5,11 685:22
687:25 688:3,6
690:5,8 691:14,17
692:13,16 696:23

697:1
**marker** 661:1
**market** 648:16
**marketing** 698:5,8
698:12
**marking** 579:24
587:18 600:16
**marks** 580:7
**Mary** 605:13,14
**mask** 544:1 617:22
617:23 628:10
635:20 655:22
682:5,18 684:10
684:11 707:19
**masks** 548:13,15
617:23 634:5
636:6 644:11,19
644:19,19 646:22
651:20 675:9
676:18,18,23
677:1,2,11,13,13
677:15 680:19
684:9 685:16
**master** 520:18,19
576:18 577:19
582:17 600:14
601:3 683:14
685:3
**match** 580:6,7
**matched** 576:8
599:4 601:5,18
**matches** 579:24
580:1
**material** 689:20
**materials** 696:3
**matter** 499:5,19
503:18 602:6
648:20
**maximum** 614:3
**mean** 509:14 510:5
512:22 513:19
515:4 516:7,18
517:12 522:23
527:21 528:11
529:9 530:6,17
537:22 538:23,25
539:22 541:11,16

541:24 542:2
543:9,20,20,22
544:9,20 545:12
546:2 547:3
549:17 550:3,16
551:2,5,6 552:24
552:25 553:3,17
554:16 555:1
557:1 558:6,7,16
558:17 559:7
561:19 562:17,18
562:18,20,21
564:19 565:16
566:6,17,19 567:8
568:8,21 569:21
574:4 578:15
582:19 583:14
584:1,4,17 590:24
592:15 593:5
594:20,23 595:1
595:20 598:6
603:9 607:17,22
607:23 609:24
610:14 613:8,11
613:14,15 615:1,7
615:19 616:9,12
616:23 617:15
620:24 623:1
625:7 627:9,19
628:13 629:20
630:19 633:9,14
633:14 634:7
635:6 636:21,25
637:11,12,21
638:10,19 639:21
640:5 641:19
643:6 644:13,25
646:16 647:19
648:15 649:3
650:15,21 652:4
652:12,16,25
653:17 654:15,18
655:4,10 656:11
656:19,25 657:10
660:6 662:4,7
663:12,19,23
664:13 665:8

666:15 667:12,25
668:2,15,21,22
674:25 675:23
677:20 680:5
682:2,5 684:13
689:5 691:10
692:8 694:15
695:11 696:17
699:3,14,22
700:17 706:3
**meaning** 513:20
566:23,24 580:8
651:11 668:15
**means** 523:4 542:4
550:6 551:4
552:25 553:1
554:20 556:1
561:20 585:9,20
585:22 609:9,25
610:2,7 614:24,25
629:7 635:9
637:23 638:1,15
645:1 650:16,17
650:17 651:2
653:13,25 654:1
655:15 660:24
663:13,14 667:4,6
667:8,14,18 668:3
668:10,24 674:9
691:23 697:25
700:11
**meant** 606:17
612:15 616:14
654:5 658:17
659:7,9 676:7
684:2
**medical** 634:3
**medication** 505:17
**meet** 507:11 508:8
**members** 646:12,14
646:18
**mention** 511:7
619:9 620:17,18
621:4
**mentioned** 655:21
678:24
**mentions** 659:11

669:3
**menu** 539:1,3,21
  543:16 553:23
  561:18 569:7
**merge** 512:4
**merged** 511:25
**merges** 510:11
**merging** 512:6
**message** 652:17
  665:17,25 669:18
**messaged** 574:17,21
**met** 507:12
**metric** 530:8,9
  649:16
**metrics** 527:16
**MICHAEL** 500:13
**Michelle** 500:4
  503:17 508:16
  530:20 534:10,24
  538:2,23 539:12
  555:19 563:13
  565:23 567:7
  575:3 583:23
  586:17 588:8
  589:23 591:24
  600:16 602:2
  606:10,19 607:19
  621:19 672:16
**middle** 638:4
**middle-ish** 638:4
**midnight** 566:23,24
  566:24
**Mike** 504:2
**mikeblanchard@...**
  500:18
**mind** 544:2 591:21
  658:18
**mindset** 659:7
**mine** 617:9
**minimal** 617:6
**minute** 556:4
  659:19
**minutes** 620:8
  635:14
**missed** 509:16
  615:24 616:1
**missing** 572:18

**misstates** 533:8
  616:18 620:21
  631:8 638:16
  642:18,18 646:5
  679:10
**mistakes** 556:13
**misunderstood**
  572:5 682:6
**mm-hm** 505:13
**model** 560:14 692:1
  702:15
**modes** 594:18
**Monday** 531:3
  533:2 535:2,7,9,14
**money** 550:12
  551:16,17,19,20
  587:2,15 592:18
  616:23 656:6,9
  657:9 675:13
**month** 606:17,17
  607:1,1,2,2 629:4
  649:13
**months** 512:17
  514:17,22 629:4,5
**morning** 503:14,15
  645:19 678:15
**move** 557:10 568:1
  573:14 634:6
**MP** 681:11 682:4,5
  682:6,16,19,21
  683:13
**MP's** 682:14
**mschaefer@ftc.gov**
  500:10
**multiple** 507:8
  509:1 512:1,2
  513:14 514:1
  536:8,14 537:21
  543:4 546:17,20
  546:24 547:13
  558:20 560:13
  561:22 562:3
  568:6,7 571:22
  573:1 575:8
  603:10 624:7
  629:22 653:8

667:2
**mumbling** 505:13

_____

**N**

**N** 501:1 503:1 576:3
  710:1
**N.W** 500:7
**nail** 583:12
**name** 509:22 510:24
  524:17,18 526:18
  535:22 648:8
  649:22,23,23,25
  650:4 683:12
  700:4,5
**named** 602:22
**national** 642:25
**Nazim** 604:25
**necessarily** 543:9
  551:2,4 553:3
  637:14
**necessary** 711:7
**need** 540:18 545:22
  547:10 553:18
  575:4 585:25
  619:23 620:7
  621:1 622:12,17
  628:17 643:4
  650:23 651:8
  656:23 663:7
  667:7 668:12
  686:13,16 687:3
**needed** 556:2
  561:11 591:2
  597:22 619:9
  620:20 624:4
  629:23 653:20,21
  653:22 654:23,24
  654:25 666:12
  668:16,17 686:11
  686:15,17 704:24
  706:21
**needs** 504:20 628:2
  680:22 685:1,3
**negative** 629:20,20
  629:21 702:2
**nephew** 603:20
**net** 548:17,17,17

**never** 544:2 628:23
  643:8 658:14
  666:10 680:16
  690:16,16 698:9
  705:3
**new** 505:4 541:19,20
  581:10 595:9
  608:7 613:3
  623:13,13 632:24
  639:10 642:3
  652:18 668:20,25
**news** 685:11
**next-day** 529:17
  660:17
**nick** 701:18
**niece** 604:8
**night** 531:1 613:23
**nighttime** 613:9
**nitro** 657:5,11
**no-contact** 532:1
**noes** 505:13
**nondeliveries** 630:8
**normal** 516:6 519:2
  522:8 524:3,24
  526:9 696:2
**notate** 541:17,21
**notation** 551:10
**note** 510:13 650:25
  682:4 712:4
**noted** 663:1
**notes** 710:8
**notice** 499:20 501:8
  506:3,6,10 511:9
  695:19 696:15
**noticed** 506:14
  532:20
**notifications** 515:1
**noting** 534:1
**Noun** 691:7,18,25
  692:6,7
**NounProject.com**
  692:9
**number** 505:22
  506:6 510:16,19
  517:9,9,10 525:4
  527:21 537:16,18
  537:19 539:19,19

544:24 545:6,9,20
  546:16 553:12,19
  553:21 555:20
  561:6 565:8
  574:11 575:17
  579:2,25 580:1
  581:8 587:20
  589:21 590:12,13
  594:7 596:4,13
  599:5,18 600:7,20
  601:18,19,23,25
  602:3,4,5,17
  603:10 606:3,10
  607:11 629:19,21
  630:24,25 634:16
  634:23 642:9
  647:3,5,9,10,15
  650:7 651:12
  653:12,14,17
  657:23 664:19
  670:20 671:18
  676:4,11,22,23,23
  685:22 687:25
  690:5 691:14
  692:13 696:23
  700:7 702:11
  704:8 707:7 710:2
**numbered** 564:17
**numbers** 508:17
  538:4 546:22
  559:20 581:1
  591:15 597:11
  599:3,4,4 600:13
  601:1 640:21
  676:22 706:25

_____

**O**

**O** 503:1 710:1,1,1
**oath** 504:21 505:6
**object** 620:5
**objection** 507:18,21
  519:3 520:7 533:8
  533:17 547:9
  550:9,19 551:21
  552:9 554:5
  556:18,24 557:6
  557:25 558:14

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[728]

563:1 571:20
579:17 582:2,5,12
584:5 593:7
594:22 595:4,15
596:21 597:15
599:20 603:22
608:23 609:10,18
610:3,15 612:2,7
612:25 613:12
614:6,12,20 615:8
615:15 616:11,18
618:3,9,20 619:13
619:22 620:4,21
621:25 622:4
623:10 625:1,23
631:8 632:6,10,10
632:11 633:16
635:24 636:15
638:16 639:14
641:14,20 642:14
642:17 644:15
646:5 651:25
652:14 657:1,18
658:9 662:13
663:3 664:6,23
665:4,9 666:1,8
674:6,20 675:7
678:9 679:9,10,10
679:22 696:6,21
698:1,21 699:15
700:15 701:5
**objects** 507:23
**obtained** 600:3
**obvious** 634:21
**obviously** 634:19
   656:18,19 674:25
   703:3 706:23
**Occasionally** 707:17
**occur** 514:5 556:23
**offer** 647:1
**offered** 506:9
**offering** 663:19,22
   664:1,5
**office** 610:22 617:15
   654:19 667:9
   668:9 674:13,15
   674:17

**officer** 499:12
**official** 548:12,13
**Ok** 663:1
**okay** 504:23 506:2
   507:6 508:19
   509:5,10,18 513:3
   516:19 526:23
   532:12 535:10,20
   536:2,16 538:7
   540:23 541:10
   543:13,16 544:2
   544:21 545:10
   548:3,5 551:13,25
   556:16 559:2,18
   560:24 561:3,16
   567:24 568:11
   569:20 570:5,10
   570:19 571:1,14
   572:17 576:21
   577:17 578:20
   579:4,22,24
   580:14,20 581:11
   581:14,22 585:6
   585:21 586:2,15
   588:1 589:15
   591:7 592:10
   594:3 599:6 600:5
   603:12 606:22
   607:13,15,25
   608:15 609:16
   610:11 613:17
   617:24 619:6
   622:17 626:7,17
   630:1,4 633:3,20
   635:10 636:4
   637:8 638:7,22
   639:5 641:7 644:9
   645:11 648:4
   649:7 651:18
   653:14 654:6
   655:19 660:17,23
   662:3,10 663:10
   666:25 672:18
   673:15 676:25
   683:17,24 685:17
   691:20 692:11
   693:18 704:9,11

