## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION** | § § § | |
| **V.** | § § | **Civil Action No. 4:20-CV-2717** |
| **ZAAPPAAZ, LLC, ET AL.** | § | |

## ORDER GRANTING DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AS TO ALLEGED DAMAGES

Today the Court considered Defendants' Motions for Partial Summary Judgment as to Alleged Damages. The Court GRANTS the Motions and ORDERS as follows:

1. The FTC's claims for equitable monetary relief under 15 U.S.C. § 53(b) are dismissed with prejudice.

2. The FTC's claims for monetary relief under 15 U.S.C. § 57b are limited as follows:

    a. To the extent liability is proven, the FTC may obtain monetary relief only for individualized consumer injury.

    b. The FTC may not calculate damages through evidence of Defendants' gross revenues.

SIGNED on _____, 2022.

_____
JUDGE PRESIDING