United States District Court
Southern District of Texas

**ENTERED**
August 06, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:20-CV-02717** |
| | § | |
| **ZAAPPAAZ, LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Dena Hanovice Palermo. ECF. No. 117. This case was referred to Judge Palermo pursuant to 28 U.S.C. § 636(b)(1)(B) on June 21, 2021.  ECF. No. 50

The R & R addresses FTC's motion for summary judgment, ECF No. 99, Defendants' motion for partial summary judgment on damages, ECF No. 101, Defendants' objections to Plaintiff's summary judgment evidence, ECF No. 102, and Plaintiff's motion to exclude the testimony of Rosemary Coates, ECF No. 112. Both parties timely filed Objections to Judge Palermo's R & R, ECF. Nos. 118, 119. Both parties filed a Response, ECF Nos. 124, 125.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which Plaintiff and Defendants objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R. Therefore, FTC's motion for summary judgment is **GRANTED** as to liability and **DENIED** as to damages, Defendant's motion for partial summary judgment on damages is **DENIED**, FTC's request for a permanent injunction is **DENIED**, and Plaintiff's motion to exclude the testimony of Rosemary Coates is **DENIED** as moot.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 3rd of August, 2023.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE