**UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Federal Trade Commission
   *Plaintiff(s),*

v.                                       Case No. 4:20–cv–02717

ZAAPPAAZ, LLC, et al.
   *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion to Quash – #134

DATE:   **12/7/2023**

TIME:   **04:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                    Date: November 28, 2023

By Deputy Clerk, A. Rivera