United States District Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-02717** |
| | § | |
| **ZAAPPAAZ, LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Per Court Procedures, parties shall submit a Joint Proposed Pretrial Order by Friday, December 8, 2023 at 12 p.m. With the filing of the Joint Pretrial Order, each party also must file an exhibit list, witness list, designation of deposition excerpts, and objections each party has to the other parties' evidence or witnesses.

Parties are instructed to submit any Motions in Limine by Monday, December 11, 2023 at 12 p.m.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 5th day of December, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE