**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Federal Trade Commission
   *Plaintiff(s),*

v.                                       Case No. 4:20–cv–02717

ZAAPPAAZ, LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Final Pretrial Conference**
RE: Notice of Setting (FORM, noticing) – Judge Ellison – #133

DATE: **12/13/2023**

TIME: **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                              Date: December 5, 2023

By Deputy Clerk, G. Clair