Case 4:20-cv-02717   Document 161   Filed on 03/28/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **FEDERAL TRAVEL COMMISSION,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-02717 |
| § | |
| **ZAAPPAAZ, LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff, the Federal Trade Commission ("FTC" or "Commission"), filed its Complaint for Permanent Injunction and Other Equitable Relief on August 4, 2020 (ECF No. 1, "Complaint") in this matter, pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b, and the Mail, Internet, or Telephone Order Merchandise Rule ("MITOR"), 16 C.F.R. Part 435.

On October 26, 2022, the FTC filed its Motion for Summary Judgment Against All Defendants, and Defendants filed their Motion for Partial Summary Judgment. ECF Nos. 99, 101. On June 9, 2023, Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R&R") that addressed the parties' Motions. ECF No. 117. On August 3, 2023, the Court adopted Judge Palermo's R&R in full, granting the FTC's Motion for Summary Judgment as to liability and denying it as to relief, and denying Defendants' Partial Summary Judgment Motion. ECF No. 126. On December 18, 2023, the Court commenced a one-day bench trial where it received exhibits and heard sworn testimony.

On March 28, 2024, the Court issued a Final Order for Permanent Injunction and Monetary Relief. The Court's full reasoning and specific findings are detailed in Judge Palermo's R&R (ECF

No. 117); the Order Adopting Judge Palermo's R&R (ECF No. 126); and its Findings of Fact and Conclusions of Law, dated March 21, 2024 (ECF No. 158).

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Plaintiff. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 28th day of March, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE