IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *Plaintiff*, v. ZAAPPAAZ, LLC, AZIM MAKANOJIYA, *Defendants*. | Civil Action No. 4:20-cv-02717 |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Zaappaaz, LLC and Azim Makanojiya ("Defendants") appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on March 29, 2024 (Dkt. 161), and all other orders, opinions, rulings, and decisions merged therein.

1

May 24, 2024                                   Respectfully submitted,

*[signature: Butch Boyd]*

Butch Boyd Law Firm, P.C.
Butch Boyd (Lead Attorney)
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
Phone: (713) 589-8477
Fax: (713) 589-8563

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, served on users registered to receive electronic notice in the captioned case via transmission of Notices of Electronic Filing generated by CM/ECF, and via email on the counsel listed below.

Michelle Schaefer
600 Pennsylvania Avenue, NW,
CC-9528 Washington, DC 20580
(202) 326-3515; mschaefer@ftc.gov
(202) 326-2485; acollesano@ftc.gov

James E. Elliott,
Federal Trade Commission Southwest Region
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9373; jelliott@ftc.gov
(214) 979-9350 (main office)
(214) 953-3079 (fax)

_____
Butch Boyd