United States District Court
Southern District of Texas

**ENTERED**
March 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

ZAAPPAAZ LLC, also d/b/a Wrist-Band.com, WBpromotion.com, CustomLanyard.net, and WB Promotions; and

AZIM MAKANOJIYA, individually and as an officer of ZAAPPAAZ LLC,

    Defendants.

**Civil Matter No. 4:20-cv-02717**

## ORDER FOR ENTRY OF JUDGMENT

On June 16, 2025, the United States Court of Appeals for the Fifth Circuit issued its ruling in this matter affirming in part and vacating in part this Court's $37,549,472.14 monetary judgment entered on March 28, 2024, and remanding the case for further proceedings consistent with its opinion. *FTC v. Zaappaaz, LLC et al.,* Case No. 24-20234 (5th Cir. June 16, 2025) [ECF No. 76]. The Fifth Circuit mandate issued on August 19, 2025, after the Circuit Court denied Zaappaaz, LLC's and Azim Makanojiya's ("Defendants") Petition for Rehearing En Banc on August 12, 2025. *FTC v. Zaappaaz, LLC et al.,* Case No. 24-20234 (5th Cir. August 19, 2025) [ECF No. 87]; *FTC v. Zaappaaz, LLC et al.,* Case No. 24-20234 (5th Cir. August 12, 2025) [ECF No. 86].

1

The Fifth Circuit affirmed the portion of the monetary judgment-$12,241,035.69-awarding relief to customers who paid for personal protective equipment but never received the products or refunds from Defendants, and vacated and remanded the portion of the award-$25,308,436.45-relating to customers who received late-shipped goods.   There is no just reason to delay re-entering the affirmed portion of the judgment as ordered by the Fifth Circuit.

Accordingly, and pursuant to the mandate of the Fifth Circuit, Federal Rule of Appellate Procedure 41, and Federal Rule of Civil Procedure 54, the Court **ORDERS, ADJUDGES, AND DECREES:**

I. Judgment in the amount of Twelve Million, Two Hundred Forty-One Thousand, Thirty-Five Dollars and Sixty-Nine Cents ($12,241,035.69) is entered in favor of the Commission against Defendants, jointly and severally, as monetary relief pursuant to Section 19 of the FTC Act.

2. The portion of the prior monetary judgment in the amount of $25,308,436.45 previously awarded for late-shipped goods was vacated and will be subject to further proceedings consistent with the Fifth Circuit's June 16, 2025 Opinion and Judgment.

3. All other provisions contained in the Court's prior Final Order for Permanent Injunction and Monetary Relief [ECF No. 160] and Final Judgment [ECF No. 161], including injunctive, equitable, monetary, and compliance provisions, were not disturbed on appeal and remain in full force and effect.

4. The Court retains jurisdiction to oversee remediation under § 57b(b), to effectuate the mandate, and to address enforcement matters.

**IT IS SO ORDERED.**


SIGNED on ___March 6___, 2026

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


Dated: _____March 5, 2026_____          /s_ Michelle Schaefer
                                              Michelle Schaefer, Attorney-in-Charge
                                              D.C. Bar # 478443
                                              S.D. Texas (admitted *Pro Hac Vice*)
                                              Anne Collesano
                                              D.C. Bar # 1029665
                                              S.D. Texas (admitted *Pro Hac Vice*)
                                              600 Pennsylvania Avenue, NW, CC-9528
                                              Washington, DC 20580
                                              (202) 326-3515; mschaefer@ftc.gov
                                              (202) 326-2485; acollesano@ftc.gov

                                              Attorneys for Plaintiff
                                              FEDERAL TRADE COMMISSION


Dated: _____March 5, 2026_____          /s_
                                              Jason D. Kraus
                                              The Kraus Law Firm
                                              TX Bar# 24058234
                                              19500 State Highway 249, Ste. 350
                                              Houston, Texas 77070
                                              Telephone: 281.781.8677
                                              Facsimile: 281.840.5611
                                              jdk@krausattorneys.com

                                              Attorney for Defendants
                                              ZAAPPAAZ LLC AND AZIM MAKANOJIYA


3