United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:20-CV-02717** |
| | § | |
| **ZAAPPAAZ, LLC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER FOR BRIEFING

On June 23, 2026, the parties in this case participated in a settlement conference before Magistrate Judge Peter Bray. *See* Minute Entry of June 23, 2026. The case did not settle, and Judge Bray declared that the parties had reached an impasse in settlement negotiations. *Id*.

The Court therefore **ORDERS** that both parties submit briefing on or before July 20, 2026, regarding the calculation of damages under 15 U.S.C. § 57(b) for customers who received their Zaappaaz orders late, including those customers who paid for expedited shipping. Any responses must be filed on or before July 27, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 2, 2026.

Keith P. Ellison
United States District Judge