709:6
**old** 637:18 668:23
**older** 641:17
**Omnisend** 658:3
**once** 557:23 566:10
   611:1 651:3
   667:16,19
**one-day** 530:7
**one-half** 609:4,4,5,5
   609:9,9 610:7
**one-minute** 596:7
**one-third** 655:22
**ones** 543:7,15 575:8
   585:2 639:19
   641:13,18 699:11
   706:23 708:11
**ongoing** 618:23
**online** 512:2 634:23
**open** 512:24 513:1
   523:2,5 699:20,22
   699:22 701:1
**opened** 680:15
**opening** 508:11
**operable** 701:16
**operate** 667:8
   701:14
**operations** 612:14
   647:22
**optimal** 627:12
**optimization** 616:9
   616:12 649:11
   657:12
**optimize** 616:8
   656:23
**optimizing** 656:24
   657:10
**option** 530:11
**options** 608:10,12
**orange** 568:4,5,11
   568:12 570:20
   572:4,6,14
**order** 509:7,9 512:9
   513:21 515:2
   516:4 519:24
   520:2 526:12,16
   529:14 532:1,16
   534:2,18 535:10

536:25 537:18,19
538:4,8,9,17
539:19 541:12
542:4,10 543:8,25
543:25 548:1,7,8
548:11,16,22
553:12,18,21
554:14 555:11,14
555:15,17,25
556:2,10 557:2
559:13,14,23
560:5,10,14,20
561:11,15,20,22
561:25 562:1,4,5
562:10,13,16
563:4,5,7 564:19
564:25 574:11,15
576:7,9,11 579:23
580:9,20,25,25
581:8,11,13,16,20
581:21,22 584:11
585:14,16,18,19
587:2 590:12,13
591:15,16 592:15
592:18 599:3,4,4
601:1,23,25 602:3
602:5 603:10
610:8 614:8 625:6
625:8,16,20 626:1
627:7,16,21 628:7
629:6,8,8,12,19,21
630:20 633:22
634:13,18 635:5,6
642:8 647:13,14
650:13,18 651:10
651:14 653:12,14
653:17,22 654:3,4
654:23 660:25
662:11,24 663:2,5
663:5,6,7,8 664:19
666:25 667:1,2,4,6
667:9,12,14,20,22
667:23 684:14,17
689:3,4,8,19,21
693:10 695:12,13
707:23
**ordered** 505:2 532:2

533:24 547:5,13
660:12 684:9
685:13 688:25
**ordering** 669:4
**orders** 508:24 515:8
   515:9,16,18,22
   517:11,24 519:16
   521:3 527:20,21
   530:10,11,25
   531:8 532:21
   536:25 537:4,13
   537:21 540:24
   541:5,9 542:21
   543:4,7,12 546:17
   546:20,24 548:6,6
   548:19,20,24
   557:11,13 560:8
   560:13 565:5
   566:9,10,22,23
   576:4,6 580:6
   584:15 585:12
   586:1 590:11
   591:12 597:17
   598:15,18 601:16
   601:16 602:7,11
   602:20 608:20
   613:10,10,16,20
   616:10 617:5
   622:25 624:13
   625:11 626:13,17
   627:1,1 628:19
   630:16 631:5,7,13
   631:16 632:4
   633:15,21 634:4
   634:10 635:8
   636:14 640:17
   641:11,12,25
   642:1,3 643:2
   644:12,13,24
   645:4,16,17
   646:24,25 652:5
   653:1 654:14,16
   656:13,19 658:15
   659:4,14 662:8,16
   662:19,23 663:1,9
   664:21,22 665:19
   666:7,18 667:12

FTC v. Zaappaaz, LLC, et al.                                         12/14/2021

668:1,12,14,16,20
668:23 680:19
682:18,19,24,25
682:25 683:2,21
693:10 705:15
**organization** 583:8
605:19 629:15,17
**organizations**
685:10
**organize** 510:1
**organizing** 510:6
669:10
**oriented** 669:9
**original** 532:16
711:7
**originally** 659:3
**outcome** 588:2
**output** 616:24
649:15
**outputs** 649:17
**outs** 670:7
**outside** 552:3
580:16
**overhead** 644:4
**overlooked** 577:7
584:25
**overnight** 653:13,15
653:17,20,22
654:3,4 660:8
**Owen** 697:2
**owned** 665:22
675:23 679:8,21
**owner** 594:15
612:11 620:23
621:3 661:14,15
684:13 697:16,20
697:23
**owners** 621:5 682:7
**owns** 524:15 648:12

_____
**P**
_____
**P** 503:1 710:1
**p.m** 563:18 564:2
622:6 660:2
678:14 705:2
709:10
**pack** 685:13 686:22

687:3
**package** 529:2
595:12,14 611:2,4
626:9 686:16
687:5
**packaged** 654:24
**packages** 536:8
547:7,8 595:2
**packaging** 527:3,19
527:20 595:13,21
595:22,24 654:25
686:1,17
**packed** 528:24
**packing** 613:6
**page** 501:3,7,25
502:3 606:13,15
606:19,21 607:8
607:11 608:19
610:19 611:9,11
612:17,19,20
617:1,24 619:4,5
620:14 621:17
628:9 630:3 633:7
635:18 636:3
638:4,5,6 641:4
642:9 644:9,23
645:9,10,18
646:21 648:1
650:12 651:18
653:7 655:2,2,22
656:2,21,22
659:17,18 661:2
662:25 664:18
667:15,21 678:7
678:13 690:21
692:18 704:10,14
704:15 705:4,4,5
712:7
**pages** 706:14
**paid** 530:5 536:3
586:22 615:6,10
625:17 654:3
707:12
**Palermo** 505:1
**pallet** 542:20
**palletize** 542:22
**pandemic** 616:2

624:9
**paper** 711:7
**paperwork** 611:5
**parameters** 672:9
**parentheses** 568:10
**part** 547:17 592:20
613:3 682:19
688:17
**partial** 689:15
**particular** 520:22
560:9 572:15
598:3
**parties** 696:1
**partner** 605:10,11
**partners** 542:6
604:24
**partnership** 682:7
**parts** 573:21
**party** 704:2
**pasted** 581:2,6,7
**pasting** 581:9
**Pause** 534:15
567:19 596:9
**pay** 530:7 531:12
548:17 615:6,21
649:12 707:11
**payer** 594:5
**paying** 607:3,6,7
615:11
**payment** 523:6,9
548:4,21 551:15
562:6 569:7
571:18 572:6,10
572:23,24 573:8
574:6 575:8
576:14,15,21
577:5 625:7,13
**payments** 583:10
**Paypal** 512:3 518:20
523:11,16,17
526:3 577:2
588:21 589:1,13
624:16,18,20,21
**Paypal's** 591:7
**Paypal.com** 520:12
526:5
**PDF** 620:14 678:7

**peak** 616:2 667:4
**penalty** 711:9
**Pennsylvania** 500:7
**people** 509:1 530:4
603:16 605:18
614:2,8,10 616:4
622:21,21 634:8
648:15 649:22
651:14 653:3
657:7 670:3,5,9
689:6,21 703:3
706:8 707:7,9,10
**percent** 525:11
549:1,3 559:24,24
560:6,14 595:20
647:12 666:19,23
692:9 704:3
706:24
**percentage** 548:23
**period** 507:9 508:3
548:18 589:13
632:25
**perjury** 711:9
**person** 504:18
626:12 669:19
**personal** 506:14
620:2
**personally** 506:23
559:7 674:18
703:14
**Philippines** 511:1
**phone** 504:5,7,19
507:13 583:24
674:18 692:4
**phones** 630:25
634:25
**phony** 634:25
**phrase** 612:14
655:14
**pick** 585:8 626:11
626:22 669:18
**picked** 541:13
559:21
**picking** 666:12
**pile** 632:19
**pin** 669:6,15
**PLA** 654:7,7 656:5

**place** 520:2 529:14
542:10 667:20
695:11
**placed** 548:1 562:6
585:16 631:14
**places** 510:8 515:3
581:16
**placing** 695:13
**Plaintiff** 499:4
**plane** 686:7,14
688:12,15 689:1
689:17
**planes** 687:15,22
690:18 691:1
**planning** 504:9
**platform** 523:24
549:25 591:4
645:21,23 646:1
646:11,20 693:6
693:24 694:19,20
695:14
**platforms** 512:11
522:15 703:23
704:6
**please** 554:23
565:23 585:7
642:12 704:8
712:4
**plus** 531:16,18
532:17,21 533:15
533:24 534:19
535:5,11 609:4,5,9
640:23
**PO** 625:3 628:17
629:7,8
**point** 582:10 608:6
615:25 616:6
618:19,23 622:25
627:21,24 628:2,4
628:20 629:1
630:6 632:5
633:24 639:13,24
642:21 665:3,6
684:21 687:13
**points** 628:1
**policies** 677:20,21
677:23 678:1,2

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[730]

696:10
policy 541:19,20
  549:19,20 677:18
  706:4
pool 683:4
populated 564:7
  581:16
populating 592:14
  592:16
portion 552:6
  573:18 587:11
positive 702:3
possible 563:12
  609:5 616:9,14
  642:3 652:21
  656:2 679:14
  706:11
Possibly 582:22
post 585:4 646:1
posted 646:3
potentially 658:7
PPE 508:24 515:10
  515:16,18,22
  517:11,24 521:3
  590:10 591:6
  602:20 628:2
  632:15 647:4
  652:17 656:2
  657:15 705:22
  707:6 708:12
practice 522:8 698:7
pray 621:22
praying 622:14
preparation 508:9
prepare 506:24
  509:20
prepared 508:25
prepares 624:1
preparing 508:2
present 503:4 679:6
presentable 687:9
presented 573:22
  574:2
pressed 639:9
presumably 530:4
  549:12 552:7
  572:20

pretty 516:3 566:12
  574:23 577:7
  652:20 702:5
  705:23 707:24
prevent 653:3
prevented 627:10
previous 546:9
  569:15 584:22
  589:24 590:1
  643:19 662:7
  673:5
previously 504:13
  549:10 585:17
price 530:4 531:11
  531:12 656:18
prices 674:23 675:3
  675:6,15,16
print 626:10 665:11
printed 541:2,3
  654:19,20,21
  665:8
prior 514:18 616:19
  638:16 646:5
  679:10 687:12
prioritize 630:13
prioritized 634:2
prioritizing 630:16
  630:18 642:12,20
  705:14
priority 642:24
privately 690:18
Priyank 509:23
  510:23 520:24
  528:6 537:7
  592:21,23 670:11
  691:18 692:17,21
  697:10
probably 511:25
  521:13 525:11
  537:16,22 540:13
  542:18 543:10,15
  545:22 550:3
  558:15 562:12
  565:22 572:10,23
  573:1 580:8 581:6
  584:6 591:3,5
  602:4 609:20

616:2 618:15,25
  619:21 623:12,14
  626:6 630:23
  635:7,12 636:23
  637:3,20,22 640:8
  640:14 645:12,14
  649:21 653:5
  658:14 659:2
  661:25 662:17
  666:19,22 691:25
  692:8 696:13
  706:24
problem 541:23,24
  661:5 700:19
problems 547:14
  623:2
procedure 706:4
procedures 652:19
proceedings 534:15
  567:19 596:9
  709:10
process 548:9 556:9
  556:12,14 565:10
  566:20 567:2
  583:10,16 628:22
  629:10,11 647:14
  651:7 652:5 663:9
  667:11 678:5
  682:25 692:22
processed 548:22
  585:18 625:16
  626:20,21 641:12
  654:23 704:19
processes 566:23
  583:15 584:24,24
  694:23
processing 523:8
  566:11,17,21
  567:1
processor 520:15
  521:2,13 523:10
  551:15 569:5,8,10
  569:12,16 570:1,2
  570:3,12,13,15,23
  571:7,10 572:7,10
  572:23 574:1,7,17
  574:21,22,24

575:2,8,23,24
  576:14,21 577:5
  583:14 584:6
processors 512:1,2
  512:19,21,23
  520:13 523:1,6
  569:7 571:6,19,23
  572:24 573:1,9,25
  576:16
produce 610:9
  700:14,18
produced 505:4
  520:22 586:16,20
  603:15 671:1,4,6
  680:3 687:10
  706:12
product 511:10
  513:8,24,25
  519:25 526:18
  527:17 531:1,2,16
  542:4 549:11,23
  551:7 554:17,18
  554:19 555:1
  557:17,20,21
  558:18,20 591:4
  609:13 634:19
  636:22 637:1,12
  637:20 639:10
  644:1 652:18
  654:8,9,10 656:7
  662:19 664:15
  684:7 691:12,13
production 526:20
  526:25 527:1,5,7
  527:12,18 528:11
  528:25 529:5,19
  529:22 530:18
  531:16,18,22
  532:3,17,21 533:6
  533:11,15,24
  534:19 535:11
  640:23 660:18
  687:11 703:13,20
  708:2
products 511:8,15
  511:18 527:1
  528:18 530:15

537:17 546:14
  547:5 557:14,15
  557:22,23 558:5,8
  558:11,13,17
  559:6,23 590:10
  590:17,19,21
  591:6 604:1,6,12
  604:14,16 605:17
  607:10,17,24
  608:5 613:19
  617:16 618:17,17
  618:19,21 627:23
  628:3,4,6,12,16
  630:13 634:8
  639:12,15,19
  640:1,5 644:21
  645:8,15 646:1
  647:2,4 648:6
  652:11,17 655:21
  655:24 661:4
  666:15,16 675:24
  676:2,19 677:8
  679:21 685:10
  689:3,4,6,12 697:5
  701:4 708:16
profit 644:4 683:5,7
  706:19,22
profitability 644:7,8
profitable 644:5,7
profits 707:3
program 705:22
project 682:18,20
  682:22,23 691:7
  691:18,25 692:6,7
projects 682:5
promo 657:16
Promotion 648:10
promotional 604:5
  604:16 605:17
  691:12,13
Promotions 499:10
pronounce 525:7
proper 623:15
properly 631:1
propose 531:15
protective 676:23
  677:11

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

**protocol** 557:4
  623:15 705:25
  706:6
**protocols** 558:9
**provide** 505:2,3
  506:8 518:2
  520:16 582:22
  597:2 621:7,14
  676:18 680:6,7,11
**provided** 507:1,3,4
  519:8 520:20,21
  525:2 556:17,19
  576:25 578:12
  588:4,6 594:19
  596:23,24,25
  597:4 680:4,21
  681:3,8 690:10
  705:20,21,22
**provides** 517:21
  518:25 570:11
  695:7
**providing** 520:18
  552:2 705:19
**public** 660:14
  675:12
**Puerto** 561:11
**pull** 509:1 519:11
  522:5,7 567:21
  586:18 594:12,15
  597:19 599:7,15
  601:24 672:10
  673:22 704:8
**pulled** 521:23 522:4
  553:23 586:1
  594:8 596:11
  597:13 671:8
  672:4,6 673:19,24
  708:5
**pulling** 564:22,23
  592:16 674:1
**pulls** 546:3
**purchase** 548:5,6,8
  548:11,12,14,16
  548:19,20,24
  621:10 625:6
  629:8 643:5 646:2
  647:13,13

**purchasing** 513:23
  689:7
**purple** 536:20 568:5
  568:11
**purposes** 510:2
  520:17 581:24
  592:21 593:25
**pursuant** 499:20
**push** 613:18,21
  634:3 635:5,6
  638:23 639:7
  640:3 641:8 642:1
  645:7 652:5 654:6
**pushed** 637:25
  639:10 640:14,15
  653:1
**pushing** 638:9,10,15
  638:15,19 640:7
  645:15 656:22,23
**put** 510:8 514:25
  521:22 522:9
  544:6,9 551:10
  566:25 585:15
  613:20 616:7
  626:9,10,23 627:7
  635:3 637:10,22
  653:12,25 654:3
  665:17,24 669:17
  669:19 673:2,12
  691:13 705:11
**putting** 595:7
  653:23

## Q

**Queen** 604:11
**question** 504:20,22
  505:9 506:22
  513:16 514:7
  522:11 529:18
  530:25 532:15
  545:22 548:5
  550:1,6,17 554:24
  556:25 557:10
  560:17 564:4
  565:11 567:4,7,11
  567:14 568:3
  575:5 587:5

  590:14 591:17
  597:24 603:4
  607:3 608:2
  620:19 621:12
  627:18,19 637:4
  638:19 655:13
  658:16 661:9
  663:2,21 673:6
  679:19 690:15,23
  696:4 697:21
  701:10,11,13
  708:25
**questioned** 658:16
**questions** 504:15
  505:5 518:24
  563:16 589:16
  606:8 607:22
  676:1 701:22
  706:1 709:5
**quick** 530:20 534:14
  606:18 642:2
  672:11 706:11
**quickly** 505:1
  593:24
**quite** 601:5,6
**quote/unquote**
  705:25

## R

**R** 503:1 653:12,14
  653:15,17,24,24
  653:25 654:3
  710:1,1,1,1
**raising** 675:16
**ramp** 668:8
**ran** 565:10
**random** 637:10,13
**randomly** 559:21
**range** 522:9 590:14
  591:1 599:17,24
  673:3
**rates** 687:21
**ratings** 693:3
**raw** 585:25 586:11
  586:13
**reach** 668:6,16
**reaching** 668:10

**read** 591:3 607:20
  607:21,25 610:5
  630:2 637:3 645:7
  645:12 648:2
  659:20 691:21
  697:11 699:18
  711:3
**reading** 603:16
  709:9
**ready** 690:21
**real** 524:18 606:18
  630:24
**really** 504:25 513:16
  516:23 574:9
  621:18,18,21,22
  621:22 622:14,14
  622:14,16 649:22
  651:2 657:4
  693:13 706:8
**reason** 553:22 554:3
  554:4 555:5,16
  560:22 569:2,24
  570:10 578:2,6,18
  593:11 627:12
  634:22 712:4,7
**reasonable** 707:24
**reasoning** 645:14
**reasons** 514:4,9
  533:14 555:13
  560:16,18 569:4,6
  569:14,25 570:11
  576:2 578:11,12
  624:3 635:1 667:2
**rebuild** 668:7
**recall** 674:4 705:8
  706:1 708:18
**receive** 531:15
  634:22 636:13
  700:11
**received** 513:24
  527:24 557:23
  558:11 587:9
  597:8 634:15
  635:2 667:23
  669:1 705:19
**receiving** 614:18
  636:8

**recess** 530:23
  563:18 592:2
  600:9 620:12
  635:16 672:14
**reclarify** 697:7
**recognize** 580:9
  670:23 671:2
**recollection** 672:15
  673:9 678:19
  681:23
**record** 503:23
  504:13,21 510:13
  545:6 555:19
  557:12 559:10
  635:3 638:8
  681:17 696:9
  711:4 712:6
**records** 504:16
  509:6,7,8,9 525:14
  545:25 546:2
  576:14,15 577:25
  594:9 670:16
  704:1
**red** 523:17
**redirect** 610:22
**reduce** 634:6
**refer** 508:16 617:3
  649:20
**reference** 509:18
  515:13 516:20
  533:19 536:19
  544:19 568:16
  571:2,14 574:4
  581:3,20 601:1,1
  601:17 620:25
  621:2 628:1
  632:20 647:17
  660:25 661:1
**referenced** 562:20
  581:8
**references** 559:22
  560:19 566:4
  573:25 605:10
  619:15 620:24
  640:21 662:7
  694:11
**referencing** 532:14

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[732]

568:10 611:22
618:15 629:22,25
639:23 640:1
642:4 665:15
**referring** 519:21
520:19 533:21
557:14 560:1
568:17 573:24
599:9 608:21
611:8,25 612:12
613:15,22 618:1,8
618:15,16,18,24
621:4,24 622:19
622:20,22 624:24
625:3,6 633:23
634:1 639:5,15
640:25 641:2
643:16,18 647:6
647:10 653:8,9
656:6 658:2,23
659:14 660:20
661:12 665:1
674:25 698:14
**refers** 561:3 584:15
586:3 640:12
648:9 662:22
676:17
**reflect** 547:25 560:4
561:13 586:8
645:19 684:25
**reflected** 550:24
**reflects** 560:15
571:3 578:3
586:10 685:6
**refresh** 678:19
**refreshed** 672:15
673:9
**refund** 513:1,9
521:21 538:8,9,9
538:10,18 549:5
549:14,23 551:8,8
551:9,11 552:2,12
552:13,22 553:1,3
553:22 554:4,4,14
554:17,19,21
555:1,3,5,8,16
556:10,16,17,19

556:23 557:1,1,16
557:17,24 558:6
558:12,12,17
560:22 563:6,8
564:6,7,13,18,20
564:25 565:5,6,12
565:19,20 566:7
566:10 567:12,15
582:7 585:3
588:24,25 589:12
635:21 636:7,13
650:13,15,18,19
651:11 668:13
704:19,22,25
706:1,5
**refunded** 515:7
555:18 556:4,11
557:2 558:19
562:8,9,9,10,14,16
562:22 563:5
586:12
**refunding** 650:23
**refunds** 511:17
512:7,8,13 513:3,4
513:5,6,11 514:10
515:5 540:15,17
541:7 549:20
550:1,8,17,24
552:1,20 554:2
557:5 567:2
582:21 589:12
667:16 705:1
**regardless** 585:15
651:16
**regards** 674:22
**regular** 626:24
685:14
**relate** 582:8
**related** 511:14,18
515:9 582:15,25
590:18 596:17
598:10 614:18
617:11,13 627:14
627:15,20 630:8
651:20 657:16
680:8,12 686:1,13
692:7,10 697:8

700:12 701:14
703:4,9 708:8,15
**relationship** 524:21
605:4 612:5,8
**relative** 520:12
552:18 656:20
**relay** 652:16
**relayed** 623:14
**release** 650:14,17
651:10
**released** 651:3
**relevance** 525:13
565:8 568:3
661:11
**relevant** 695:22
696:3
**rely** 594:15
**remark** 590:4
**remember** 584:23
606:14 674:16
683:1 687:23
688:13 701:24
705:15
**remind** 669:18,19
**remotely** 503:5
**remove** 650:17
653:2 692:21
**removed** 608:10,11
650:24
**removing** 608:12
**rent** 607:2,3,6,7
707:1
**rep** 610:25 700:2
**Repeat** 685:5
**repeated** 593:10
**repeating** 593:12
**repetitive** 560:8
**rephrase** 554:19,24
695:24
**replication** 580:11
**reply** 631:11
**report** 518:5 521:24
524:6 671:15
**Reported** 499:25
**reporter** 503:5
505:11 676:10
**reports** 599:16

649:7,10
**represent** 503:17
515:20 526:20,24
528:9 535:21
544:3 546:6 549:4
559:9 579:2,6
589:11
**representative**
506:9 522:21
649:21
**representatives**
687:2
**represented** 572:6,7
572:8,12
**representing** 504:3
**represents** 503:19
525:5 572:9 578:8
583:20
**request** 642:8
680:11 691:24
692:1,2 708:2
**requested** 525:17,21
604:15 678:1
**requesting** 705:24
**requests** 703:12,20
**require** 557:11,16
557:19 626:5
712:4
**required** 505:5
506:7 527:4 547:5
626:6
**requires** 626:1
**reroute** 611:2,7
**research** 549:25
**reserve** 709:4
**reserves** 550:3,4,5,8
550:16,18,22
551:23
**resolution** 570:8
**resolutions** 573:7
**resolved** 573:5
578:16 622:9
**resources** 614:3
616:7
**respect** 673:9
**respective** 509:13
509:14 520:11

**respond** 504:22
505:5 652:9,19
**responded** 634:11
643:19
**responders** 642:23
**responding** 693:17
**responses** 505:12
**responsibility** 643:1
**responsible** 615:11
643:9
**responsive** 693:16
693:25 703:19
708:2,5
**rest** 622:13 697:9
709:4
**result** 556:14
**resulted** 686:9
**results** 644:7,8
**retain** 696:1
**retained** 524:3
**retention** 696:9,9
**return** 557:16,19
558:4,8,20 559:6
**returned** 558:17
561:22
**returns** 557:22
**reusable** 544:1
669:1
**revenue** 682:2 683:4
683:13
**reverse** 707:21
**reversed** 631:4
635:2
**reversible** 651:5
**review** 507:3 634:23
681:17 692:21
**Reviewing** 584:13
670:24
**reviews** 693:2,3
702:21,21
**Rico** 561:12
**right** 504:4 506:11
506:15 507:25
508:18 516:17
517:6,19 518:22
520:20 532:18
534:5 536:20

Makanojiya

FTC v. Zaappaaz, LLC, et al.

12/14/2021

[733]

---

540:1,2,20 541:4
544:1 549:24
550:8,14,18
555:20 556:8,16
567:17,18 569:12
570:16 571:22
574:11 575:9
577:6 578:4,12
580:2,10,11,12,12
580:13,19 581:12
581:14,18,22
583:3,4,7,12 587:5
587:15 591:8
593:1,14,16,18,19
593:23 594:6,20
603:13 612:23
616:10 618:13
630:6 647:4
652:17 657:23,23
658:7,16 659:11
661:4 664:9
665:14,17,20
667:3 677:16
678:7 683:22
684:2 700:7,9
702:20 704:20
705:5 707:24
708:22 709:7
**right-hand** 654:10
**rise** 641:25
**rising** 675:17
**role** 612:1,3 661:13
**room** 504:7 689:16
**route** 619:24
**row** 537:1,2,8,12,16
537:18,18 544:20
553:10 555:20,21
559:18 564:18,21
684:5
**rows** 577:19 603:6
**RPR** 499:25 710:15
**rule** 644:17
**rules** 504:25 644:21
712:4
**run** 567:21 576:10
576:12,17 649:7,8
649:10

**running** 617:14
**rush** 607:9,16,18
608:5,10,12
609:24,24 646:25
654:2 661:4
662:15,19 663:5
**rushed** 662:11,22
**Ryan** 603:19

---

### S

**S** 503:1
**Sackett** 500:15
**safety** 558:9 702:11
**sale** 511:18 590:19
708:15
**sales** 511:11 548:23
583:8 649:15
668:6 676:22
677:11 679:1
680:7,11,21 681:8
706:16,18,19,22
**same-day** 646:21
647:1
**sample** 685:13
**sanitizer** 555:11
621:1 637:13
**sanitizers** 542:21
636:24 637:5,5
648:23 663:18,22
663:23,24,24
664:2,4 686:6
687:5
**satisfactory** 513:24
**satisfied** 513:8,25
**Saturday** 528:20
**Saturday/Sunday**
535:18
**Saturdays** 528:18
528:19
**saw** 626:15 634:23
660:14 689:6
**saying** 513:17 514:3
519:7 523:12
529:19 533:4,23
541:6 548:14
558:10,18 566:20
571:7 572:22

574:5 575:1 577:9
579:8 582:10
585:15 602:3,7
609:16 619:20
626:17 631:10
634:17 636:12
641:12 643:17,20
644:14 654:13
661:6,16 695:13
707:8,9,10
**says** 517:13 522:22
529:1 545:6
555:16,17 562:16
563:7 579:5
584:12 606:16,25
608:9,20 609:4
610:13,20 611:14
614:1 617:25
618:7 619:7
621:18,21 623:7
624:16,22 628:17
631:5,16 633:3,25
634:5 638:8,22
640:11 641:4,17
643:4 644:10
647:3,7 648:5
650:22 651:19
652:7,12,23 653:2
653:13 655:3
656:2 657:14
658:5 661:3 662:2
662:3,10 663:11
663:19 667:21
677:1,4,6 678:14
690:21 697:13
**scan** 544:11
**scanners** 530:9
**scenario** 537:23
558:1,21 561:7
562:12 563:12
632:14 667:13
**scenarios** 537:24
558:21 561:22
562:3
**Schaefer** 500:4
501:4 503:13,17
503:25 504:4,9,12

504:23,24 505:24
506:19 507:19,22
508:14,19,20
510:18 517:1,3
519:6 520:9
530:22,24 533:13
533:22 534:11,13
534:16,25 535:8
537:10 538:6
539:5,13 547:12
550:10,21 551:24
552:11 554:7
555:21,23 556:21
557:3,9 558:2,23
559:11 563:3,15
564:3 565:24
566:13 567:8,13
567:16,24,25
571:24 575:10,14
575:19 579:20
582:3,9,14 583:25
584:8 586:18,19
587:22 588:10,12
588:19 589:10,25
590:4,6 591:25
592:3,9 593:8
594:25 595:11,17
596:6,10,15 597:1
597:20 599:22
600:10,18,22
602:19 603:24
606:1,5,12,20
607:21,25 608:3
609:3,7,15,22
610:6,18 611:13
612:4,10,18,20,21
613:5,25 614:9,16
615:3,12,18
616:15,21 618:6
618:12 619:1,16
619:25 620:5,9,13
621:6,13,20 622:2
622:24 623:17
626:3 631:12,21
632:7 633:2,12,19
635:15,17 636:2
636:11,18 638:18

639:17 641:16
642:6,15 643:3
644:22 646:8
650:9 652:2,22
657:13 658:1,20
659:21 660:3
662:21 663:4
664:10 665:2,7,13
666:5,13,24
670:22 671:13,16
671:20 672:2,13
672:17 674:10,24
675:19 676:7,13
678:12 679:18
680:1 681:7
685:19,24 688:2
690:7 691:16
692:15 696:8,25
698:15,25 699:21
700:20 701:7,12
701:17 704:13
709:6,8
**schematics** 583:14
**scope** 648:16
**screen** 508:12,18
538:14,22 568:18
589:17 600:15
676:6 681:5
**script** 567:21 580:7
**scroll** 538:16 539:1
591:13 592:6
593:19 597:18
**search** 599:18,21,23
693:25 694:4,6
695:10
**searchable** 695:9
**searched** 545:5,9
693:16 708:1
**searching** 545:19
624:11,11
**second** 532:11
564:18 577:15
589:15 607:11
688:11 706:25
**section** 546:13
549:15 568:2
577:4 578:21

---

FTC v. Zaappaaz, LLC, et al.                                              12/14/2021

585:5 592:13
603:6
**sections** 546:12
**see** 503:21,23
  505:25 508:11,14
  514:24 516:20,22
  516:24 517:1,5
  537:6,15 538:7,13
  538:16,21 539:3,4
  540:6,7 541:8,22
  543:11,18 545:8
  546:3 552:24
  556:4 558:10
  560:2,12,24 568:4
  569:11,25 570:21
  572:13 574:10,22
  577:4,25 578:25
  579:19 581:5,24
  589:5,16,17
  591:10 592:5,13
  597:9 601:16
  611:12 622:10
  626:21 635:6
  643:12 644:5,6,6
  644:24 645:4
  648:15,17 649:10
  654:7,9 659:13
  667:20 669:2
  671:21 673:11,13
  673:14 676:22,23
  681:5,9 688:6
  693:15 696:16,18
**seeing** 538:17
  566:10 583:5
  589:8 605:8
  641:24 648:23
  649:5 660:11
**seek** 597:25
**seen** 506:4 556:13
  649:18 650:3
  658:14 693:22
  694:10 703:12
**select** 540:19 556:9
  556:11 596:22
  599:16,17
**selected** 556:7
  561:17 597:5

673:2
**selecting** 689:5
**selects** 562:9
**sell** 604:4,19 617:16
  636:23 643:23
  644:1 657:5,5,6
  676:2 690:2,3
  697:5
**selling** 549:11
  590:10,17,21,24
  637:6,9,16,21
  648:24 652:17
  655:24 657:7,8
  659:8 675:10,10
  675:23 677:8,10
  677:15 678:24
  679:21 701:3
**sells** 521:2
**send** 515:4 548:21
  598:17,25 647:13
  651:4 663:20
  664:12 676:15
  677:17 693:9
  698:5
**sending** 601:6 611:7
  635:7 638:20
  653:8 677:25
  693:7,11
**sends** 548:11 695:12
**sense** 571:2,13
  592:25 668:25
  684:14
**sent** 525:21 534:12
  651:5 672:20,21
  674:3 678:6
  695:23,25
**sentence** 631:20
  638:22 651:22
  652:3
**separate** 573:6
  579:15,16,18
  583:9 626:12
  647:10,15 654:23
  663:8 682:8 683:4
  683:10,19 711:7
**separated** 536:13,14
  568:6 572:11

579:13
**separating** 570:24
**series** 505:5
**served** 506:3 681:18
  681:21,24 708:18
**server** 567:3 697:19
**service** 541:16
  594:17
**services** 594:24
  621:7,9,14 695:8
  697:18
**SESSION** 564:1
  660:1
**set** 573:17 687:19,20
**setting** 539:23 652:3
**settled** 566:24
**seven** 516:8,9,12
  532:6 534:3 535:1
  535:5,11,15
  568:12,13,15
  654:14
**seven-day** 533:3
**seventh** 534:7
**SGS** 617:19,20
  661:9,10,17,23
  662:2
**Shairoz** 633:3,5
**share** 503:22 684:22
**shared** 515:12
**Sharez** 624:23
**sharing** 600:14
**sheet** 507:2 511:4,22
  513:15 515:14
  516:13 521:18,19
  552:5 570:3
  575:11 576:12
  581:3 596:24
  601:3 633:25
  634:1 683:15,21
  685:4 711:7 712:4
**sheets** 511:25
**Sherez** 605:6,7,8,9
  605:10 625:4
  690:9,21
**shield** 655:23
  664:21
**shields** 634:6 644:10

644:11,18 654:14
  654:16,19,25
  664:20
**shift** 645:5 668:4
**shifted** 632:16
**shifting** 628:24
**ship** 528:10,18,20
  528:24 529:24
  531:2 541:1,7
  542:2,3,6,9,11,18
  542:21,22,23
  544:4,5 548:16
  557:15 558:13
  561:25 562:1
  602:10 609:14,21
  610:10 613:17
  623:8 625:8,17,18
  625:20,22 626:1
  626:13,18,19
  627:1,2,7,16,23
  628:3,13,19,20
  629:23 630:13
  634:13,18 637:25
  638:1,23 639:1,3
  640:3,9,10 644:18
  645:4 650:24
  651:1,12 653:23
  654:14,17 682:24
  684:8
**shipment** 546:5
  555:17,25 556:5
  609:25 611:1
  632:1 690:14
**shipments** 547:6,14
  561:13 595:14
  598:10 603:11
  629:23 632:8
**shipped** 529:3 530:1
  531:8 533:1 536:8
  540:11 541:12
  542:10 554:17,18
  554:20 555:2
  557:11 561:21,21
  562:2 598:15
  611:4 613:20
  632:22 633:1
  650:24 651:16

653:20,21 654:1,4
  666:16 680:18
**shipper** 524:14
  544:6,10
**shipping** 504:16
  509:6,12 519:22
  524:10 527:3
  528:8,21 529:1,6
  529:17,19,23
  530:5,7,9,11,18
  531:11,12,13,16
  531:18,22 532:3
  532:17,21 533:6
  533:11,15,24
  534:19 535:11
  540:12,13,15,18
  540:21 541:2,4,5
  541:10 542:14,15
  543:10,11 544:3
  544:13,15,17,22
  545:11,18 546:9
  554:14 561:10,12
  595:8,8,10 601:11
  617:4 623:2
  627:10,11,22,25
  632:15,17 634:8
  635:8 638:13,21
  639:1,5 640:7,10
  640:23,24,25
  644:9,11,21
  646:22 647:1
  650:17 651:4,5,6,8
  651:9,10,11,15
  653:19 659:8,13
  660:5,18 661:20
  662:9 664:15
  675:16 680:18
  684:3,4,11 691:2
  704:18,22 707:10
**shippings** 598:24
**ships** 613:18
**Shirley** 604:17
**shopper** 692:20,21
  692:25 693:1,4,6
  693:11,12 702:21
**short** 620:3
**show** 531:9 551:11

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                                    12/14/2021

[735]

591:10 660:5,8
**showed** 660:9 673:7
  706:15
**showing** 545:20
  591:20 649:1
  661:4
**shows** 533:23 561:6
  562:17 564:8,9
  571:14 591:21
  624:18 649:5,6
  681:17
**shut** 608:13,15,22
  609:2 667:9,10
  693:14
**shutting** 616:4
  666:11 667:7
**sic** 648:25 674:22
  688:3 690:8
  691:17 692:16
  697:1
**sick** 616:4
**side** 574:18 580:2,10
  580:11 581:12,18
  581:18,19,23
  597:7 654:10
  663:9 700:24,25
**sign** 703:25
**signature** 709:9
  711:10
**significance** 547:16
**similar** 666:16
**similarities** 621:3
**simple** 572:9,12
  577:8 634:5,7,22
  659:9 684:17
  699:20
**single** 510:12 516:13
  651:19
**sister** 619:10
**sit** 706:3
**site** 681:1
**sites** 520:12 701:8
**situation** 563:6
  618:1,2 622:8,11
  622:13 628:15
  668:18 675:14
  679:15 707:22

**situations** 562:13
**six** 522:12,22,23,24
  522:25,25 523:4
  568:9,10,15,17
  570:18 572:13
  617:14
**size** 666:23
**SKU** 526:19
**sky** 641:18
**Slack** 693:23,23,24
  693:25 694:2
**sleep** 663:13
**small** 657:15,17
**smoother** 622:11
**SMS** 695:7,14
**snapshot** 520:2
**social** 646:23
**software** 540:11
  639:3
**sold** 515:10 604:6
  617:17,17,18,20
  617:23 656:17
**Somebody** 707:16
**soon** 567:23 663:11
  663:12 706:6,7
**sorry** 506:17 515:24
  517:4 532:9 535:9
  546:19 550:7
  555:14,21 557:8
  560:1,7 561:8
  563:2 574:19
  575:13 579:11
  580:14 584:14
  589:7,25 591:24
  592:7 594:3 596:6
  600:14 620:10
  630:10 636:1
  644:3,10 655:13
  656:15 660:20
  670:18 692:19
  695:16,24
**sort** 554:21 572:3
  655:22 696:4
  702:15
**sorts** 689:11
**sounds** 504:23
  639:18

**source** 501:10,11,12
  515:14,20 516:2
  516:16 517:5,15
  517:19,21 518:2,6
  518:8,8,11,14,20
  518:21,23,25
  519:8,9 520:4,17
  520:22 521:6
  524:2 525:3 526:3
  536:19 547:21
  571:3,16 575:7,11
  575:21 576:24
  582:19,22 588:20
  594:1 609:13
  672:16
**sources** 516:8,9,12
  568:13,14 573:15
**space** 686:13 688:18
  696:14
**spamming** 657:25
**speak** 507:14
**speaks** 584:11
**special** 628:7
**specific** 514:9 516:4
  537:11 555:15
  562:14 582:8
  597:10 628:7
  687:4 699:7
  702:23
**specifically** 511:4
  643:2 698:13
**spectrum** 657:23
**speculation** 595:16
  608:24 609:11,19
  610:16 613:1,13
  614:7,13,21 615:9
  615:16 618:4,10
  619:14,23 620:1
  622:1,5 623:11
  625:2,24 632:12
  635:25 636:9,16
  638:17 641:21
  644:16 652:15
  657:19 658:10
  662:14 664:7,24
  665:5,10 666:2,9
  674:7,21 675:8

678:10 679:23
  696:22 698:2,22
  699:16
**Speed** 524:11,13
  600:2
**spend** 615:24
  616:16,23 655:6,7
**spending** 656:10
  658:6
**spent** 508:1,4
  656:11,16 708:10
**split** 536:15 683:24
  684:1,2,4,21
  688:12,15
**splitting** 683:6,7
**spoke** 596:18
**spoken** 507:12
**Sports** 661:10
**spreadsheet** 501:9
  501:13,14,15,16
  501:17,23 507:7
  508:11,16 509:11
  509:20 510:3,8,12
  510:21 511:6
  516:16,18,24
  525:16 539:14
  578:22 579:16,18
  588:8 591:21
  596:19 598:3
  600:23 602:7,13
  602:20 670:25
  671:24 684:25
**spreadsheet's**
  510:19
**spreadsheets** 507:10
  520:24,25
**spring** 674:11
**stamp** 565:9 566:11
  606:15,24,25
  609:6 617:1,24
  624:16 625:15
  636:3 667:15
**stamps** 565:15,16,17
**standalone** 573:20
  578:21
**standard** 542:21
  595:6,8 643:22

654:1 657:20
  673:23 698:7
**standards** 527:16
  558:8 652:18
**start** 505:20 512:15
  514:16 515:15
  526:11 534:9
  538:17 540:20
  547:24 568:19,20
  609:2 637:15
  644:9,10,21 648:5
  652:17 655:3
  657:22
**started** 515:5
  549:11 585:11
  590:9,17,21,23
  632:17 658:13
  669:8 677:3
**starting** 549:10
  610:20 616:3
  624:9 632:19
  636:23 645:13
  668:6,7,8
**stated** 668:5
**statement** 650:22
  697:12 705:2
**States** 510:25 595:7
**stating** 548:12
**station** 637:25 638:1
  638:23 639:1,3
  640:3
**status** 556:1,15
  561:15 562:5,7,13
  563:7 621:12
  647:8
**stay** 652:8,13
**Stealth** 617:22,23
**Stealthmodehub.c....**
  697:7
**stenographic** 712:5
**stipulate** 503:4
**stipulation** 503:3
  671:12,16
**stock** 618:19,21
  633:10,15 638:24
  639:13,19,20,22
  640:2,4,6 645:15

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[736]

663:16 668:2
705:10
**stocks** 618:8,14
622:8
**stop** 615:22 663:11
663:12 692:19
**stopped** 632:15
637:21 662:15,19
692:22
**storage** 696:13
**stored** 515:3 519:23
**story** 702:17,22
**straight** 652:24
704:2
**strategic** 645:14
**strategies** 657:21
**strategy** 628:24
645:5,17
**Street** 500:15
**Strike** 620:19
**string** 677:16,17
678:14
**Stripe** 512:3 521:1
522:16 523:11,12
571:17 574:8
577:6,10,10,11,14
579:9 582:15
585:13 586:1,2,7
587:15 588:17
**Stripe's** 585:24
**Stripe.com** 520:12
**stuff** 545:14 642:23
702:9 705:10
707:2
**sub** 513:7,8,14
**subaccount** 687:18
**subcontract** 511:3
**subject** 566:2
**submit** 556:11
**submitted** 679:1,5
**subpoena** 681:19,24
708:18 709:1
**subscribed** 560:8,9
561:9
**subscription** 560:7
560:14,19 692:1
**subscriptions** 561:4

**subsequently**
690:17
**sued** 703:2
**sufficient** 640:18
**Sugarland** 705:21
705:22
**suggest** 577:3 593:2
**suggesting** 564:7
**sum** 533:5
**Sunday** 528:20
**Sundays** 528:18,19
**superimpose** 581:23
**superimposed** 601:2
**superimposes**
580:12
**superimposing**
581:12
**supplier** 688:23
689:23
**suppliers** 524:20
542:8 605:18,22
605:23 623:23,24
623:25 624:4,7,8
624:11,15 627:8
629:16 646:2
**suppliers'** 525:25
**support.Google.c...**
677:17
**supports** 600:13
**supposed** 529:2
551:7 667:4
**sure** 521:19 523:2
525:10 530:17,22
552:18 553:10
559:7 561:6
563:12 565:24
569:19 571:12
582:18,20 585:18
588:15 591:16,25
593:11 596:1
597:16 601:7
610:12 614:23
616:7,24 620:6,9
620:10 627:1,5
635:15 639:11
642:21 649:2
650:13,16,19,20

650:24 651:3
653:10 655:9
656:1 659:13
662:4 672:13
679:6 685:19
687:7 692:3,9
702:11 709:3
**surgical** 680:19
685:16
**survives** 702:19
**suspend** 698:17,20
**suspended** 699:1,2,4
699:9,13 701:15
**Swag** 661:11
**switch** 516:21
**switched** 516:21
**switching** 637:4,6
**sworn** 503:5,10
**system** 512:6 531:7
540:16,20 562:6
576:11 581:10,21
585:4 627:17
628:18
**systems** 694:16

———————
**T**
———————
**T** 535:21 710:1,1,1
**tab** 509:18 516:20
516:22 684:24
**tag** 585:10,11,14,15
**take** 505:15 528:13
530:2,20 532:16
532:17 543:2
550:15 563:13,17
564:17 576:10
584:2 585:4,9
589:15 591:23
596:6 606:13
614:14 622:19
625:7 635:14
643:25 662:11,17
667:10 672:11
683:2 687:21
**taken** 511:25 530:23
563:19 592:2
600:9 620:12
635:16 672:14

710:8
**takes** 510:9 520:1
526:25 528:10
**talk** 513:3 514:10
520:4 537:8
603:13 701:21
**talked** 522:12
629:17,17 662:1
687:11 705:14
**talking** 509:20
513:4 516:9,10,19
534:18 555:20
557:13 562:15
574:25 606:11
607:1 610:23
614:17 620:15
625:15 640:22
641:11 648:7
650:5 662:6
690:24,25 691:2
697:13
**talks** 615:5
**target** 646:18,19
**Targeted** 702:4
**task** 510:9 641:18
669:6
**tasks** 669:21 670:10
**teach** 686:22 687:3
**teaching** 635:10,13
**team** 525:21 605:6,8
605:9 613:19
647:20,22 650:22
653:18,22 689:2
**tech** 523:10 633:6
**technical** 528:4
**tell** 513:13 515:14
524:11 526:20
533:1,20 542:1
552:15 560:11
561:18 574:9
584:9 591:4,5
594:7 595:8
596:16 600:2
614:24 626:4
635:5 638:9 648:2
651:9 667:17
682:16 692:25

699:13 702:12,16
704:17 705:17
707:4,7
**telling** 581:10,20
612:13 615:25
667:23 695:20
**tells** 552:5 588:9
702:22
**temporarily** 693:14
**ten** 507:20
**ten-plus** 507:25
646:10
**tens** 706:14
**terminology** 674:9
**terms** 512:5 514:7
527:25 530:15
548:18 576:23
583:15 618:2
643:8 678:19
699:18 700:25
**test** 668:20
**testified** 503:10
558:4 572:5
588:16 602:23
673:8
**testify** 504:21
505:17 506:10
**testifying** 577:17
584:1 608:11
**testimony** 499:21
505:2,3 506:8
533:9 572:14
573:5 577:24
583:19 588:13,13
588:17 590:16,23
616:19 638:17
642:18 646:6
679:10 680:2
681:11,21 705:15
711:4
**Texas** 500:16 674:5
674:12 708:19
**text** 621:21
**thank** 503:16
504:23 590:5
695:13
**thens** 667:13

**thereof** 712:4
**thermometer** 532:2
  612:23 623:19
  641:8 655:23
**thermometers**
  623:22 633:8,9,13
  633:18 635:20
  636:6 656:4,5,12
  656:13,16,17
**thing** 520:1 524:6
  525:20 528:17
  542:24 553:13,14
  565:14 569:15
  570:12 579:7
  581:8 601:22,22
  602:6 606:8
  607:20,21 610:5
  650:2 658:18
  664:19 666:4,15
  681:16 695:24
  696:19 707:7
**things** 508:17
  613:14,16 616:3,5
  622:22 669:10
  678:17 702:3,3,23
  706:9,21 707:1
**think** 504:14 509:19
  510:14 513:14
  521:18 522:5
  525:9 530:6 531:6
  532:25 533:10
  535:9 537:18
  538:3 539:23
  540:24 544:14
  548:1 549:18
  552:21 555:15
  556:6 559:4
  560:15,19 561:3
  562:19,20 565:4
  565:13 566:2,4,6,7
  567:9 568:6,9
  570:3 572:9 573:5
  575:3,22,24,24
  576:1 577:14
  579:3,12,22,25
  581:6 583:1,7,23
  584:25 586:16

587:3,25 588:4
589:7,8,12 590:3
591:19 593:15
595:20 598:17
601:22,23 603:23
604:5,8 606:2,16
607:2 608:25
611:1,8 613:22
618:22,23 622:9
622:18,20,22
624:21,23 625:3,5
628:8 629:24
630:23,24 631:23
634:2 635:9
636:22 639:2,3,8,8
640:13 641:24
643:7 647:20
650:16 651:2,16
653:9 654:22
656:8 657:14
658:4,12,15,17
659:2,3,11,14
661:7,11,17,19,20
661:24 663:17
664:25 665:18
668:24,25 669:3,8
670:4,11 672:8
674:17 675:18,22
675:25 676:17
677:6,14 678:22
679:12,16,25
680:18,25 681:20
681:23 685:15
686:7 690:25
692:6,9 694:13,20
697:14 698:10,13
701:17 705:18
707:25 708:20
**thinking** 566:1
  660:21
**third** 704:2
**third-party** 519:17
  519:19 693:1
  695:4 703:23
  704:5
**thought** 506:20
  549:7 558:3 572:5

586:21 590:9,21
601:25 621:23
622:15 634:25
677:2 689:20
**thousand** 688:19
**thousands** 706:14
  706:14
**three** 507:16 514:17
  514:22 529:6,7,10
  529:13,19 532:3
  538:24 549:2,3
  572:3 707:2
**threshold** 655:5,7
  693:8
**throwing** 706:25
**thrown** 650:25
**ticks** 580:7,8
**tied** 597:10 683:13
  700:23
**time** 512:7 527:23
  545:7 546:23
  548:18 550:20,23
  552:21 565:9,10
  565:15,16,17
  566:9,11 580:15
  585:13 589:13
  595:3,9,20 598:19
  606:15,24,25
  609:6 613:7 617:1
  617:24 623:1
  625:15 630:25
  634:23 635:7,20
  636:3,6,23 639:8
  644:20 647:12
  655:25 659:3
  663:21 664:2
  675:9 693:10
  696:12 701:18
  708:11
**timely** 687:8
**times** 507:14,16
  545:15 547:6
  593:10 595:6,10
  622:17 624:11
  649:1,5,6 669:12
  691:24 692:2
  705:13

**TITLE** 710:3
**today** 503:16,18
  504:10 505:1
  506:14 529:14
  550:13,16 566:22
  633:3 698:16
  701:23
**today's** 506:24
  508:9
**told** 516:7 551:6
  584:23 598:16,23
  650:22 702:9
**Tom** 538:19
**tomorrow** 529:15
  529:16 635:21
  636:6
**top** 515:15 569:13
  570:21 628:9
  638:4 642:10
  644:23 651:19
  655:22 660:4
  677:17 707:2
**topics** 506:6,10
**total** 517:25 534:3
  536:3 560:5 579:3
  579:4,7 584:12,12
  584:15,15 586:8
  586:22 587:6,6,14
  589:1,2,2,11,12,14
  592:5,16,17
  593:15 615:5
  649:1 706:18
**tough** 622:17
**track** 512:7,8,9,13
  512:18 514:10,14
  514:18,24 515:5,7
  540:15,16 541:11
  541:15,23,25
  546:17,20,24
  547:2,3,7,7 649:15
  649:16 656:9
**tracked** 512:4
  514:19 549:8
**tracking** 512:15
  514:16 536:10
  537:4,13,16 538:8
  538:11 539:15,19

540:10 543:1,7,10
543:12,17,21,21
544:1,23 545:5,6,9
545:20,21 546:12
546:16,22 547:17
547:25 597:10
598:1 599:5,18
600:13 601:18,19
602:4 613:17
631:6,7,11,13,17
631:18,22,24
632:1,1,3 634:16
634:22 659:12
676:22 685:3
**trackings** 536:14
  546:18 613:9
**trade** 499:1,3 500:3
  500:6 605:20
  648:8 710:9
**traffic** 658:6
**trailer** 626:24
**transaction** 590:7
  590:13,19 658:22
  658:25 659:7
**transactions** 583:17
  584:3 590:7
  683:12 696:16
**transcript** 501:18
  501:19 502:4,6
  606:6 650:11
  696:18 697:10
  710:6,7 711:4,7
**transcripts** 507:10
  603:14,17 649:18
  701:24 702:6
**transfer** 624:17,19
  625:8
**transit** 595:6,9
**transitioning** 618:25
**transitions** 668:3
**transportation**
  594:19
**Trello** 501:20,21
  669:5,24 670:6,13
  670:25 671:10,14
  671:17,25 672:7
  672:22 673:5,8,18

FTC v. Zaappaaz, LLC, et al.

12/14/2021

[738]

694:4
**Trello's** 671:15
**trouble** 665:18
**truckload** 626:6
627:11
**true** 543:9 581:4
708:13 711:4
**truthfully** 505:6
**try** 505:14 537:6
567:6 644:23
672:12
**trying** 513:13
522:13 539:22
540:1 555:15
563:4 575:13
580:5 592:12
601:14 615:13
616:6 619:21
622:16 640:18
645:16 647:21
651:9 652:8,12,16
652:18,20 661:21
662:16 669:2
670:18 676:8
700:10,21
**Tuesday** 499:16
618:8,14 622:9
623:8
**turn** 642:9
**turnaround** 533:3
**twice** 603:10
**Twilio** 695:6,7,12
**two** 512:17 530:7
537:17 538:4,24
544:23,25 545:2
560:10 572:11
573:22,22 583:9
610:17 629:4,5
630:25 639:2
660:15 685:15,16
687:10 704:21,23
707:19,20
**type** 520:5 548:4
554:1 595:6,12
609:12 621:9
654:8 668:25
**typed** 554:1

**types** 554:2,4
**typing** 648:22 649:4
**typo** 677:14

### U

**u** 536:2 586:21,25
587:5 592:5 625:7
637:19
**U.S** 527:15,16
613:23 618:25
627:2,11,11 628:2
668:4,9
**UK** 617:2,3,4,5
**Um-hum** 536:1
543:19 579:1
601:13 675:4
677:24
**umbrella** 619:8,12
619:17 620:16,20
**underlying** 547:21
568:12,13 575:20
576:24 586:20
587:17 594:3
600:13
**underneath** 570:23
676:21
**understand** 505:7,9
515:24 529:13
567:11 573:18
575:5 581:14
588:18 592:11,12
597:24 601:8,12
615:19 620:11
622:13 627:18
631:2 634:17
655:14 658:17
661:16 666:17
668:17 675:17
679:19 700:10,21
703:4 706:8
707:22
**understanding**
547:11 571:3,8
580:15 643:8
679:15
**understood** 643:9
704:17

**unit** 704:22,23
**United** 510:25 595:7
**units** 704:22,23
**Universe** 665:19
678:18,23,24
679:2 680:9
681:10 683:17
**unsubscribing**
653:3 657:22
**update** 635:12 661:3
664:16 678:16
**updated** 607:9,16
608:5 613:9
632:25
**updates** 661:25
670:12
**updating** 608:8
613:10 638:13
**upfront** 548:21
**upgraded** 531:12
**upload** 628:17,19
629:6,7 647:12
653:13
**uploaded** 613:17
628:20
**uploading** 629:12
647:13 653:19
654:2 661:19,20
662:8
**UPS** 501:16 509:12
511:23 518:17
525:23,25 543:21
600:13 601:8
**UPS.com** 509:17
**Upwork** 695:3,4,5
**urgent** 633:21,22
641:8,9 663:1,2,5
663:6,7 664:20
**urgently** 636:20
**USA** 613:9
**usage** 691:23
**use** 521:18 569:7
571:6 581:25
583:10 595:14
602:4,6 620:25
629:19 639:4
644:3 646:11

649:25 668:19,22
669:11 691:11
693:12,19 694:2,9
694:10,14,24
695:1,2 698:9,10
698:11 699:5,6
700:6
**USPS** 509:13
**usually** 532:15
706:7

### V

**v** 536:4 710:3 712:3
**V6225Y** 518:14,17
525:18,23
**validating** 662:18
**value** 593:15,16
**variants** 527:20
**variations** 627:13
**various** 514:4 547:5
547:6 555:12
569:7 571:6 616:5
635:1
**vendor** 542:4 604:3
604:18 609:21
621:1
**vendors** 519:18,19
520:20,21 527:10
604:1 620:24
644:11 663:25
**vendors'** 598:7
**verbal** 505:12
**verify** 567:22
583:24
**versus** 587:9 649:15
**Videoconference**
499:17
**view** 547:19
**viewed** 516:13
**vinyl** 657:6
**virtually** 503:20
**volume** 527:20
658:14 659:4,13
659:14,15 693:9
693:12
**voluntarily** 680:2,4
**voluntary** 681:16

### W

**wait** 554:23 559:20
560:1 574:19
580:4 588:25
**waiting** 632:23
**waived** 709:9
**walk** 585:6 597:2
598:19 681:25
**walking** 534:17
**want** 505:15 508:16
510:13 518:23
521:15 523:2
537:8,12 543:24
549:22 551:7
555:14 557:12,21
559:14 561:18
566:21 567:6,8
575:6 585:8,18
589:16,16 593:14
593:24 594:1
603:13,14,15,18
606:9 607:17
609:8 611:6
616:23,24 619:2
620:6,16,18
623:19 624:18
629:7 630:10,12
630:20 632:19
634:11,19 635:3
636:20 637:3,24
643:23 650:12,18
655:17 657:2,7,16
657:21 658:19
661:8,17 662:2
666:4 667:17,20
668:19 681:25
682:15 685:19
690:10 692:11,17
692:22 693:2,12
693:15 698:5
701:21 705:5
707:19
**wanted** 511:5,7
534:17 558:12
560:8 564:5
600:12 617:25

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[739]

622:7 634:9
637:15 642:1
673:1 687:7
697:11 709:3
**wanting** 614:8 624:7
648:17
**wants** 557:16
691:12
**warehouse** 527:9
542:12 605:1
611:2,7 618:25
627:25 628:23
632:17,21,22,24
633:18 635:23
636:8,10 651:12
653:22 665:12
666:4 684:22
686:19
**Washington** 500:8
**wasn't** 541:22
561:21 594:14
621:12 624:19
627:1 637:14
642:20 660:7
671:7
**wasting** 657:9
**water** 643:23
**way** 514:20 538:16
539:2 545:16
551:25 564:15
567:1 573:18
576:16 583:18
587:2 598:16,17
598:24 599:24
600:4,25 606:13
646:19 653:20
654:23,25 658:6
686:17 687:4
704:20
**ways** 573:23 646:15
646:16
**WB** 499:9 619:7,12
620:16,20 621:15
625:8,11 648:6,8,9
648:10 662:4
665:14 678:17
**WB's** 619:17

**WBpromotion.com**
499:8
**we'll** 523:5 548:15
556:3 567:17
573:14 589:19
600:5 668:12
709:4
**we're** 657:8 667:10
**we've** 511:8 556:13
640:16
**web** 697:18,18
**website** 519:16
531:4 559:22
583:16 595:6
604:15 635:12
637:1 649:5,6
660:12,14 661:1
664:16 665:25
671:15 680:15,17
685:13 693:1
**websites** 509:13,15
511:3 520:11
700:23 701:13
**Wednesday** 623:9
**week** 534:20
**weekdays** 535:18
**weekend** 531:8,9
533:6 534:2
**weekends** 527:11
528:16 533:12
535:6
**weeks** 560:10
**Wehr** 499:25 710:15
**weight** 641:6
**weird** 649:22
**went** 503:23 507:1
563:9,10 568:16
593:25 599:14
613:19 683:12
685:12 688:21
**weren't** 523:20
557:24 598:8
623:1 631:1
639:19 645:1
651:15 666:6
677:9,11
**WhatsApp** 501:18

501:19 502:4,6
603:14 606:6
649:18,24 650:3
650:11 690:9
692:17 694:11
696:15,18,19
701:23
**wholesale** 605:14
**William** 676:15
682:5
**willing** 554:13
**win** 569:24 578:11
579:14 634:8
**wish** 606:12
**witness** 500:12
503:4,9 519:5
520:8 533:10,19
547:10 550:20
551:22 552:10
554:6 556:19
557:1,7 558:1,15
563:2 566:4 567:9
571:21 579:18
582:6,13 584:6
594:23 595:5
596:22 597:16
599:21 603:23
608:25 609:12,20
610:4,17 612:3,8
613:2,14 614:8,14
614:23 615:10,17
616:12,20 618:5
618:11,21 619:15
620:23 622:6
623:12 625:3,25
631:10 632:14
633:17 636:1,10
636:17 639:15
641:15,22,24
642:20 644:17
646:7 652:1,16
657:2,20 658:12
659:22 662:15
664:8,25 665:6,11
666:3,10 674:8,22
675:9 678:11
679:12,24 696:7

698:4,23 699:17
700:17 701:6,11
711:1 712:1
**won** 569:21,22,23
572:25,25 573:1,6
578:9 579:5 586:5
588:2,9,11
**wondering** 519:8
532:23 537:11
538:7 540:9 542:1
555:24 556:22
563:6 564:9,15
580:23 590:11,22
592:19,22 593:5
596:18 602:22
603:5 608:4
610:20 613:10
638:1 640:12
641:5 645:20
663:11 677:4
687:15 690:24
691:23 696:17
697:3
**word** 584:2 657:10
657:11
**words** 531:7 537:3
547:4 586:7 598:1
639:2 695:19
**work** 511:4 528:3,4
528:6 603:21
617:11 652:3,21
666:3 669:16
674:2 705:14
**worked** 706:10
**workers** 527:22
605:1 634:3 663:7
665:12
**working** 527:22
628:24 629:1
661:19
**works** 630:16 670:8
686:12
**worried** 621:22
622:15 659:4,5
664:21
**worries** 658:21
**worrisome** 618:1,2

622:3,7
**worry** 624:24
**wouldn't** 507:24
511:21 532:6
545:17 592:25
625:21,25 631:6
668:25
**WQ** 660:24
**WQ220486562**
660:23
**wrist-band.com**
499:7 699:12
700:22
**wristband** 608:14
609:1 624:6
625:17 649:3
681:10 697:6,8,16
697:20,23
**wristband.com**
679:17 682:2
699:7 700:6 701:4
**wristband.com's**
697:3
**WristbandMail.c...**
698:11
**wristbands** 591:5
604:20 648:13
649:1,4 654:9
**writing** 700:11,19
**written** 553:7
**wrong** 562:2 587:3
691:1 708:21,21
**wrote** 580:8

**X**

**X** 501:1 559:23
**XYZ** 698:9
**XYZ.com** 698:9

**Y**

**Y** 517:16 519:5,7,11
526:12 536:9,11
536:14 543:10,11
**Ya** 656:22
**Yaoli** 624:25
**yeah** 516:11 520:1
529:14 531:9

FTC v. Zaappaaz, LLC, et al.                                      12/14/2021

[740]

534:23 537:16,19
537:23 538:14
539:10 540:7,8
541:11 542:9
543:9 545:4,12
549:3 553:13
556:8,15 558:7
559:17 563:15
564:13,25 565:13
567:3 568:18
569:19 570:17,23
574:14,16 577:6
577:15 578:23
580:5,24 581:7
586:18 587:25
591:5 593:23
594:20,20 595:5
597:12,16,16,17
597:18,19 603:23
605:21 607:25
616:22 624:23
627:3,5 629:2
638:20,25 639:2,6
641:24 645:24
646:1 648:8,12,19
649:15,16,25
650:22 651:2,16
653:1 655:9,16,20
656:16,21,25
659:21 660:7,16
669:22 670:4,14
671:13 673:15
675:2 678:22
681:1 684:8,23
688:8 691:22
694:15 696:14
709:2
**Year** 608:7
**years** 646:10 702:18
**yep** 508:15 517:2
539:18 568:12
593:20 602:25
**yesterday** 614:2
615:24
**York** 595:9

**Z**

**Zaappaaz** 499:6,13
505:22 506:2,3,7
506:22 510:15,16
510:20 511:11
515:9 549:21
557:5 572:21,25
575:15,16,17
578:4,9 587:18,18
587:20 589:19,20
589:21 594:5
596:2,3,4,11,13,20
600:1,6,7,12,19,20
602:15,16,17
604:24 605:4
606:3 607:12
612:1,3,6,9,16
617:5,17 621:1,2,5
621:7 628:23
648:12 650:6,7,10
661:11 666:19,23
666:23 669:7
670:9,19,20
671:18,23 673:5,7
673:10,11,12,16
674:2 675:1,21
676:11 680:10,12
682:7,21,24 683:9
683:12 684:9,12
685:20,21,22
687:25 690:5
691:14 692:13
693:2 694:4,13
696:23 701:14
703:13 705:11,18
706:19 708:15
710:3 712:3
**Zaappaaz's** 515:11
515:11 520:6
550:2 648:13
677:21 683:15
699:8 706:22
**Zaappaaz-related**
701:3
**Zen** 694:18,19,21
**zero** 528:25 529:5
529:18,18,22
552:24 561:13

562:17,25 563:7,8
564:8,9,11,15,16
565:6,21,22
566:14,15 660:18
**ZIP** 595:7
**Zoom** 499:17 503:21
**ZZ** 543:20

**0**

**0.05** 675:10
**0.06** 675:11
**0.10** 643:24 684:10
684:10
**0.20** 684:11,12
**0.30** 644:2,3
**0.50** 644:2 675:11
**0.60** 675:12
**0.70** 644:3
**00020591** 596:11
**0012143** 606:12,14
**0012144** 607:12
**0012145** 608:20
**0012147** 611:9
**0012159** 612:16
**0012169** 635:18
**0012298** 685:20
**0020587** 602:15
**0020589** 575:15
**002059** 520:19
**0020590** 600:1
**0020592** 587:18
**0020593** 596:2
**0020594** 589:19
**0020595** 600:12
**0020596** 510:20
539:9
**002144** 607:8
**03** 549:2

**1**

**1** 566:2 579:24
629:19,20,21,25
660:4 661:4
676:22,23
**1-9133** 539:15
**1,000** 550:13,15
559:24 662:10

**1/12/2020** 677:2,13
**1/3/2022** 710:12
**1:23:24** 636:19
**1:25:34** 654:6
**1:26** 637:10
**1:28:36** 654:13
**1:29:53** 641:4
**1:31** 564:2
**1:46** 648:5
**1:46:00** 648:1
**1:53** 617:24
**1:53:04** 622:6
**1:57:59** 621:17
**1+1** 610:13
**10** 541:8 544:20
559:24 629:23
640:11 641:2
643:14 644:23
645:4 657:15
667:5
**10,000** 655:18 656:5
**10:00** 610:9
**10:02:33** 692:18,19
**10:03:51** 638:4,8,12
**10:03:52** 639:25
**10:27:14** 607:9,14
**10:28:07** 643:4
**10:30:52** 610:20
**10:31:56** 643:11,15
**10:35** 499:20
**10:35:17** 667:21
**10:36:27** 668:19
**10:39:05** 663:18
**10:45:27** 647:3
**10:49:23** 658:5
**100** 542:21 550:14
**100,000** 656:12,18
684:9
**100k** 615:6
**10X** 659:2
**11** 635:19 667:15
705:4,4
**11/12/20** 502:7
**11:00** 636:3
**11:13:10** 624:16
**11:18** 617:7
**11:18:22** 647:7

**11:18:56** 647:18
**11:28:41** 609:8
**11:58:19** 615:23
**111284** 561:6
**11251** 559:19,21
**11280** 555:20,21
**11th** 506:21
**12** 537:18,19 564:14
650:12 704:10,15
**12,000** 656:5
**12:00** 645:13
**12:03:30** 650:12
704:12,15 705:2
**12:05** 650:22
**12:11:08** 645:6
**12:14** 648:25
**12:17:46** 640:11
**12:17:51** 667:15
**12:18:00** 619:3
**12:21:19** 628:9
**12:29:52** 662:25
**12:51** 563:18
**12:53:54** 653:11
**12:54:05** 660:23
**12:56:25** 661:3
**12:57** 678:8
**12159** 619:2
**12163** 621:17
**12171** 638:3
**12th** 506:21 692:22
**13** 537:1,16,18
678:7
**13,000** 654:19
**1300** 654:25
**14** 499:16 649:1
702:18 710:4
712:2
**1499.25** 560:5
**15** 511:25
**15,000** 680:18
**1500** 691:3
**16-1/2** 688:19
**164.50** 561:8
**16th** 690:22
**17** 612:20 619:5
620:14,14 623:12
**17th** 532:2,7 533:1

Makanojiya

FTC v. Zaappaaz, LLC, et al.                                    12/14/2021

[741]

533:24 534:20
**19** 546:12,13,14,15
**19th** 535:4,4
**1ZZ** 543:17

**2**

**2** 517:9,10 536:6
543:11 594:5
607:11 629:19,20
629:22,25 651:18
661:5 676:22,23
678:13
**2:05** 637:18
**2:12** 628:17
**2:15** 678:14
**2:15:00** 629:6
**2:15:24** 629:18
**2:15:36** 623:7
**2:38:24** 641:7
**2:40:26** 641:17,23
**2:46** 641:22
**20** 540:24 541:9
617:1,24 641:4
667:5
**200** 551:8,8,9,11
**200,000** 616:17
**200k** 615:24
**2019** 590:8
**202** 500:9
**2020** 511:11,12
517:12 549:10
590:8,20 599:24
599:25 600:25
673:25 674:12
677:3,5 678:7,13
**2021** 499:16 710:4
712:2
**20580** 500:8
**20th** 515:16,16,18
515:19 517:11,12
517:24,25 521:4,4
535:7,9,14 602:21
602:21
**21** 621:17
**220476312** 574:15
**220540721** 591:17
**23** 667:21

**238-7724** 500:17
**24th** 532:4 534:1,3
**25** 537:2 628:9
**257** 561:6
**26th** 535:5
**27** 538:4 635:18
636:3
**28** 538:4
**28th** 589:12
**29** 591:12,17 593:10
638:6
**2905** 500:15
**29th** 532:5 533:2
534:6,7

**3**

**3** 517:9 536:7
543:11 549:1
653:7 666:19,23
676:22
**3,166** 592:15
**3/29/20120** 677:12
**3/31** 564:20,22
**3:21:42** 606:16,25
**3:57:44** 613:8
**30** 548:17 641:4
678:13
**30-minute** 563:14
**30(b)(6)** 505:2 506:3
511:9
**30,000** 649:13,14
**300,000** 693:3
702:21
**30th** 653:3,4
**31** 684:5
**312** 654:14
**32** 644:9
**323,221** 624:17
**326-3515** 500:9
**33** 644:23 645:10
**346,424** 579:2
**36** 645:18
**37** 646:21 684:20
**395** 584:3,4
**3rd** 608:6

**4**

**4** 655:2 678:7
**4-1/2** 693:3
**4/10/2020** 677:2,12
677:14
**4/17** 622:6
**4:09:51** 645:18
**4:20-cv-02717** 710:2
**4:20-cv-2717** 499:6
**40** 508:4
**44,898** 543:1
**445115198780**
539:19

**5**

**5** 559:24 560:6,14
640:11 641:2
656:21,22 676:5
**5-star** 693:3
**5,000** 655:17
**5/15** 667:24
**5/8** 667:24
**5:22:33** 630:1
**5:26** 633:20
**5:26:21** 633:8
**5:30** 660:2
**5:31:38** 635:4
**5:36:55** 655:3
**50** 706:24
**50,000** 656:18
684:15,15
**500** 549:23 559:23
566:22 587:9
664:19
**503** 501:4
**505** 501:8
**510** 501:9
**55** 505:21
**56** 501:8 505:20,22
506:2
**57** 501:9 510:15,16
**575** 501:10
**58** 501:10 575:16,17
583:20 584:2
**587** 501:11
**589** 501:12
**59** 501:11 587:19,20
589:20,24 590:1

**596** 501:13,14

**6**

**6** 575:6 657:15
662:11
**6,000** 656:6
**6:00** 531:1
**6:05:49** 625:15
**60** 501:12 548:17
589:21 590:2,3,5
**60,000** 656:5,16
**600** 500:7 501:15,16
587:9 656:17
**602** 501:17
**606** 501:18
**61** 501:13 596:3,4
596:20
**62** 501:14 596:12,13
**63** 501:15 600:6,7
**64** 501:16 600:19,20
**65** 501:17 602:16,17
**650** 501:19
**66** 501:18 606:1,3
**67** 501:19 650:6,7
650:10 704:8
705:4
**670** 501:20
**671** 501:21
**676** 501:22
**68** 501:20 670:19,20
673:5,7,10,11,12
673:16
**685** 501:23
**687** 501:24
**69** 501:21 671:18,23
**690** 502:4
**691** 502:5
**692** 502:6
**696** 502:7
**6th** 609:16 660:7
662:18

**7**

**7** 564:18,21 640:11
641:2 657:15
659:17 678:7,13
**7/10/20** 501:22

**7:00:52** 611:23
**7:02:58** 611:10
**7:10:24** 612:11
**7:14** 709:10
**7:39:15** 612:22
**7:42:06** 624:22
**7:45:52** 642:7
**7:52:22** 617:1
**7:52:57** 661:18
**7:53:29** 661:8
**70** 501:22 676:10,11
**701** 501:5
**71** 501:23 676:4,9
685:22
**713** 500:17
**72** 501:24 687:25
**73** 502:4 688:3
690:5
**74** 502:5 691:14
**74.95** 560:15
**74.96** 560:2
**75** 502:6 690:8
692:13
**76** 502:7 691:17
696:23
**77** 692:16
**77098** 500:16
**78** 697:1
**7th** 533:25 660:5,8
660:10

**8**

**8/14/20** 502:5
**8:10:26** 615:5
**8:23:35** 690:20
**8:41** 656:21
**8:41:46** 656:22
**8:45:01** 657:14
**8:51** 614:1
**8:58:39** 653:2
**80** 544:25 545:3
644:3
**8th** 660:5,8,9 669:17

**9**

**9** 657:15
**9:02:49** 615:4

FTC v. Zaappaaz, LLC, et al.                                        12/14/2021

**9:07:24** 662:10,22
**9:08:58** 623:18
**9:28:09** 663:10
**9:29** 663:14
**9:34:32** 644:9
**90** 525:11 548:17
**905350633** 518:8
  524:1,8
**91333** 539:16
**951124010** 518:11
  525:3
**98** 648:1
**99** 595:20 647:12